**FILED**

**SEPTEMBER 16, 2005**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED

SEP 16 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| ABBOTT LABORATORIES, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No.:** |
| | ) | |
| v. | ) | Judge: **05C 5373** |
| | ) | **JUDGE KENNELLY** |
| SANDOZ, INC., | ) | |
| | ) | |
| Defendant. | ) | MAGISTRATE JUDGE KEYS |

### COMPLAINT

Plaintiff Abbott Laboratories, for its Complaint against Defendant Sandoz, Inc., alleges as follows:

### THE PARTIES

1.      Plaintiff Abbott Laboratories ("Abbott") is an Illinois Corporation with its principal place of business at 100 Abbott Park Road, Abbott Park, Illinois 60064.

2.      On information and belief, defendant Sandoz, Inc. ("Sandoz") is a Colorado corporation with its principal place of business at 506 Carnegie Center, Suite 400, Princeton, New Jersey 08504.

3.      On information and belief, Sandoz is engaged in the marketing, distribution, and selling of generic pharmaceuticals in the United States.

### JURISDICTION AND VENUE

4.      This is an action for patent infringement and for declaratory judgment in a case of actual controversy between Abbott and Sandoz, arising under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, the United States Patent Laws, 35 U.S.C. § 101 *et seq.*, and the All

Writs Act, 28 U.S.C. §1651(a). This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.    Personal jurisdiction exists over Sandoz because it has continuous, systematic, and substantial contacts with the State of Illinois, including with respect to the marketing, distribution, and selling of generic pharmaceuticals in the State of Illinois. In addition, this lawsuit arises from Sandoz's imminent patent infringement activities believed to be directed towards the State of Illinois.

6.    Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b)-(c).

## COUNT I

## DECLARATORY JUDGMENT OF INFRINGEMENT OF THE '718 PATENT

7.    Abbott incorporates by reference the allegations set forth in paragraphs 1-6 above as though fully set forth herein.

8.    Abbott markets and sells the oral antibiotic clarithromycin in the United States under the trade names BIAXIN® and BIAXIN® XL. BIAXIN® XL is an extended release version of BIAXIN®.

9.    Abbott is informed and believes, and on that basis alleges, that Sandoz has made substantial and meaningful preparations to manufacture, use, import, offer to sell, and/or sell generic versions of Abbott's BIAXIN® XL products in the United States.

10.    Abbott is informed and believes, and on that basis alleges, that Sandoz filed Abbreviated New Drug Application ("ANDA") No. 65-250 with the United States Food & Drug Administration ("FDA") seeking approval to market and sell a generic version of BIAXIN® XL in the United States.

2

11.     Abbott is informed and believes, and on that basis alleges, that Sandoz's ANDA No. 65-250 was approved by the FDA on or about August 25, 2005.

12.     On January 4, 2000, the PTO duly issued to Laman Al-Razzak, Sheri L. Crampton, Linda E. Gustavson, Ho-Wah Hui, Nelly Milman, and Susan J. Semla, United States Letters Patent No. 6,010,718 ("the '718 patent"), entitled "Extended Released Formulations of Erythromycin Derivatives," a true and correct copy of which is attached hereto as Exhibit A.

13.     Mssrs. Al-Razzak, et al. assigned the '718 patent to Abbott.

14.     On April 22, 2003, the United States Patent and Trademark Office ("PTO") duly issued to Gerard F. Notario, Robert N. Palmer, Richard C. Hom, Jie Zhang, Karen J. Devcich, and Susan J. Semla United States Letters Patent No. 6,551,616 ("the '616 patent"), entitled "Extended Released Formulations of Erythromycin Derivatives," a true and correct copy of which is attached hereto as Exhibit B.

15.     Mssrs. Notario, et al. assigned the '616 patent to Abbott.

16.     On March 29, 2005, the PTO duly issued to Gerard F. Notario, Robert N. Palmer, Richard C. Hom, Jie Zhang, Karen J. Devcich, and Susan J. Semla, United States Letters Patent No. 6,872,407 ("the '407 patent"), entitled "Extended Released Formulations of Erythromycin Derivatives," a true and correct copy of which is attached hereto as Exhibit C.

17.     Mssrs. Notario, et al. assigned the '407 patent to Abbott.

18.     Abbott is informed and believes, and on that basis alleges, that Sandoz intends to commercially manufacture, use, offer for sale, sell, and/or import generic versions of BIAXIN® XL tablets in the United States imminently.

19.     On August 25, 2005, Abbott sent Sandoz a letter requesting information regarding, *inter alia*, Sandoz's plans to market its generic version of BIAXIN® XL in the United

States, as well as information pertaining to those products, in order to determine the imminence of Sandoz's introduction of its products on the market, and to evaluate further Abbott's patent rights based on the additional information it had requested of Sandoz.  A true and correct copy of that letter is attached hereto as Exhibit D.

20.    In a letter from Sandoz's outside counsel dated September 2, 2005, Sandoz responded to Abbott's inquiry.  In that letter, Sandoz represented that it "would be willing to agree not to launch its extended release product before September 30, 2005 or such earlier date as any other company markets a generic version of an extended release clarithromycin product in the United States."  A true and correct copy of that letter is attached hereto as Exhibit E.

21.    However, Sandoz refused Abbott's requests to allow Abbott to have access to Sandoz's ANDA No. 65-250, to provide samples of Sandoz's products, and to provide the other information requested in Abbott's August 25, 2005 letter.

22.    Abbott is informed and believes, and on that basis alleges, that Sandoz's commercial manufacture, use, offer for sale, sales, or importation of its generic versions of BIAXIN® XL would infringe one or more claims of the '718 patent under 35 U.S.C. § 271.

23.    Abbott is informed and believes, and on that basis alleges, that other parties' use of the generic BIAXIN® XL product would infringe one or more claims of the '718 patent under 35 U.S.C. § 271 and that Sandoz would be liable for inducing and/or contributing to such infringement.

24.    Because Sandoz obtained FDA approval of the ANDA for its generic BIAXIN® XL product on or about August 25, 2005, has suggested that it plans to market its generic BIAXIN® XL product in the immediate future, and has refused to provide access to its product

4

information, Abbott is under a reasonable apprehension that Sandoz's infringement of the '718 patent is imminent.

25.    Thus, an actual controversy now exists between Abbott and Sandoz as to whether Sandoz's impending manufacture, use, importation, offers for sale, and/or sales of its generic version of BIAXIN® XL infringe the claims of the '718 patent.

26.    To avoid legal uncertainty and the threat of infringing importation and sales of generic BIAXIN® XL products by Sandoz, Abbott seeks a declaratory judgment that such importation and sales of generic versions of BIAXIN® XL by Sandoz, and the acts of Sandoz alleged above relating to such sales, would infringe the '718 patent.

27.    Sandoz's conduct as alleged above will result in irreparable harm to Abbott that cannot be compensated by monetary damages.

## COUNT II

## DECLARATORY JUDGMENT OF INFRINGEMENT OF THE '616 PATENT

28.    Abbott incorporates by reference the allegations of paragraphs 1-21 above as though fully set forth herein.

29.    Abbott is informed and believes, and on that basis alleges, that Sandoz intends to commercially manufacture, use, offer for sale, sell, and/or import generic versions of BIAXIN® XL tablets in the United States imminently.

30.    Abbott is informed and believes, and on that basis alleges, that Sandoz's commercial manufacture, use, offer for sale, sales, or importation of its generic versions of BIAXIN® XL would infringe one or more claims of the '616 patent under 35 U.S.C. § 271.

31.    Abbott is informed and believes, and on that basis alleges, that other parties' use of Sandoz's generic BIAXIN® XL product would infringe one or more claims of the '616 patent

5

under 35 U.S.C. § 271 and that Sandoz would be liable for inducing and/or contributing to such infringement under 35 U.S.C. § 271.

32.    Because Sandoz obtained FDA approval of the ANDA for its generic BIAXIN® XL product on or about August 25, 2005, has suggested that it plans to market its generic BIAXIN® XL product in the immediate future, and has refused to provide access to its product information, Abbott is under a reasonable apprehension that Sandoz's infringement of the '616 patent is imminent.

33.    Thus, an actual controversy exists between Sandoz and Abbott regarding whether Sandoz's manufacture, use, importation, offers for sale, and/or sales of its generic version of BIAXIN® XL infringe the claims of the '616 patent.

34.    To avoid legal uncertainty and the threat of infringing importation and sales of generic BIAXIN® XL products by Sandoz, Abbott seeks a declaratory judgment that such importation and sales of generic versions of BIAXIN® XL by Sandoz, and the acts of Sandoz alleged above relating to such sales, would infringe the '616 patent.

35.    Sandoz's conduct as alleged above will result in irreparable harm to Abbott that cannot be compensated by monetary damages.

## COUNT III

## DECLARATORY JUDGMENT OF INFRINGEMENT OF THE '407 PATENT

36.    Abbott incorporates by reference the allegations of paragraphs 1-21 above as though fully set forth herein.

37.    Abbott is informed and believes, and on that basis alleges, that Sandoz intends to commercially manufacture, use, offer for sale, sell, and/or import generic versions of BIAXIN® XL tablets in the United States imminently.

6

38.     Abbott is informed and believes, and on that basis alleges, that Sandoz's commercial manufacture, use, offer for sale, sales, or importation of its generic versions of BIAXIN® XL would infringe one or more claims of the '407 patent under 35 U.S.C. § 271.

39.     Abbott is informed and believes, and on that basis alleges, that other parties' use of the generic BIAXIN® XL product would infringe one or more claims of the '407 patent under 35 U.S.C. § 271 and that Sandoz would be liable for inducing and/or contributing to such infringement.

40.     Because Sandoz obtained FDA approval of the ANDA for its generic BIAXIN® XL product on or about August 25, 2005, has suggested that it plans to market its generic BIAXIN® XL product in the immediate future, and has refused to provide access to its product information, Abbott is under a reasonable apprehension that Sandoz's infringement of the '407 patent is imminent.

41.     Thus, an actual controversy now exists between Abbott and Sandoz as to whether Sandoz's impending manufacture, use, importation, offers for sale, and/or sales of its generic version of BIAXIN® XL infringe the claims of the '407 patent.

42.     Sandoz's conduct as alleged above will result in irreparable harm to Abbott that cannot be compensated by monetary damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Abbott respectfully requests that the Court enter judgment in favor of Abbott and against Sandoz to include:

A.      A Preliminary Injunction preventing Sandoz, or any affiliated or related entities, from commercially manufacturing, using, offering to sell, or selling within the United States or importing into the United States generic BIAXIN® XL products;

7

B.     A Permanent Injunction preventing Sandoz, or any affiliated or related entities, from commercially manufacturing, using, offering to sell, or selling within the United States or importing into the United States generic BIAXIN® XL products;

C.     An order declaring that Sandoz's manufacture, use, importation, offer for sale, and/or sale of its generic version of BIAXIN® XL would infringe the '718, '616, and '407 patents;

D.     An award of damages to compensate Abbott for Sandoz's infringement, pursuant to 35 U.S.C. § 284;

E.     An award to Abbott of its reasonable costs and attorneys' fees in connection with this action; and

F.     Any such further relief as this Court may deem just and proper.

Dated: September 16, 2005                    Respectfully submitted,


ABBOTT LABORATORIES


R. Mark McCareins
Todd J. Ehlman
Michael A. Flomenhoft
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600


Of Counsel
Jeffrey I. Weinberger
Ted G. Dane
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, California 90071
(213) 683-9100

Jennifer L. Polse
Jason A. Rantanen
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California  94105
(415) 512-4000

Lara M. Levitan
ABBOTT LABORATORIES – LEGAL DIVISION
100 Abbott Park Road
Abbott Park, IL 60064
(847) 935-2342
**Counsel for Abbott Laboratories**

CHI:1591366.4

# EXHIBIT A



US006010718A

# United States Patent [19]

## Al-Razzak et al.

| [11] | **Patent Number:** | **6,010,718** |
|---|---|---|
| [45] | **Date of Patent:** | **Jan. 4, 2000** |

[54] **EXTENDED RELEASE FORMULATIONS OF ERYTHROMYCIN DERIVATIVES**

[75] Inventors: **Laman Al-Razzak**, Highland Park; **Sheri L. Crampton**, Gurnee; **Linda E. Gustavson**, Evanston; **Ho-Wah Hui**, Libertyville; **Nelly Milman**, Skokie; **Susan J. Semla**, Evanston, all of Ill.

[73] Assignee: **Abbott Laboratories**, Abbott Park, Ill.

[21] Appl. No.: 08/838,900

[22] Filed: **Apr. 11, 1997**

[51] Int. Cl.7 ............................... **A61K 9/20**; A61K 9/22; A61K 9/36

[52] U.S. Cl. .......................... **424/464**; 424/468; 424/480

[58] Field of Search ...................... 424/439, 441, 424/480, 494, 484, 401, 462, 468, 486, 488; 514/927

[56] **References Cited**

U.S. PATENT DOCUMENTS

| 3,870,790 | 3/1975 | Lowey et al. | 424/19 |
|---|---|---|---|
| 4,226,849 | 10/1980 | Schor | 424/19 |
| 4,369,172 | 1/1983 | Schor et al. | 424/19 |
| 4,808,411 | 2/1989 | Lu et al. | 424/441 |
| 4,842,866 | 6/1989 | Horder et al. | 424/468 |
| 5,393,765 | 2/1995 | Infeld et al. | 514/365 |

FOREIGN PATENT DOCUMENTS

| 0293885 | 12/1988 | European Pat. Off. . |
|---|---|---|
| 2585948 | 2/1987 | France . |
| 9530422 | 11/1995 | WIPO . |
| 9722335 | 6/1997 | WIPO . |

OTHER PUBLICATIONS

Die Pharmazie, vol. 50, No. 4 (Feb. 1995), pp. 154–155, J. Rak et al., "Matrixtabletten aus Niedrigviskoser Hydropromellose".

Journal of Controlled Release, vol. 12 (1990), pp. 133–141, K.V. Ranga Rao et al., "Influence of Molecular Size and Water Solubility of the Solute on Its Release from Swelling and Erosion Controlled Polymeric Matrices".

*Primary Examiner*—Thurman K. Page
*Assistant Examiner*—Sharon Howard
*Attorney, Agent, or Firm* - Mona Anand

[57] **ABSTRACT**

Disclosed is a pharmaceutical composition for extended release of an erythromycin derivative in the gastrointestinal environment. The composition comprises an erythromycin derivative and a pharmaceutically acceptable polymer so that, when ingested orally, the composition induces statistically significantly lower $C_{max}$ in the plasma than an immediate release composition of the erythromycin derivative while maintaining bioavailability and minimum concentration substantially equivalent to that of the immediate release composition of the erythromycin derivative upon multiple dosing. The compositions of the invention have an improved taste profile and reduced gastrointestinal side effects as compared to those for the immediate release composition.

**16 Claims, 3 Drawing Sheets**



○ 10% POLYMER
▽ 20% POLYMER
△ 30% POLYMER
● REFERENCE FORMULATION



○  10% POLYMER
▽  20% POLYMER
△  30% POLYMER
●  REFERENCE FORMULATION

# FIG.1



O   10 % POLYMER
▽   20 % POLYMER
●   REFERENCE FORMULATION

# FIG.2



FIG.3

6,010,718

1

# EXTENDED RELEASE FORMULATIONS OF ERYTHROMYCIN DERIVATIVES

## TECHNICAL FIELD

The present invention relates to pharmaceutical compositions of erythromycin derivatives with an extended release of an active compound in the gastrointestinal environment. More particularly, it relates to pharmaceutical compositions of clarithromycin which are ingested daily as a single oral administration.

## BACKGROUND OF THE INVENTION

Erythromycin and its derivatives are known for their antibacterial activity against a number of organisms or activity in a number of indications and are typically administered as immediate release (IR) compositions, two or three times a day, for a regimen of 10 to 14 days. These compounds have a bitter taste. In particular, the 6-O-methoxyerythromycin A (clarithromycin) has a bitter metallic taste which can result in poor compliance of the regimen or selection of another, possibly less effective, therapeutic agent.

One approach to improve the possible non-compliance with the regimen has been to develop controlled release solid preparations containing these erythromycin derivatives in an alginate matrix comprising a water-soluble alginate and a complex salt of alginic acid, having one cation that yields a soluble alginate salt and another cation that alone yields an insoluble alginate salt. These formulations are described in U.S. Pat. No. 4,842,866, issued Jun. 27, 1989. However, in-vivo animal studies showed that reproducibly bioavailable controlled release formulation were not possible using alginates or any other monolithic hydrogel tablets.

To overcome some of the problems associated with the formulations described in U.S. Pat. No. 4,842,866, improved controlled release formulations for poorly soluble basic drugs such as erythromycin derivatives including clarithromycin, have been developed and are described in commonly owned, co-pending U.S. patent application Ser. No. 08/574,877, filed Dec. 19, 1995. The formulations described in the patent application comprise a poorly soluble basic drug and citric acid in an alginate matrix. The formulations are administered once a day and are directed towards increasing the bioavailability of the active ingredient so that it is bioequivalent with the current immediate release, twice-a-day compositions. However, these controlled release compositions do not purport to minimize the adverse effects related to gastrointestinal (GI) disorders including nausea and vomiting and a phenomenon described as taste perversion.

One approach to address taste perversion has been to develop acceptable palatable liquid oral dosage forms of these drugs as described in U.S. Pat. No. 4,808,411, issued Feb. 28, 1989. However, these formulations are administered twice-a-day for a period of 10 to 14 days and do not address the frequency and duration of the administration regimen, or the adverse effects related to GI disorders. Therefore, there still exists a need for developing a pharmaceutical composition which minimizes the adverse effects described above and provides a degree of drug plasma concentration control which is equivalent to or better than the (IR) tablet or liquid formulations currently used.

## SUMMARY OF THE INVENTION

It has been discovered that the extended release (ER) formulations of the present invention which comprise a

2

pharmaceutically acceptable polymer, provide extended release clarithromycin in vivo when given once daily. Maximum concentrations ($C_{max}$) of clarithromycin in plasma are statistically significantly lower than the IR formulation given twice daily, and area under the plasma concentration-time curve (AUC) and the minimum plasma concentration are maintained over 24 hours. In contrast, for the controlled release formulations described in the co-pending U.S. application Ser. No. 08/574,877, filed Dec. 19, 1995, the $C_{max}$ values are not statistically significantly different from those for the IR formulation. And while the $AUC_{0-24}$ is maintained, the $C_{min}$ is statistically significantly lower for the controlled-release formulations relative to the IR formulation. The compositions of the invention have surprisingly a two-to three-fold reduction in incidence rates for taste perversion compared to the IR formulation.

In one aspect, the present invention relates to a pharmaceutical composition for extended release of an erythromycin derivative in the gastrointestinal environment, comprising an erythromycin derivative and a pharmaceutically acceptable polymer, so that when ingested orally, the composition induces statistically significantly lower mean fluctuation index in the plasma than an immediate release composition of the erythromycin derivative while maintaining bioavailability substantially equivalent to that of the immediate release composition of the erythromycin derivative.

In another aspect, the present invention relates to a pharmaceutical composition for extended release of an erythromycin derivative in the gastrointestinal environment, comprising an erythromycin derivative and a pharmaceutically acceptable polymer, so that upon oral ingestion, maximum peak concentrations of the erythromycin derivative are statistically significantly lower than those produced by an immediate release pharmaceutical composition, and an area under the concentration-time curve and the minimum plasma concentration are substantially equivalent to that of the immediate release pharmaceutical composition.

In yet still another aspect, the present invention relates to a method of using an extended release, pharmaceutical composition comprising an erythromycin derivative and a pharmaceutically acceptable polymer, comprising administering the composition in an effective amount for the treatment of bacterial infection in a mammal, whereby an area under the concentration-time curve equivalent to that for an immediate release pharmaceutical composition of the erythromycin derivative is maintained.

In yet another aspect, the present invention is an extended release pharmaceutical composition comprising an erythromycin derivative and a pharmaceutically acceptable polymer, wherein the composition has an improved taste profile relative to the immediate release formulation.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates the mean in vivo plasma concentration-time profiles following single dose of three 500 mg ER tablets containing clarithromycin and 10%, 20% or 30%, respectively, by weight of hydroxy-propylmethyl cellulose K 100 I.V. as compared to that of the reference 500 mg IR clarithromycin tablet.

FIG. 2 illustrates the mean in vivo plasma concentration-time profiles following multiple doses of each of the two ER tablets containing 10% or 20%, respectively, of hydroxypropylmethyl cellulose K100 I.V. as compared to the reference IR tablet. The dosage forms included two 500 mg ER tablets given once daily or one IR 500 mg clarithromycin every 12 hours, respectively, administered for three days with food.

6,010,718

3

FIG. 3 illustrates the mean in vivo plasma concentration-time profiles following multiple doses of clarithromycin once-daily 1000 mg (not an example of the invention) and IR 500 mg twice-a-day.

## DETAILED DESCRIPTION OF THE INVENTION

"500 mg or 1000 mg" as used herein, means the strength of tablet composition containing 500 mg clarithromycin, or the dose administered in 2x500 mg of clarithromycin, respectively.

"$C_{max}$" as used herein, means maximum plasma concentration of the erythromycin derivative, produced by the ingestion of the composition of the invention or the IR comparator.

"$C_{min}$" as used herein, means minimum plasma concentration of the erythromycin derivative, produced by the ingestion of the composition of the invention or the IR comparator.

"$C_{avg}$" as used herein, means the average concentration within the 24-hour interval.

"$T_{max}$" as used herein, means time to the maximum observed plasma concentration.

"AUC" as used herein, means area under the plasma concentration-time curve, as calculated by the trapezoidal rule over the complete 24-hour interval for all the formulations.

"Degree of Fluctuation (DFL)" as used herein, is expressed as:

$$DFL=(C_{max}-C_{min})/C_{avg}.$$

"Erythromycin derivative" as used herein, means erythromycin having no substituent groups, or having conventional substituent groups, in organic synthesis, in place of a hydrogen atom of the hydroxy groups and/or a methyl group of the 3'-dimethylamino group, which is prepared according to the conventional manner.

"Pharmaceutically acceptable" as used herein, means those compounds which are, within the scope of sound medical judgment, suitable for use in contact with the tissues of humans and lower animals without undue toxicity, irritation, allergic response, and the like, in keeping with a reasonable benefit/risk ratio, and effective for their intended use in the chemotherapy and prophylaxis of antimicrobial infections.

"Adverse effects" as used herein, means those physiological effects to various systems in the body such as cardiovascular systems, nervous system, digestive system, and body as a whole, which cause pain and discomfort to the individual subject.

"Taste perversion" as used herein, means the perception of a bitter metallic taste normally associated with the erythromycin derivatives, particularly, with clarithromycin.

The pharmaceutical composition of the invention comprise a pharmaceutically active compound and a pharmaceutically acceptable polymer. The pharmaceutically active compound is an erythromycin derivative. Preferably, the erythromycin derivative is 6-O-methoxy erythromycin A, known as clarithromycin. The amount of the erythromycin derivative varies from about 45% to about 60% by weight of the composition. Preferably, the composition comprises about 50% by weight of the erythromycin derivative.

The pharmaceutically acceptable polymer is a water-soluble hydrophilic polymer selected from the group consisting of polyvinylpyrrolidine, hydroxypropyl cellulose,

4

hydroxypropylmethyl cellulose, methyl cellulose, vinyl acetate/crotonic acid copolymers, methacrylic acid copolymers, maleic anhydride/methyl vinyl ether copolymers and derivatives thereof. Preferably, the polymer is selected from hydroxypropyl cellulose, hydroxypropylmethyl cellulose, and methyl cellulose. More preferably, the polymer is hydroxypropylmethyl cellulose. Most preferably, the polymer is a low viscosity hydroxypropyl-methyl cellulose with viscosity ranging from about 50 cps to about 200 cps. The most preferred low viscosity polymer is a hydroxypropylmethyl cellulose with a viscosity of about 100 cps, commercially available under the Tradename Methocel™ K 100 LV from The Dow Chemical Company.

The amount of the polymer in the composition generally varies from about 5% to about 50% by weight of the composition. Preferably, the amount of polymers varies from about 10% to about 35% by weight of the composition. Most preferably, the amount of polymer varies from about 10% to about 30% by weight of the polymer.

The composition of the invention further comprise pharmaceutically acceptable excipients and/or fillers and extenders, such as lactose, starches, glucose, sucrose, mannitol, and silicic acid, lubricants such as talc, calcium stearate, magnesium stearate, solid polyethylene glycols, sodium lauryl sulfate, and mixtures thereof.

The amount of the lubricants generally varies from about 0.5% to about 10% by weight of the composition. Preferably, the lubricants used are magnesium stearate and talc in the total amounts ranging from about 1.0% to about 4.0% by weight of the composition. The amount of fillers and extenders varies from about 10% to about 40% by weight of the composition.

A particularly preferred composition for the extended release of the active compound therefrom comprises:

about 500 mg of clarithromycin; and

from 100 to 300 mg of Methocel K 100 LV.

The formulations are generally prepared by dry blending the polymer, filler, erythromycin derivative, and other excipients followed by granulating the mixture using water until proper granulation is obtained. The granulation is done by methods known in the art. The wet granules are dried in a fluid bed dryer, sifted and ground to appropriate size. Lubricating agents are mixed with the dried granulation to obtain the final formulation.

The compositions of the invention can be administered orally in the form of tablets, pills, or suspensions. The tablets can be prepared by techniques known in the art and contain a therapeutically useful amount of erythromycin derivative and such excipients as are necessary to form the tablet by such techniques. Tablets and pills can additionally be prepared with enteric coatings and other release-controlling coatings for the purpose of light protection, and swallowability. The coating may be colored with a pharmaceutically accepted dye. The amount of dye and other excipients in the coating liquid may vary and will not impact the performance of the extended release tablets. The coating liquid generally comprises film forming polymers such as hydroxy-propyl cellulose, hydroxypropylmethyl cellulose, cellulose ester or ether, an acrylic polymer or a mixture of polymers. The coating solution is generally an aqueous solution further comprising propylene glycol, sorbitan monoleate, sorbic acid, fillers such as titanium dioxide, a pharmaceutically acceptable dye.

Liquid dosage forms for oral administration may include pharmaceutically acceptable emulsions, microemulsions, solutions, suspensions, syrups and elixirs containing inert

6,010,718

| 5 | 6 |

diluents commonly used in the art such as water. Such compositions may also comprise adjuvants, such as wetting agents; emulsifying and suspending agents; and sweetening, flavoring and perfuming agents.

The daily dose of the composition of this invention administered to a host in single dose can be in the amounts from 500 mg to 1000 mg once-a-day for five to fourteen days.

Pharmacokinetic Study

The bioavailability study for the formulations of the invention can be done by administering the ER formulation in a tablet form to healthy subjects and measuring the levels of erythromycin derivative in the plasma at different time intervals over a period of twenty four hours.

Plasma samples are assayed for erythromycin derivative at BAS Analytics (West Lafayette, Ind.) using a validated high-performance liquid chromatographic procedure similar to that described in the literature. See for example, Chu S-Y, et al., "Simultaneous determination of clarithromycin and 14(R)-hydroxyclarithromycin in plasma and urine using high-performance liquid chromatography with electro-chemical detection", J. Chromatog., 571, pp 199–208 (1991).

Adverse Effects and Taste Profile

Adverse effects including those related to the digestive system, nervous system, respiratory system and special senses, including taste perversion, are measured by dosing subjects with multiple doses of 1000 mg of ER and IR tablets per day, respectively. The adverse effects are monitored, reported spontaneously by subjects and recorded on case report forms for the study database.

The invention will be understood more clearly from the following Examples, which are given solely by way of illustration and serve to provide a clear understanding of the invention and to illustrate its different embodiments as well as its various advantages.

EXAMPLES

Example 1

Preparation of Formulation

Methocel™ (K 100 LV) available from The Dow Chemical Company was loaded into a mixer, and dry blended with clarithromycin. The mixture was granulated using water until proper granulation was obtained. The granulation was then dried, sifted and ground to appropriate size.

Talc and magnesium stearate were screened and blended with dry granulation. The granulation was then loaded into hopper and compressed into tablets. The tablets were then coated with an aqueous coating.

Three different formulations A, B, and C were prepared according to the general method described above. The compositions of three different tablet formulations are given below in Table 1.

TABLE 1

| Ingredient | A mg/tablet | B mg/tablet | C mg/tablet |
|---|---|---|---|
| Water (USP, purified) | Q.S. | Q.S. | Q.S. |
| Clarithromycin | 500.00 | 500.00 | 500.00 |
| Methocel K 100 LV Premium CR Grade* | 200.00 | 100.00 | 300.00 |
| Lactose, monohydrate | 260.00 | 360.00 | 160.00 |

TABLE 1-continued

| Ingredient | A mg/tablet | B mg/tablet | C mg/tablet |
|---|---|---|---|
| Talc, USP | 30.00 | 30.00 | 30.00 |
| Magnesium Stearate | 10.00 | 10.00 | 10.00 |

*Available from The Dow Chemical Company

Example 2

Pharmacokinetic Study of the Extended Release Formulation

The bioavailability study to determine the concentration-time plasma profile was done on healthy subjects. The study was conducted as a Phase I, single-dose, open, randomized, four-period, balanced cross-over study described below.

Single-Dose Study

Twenty-four (24) healthy adult subjects were enrolled and 23 completed all phases of the study. For the 23 subjects who completed all phases of the study (12 males, 11 females), the mean age was 29 years (range: 19 to 49 years), the mean weight was 69.0 kg (range: 51.5 to 85 kg) and the mean height was 172 cm (range: 157 to 192 cm).

Clarithromycin 500 mg extended release tablets corresponding to the formulations A, B, and C of Example 1 and the 500 mg IR clarithromycin tablet (Reference Formulation), currently sold by Abbott Laboratories under the Tradename BIAXIN™, were administered to the 23 healthy subjects.

The study was conducted according to a single-dose, open-label, randomized four-period crossover design in which each subject received a single 500 mg dose of clarithromycin during each 30 minutes period after starting breakfast. Wash-out periods of one week separated the doses.

Seven (7) ml blood samples were collected prior to dosing (0 hour) and at 0.5, 1.0, 2.0, 3.0, 4.0, 6.0, 8.0, 12.0, 16.0, 24.0, 36.0 and 48.0 hour after each dose. Plasma samples were assayed for clarithromycin at BAS Analytics (West Lafayette, Ind.) using a validated high performance liquid chromatographic procedure.

Pharmacokinetic Analyses

Values for clarithromycin pharmacokinetic parameters, including observed $C_{max}$, $T_{max}$, and $AUC_{0-\infty}$ were calculated using standard noncompartmental methods.

The mean plasma concentration-time profiles for the single-dose study are illustrated in FIG. 1.

FIG. 1 illustrates that all the three formulations of the invention are substantially equivalent in extended release of clarithromycin over a period of 24 hours.

Table II summarizes the pharmacokinetic results obtained after single-dosing in the above study.

TABLE II

| Formulation | $C_{max}$ (µg/ml) | $T_{max}$ (h) | $AUC_{0-\infty}$ (µg·h/mL) |
|---|---|---|---|
| A | 1.19 ± 0.60* | 3.0 ± 1.7* | 15.0 ± 6.5* |
| B | 1.33 ± 0.70*# | 5.5 ± 2.4* | 13.1 ± 6.5* |
| C | 1.01 ± 0.48* | 5.5 ± 2.2* | 14.8 ± 7.5* |
| Reference Tablet | 2.57 ± 1.70 | 2.2 ± 0.5 | 17.7 ± 5.6 |

*Statistically significantly different from the IR reference tablet
#Statistically significantly different from Formulations A and C in analysis of logarithms

6,010,718

| 7 | 8 |

**Statistical Analyses**

For $C_{max}$, $AUC_{0-\infty}$, $T_{max}$ and the logarithms of $C_{max}$ and $AUC_{0-\infty}$, au analysis of variance (ANOVA) was performed with sequence, subject nested within sequence, period and formulation as the sources of variation. Effects for subjects were random and all other effects were fixed. Within the framework of ANOVA, the formulations were compared pairwise, with each test at a significance level of 0.05. Also within the framework of the ANOVA for the logarithm of $AUC_{0-\infty}$, bioequivalence of the ER formulations to the IR reference formulation was assessed using the two one-sided tests procedure via 90% confidence intervals. The confidence intervals were obtained by exponentiating the end-points of the confidence intervals for the difference of logarithm means.

Point estimates of relative bioavailability and 90% confidence intervals for the two one-sided tests procedure from analysis of log-transformed $AUC_{0-\infty}$ are set forth in Table III below.

TABLE III

| | Relative Bioavailability | |
|---|---|---|
| Formulation Comparison | Point Estimate | 90% Confidence Interval |
| A vs Reference | 0.815 | 0.737–0.902 |
| B vs Reference | 0.835 | 0.755–0.925 |
| C vs Reference | 0.787 | 0.711 0.871 |

The $AUC_{0-\infty}$ central values were lower for the three ER formulations than for the reference IR tablet. The lower $C_{max}$ values and the later $T_{max}$ values suggest that all the ER formulations with varying weight percent of polymer, provide extended-release of clarithromycin in vivo.

The lower $AUC_{0-\infty}$ values for the ER formulations may suggest that for a single 500 mg dose administered under nonfasting conditions, the extent of absorption of clarithromycin was reduced relative to that of the reference IR tablet.

**Multiple-Dose Study**

Twenty-four (24) healthy adult subjects were enrolled and 23 completed all phases of the study. Of the 23 who completed the study (19 males, 4 females), the mean age was 30 years (range: 20 to 47 years), the mean weight was 72 kg (range: 51 to 87 kg) and the mean height was 176 cm (range: 159 to 189.5 cm).

The clarithromycin dosage forms included 500 mg ER tablets of Example 1 containing 10% or 20% by weight of K 100 LV, respectively, and a reference 500 mg IR tablet (BIAXIN).

The study was conducted according to a single- and multiple-dose, open-label, randomized three-period crossover design.

Regimen A

A single 1000 mg dose of ER formulation A tablets (two 500 mg tablets) was administered in the morning on Day 1. Beginning on Day 3, a multiple dose regimen of 1000 mg clarithromycin (two 500 mg tablets) was administered each morning for three days (Days 3–5).

Regimen B

A single 1000 mg dose of ER formulation B tablets (two 500 mg tablets) was administered in the morning on Day 1. Beginning on Day 3, a multiple dose regimen of 1000 mg clarithromycin (two 500 mg tablets) was administered each morning for three days (Days 3–5).

Regimen C

A single 500 mg dose of IR tablet (BIAXIN) was administered in the morning on Day 1. Beginning on Day 3, a multiple dose regimen of 500 mg reference tablet BIAXIN was administered every twelve hours for three days.

Each morning dose was administered thirty minutes after breakfast. Every evening dose was administered thirty minutes after starting the evening snack.

Wash-out periods of at least one week separated the last dose in a period and the first dose in the following period.

Seven (7) ml blood samples were collected before dosing on Day 1 (0 hr) and at 0.5, 1.0, 2.0, 3.0, 4.0, 6.0, 8.0, 12.0, 16.0, 24.0, 36.0, and 48.0 hour after dosing. For Regimen C, the 12 hour sample was collected within 5 minutes before the evening dose on Day 5. Plasma harvested from each blood sample was divided into two parts: approximately 5 mL for bioassay and the remainder of the sample for high performance liquid chromatographic (HPLC) assay. Plasma samples were assayed for clarithromycin ut BAS Analytics (West Lafayette, Ind.) using a validated high performance liquid chromatographic procedure.

**Pharmacokinetic Analyses**

Pharmacokinetic parameter estimates were calculated using noncompartmental methods. For the Day 1 data, the parameters estimated included $C_{max}$, $T_{max}$, $AUC_{0-\infty}$ or $AUC_{0-48h}$, and $t_{1/2}$. For the Day 5 data, the parameters estimated included $C_{max}$, $T_{max}$, $C_{min}$, $AUC_{0-24}$, and DFI.

**Statistical Analyses**

No statistical analyses were performed on the bioassay data. Analyses of variance (ANOVA) were performed for Day 1 and Day 5 pharmacokinetic variables with effects for regimen, period, sequence, and subject nested within sequence. The $C_{max}$ and $AUC_{0-\infty}$ values for Regimen C were normalized to a 1000 mg dose. For the Day 1 and Day 5 AUC and $C_{max}$ values and for the Day 5 DFL values for both analytes, logarithmic transformation was employed. Each of the Regimens A and B were compared to the reference Regimen C at a significance level of 0.05. Within the framework of the ANOVAs for the Day 5 AUC values, equivalence of the ER formulations of the invention to the IR reference tablet was assessed using the two one-sided tests procedure via 90% confidence intervals.

The mean plasma concentration-time profiles for the multiple-dose study are illustrated in FIG. 2.

Table IV summarizes (mean±SD) of the Day 5 pharmacokinetic parameter estimates for the clarithromycin in the ER and IR formulations.

TABLE IV

| Formulation | $C_{max}$ (µg/ml) | $C_{max}$ (µg/ml) | $T_{max}$ (h) | $AUC_{0-24}$ (µg·h/mL.O) | Fluctuation Index |
|---|---|---|---|---|---|
| A | 2.45 ± 0.69* | 0.70 ± 0.37 | 8.6 ± 4.4* | 49.6 ± 12.8 | 1.11 ± 0.31*† |
| B | 2.66 ± 0.87* | 0.67 ± 0.39 | 6.9 ± 3.3* | 40.2 ± 13.8 | 1.34 ± 0.37* |
| IR Reference | 3.21 ± 0.78 | 0.78 ± 0.29 | 1.9 ± 0.6 | 40.8 ± 11.8 | 1.47 ± 0.26 |

*Statistically significantly different from the reference IR formulation.
†Statistically significantly different from Regimen B.

Point estimates of the relative bioavailability and 90% confidence intervals for the two one-sided tests procedures of Day 5 $AUC_{0-24}$ are set forth in Table V below. The results presented are for logarithmic-transformed clarithromycin $AUC_{0-24}$ values.

6,010,718

## 9

TABLE V

| Formulation Comparison | Relative Bioavailability | |
| | Point Estimate | 90% Confidence Interval |
|---|---|---|
| A vs Reference | 0.964 | 0.893–1.039 |
| B vs Reference | 0.970 | 0.899–1.046 |

For this multiple dose study under nonfasting conditions, both the 10% and 20% polymer ER formulations were bioequivalent to the reference IR tablet with respect to the $AUC_{0-24}$. The significantly lower $C_{max}$ central values and later $T_{max}$ values suggest that both the formulations provide extended release of clarithromycin in vivo. The significantly lower DFLs indicate that plasma concentrations fluctuate less for the ER tablet regimens than for the IR tablet regimen. Additionally, the significantly lower DFL for Regimen A compared to Regimen B indicates that plasma concentrations from the 20% polymer fluctuate less than those from the 10% polymer tablet.

Adverse Effects

The adverse effects, including taste perversion (taste profile), were studied for the multiple-dose regimes described above.

Multiple-Dose Study

The formulations A and B of Example 1 (500 mg tablets) and the IR BIAXIN (reference) 500 mg tablet were administered to healthy subjects in a multiple-dose regimen as described above.

Formulations of the Invention

A single dose (2×500 mg) of the formulations A and B of Example 1, was administered to the subjects, followed by a 48 hour wash-out period. Multiple dosing in the morning with the 2×500 mg regimen, once-a-day, followed the wash-out for the next three days.

REFERENCE

A single dose of 500 mg IR BIAXIN tablet was administered to the subjects, followed by a 48 hour wash-out period. Multiple dosing with the 500 mg tablet, twice-a-day followed the washout for three days.

The adverse effects to the body as a whole, cardiovascular system, digestive system, nervous system, respiratory system, skin and appendages, and special senses were measured by monitoring the subjects at regular time intervals. Subjects who reported the same COSTART term more than once were counted only once for that COSTART term.

The results of the adverse effects are set forth in Table VI below.

TABLE VI

| | DOSING REGIMEN | | |
| BODY SYSTEM COSTART TERM | Percent of Total Subjects | | |
| | A ($N_m$ 24) | B ($N_m$ 23) | Reference ($N_m$ 23) |
|---|---|---|---|
| Overall | 9 (37.5%) | 10 (43.5%) | 11 (47.8%) |
| Body As A Whole | 6 (25.0%) | 3 (13.0%) | 1 (4.3%) |
| Asthenia | 2 (8.3%) | 1 (4.3%) | 0 (0.0%) |
| Chills | 0 (0.0%) | 1 (4.3%) | 0 (0.0%) |
| Headache | 2 (8.3%) | 2 (8.7%) | 0 (0.0%) |
| Neck Rigidity | 1 (4.2%) | 0 (0.0%) | 0 (0.0%) |
| Pain | 2 (8.3%) | 0 (0.0%) | 1 (4.3%) |
| Cardiovascular System | 1 (4.2%) | 0 (0.0%) | 0 (0.0%) |

## 10

TABLE VI-continued

| | DOSING REGIMEN | | |
| BODY SYSTEM COSTART TERM | Percent of Total Subjects | | |
| | A ($N_m$ 24) | B ($N_m$ 23) | Reference ($N_m$ 23) |
|---|---|---|---|
| Hypertension | 1 (4.2%) | 0 (0.0%) | 0 (0.0%) |
| Digestive System | 4 (16.7%) | 4 (17.4%) | 4 (17.4%) |
| Abdominal Pain | 1 (4.2%) | 0 (0.0%) | 0 (0.0%) |
| Constipation | 0 (0.0%) | 0 (0.0%) | 2 (8.7%) |
| Diarrhea | 2 (8.3%) | 3 (13.0%) | 1 (4.3%) |
| Dyspepsia | 2 (8.3%) | 2 (8.7%) | 1 (4.3%) |
| Flatulence | 0 (0.0%) | 1 (4.3%) | 0 (0.0%) |
| Nausea | 0 (0.0%) | 0 (0.0%) | 1 (4.3%) |
| Nervous System | 0 (0.0%) | 1 (4.3%) | 2 (8.7%) |
| Depersonalization | 0 (0.0%) | 1 (4.3%) | 0 (0.0%) |
| Hypesthesia | 0 (0.0%) | 1 (4.3%) | 1 (4.3%) |
| Insomnia | 0 (0.0%) | 1 (4.3%) | 0 (0.0%) |
| Somnolence | 0 (0.0%) | 0 (0.0%) | 1 (4.3%) |
| Respiratory System | 1 (4.2%) | 1 (4.3%) | 3 (13.0%) |
| Cough Increased | 1 (4.2%) | 0 (0.0%) | 0 (0.0%) |
| Hiccup | 0 (0.0%) | 0 (0.0%) | 1 (4.3%) |
| Pharyngitis | 0 (0.0%) | 1 (4.3%) | 2 (8.7%) |
| Rhinitis | 1 (4.2%) | 1 (4.3%) | 0 (0.0%) |
| Skin and Appendages | 0 (0.0%) | 2 (8.7%) | 2 (8.7%) |
| Rash | 0 (0.0%) | 1 (4.3%) | 1 (4.3%) |
| Skin Disorder | 0 (0.0%) | 1 (4.3%) | 2 (8.7%) |
| Special Senses | 3 (12.5%) | 3 (13.0%) | 6 (26.1%) |
| Eye Disorder | 0 (0.0%) | 1 (4.3%) | 0 (0.0%) |
| Taste Perversion | 3 (12.5%) | 3 (8.7%) | 6 (26.1%) |

It is evident from the above Table VI that the adverse effects to the digestive, nervous and respiratory systems normally associated with BIAXIN are reduced with the ER tablets. The taste perversion with the formulations of the invention is significantly reduced. It is reasonably believed that the reduced adverse effects, particularly taste perversion, would lead to better compliance and a higher incidence of completion of the prescribed treatment regimen.

Comparative Example 3

The results of a comparative pharmacokinetic study of the controlled release formulation A of the co-owned, pending U.S. patent application Ser. No. 08/574,877, filed Dec. 19, 1995, as compared with the IR (BIAXIN) are set forth in Table VII below.

TABLE VII

| PK-Parameter | | Clarithromycin 1000 mg Once-Daily (Formulation A) | | Clarithromycin 500 mg BID Reference (BIAXIN) | | Point | 90% Confidence |
|---|---|---|---|---|---|---|---|
| | Unit | Mean[a] | S.D.[b] | Mean[a] | S.D.[b] | Estimator[c] | Interval |
| AUC$_{0-24}$ | ($\mu$g*h/ml) | 27.288 | 10.086 | 28.256 | 10.770 | 97.4 | 86.9—109.2 |
| C$_{max}$ | ($\mu$g/ml) | 2.432 | 0.905 | 2.701 | 0.785 | 89.0 | 78.2—101.3 |
| T$_{max}$ | (h) | 5.217 | 1.858 | 2.943 | 0.706 | | |
| C$_{min}$ | ($\mu$g/ml) | 0.469 | 0.292 | 0.597 | 0.241 | 71.7 | 60.0—85.7 |
| DFL | | 1.800 | 0.572 | 1.900 | 0.616 | | |

[a]arithmetic means
[b]standard deviation
[c]defined as the ratio of the geometric means of test vs. reference formulation

The mean DFL values for the controlled release formulation and for the IR are substantially equal in value as can be seen in the above Table. cf. 1.800±0.572 (for controlled release) with 1.900±0.616 (IR).

The mean DFL for the composition of the invention is statistically lower than the IR in vivo profile. The lower DFL indicates that the ER formulations of the invention provide less variable clarithromycin concentrations throughout the day than the IR and the sustained release compositions.

We claim:

1. A pharmaceutical composition for extended release of an erythromycin derivative in the gastrointestinal environment, comprising an erythromycin derivative and from about 5 to about 50% by weight of a pharmaceutically acceptable polymer, so that when ingested orally, the composition induces statistically significantly lower mean fluctuation index in the plasma than an immediate release composition of the erythromycin derivative while maintaining bioavailability substantially equivalent to that of the immediate release composition of the erythromycin derivative.

2. The pharmaceutical composition of claim 1, wherein the polymer is a hydrophilic water-soluble polymer.

3. The pharmaceutical composition of claim 2, wherein the polymer is selected from the group consisting of polyvinylpyrrolidine, hydroxypropyl cellulose, hydroxypropylmethyl cellulose, methyl cellulose, vinyl acetate/crotonic acid copolymers, methacrylic acid copolymers, maleic anhydride/methyl vinyl ether copolymers and derivatives and mixtures thereof.

4. A pharmaceutical composition for extended release of an erythromycin derivative in the gastrointestinal environment, comprising an erythromycin derivative and from about 5 to about 50% by weight of a pharmaceutically acceptable polymer, so that upon oral ingestion, maximum peak concentrations of the erythromycin derivative are lower than those produced by an immediate release pharmaceutical composition, and area under the concentration-time curve and the minimum plasma concentration are substantially equivalent to that of the immediate release pharmaceutical composition.

5. A method of using an extended release, pharmaceutical composition comprising an erythromycin derivative and from about 5 to about 50% by weight of a pharmaceutically acceptable polymer, comprising administering the composition in an effective amount for the treatment of bacterial infection in a mammal, whereby an area under the concentration-time curve substantially equivalent to that for an immediate release pharmaceutical composition of the erythromycin derivative is maintained.

6. An extended release pharmaceutical composition comprising an erythromycin derivative and a pharmaceutically acceptable polymer, the composition having an improved taste profile as compared to the immediate release formulation.

7. The extended release pharmaceutical composition according to claim 3, wherein the polymer is hydroxypropylmethyl cellulose.

8. The extended release pharmaceutical composition according to claim 7, wherein the hydroxypropylmethyl cellulose is a low viscosity cellulose with viscosity ranging from about 50 to about 200 cps.

9. The extended release pharmaceutical composition according to claim 8, wherein the viscosity of the polymer is about 100 cps.

10. The extended release pharmaceutical composition according to claim 2, wherein the composition comprises from about 5 to about 45% by weight of the polymer.

11. The extended release pharmaceutical composition according to claim 2, wherein the composition comprises from about 45 to about 60% by weight of the erythromycin derivative.

12. The extended release pharmaceutical composition according to claim 11, wherein the composition comprises about 50% by weight of the erythromycin derivative.

13. The extended release pharmaceutical composition according to claim 10, wherein the composition comprises from about 10 to about 30% by weight of the polymer.

14. The extended release pharmaceutical composition according to claim 13, wherein the composition comprises from about 10 to about 30% by weight of hydroxypropylmethyl cellulose having a viscosity of about 100 cps.

15. The extended release pharmaceutical composition according to claim 14, wherein the erythromycin derivative is clarithromycin.

16. The extended release pharmaceutical composition according to claim 15, wherein the composition comprises about 50% by weight of clarithromycin.

*   *   *   *   *

# EXHIBIT B



US006551616B1

(12) **United States Patent** (10) Patent No.: **US 6,551,616 B1**

Notario et al. (45) Date of Patent: *Apr. 22, 2003

(54) **EXTENDED RELEASE FORMULATIONS OF ERYTHROMYCIN DERIVATIVES**

(75) Inventors: **Gerard F. Notario**, Chicago, IL (US);
**Robert N. Palmer**, Gurnee, IL (US);
**Richard C. Hom**, Wilmette, IL (US);
**Jie Zhang**, Basking Ridge, NJ (US);
**Karen J. Devcich**, Grayslake, IL (US);
**Susan J. Semla**, Evanston, IL (US)

(73) Assignee: **Abbott Laboratories**, Abbott Park, IL (US)

(*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 65 days.

(21) Appl. No.: **09/416,916**

(22) Filed: **Oct. 13, 1999**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/838,900, filed on Apr. 11, 1997, now Pat. No. 6,010,718.

(51) Int. Cl.7 ............................. A61K 9/20; A61K 9/22; A61K 9/36

(52) U.S. Cl. .................... 424/464; 424/468; 424/480

(58) Field of Search .................................. 424/464, 468, 424/441

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,870,790 A | 3/1975 | Lowey et al. | 424/19 |
| 4,226,849 A | 10/1980 | Schor | 424/19 |
| 4,369,172 A | 1/1983 | Schor et al. | 424/19 |
| 4,808,411 A | 2/1989 | Lu et al. | 424/441 |
| 4,842,866 A | 6/1989 | Horder et al. | 424/468 |
| 5,393,765 A | 2/1995 | Infeld et al. | 514/365 |
| 5,633,006 A * | 5/1997 | Catania et al. | 424/441 |
| 5,705,190 A * | 1/1998 | Broad et al. | 424/465 |
| 5,707,646 A * | 1/1998 | Yajima et al. | 424/439 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0293885 | 12/1988 |
| FR | 2585948 | 2/1987 |
| WO | 9530422 | 11/1995 |
| WO | 9722335 | 6/1997 |
| WO | 98 46239 A | 10/1998 |

OTHER PUBLICATIONS

Gustavson et al., "Pharmacokinetics of a New Extended—Release Clarithromycin Tablet at Doses of 500 and 1000 mg Daily," *Interscience Conference on Antimicrobial Agents and Chemotherapy*, (1999).

Die Pharmazie, vol. 50, No. 4 (Feb. 1995), pp. 154–155, J. Rak et al., "Matrixtabletten aus Niedrigviskoser Hydropromellose".

Technical Information, "Methods for Formulating Controlled Release Products Outside of the Claims of Forest Laboratory Patents.".

Journal of Controlled Release, vol. 12 (1990), pp. 133–141, K.V. Ranga Rao et al., "Influence of Molecular Size and Water Solubility of the Solute on its Release from Swelling and Erosion Controlled Polymeric Matrices".

* cited by examiner

*Primary Examiner*—Thurman K. Page
*Assistant Examiner*—Isis Ghali
(74) *Attorney, Agent, or Firm*—B. Gregory Donner

(57) **ABSTRACT**

Disclosed is a pharmaceutical composition for extended release of an erythromycin derivative in the gastrointestinal environment. The composition comprises an erythromycin derivative and a pharmaceutically acceptable polymer so that, when ingested orally, the composition induces statistically significantly lower $C_{max}$ in the plasma than an immediate release composition of the erythromycin derivative while maintaining bioavailability and minimum concentration substantially equivalent to that of the immediate release composition of the erythromycin derivative upon multiple dosing. The compositions of the invention have an improved taste profile and reduced gastrointestinal side effects as compared to those for the immediate release composition.

**4 Claims, 3 Drawing Sheets**



# Figure 1



|     |                      |
| --- | -------------------- |
| o   | 10% Polymer          |
| ▽   | 20% Polymer          |
| △   | 30% Polymer          |
| ●   | Reference Formulation |

# Figure 2



## Figure 3



US 6,551,616 B1

**1**

## EXTENDED RELEASE FORMULATIONS OF ERYTHROMYCIN DERIVATIVES

The present application relates to a continuation-in-part of U.S. patent application 08/838,900, filed Apr. 11, 1997, now U.S. Pat. No. 6,010,718 now allowed.

### TECHNICAL FIELD

The present invention relates to pharmaceutical compositions of erythromycin derivatives with an extended release of an active compound in the gastrointestinal environment. More particularly, it relates to pharmaceutical compositions of clarithromycin which are ingested daily as a single oral administration.

### BACKGROUND OF THE INVENTION

Erythromycin and its derivatives are known for their antibacterial activity against a number of organisms or activity in a number of indications and are typically administered as immediate release (IR) compositions, two or three times a day, for a regimen of 10 to 14 days. These compounds have a bitter taste. In particular, the 6-O-methoxyerythromycin A (clarithromycin) has a bitter metallic taste which can result in poor compliance of the regimen or selection of another, possibly less effective, therapeutic agent.

One approach to improve the possible non-compliance with the regimen has been to develop controlled release solid preparations containing these erythromycin derivatives in an alginate matrix comprising a water-soluble alginate and a complex salt of alginic acid, having one cation that yields a soluble alginate salt and another cation that alone yields an insoluble alginate salt. These formulations are described in U.S. Pat. No. 4,842,866, issued Jun. 27, 1989. However, in-vivo animal studies showed that reproducibly bioavailable controlled release formulation were not possible using alginates or any other monolithic hydrogel tablets.

To overcome some of the problems associated with the formulations described in U.S. Pat. No. 4,842,866, improved controlled release formulations for poorly soluble basic drugs such as erythromycin derivatives including clarithromycin, have been developed and are described in commonly owned, co-pending U.S. patent application, Ser. No. 08/574,877, filed Dec. 19,1995. The formulations described in the patent application comprise a poorly soluble basic drug and citric acid in an alginate matrix. The formulations are administered once a day and are directed towards increasing the bioavailability of the active ingredient so that it is bioequivalent with the current immediate release, twice-a-day compositions. However, these controlled release compositions do not purport to minimize the adverse effects related to gastrointestinal (GI) disorders including nausea and vomiting and a phenomenon described as taste perversion.

One approach to address taste perversion has been to develop acceptable palatable liquid oral dosage forms of these drugs as described in U.S. Pat. No. 4,808,411, issued Feb. 28,1989. However, these formulations are administered twice a day for a period of 10 to 14 days and do not address the frequency and duration of the administration regimen, or the adverse effects related to GI disorders. Therefore, there still exists a need for developing a pharmaceutical composition which minimizes the adverse effects described above and provides a degree of drug plasma concentration control which is equivalent to or better than the (IR) tablet or liquid formulations currently used.

**2**

### SUMMARY OF THE INVENTION

It has been discovered that the extended release (ER) formulations of the present invention which comprise a pharmaceutically acceptable polymer, provide extended release clarithromycin in vivo when given once daily. Maximum concentrations ($C_{max}$) of clarithromycin in plasma are statistically significantly lower than the IR formulation given twice daily, and area under the plasma concentration-time curve (AUC) and the minimum plasma concentration are maintained over 24 hours. In contrast, for the controlled release formulations described in the co-pending U.S. application Ser. No. 08/574,877, filed Dec. 19,1995, the $C_{max}$ values are not statistically significantly different than those for the IR formulation. And while the $AUC_{0-24}$ is maintained, the $C_{min}$ is statistically significantly lower for the controlled-release formulations relative to the IR formulation. The compositions of the invention have surprisingly a two-to three-fold reduction in incidence rates for taste perversion compared to the IR formulation.

In one aspect, the present invention relates to a pharmaceutical composition for extended release of an erythromycin derivative in the gastrointestinal environment, comprising an erythromycin derivative and a pharmaceutically acceptable polymer, so that when ingested orally, the composition induces statistically significantly lower mean fluctuation index in the plasma than an immediate release composition of the erythromycin derivative while maintaining bioavailability substantially equivalent to that of the immediate release composition of the erythromycin derivative.

In another aspect, the present invention relates to a pharmaceutical composition for extended release of an erythromycin derivative in the gastrointestinal environment, comprising an erythromycin derivative and a pharmaceutically acceptable polymer, so that upon oral ingestion, maximum peak concentrations of the erythromycin derivative are statistically significantly lower than those produced by an immediate release pharmaceutical composition, and an area under the concentration-time curve and the minimum plasma concentration are substantially equivalent to that of the immediate release pharmaceutical composition.

In yet still another aspect, the present invention relates to a method of using an extended release, pharmaceutical composition comprising an erythromycin derivative and a pharmaceutically acceptable polymer, comprising administering the composition in an effective amount for the treatment of bacterial infection in a mammal, whereby an area under the concentration-time curve equivalent to that for an immediate release pharmaceutical composition of the erythromycin derivative is maintained.

In yet another aspect, the present invention is an extended release pharmaceutical composition comprising an erythromycin derivative and a pharmaceutically acceptable polymer, wherein the composition has an improved taste profile relative to the immediate release formulation.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates the mean in vivo plasma concentration-time profiles following single dose of three 500 mg ER tablets containing clarithromycin and 10%, 20% or 30%, respectively, by weight of hydroxy-propylmethyl cellulose K 100 LV, as compared to that of the reference 500 mg IR clarithromycin tablet.

FIG. 2 illustrates the mean in vivo plasma concentration-time profiles following multiple doses of each of the two ER

3

tablets containing 10% or 20%, respectively, of hydroxypropylmethyl cellulose K100 LV as compared to the reference IR tablet. The dosage forms included two 500 mg ER tablets given once daily or one IR 500 mg clarithromycin every 12 hours, respectively, administered for three days with food.

FIG. 3 illustrates the mean in vivo plasma concentration-time profiles following multiple doses of clarithromycin once-daily 1000 mg (not an example of the invention) and IR 500 mg twice-a-day.

DETAILED DESCRIPTION OF THE
INVENTION

"500 mg or 1000 mg" as used herein, means the strength of tablet composition containing 500 mg clarithromycin, or the dose administered as 2×500 mg of clarithromycin, respectively.

"$C_{max}$" as used herein, means maximum plasma concentration of the erythromycin derivative, produced by the ingestion of the composition of the invention or the IR comparator.

"$C_{min}$" as used herein, means minimum plasma concentration of the erythromycin derivative, produced by the ingestion of the composition of the invention or the IR comparator.

"$C_{avg}$" as used herein, means the average concentration within the 24-hour interval.

"$T_{max}$" as used herein, means time to the maximum observed plasma concentration.

"AUC" as used herein, means area under the plasma concentration-time curve, as calculated by the trapezoidal rule over the complete 24-hour interval for all the formulations.

"Degree of Fluctuation (DFL)" as used herein, is expressed as: $DFL=(C_{max}-C_{min})/C_{avg}$.

"Erythromycin derivative" as used herein, means erythromycin having no substituent groups, or having conventional substituent groups, in organic synthesis, in place of a hydrogen atom of the hydroxy groups and/or a methyl group of the 3'-dimethylamino group, which is prepared according to the conventional manner.

"Pharmaceutically acceptable" as used herein, means those compounds which are, within the scope of sound medical judgment, suitable for use in contact with the tissues of humans and lower animals without undue toxicity, irritation, allergic response, and the like, in keeping with a reasonable benefit/risk ratio, and effective for their intended use in the chemotherapy and prophylaxis of antimicrobial infections.

"Adverse effects" as used herein, means those physiological effects to various systems in the body such as cardiovascular systems, nervous system, digestive system, and body as a whole, which cause pain and discomfort to the individual subject.

"Taste perversion" as used herein, means the perception of a bitter metallic taste normally associated with the erythromycin derivatives, particularly, with clarithromycin.

The pharmaceutical composition of the invention comprise a pharmaceutically active compound and a pharmaceutically acceptable polymer. The pharmaceutically active compound is an erythromycin derivative. Preferably, the erythromycin derivative is 6-O-methoxy erythromycin A, known as clarithromycin. The amount of the erythromycin derivative varies from about 45% to about 60% by weight of the composition. Preferably, the composition comprises about 50% by weight of the erythromycin derivative.

4

The pharmaceutically acceptable polymer is a water-soluble hydrophilic polymer selected from the group consisting of polyvinylpyrrolidine, hydroxypropyl cellulose, hydroxypropylmethyl cellulose, methyl cellulose, vinyl acetate/crotonic acid copolymers, methacrylic acid copolymers, maleic anhydride/methyl vinyl ether copolymers and derivatives and mixtures thereof. Preferably, the polymer is selected from hydroxypropyl cellulose, hydroxypropylmethyl cellulose, and methyl cellulose. More preferably, the polymer is hydroxypropylmethyl cellulose. Most preferably, the polymer is a low viscosity hydroxypropyl-methyl cellulose with viscosity ranging from about 50 cps to about 200 cps. The most preferred low viscosity polymer is a hydroxypropylmethyl cellulose with a viscosity of about 100 cps, commercially available under the Tradename Methocel™ K 100 LV from The Dow Chemical Company.

The amount of the polymer in the composition generally varies from about 5% to about 50% by weight of the composition. Preferably, the amount of polymers varies from about 10% to about 35% by weight of the composition. Most preferably, the amount of polymer varies from about 10% to about 30% by weight of the polymer.

The composition of the invention further comprise pharmaceutically acceptable excipients and/or fillers and extenders, such as lactose, starches, glucose, sucrose, mannitol, and silicic acid, lubricants such as talc, calcium stearate, magnesium stearate, solid polyethylene glycols, sodium lauryl sulfate, and mixtures thereof.

The amount of the lubricants generally varies from about 0.5% to about 10% by weight of the composition. Preferably, the lubricants used are magnesium stearate and talc in the total amounts ranging from about 1.0% to about 4.0% by weight of the composition The amount of fillers and extenders varies from about 10% to about 40% by weight of the composition.

A particularly preferred composition for the extended release of the active compound therefrom comprises:
    about 500 mg of clarithromycin; and
    from 100 to 300 mg of Methocel K 100 LV.

The formulations are generally prepared by dry blending the polymer, filler, erythromycin derivative, and other excipients followed by granulating the mixture using water until proper granulation is obtained. The granulation is done by methods known in the art. The wet granules are dried in a fluid bed dryer, sifted and ground to appropriate size. Lubricating agents are mixed with the dried granulation to obtain the final formulation.

The compositions of the invention can be administered orally in the form of tablets, pills, or suspensions. The tablets can be prepared by techniques known in the art and contain a therapeutically useful amount of erythromycin derivative and such excipients as are necessary to form the tablet by such techniques. Tablets and pills can additionally be prepared with enteric coatings and other release-controlling coatings for the purpose of light protection, and swallowability. The coating may be colored with a pharmaceutically accepted dye. The amount of dye and other excipients in the coating liquid may vary and will not impact the performance of the extended release tablets. The coating liquid generally comprises film-forming polymers such as hydroxy-propyl cellulose, hydroxypropylmethyl cellulose, cellulose ester or other, an acrylic polymer or a mixture of polymers. The coating solution is generally an aqueous solution further comprising propylene glycol, sorbitan monoleate, sorbic acid, fillers such as titanium dioxide, a pharmaceutically acceptable dye.

**5**

Liquid dosage forms for oral administration may include pharmaceutically acceptable emulsions, microemulsions, solutions, suspensions, syrups and elixirs containing inert diluents commonly used in the art such as water. Such compositions may also comprise adjuvants, such as wetting agents; emulsifying and suspending agents; and sweetening, flavoring and perfuming agents.

The daily dose of the composition of this invention administered to a host in single dose can be in the amounts from 500 mg to 1000 mg once a day for five to fourteen days.

Pharmacokinetic Study

The bioavailability study for the formulations of the invention can be done by administering the ER formulation in a tablet form to healthy subjects and measuring the levels of erythromycin derivative in the plasma at different time intervals over a period of twenty four hours.

Plasma samples are assayed for erythromycin derivative at BAS Analytics (West Lafayette, Ind.) using a validated high-performance liquid chromatographic procedure similar to that described in the literature. See for example, Chu S-Y, et al., "Simultaneous determination of clarithromycin and 14(R)-hydroxyclarithromycin in plasma and urine using high-performance liquid chromatography with electrochemical detection", *J. Chromatog.*, 571, pp 199–208 (1991).

Adverse Effects and Taste Profile

Adverse effects including those related to the digestive system, nervous system, respiratory system and special senses, including taste perversion, are measured by dosing subjects with multiple doses of 1000 mg of ER and IR tablets per day, respectively. The adverse effects are monitored, reported spontaneously by subjects and recorded on case report forms for the study database.

The invention will be understood more clearly from the following Examples, which are given solely by way of illustration and serve to provide a clear understanding of the invention and to illustrate its different embodiments as well as its various advantages.

EXAMPLES

Example 1

Preparation of Formulation

Methocel™ (K 100 LV) available from The Dow Chemical Company was loaded into a mixer, and dry blended with clarithromycin. The mixture was granulated using water until proper granulation was obtained. The granulation was then dried, sifted and ground to appropriate size.

Talc and magnesium stearate were screened and blended with dry granulation. The granulation was then loaded into hopper and compressed into tablets. The tablets were then coated with an aqueous coating.

Three different formulations A, B, and C were prepared according to the general method described above. The compositions of three different tablet formulations are given below in Table 1.

TABLE 1

| Ingredient | A mg/tablet | B mg/tablet | C mg/tablet |
|---|---|---|---|
| Water (USP), purified | Q.S. | Q.S. | Q.S. |
| Clarithromycin | 500.00 | 500.00 | 500.00 |
| Methocel K 100 LV Premium CR Grade* | 200.00 | 100.00 | 300.00 |
| Lactose, monohydrate | 260.00 | 360.00 | 160.00 |

**6**

TABLE 1-continued

| Ingredient | A mg/tablet | B mg/tablet | C mg/tablet |
|---|---|---|---|
| Talc, USP | 30.00 | 30.00 | 30.00 |
| Magnesium Stearate | 10.00 | 10.00 | 10.00 |

*Available from The Dow Chemical Company

Example 2

Pharmacokinetic Study of the Extended Release Formulation

The bioavailability study to determine the concentration-time plasma profile was done on healthy subjects. The study was conducted as a Phase I, single-dose, open, randomized, four-period, balanced crossover study described below.

Single-dose Study

Twenty-four (24) healthy adult subjects were enrolled and 23 completed all phases of the study. For the 23 subjects who completed all phases of the study (12 males, 11 females), the mean age was 29 years (range: 19 to 49 years), the mean weight was 69.0 kg (range: 51.5 to 85 kg) and the mean height was 172 cm (range: 157 to 192 cm).

Clarithromycin 500 mg extended release tablets corresponding to the formulations A, B, and C of Example 1 and the 500 mg IR clarithromycin tablet (Reference Formulation), currently sold by Abbott Laboratories under the Tradename BIAXIN™, were administered to the 23 healthy subjects.

The study was conducted according to a single-dose, open-label, randomized four-period crossover design in which each subject received a single 500 mg dose of clarithromycin during each 30 minutes period after starting breakfast. Wash-out periods of one week separated the doses.

Seven (7) ml blood samples were collected prior to dosing (0 hour) and at 0.5, 1.0, 2.0, 3.0, 4.0, 6.0, 8.0, 12.0, 16.0, 24.0, 36.0 and 48.0 hour after each dose. Plasma samples were assayed for clarithromycin at BAS Analytics (West Lafayette, Ind.) using a validated high performance liquid chromatographic procedure.

Pharmacokinetic Analyses

Values for clarithromycin pharmacokinetic parameters, including observed $C_{max}$, $T_{max}$, and $AUC_{0-\infty}$, were calculated using standard noncompartmental methods.

The mean plasma concentration-time profiles for the single-dose study are illustrated in FIG. 1.

FIG. 1 illustrates that all the three formulations of the invention are substantially equivalent in extended release of clarithromycin over a period of 24 hours.

Table II summarizes the pharmacokinetic results obtained after single-dosing in the above study.

TABLE II

| Formulation | $C_{max}(\mu g/ml)$ | $T_{max}(h)$ | $AUC_{0-\infty}$ $(\mu g \cdot h/mL)$ |
|---|---|---|---|
| A | 1.19 ± 0.60* | 5.0 ± 1.7* | 15.0 ± 6.5* |
| B | 1.33 ± 0.70*# | 5.5 ± 2.4* | 15.1 ± 6.5* |
| C | 1.01 ± 0.48* | 5.5 ± 2.2* | 14.8 ± 7.5* |
| Reference Tablet | 2.57 ± 0.70 | 2.2 ± 0.5 | 17.7 ± 5.6 |

*Statistically significantly different from the IR reference tablet
#Statistically significantly different from Formulations A and C in analysis of logarithms

7

## Statistical Analyses

For $C_{max}$, $AUC_{0-\infty}$, $T_{max}$, and the logarithms of $C_{max}$ and $AUC_{0-\infty}$, an analysis of variance (ANOVA) was performed with sequence, subject nested within sequence, period and formulation as the sources of variation. Effects for subjects were random and all other effects were fixed. Within the framework of ANOVA, the formulations were compared pairwise, with each test at a significance level of 0.05. Also within the framework of the ANOVA for the logarithm of $AUC_{0-\infty}$, bioequivalence of the ER formulations to the IR reference formulation was assessed using the two one-sided tests procedure via 90% confidence intervals. The confidence intervals were obtained by exponentiating the end-points of the confidence intervals for the difference of logarithm means.

Point estimates of relative bioavailability and 90% confidence intervals for the two one-sided tests procedure from analysis of log-transformed $AUC_{0-\infty}$ are set forth in Table III below.

### TABLE III

| Formulation Comparison | Relative Bioavailability | |
|---|---|---|
| | Point Estimate | 90% Confidence Interval |
| A vs Reference | 0.815 | 0.737–0.902 |
| B vs Reference | 0.835 | 0.755–0.925 |
| C vs Reference | 0.787 | 0.711–0.871 |

The $AUC_{0-\infty}$ central values were lower for the three ER formulations than for the reference IR tablet. The lower $C_{max}$ values and the later $T_{max}$ values suggest that all the ER formulations with varying weight percent of polymer, provide extended-release of clarithromycin in vivo.

The lower $AUC_{0-\infty}$ values for the ER formulations may suggest that for a single 500 mg dose administered under nonfasting conditions, the extent of absorption of clarithromycin was reduced relative to that of the reference IR tablet.

### Multiple-dose Study

Twenty-four (24) healthy adult subjects were enrolled and 23 completed all phases of the study. Of the 23 who completed the study (19 males, 4 females), the mean age was 30 years (range: 20 to 47 years), the mean weight was 72 kg (range: 51 to 87 kg) and the mean height was 176 cm (range: 159 to 189.5 cm).

The clarithromycin dosage forms included 500 mg ER tablets of Example 1 containing 10% or 20% by weight of K 100 LV, respectively, and a reference 500 mg IR tablet (BIAXIN).

The study was conducted according to a single- and multiple-dose, open-label, randomized three-period cross-over design.

### Regimen A

A single 1000 mg dose of ER formulation A tablets (two 500 mg tablets) was administered in the morning on Day 1. Beginning on Day 3, a multiple dose regimen of 1000 mg

8

clarithromycin (two 500 mg tablets) was administered each morning for three days (Days 3–5).

### Regimen B

A single 1000 mg dose of ER formulation B tablets (two 500 mg tablets) was administered in the morning on Day 1. Beginning on Day 3, a multiple dose regimen of 1000 mg clarithromycin (two 500 mg tablets) was administered each morning for three days (Days 3–5).

### Regimen C

A single 500 mg dose of IR tablet (BIAXIN) was administered in the morning on Day 1. Beginning on Day 3, a multiple dose regimen of 500 mg reference tablet BIAXIN was administered every twelve hours for three days.

Each morning dose was administered thirty minutes after breakfast. Every evening dose was administered thirty minutes after starting the evening snack.

Wash-out periods of at least one week separated the last dose in a period and the first dose in the following period.

Seven (7) ml blood samples were collected before dosing on Day 1 (0 hr) and at 0.5, 1.0, 2.0, 3.0, 4.0, 6.0, 8.0, 12.0, 16.0, 24.0, 36.0, and 48.0 hour after dosing. For Regimen C, the 12 hour sample was collected within 5 minutes before the evening dose on Day 5. Plasma harvested from each blood sample was divided into two parts: approximately 5 mL for bioassay and the remainder of the sample for high performance liquid chromatographic (HPLC) assay. Plasma samples were assayed for clarithromycin at BAS Analytics (West Lafayette, Ind.) using a validated high performance liquid chromatographic procedure.

### Pharmacokinetic Analyses

Pharmacokinetic parameter estimates were calculated using noncompartmental methods. For the Day 1 data, the parameters estimated included $C_{max}$, $T_{max}$, $AUC_{0-\infty}$ or $AUC_{0-48}$, and $t_{1/2}$. For the Day 5 data, the parameters estimated included $C_{max}$, $T_{max}$, $C_{min}$, $AUC_{0-24}$ and DFL.

### Statistical Analyses

No statistical analyses were performed on the bioassay data. Analyses of variance (ANOVA) were performed for Day 1 and Day 5 pharmacokinetic variables with effects for regimen, period, sequence, and subject nested within sequence. The $C_{max}$ and $AUC_{0-\square}$ values for Regimen C were normalized to a 1000 mg dose. For the Day 1 and Day 5 AUC and $C_{max}$ values and for the Day 5 DFL values for both analytes, logarithmic transformation was employed. Each of the Regimens A and B were compared to the reference Regimen C at a significance level of 0.05. Within the framework of the ANOVAs for the Day 5 AUC values, equivalence of the ER formulations of the invention to the IR reference tablet was assessed using the two one-sided tests procedure via 90% confidence intervals.

The mean plasma concentration-time profiles for the multiple-dose study are illustrated in FIG. 2.

Table IV summarizes (means±SD) of the Day 5 pharmacokinetic parameter estimates for the clarithromycin in the ER and IR formulations.

### TABLE IV

| Formulation | $C_{max}$ (μg/ml) | $C_{min}$ (μg/ml) | $T_{max}$ (h) | $AUC_{0-24}$ (μg · h/mL0) | Fluctuation Index |
|---|---|---|---|---|---|
| A | 2.45 ± 0.69* | 0.70 ± 0.37 | 8.6 ± 4.4* | 39.6 ± 12.8 | 1.11 ± 0.31*† |
| B | 2.66 ± 0.97* | 0.67 ± 0.39 | 6.9 ± 3.3* | 40.2 ± 13.8 | 1.24 ± 0.37* |
| IR Reference | 3.21 ± 0.78 | 0.78 ± 0.29 | 1.9 ± 0.6 | 40.8 ± 11.8 | 1.47 ± 0.36 |

*Statistically significantly different from the reference IR formulation.
†Statistically significantly different from Regimen B.

US 6,551,616 B1

**9**

Point estimates of the relative bioavailability and 90% confidence intervals for the two one-sided tests procedures of Day 5 $AUC_{0-24}$ are set forth in Table V below. The results presented are for logarithmic-transformed clarithromycin $AUC0_{0-24}$ values.

TABLE V

| | Relative Bioavailability | |
|---|---|---|
| Formulation Comparison | Point Estimate | 90% Confidence Interval |
| A vs Reference | 0.964 | 0.893–1.039 |
| B vs Reference | 0.970 | 0.899–1.046 |

For this multiple dose study under nonfasting conditions, both the 10% and 20% polymer ER formulations were bioequivalent to the reference IR tablet with respect to the $AUC_{0-24}$. The significantly lower $C_{max}$ central values and later $T_{max}$ values suggest that both the formulations provide extended release of clarithromycin in vivo. The significantly lower DFLs indicate that plasma concentrations fluctuate less for the ER tablet regimens than for the IR tablet regimen. Additionally, the significantly lower DFL for Regimen A compared to Regimen B indicates that plasma concentrations from the 20% polymer fluctuate less than those from the 10% polymer tablet.

Adverse Effects

The adverse effects, including taste perversion (taste profile), were studied for the multiple-dose regimes described above.

Multiple-dose Study

The formulations A and B of Example 1 (500 mg tablets) and the IR BIAXIN (reference) 500 mg tablet were administered to healthy subjects in a multiple-dose regimen as described above.

Formulations of the Invention

A single dose (2×500 mg) of the formulations A and B of Example 1, was administered to the subjects, followed by a 48 hour wash-out period. Multiple dosing in the morning with the 2×500 mg regimen, once-a-day, followed the washout for the next three days.

REFERENCE

A single dose of 500 mg IR BIAXIN tablet was administered to the subjects, followed by a 48 hour wash-out period. Multiple dosing with the 500 mg tablet, twice-a-day followed the washout for three days.

The adverse effects to the body as a whole, cardiovascular system, digestive system, nervous system, respiratory system, skin and appendages, and special senses were measured by monitoring the subjects at regular time intervals. Subjects who reported the same COSTART term more than once were counted only once for that COSTART term.

The results of the adverse effects are set forth in Table VI below.

TABLE VI

| BODY SYSTEM COSTART TERM | DOSING REGIMEN | | |
|---|---|---|---|
| | A ($N_m24$) | B ($N_m23$) | Reference (N23) |
| | Percent of Total Subjects | | |
| Overall | 9 (37.5%) | 10 (43.5%) | 11 (47.8%) |
| Body As A Whole | 6 (25.0%) | 3 (13.0%) | 1 (4.3%) |

**10**

TABLE VI-continued

| Asthenia | 2 (8.3%) | 1 (4.3%) | 0 (0.0%) |
|---|---|---|---|
| Chills | 0 (0.0%) | 1 (4.3%) | 0 (0.0%) |
| Headache | 2 (8.3%) | 2 (8.7%) | 0 (0.0%) |
| Neck Rigidity | 1 (4.2%) | 0 (0.0%) | 0 (0.0%) |
| Pain | 2 (8.3%) | 0 (0.0%) | 1 (4.3%) |
| Cardiovascular System | 1 (4.2%) | 0 (0.0%) | 0 (0.0%) |
| Hypertension | 1 (4.2%) | 0 (0.0%) | 0 (0.0%) |
| Digestive System | 4 (16.7%) | 4 (17.4%) | 4 (17.4%) |
| Abdominal Pain | 1 (4.2%) | 0 (0.0%) | 0 (0.0%) |
| Constipation | 0 (0.0%) | 0 (0.0%) | 2 (8.7%) |
| Diarrhea | 2 (8.3%) | 3 (13.0%) | 1 (4.3%) |
| Dyspepsia | 2 (8.3%) | 2 (8.7%) | 1 (4.3%) |
| Flatulence | 0 (0.0%) | 1 (4.3%) | 0 (0.0%) |
| Nausea | 0 (0.0%) | 0 (0.0%) | 1 (4.3%) |
| Nervous System | 0 (0.0%) | 1 (4.3%) | 2 (8.7%) |
| Depersonalization | 0 (0.0%) | 1 (4.3%) | 0 (0.0%) |
| Hypesthesia | 0 (0.0%) | 1 (4.3%) | 1 (4.3%) |
| Insomnia | 0 (0.0%) | 1 (4.3%) | 0 (0.0%) |
| Somnolence | 0 (0.0%) | 0 (0.0%) | 1 (4.3%) |
| Respiratory System | 1 (4.2%) | 1 (4.3%) | 3 (13.0%) |
| Cough Increased | 1 (4.2%) | 0 (0.0%) | 0 (0.0%) |
| Hiccup | 0 (0.0%) | 0 (0.0%) | 1 (4.3%) |
| Pharyngitis | 0 (0.0%) | 1 (4.3%) | 2 (8.7%) |
| Rhinitis | 1 (4.2%) | 1 (4.3%) | 0 (0.0%) |

| BODY SYSTEM COSTART TERM | DOSING REGIMEN | | |
|---|---|---|---|
| | A ($N_m24$) | B ($N_m23$) | Reference ($N_m23$) |
| | Percent of Total Subjects | | |
| Skin and Appendages | 0 (0.0%) | 2 (8.7%) | 2 (8.7%) |
| Rash | 0 (0.0%) | 1 (4.3%) | 1 (4.3%) |
| Skin Disorder | 0 (0.0%) | 1 (4.3%) | 2 (8.7%) |
| Special Senses | 3 (12.5%) | 3 (13.0%) | 6 (26.1%) |
| Eye Disorder | 0 (0.0%) | 1 (4.3%) | 0 (0.0%) |
| Taste Perversion | 3 (12.5%) | 2 (8.7%) | 6 (26.1%) |

It is evident from the above Table VI that the adverse effects to the digestive, nervous and respiratory systems normally associated with BIAXIN are reduced with the ER tablets. The taste perversion with the formulations of the invention is significantly reduced. It is reasonably believed that the reduced adverse effects, particularly taste perversion, would lead to better compliance and a higher incidence of completion of the prescribed treatment regimen.

Comparative Example 3

The results of a comparative pharmacokinetic study of the controlled release formulation A of the co-owned, pending U.S. patent application Ser. No. 08/574,877, filed Dec. 19, 1995, as compared with the IR (BIAXIN) are set forth in Table VII below.

**11**

TABLE VII

| PK-Parameter | Unit | Clarithromycin 1000 mg Once-Daily (Formulation A) | | Clarithromycin 500 mg BID Reference (BIAXIN) | | Point Estimate[c] | 90% Confidence Interval |
|---|---|---|---|---|---|---|---|
| | | Mean[a] | S.D.[b] | Mean[a] | S.D.[b] | | |
| AUC$_{0-24}$ | (µg*h/ml) | 27.298 | 10.086 | 28.256 | 10.770 | 97.4 | 86.9–109.2 |
| C$_{max}$ | (µg/ml) | 2.432 | 0.905 | 2.701 | 0.785 | 89.0 | 78.2–101.3 |
| T$_{max}$ | (h) | 5.217 | 1.898 | 2.043 | 0.706 | | |
| C$_{min}$ | (µg/ml) | 0.469 | 0.292 | 0.597 | 0.241 | 71.7 | 60.0–85.7 |
| DFL | | 1.800 | 0.572 | 1.900 | 0.616 | | |

[a]arithmetic means
[b]standard deviation
[c]defined as the ratio of the geometric means of test vs. reference formulation

The mean DFL for the composition of the invention is statistically lower than the IR in vivo profile. The lower DFL indicates that the ER formulations of the invention provide less variable clarithromycin concentrations throughout the day than the IR and the sustained release compositions.

The mean DFL values for the controlled release formulation and for the IR are substantially equal in value as can be seen in the above Table. cf. 1.800±0.572 (for controlled release) with 1.900±0.616 (IR).

Study of Gastrointestinal Adverse Effects in Patients

Two well-controlled, double-blind clinical trials were conducted to compare the safety and efficacy of extended-release clarithromycin (ER) and immediate-release clarithromycin (IR) in patients with acute maxillary sinusitis (AMS) and patients with acute bacterial exacerbation of chronic bronchitis (AECB).

A total of 910 patients were enrolled for the studies. Of the 910 patients, 459 patients were treated with ER formulation of the invention and 444 patients were treated with the IR (Reference) formulation.

Treatment

Two hundred eighty three (283) patients, enrolled in the AMS study, and 627 patients, enrolled in the AECB study, were randomly assigned in a 1:1 ratio to receive either the ER formulation of the invention or the IR formulation.

AMS Study

Of the 283 patients enrolled in this study, 142 patients received a single dose of clarithromycin ER tablets 500 mg×2 QD (1000 mg daily) for 14 days, and 141 patients received clarithromycin IR tablets, 500 mg BID (1000 mg daily) for 14 days.

AECB Study

Of the 627 patients enrolled in this study, 317 patients received a single dose of clarithromycin ER tablets 500 mg×2 QD (1000 mg daily) for 7 days, and 303 patients received clarithromycin IR tablets, 500 mg BID (1000 mg daily) for 7 days.

The results of the study are summarized below in Table VIII.

**12**

TABLE VIII

| | Clarithromycin ER 1000 mg. once-daily | Reference BIAXIN |
|---|---|---|
| Number of patients discontinued due to drug-related GI adverse events | 0.6% (3/459) | 3.0%[a] (13/444) |
| Number of patients with severe drug related GI adverse events | 0.2% (1/459) | 2.0%[a] (8/444) |

[a]Statistically significant p 0.05 level.

From the above results, it can be seen that patients taking the extended-release formulation of clarithromycin were significantly less likely to stop taking clarithromycin due to gastrointestinal adverse events and these patients suffered significantly fewer severe gastrointestinal adverse effects.

We claim:

1. A method of reducing gastrointestinal adverse side effects comprising administering an effective amount of an extended release pharmaceutical composition comprising an erythromycin derivative and a pharmaceutically acceptable polymer.

2. The method according to claim 1, wherein the erythromycin derivative is clarithromycin.

3. The method according to claim 2, wherein the composition comprises about 50% by weight of clarithromycin.

4. The method according to claim 3, wherein the composition comprises from about 10 to about 30% by weight of hydroxypropylmethylcellulose having a viscosity of about 100 cps.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,551,616 B1
DATED         : April 22, 2003
INVENTOR(S) : Gerard F. Notario et al.

Page 1 of 2

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 1,
Line 5, delete "U.S. Pat. No. 6,010,718 now".
Line 34, replace "Jun." with -- June --.
Line 35, italicize the words -- in vivo --.
Line 44, replace "patent application," with -- Patent Application, --.

Column 2,
Lines 5, 60 and 66, italicize the words "in vivo".
Line 19, replace "two-to" with -- two to --

Column 3,
Line 35, replace "$C_{min}/c_{avg}$" with -- $C_{min}/C_{avg.}$ --
Line 63, replace "methoxy" with -- methyl --

Column 4,
Line 19, replace "polymers" with -- polymer --
Line 62, replace "hydroxy-propyl" with -- hydroxypropyl --

Column 6,
Line 38, replace "ml" with -- mL --
Line 46, replace "$AUC_{0}^{-\infty}$" with -- $AUC_{0-\infty}$ --

Column 7,
Lines 2, 3, 10, 17, 29 and 34, replace "$AUC_{0}^{-\infty}$" with -- $AUC_{0-\infty}$ --
Line 33, italicize the words "in vivo".

Column 8,
Line 21, replace "hour" with -- hours --
Line 33, replace "$AUC_{0}^{-\infty}$" with -- $AUC_{0-\infty}$ --
Line 41, replace "$AUC_{0}\text{-}\square$" with -- $AUC_{0-\infty}$ --

Column 9,
Line 5, replace "$AUC0o\text{-}24$" with -- $AUC_{o-24}$ --
Line 20, italicize the words "in vivo".

Column 10,
Line 65, "patent application" with -- Patent Application --.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,551,616 B1                                    Page 2 of 2
DATED          : April 22, 2003
INVENTOR(S)    : Gerard F. Notario et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 11,
Line 19, italicizes the words "in vivo".

Signed and Sealed this

Ninth Day of September, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

# EXHIBIT C

US006872407B2

(12) **United States Patent**
Notario et al.

(10) Patent No.: **US 6,872,407 B2**
(45) Date of Patent: **Mar. 29, 2005**

(54) **EXTENDED RELEASE FORMULATIONS OF ERYTHROMYCIN DERIVATIVES**

(75) Inventors: Gerard F. Notario, Chicago, IL (US);
Robert N. Palmer, Gurnee, IL (US);
Richard C. Hom, Wilmette, IL (US);
Jie Zhang, Basking Ridge, NJ (US);
Karen J. Davelch, Grayslake, IL (US);
Susan J. Semla, Evanston, IL (US)

(73) Assignee: Abbott Laboratories, Abbott Park, IL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 10/302,166

(22) Filed: Nov. 22, 2002

(65) **Prior Publication Data**

US 2003/0133981 A1 Jul. 17, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/416,916, filed on Oct. 13, 1999, now Pat. No. 6,551,616, which is a continuation-in-part of application No. 08/838,900, filed on Apr. 11, 1997, now Pat. No. 6,010,718.

(51) Int. Cl.[7] ............................ A61K 9/20; A61K 9/22; A61K 9/36

(52) U.S. Cl. ........................ 424/464; 424/468; 424/480

(58) Field of Search ................................ 424/464, 468, 424/480, 494, 484

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,065,143 A | 11/1962 | Christenson et al. | |
| 3,870,790 A | 3/1975 | Lowey et al. | |
| 4,226,849 A | 10/1980 | Schor | |
| 4,369,172 A | * 1/1983 | Schor et al. | ................ 424/468 |
| 4,808,411 A | 2/1989 | Lu et al. | |
| 4,842,866 A | 6/1989 | Horder et al. | |
| 4,925,675 A | 5/1990 | Giannini et al. | |
| 5,393,765 A | 2/1995 | Infeld et al. | |
| 5,633,006 A | 5/1997 | Catania et al. | |
| 5,705,190 A | * 1/1998 | Broad et al. | ................ 424/465 |
| 5,707,646 A | 1/1998 | Yajima et al. | |
| 6,010,718 A | * 1/2000 | Al-Razzak et al. | ......... 424/464 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 197 06 978 | 8/1998 |
| DE | 197 06 979 | 8/2002 |
| EP | 0 413 865 | 2/1991 |
| EP | 0293885 | 12/1998 |

(Continued)

OTHER PUBLICATIONS

Gustavson, et al., "Pharmacokinetics of a New Extended-Release Clarithromycin Tablet at Doses of 500 and 1000 mg Daily", *Interscience Conference on Antimicrobial Agents and Chemotherapy*, (1996).

(Continued)

*Primary Examiner*—Thurman K. Page
*Assistant Examiner*—Isis Ghali
(74) *Attorney, Agent, or Firm*—Nicholas A. Poulos

(57) **ABSTRACT**

Disclosed is a pharmaceutical composition for extended release of an erythromycin derivative in the gastrointestinal environment. The composition comprises an erythromycin derivative and a pharmaceutically acceptable polymer so that, when ingested orally, the composition induces statistically significantly lower $C_{max}$ in the plasma than an immediate release composition of the erythromycin derivative while maintaining bioavailability and minimum concentration substantially equivalent to that of the immediate release composition of the erythromycin derivative upon multiple dosing. The compositions of the invention have an improved taste profile and reduced gastrointestinal side effects as compared to those for the immediate release composition.

**16 Claims, 3 Drawing Sheets**



## FOREIGN PATENT DOCUMENTS

| EP | 0 943 341 | 9/1999 |
| EP | 0971718 | 6/2002 |
| FR | 2584948 | 2/1987 |
| GB | 2 111 386 | 7/1983 |
| GB | 2 117 239 | 10/1983 |
| JP | 1308223 | 12/1989 |
| WO | 93/17667 | 9/1993 |
| WO | 9530422 | 11/1995 |
| WO | 97/16174 | 5/1997 |
| WO | 9722335 | 6/1997 |
| WO | 9811879 | 3/1998 |
| WO | 9836732 | 8/1998 |
| WO | 9846239 | 10/1998 |

## OTHER PUBLICATIONS

Rak, J., et al., "Matrixtabletten aus Niedrigviskoser Hydropromellose", *Die Pharmazie*, 50(4):154–155 (1995).

Dow Chemical Co., "Methods for Formulating Controlled Release Products Outside of the Claims of Forest Laboratory Patents", *Technical Information*, (1991).

Ranga Rao, K. V., et al., "Influence of Molecular Size and Water Solubility of the Solute on its Release from Swelling and Erosion Controlled Polymeric Matrices", *Journ. of Controlled Rel.*, 12:133–141 (1990).

Korenov et al., "Pharmaceutical Availability of a Children's Erythromycin Prodrug in Granule Form", Antibiotics and Chemotherapy, 35 (8), 14–16, (1990)—English translation provided.

Colombo, "Swelling–Controlled Release in Hydrogel Matrices for Oral Route", Advanced Drug Delivery Reviews, 11, 37–57 (1993).

Hogan, "Hydroxypropylmethylcellulose Sustained Release Technology", Drug Development and Industrial Pharmacy, 15 (6&7), 975–999 (1989).

Alderman, "A Review of Cellulose Ethers in Hydrophilic Matrices for Oral Controlled–Release Dosage Forms", Int. J. Pharm. Tech & Prod. Mfr., 5(3), 1–9, (1984).

Rao et al., "Swelling Controlled–Release Systems: Recent Developments and Applications", International Journal of Pharmaceutics, 48, 1–13 (1988).

Vázquez et al, "Influence of Technological Variables on Release of Drugs from Hydrophilic Matrices", Drug Development and Industrial Pharmacy, 18(11&12), 1355–1375 (1992).

Baveja et al., "Release Characteristics of Some Bronchodilators from Compressed Hydrophilic Polymeric Matrices and their Correlation with Molecular Geometry", International Journal of Pharmaceutics, 41, 55–62 (1988).

"Formulating for Controlled Release with METHOCEL Premium cellulose ethers", The Dow Chemical Company (1989).

"METHOCEL in Sustained Release", Colorcon Technical Information, 1992.

Lin et al., "Biopharmaceutic Evaluation of Controlled–Release Hydrophilic–Matrix Tablets Containing Encapsulated or Unencapsulated Salbutamol Sulfate", Current Therapeutic Research, 52(3), 486–492 (1992).

Huber et al, "Utilization of Hydrophilic Gums for the Control of Drug Release form Tablet Formulations I. Disintegration and Dissolution Behavior", Journal of Pharmaceutical Sciences, 55(9), 974–976 (1966).

Aqualon Technical Information, "KLUCEL Hydroxypropylcellulose (HPC) Effect of Molecular Weight on Drug Release from Sustained–Release Matrix Tablets", Bulletin VC–585 (1991).

Ford et al., "Formulation of Sustained Release Promethazine Hydrochloride Tablets Using Hydroxypropyl–Methycellose Matrices", International Journal of Pharmaceutics, 24, 327–338 (1985).

Daly et al., "The Effect of Anionic Surfactants on the Release of Chlorpheniramine from a Polymer Matrix Tablet", International Journal of Pharmaceutics, 18, 201–205 (1984).

Lapidus et al., "Some Factors Affecting the Release of a Water–Soluble Drug form a Compressed Hydrophilic Matrix", Journal of Pharmaceutical Sciences, 55(8), 840–843 (1966).

Lapidus et al., "Drug Release from Compressed Hydrophilic Matrices", Journal of Pharmaceutical Sciences, 57(8), 1292–1301 (1968).

Cheong et al., "Relationship Between Polymer Viscosity and Drug Release from a Matrix System", Pharmaceutical Research, 9(11), 1510–1514 (1992).

Kees et al., "Serum and Cellular Pharmacokinetics of Clarithromycin 500 mg q.d. and 250 mg b.i.d. in Volunteers", Infection, 23(3), 168–172 (1995).

Rote Liste, #10 270, Klacid (1996)—English translation provided.

Stamler, "Pharmacokinetics of a New Controlled–Release Formulation of Clarithromycin", 5th Western Pacific Congress of Chemotherapy and Infectious Disease (1996).

Chu et al., "Single– and Multiple–dose Pharamcokinetics of Clarithromycin, a new Macrolide Antimicrobial", J. Clin. Pharmacol., 33, 719–726 (1993).

Chu et al., "Drug–Food Interaction Potential of Clarithromycin, A New Macrolide Antimicrobial", J. Clin. Pharmacol, 32, 32–36 (1992).

Fu Lu et al., "A Polymer Carrier System for Taste Masking of Macrolide Antibiotics", Pharmaceutical Research, 8(6), 706–712 (1991).

Rak et al., "Matrixtabletten aus niedrigwiskoser Hydropromellose", Pharmazie, 50 (2), 154–155 (1995)—English translation provided.

Opponent Sanovel's Opposition to EP–B1–0 973 527.

Opponent Niche Generics Limited's Opposition to EP–B1–0 973 527.

* cited by examiner

**U.S. Patent**　　　Mar. 29, 2005　　　Sheet 1 of 3　　　US 6,872,407 B2



○　10% POLYMER
▽　20% POLYMER
△　30% POLYMER
●　REFERENCE FORMULATION

# FIG.1



○  10% POLYMER
▽  20% POLYMER
●  REFERENCE FORMULATION

# FIG.2



FIG.3

US 6,872,407 B2

1

# EXTENDED RELEASE FORMULATIONS OF ERYTHROMYCIN DERIVATIVES

This application is a continuation of U.S. application Ser. No. 09/416,916, filed Oct. 13, 1999, now allowed now U.S. Pat. No. 6,551,616 which is a continuation-in-part of U.S. application Ser. No. 08/836,900, filed Apr. 11, 1997, now issued as U.S. Pat. No. 6,010,718.

## TECHNICAL FIELD

The present invention relates to pharmaceutical compositions of erythromycin derivatives with an extended release of an active compound in the gastrointestinal environment. More particularly, it relates to pharmaceutical compositions of clarithromycin which are ingested daily as a single oral administration.

## BACKGROUND OF THE INVENTION

Erythromycin and its derivatives are known for their antibacterial activity against a number of organisms or activity in a number of indications and are typically administered as immediate release (IR) compositions, two or three times a day, for a regimen of 10 to 14 days. These compounds have a bitter taste. In particular, the 6-O-methoxyerythromycin A (clarithromycin) has a bitter metallic taste which can result in poor compliance of the regimen or selection of another, possibly less effective, therapeutic agent.

One approach to improve the possible non-compliance with the regimen has been to develop controlled release solid preparations containing these erythromycin derivatives in an alginate matrix comprising a water-soluble alginate and a complex salt of alginic acid, having one cation that yields a soluble alginate salt and another cation that alone yields an insoluble alginate salt. These formulations are described in U.S. Pat. No. 4,842,866, issued Jun. 27, 1989. However, in-vivo animal studies showed that reproducibly bioavailable controlled release formulation were not possible using alginates or any other monolithic hydrogel tablets.

To overcome some of the problems associated with the formulations described in U.S. Pat. No. 4,842,866, improved controlled release formulations for poorly soluble basic drugs such as erythromycin derivatives including clarithromycin, have been developed and are described in commonly owned, co-pending U.S. patent application, Ser. No. 08/574,877, filed Dec. 19, 1995. The formulations described in the patent application comprise a poorly soluble basic drug and citric acid in an alginate matrix. The formulations are administered once a day and are directed towards increasing the bioavailability of the active ingredient so that it is bioequivalent with the current immediate release, twice-a-day compositions. However, these controlled release compositions do not purport to minimize the adverse effects related to gastrointestinal (GI) disorders including nausea and vomiting and a phenomenon described as taste perversion.

One approach to address taste perversion has been to develop acceptable palatable liquid oral dosage forms of these drugs as described in U.S. Pat. No. 4,808,411, issued Feb. 28, 1989. However, these formulations are administered twice a day for a period of 10 to 14 days and do not address the frequency and duration of the administration regimen, or the adverse effects related to GI disorders. Therefore, there still exists a need for developing a pharmaceutical composition which minimizes the adverse effects

2

described above and provides a degree of drug plasma concentration control which is equivalent to or better than the (IR) tablet or liquid formulations currently used.

## SUMMARY OF THE INVENTION

It has been discovered that the extended release (ER) formulations of the present invention which comprise a pharmaceutically acceptable polymer, provide extended release clarithromycin in vivo when given once daily. Maximum concentrations ($C_{max}$) of clarithromycin in plasma are statistically significantly lower than the IR formulation given twice daily, and area under the plasma concentration-time curve (AUC) and the minimum plasma concentration are maintained over 24 hours. In contrast, for the controlled release formulations described in the co-pending U.S. application Ser. No. 08/574,877, filed Dec. 19, 1995, the $C_{max}$ values are not statistically significantly different from those for the IR formulation. And while the $AUC_{0-24}$ is maintained, the $C_{min}$ is statistically significantly lower for the controlled-release formulations relative to the IR formulation. The compositions of the invention have surprisingly a two-to three-fold reduction in incidence rates for taste perversion compared to the IR formulation.

In one aspect, the present invention relates to a pharmaceutical composition for extended release of an erythromycin derivative in the gastrointestinal environment, comprising an erythromycin derivative and a pharmaceutically acceptable polymer, so that when ingested orally, the composition induces statistically significantly lower mean fluctuation index in the plasma than an immediate release composition of the erythromycin derivative while maintaining bioavailability substantially equivalent to that of the immediate release composition of the erythromycin derivative.

In another aspect, the present invention relates to a pharmaceutical composition for extended release of an erythromycin derivative in the gastrointestinal environment, comprising an erythromycin derivative and a pharmaceutically acceptable polymer, so that upon oral ingestion, maximum peak concentrations of the erythromycin derivative are statistically significantly lower than those produced by an immediate release pharmaceutical composition, and an area under the concentration-time curve and the minimum plasma concentration are substantially equivalent to that of the immediate release pharmaceutical composition.

In yet still another aspect, the present invention relates to a method of using an extended release, pharmaceutical composition comprising an erythromycin derivative and a pharmaceutically acceptable polymer, comprising administering the composition in an effective amount for the treatment of bacterial infection in a mammal, whereby an area under the concentration-time curve equivalent to that for an immediate release pharmaceutical composition of the erythromycin derivative is maintained.

In yet another aspect, the present invention is an extended release pharmaceutical composition comprising an erythromycin derivative and a pharmaceutically acceptable polymer, wherein the composition has an improved taste profile relative to the immediate release formulation.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates the mean in vivo plasma concentration-time profiles following single dose of three 500 mg ER tablets containing clarithromycin and 10%, 20% or 30%, respectively, by weight of hydroxy-propylmethyl cellulose K 100 LV, as compared to that of the reference 500 mg IR clarithromycin tablet.

**3**

FIG. 2 illustrates the mean in vivo plasma concentration-time profiles following multiple doses of each of the two ER tablets containing 10% or 20%, respectively, of hydroxypropylmethyl cellulose K100 LV as compared to the reference IR tablet. The dosage forms included two 500 mg ER tablets given once daily or one IR 500 mg clarithromycin every 12 hours, respectively, administered for three days with food.

FIG. 3 illustrates the mean in vivo plasma concentration-time profiles following multiple doses of clarithromycin once-daily 1000 mg (not an example of the invention) and IR 500 mg twice-a-day.

## DETAILED DESCRIPTION OF THE INVENTION

"500 mg or 1000 mg" as used herein, means the strength of tablet composition containing 500 mg clarithromycin, or the dose administered as 2×500 mg of clarithromycin, respectively.

"$C_{max}$" as used herein, means maximum plasma concentration of the erythromycin derivative, produced by the ingestion of the composition of the invention or the IR comparator.

"$C_{min}$" as used herein, means minimum plasma concentration of the erythromycin derivative, produced by the ingestion of the composition of the invention or the IR comparator.

"$C_{avg}$" as used herein, means the average concentration within the 24-hour interval.

"$T_{max}$" as used herein, means time to the maximum observed plasma concentration.

"AUC" as used herein, means area under the plasma concentration-time curve, as calculated by the trapezoidal rule over the complete 24-hour interval for all the formulations.

"Degree of Fluctuation (DFL)" as used herein, is expressed as: $DFL = (C_{max} - C_{min})/C_{avg}$.

"Erythromycin derivative" as used herein, means erythromycin having no substituent groups, or having conventional substituent groups, in organic synthesis, in place of a hydrogen atom of the hydroxy groups and/or a methyl group of the 3'-dimethylamino group, which is prepared according to the conventional manner.

"Pharmaceutically acceptable" as used herein, means those compounds which are, within the scope of sound medical judgment, suitable for use in contact with the tissues of humans and lower animals without undue toxicity, irritation, allergic response, and the like, in keeping with a reasonable benefit/risk ratio, and effective for their intended use in the chemotherapy and prophylaxis of antimicrobial infections.

"Adverse effects" as used herein, means those physiological effects to various systems in the body such as cardiovascular systems, nervous system, digestive system, and body as a whole, which cause pain and discomfort to the individual subject.

"Taste perversion" as used herein, means the perception of a bitter metallic taste normally associated with the erythromycin derivatives, particularly, with clarithromycin.

The pharmaceutical composition of the invention comprise a pharmaceutically active compound and a pharmaceutically acceptable polymer. The pharmaceutically active compound is an erythromycin derivative. Preferably, the erythromycin derivative is 6-O-methoxy erythromycin A, known as clarithromycin. The amount of the erythromycin derivative varies from about 45% to about 60% by weight of the composition. Preferably, the composition comprises about 50% by weight of the erythromycin derivative.

**4**

The pharmaceutically acceptable polymer is a water-soluble hydrophilic polymer selected from the group consisting of polyvinylpyrrolidine, hydroxypropyl cellulose, hydroxypropylmethyl cellulose, methyl cellulose, vinyl acetate/crotonic acid copolymers, methacrylic acid copolymers, maleic anhydride/methyl vinyl ether copolymers and derivatives and mixtures thereof. Preferably, the polymer is selected from hydroxypropyl cellulose, hydroxypropylmethyl cellulose, and methyl cellulose. More preferably, the polymer is hydroxypropylmethyl cellulose. Most preferably, the polymer is a low viscosity hydroxypropyl-methyl cellulose with viscosity ranging from about 50 cps to about 200 cps. The most preferred low viscosity polymer is a hydroxypropylmethyl cellulose with a viscosity of about 100 cps, commercially available under the Tradename METHOCEL™ K 100 LV from The Dow Chemical Company.

The amount of the polymer in the composition generally varies from about 5% to about 50% by weight of the composition. Preferably, the amount of polymers varies from about 10% to about 35% by weight of the composition. Most preferably, the amount of polymer varies from about 10% to about 30% by weight of the polymer.

The composition of the invention further comprises pharmaceutically acceptable excipients and/or fillers and extenders, such as lactose, starches, glucose, sucrose, mannitol, and silicic acid, lubricants such as talc, calcium stearate, magnesium stearate, solid polyethylene glycols, sodium lauryl sulfate, and mixtures thereof.

The amount of the lubricants generally varies from about 0.5% to about 10% by weight of the composition. Preferably, the lubricants used are magnesium stearate and talc in the total amounts ranging from about 1.0% to about 4.0% by weight of the composition. The amount of fillers and extenders varies from about 10% to about 40% by weight of the composition.

A particularly preferred composition for the extended release of the active compound therefrom comprises:

about 500 mg of clarithromycin and

about 100 to 300 mg of METHOCEL™ K 100 LV

The formulations are generally prepared by dry blending the polymer, filler, erythromycin derivative, and other excipients followed by granulating the mixture using water until proper granulation is obtained. The granulation is done by methods known in the art. The wet granules are dried in a fluid bed dryer, sifted and ground to appropriate size. Lubricating agents are mixed with the dried granulation to obtain the final formulation.

The compositions of the invention can be administered orally in the form of tablets, pills, or suspensions. The tablets can be prepared by techniques known in the art and contain a therapeutically useful amount of erythromycin derivative and such excipients as are necessary to form the tablet by such techniques. Tablets and pills can additionally be prepared with enteric coatings and other release-controlling coatings for the purpose of light protection, and swallowability. The coating may be colored with a pharmaceutically accepted dye. The amount of dye and other excipients in the coating liquid may vary and will not impact the performance of the extended release tablets. The coating liquid generally comprises film-forming polymers such as hydroxy-propyl cellulose, hydroxypropylmethyl cellulose, cellulose ester or ether, an acrylic polymer or a mixture of polymers. The coating solution is generally an aqueous solution further comprising propylene glycol, sorbitan monoleate, sorbic acid, fillers such as titanium dioxide, a pharmaceutically acceptable dye.

Liquid dosage forms for oral administration may include pharmaceutically acceptable emulsions, microemulsions, solutions, suspensions, syrups and elixirs containing inert

diluents commonly used in the art such as water. Such compositions may also comprise adjuvants, such as wetting agents; emulsifying and suspending agents; and sweetening, flavoring and perfuming agents.

The daily dose of the composition of this invention administered to a host in single dose can be in the amounts from 500 mg to 1000 mg once a day for five to fourteen days.

## Pharmacokinetic Study

The bioavailability study for the formulations of the invention can be done by administering the ER formulation in a tablet form to healthy subjects and measuring the levels of erythromycin derivative in the plasma at different time intervals over a period of twenty four hours.

Plasma samples are assayed for erythromycin derivative at BAS Analytics (West Lafayette, Ind.) using a validated high-performance liquid chromatographic procedure similar to that described in the literature. See for example, Chu S-Y, et al., "Simultaneous determination of clarithromycin and 14(R)-hydroxyclarithromycin in plasma and urine using high-performance liquid chromatography with electrochemical detection", *J. Chromatog.*, 571, pp 199–208 (1991).

## Adverse Effects and Taste Profile

Adverse effects including those related to the digestive, nervous system, respiratory system and special senses, including taste perversion, are measured by dosing subjects with multiple doses of 1000 mg of ER and IR tablets per day, respectively. The adverse effects are monitored, reported spontaneously by subjects and recorded on case report forms for the study database.

The invention will be understood more clearly from the following Examples, which are given solely by way of illustration and serve to provide a clear understanding of the invention and to illustrate its different embodiments as well as its various advantages.

## EXAMPLES

### Example 1

#### Preparation of Formulation

METHOCEL™ (K 100 LV) available from the Dow Chemical Company was loaded into a mixer, and dry blended with clarithromycin. The mixture was granulated using water until proper granulation was obtained. The granulation was then dried, sifted and ground to appropriate size.

Talc and magnesium stearate were screened and blended with dry granulation. The granulation was then loaded into hopper and compressed into tablets. The tablets were then coated with an aqueous coating.

Three different formulations A, B, and C were prepared according to the general method described above. The compositions of three different tablet formulations are given below in Table 1.

### TABLE 1

| Ingredient | A mg/tablet | B mg/tablet | C mg/tablet |
|---|---|---|---|
| Water (USP, purified) | Q.S. | Q.S. | Q.S. |
| Clarithromycin | 500.00 | 500.00 | 500.00 |
| METHOCEL™ K 100 LV Premium CR Grade[a] | 200.00 | 100.00 | 300.00 |

### TABLE 1-continued

| Ingredient | A mg/tablet | B mg/tablet | C mg/tablet |
|---|---|---|---|
| Lactose, monohydrate | 240.00 | 360.00 | 160.00 |
| Talc, USP | 30.00 | 30.00 | 30.00 |
| Magnesium Stearate | 10.00 | 10.00 | 10.00 |

[a] Available from The Dow Chemical Company

### Example 2

#### Pharmacokinetic Study of the Extended Release Formulation

The bioavailability study to determine the concentration-time plasma profile was done on healthy subjects. The study was conducted as a Phase I, single-dose, open, randomized, four-period, balanced crossover study described below.

#### Single-Dose Study

Twenty-four (24) healthy adult subjects were enrolled and 23 completed all phases of the study. For the 23 subjects who completed all phases of the study (12 males, 11 females), the mean age was 29 years (range: 19 to 49 years), the mean weight was 69.0 kg (range: 51.5 to 85 kg) and the mean height was 172 cm (range: 157 to 192 cm).

Clarithromycin 500 mg extended release tablets corresponding to the formulations A, B, and C of Example 1 and the 500 mg IR clarithromycin tablet (Reference Formulation), currently sold by Abbott Laboratories under the Tradename BIAXIN™, were administered to the 23 healthy subjects.

The study was conducted according to a single-dose, open-label, randomized four-period crossover design in which each subject received a single 500 mg dose of clarithromycin during each 30 minutes period after starting breakfast. Wash-out periods of one week separated the doses.

Seven (7) ml blood samples were collected prior to dosing (0 hour) and at 0.5, 1.0, 2.0, 3.0, 4.0, 6.0, 8.0, 12.0, 16.0, 24.0, 36.0 and 48.0 hour after each dose. Plasma samples were assayed for clarithromycin at BAS Analytics (West Lafayette, Ind.) using a validated high performance liquid chromatographic procedure.

#### Pharmacokinetic Analyses

Values for clarithromycin pharmacokinetic parameters, including observed $C_{max}$, $T_{max}$ and $AUC_{\infty}$, were calculated using standard noncompartmental methods.

The mean plasma concentration-time profiles for the single-dose study are illustrated in FIG. 1.

FIG. 1 illustrates that all the three formulations of the invention are substantially equivalent in extended release of clarithromycin over a period of 24 hours.

Table II summarizes the pharmacokinetic results obtained after single-dosing in the above study.

### TABLE II

| Formulation | Cmax (μg/ml) | $T_{max}$ (h) | $AUC_{0-\infty}$ (μg · h/mL) |
|---|---|---|---|
| A | 1.19 ± 0.60* | 5.0 ± 1.7* | 15.0 ± 6.5* |
| B | 1.33 ± 0.70*# | 5.5 ± 2.4* | 15.1 ± 6.5* |
| C | 1.01 ± 0.48* | 5.5 ± 2.2* | 14.8 ± 7.5* |
| Reference Tablet | 2.57 ± 0.70 | 2.2 ± 0.5 | 17.7 ± 5.6 |

*Statistically significantly different from the IR reference tablet
#Statistically significantly different from Formulations A and C in analysis of logarithm

7

## Statistical Analyses

Per $C_{max}$, $AUC_{0, \infty}$, $T_{max}$, and the logarithms of $C_{max}$, and $AUC_{0, \infty}$, an analysis of variance (ANOVA) was performed with sequence, subject nested within sequence, period and formulation as the sources of variation. Effects for subjects were random and all other effects were fixed. Within the framework of ANOVA, the formulations were compared pairwise, with each test at a significance level of 0.05. Also within the framework of the ANOVA for the logarithm of $AUC_{0, \infty}$, bioequivalence of the ER formulations to the IR reference formulation was assessed using the two one-sided tests procedure via 90% confidence intervals. The confidence intervals were obtained by exponentiating the endpoints of the confidence intervals for the difference of logarithm means.

Point estimates of relative bioavailability and 90% confidence intervals for the two one-sided tests procedure from analysis of log-transformed $AUC_{0, \infty}$ are set forth in Table III below.

### TABLE III

| | Relative Bioavailability | |
|---|---|---|
| Formulation Comparison | Point Estimate | 90% Confidence Interval |
| A vs Reference | 0.815 | 0.737–0.902 |
| B vs Reference | 0.835 | 0.755–0.925 |
| C vs Reference | 0.787 | 0.711–0.871 |

The $AUC_{0, \infty}$ central values were lower for the three ER formulations than for the reference IR tablet. The lower $C_{max}$ values and the later $T_{max}$ values suggest that all the ER formulations with varying weight percent of polymer, provide extended-release of clarithromycin in vivo.

The lower $AUC_{0, \infty}$ values for the ER formulations may suggest that for a single 500 mg dose administered under nonfasting conditions, the extent of absorption of clarithromycin was reduced relative to that of the reference IR tablet.

### Multiple-Dose Study

Twenty-four (24) healthy adult subjects were enrolled and 23 completed all phases of the study. Of the 23 who completed the study (19 males, 4 females), the mean age was 30 years (range: 20 to 47 years), the mean weight was 72 kg (range: 51 to 87 kg) and the mean height was 176 cm (range: 159 to 189.5 cm).

The clarithromycin dosage forms included 500 mg ER tablets of Example 1 containing 10% or 20% by weight of K 100 LV, respectively, and reference 500 mg IR tablet (BIAXIN).

The study was conducted according to a single- and multiple-dose, open-label, randomized three-period cross-over design.

### Regimen A

A single 1000 mg dose of ER formulation A tablets (two 500 mg tablets) was administered in the morning on Day 1. Beginning on Day 3, a multiple dose regimen of 1000 mg clarithromycin (two 500 mg tablets) was administered each morning for three days (Days 3–5).

8

### Regimen B

A single 1000 mg dose of ER formulation B tablets (two 500 mg tablets) was administered in the morning on Day 1. Beginning on Day 3, a multiple dose regimen of 1000 mg clarithromycin (two 500 mg tablets) was administered each morning for three days (Days 3–5).

### Regimen C

A single 500 mg dose of IR tablet (BIAXIN) was administered in the morning on Day 1. Beginning on Day 3, a multiple dose regimen of 500 mg reference tablet BIAXIN was administered every twelve hours for three days.

Each morning dose was administered thirty minutes after breakfast. Every evening dose was administered thirty minutes after starting the evening snack.

Wash-out periods of at least one week separated the last dose in a period and the first dose in the following period.

Seven (7) ml blood samples were collected before dosing on Day 1 (0 hr) and at 0.5, 1.0, 2.0, 3.0, 4.0, 6.0, 8.0, 12.0, 16.0, 24.0, 36.0, and 48.0 hour after dosing. For Regimen C, the 12 hour sample was collected within 5 minutes before the evening dose on Day 5. Plasma harvested from each blood sample was divided into two parts: approximately 5 mL for bioassay and the remainder of the sample for high performance liquid chromatographic (HPLC) assay. Plasma samples were assayed for clarithromycin at BAS Analytics (West Lafayette, Ind.) using a validated high performance liquid chromatographic procedure.

### Pharmacokinetic Analyses

Pharmacokinetic parameter estimates were calculated using noncompartmental methods. For the Day 1 data, the parameters estimated included $C_{max}$, $T_{max}$, $AUC_{0, \infty}$ or $AUC_{0, 48}$, and $t_{1/2}$. For the Day 5 data, the parameters estimated included $C_{max}$, $T_{max}$, $C_{min}$, $AUC_{0, 24}$, and DFL.

### Statistical Analyses

No statistical analyses were performed on the bioassay data. Analyses of variance (ANOVA) were performed for Day 1 and Day 5 pharmacokinetic variables with effects for regimen, period, sequence, and subject nested within sequence. The $C_{max}$ and $AUC_{0, D}$ values for Regimen C were normalized to a 1000 mg dose. For the Day 1 and Day 5 AUC and $C_{max}$ values and for the Day 5 DFL values for both analytes, logarithmic transformation was employed. Each of the Regimens A and B were compared to the reference Regimen C at a significance level of 0.05. Within the framework of the ANOVAs for the Day 5 AUC values, equivalence of the ER formulations of the invention to the IR reference tablet was assessed using the two one-sided tests procedure via 90% confidence intervals.

The mean plasma concentration-time profiles for the multiple-dose study are illustrated in FIG. 2.

Table IV summarizes (mean±SD) of the Day 5 pharmacokinetic, parameter estimates for the clarithromycin in the ER and IR formulations.

### TABLE IV

| Formulation | $C_{max}$ (µg/ml) | $C_{min}$ (µg/ml) | $T_{max}$ (h) | $AUC_{0-24}$ (µg · h/mL) | Fluctuation Index |
|---|---|---|---|---|---|
| A | 2.45 ± 0.69* | 0.70 ± 0.37 | 8.6 ± 4.4* | 39.6 ± 12.8 | 1.31 ± 0.31*† |
| B | 2.66 ± 0.87* | 0.67 ± 0.39 | 6.9 ± 3.3* | 40.2 ± 13.8 | 1.24 ± 0.37* |
| IR Reference | 3.21 ± 0.78 | 0.78 ± 0.29 | 1.9 ± 0.6 | 40.8 ± 11.8 | 1.47 ± 0.26 |

*Statistically significantly different from the reference IR formulation.
†Statistically significantly different from Regimen B.

9

Point estimates of the relative bioavailability and 90% confidence intervals for the two one-sided tests procedures of Day 5 $AUC_{0-24}$ are set forth in Table V below. The results presented are for logarithmic-transformed clarithromycin $AUC_{0-24}$ values.

TABLE V

| Formulation Comparison | Relative Bioavailability | |
|---|---|---|
| | Point Estimate | 90% Confidence Interval |
| A vs Reference | 0.964 | 0.893–1.039 |
| B vs Reference | 0.970 | 0.899–1.046 |

For this multiple dose study under nonfasting conditions, both the 10% and 20% polymer ER formulations were bioequivalent to the reference IR tablet with respect to the $AUC_{0-24}$. The significantly lower $C_{max}$ central values and later $T_{max}$ values suggest that both the formulations provide extended release of clarithromycin in vivo. The significantly lower DFLs indicate that plasma concentrations fluctuate less for the ER tablet regimens than for the IR tablet regimen. Additionally, the significantly lower DFL for Regimen A compared to Regimen B indicates that plasma concentrations from the 20% polymer fluctuate less than those from the 10% polymer tablet.

Adverse Effects

The adverse effects, including taste perversion (taste profile), were studied for the multiple-dose regimes described above.

Multiple-Dose Study

The formulations A and B of Example 1 (500 mg tablets) and the IR BIAXIN (reference) 500 mg tablet were administered to healthy subjects in a multiple-dose regimen as described above.

Formulations of the Invention

A single dose (2×500 mg) of the formulations A and B of Example 1, was administered to the subjects, followed by a 48 hour wash-out period. Multiple dosing in the morning with the 2×500 mg regimen, once-a-day, followed the wash-out for the next three days.

Reference

A single dose of 500 mg IR BIAXIN tablet was administered to the subjects, followed by a 48 hour wash-out period. Multiple dosing with the 500 mg tablet, twice-a-day followed the washout for three days.

The adverse effects to the body as a whole, cardiovascular system, digestive system, nervous system, respiratory system, skin and appendages, and special senses were measured by monitoring the subjects at regular time intervals. Subjects who reported the same COSTART term more than once were counted only once for that COSTART term.

The results of the adverse effects are set forth in Table VI below.

TABLE VI

| BODY SYSTEM COSTART TERM | DOSING REGIMEN | | |
|---|---|---|---|
| | A ($N_m$ 24) | B ($N_m$ 23) | Reference ($N_m$ 23) |
| | Percent of Total Subjects | | |
| Overall | 9 (37.5%) | 10 (43.5%) | 11 (47.8%) |
| Body As A Whole | 6 (25.0%) | 3 (13.0%) | 1 (4.3%) |
| Asthenia | 2 (8.3%) | 1 (4.3%) | 0 (0.0%) |
| Chills | 0 (0.0%) | 1 (4.3%) | 0 (0.0%) |

10

TABLE VI-continued

| BODY SYSTEM COSTART TERM | DOSING REGIMEN | | |
|---|---|---|---|
| | A ($N_m$ 24) | B ($N_m$ 23) | Reference ($N_m$ 23) |
| Headache | 2 (8.3%) | 2 (8.7%) | 0 (0.0%) |
| Neck Rigidity | 1 (4.2%) | 0 (0.0%) | 0 (0.0%) |
| Pain | 2 (8.3%) | 0 (0.0%) | 1 (4.3%) |
| Cardiovascular System | 1 (4.2%) | 0 (0.0%) | 0 (0.0%) |
| Hypertension | 1 (4.2%) | 0 (0.0%) | 0 (0.0%) |
| Digestive System | 4 (16.7%) | 4 (17.4%) | 4 (17.4%) |
| Abdominal Pain | 1 (4.2%) | 0 (0.0%) | 0 (0.0%) |
| Constipation | 0 (0.0%) | 0 (0.0%) | 2 (8.7%) |
| Diarrhea | 2 (8.3%) | 3 (13.0%) | 1 (4.3%) |
| Dyspepsia | 2 (8.3%) | 2 (8.7%) | 1 (4.3%) |
| Flatulence | 0 (0.0%) | 1 (4.3%) | 0 (0.0%) |
| Nausea | 0 (0.0%) | 0 (0.0%) | 1 (4.3%) |
| Nervous System | 0 (0.0%) | 1 (4.3%) | 2 (8.7%) |
| Depersonalization | 0 (0.0%) | 1 (4.3%) | 0 (0.0%) |
| Hyperesthesia | 0 (0.0%) | 1 (4.3%) | 1 (4.3%) |
| Insomnia | 0 (0.0%) | 1 (4.3%) | 0 (0.0%) |
| Somnolence | 0 (0.0%) | 0 (0.0%) | 1 (4.3%) |
| Respiratory System | 1 (4.2%) | 1 (4.3%) | 3 (13.0%) |
| Cough Increased | 1 (4.2%) | 0 (0.0%) | 0 (0.0%) |
| Hiccup | 0 (0.0%) | 0 (0.0%) | 1 (4.3%) |
| Pharyngitis | 0 (0.0%) | 1 (4.3%) | 2 (8.7%) |
| Rhinitis | 1 (4.2%) | 1 (4.3%) | 0 (0.0%) |
| Skin and Appendages | 0 (0.0%) | 2 (8.7%) | 2 (8.7%) |
| Rash | 0 (0.0%) | 1 (4.3%) | 1 (4.3%) |
| Skin Disorder | 0 (0.0%) | 1 (4.3%) | 2 (8.7%) |
| Special Senses | 3 (12.5%) | 3 (13.0%) | 6 (26.1%) |
| Eye Disorder | 0 (0.0%) | 1 (4.3%) | 0 (0.0%) |
| Taste Perversion | 3 (12.5%) | 2 (8.7%) | 6 (26.1%) |

It is evident from the above Table VI that the adverse effects to the digestive, nervous and respiratory systems normally associated with BIAXIN are reduced with the ER tablets. The taste perversion with the formulations of the invention is significantly reduced. It is reasonably believed that the reduced adverse effects, particularly taste perversion, would lead to better compliance and a higher incidence of completion of the prescribed treatment regimen.

Comparative Example 3

The results of a comparative pharmacokinetic study of the controlled release formulation A of the co-owned, pending U.S. patent application Ser. No. 08/574,877, filed Dec. 19, 1995, as compared with the IR (BIAXIN) are set forth in Table VII below.

US 6,872,407 B2

11

12

TABLE VII

| PK-Parameter | Unit | Clarithromycin 1000 mg Once-Daily (Formulation A) | | Clarithromycin 500 mg BID Reference (BIAXIN) | | Point Estimate[c] | 90% Confidence Interval |
|---|---|---|---|---|---|---|---|
| | | Mean[a] | S.D.[b] | Mean[a] | S.D.[b] | | |
| $AUC_{0-24}$ | (μg*h/ml) | 27.298 | 10.086 | 28.256 | 10.770 | 97.4 | 86.9–109.2 |
| $C_{max}$ | (μg/ml) | 2.432 | 0.903 | 2.701 | 0.785 | 89.0 | 78.2–101.3 |
| $T_{max}$ | (h) | 5.217 | 1.858 | 2.043 | 0.786 | | |
| $C_{min}$ | (μg/ml) | 0.469 | 0.292 | 0.597 | 0.341 | 71.7 | 60.0–85.7 |
| DFL | | 1.800 | 0.572 | 1.900 | 0.616 | | |

[a]arithmetic means
[b]standard deviation
[c]defined as the ratio of the geometric means of test vs. reference Formulation

The mean DFL for the composition of the invention is statistically lower than the IR in vivo profile. The lower DFL indicates that the ER formulations of the invention provide less variable clarithromycin concentrations throughout the day than the IR and the sustained release compositions.

The mean DFL values for the controlled release formulation and for the IR are substantially equal in value as can be seen in the above Table. c.f. 1.800±0.572 (for controlled release) with 1.900±0.616 (IR).

Study of Gastrointestinal Adverse Effects in Patients

Two well-controlled, double-blind clinical trials were conducted to compare the safety and efficacy of extended-release clarithromycin (ER) and immediate-release clarithromycin (IR) in patients with acute maxillary sinusitis (AMS) and patients with acute bacterial exacerbation of chronic bronchitis (AECB).

A total of 910 patients were enrolled for the studies. Of the 910 patients, 459 patients were treated with ER formulation of the invention and 444 patients were treated with the IR (Reference) formulation.

Treatment

Two hundred eighty three (283) patients, enrolled in the AMS study, and 627 patients, enrolled in the AECB study, were randomly assigned in a 1:1 ratio to receive either the ER formulation of the invention or the IR formulation.

AMS Study

Of the 283 patients enrolled in this study, 142 patients received a single dose of clarithromycin ER tablets 500 mg×2 QD (1000 mg daily) for 14 days, and 141 patients received clarithromycin IR tablets, 500 mg BID (1000 mg daily) for 14 days.

AECB Study

Of the 627 patients enrolled in this study, 317 patients received a single dose of clarithromycin ER tablets 500 mg×2 QD (1000 mg daily) for 7 days, and 303 patients received clarithromycin IR tablets, 500 mg BID (1000 mg daily) for 7 days.

The results of the study are summarized below in Table VIII.

TABLE VIII

| | Clarithromycin ER 1000 mg. once-daily | Reference BIAXIN |
|---|---|---|
| Number of patients discontinued due to drug-related GI adverse events | 0.6% (3/459) | 3.0%* (13/444) |
| Number of patients with severe drug-related GI adverse events | 0.2% 1/459 | 0.2%* (8/444) |

*Statistically significant p 0.05 level.

From the above results, it can be seen that patients taking the extended-release formulation of clarithromycin were

significantly less likely to stop taking clarithromycin due to gastrointestinal adverse events and these patients suffered significantly fewer severe gastrointestinal adverse effects.

We claim:

1. A pharmaceutical composition for extended release of clarithromycin in the gastrointestinal tract, to be administered orally, comprising clarithromycin,

which, when administered once a day, induces a statistically significantly lower degree of fluctuation value for the clarithromycin concentration in plasma than an equal dosing of the immediate release composition of clarithromycin administered twice a day, while maintaining exposure ($AUC_{0-24}$) substantially equivalent to the immediate release composition of clarithromycin,

wherein the composition further induces a statistically significant lower degree of fluctuation value in plasma than that of the controlled release formulation containing clarithromycin, a water soluble alginate salt, a complex salt of alginic acid, and an organic carboxylic acid, and,

which releases clarithromycin so that after a regimen of a single 1000 mg dose on day 1 and a multiple dose regimen of 1000 mg on days 3, 4 and 5, the $C_{max}$ is about 2.45 μg/ml, the $C_{min}$ is about 0.70 μg/ml, the $T_{max}$ is about 8.6 hours, and the $AUC_{0-24}$ is about 39.6 μg·h/mL, and the fluctuation index is about 1.11.

2. The pharmaceutical composition of claim 1, wherein the composition when administered to a patient has improved taste perversion compared to an immediate release formulation containing clarithromycin.

3. The pharmaceutical composition of claim 1, wherein the composition when administered to a patient has reduced severity of gastrointestinal adverse side effects.

4. The pharmaceutical composition of claim 1, further providing a 3–4 fold reduction in incidence rates for taste perversion as compared to the immediate release formulation containing clarithromycin when administered to a group of patients.

5. The pharmaceutical composition of claim 1, further a pharmaceutically acceptable polymer.

6. The pharmaceutical composition of claim 1, further comprising a pharmaceutically acceptable polymer selected from the group consisting of polyvinylpyrrolidine, hydroxypropyl cellulose, hydroxypropylmethyl cellulose, methyl cellulose, vinyl acetate/crotonic acid copolymers, methacrylic acid copolymers, maleic anhydride/methyl vinyl ether copolymers and mixtures thereof.

7. The pharmaceutical composition of claim 6, comprising 10 to 30% by weight hydroxypropylmethyl cellulose and 45–60% by weight clarithromycin.

US 6,872,407 B2

13

14

8. A pharmaceutical composition for extended release of clarithromycin in the gastrointestinal tract, to be administered orally, comprising clarithromycin,

which, when administered once a day, induces a statistically significantly lower degree of fluctuation value for the clarithromycin concentration in plasma than an equal dosing of the immediate release composition of clarithromycin administered twice a day, while maintaining exposure ($AUC_{0-24}$) substantially equivalent to the immediate release composition of clarithromycin,

wherein the composition further induces a statistically significant lower degree of fluctuation value in plasma than that of the controlled release formulation containing clarithromycin, a water soluble alginate salt, a complex salt of alginic acid, and an organic carboxylic acid, and,

which releases clarithromycin so that after a regimen of a single 1000 mg dose on day 1 and a multiple dose regimen of 1000 mg on days 3, 4 and 5, the $C_{max}$ is about 2.66 μg/ml, the $C_{min}$ is about 0.67 μg/ml, the $T_{max}$ is about 6.9 hours, the $AUC_{0-24}$ is about 40.2 μg·h/mL, and the fluctuation index is about 1.24.

9. The pharmaceutical composition of claim 8, wherein the composition when administered to a patient has improved taste perversion compared to an immediate release formulation containing clarithromycin.

10. The pharmaceutical composition of claim 8, wherein the composition when administered to a patient has reduced severity of gastrointestinal adverse side effects.

11. The pharmaceutical composition of claim 8, further providing a 3–4 fold reduction in incidence rates for taste perversion as compared to the immediate release formulation containing clarithromycin when administered to a group of patients.

12. The pharmaceutical composition of claim 8, further comprising a pharmaceutically acceptable polymer.

13. The pharmaceutical composition of claim 8, further comprising a pharmaceutically acceptable polymer selected from the group consisting of polyvinylpyrrolidine, hydroxypropyl cellulose, hydroxypropylmethyl cellulose, methyl cellulose, vinyl acetate/crotonic acid copolymers, methacrylic acid copolymers, maleic anhydride/methyl vinyl ether copolymers and mixtures thereof.

14. The pharmaceutical composition of claim 13, comprising 10 to 30% by weight hydroxypropylmethyl cellulose and 45–60% a by weight clarithromycin.

15. The pharmaceutical composition of claim 1, wherein, the $C_{max}$ is 2.45±0.69 μg/ml, the $C_{min}$ is 0.70±0.37 μg/ml, the $T_{max}$ is 8.6±4.4 hours, the $AUC_{0-24}$ is 39.6±12.8 μg·h/mL, and the fluctuation index is 1.11±0.31.

16. The pharmaceutical composition of claim 8, wherein the $C_{max}$ is 2.66±0.87 μg/ml, the $C_{min}$ is 0.67±0.39 μg/ml, the $T_{max}$ is 6.9±3.3 hours, the $AUC_{0-24}$ is 40.2±13.8 μg·h/mL, and the fluctuation index is 1.24±0.37.

* * * * *

# EXHIBIT D

Abbott

Robert Deberardine
DVP< Chief Patent & Trademark Counsel
Abbott Laboratories
100 Abbott Park Road
Abbott Park, IL 60064-6008

Telephone:  (847) 937-6364
Facsimile:   (847) 938-2623

August 30, 2005

Shashank Upadhye, Esq.
Vice President – Legal, Development & Regulatory
Sandoz, Inc
506 Carnegie Center
Princeton, NJ 08540-6243

Dear Mr. Upadhye:

Abbott is the exclusive licensee or owner of a number of patents pertaining to clarithromycin, products containing clarithromycin, and methods of its use and manufacture.  These patents include United States Patent Nos. 4,680,386, 6,010,718, 6,551,616 and 6,872,407.

Accordingly, we are writing to request information regarding your company's plans, if any, with regard to the marketing of a generic extended release clarithromycin drug product in the United States.  Specifically, we would ask that you please provide us with details concerning Abbreviated New Drug Applications 65-136 and 65-250 directed to immediate release and extended release clarithromycin drug products, respectively, including whether, and if so, when, you plan to market and distribute these products in the United States, and which corporate entity will be importing, marketing, and selling these products.

We would further request that you provide us with a copy of the portions of the ANDAs that contain the formulation information for your products (i.e., ingredients and amounts), bioequivalence data, the proposed labels, as well as those portions of both the ANDAs and associated DMFs that relate to the manufacture of the active pharmaceutical ingredients for your products and the process for making the final formulated products, so that we may evaluate whether your proposed products implicate any of our patent rights.  For the same purpose, we would also ask that you provide us with 50 grams of samples of the bulk clarithromycin manufactured according to the manufacturing method described in your ANDAs, as well as 600 unexpired tablets of both your immediate release and extended release products.

We have attached a draft confidentiality agreement to govern any disclosure of information to us pursuant to this request.

We would ask that you please respond to our request by Tuesday, September 6, 2005.

Sincerely,

Robert DeBerardine
Division Vice President
Chief Patent & Trademark Counsel

**Abbott**
A Promise for Life

## Request For Confidential Access to Information

WHEREAS Sandoz Inc. ("Sandoz") and Abbott Laboratories ("Abbott") compete in the pharmaceutical industry and this Request for Confidential Access to Information may involve the disclosure of certain documents, things and information in the possession, custody or control of Sandoz that constitute or contain trade secrets or other confidential research, development or commercial information; and

THEREFORE, all documents and other materials provided by Sandoz under this Request shall be provided subject to the following conditions:

1. This Request shall apply to all documents, things, or information that are owned or controlled by Sandoz and contain its trade secrets or other confidential research, development, or commercial information including without limitation documents and things ("Confidential Material").

2. Sandoz shall have the right to designate as Confidential Material and subject to this Request any or all of its ANDAs, associated Drug Master Files, or other proprietary information relating to its extended release clarithromycin drug products, including any samples of the bulk drug as well as samples of excipients. The duty of Abbott as bound by this Request to maintain the confidentiality of Confidential Material so designated shall commence with such notice.

3. Abbott and all other persons bound by the terms of this Request shall use any Confidential Material for the sole purposes of evaluating the possible application of its patent rights to Sandoz's extended release clarithromycin drug products, and shall not use any Confidential Material for any commercial or marketing purpose. Outside Counsel for Abbott shall exercise reasonable care to insure that the information and documents governed by this Request are (a) used only for the purposes specified here and (b) disclosed only to authorized persons.

4. Confidential Material shall be received by Outside Counsel for Abbott and maybe disclosed by the same only to:

(a)     employees and staff of Outside Counsel retained by Abbott whose duties and responsibilities reasonably require access to such materials;

(b)     experts or consultants retained by Outside Counsel for Abbott to assist in application of Abbott's patent rights to Sandoz's clarithromycin extended release products (and the expert's or consultant's staff, stenographic, and clerical employees whose duties and responsibilities reasonably require access to such materials) who are not past or present employees of Abbott, as provided in Paragraph 6, below;

(c)     up to five in-house Abbott Attorneys or patent agents; and

(d)     any other person agreed to by Sandoz and Abbott.

5.      Before Outside Counsel for Abbott may disclose Confidential Material to a person described in Paragraph 5.b., above, that counsel shall provide written notice (by facsimile followed by a hard copy sent next business day courier) to counsel for Sandoz of the name, address. business affiliation and curriculum vitae of the person(s) to whom the Confidential Material is to be disclosed, as well as an executed copy of the Confidential Undertaking attached hereto. Sandoz shall have three (3) business days after receiving that notification within which to object to the proposed disclosure; such disclosure shall not occur before the time for any objection by Sandoz expires, and, if any such objection is made, before that objection is resolved. Any such objection shall be made in writing (by facsimile followed by a hardcopy sent next business day courier) to the Outside Counsel for Abbott seeking to make the disclosure. If the parties are unable to resolve the objection, the Confidential Material shall not be disclosed.

6.      Any person allowed access to Confidential Material under Paragraph 5.b shall first execute the Confidential Undertaking acknowledging and agreeing to be bound by the terms of this Request. The Confidential Material shall not be disclosed to any person who refuses to execute the Undertaking.

7.      Notices under this Request shall be to Sandoz and Abbott at the addresses indicted below, unless this provision is modified by the parties in writing:

      (a)      notices to Sandoz shall be to


      (b)      notice to Abbott shall be to

            Divisional Vice President – Litigation
            100 Abbott Road
            D364-AP6D-1
            Abbott Park, IL  60064
            Facsimile:

# EXHIBIT E



**LORD BISSELL ▽ BROOK** LLP
ATTORNEYS AT LAW

115 S. LASALLE STREET I CHICAGO, ILLINOIS 60603-3901
312.443.0700 I 312.443.0336 FAX I WWW.LORDBISSELL.COM

September 2, 2005

Keith D. Parr
Registered Patent Attorney
312.443.0497
Fax: 312.443.0336
kparr@lordbissell.com

**VIA FACSIMILE 847-938-2623**

Robert DeBerardine, Esq.
Division Vice President
Chief Patent & Trademark Counsel
Abbott Laboratories
100 Abbott Park Road
Abbott Park, Illinois 60064-5008

Re:     Clarithromycin

Dear Mr. DeBerardine:

Your letter dated August 30, 2005 to Shashank Upadhye of Sandoz, Inc. has been forwarded to me for response.

In that letter you inquire about Sandoz, Inc.'s "plans, if any, with regard to the marketing of a generic extended release clarithromycin drug product in the United States." You also ask for details concerning two Abbreviated New Drug Applications 65-136 and 65-250, only one of which is directed to an extended release clarithromycin product. Before responding to your inquiries, we would like to know what Abbott's own plans are with respect to these ANDA's.

As you are no doubt aware, there is already generic competition on the market for the immediate release clarithromycin drug product. If another generic company were to enter that market, would it be Abbott's intention to file suit to attempt to block that generic product's entry?

With respect to the extended release clarithromycin product, we understand that there are several hearings to be held later this month in federal court in Chicago that will very likely factor into whether the generic companies who are parties to those suits will decide to launch an extended release clarithromycin product. While Sandoz is confident that its product does not infringe any valid claim of the patents you have cited in your letter, it would be willing to agree not to launch its extended release product before September 30, 2005 or such earlier date as any other company markets a generic version of an extended release clarithromycin product in the United States.

Please let us know if Abbott is agreeable to this proposal by no later than Friday, September 9, 2005.

Sincerely,

Keith D. Parr, Esq.

KDP:dd

cc:     Jeffrey I. Weinberger, Munger, Tolles & Olson LLP
        (Via Facsimile 213-683-5127)

ATLANTA    I    CHICAGO    I    LONDON    I    LOS ANGELES    I    NEW YORK