IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABBOTT LABORATORIES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05 C 5373 |
| | ) | |
| v. | ) | Judge Coar |
| | ) | Magistrate Judge Brown |
| SANDOZ, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**VOLUME II OF THE REDACTED VERSION OF THE EXHIBITS TO THE
DECLARATION OF PROFESSOR STANLEY S. DAVIS, Ph.D., D.Sc. IN SUPPORT OF
<u>ABBOTT LABORATORIES' MOTION FOR SUMMARY JUDGMENT</u>**

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies under penalty of perjury that a copy of the foregoing **Volume II Of The Redacted Version Of The Exhibits To The Declaration Of Professor Stanley S. Davis, Ph.D., D.Sc., In Support Of Abbott Laboratories' Motion For Summary Judgment**, was served on the following on May 30, 2007:

| **By Electronic Means:** |
| --- |
| Keith D. Parr, Esq. |
| Scott B. Feder, Esq. |
| Kevin M. Nelson, Esq. |
| LORD BISSELL & BROOK LLP |
| 111 South Wacker Drive |
| Chicago, IL 60606 |
| (312) 443-0700 |
| kparr@lordbissell.com |
| sfeder@lordbissell.com |
| knelson@lordbissell.com |
| *Attorneys for Sandoz, Inc.* |

Dated: May 30, 2007                              s/ Michael A. Flomenhoft