## INDEX OF EXHIBITS TO THE DECLARATION OF PROFESSOR STANLEY S. DAVIS, PH.D., D.SC., IN SUPPORT OF ABBOTT LABORATORIES' MOTION FOR SUMMARY JUDGMENT

### VOLUME I

1. Curriculum Vitae of Stanley S. Davis

2. List of Materials Reviewed

3. U.S. Food and Drug Administration, *Guidance for Industry, SUPAC-MR: Modified Release Solid Oral Dosage Forms*, at 32 (September 1997)

4. 21 CFR §210.3

5. *The Merck Manual of Diagnosis and Therapy* 2559 (Mark H. Beers, M.D., et al. eds., 17th ed. 1999)

6. *Modern Pharmaceutics* 751, (Gilbert S. Banker & Christopher T. Rhodes eds., 4th ed. 2002).

7. R. Steendam and C.F. Lerk, *Poly(DL-lactic acid) as a direct compression excipient in controlled release tablets: Part I. Compaction behaviour and release characteristics of poly(DL-lactic acid) matrix tablets*, 175 Int'l. J. Pharm. 33-46 (1998)

8. Misty L. Noble, *Drug Delivery Systems*, available at http://www.uweb.engr.washington.edu/research/tutorials/drugdelivery.html.

9. Lisa Brannon-Peppas, *Polymers in Controlled Drug Delivery*, available at http://www.devicelink.com/mpb/archive/97/11/003.html (describing, *inter alia*, homogenous matrix systems).

10. United States Patent No. 6,010,718

11. Excerpt from Sandoz's ANDA (filed under seal)

12. Excerpt from Sandoz's ANDA (filed under seal)

13. Christopher T. Rhodes & Gilbert S. Banker, *Some Pharmaceutical Aspects of Polymer Science*, 5 Can. J. Pharm. Sci., No. 3, at 1 (1970)

14. *Remington: The Science and Practice of Pharmacy* 1666 (Alfonso R. Gennaro ed., 19th ed. 1995)

15. D. Bidah, et al., *Diffusional process of drug delivery from a dosage form with a Gelucire matrix*, 80 Int'l J. Pharm. 145 (1992)

16. Leszek Krówczyński, *Extended-Release Dosage Forms* 131-35 (Brożyna trans. 1987)

17. *Handbook of Pharmaceutical Excipients* 465 (Raymond Rowe, et al. eds., 4th ed. 2003)

18. *Abbott Laboratories v. Andrx Pharms., Inc., et al.,* 473 F.3d 1196, 1208-1211, (Fed. Cir. 2007)

19. U.S. Pat. App. Pub. No. 2003/0077324

20. Excerpts from the February 17, 2006 Deposition of Nirmal Mulye (filed under seal)

21. Excerpt of Dissolution Study by Nirmal Mulye (filed under seal)

22. Excerpt of Dissolution Study by Nirmal Mulye (filed under seal)

23. United States Pat. App. Pub. No. 2004/0224017 A1

24. United States Patent No. 7,056,531

25. United States Patent No. 6,120,803

## VOLUME II

26. United States Patent No. 4,571,333

27. Iain Squire & Kennedy Lees, *Slow-Release Delivery Sys.*, The Practitioner, Vol. 236, 1088, 1090 (Nov. 1992)

28. *Controlled Drug Delivery, Fundamentals and Applications*, 15-26 (Joseph Robinson & Vincent Lee, eds., 2d ed. 1987)

29. European Patent Specification No. 0 280 571 B1

30. Welling, *Oral Controlled Drug Administration*, Drug Dev. Indus. Pharm., 9, 7, 1185-1225 (1983).

31. International Patent Application WO 93/17667

32. Expert Report of Dr. Walter Chambliss on Invalidity of the Patents in Suit (filed under seal)

33. Excerpts from the August 31, 2006 Deposition of Stanley S. Davis (filed under seal)

34. Rebuttal Expert Report of Professor Stanley S. Davis, Ph.D., D.Sc., submitted in 05-C-1490 (filed under seal)

35. International Patent Application WO 95/30422

36. International Patent Application WO 2005/053650

37. *Treatise on Controlled Drug Delivery* 225-258 (Agis Kydonieus ed. 1992)

38. Macrolide ring graphic

39. Pechère, *Effet de la structure moléculaire de l'azithromycine sur la pharmacocinétique et l'activité antimicrobienne*, 43(6) Pathologie Biologie, 483-87 (1995)

40. Chu, et al., *Single and Multiple Dose Pharmacokinetics of Clarithromycin A New Macrolide Antimicrobial*, J. Clin Pharmacol. 33, 719 (1993).

41. Richard Drew & Harry Gallis, *Azithromycin – Spectrum of Activity, Pharmacokinetics & Clinical Applications*, 12(3) Pharmacotherapy 161, 167 (1992)

42. Franco Fraschini, et al., *Clarithromycin Clinical Pharmacokinetics*, 25(3) Clinical Pharmacokinetics (1993)

43. Opening Expert Report of Stanley S. Davis (filed under seal)

44. Rebuttal Expert Report of Dr. Walter G. Chambliss On the Issue of Infringement (filed under seal)

45. Safety summary from the Biaxin® NDA, Abbott 235309-235346 (filed under seal)

46. Excerpts from the April 18, 2007 Deposition of Walter G. Chambliss (filed under seal)

3

# EXHIBIT 26

# United States Patent [19]

## Hsiao et al.

[11]   **Patent Number:      4,571,333**

[45]   **Date of Patent:      Feb. 18, 1986**

[54]   **CONTROLLED RELEASE NAPROXEN AND NAPROXEN SODIUM TABLETS**

[75]   Inventors:   **Charles H. Hsiao,** Cooper City, Fla.; **John S. Kent,** Palo Alto, Calif.

[73]   Assignee:   **Syntex (U.S.A.) Inc.,** Palo Alto, Calif.

[21]   Appl. No.:   **504,112**

[22]   Filed:   **Jun. 14, 1983**

[51]   Int. Cl.[4] .......................... **A61K 9/22; A61K 9/26**
[52]   U.S. Cl. ....................................... **424/22; 424/19;** 514/570
[58]   Field of Search .................................. 424/19–22, 424/35, 362

[56]   **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,065,143 | 11/1962 | Christenson et al. | 424/19 |
| 3,424,842 | 1/1969 | Nürnberg | 424/19 |
| 3,807,790 | 3/1975 | Lowey et al. | 424/19 |
| 4,226,849 | 10/1980 | Schor | 424/19 |
| 4,369,172 | 1/1983 | Schor et al. | 424/19 |
| 4,389,393 | 6/1983 | Schor et al. | 424/19 |

### OTHER PUBLICATIONS

Chowhan et al. J. Pharm. Sci. 70(10): 1134–1139 Oct. 1981 Compression Properties of Granulations Made with Binders Containing Different Moisture Contents, (7.8% HPMC Table 1, p. 1135).

Chowhan J. Pharm. Sci. 69(1): 1–4 Jan. 1980 Role of Binders in Moisture–Induced Hardness Increase in Compressed Tablets and its Effect on in vitro Disintegeration and Dissolution, HPMC 10% Table I, p. 2.

Chowhan J. Pharm. Sci. 67(10): 1385–1389 (Oct. 1978) Hardness Increase Induced by Partial Moisture Loss in Compressed Tablets and its Effect on in vitro Dissolution Naproxen, Naproxen Sodium 2% HPMC "F", p. 1386, Table I.

©1982 Dow Chemical Co., "Formulating Sustained Release Pharmaceutical Products with Methocel* (Trademark, Dow Chemical Co.), Form. No. 192-86-9-782, 10% HPMC, 22 pages.

Lapidus, Herbert, Ph.D Dissertation, Rutgers, 1967, Drug Release from Compressed Hydrophilic Materials,

p. 103 Table IX 2.6 to 21.4% HPMC, p.107, 11.8% HPMC, p. 50 1582 Univ. Microfilms Int., Ann Arbor, Mich., Table III, 167, 66.6,83.4% HPMC.

Lapidus et al., *J. Pharm. Sci.,* vol. 55, No. 8, pp. 840–843, (1966), ("Lapidus I").

Lapidus et al., *J. Pharm. Sci.,* vol. 57, No. 8, pp. 1292–1308, (1968) ("Lapidus II").

Salomon et al., *Pharm. Acta. Hevl.,* vol. 54, No. 3, pp. 82–85 (1975), (English Translation to be provided).

Borzunov, E., *Farmatsevtichinii Zhurnal,* Kiev, vol. 25(5) 1970, pp. 76–77.

Davis, S. S. et al., "Scintigraphic Studies on the in vivo Dissolution of a Buccal Tablet", in *Modern Concepts in Nitrate Delivery Systems,* Ed. by A. A. J. Goldberg and D. J. Parsons, 1983: Royal Society of Medicine International Congress and Symposium Series No. 54, pp. 30–37.

Kassem, A. A., "Enhancement of Release Rate of Spirolactone from Tablets by Formation of Solid Dispersions with Water–Soluble Polymers", Bulletin of the *Faculty of Pharmacy, Cairo University,* vol. 19(1), 1980, pp. 275–307.

Gudsoorkar, V. R., and Khanna, S., "Influence of Binders on Some Physical Parameters of Lactose and Sulfadimidine Tablets", *Indian Drugs and Pharmaceuticals Industry,* vol. 15(4), 1980, pp. 3–5.

(List continued on next page.)

*Primary Examiner*—Shep K. Rose
*Attorney, Agent, or Firm*—Ellen J. Buckles; Tom M. Moran; Alan M. Krubiner

[57]   **ABSTRACT**

A controlled release tablet for once-daily oral administration of about 500–1200 mg of naproxen or naproxen sodium, said tablet being a homogeneous matrix comprising about 4–9 weight percent of hydroxypropylmethylcellulose having a number average molecular weight in the range of from about 80,000 to about 130,000, about 81–96 weight percent naproxen or naproxen sodium, 0.1 to about 2 weight percent of a pharmaceutucailly acceptable lubricating agent, and 0 to about 8 weight percent of other pharmaceutically acceptable excipients.

**27 Claims, 2 Drawing Figures**

**4,571,333**

Page 2

## OTHER PUBLICATIONS

Korsmeyer, R. W., et al., "Mechanisms of Potassium Chloride Release for Compressed, Hydrophilic, Polymeric Matrices: Effect of Entrapped Air", *Journal of Pharmaceutical Science,* vol. 72(10) 1983, pp. 1189–1191.

Krycer, I. and Pope, D. G., "An Evaluation of Tablet Binding Agents, Part II, Pressure Binders", *Powder Technology,* vol. 34(1) 1983, pp. 53–56.

Ibid, pp. 39–51.

Laguna, O. et al., "Enrobage.–III, Influence de Quelques Produits Filmogenes at Plastifiants sur la Dissolution de Comprimes a Base de Chlorure de Sodium", *Annales Pharecutiques Francaises,* 1975, vol. 33(5), pp. 235–242.

Malkowska, S. et al., "Effect of Re–Compression on the Properties of Tablets Prepared by Moist Granulation", *Drug Development and Industrial Pharmacy,* 9(3), pp. 349–361, (1983).

Miseta, M. "Influence of Pressing Force on the Physical Features of Sulfathiazole Tablets and on the Dissolution Rate of Active Ingredient:, *Pharmazie,* vol. 38(5), 1983, pp. 326–327.

Miseta, M. "Die Beziehung Zwischen Preskraft und Rollfestigkeit bei Sulfaethidol–Tabletten", *Pharmazie,* vol. 38(8), 1983, p. 577.

Nagy, G. et al., "Untersuchungen uber die Textur und die Eigenschaften von Acetyl–Salicylsaure–Tabletten", *Pharmazie,* vol. 33(11), 1978, pp. 747–749.

Pintye–Hodi, K., et al., "Untersuchungen uber die Textur und die Engenschaften von Acetyl–Salicylsaure–Tabletten", *Pharmazie,* vol. 35(3), 1980, pp. 168–170.

Solomon, J. L. et al., "Sustained Release of Water Soluble Drug from Hydrophilic Compressed Dosage Forms", *Pharm. Ind.,* vol. 41(8), 1979, pp. 799–802.



FIG. I

MEAN PLASMA CONC. (MCG/ML)

TIME (HOURS)

LEGEND: A - CR Form A (750 mg)   B - CR Form B (750 mg)
C - Naprosyn® (2 x 375 mg)



FIG. 2

LEGEND: B — CR Form B (750 mg)    C — Naprosyn®(375 mg), One Tablet Every
                                                                    12 Hours

4,571,333

**1**

# CONTROLLED RELEASE NAPROXEN AND NAPROXEN SODIUM TABLETS

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to controlled release preparations of (+)-6-methoxy-alpha-methyl-2-naphthaleneacetic acid (naproxen) and its pharmaceutically acceptable sodium salt (naproxen sodium). Specifically it relates to an oral dosage form comprising a homogeneous dispersion of naproxen or naproxen sodium in a matrix of hydroxypropylmethylcellulose, which provides a release period suitable for daily dosing and exhibits good bioavailability.

### 2. Description of Related Art

Naproxen and naproxen sodium are well known and widely used anti-inflammatory medications with analgesic and antipyretic properties. They are used for the relief of pain and inflammation generally, and for specific conditions such as arthritis and dysmenorrhea. Naproxen is available in 250 mg, 375 mg and 500 mg tablets and is generally administered in therapeutic doses of 500–1000 mg per day with dosing intervals of 8–12 hours. Naproxen sodium is available in 275 mg tablets and is generally administered in therapeutic doses of 550–1100 mg per day with dosing intervals of 8–12 hours.

Hydroxypropylmethylcelluloses are commercially available in various grades, under several tradenames, including Methocel E,F,J and K (all previously designated as Methocel HG) from The Dow Chemical Co., U.S.A., HPM from British Celanese, Ltd., England, and Metolose SH from Shin-Etsu, Ltd., Japan. The various grades available under a given tradename represent differences in methoxy and hydroxypropoxyl content as well as molecular weight and viscosity. Commercial designations of the various hydroxypropylmethylcelluloses reflect their individual viscosity types and are based on the viscosities of 2% aqueous solutions at 20° C. as determined according to the method described in the *United States Pharmacopeia*, Rev. 20. The viscosities range from 15 cps to 30,000 cps and represent number average molecular weights of from about 10,000 to over 150,000. Each of the various grades under a given tradename is a hydroxypropylmethylcellulose of a single viscosity type, e.g. 50 cps, 100 cps, 4000 cps, 15,000 cps, etc.

The area of controlled release pharmaceuticals is increasingly important in the formulation, manufacture and marketing of new pharmaceutical products. The technologies and corresponding products of this art are variously described as, among others, sustained release, controlled release, prolonged action, depot, repository, delayed action, retarded release, and timed release pharmacuticals. In describing the present invention, the term "controlled release" is used to indicate that control is exercised over both the duration and profile of the in vivo drug release curve.

Controlled release drug dosage forms offer many advantages over conventional dosage forms for particular drugs. Of major importance both practically and therapeutically is the decrease in frequency of administration required to achieve the desired effect. A dosage form which is taken only once-a-day greatly improves patient compliance, and by extending the drug's activity through the night, permits the patient to sleep undisturbed until the morning. By enhancing the acceptabil-

**2**

ity of a medication regime, patient compliance, and hence therapy, is improved.

Another important therapeutic advantage of some controlled release drug dosage forms is a reduction in the fluctuation of plasma drug concentrations. The pharmacologic basis for minimizing fluctuations in plasma drug levels derives from three basic principals. First, every drug has a therapeutic blood level that must be reached if the desired benefit is to be achieved from its use. When the condition being treated requires multiple doses over an extended period of time, the therapeutic blood level is the drug level which must be maintained to maximize the effectiveness of the medication. Second, most drugs have toxic blood levels that define the limit above which adverse reactions, or side effects, are experienced. Third, the drug concentration-response curve for most drugs is such that activity is approximately proportional to the logarithm of concentration. From these pharmacologic principles, a rationale for closely maintained plasma drug levels can be inferred. Several years of clinical testing has supported that rationale, and it is now widely agreed that where continuous drug treatment is desirable, therapy is optimized when the plasma drug concentration is maintained near the therapeutic level.

The mode of drug administration can influence the time course of therapeutic activity by affecting the profile of drug concentration in the blood. Conventional drug dosage forms are rapidly absorbed into the circulation and then metabolized; the blood level profile of the drug following a single conventional dose typically is defined by an initial high peak, followed by a rapid decline, the slope and duration of which depends upon such factors as the half-life of the drug. The initial high peak typically substantially exceeds the therapeutic plasma concentration range, and represents a large portion of the drug contained in the dosage form. After multiple periodic doses, a steady state mean plasma drug concentration is achieved, but the absolute level fluctuates in peaks and troughs above and below the mean level.

In contrast, controlled release drug dosage forms can extend the duration of therapeutic drug levels in the blood, and minimize or even avoid the initial spike in blood level concentration which is typical of conventional dosage forms. Additionally, while controlled release oral dosage forms do not inherently reduce the fluctuations in plasma drug concentrations, an opportunity to minimize these fluctuations arises from the fact that the rate of drug release is metered over a prolonged period of time.

A decrease in the fluctuation of plasma drug levels is achieved by balancing the in vivo release rate against the pharmacokinetics of the drug, i.e. absorption, distribution, metabolism and exretion, so that plasma drug level variation is minimized. The time course of change of drug concentration in the blood is the net result of the rate of delivery into, and the pharmacokinetic behavior of the drug in, the body.

Conventional dosage forms of naproxen and naproxen sodium are administered two to three times daily in order to maintain therapeutic blood levels, and to minimize the differential beteen peak and trough blood levels during multiple dose therapeutic regimens. Peak to trough blood level ratios of about 2:1 are generally achieved with these regimens. In the interest of maximizing the therapeutic effectiveness of the drug, it is

4,571,333

**3**

desirable to minimize as much as possible the ratio of peak to trough blood levels obtained during multiple dose therapy. Controlled release formulations generally permit less frequent dosing intervals to obtain acceptable peak to trough blood level ratios.

Many different types of controlled release oral dosage forms have been developed, but each has disadvantages which affect its suitability to a particular drug and therapeutic objective. Wide variations in the physicochemical and pharmacokinetic properties of different drugs impose such varied requirements on the design of controlled drug delivery formulations, that formulations which are suitable for one drug cannot generally be predictably applied to other drugs. A formulation which incorporates the drug in a soluble or erodible matrix is desirable due to its ease of manufacture, low incidence of lot to lot variability, and relatively low cost. The use of hydrophilic gums such as hydroxypropylmethylcellulose as sustained release matrix materials is known and has been demonstrated with a variety of active agents. However, no formulation of this type is known which is well suited for the controlled release of either naproxen or naproxen sodium.

Christenson and Dale (U.S. Pat. No. 3,065,143) disclosed the use of certain hydrophilic gums, including hydroxypropylmethylcellulose, as carrier base materials in the preparation of sustained release pharmaceutical tablets. The tablets consisted essentially of a mixture of a drug in combination with at least one-third part by weight of the hydrophilic gum. Examples 1 and 7 disclose the use of Methocel 60HG 4,000 cps (now known as Methocel E4M) which has a number average molecular weight of 93,000, as calculated from the data in the "Handbook of Methocel Cellulose Ether Products" (The Dow Chemical Co., 1974). Example 4 discloses the use of Methocel 90HG 4,000 cps, and Example 5 discloses the use of Methocel 90HG 15,000 cps, (now known as Methocel E4M and K15M respectively). The 4,000 cps and 15,000 cps viscosity grades indicate that the polymers have number average molecular weights of 89,000 and 124,000, respectively. Polymer to drug ratios given in the examples range from 1:2 to 10:1 and durations of sustained released of up to 12 hours in vitro are disclosed.

Schor and Nigalaye (U.S. Pat. No. 4,369,172, 1983) have disclosed the use of certain hydroxypropylmethylcelluloses for "prolonged release therapeutic compositions." In that case, the carrier base is low viscosity hydroxypropylmethylcellulose having a number average molecular weight below 50,000 and a hydroxypropoxyl content of 9–12%. Specifically cited as examples corresponding to these criteria are Methocel E50 and Metolose 60SH50, which are 50 cps viscosity grade hydroxymethylcelluloses having number average molecular weights in the range of 23,000. Examples 1–4 describe tablets consisting essentially of about 57% by weight of one or the other of these two materials in combination with lithium carbonate. The tablets weighed about 700 mg and released the active agent for up to 14 hours in vitro. Examples 5–6 describe sustained release aspirin tablets in which the hydroxypropylmethylcellulose carrier base constitutes 16.5% of the total weight of the tablet. The tablets had an average weight of 787 mg and released 650 mg aspirin in vitro over a period of 6–8 hours. Further examples in U.S. Pat. No. 4,369,172 show tablets containing 16–20% by weight of the polymer and release of the active ingredient over 1–6 hours in vitro.

**4**

The Dow Chemical Company publishes a brochure entitled "Formulating Sustained Release Pharmaceutical Products with Methocel" (1982) which describes the various commercially available Methocel polymers, identifying their relative viscosities, rates of hydration and gel strength properties. The brochure also suggests criteria for formulating sustained release pharmaceutical products.

While the concept of utilizing hydroxypropylmethylcellulose in oral dosage forms to prolong the rate of release of drugs into the blood stream is known, and prolonged release of various active agents from such dosage forms has been demonstrated, the art available to formulate oral controlled release forms of naproxen and naproxen sodium has several disadvantages. First, it is apparent from the foregoing discussion of the relevant art that presently known sustained release tablet formulations rely on fairly high levels of hydroxypropylmethylcellulose to achieve adequate duration of drug release. The major problem with using any of these formulations is the additional bulk of the resulting tablet. In dry oral dosage forms, there is an approximate upper limit to the tablet bulk that will be tolerated by the patient. This limit varies from patient to patient, but can be as low as 650 mg. Thus, with drugs such as naproxen, whose therapeutic dosage range is 500–1200 mg/day, the additional tablet bulk which is created by inclusion of substantial amounts of matrix material will render the tablets unacceptable to many patients.

Furthermore, while the art demonstrates in vitro sustained drug release from several formulations using hydroxypropylmethylcellulose, the pharmacokinetics of in vivo drug release, absorption, distribution, metabolism and excretion impose more demanding requirements on the design of the controlled release tablet formulation than are apparent from in vitro testing. The present invention is directed to a new controlled release oral dosage formulation for naproxen or naproxen sodium which provides sustained therapeutic plasma drug levels for at least 24 hours, and requires a surprisingly small amount, 4–9 weight percent, of hydroxypropylmethylcellulose. The low level of matrix material required by the present invention makes possible a once-daily naproxen or naproxen sodium dosage form without excessive bulk, having weight and size characteristics which make it well-adapted for practical and acceptable patient administration. Chronic once-daily administration of the controlled release tablets of the present invention also provides less fluctuation in plasma drug concentration than is provided by chronic twice-daily administration of conventional naproxen and naproxen sodium tablets. Additionally, the new formulation is advantageous from a manufacturing viewpoint since it requires the presence of only three elements: the naproxen or naproxen sodium, the hydroxypropylmethylcellulose, and a lubricating agent.

## SUMMARY OF THE INVENTION

The present invention is a controlled release tablet for once-daily oral administration of 500–1200 mg of naproxen or naproxen sodium which is formed from a matrix comprising:

about 4–9 weight percent of hydroxypropylmethylcellulose having a number average molecular weight in the range of from about 80,000 to about 130,000,

about 81–96 weight percent of naproxen or naproxen sodium,

4,571,333

5

0.1 to about 2 weight percent of a pharmaceutically acceptable lubricating agent, and

0 to about 8 weight percent of other pharmaceutically acceptable excipients.

## BRIEF DESCRIPTION OF DRAWINGS

FIG. I is a graphical illustration of the results of the test described in Example 3 showing comparative plasma levels of naproxen over a 48 hour period achieved by single doses of two different 750 mg controlled release formulations prepared according to the present invention, as described in Examples 1 and 2 (lines A and B) as compared with a single dose (2×375 mg tablets) of Naprosyn ® brand naproxen (line C).

FIG. II is a graphical illustration of the results of the test described in Example 5 showing comparative mean plasma concentrations of naproxen over a 24 hour period on day five of a multiple dose study. The mean plasma concentrations are steady state levels achieved by once-daily administration of the 750 mg controlled release formulation of the present invention (Formulation B, Example 2, line B of FIG. II), or by once every 12 hour administration of Naprosyn ® brand naproxen, 375 mg (line C of FIG. II).

## DETAILED DESCRIPTION OF THE INVENTION

Accordingly, the present invention provides a new controlled release oral tablet for once daily administration of 500–1200 mg of naproxen or naproxen sodium which is formed from a homogeneous matrix comprising:

about 4–9 weight percent of hydroxypropylmethylcellulose having a number average molecular weight in the range of from about 80,000 to about 130,000,

about 81–96 weight percent of naproxen or naproxen sodium,

0.1 to about 2 weight percent of a pharmaceutically acceptable lubricating agent, and

0 to about 8 weight percent of other pharmaceutically acceptable excipients.

The tablet matrix includes a minor amount of a pharmaceutically acceptable lubricating agent such as magnesium stearate to aid in the tableting process. This amount will vary between about 0.1 and 2% generally, and preferably represents about 1% of the total weight of the tablet. Suitable tablet lubricants include magnesium stearate, stearic acid, calcium stearate and the like, or mixtures thereof. Magnesium stearate is preferred.

Optionally, the tablet matrix may include minor amounts of other pharmaceutically acceptable excipients such as colorants and glidents. Suitable colorants include, but are not limited to, FD&C Yellow #5, FD&C Yellow #6, and FD&C Blue #2, and generally represent 1% or less of the tablet weight. Suitable glidents include, but are not limited to, pharmaceutical grades of talc and fused silica, and generally represent 7% or less of the tablet weight.

The term matrix, as used herein, refers to a uniform mixture of naproxen, hydroxypropylmethylcellulose, a lubricating agent, and other optionally included excipients. An important aspect of the present invention is the fact that the hydroxypropylmethylcellulose is uniformly dispersed throughout the matrix to achieve uniform drug release. The matrix may be made by any pharmaceutically acceptable technique which achieves uniform blending, including dry blending, conventional

6

wet granulation, compression granulation, and fluid-bed granulation. Tablets can be made from the resulting matrix by any known tableting technique.

In accordance with the present invention, the amount of naproxen or naproxen sodium that is incorporated in a tablet may range between about 500 and about 1200 mg. The therapeutic range of about 500–1100 mg per tablet is indicated for the treatment of pain of arthritis, dysmenorrhea and other conditions. The tablet of the present invention provides a release period suitable for once-daily dosing, i.e. once within a 24 hour period. Generally, naproxen and naproxen sodium are administered at levels of 500–550, 750–800 or 1000–1100 mg/day, depending on the physician's judgement of the needs of the patient. Naproxen is generally administered at levels of 500, 750 or 1000 mg/day, while naproxen sodium is generally administered at levels of 550 or 1100 mg/day.

The hydroxypropylmethylcellulose utilized in the present invention is a water soluble cellulose ether, and is commercially available in various grades under the tradenames mentioned above in the Background of The Invention. The physicochemical properties of these polymers vary over a wide range. Preferred embodiments of this invention utilize premium grade polymers of a single viscosity type having number average molecular weights in the range of about 80,000–130,000.

The number average molecular weight of the hydroxypropylmethylcellulose which is used in the tablet matrix substantially influences the release profile which is obtained. The number average molecular weight (Mn) is the sum of the individual molecular weights of a representative sample population of molecules divided by the number of molecules in that sample, and is calculated from the limiting osmotic pressure of the solvent as the concentration of the hydroxypropylmethylcellulose approaches zero. The hydroxypropylmethylcellulose must have a number average molecular weight in the range of from about 80,000 to about 130,000, preferably from about 120,000 to about 130,000. When the polymer has a number average molecular weight of 120,000–130,000, it constitutes preferably about 4–6 weight percent of a naproxen controlled release tablet, or about 6–8 weight percent of a naproxen sodium controlled release tablet. A second prefered range of number average molecular weight is about 85,000 to about 95,000. When the polymer has a number average molecular weight within this range, it constitutes preferably about 7–9 weight percent of the controlled release naproxen or naproxen sodium tablet.

Hydroxypropylmethylcelluloses which have number average molecular weights in the range suitable for use in the tablet matrix are available as single viscosity type polymers. As used herein, the term "single viscosity type" refers to commercially available grades of hydroxypropylmethylcellulose whose commercial designations reflect their individual viscosity type. Examples of single viscosity type hydroxypropylmethylcelluloses which are suitable for use in the present invention include Methocel Premium K4M, A4M, E4M and F4M (Dow Chemical Co., U.S.A.) which are 4000 cps viscosity polymers having number average molecular weights in the range of 85,000–95,000, and Methocel K15M, a 15,000 cps viscosity polymer having a number average molecular weight in the range of 120,000–130,000. Other suitable polymers include Metolose 60SH, 65SH, and 90SH, viscosity grades

4,571,333

7

4000, 8000, and 15,000 available from Shin-Etsu Ltd., Japan. Specific preferred hydroxypropylmethylcelluloses are Methocel K4M Premium and Methocel K15M Premium.

The controlled release tablet of the present invention provides therapeutic blood levels of naproxen or naproxen sodium for at least 24 hours, and is thus suitable for once-daily administration. Fluctuations in blood levels during multi-dose therapeutic regimens are minimized by the tablets of the present invention, such that the ratio of mean peak plasma concentration to mean trough plasma concentration is 2:1 or lower.

The following examples serve to further illustrate the invention, but are not to be interpreted as limiting the scope of the appended claims in any way:

EXAMPLES 1 AND 2

1. Sustained Release Naproxen Tablets, 750 mg
(Formulation A)

Tablets were prepared from the following ingredients:

| Ingredients | grams | mg/ tablet |
|---|---|---|
| 1  naproxen, USP | 3,555 | 750.0 |
| 2  hydroxypropylmethylcellulose, USP 2208, 15,000 cps (METHOCEL K15M Premium) | 356 | 75.1 |
| 3  magnesium stearate, NF | 40 | 8.4 |
| 4  deionized water, USP | 1,896 ml | * |
| TOTAL WEIGHT | | 0.83 grams/tablet |

2. Sustained Release Naproxen Tablets, 750 mg
(Formulation B)

Tablets were prepared from the following ingredients:

| Ingredients | grams | mg/tablet |
|---|---|---|
| 1  naproxen, USP | 3,402 | 750.0 |
| 2  hydroxypropylmethylcellulose, 2208, 15,000 cps (METHOCEL K15M Premium) | 179 | 39.5 |
| 3  magnesium stearate, NF | 38 | 8.4 |
| 4  deionized water, USP | 1.004 | * |
| TOTAL WEIGHT | | 0.80 grams/tablet |

*Removed during processing.

Formulations A and B were prepared and made into tablets as follows: The naproxen and Methocel K15M were well blended, and then granulated with the purified water. The granulation was tray dried in a 50° C. oven for 16 hours, passed at slow speed through a hammer mill fitted with an 18 gauge screen, and then thoroughly mixed with the magnesium stearate. The resulting homogenous matrix material was compressed into tablets of uniform weight and size. Tablets of Formulation A were compressed at 3000 pounds load, and tablets of Formulation B were compressed at 4000 pounds load.

EXAMPLE 3

A study was performed to determine the blood levels of naproxen after administration of single doses of controlled release Formulations A and B (Examples 1 and 2) over a 48 hour period using two Naprosyn ® 375 mg tablets, a non-controlled release form of naproxen, as the reference standard. Six healthy male volunteers, 21–35 years of age were selected for the study. The

8

participants were not permitted to use hypnotics, sedatives, antihistamines or other enzyme-inducing drugs for a month prior to, or during the study. No drugs, including all over-the-counter drugs, or alcohol, were allowed 72 hours before or throughout the study period.

The study was performed as follows:

Following an overnight fast, single dose of the study drug formulations were administered to each participant at 8:00 a.m. on each of three days of dosing which were one week apart. The participants were randomized, and each participant received each formulation once. The study participants continued to fast until the fourth hour blood sample had been obtained.

Ten milliliters of whole blood was collected in heparinized evacuated tubes on study days immediately before dosing and at 0.5, 1, 2, 3, 4, 6, 8, 10, 12, 14, 16, 20, 24, 36, and 48 hours post-dose. Plasma was separated and frozen for later assay of the naproxen plasma levels by HPLC. The resultant plasma levels determined for Formulations A and B and the standard Naprosyn ® tablet (Formulation C) are graphically depicted in FIG. I.

EXAMPLE 4

Controlled Release Naproxen Sodium Tablets, 550 mg

Tablets are prepared from the following ingredients:

| Ingredients | grams | mg/tablet |
|---|---|---|
| 1  naproxen sodium, USP | 5,500 | 550.0 |
| 2  hydroxypropylmethylcellulose, USP 2208, 15,000 cps (Methocel K15M Premium) | 412.5 | 41.25 |
| 3  talc, USP | 315 | 31.5 |
| 4  magnesium stearate, NF | 35 | 3.5 |
| 5  deionized water, USP n | 2,100 | 36.0* |
| TOTAL WEIGHT | | 662.25 grams/tablet |

*remains as water of hydration for naproxen sodium

The naproxen sodium and Methocel K15M are well blended and then granulated with the purified deionized water. The granulation is tray dried in a 50° C. oven for 12 hours, passed at slow speed through a hammer mill which is fitted with an 18 gauge screen, and then thoroughly mixed with the talc and magnesium stearate. The resulting homogeneous matrix material is then pressed into tablets of uniform size and weight with 3500 pounds load compression.

EXAMPLE 5

A study was performed to determine the mean plasma levels of naproxen after multiple dosing of 750 mg controlled release naproxen tablets (Formulation B in EXAMPLE 2) administered once every 24 hours, and of Naprosyn ® brand naproxen (375 mg) tablets administered once every 12 hours. Twelve healthy male volunteers, 21–35 years of age were selected for the study. The participants were not permitted to use hypnotics, sedatives, antihistamines, or other enzyme-inducing drugs for a month prior to, or during, the study. No drugs, including all over-the-counter drugs, or alcohol, were allowed 72 hours before, or during, the study period.

The study was designed as a two-way crossover in which each subject received one of the study drugs over a five day period. Following an overnight fast,

4,571,333

9

participants were administered one of the study drugs (either one 750 mg controlled release tablet of Formulation B, or one 375 mg Naprosyn ® brand tablet), at 9:00 a.m. according to a randomized schedule. At 9:00 p.m. those participants administered the reference prooduct, Naprosyn ®, 375 mg, received their second dose of one Naprosyn ® tablet. The participants were maintained on a daily dose of the same study drug administered at the same time (or times) of the day for a total of 5 days.

Each day, immediately before the dose at 9:00 a.m., blood samples were drawn from each participant. Blood samples taken on the morning of the fifth day followed an overnight fast. Subsequent blood samples were taken at 1, 2, 4, 6, 8, 10, 12, 14, 16, 18, 20, 22, and 24 hours after the 9:00 a.m. dose on the fifth day. The samples were assayed for naproxen and the resulting mean plasma naproxen concentrations achieved by the controlled release tablets (line B) and the non-controlled release Naprosyn ® tablets (line C) are shown in FIG. II.

The results from this multiple dose study show that the naproxen biovailability achieved by once-daily administration of the controlled release tablet (Formulation B) containing 750 mg of naproxen, is equivalent to that achieved by twice-daily administration of the Naprosyn ® 375 mg tablets. The ratio of mean peak plasma level to mean trough plasma level achieved by once-daily administration of Formulation B tablets was 1.6:1, whereas the peak to trough plasma level ratio achieved by administration of Naprosyn ® 375 mg tablets once every 12 hours was 1.9:1.

What is claimed is:

1. A controlled release tablet for once-daily oral administration of about 500–1200 mg of naproxen or naproxen sodium, which tablet comprises a homogenous matrix comprising:
    about 4–6 weight percent of hydroxypropylmethylcellulose having a number average molecular weight in the range of from about 80,000 to about 130,000,
    about 81–96 weight percent of naproxen or naproxen sodium in an amount effective for once daily oral administration,
    0.1 to about 2 weight percent of a pharamaceutically acceptable lubricating agent, and
    0 to about 8 weight percent of other pharmaceutically acceptable excipients.

2. The controlled release tablet of claim 1 which contains naproxen.

3. The controlled release tablet of claim 2 wherein the hydroxypropylmethylcellulose has a number average molecular weight of about 120,000–130,000.

4. The controlled release tablet of claim 3 which comprises:
    about 5 weight percent of the hydroxypropylmethyl-cellulose,
    about 92–95 weight percent naproxen,
    0.1 to about 2 weight percent magnesium stearate, and
    0 to about 1 weight percent of a pharmaceutically acceptable colorant.

5. The controlled release tablet of claim 4 wherein the amount of naproxen is about 500 mg.

6. The controlled release tablet of claim 5 which contains about 0.01–0.05 weight percent FD&C Yellow #6.

10

7. The controlled release tablet of claim 4 wherein the amount of naproxen is 750 mg.

8. The controlled release tablet of claim 7 which contains 0.01–0.05 mg FD&C Yellow #6.

9. The controlled release tablet of claim 4 wherein the amount of naproxen is 1000 mg.

10. The controlled release tablet of claim 9 which contains about 0.01–0.05 mg. FD&C Yellow #6.

11. The controlled release tablet of claim 1 wherein the hydroxypropylmethylcellulose has a number average molecular weight of about 120,000–130,000.

12. The controlled release tablet of claim 11 which comprises:
    about 5 weight percent of the hydroxypropylmethyl-cellulose,
    about 85–95 weight percent naproxen or naproxen sodium,
    0.1 to about 2 weight percent lubricating agent, and
    0 to about 8 weight percent other pharmaceutically acceptable excipients.

13. The controlled release tablet of claim 12 wherein the amount of naproxen or naproxen sodium is about 500–550 mg.

14. The controlled release tablet of claim 12 wherein the amount of naproxen or naproxen sodium is about 750–800 mg.

15. The controlled release tablet of claim 12 wherein the amount of naproxen or naproxen sodium is 1000–1100 mg.

16. The controlled release tablet of claim 1 wherein the hydroxypropylmethylcellulose has a number average molecular weight of about 85,000–95,000.

17. The controlled release tablet of claim 16 wherein the amount of naproxen or naproxen sodium is about 500–550 mg.

18. The controlled release tablet of claim 16 wherein the amount of naproxen or naproxen sodium is about 750–800 mg.

19. The controlled release tablet of claim 16 wherein the amount of naproxen or naproxen sodium is about 1000–1100 mg.

20. The controlled release tablet of claim 1 which contains naproxen sodium.

21. The controlled release tablet of claim 20 which comprises:
    about 6 weight percent of hydroxypropylmethylcellulose having a number average molecular weight in the range of about 120,000–130,000,
    about 82–90 weight percent naproxen sodium,
    0.1 to about 2 weight percent lubricating agent,
    about 4–6 weight percent of a pharmaceutically acceptable glident, and
    0 to about 2 weight percent other pharmaceutically acceptable excipients.

22. The controlled release tablet of claim 21 wherein the amount of naproxen sodium is about 550 mg.

23. The controlled release tablet of claim 21 wherein the amount of naproxen sodium is about 1100 mg.

24. The controlled release tablet of claim 1 wherein the lubricating agent is magnesium stearate.

25. The controlled release tablet of claim 2 wherein the amount of naproxen is about 500 mg.

26. The controlled release tablet of claim 2 wherein the amount of naproxen is about 750 mg.

27. The controlled release tablet of claim 2 wherein the amount of naproxen is about 1000 mg.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  :  4,571,333

DATED  :  February 18, 1986

INVENTOR(S) :  Charles H. Hsiao and John S. Kent

It is certified that error appears in the above–identified patent and that said Letters Patent is hereby corrected as shown below:

On the title page, item [73]
"Syntex (U.S.A.) Inc., Palo Alto, California"
    should read
-- Syntex Pharmaceuticals International Limited, Hamilton, Bermuda --

**Signed and Sealed this**

**Twenty-sixth Day of December, 1989**

*Attest:*

JEFFREY M. SAMUELS

*Attesting Officer*  *Acting Commissioner of Patents and Trademarks*

# EXHIBIT 27

# The Practitioner

November 1992 · Vol 236 · Issue No

BIOMEDICAL LIBRARY

JAN 05 1993

UNIVERSITY OF CALIFORNIA
LOS ANGELES

| Editorial | 1003 |

## GPs and dental care
Patrick Kerrigan



**Cover:** *Osteoarthritis of the hand, showing Heberden's nodes on the fingers. In spite of advances in treatment, rheumatological problems still result in significant morbidity. Symposium starts page 1059*

| How I treat . . . | 1007 |

## A difficult case of angina

A middle-aged man with a low IQ and a history of social problems is suffering from poorly controlled angina. Two GPs and a consultant cardiologist describe how they would manage this patient

| Case Reports | 1017-35 |

## Jaundice – the first 48 hours 1017
### Sheila Sherlock

Patients whose jaundice is caused by viral hepatitis or a hepatic drug reaction can usually be managed at home. Others require hospital referral

## Screening elderly patients 1022
### Alistair Tulloch

Based on 12 years' experience, Dr Alistair Tulloch describes the enormous benefits of establishing and improving a screening programme for his elderly patients, and highlights the importance of well-defined objectives

## Child autonomy 1031
### Roger Higgs

When are young people old enough to consult a doctor on their own, and how does consenting to see a child without a parent effect your partners?



*Jaundice can have several possible causes, such as viral hepatitis or biliary obstruction. Management depends on the preliminary investigations and initial diagnosis. See page 1017*

| Day surgery and the GP | 1039 |

## New horizons
### Joseph Cahill

With the development of minimally invasive techniques, improved anaesthesia and faster patient recovery, day-case surgery is set to become more widely used as an alternative to conventional surgical procedures

| The complex patient | 1047 |

## Late-onset asthma
### Kevin Jones

Diagnosis of late-onset asthma will include a search for environmental or occupational causes, and exclusion of cardiac problems and bronchial carcinoma. GPs have a key role in the management of these patients

| Passing the MRCGP | 1054 |

## Communication and education
### Richard Moore

What are the most effective ways of learning from the experience of others? Dr Richard Moore discusses the relative merits of tutorials, small group learning and structured courses



*Home monitoring of peak expiratory flow rates is a useful way of monitoring late-onset asthma, and might help to identify a possible occupational cause. See page 1047*

<div style="background:grey">Symposium 1059-87</div>

## Rheumatology
## Introduction 1059

Roger Sturrock

## Osteoarthritis 1061

### Diana Macfarlane

Patients with osteoarthritis should be reassured that the disease is not necessarily crippling and that remissions do occur. Physiotherapy and steroid injections can relieve symptoms, and joint replacement surgery is available in the long term

## Soft tissue injuries 1068

### Alastair Mowat

There are many similarities between sporting injuries and work-related repetitive strain injuries. Dr Alastair Mowat describes the diagnosis of these problems, and both the immediate and long-term treatment. Most can be managed in general practice

## Rheumatoid arthritis 1077

### Roger Sturrock

Rheumatoid arthritis and its complications cause much disability and can even be life threatening. Here, Professor Roger Sturrock describes the aetiology and diagnosis, and lists the criteria for aggressive second-line therapy

## Backache in general practice 1084

### Loïc Burn

An empirical approach is needed for the management of backache. Local injections may be of use, while manipulation or acupuncture can help many patients. In chronic backache, patient education and realistic goal-setting are the key

<div style="background:grey">Prescribing for the '90s 1088</div>

## Slow-release delivery systems

### Iain Squire and Kennedy Lees

Various drugs are now available in controlled-release form, and are being used in general practice. The mechanisms of the individual formulations are described here in the first of two articles by Dr Iain Squire and Dr Kennedy Lees, along with their potential advantages and drawbacks

<div style="background:grey">Therapeutic dilemmas 1092</div>

## Who should prescribe expensive drugs?

### Conrad Harris, Alex Davison

Is it fair for hospital units with cash-limited budgets to ask GPs to prescribe the expensive drugs their patients need? Many argue that this practice is unsatisfactory for GPs, may adversely affect patient management, and could result in increased overall costs

<div style="background:grey">The Practitioner Education Programme 1095</div>

Membership of the second half of The Practitioner Education Programme is now available for only £35. You can gain two hours every month towards your PGEA requirement



*Healing stress fracture of the fibula. These can be difficult to spot on radiographs until the reparative callus appears after four to six weeks. See page 1068*



*Swan-necking deformity in rheumatoid arthritis of the hand. Treatment of this condition involves a multidisciplinary approach. See page 1077*



*Thermogram of the spine in ankylosing spondylitis, showing an increase in temperature over the lumbar spine and sacroiliac joints. This disease often presents as backache. See page 1084*

## Table 1   Advantages and disadvantages of controlled-release preparations

| Advantages | Disadvantages |
| --- | --- |
| •Improved compliance | •Increased cost: |
| •Improved treatment of chronic illness | – of drug manufacture |
| | – per unit dose |
| •Reduction of fluctuation in plasma concentration: | •Inappropriate product manufacture |
| – prolonged maintenance of therapeutic drug levels | •Greater amount of drug administered per unit dose: |
| – reduced side-effects from toxic drug levels | – specific problems with overdosage/poisoning |
| – reduced symptom breakthrough | •Susceptibility to differences in gastrointestinal transit time |
| •Reduced GI irritation | |
| •Reduced number of doses | |

of the drug and the rate of elimination (half-life) together determine the rate at which plasma concentrations fluctuate after each oral dose.

For example, administration of a drug with rapid absorption and a short half-life will produce an abrupt peak and low trough. If such a drug happens to have a narrow therapeutic range, then it must be administered by a constant infusion or in small, frequent doses if toxicity and/or loss of effect are to be avoided (figure 1).

Frequent oral doses are inconvenient, however, and probably lead to poor compliance. Missed or delayed doses can cause subtherapeutic concentrations and symptom breakthrough (such as seizures in a patient taking anticonvulsants). In an effort to mimic a constant infusion or the administration of small frequent doses, controlled-release preparations have been developed.

It is clear that drugs which are naturally slowly absorbed and/or have

## Table 2   Features of an 'ideal' controlled-release preparation

•Drug absorbed along length of gastrointestinal tract
•Drug has suitable half-life
•Production of convenient controlled-release formulation possible
•Achievement of sustained therapeutic drug levels
•Drug does not undergo extensive first-pass metabolism

## Diffusion controlling systems



**Figure 2   A:** the insoluble matrix – the drug is released from the tablet husk, which remains undigested and is excreted in the stool. **B:** the erodible matrix – the drug is released as the tablet matrix dissolves. **C:** the hydrophilic gel matrix – the drug is embedded within a polymer which, as it hydrates, forms a gel through which the drug can dissolve out. In each of these systems, the release characteristics can be altered by varying the nature of the matrix

## Steps in manufacture of Continus system



**Figure 3   For** controlled-release theophylline and aminophylline, the drug is combined with a hydrated hydroxyalkyl cellulose and an aliphatic alcohol, and compressed into a tablet. In the gastrointestinal tract, as the alcohol dissolves, the cellulose is exposed, becomes hydrated and releases the drug. The process is varied for the more recently available controlled-release diltiazem preparation, in which the drug is combined with lactose and fatty acids, then granulated with acrylic resin. The granules are dehydrated and compressed into a tablet. Rehydration in the gut reverses the process and releases the drug; a water insoluble binder (methacrylate resin) is used to slow down release of the very soluble diltiazem

## Membrane-controlled multiparticulate devices



**Figure 4** Each unit consists of multiple particles, which are often of differing characteristics. Each particle consists of drug surrounded by a semipermeable membrane. As water enters the particle, the drug hydrates, the particle expands and drug escapes through pores in the membrane. This system has been applied to the preparation of controlled-release forms of isosorbide mononitrate and theophylline

a long elimination half-life (such as digoxin) can be satisfactorily given in conventional formulations. Conversely, if the half-life is less than one hour, the provision of a sustained-release preparation is likely to be limited by the excessive size of the tablet and amount of drug required.

**Controlling release** In order to boost and maintain plasma concentrations within the therapeutic range, the ideal controlled-release preparation will deliver an initial loading or priming dose, followed by a maintenance dose.

The priming dose should be released and absorbed rapidly. The maintenance dose should be released more slowly, at a rate similar to the rate of elimination of the drug from the body.

A satisfactory controlled-release preparation will deliver the drug steadily as the tablet or capsule travels through the digestive tract (table 2). These preparations are unsuitable for substances such as iron salts, which can only be absorbed at specific areas of the gastrointestinal tract.

## Osmotic pump device



Osmotic gradient caused by core components draws water into the tablet where the drug and osmotic agent dissolve

**Figure 5** In the osmotic pump device, the active ingredient is enclosed by a semipermeable membrane. Release of the drug depends upon dissolution. The formulation may contain an osmotic polymer, hydration of which drives the drug out; or a simple salt, which again attracts water by osmosis. The size of the laser-drilled orifice for drug release can be altered to change the release characteristics of the preparation

### Delivery systems

The simplest 'controlled-release' preparations are those employing an enteric coating. These are in fact no more than devices to delay release of the drug until the formulation has passed from the stomach into the small bowel, usually to reduce gastric irritation. Substances employed for this purpose have included keratin, fats and fatty acids, waxes and cellulose. True controlled-release preparations employ more complex technology, but still use the principle of limiting diffusion or dissolution of the drug from its delivery system, using some kind of barrier.

**Dissolution control – chemical alteration of drug** Alteration of the release and absorption characteristics can be achieved by simple salt or complex formation to reduce drug solubility. Chloramphenicol, as its palmitate ester, and benzathine penicillin are two antibiotics for which this method has been used.

**Diffusion control** There are four main methods by which drug diffusion may be controlled.

*The insoluble matrix* In these preparations, the drug is embedded within an insoluble or rigid matrix. This is chemically inert and porous. It is normally made of a plastic, such as polyvinyl chloride. Drug diffuses out of the tablet as it passes down the gastrointestinal tract, and the undigested tablet core is passed out in the stool (figure 2A). It is important that the patient is warned to expect this, and is reassured that it does not signify treatment failure.

This basic system is used, with modifications, in the Durules system, and includes preparations such as Theo-Dur, Imdur, Betaloc SA and Procainamide Durules. Variations in pore size and matrix composition, and the use of soluble additives can alter the characteristics of the system as required.

Such systems must use drugs of relatively high solubility, and the release rate tends to fall as the drug has progressively greater distances over which to diffuse. This has been

claimed to be an advantage in Imdur, as low plasma nitrate concentrations at the end of the dosing interval may reduce the development of nitrate tolerance.

*The eroding matrix* In contrast to the insoluble matrix, the drug in these preparations is contained within a soluble matrix that is digested at a defined rate (figure 2B). Here, drug is present at the tablet surface at a constant concentration. The rate of release can be varied by altering the tablet shape (and hence its surface area), or by combining the drug with another compound to slow release further. All of these principles are used in the Continus system.

Figure 3 illustrates the steps in the manufacture of these systems. Alterations in the amounts of various constituents can be used to alter the properties of the tablet. A variant of the eroding matrix is the hydrophilic gel matrix, made by adding a hydrocolloid to the formula – for example, controlled-release felodipine. Water is absorbed to create a gel through which the drug diffuses (figure 2C).

*Multiparticulate membrane controlled systems* These preparations employ a semipermeable membrane to enclose the drug. The devices have been prepared as multiparticulate preparations – for example, Slo-Phyllin and Elantan LA-50. The drugs are contained in the capsule within diffusion-controlling membranes which are themselves of differing properties, allowing release of a loading dose followed by steady release of a maintenance dose (figure 4).

*Osmotic pump devices* These devices are really a variant of the membrane-controlled system. The drug is contained within a semipermeable membrane along with an osmotic core (figure 5). Water from the gastrointestinal tract is drawn into the tablet by the osmotic core, and dissolved drug is released through a laser-drilled hole of specific dimensions.

The rate of drug release is dependent on the rate of entry of water, which depends on the nature and strength of the osmotic core and on

the properties of the membrane. Drugs available in this type of formulation include salbutamol (Volmax) and nifedipine (Adalat LA).

**Combined methods** Although most of the controlled-release preparations now available utilise one of the above delivery methods, a number of drugs are presented in tablets or capsules that use a combination of technologies. For example, in the Continus system, one of the best known and most extensively used systems, both dissolution and diffusion are controlled (figure 5).

In the Durules system, the drug is contained in cores embedded within an insoluble matrix (figure 6). The matrix itself contains granulated theophylline. Each core is centred on a sugar seed surrounded by layered theophylline and cellulose acetate

## The Durules system



**Figure 6** Each unit consists of a matrix, containing granulated drug, embedded in which are numerous tiny core units each centred on a sugar seed. Dissolution of drug from the matrix provides an early loading dose with the cores providing sustained release. This system has been applied to preparations containing theophylline, isosorbide mononitrate, metoprolol, disopyramide, quinidine, terbutaline and procainamide

phtalate. The whole core unit is then coated in wax, insoluble but permeable in gastrointestinal fluids. Thus, each Durules tablet contains individual membrane-controlled units within an insoluble matrix.

### Clinical use

It must be emphasised again that the use of controlled-release preparations should be guided first and foremost by the needs of the patient and the management of the individual's disease process. The administration of these tablets and capsules is limited only by the fact that, as they are designed to release their active constituent slowly in the gut, disruption of the unit before administration, or by biting or chewing, may result in a loss of efficacy. ∎

# EXHIBIT 28