# Controlled Drug Delivery
## Fundamentals and Applications

SECOND EDITION, REVISED AND EXPANDED

Edited by

**Joseph R. Robinson**
SCHOOL OF PHARMACY
UNIVERSITY OF WISCONSIN
MADISON, WISCONSIN

**Vincent H. L. Lee**
SCHOOL OF PHARMACY
UNIVERSITY OF SOUTHERN CALIFORNIA
LOS ANGELES, CALIFORNIA

MARCEL DEKKER, INC.   New York and Basel

Volume 27. MODERN ANALYSIS OF ANTIBIOTICS, edited by Adorjan Aszalos
Volume 28. SOLUBILITY AND RELATED PROPERTIES, Kenneth C. James
Volume 29. CONTROLLED DRUG DELIVERY: FUNDAMENTALS AND APPLICATIONS, Second Edition, Revised and Expanded, Joseph R. Robinson and Vincent H. L. Lee

Other Volumes in Preparation

Controlled drug delivery.

(Drugs and the pharmaceutical sciences ; v. 29)
Rev. ed. of: Sustained and controlled release drug delivery systems / edited by Joseph R. Robinson. c1978.
Includes bibliographies and indexes.
1. Drugs--Controlled release. 2. Drugs--Dosage forms. I. Robinson, Joseph R. II. Lee, Vincent H. L. III. Sustained and controlled release drug delivery systems. IV. Series. [DNLM: 1. Delayed-Action Preparations. 2. Dosage Forms. W1 DR893B v.29 / QV 785 C7595]
RS201.C64C65  1987    615'.191    86-29108
ISBN 0-8247-7588-0

Copyright © 1987 by MARCEL DEKKER, INC.   All Rights Reserved

Neither this book nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage and retrieval system, without permission in writing from the publisher.

MARCEL DEKKER, INC.
270 Madison Avenue, New York, New York   10016

Current printing (last digit):
10 9 8 7 6 5 4 3 2 1

PRINTED IN THE UNITED STATES OF AMERICA

*In memory of our fathers, and to our mothers*

# Preface to the Second Edition

Controlled drug delivery is the phasing of drug administration to the needs of a condition at hand so that an optimal amount of drug is used to cure or control the condition in a minimum time. Research in controlled drug delivery during the past decade has led to increasingly sophisticated means to sustain drug delivery. It has also stimulated greater awareness among the pharmaceutical industry, the regulatory agencies, the health care profession, and the public at large of the therapeutic advantages of controlled drug delivery systems. Presently, the majority of these systems are based on synthetic polymers of some sort that differ in the degree of erodibility, swellability, and sensitivity to the biological environment in which they are placed. These polymers have been used to fabricate systems such as microcapsules and nanoparticles for implantation, hydrogels for oral and parenteral drug delivery, the osmotic pump for oral drug delivery, and patches for transdermal drug delivery. Clearly, in order to fully utilize the potential of polymers in the broad area of drug delivery, it is necessary to understand their fundamental physical, chemical, and biological properties.

When the first edition of this text was written a decade ago, liposomes were considered by many to be the answer to drug delivery optimization in virtually all routes of drug administration. Research since then has revealed that liposomes in particular and microparticulate carriers in general would probably have their greatest impact in

# 1 | Influence of Drug Properties and Routes of Drug Administration on the Design of Sustained and Controlled Release Systems

VINCENT H. K. LI and JOSEPH R. ROBINSON / University of Wisconsin, Madison, Wisconsin

VINCENT H. L. LEE / University of Southern California, Los Angeles, California

| | | |
|---|---|---|
| I. | Introduction | 4 |
| II. | Terminology | 5 |
| III. | Rationale of Sustained/Controlled Drug Delivery | 7 |
| IV. | Factors Influencing the Design and Performance of Sustained/Controlled Release Products | 9 |
| V. | Physicochemical Properties of a Drug Influencing Design and Performance | 12 |
| | A. Aqueous Solubility | 13 |
| | B. Partition Coefficient and Molecular Size | 14 |
| | C. Drug Stability | 14 |
| | D. Protein Binding | 15 |
| VI. | Biological Factors Influencing Design and Performance of Sustained/Controlled Release Products | 15 |
| | A. Absorption | 16 |
| | B. Distribution | 18 |
| | C. Metabolism | 23 |
| | D. Duration of Action | 26 |
| | E. Side Effects | 30 |
| | F. Margin of Safety | 31 |

3

G. Role of Disease State ......................................... 33
H. Role of Circadian Rhythm .................................. 35
VII. Selected Routes of Drug Administration ................ 36
  A. Parenteral ........................................................ 37
  B. Oral ................................................................ 40
  C. Buccal/Sublingual ............................................ 42
  D. Rectal ............................................................. 43
  E. Nasal .............................................................. 44
  F. Pulmonary ....................................................... 45
  G. Vaginal ........................................................... 49
  H. Intrauterine ..................................................... 51
  I. Transdermal .................................................... 53
  J. Ocular ............................................................. 55
VIII. Drug Targeting .................................................. 56
IX. Conclusions ...................................................... 59
References ............................................................. 61

## I. INTRODUCTION

In recent years, considerable attention has been focused on the development of new drug delivery systems. This is evidenced by the spate of books [1–8] and review articles [9–18] published on this subject. There are a number of reasons for the intense interest in new systems. First, recognition of the possibility of repatenting successful drugs by applying the concepts and techniques of controlled release drug delivery systems, coupled with the increasing expense in bringing new drug entities to market, has encouraged the development of new drug delivery systems. Second, new systems are needed to deliver the novel, genetically engineered pharmaceuticals, i.e., peptides and proteins, to their sites of action without incurring significant immunogenicity or biological inactivation. Third, treating enzyme deficient diseases and cancer therapies can be improved by better targeting. Finally, therapeutic efficacy and safety of drugs, administered by conventional methods, can be improved by more precise spatial and temporal placement within the body, thereby reducing both the size and number of doses.

If one were to conceptualize the ideal drug delivery system, two prerequisites would come to mind. First, it should deliver drug at a rate dictated by the needs of the body over the period of treatment. This may necessitate delivery at a constant rate for drugs that have a clear relationship between steady state plasma levels and the resultant therapeutic response, or at a variable rate for drugs which need either a series of peaks and valleys or act on a rhythm. Second, it should channel the active entity solely to the site of action. This may necessitate delivery to specific receptors, as in the case of H1 and H2 antagonists, localization to tumor cells, as required by most cancer treatments, or to specific areas of the body as for arthritis or gout. At present, no available drug delivery systems can achieve all these lofty goals. Conventional dosage forms, including prolonged-release dosage forms, are unable to control either the rate or site of action. While rate-controlled release drug delivery systems are capable of delivering a drug at some predetermined rate either systemically or locally for a specific period of time, they do so with virtually no control over the fate of the drug once it enters the body. Targeted drug delivery systems, on the other hand, while capable of achieving site specific delivery, are usually unable to control the release kinetics of drug in a predictable manner. To date, their usefulness is limited to systemic administration.

This chapter will describe those factors influencing the design of sustained/controlled drug delivery systems with particular emphasis on limitations imposed by the intrinsic physicochemical and biological properties of a drug candidate and by the route of administration.

## II. TERMINOLOGY

Before initiating a discussion of sustained and controlled release dosage forms, it is necessary to provide a short explanation of terminology used because there is considerable confusion in this area. The general consensus is that controlled release denotes systems which can provide some control, whether this be of a temporal or spatial nature, or both, of drug release in the body. In other words, the system attempts to control drug concentrations in the target tissue or cells. Thus, prolonged release or sustained release systems, which only prolong therapeutic blood or tissue levels of the drug for an extended period of time, cannot be considered as controlled release systems by this definition. They are distinguished from rate-controlled drug delivery systems, which are able to specify the release rate and duration *in vivo* precisely, on the basis of simple *in vitro* tests [15]. Drug targeting, on the other hand, can be considered as a form of controlled release in that it exercises spatial control of drug release within the body. Since rate-controlled release and drug targeting represent totally separate delivery approaches, they will be discussed separately in this chapter.

In general, controlled delivery attempts to:

1. Sustain *drug action at a predetermined rate* by maintaining a relatively constant, effective drug level in the body with

2. *Localize drug action* by spatial placement of a controlled release system (usually rate-controlled) adjacent to or in the diseased tissue or organ
3. *Target drug action* by using carriers or chemical derivatization to deliver drugs to a particular "target" cell type

In practice, very few of the applied systems embrace all of these actions. In most cases, the release system creates constant concentration of drug within the body over an extended period of time. The assumption is that there is a steady state drug levels in plasma and in target tissues or cells are correlated. Ideally, it is desirable to place the drug at the target, be it a tissue, a population of cells, or receptors, leaving the rest of the body drug free. Obviously, this would be quite difficult, especially if the target is sheltered from systemic circulation by various barriers. For example, drug targeting to the brain via systemic administration is severely limited by selectivity of the blood-brain barrier.

In order to maintain a constant drug level in either plasma or target tissue, release rate from the controlled release system should be equal to the elimination rate from plasma or target tissue. The most conventional method to achieve a constant plasma level is the use of intravenous infusion. However, this would be inconvenient for most therapeutic situations so that other noninvasive routes, such as the oral or transdermal route, are preferred.

Various designations such as "smart" [19], "targeted" [20], "intelligent" [15], "novel" [6], and "therapeutic" [21], have been given to controlled release systems. Therapeutic systems have also been used interchangeably with rate-controlled release systems. These usually operate on an advanced engineering system-control approach, consisting of a logic element with or without a sensor. Three types of therapeutic systems are available, namely, passive preprogrammed, active preprogrammed, and active self-programmed [22]. Most rate-controlled release systems fall in the category of passive preprogrammed, in which the release rate is predetermined and is irresponsive to the external biological environment. Examples of active preprogrammed are few and include most metered insulin pumps, whose release rate can be altered by a source external to the body [23]. The active, self-programmed therapeutic systems modulate release rate of the drug in response to information, registered by a sensor, on the changing biological environment such as blood sugar level in diabetes [24]. In our view, the term therapeutic system, while helpful for marketing purposes, is inappropriate as a substitute for controlled release systems since non-controlled release systems are therapeutic systems also.



Fig. 1 Plasma drug concentration-profiles for conventional tablet or capsule formulation, a sustained release formulation, and a zero-order controlled release formulation.

Figure 1 shows comparative blood drug level profiles obtained from administration of conventional, controlled as well as prolonged release dosage forms. Thus, the conventional tablet or capsule provides only a single and transient burst of drug. As long as the amount of drug is above the minimum effective concentration, a pharmacological response is observed. Problems occur when the therapeutic range is very narrow or when the peak is greater than the upper limit of this range. Indeed, one of the main purposes of controlled release is to improve safety and minimize side effects of the drug by reducing fluctuations in drug level. Prolonged-release dosage forms also reduce fluctuations in plasma drug levels by slowing down the absorption rate due to slower drug release rate. In many cases, this is achieved by intermittently releasing a small burst of drug over a prolonged period of time as in the case of repeat-action dosage forms.

### III. RATIONALE OF SUSTAINED/CONTROLLED DRUG DELIVERY

The basic rationale for controlled drug delivery is to alter the pharmacokinetics and pharmacodynamics of pharmacologically active moieties by using novel drug delivery systems or by modifying the molecular structure and/or physiological parameters inherent in a selected route of administration. It is desirable that the duration of drug action become more a design property of a rate-controlled dosage form, and less, or not at all, a property of the drug molecule's inherent kinetic properties. Thus, optimal design of controlled release systems

Table 1. Usual Ranges of Therapeutic Serum Concentrations and Terminal Half-Lives in Humans

| Drug substance | Therapeutic serum concentrations[a] ($C^*_{min}$ to $C^*_{max}$) | Terminal half-lives[b] |
|---|---|---|
| Digitoxin | 14–30 μg/liter | 6.3–11.3 days |
| Digoxin | 0.9–2 μg/liter | 1.4–2.2 days |
| Lidocaine | 1.5–5 mg/liter | 1.2–1.7 hr |
| Lithium | 0.5–1.3 mEq | 14.2–24.1 hr |
| Nortriptyline | 50–140 μg/liter | 18.2–35.0 hr |
| Phenytoin | 10–20 mg/liter | 18.7–27.6 hr |
| Procainamide | 4–8 mg/liter | 2.5–4.7 hr |
| Propranolol | 20–50 μg/liter | 1.1–9.9 hr |
| Quinidine | 2–5 mg/liter | 3.0–16.0 hr |
| Salicylates | 150–300 mg/liter | 2.9–22 hr |
| Theophylline | 10–20 mg/liter | 5.3–8.3 hr |

[a] Data were obtained from Koch-Weser [26].
[b] Data were obtained from Pagliaro and Benet [27].

possessing therapeutic indices less than 3 must be given no less frequently than every 12 hr [28]. Unless gastrointestinal transit time can be lengthened, once-daily oral dosing may prove to be difficult to achieve for drugs with such extremely short half-lives [28]. For other routes of administration, where residence time is less of a problem, dosing intervals can be lengthened to months or even years. For example, implants containing contraceptives may be effective for a year or two.

In summary, only when the rate-limiting step resides in the drug delivery system, and not in physiological constraints, can control over drug administration be achieved.

## IV. FACTORS INFLUENCING THE DESIGN AND PERFORMANCE OF SUSTAINED/CONTROLLED RELEASE PRODUCTS

To establish criteria for the design of controlled release products, a number of variables must be considered.

necessitates a thorough understanding of the pharmacokinetics and pharmacodynamics of the drug.

As mentioned earlier, the primary objectives of controlled drug delivery are to ensure safety and to improve efficacy of drugs as well as patient compliance. This is achieved by better control of plasma drug levels and less frequent dosing. For conventional dosage forms, only the dose (D) and dosing interval ($\tau$) can vary and, for each drug, there exists a therapeutic window of plasma concentration, below which, therapeutic effect is insufficient, and above which undesirable or toxic side effects are elicited. As an index of this window, the therapeutic index TI can be used. This is often defined as the ratio of median lethal dose (LD50) to median effective dose (ED50). Alternatively, it can be defined as the ratio of maximum drug concentration ($C^*_{max}$) in blood that can be tolerated to the minimum concentration ($C^*_{min}$) needed to produce an acceptable therapeutic response. Table 1 lists the therapeutic indices of a variety of drugs in plasma in humans.

For drugs whose disposition show pronounced linear, one-compartment characteristics, Theeuwes and Bayne [25] have demonstrated the following relationship between dosing interval ($\tau$) and therapeutic index (TI). Thus,

$$\tau < t_{1/2} (\ln TI)/\ln 2 \qquad (1)$$

where $t_{1/2}$ is the half-life. Since the therapeutic index for most drugs is around 2, it will be necessary to dose the patients at intervals shorter than the half-life. Such inconvenient regimens often result in reduced compliance and inadequate treatment. For drugs with pronounced multicompartmental characteristics, a better estimate of the dosing interval may be obtained by replacing $t_{1/2}$ with 0.693* (MRT), where MRT is the mean residence time. In such cases, the drug must be given even more frequently than suggested by Eq. (1).

In general, the dosing interval may be increased either by modifying the drug molecule to decrease the rate of elimination ($k_{el}$) or by modifying the release rate of a dosage form to decrease the rate of absorption ($k_a$). Both approaches seek to decrease fluctuations in plasma levels during multiple dosing, allowing the dosing interval to increase without either overdosing or underdosing. When attempting to extend the dosing interval by decreasing the rate of absorption, the formulator will be confronted with the physiological constraint of a finite residence time at the absorption site. For example, an effective absorption time for orally administered drugs is about 9–12 hr. If the rate of absorption decreases too much, some of the unabsorbed drug will pass into the large intestine, where absorption is slower and more variable and where bacterial degradation of the drug may occur. Thus, drugs with half-lives of 6 hr or less and

1. *Drug properties:* The physiochemical properties of a drug, including stability, solubility, partitioning characteristics, charge, and protein binding propensity, play a dominant role in the design and performance of controlled release systems.

2. *Route of drug delivery:* The area of the body in which drugs will be applied or administered can be restrictive on the basis of technological achievement of a suitable controlled release mechanism or device. At times, the drug delivery system, in certain routes of administration, can exert a negative influence on drug efficacy, particularly during chronic administration, and hence other routes of administration should be considered. Performance of the controlled release systems may also be influenced by physiological constraints imposed by the particular route, such as first-pass metabolism, GI motility, blood supply, and sequestration of small foreign particles by the liver and spleen.

3. *Target sites:* In order to minimize unwanted side effects, it is desirable to maximize the fraction of applied dose reaching the target organ or tissue. This can be partially achieved by local administration or by the use of carriers. However, the absorptive surfaces of most routes are impermeable to macromolecules or other targeted delivery systems, thereby necessitating either intravascular or intraarterial administration.

4. *Acute or chronic therapy:* Consideration of whether one expects to achieve cure or control of a condition and the expected length of drug therapy are important factors in designing controlled release systems. Attempts to generate a one year contraceptive implant presents significantly different problems in design than does an antibiotic for acute infection. Moreover, long term toxicity of rate-controlled drug delivery systems is usually different from that of conventional dosage forms [29].

5. *The disease:* Pathological changes during the course of a disease can play a significant role in the design of a suitable drug delivery system. For example, in attempting to design an ocular controlled-release product for an external inflammation, the time course of changes in protein content in ocular fluids and in the integrity of the ocular barriers would have to taken into consideration. Sometimes, one can take advantage of the unique manifestations of the disease state. For example, the higher plasminogen activator levels in some tumor cells can lead to preferential bioconversion of peptidyl pro-drugs in these cells [30–32]. Similarly, the higher tyrosinase level in melanoma cells has been demonstrated to allow targeting to and preferential bioconversion of 2,4-dihydroxyphenylalanine in them [33].

6. *The patient:* Whether the patient is ambulatory or bedridden, young or old, obese or gaunt, etc., can influence the design of a controlled release product. An implant or intramuscular injection of a drug to a bedridden patient with little muscle movement may perform in a manner significantly different from that of an ambulatory patient. Some of these factors represent individual patient variation and cannot be controlled by the research scientist while others must be considered. For example, single unit controlled release products are particularly prone to intra- and inter-subject variation because of variabilities in individual GI motility [34].

While all of these variables are important in the design of controlled and targeted release delivery systems, our discussion will center on drug properties and routes of administration as they relate to controlled release drug delivery in general. In particular, this chapter is concerned with increasing the visibility of some of the detrimental or prohibitive factors in the design of controlled release system. The release mechanism and the applicability of the various approaches (physical, chemical, and biological) used in the design of individual controlled release system will be discussed in Chapters 8–15.

To establish a basis for discussion of the influence of drug properties and the route of administration on sustained/controlled release product design, it is worthwhile focusing on:

1. Behavior of the drug in its delivery system
2. Behavior of the drug and its delivery system in the body

The first of these two elements is concerned with the ways in which drug properties can influence release characteristics from its delivery system. For conventional drug delivery systems, the rate-limiting step in drug availability is usually absorption of drug across a biological membrane such as the gastrointestinal wall (Scheme 1). In a sustained/controlled release product, one aims for release of drug

$$(Drug)_{Dosage\ form} \longrightarrow (Drug)_{Solution\ at\ absorption\ site} \longrightarrow (Drug)_{Target\ area} \longrightarrow Elimination$$

$$Drug\ release \qquad Absorption$$

Scheme 1

from the dosage form as the rate-limiting step instead. Thus, drug availability is controlled by the kinetics of drug release rather than

absorption. Consequently, the associated rate constant(s) for drug release from the dosage form are smaller than the absorption rate constant and kinetically the process appears as shown in Scheme 2.

$$\text{(Drug)Dosage form} \longrightarrow \text{(Drug)Target area} \longrightarrow \text{Elimination}$$

Scheme 2

To control drug release one can employ a variety of approaches, such as dissolution, diffusion, swelling, osmotic pressure, complexation, ion-exchange, and magnetic field, each of these will be amplified on in subsequent chapters. The interplay between physiochemical properties of a drug and characteristics of its delivery system determines the temporal release pattern that is observed.

The second element, behavior of the drug and its delivery system in the body, is extremely complex, involving the fate of drug during transit to the target area as well as its fate while in the biophase. Availability of drug to its target will depend on its pharmacokinetics as well as that of its carrier. In the case of drug targeting, the carrier is used to alter the pharmacokinetics of drug in the body. The influence of physiological constraints on the fate of the delivery system in the body is usually negative, for example, oral absorption is usually limited by GI transit time of the delivery system.

From the previous discussion, it is clear that the formulation and performance of sustained/controlled release dosage forms have roots in the physicochemical properties of the drug and its carrier. The pharmacokinetics and pharmacodynamics, to a large extent, are derived functions of the intrinsic properties of the drug. Thus, development and assessment of a sustained/controlled drug delivery system requires a rather complete knowledge of the intrinsic properties of a drug and the ways in which it can influence the design of sustained/controlled release systems. Oftentimes, undesirable physiochemical and biological properties can be altered by suitable chemical modification, by use of a carrier, or perhaps can be altered by suitable chemical modification, by use of a carrier, or perhaps by administration via another route. The first approach will be briefly discussed in Chapter 9, while the other two approaches will be briefly discussed in this chapter and further amplified upon in subsequent chapters.

## V. PHYSICOCHEMICAL PROPERTIES OF A DRUG INFLUENCING DRUG PRODUCT DESIGN AND PERFORMANCE

The performance of a drug in its release pattern from the dosage form as well as in the body proper is a function of its properties.

These properties can at times prohibit/restrict placement of the drug in a sustained/controlled release form, restrict the route of drug administration, and significantly modify performance for one reason or another. Most of the time these properties are restrictive rather than prohibitive, making sustained/controlled release product design more difficult. For the purpose of this discussion, it is convenient to describe the properties of a drug as being either physiochemical or biological. Obviously, there is no clear distinction between these two since the biological properties of a drug are a function of its physicochemical properties. By our definition, physiochemical properties are those that can be determined from *in vitro* experiments. Biological properties will be those that result from typical pharmacokinetic studies on the absorption, distribution, metabolism, and excretion (ADME) characteristics of a drug as well as those resulting from pharmacological studies.

### A. Aqueous Solubility

Since drugs must be in solution before they can be absorbed, compounds with very low aqueous solubility usually suffer oral bioavailability problems because of limited gastrointestinal transit time of the undissolved drug particles and limited solubility at the absorption site. Unfortunately, for many compounds, the site of maximum absorption will also be the area in which the drug is least soluble. For example, tetracycline dissolves to a greater extent in the stomach than in the intestine, although it is best absorbed in the intestine [35]. Such drugs may be poor candidates for sustained/controlled release systems, unless the system is capable of retaining the drug in the stomach and gradually releasing it to the small intestine or unless the solubility is made higher and independent of the external environment by encapsulating the drug with an acid (if the drug is a weak base) or a base (if the drug is a weak acid) in a membrane system. Examples of other drugs which are limited in absorption by their dissolution rate are digoxin [36], warfarin [37], griseofulvin [38], and salicylamide [39]. Although the action of a drug can be prolonged by making it less soluble, this may occur at the expense of inconsistent and incomplete bioavailability.

The choice of mechanism for oral sustained/controlled release systems is limited by aqueous solubility of the drug. Diffusional systems will be poor choices for slightly soluble drugs since the driving force for diffusion, the concentration in aqueous solution, will be low. In contrast, such drugs may be effectively incorporated in matrix systems.

In selecting polymer coatings for sustained/controlled systems, the dissolution rate of a drug must be considered. Some antibiotics and high molecular weight drugs may have reasonably good to excellent aqueous solubility, but very slow dissolution rates. On the positive side, the slow dissolution rate of such compounds can be