utilized to achieve sustained/controlled drug release by incorporation in a matrix system. On the negative side, dissolution-limited bioavailability may occur.

Aqueous solubility also limits the loading efficiency of drugs into a variety of carriers such as liposomes, erythrocytes, and other microparticles. Most water-soluble drugs tend to leak out from such carriers readily.

### B. Partition Coefficient and Molecular Size

Partition coefficient and molecular size influence not only the permeation of a drug across biological membranes, but also diffusion across or through a rate-controlling membrane or matrix. Following administration, the drug must traverse a variety of membranes to gain access to the target area. Drugs with extremely high partition coefficient (i.e., very oil-soluble) readily penetrate the membranes but are unable to proceed further, while drugs with excessive aqueous solubility, i.e., low oil/water partition coefficients cannot penetrate the membranes. A balance in the partition coefficient is needed to give an optimum flux for permeation through the biological and rate-controlling membranes. Hansch and Dunn [40] as well as Fujita et al. [41] have shown that, for many body tissues, such as the gastrointestinal tract, skin, and blood-aqueous barrier of the eye, the optimum n-octanol/water partition coefficient at which maximum flux occurs is approximately 1000.

The ability of a drug to diffuse through membranes, its so called diffusivity, is related to its molecular size by the following equation:

$$\text{Log } D = -s_v \log V + k_v = -s_M \log M + k_M$$

where D is diffusivity, M is molecular weight, V is molecular volume, and $s_V$, $s_M$, $k_V$, and $k_M$ are constants in a particular medium. In general, the denser the medium, the smaller the diffusivity. For drugs of intermediate molecular weight (150-400), diffusivities through flexible polymers are typically of the order of $10^{-8}$ cm$^2$ sec$^{-1}$.

### C. Drug Stability

The stability of a drug in the environment to which it is exposed is another physicochemical factor to be considered in the design of sustained/controlled release systems. Drugs that are unstable in the stomach can be placed in a slowly soluble form or have their release delayed until they reach the small intestine. However, such a strategy would be detrimental for drugs that either are unstable in the small intestine or undergo extensive gut-wall metabolism, as evidenced

by decreased bioavailability when these drugs are administered by a sustained release dosage form [42,43]. To achieve better bioavailability and controlled release of drugs that are unstable in the small intestine, a different route of administration should be chosen. Controlled release of nitroglycerin is a good example. On the positive side, the presence of metabolizing enzymes at the site of administration or along the pathway to the target area can sometimes be utilized in controlled drug delivery. Chapter 8 will describe some of these approaches.

### D. Protein Binding

It is well known that many drugs bind to plasma proteins with a concomitant influence on the duration of drug action [44-48]. Since blood proteins are for the most part recirculated and not eliminated, drug protein binding can serve as a depot for drug producing a prolonged release profile, especially if a high degree of drug-binding occurs. This aspect of prolonged drug activity has been described in the literature [49]. There are, however, other drug-protein interactions that have a bearing on drug performance. Levine [50] has shown that quaternary ammonium compounds bind to mucin in the GI tract. Drugs bound to mucin may increase absorption, if the bound drug act as a depot. However, if degradation and/or washing of the drug further down the GI tract occurs, binding of drug to mucin may result in a reduction of free drug available for absorption. The issue of drug and vehicle interaction with the mucin layer and its influence on extent and duration of drug absorption has been reviewed [51].

## VI. BIOLOGICAL FACTORS INFLUENCING DESIGN AND PERFORMANCE OF SUSTAINED/CONTROLLED RELEASE PRODUCTS

The design of a sustained/controlled release product should be based on a comprehensive picture of drug disposition. This would entail a complete examination of the ADME characteristics of a drug following multiple dosing. Unfortunately, an incomplete picture of a drug's disposition is usually the case and decisions are generally made on this basis. The biological parameters that form the basis of controlled release product design will be described in Chapters 5 and 6.

Every pharmacokinetic property and biological response parameter has a useful range for the design of sustained/controlled release products, outside of which sustained/controlled release product design becomes difficult or impossible. Presumably, with unlimited technological capability and strategic placement of a drug in the body, all of these limitations could be circumvented but this capability

## A. Absorption

To maintain constant blood or tissue level of drug, it must be uniformly released from the controlled release system and then uniformly absorbed. It would be desirable to have the released dose completely absorbed as well but this is not a prohibitive consideration. Usually, the rate-limiting step in drug delivery from a controlled release product is release from the dosage form rather than absorption. Thus, rapid drug absorption, relative to drug release from a dosage form, is expected but this is not always the case. In addition, variation in both the extent and rate of drug absorption can occur, particularly with orally administered drugs.

The fraction of drug absorbed from a single noncontrolled dose of drug can sometimes be quite low for a variety of reasons, such as drug degradation due to solvolysis or metabolism, binding of drugs to proteins, physical loss, or perhaps site- or dose-dependent absorption. Nevertheless, as long as the drug is uniformly absorbed, albeit incomplete, a successful controlled release product can be generated. As stated earlier it is preferable, but not essential, to have the drug completely absorbed. The development of the controlled release ocular system, Ocusert R, is an excellent illustration of dealing with this problem. Pilocarpine is usually absorbed across the cornea to the extent of about 1% from an applied dose, the extensive loss due to drainage and absorption into nontarget tissues [52,53]. However, despite the low fraction of dose absorbed, a controlled release product was prepared that in fact significantly improved the low bioavailability problem and was able to maintain a constant level of drug in the target tissues for extended periods of time [54].

When considering orally administered drugs, significant loss prior to appearance in the systemic circulation can occur through hydrolytic degradation in the contents of the GI tract [55], metabolism by the intestinal flora [56], and metabolism during its transit across the GI wall [57]. Metabolism at the site of administration, as is hydrolytic degradation, is a potential problem for all routes of administration, as is hydrolytic degradation. However, some routes, such as the GI tract, possess a relatively rich supply of metabolizing enzymes whereas other, such as the precorneal portion of the eye, have few. Hydrolytic and metabolic reactions are usually first order in drug concentrations, but fortunately degradation is primarily restricted to drugs in solution, and thus drugs in the solid state or in solid dosage forms are protected from degradation. Indeed, placement of a labile drug in a sustained or controlled release drug delivery system can sometimes improve the

fraction of dose absorbed. The extent of this protection, hence improved bioavailability, is at times difficult to predict a priori and thus it is sometimes necessary to rely on empirical manipulations of the release rate after obtaining blood or tissue drug levels with a prototype controlled release system.

If the drug were erratically absorbed, as might occur in a route of administration with variable absorptive surface, such as the GI tract, design of a controlled release product would be more difficult or prohibitive. With respect to the oral route, it is well known that the absorptive character of the different segments of the GI tract varies [58], which in turn can influence the amount and rate of absorption for certain drugs. The oral anticoagulant dicumarol [59], the quaternary ammonium compounds hexamethonium and decamethonium [60], and the aminoglycosides such as gentamicin and kanamycin [61] are examples of such drugs. Similarly, drugs absorbed by specialized transport processes and drugs at special sites of the GI tract are also poor candidates for controlled release products. Riboflavin is absorbed by an active transport process, a process which is saturable [62], and is preferentially absorbed in the upper part of the GI tract [63]. Consequently, unless this drug can be localized at the absorptive site one expects a gradation in absorption for this drug but this is not necessarily prohibitive. Indeed, riboflavin has been formulated in various sustained release multivitamin preparations. However, Morrison et al. [63] found that such preparations provided no demonstrable advantages over conventional preparations.

Iron is another drug which is not uniformly well absorbed along the length of the GI tract. The greatest uptake of drug occurs at the upper part of the duodenum with significantly reduced absorptive capacity in the lower segment of the intestine [64–66]. Middleton et al. [67] found that iron given in divided doses, a situation analogous to a sustained release product, was only 68% as available as the same amount of drug taken as a single dose. Sustained release iron products have been evaluated by several investigators and the results are equivocal. Crosland-Taylor et al. [68] found that absorption of iron from sustained release tablets was extremely variable. Bothwell et al. [69] reported that the amount of iron absorbed from Spansules R was a function of the rate at which drug was released; significant reduction in the amount of iron absorbed occurred in the Spansules R with slow release rates. On the other hand, Baird et al. [70] found that iron formulated in a wax matrix sustained release product was as well absorbed as conventional ferrous sulfate tablets. Indeed, Webster [71], Callender [72], and Bentley and Jacobs [73] detected no significant differences in the elevation of hemoglobin levels in iron-deficient anemic patients taking the sustained release Gradumet R and nonsustained release ferrous sulfate products. These studies, together with others [74–76], leave in doubt the appropriateness of

some commercially available sustained release iron preparations. Nevertheless, they indicate that the selection of sustaining mechanisms has an important bearing on ultimate biological response.

When considering the problem of variable absorption rates, it is necessary to cite intramuscular injections as a route of administration with significant difficulties in this regard. Aside from the large individual variation with this route of administration, due to muscle mobility, water content, tissue integrity, etc., there is the additional problem of tissue insult upon initial injection and further changes in the tissue from repeated injection, all of which can change the release and absorption pattern of a drug.

A more prohibitive aspect of the absorption process via the oral route is the magnitude of the absorption rate constant. For single nonsustained doses, a minimum absorption rate constant of 0.25 $hr^{-1}$ to 0.35 $hr^{-1}$ is necessary for 95% of the administered dose to be absorbed, assuming that the GI transit time is between 10 and 12 hr. To formulate drugs at the lower limit of absorption rate constants into controlled or sustained release systems, the desired rate constant of release from the dosage form would have to be even lower, resulting in decreased bioavailability. As the GI transit time is finite, a suitable controlled release system, giving a high fraction of dose absorbed, can be difficult to design. In addition, the rate constant of release based on absorption considerations may be very different from that based on biological half-life considerations so that a compromise is achieved generating less than ideal release rates. In essence, oral drugs which are slowly absorbed are poor candidates for sustained dosage forms primarily because drug availability is limited by GI transit time. An example of a slowly absorbed drug is iron. Other problems relative to the design of a sustained release iron dosage form have already been described.

## B. Distribution

The distribution of drugs into tissues can be an important factor in the overall drug elimination kinetics since it not only lowers the concentration of circulating drug but it also can be rate limiting in its equilibration with blood and extracellular fluid. One aspect of this distribution is binding of drug to tissues and proteins in blood. An extensive discussion of this phenomenon can be found in a series of papers by Kruger-Thiemer et al. [77–81]. In general, the bound portion of a drug can be considered inactive and unable to cross membranes. At high binding one sees prolonged drug action.

The apparent volume of distribution of a drug is frequently used to describe the magnitude of distribution, including binding, within the body. Conceptually, this pharmacokinetic parameter can be viewed as a proportionality constant relating plasma or serum concentration of drug to total *amount* of drug in the body. Since rate processes are driven by concentration and not amount, it is this quantity in which we are interested. Physiological interpretation of the apparent volume of distribution is difficult in cases where multicompartment kinetic system and even more difficult in cases where multicompartment kinetics are operative. Indeed, in the absence of definitive studies, it should probably be treated as a proportionality constant or "fudge factor" rather than a specific physiological parameter. Unlike drugs that follow one-compartment kinetics, those with multicompartment kinetics usually do not equilibrate with various tissues instantaneously. Consequently, the apparent volume of distribution assumes different values depending on the time course of drug disposition. Thus, one has to be cautious in interpreting the numerical values of apparent volumes of distribution in the literature.

For design of sustained/controlled release products one would like to have as much information on drug disposition as possible but, in reality, decisions are usually based on only a few pharmacokinetic parameters, one of which is the apparent volume of distribution. The apparent volume of distribution influences the concentration and amount of drug either circulating in the blood or in target tissues. It can also influence the elimination kinetics of a drug. Unfortunately, the influence is frequently not a predictable one because of difficulties in interpreting apparent volume of distribution. Nevertheless, the magnitude of apparent volume of distribution can be used as a guide for additional studies and for some a priori comments concerning drug dosing and hence the need for a prolonged release system. These a priori comments are made in conjunction with consideration of other pharmacokinetic parameters, such as amount of drug in the various compartments and elimination constants for removal of drug from these compartments.

The total apparent volume of distribution for a drug at steady state can be calculated from Eqs. (2–4):

$$V_d^{ss} = [(k_{12} + k_{21})/k_{21}]V_p \quad (2)$$

$$V_d^{extrap} = [(\alpha - \beta)/k_{21} - \beta)]V_p \quad (3)$$

$$V_d^{area} = V_d^{ss} + [(k_{el} - \beta)/k_{21}]V_p \quad (4)$$

where $V_d^{ss}$, $V_d^{extrap}$, and $V_d^{area}$ are apparent volumes of distribution at steady state–$V_{dextrap}$, is that obtained by the extrapolation method, $V_{darea}$ is that obtained by the area method, $V_p$ is the volume of the central compartment, $\alpha$ is the fast disposition constant, $\beta$ is the slow disposition constant, $k_{el}$ is the constant for elimination of drug from the central compartment, $k_{12}$ is the constant for distribution of drug from the central to peripheral compartment, and

$k_{21}$ is that from the peripheral to central compartment. Riegelman et al. [82] demonstrated that the best estimate of total drug volume at steady state is $V_{dss}$, while $V_{dextrap.}$ and $V_{darea}$ tend to overestimate this parameter.

While $V_{dss}$ can be used to correctly estimate amount of drug in the body when amount of drug in the peripheral compartment is at a maximum, it tends to underestimate or overestimate amount of drug in the body at other times during the time course of drug disposition. This observation has been elaborated upon by Gibaldi et al. [83], who proposed the use of $V_{darea}$ instead of $V_{dss}$ to estimate amount of drug in the body.

To avoid ambiguity inherent in apparent volume of distribution as an estimator of amount of drug in the body, and noting that the same parameter does not differentiate relative distribution of drug in two or more compartments, one can use the T/P ratio as defined in Eq. (5) to describe relative amount of drug in the central and peripheral compartments at steady state. Provided amount of drug in the central compartment (P) is known, the amount of drug in the peripheral compartment (T) and hence total amount of drug in the body can be calculated:

$$T/P = k_{12}/(k_{21} - \beta) \qquad (5)$$

where $k_{12}$, $k_{21}$, and $\beta$ are as defined previously. Note that one cannot infer from the T/P ratio the physical state of the drug, such as the extent of binding, in the two compartments. The model merely assumes that distribution between the two compartments is controlled by two first-order constants, $k_{12}$ and $k_{21}$. Moreover, it implies that the amount of drug transferred to the tissues increases proportionally with dose without limit. In view of this shortcoming of the model, DiSanto and Wagner [84] proposed a nonlinear model to describe disposition kinetics of drugs in tissues.

From the preceding discussion it can be seen that the distribution characteristics of a drug can be described by the volume of distribution at steady state and the T/P ratio. However, one should be aware of the fundamental difference between the two parameters; namely, $V_{dss}$ estimates the *extent* of distribution in the body, while the T/P ratio estimates the *relative distribution* of drug between compartments. One cannot predict a priori the magnitude of volume of distribution at steady state from the T/P ratio, and vice versa. Indeed, Table 2 shows that the two parameters behave independently of each other. As examples, the T/P ratio for pentobarbital is about 10 times larger than that for digoxin, although the $V_{dss}$ for both drugs is about the same. Similarly, while the T/P ratio for procainamide is larger than that for digoxin, the volume of distribution at steady state of procainamide is less than that of digoxin.

Table 2 Relationship Between Apparent Volume of Distribution at Steady State ($V_{dss}$) and T/P Ratio

| Drug | T/P | $V_{dss}$ (liters) | Ref. |
|---|---|---|---|
| Amoxicillin | 1.04 | 22 | 91 |
| Cefazolin | 2.20 | 9 | 92 |
| Diazepam | 2.85 | 130 | 93 |
| Digoxin | 4.31 | 500 | 94 |
| Furosemide | 0.96 | 5 | 95 |
| Meperidine | 2.04 | 289 | 96 |
| Metolazone | 2.71 | 113 | 97 |
| Pentobarbital | 1.30 | 63 | 98 |
| Pivampicillin | 1.16 | 13 | 99 |
| Procainamide | 14.35 | 62 | 100 |
| Sulfisoxazole | 0.60 | 11 | 101 |
| Theophylline | 0.97 | 40 | 102 |
| Tobramycin | 1.78 | 34 | 103,104 |
| Tolbutamide | 0.27 | 24 | 105 |
| Trimethoprim | 1.24 | 12 | 106 |

Presently, there are insufficient data to allow one to gauge the relative importance of the two parameters in terms of contribution to approximating drug distribution characteristics. Presumably one can use volume of distribution at steady state as a starting point. Noting that the 95% confidence interval on the average value for volume of distribution of drugs at steady state is about 35 ± 1 liters, volumes of distribution exceeding total body water volume (about 50 liters in a 70-kg man) would suggest extensive tissue accumulation and/or binding of drugs. Table 3 lists some examples of such drugs. Provided that drug elimination is rate-limited by the release of drug from tissue binding sites and that drug is released from the tissues to give concentrations exceeding the threshold level or within the therapeutic range, one can probably assume that such drugs are inherently sustained. Naturally, in the absence of information on binding constants and extent of binding, one should be cautious in asserting

Table 3  Examples of Drugs with Apparent Volumes of Distribution Larger Than Total Body Water Volume (52 liters)

| Drug | $V_d^{ss}$ (liters) | $t_{1/2,\beta}^a$ (hr) | $TBC^b$ (ml/min) | Ref. |
|---|---|---|---|---|
| Chlorphentermine | 213 | 40 | 62 | 107 |
| Clindamycin | 83 | 2.8 | 342 | 108,109 |
| Diazepam | 130 | 30.8 | 49 | 93 |
| Digoxin | 500 | 34 | 170 | 94 |
| Lidocain | | 120 | 1.8 | 110 |
| Meperidine | | 289 | 3.2 | 96 |
| Metolazone | | 113 | 19.8 | 66,97 |
| Ouabain | 1430 | 24–74 | 230–690 | 111 |
| Pentobarbital | | 63 | 22 | 98 |
| Phenytoin | | 54 | 21.3 | 112,113 |
| Practolol | | 151 | | 114 |
| Procainamide | 62 | 2.7 | 265 | 100 |
| Propranolol | | 182 | 3.3 | 115,116 |
| Quinidine | | 146 | 7.2 | 117,118 |
| Tetracycline | 100 | 9.6 | 120 | 119,120 |

[a]Terminal long-linear half-life.
[b]Total body clearance = $V_d^{ss} (0.693/t_{1/2,\beta})$.

the above assumption. As shown in Table 3, the β half-lives ($t_{1/2,\beta}$) of lidocaine and metolazone differ by a factor of 10 although they have similar volumes of distribution at steady state. A similar pattern is observed in the pairs quinidine-diazepam, pentobarbital-procainamide, and chlorphentermine-propranolol. It follows that $V_{dss}$ and $t_{1/2,\beta}$ are not related linearly. A possible solution to this dilemma is to use total body clearance at steady state as defined in Eq. (6) to gauge the importance of tissue binding in drug elimination kinetics.

Total body clearance at steady state = $V_d^{ss} (0.693/t_{1/2,\beta})$     (6)

Consider the lidocaine-metolazone example in this light. Lidocaine with a clearance of 820 ml/min probably experiences less tissue

binding than metolazone with a clearance of 66 ml/min and hence would be cleared from the body at a faster rate. Furthermore, from the standpoint of need for sustained drug delivery, lidocaine would be a more likely candidate than metolazone.

Presently, while it is recognized that the disposition of many drugs follows multicompartment kinetics, dose calculations for sustained release products are based primarily on one-compartment kinetic considerations. Whether such an approach represents a good approximation to the more complex multicompartment kinetics situation has yet to be proven. Nevertheless, it should be pointed out that implicit in such an approach is the assumption that tissue distribution in the additional compartments has minimal influence on dose considerations. According to this approach, for a given therapeutic concentration of drug, the dose would be similar for drugs with similar volumes of distribution. This assumption hold only when the relative distribution of the two drugs between compartments is similar. The error introduced would be especially pronounced in the extreme case where the active sites of the two drugs reside in different compartments. In order to minimize this error, one may have to incorporate the T/P ratio into sustaining dose considerations for drugs exhibiting multicompartment kinetics.

In summary, no conclusion can be made on the relative importance of volume of distribution at steady state and the T/P ratio in estimating the distribution characteristics of a drug. Undoubtedly, both parameters contribute to this aspect of drug disposition. Perhaps mention should be made of the use of T/P ratio in conjunction with total body clearance at steady state to gain further insight into drug disposition. Table 4 gives an example of how this can be done.

C. Metabolism

Metabolism of a drug can either inactivate an active drug or convert an inactive drug to an active metabolite. Metabolic alteration of a drug can occur in a variety of tissues, some of which are richer in enzymes than others. For example, the organ most responsible for metabolism is the liver and thus the greatest metabolic conversion occurs after a drug has been absorbed into the general circulation. Clearly, for optimal bioavailability, the route of drug administration may be dictated by the drug's metabolic pattern.

Metabolism of a drug will be reflected in the elimination constant of a drug or by the appearance of metabolite. It is possible to incorporate this pharmacokinetic property into the design of a controlled release product, provided that the rate and extent of metabolism are predictable and that the rate constant(s) for the process are not too large. Undoubtedly, complex metabolic patterns would make the design much more difficult, particularly when biological activity is wholly or partly due to a metabolite, as is the case in

24 / Li et al.

**Table 4** Use of T/P Ratio and Total Body Clearance at Steady State to Estimate Drug Disposition Characteristics

| T/P ratio[a] | Total body clearance[b] | Disposition characteristics[c] |
|---|---|---|
| High | High | Little and/or weak tissue binding |
| High | Low | Extensive and/or strong tissue binding; possible extensive and/or strong plasma protein binding |
| Low | Low | Strong tissue binding; extensive and/or strong plasma protein binding |
| Low | High | Little or weak plasma protein binding |

[a]Average T/P ratio is 1.
[b]Average total body clearance at steady state is about 80 ml/min.
[c]Assume that elimination of drug occurs primarily in the central compartment.

isosorbide 2,5-dinitrate [85]. There are, however, two areas of concern relative to metabolism that significantly restrict sustained release product design. First, if a drug, upon chronic administration, is capable of either inducing or inhibiting enzyme synthesis, it will be a poor candidate for a sustained release product because of the difficulty of maintaining uniform blood levels of drug. Second, if there is a variable blood level of drug through either intestinal (or other tissue) metabolism or through a first-pass effect, this also will make preparation of a sustained release product difficult. Since most of these processes are saturable, the fraction of drug lost would be dose-dependent and one would anticipate a significant reduction in bioavailability if a drug is slowly released over a period of time.

There are some excellent examples of these metabolic drug problems in the literature. Hydralazine is metabolized by the intestinal wall and/or the liver during absorption, although it is well absorbed [86]. In contrast, bromocriptine is incompletely absorbed, the poor bioavailability of which is further reduced by first pass metabolism in the liver resulting in an absolute bioavailability of only 6% [87]. Likewise, only 23–30% of an orally administered dose of levopoda reaches the systemic circulation as intact drug [88] and the plasma level after an oral dose is about 20% of that after an intravenous dose [89]. Abrams [89] stated that the orally administered dose of the drug was completely absorbed and attributed the reduction in bioavailability to metabolism of the drug during its first pass through the liver. In addition, Sandler et al. [90,91] reported that levodopa

Influence of Drug Properties on Design / 25

was metabolized by gut microbial flora, thus constituting an additional route of loss of drug prior to absorption. The metabolism of levodopa by the gut flora was shown to occur mostly in the portion of the GI tract distal to the duodenum [91]. This would significantly reduce the amount of drug available for absorption from oral sustained release products, since a substantial portion of the dose released past the duodenum would be lost. This may be one of the reasons for the findings of Woods et al. [92] and Curzon et al. [93] that as far as duration of action was concerned, Brocadopa Temtabs (a sustained release levodopa product) provided no advantage over the standard form of levodopa.

Perrier and Gibaldi [94] predicted that due to a first-pass effect, a maximum of about 41% of an oral dose of propoxyphene would reach the systemic circulation, provided the entire dose was released, absorbed, and not metabolized during its transit through the intestinal wall. Their experimental results indicated that only 18% of a 65-mg dose, 28% of a 130-mg dose, and 33% of a 195-mg dose reached the systemic circulation, implying that bioavailability was dose dependent. Provided that this dose-dependent bioavailability could be predicted, a sustained release delivery system could be generated although it makes the sustained dosage form candidacy of propoxyphene less desirable.

Dose-dependent bioavailability behavior has also been demonstrated for salicylamide [57,95,96], which is metabolized during its passage through the intestinal wall. Barr and Riegelman [57,95] showed that as much as 60% of the drug administered in a small dose that appeared in blood was in the glucuronide form. Johansson et al. [97] obtained similar results with alprenolol. They showed that the metabolism of drug during its passage through the intestinal wall was more complete when it was administered in a sustained release form than in conventional tablets. However, these investigators claimed that this increase in drug loss was not enough to render sustained release tablets unsuitable. This would be in accord with our expectation that as long as the extent of metabolism is constant, albeit extensive, a suitable sustained release product can be generated. It does, however, suggest that some manipulation of the dosage form release rate may be needed to accommodate this metabolism. Wagner et al. have derived an equation to calculate variation of systemic availability with input rate [98].

One final example centers on nitroglycerin. The effectiveness of the oral route of administering nitroglycerin as opposed to the sublingual route was the focus of several studies and reviews [99–109] and a conflicting picture emerged. Historically, the argument against the oral route of administration is that nitroglycerin is extensively metabolized during its first pass through the liver [99,100], but recently this has been challenged [109]. Nonetheless, Friend et al. [101] found that nitroglycerin in doses of 2 mg orally four times