daily exerted no observable effect in angina pectoris, an effect that was indistinguishable from that of a placebo. Similarly, Bogaert et al. [102] detected no significant fall in blood pressure after oral administration of nitroglycerin despite high plasma levels of the drug. No explanation was offered for this observation. Other studies [103-107], in contrast, indicated that nitroglycerin was absorbed from the GI tract in sufficient quantities to bring about peripheral vasodilation. Since sustained release nitroglycerin products are available on the market, one can assume improved performance against angina attacks for these systems. Indeed, Turner [103] and others [104-106,110, 111] found that sustained release products gave a duration of action longer than oral nonsustained tablets. This observation is not incompatible with the view that nitroglycerin is extensively metabolized during first pass through the liver, as long as metabolism is constant. However, it is incompatible with reports on lack of biological activity via the oral route. The role of prolonged act on nitroglycerin products in angina pectoris therapy will be evaluated subsequently from the standpoint of therapeutic need.

Based on the few examples just cited, controlled release systems for drugs which are extensively metabolized is possible as long as the rate of metabolism is not too great nor metabolism variable with the oral and other routes. It is reasonable to assume that a controlled release product can be made as long as the metabolism remains predictable.

### D. Duration of Action

The biological half-life and hence duration of action of a drug obviously play a major role in the process of considering a drug for controlled release. Factors influencing the biological half-life of a drug include its elimination, metabolism, and distribution patterns. Dittert [112] has stated that most drugs have half-lives of elimination in the range of 1-20 hr. Drugs with short half-lives require frequent dosing on order to minimize fluctuations in blood levels accompanying conventional oral dosage regimens [113]. Therefore, controlled release dosage forms would appear very desirable for such drugs. At present, the lower limit of the biological half-life needed for controlled release products has not been defined. Basic pharmacokinetic principles (Chapter 5) suggest that for a given steady-state drug concentration, the zero-order rate of release of a drug from its dosage form is directly proportional to its rate of elimination. Thus, for a drug with a very short half-life, the desired rate of release will be quite large. For a modest duration of time over which the drug is to be released, this large rate of release in turn will lead to a prohibitively large dose, so that the upper limit imposed on the size of the tablet, capsule, or other dosage form may be exceeded. Table 5

Table 5  Ratio of Sustaining Dose to Immediate Release Dose, $\phi_m/\phi_i$, as a Function of $t_{1/2}$ and Intended Duration of Release[a]

| $t_{1/2}$ (hr) | Td = 6 hr | Td = 8 hr | Td = 12 hr |
|---|---|---|---|
| 1 | 4.6 | 5.54 | 8.32 |
| 2 | 2.08 | 2.77 | 4.16 |
| 3 | 1.39 | 1.85 | 2.77 |
| 4 | 1.04 | 1.39 | 2.08 |
| 5 | 0.83 | 1.11 | 1.66 |
| 6 | 0.69 | 0.92 | 1.39 |
| 7 | 0.59 | 0.79 | 1.19 |
| 8 | 0.52 | 0.69 | 1.04 |
| 9 | 0.46 | 0.62 | 0.92 |
| 10 | 0.42 | 0.55 | 0.83 |

[a]Based on a one-compartment open model.

shows the ratio of sustaining dose $\phi_m$ to immediate release dose $\phi_i$ as a function of the biological half-life of drug and intended duration of release Td. Table 6 lists the maximum size D of the controlled release dosage unit. Table 7 lists some examples of drugs with extremely short half-lives.

To date, the numerical value of biological half-life which makes a drug a good candidate for controlled release has not been established. Heimlich et al. [114] quoted a value of about 4 hr. For a drug with such a half-life, the ratio of sustaining dose to immediate release dose is approximately 2 if the duration of intended release is 12 hr (Table 5). Moreover, for this duration of intended release, it would be possible to formulate a controlled release dose unit of 1 g even if the immediate release dose (minimum effective dose) is 325 mg (Table 6). Considering this criterion alone, propranolol ($t_{1/2}$ = 4 hr) [120,121], propoxyphene ($t_{1/2}$ = 3 hr) [122], and procainamide ($t_{1/2}$ = 3 hr) [123] would be borderline candidates for prolonged release products. As an illustration, Koch-Weser et al. [124,125] suggested that dose of procainamide must be administered every 3 hr to prevent fluctuations of plasma level by more than 50%. Sustained release formulations of procainamide are available and have been shown

to be capable of either maintaining therapeutic plasma level or minimizing the fluctuations in plasma level over an 8-hr period [123,126, 127]. In essence, assuming a duration of release of 6, 8, or 12 hr, drugs with half-lives between 4 and 6 hr and whose minimum effective doses are in the range of 125-325 mg will impose little problem insofar as dose size is concerned.

It should be pointed out that the duration of action of many drugs, such as monoamine oxidase inhibitors [128] and corticosteroids [129, 130], is longer than that suggested by their biological half-lives. As a case in point, it is the persistence of antiinflammatory effects of corticosteroids that forms the basis for alternate-day dosing schedule and this is unrelated to the biological half-life as shown in Table 8. This dosage regimen has the additional advantage of minimizing adrenal suppression side effects frequently associated with chronic corticosteroid therapy [131]. Thus, it is probably justified to assume that sustained release corticosteroids are unnecessary from the standpoint of therapy, undesirable from the point of view of side effects [132], and unphysiological from that of the diurnal variations in cortisol secretions [133,134]. In fact, sustained release formulations of prednisolone sodium phosphate and methylprednisolone have been shown to be equally effective as conventional tablets, offering no advantages over the latter [135,136].

Similarly, there is little reason to prepare sustained release formulations for drugs with long biological half-lives. Nelson [137] has indicated that if there are no appreciable differences in effectiveness when a drug is given as a single large dose per day or in several smaller doses throughout the day, the therapeutic need for a prolonged action dosage form would be doubtful. Phenylbutazone is such a drug. Due to extensive protein binding, its rate of metabolism is relatively slow, resulting in a biological half-life of about 72 hr [139]. Para-aminosalicylic acid [140] and the phenothiazines [141] belong to the same category as phenylbutazone. Examples of other drugs with long biological half-lives are shown in Table 9. Surprisingly, sustained release products for drugs with intrinsically long biological half-lives are available. As expected, little or not therapeutic advantages have been demonstrated in these products over

Table 8  Biological Half-Life and Duration of Antiinflammatory Effects of Selected Corticosteroids

| Drug | Half-life (hr) | Duration (hr) | Ref. |
|---|---|---|---|
| Methylprednisolone | 3.3 | 24-36 | 138 |
| Prednisone | 1.0 | 36 | 131 |

Table 6  Maximum Value of the Ratio of Sustaining to Immediate Release Dose, $\phi_m/\phi_i$, as a Function of Initial Dose $D_i$ and Size of the Sustained Release Unit $D^a$

| $D_i$ (mg) | $(\phi_m/\phi_i)_{max}^b$ | | | |
|---|---|---|---|---|
| | D = 1000 mg | D = 500 mg | D = 250 mg | |
| 5 | 199 | 99 | 49 | |
| 10 | 99 | 49 | 24 | |
| 25 | 99 | 19 | 9 | |
| 50 | 19 | 9 | 4 | |
| 75 | 12.3 | 5.7 | 2.3 | |
| 100 | 9 | 4 | 1.5 | |
| 125 | 7 | 3 | 1 | |
| 250 | 3 | 1 | 0 | |
| 325 | 2 | 0.5 | — | |
| 500 | 1 | — | — | |
| 1000 | — | — | — | |

$^a$Based on a one-compartment open model.
$^b(\phi_m/\phi_i)_{max} = D/D_i - 1$.

Table 7  Examples of Drugs with Extremely Short Half-Lives

| Drug | Half-life (min) | Ref. |
|---|---|---|
| Ampicillin | 100 | 115 |
| Cephalexin | 54 | 116 |
| Cloxacillin | 90 | 115 |
| Furosemide | 29.5 | 117 |
| Levodopa | 45 | 89 |
| Penicillin G | 45 | 118 |
| Propylthiouracil | 63 | 119 |

Table 9  Examples of Drugs with Long Biological Half-Lives

| Drug | Half-life | Ref. |
|---|---|---|
| Bishydroxycoumarin | 27 hr | 151 |
| Chlordiazepoxide | 15 hr | 152 |
| Chlorphentermine | 41 hr | 153 |
| Chlorpropamide | 36 hr | 154,155 |
| Diazepam | 54 hr | 156 |
| | 20 hr | 157 |
| Ethchlorvynol | 24 hr | 158 |
| Digitoxin | 5-7 days | 159 |
| | 28 days | 160 |
| Digoxin | 34 hr | 159,161 |
| Guanethidine | 9-10 days | 162 |
| Meprobamate | 11.3 hr | 163 |
| Phenytoin | 22 hr | 164 |
| Warfarin | 52 hr | 165 |

conventional tablets or capsules. Notable examples are meprobamate [142], amitripyline [143-145], and phenothiazines [146-150].

E.  Side Effects

It is believed that for some drugs, the incidence of side effects is a function of plasma concentrations [166]. Theoretically, the incidence of side effects can be minimized by controlling the concentration at which the drug exists in plasma at any given time, and hence controlled release formulations appear to offer a solution to this problem. Nau et al. [167] and Sikic et al. [168] demonstrated that the toxic effects of valproic acid and bleomycin, respectively, were ameliorated upon administering these drugs as a constant infusion than as a bolus. Eckstein et al. [169] reported that Brocadopa Temtabs, a controlled release form of levodopa, lowered the incidence of drug-induced dyskinesias, and the patients in the study seemed to be able to tolerate a larger daily dose of the drug. On the other hand, a sustained release product of prednisolone produced adrenocortical suppression to a degree indistinguishable from that produced by the same dose given in conventional tablets [135]. Moreover, an attempt

to reduce the incidence of drowsiness due to chlorpheniramine maleate by dispensing the drug in a porous matrix was unsuccessful [170]. Thus, the success or failure of these specific products to minimize side effects would appear to be related to the type and success of preparing a controlled release product.

The technique of controlled release has been more widely used to lower the incidence of GI side effects than that of systemic side effects and appears to produce more satisfactory results. Drugs that are prone to cause gastric irritation include aspirin [171], ferrous sulfate [172], potassium chloride [173], nitrofurantoin, and several others. It is postulated that by slowing the rate at which these drugs are released, the likelihood of GI irritation would be reduced due to a smaller amount of drug exposed to the GI mucosa at any given time [174]. Such is the case with sustained release ferrous sulfate products [71,74,76] and an aminophylline sustained release preparation [175]. In contrast, two cases of gastric bleeding following the ingestion of Bayer's Timed-Release Aspirin were reported [176]. The extent of gastric bleeding relative to that due to conventional aspirin tablets was not quantitated, however. Nevertheless, this observation suggests that controlled release preparations are not foolproof against GI side effects.

One of the common complaints of oral potassium therapy is gastric irritation associated with its use [176]. To circumvent this problem, enteric coated tablets are usually prepared, but this has led to another problem, namely, intestinal erosion and stenosis due to a high local concentration of potassium ions released in the intestine [177-181]. Placement of potassium chloride in a controlled release system, such as a wax matrix (Slow-K), programmed to release its contents over 4-6 hr appears to be a satisfactory solution [182-185]. Moreover, it has been shown that such tablets are as bioavailable as their non-sustained counterparts [184]. Utilizing the same principles as Slow-K, a sustained release form of sodium chloride (Slow-Na) has been formulated. The incidence of side effects such as nausea and vomiting is claimed to be less than that in a tablet or capsule [186,187], and the formulation has been used to treat and to prevent acute and chronic deficiency in athletes and in patients on maintenance sodium therapy. In summary, it would appear that drug properties can induce local and systemic side effects which can often be circumvented by placement in a suitable controlled release system. The specific controlled release mechanism employed depends on the drug property inducing side effects.

F.  Margin of Safety

Among the indices used to describe the margin of safety of a drug [188-190], the therapeutic index as defined in Eq. (7) is the most widely used:

$$\text{Therapeutic index} = \text{Median toxic dose/median effective dose}$$
$$= TD_{50}/ED_{50} \qquad (7)$$

However, this ratio provides no information on (a) the nature of the distribution of toxicity and effectiveness, (b) the size of doses producing therapeutic and toxic effects, and (c) plasma or serum drug concentrations corresponding to toxic and therapeutic levels. Consequently, it can only be used as a crude estimate of the relative safety of a drug. As might be expected and as illustrated in Table 10, there is wide variation in the therapeutic index for various drugs. In general, the larger the ratio, the safer is the drug; in particular, a drug is considered to be relatively safe if its therapeutic index exceeds 10 [190]. However, since the definition of therapeutic index is relative rather than absolute, the toxic and therapeutic effects have to be clearly defined. Decisions on margin of safety of a drug perhaps can be better made on the basis of its therapeutic index in combination with the range of plasma concentration within which the drug is considered to be therapeutically safe and effective. This approach has been very valuable as a therapeutic guide in monitoring drug therapy, especially for drugs with narrow therapeutic indices and a narrow range of therapeutic concentration, such as the cardiac glycosides and antiarrhythmic (Table 11) [26,113].

In designing controlled or sustained release systems for drugs with narrow therapeutic indices, it is imperative that the drug release pattern be precise so that the plasma concentration achieved is within the therapeutically safe and effective range. However, a precise release pattern by itself is not sufficient to ensure attainment of such

Table 10  Therapeutic Indices of Selected Drugs

| Drug | Therapeutic index | Ref. |
|---|---|---|
| Aprobarbital | 5.3 | 191 |
| Chlorpheniramine | 1400 | 192 |
| Digitoxin | 1.5–2.0 | 193 |
| Diphenhydramine | 2300 | 192 |
| Penicillin | >100 | 193 |
| Phenobarbital | 2.6 | 191 |
| Tripelennamine | 19,000 | 192 |

Table 11  Examples of Drugs with Narrow Ranges of Therapeutic Plasma Concentration at Steady State

| Drug | Range of therapeutic concentration |
|---|---|
| Digoxin | 0.02–2 µg/liter |
| Digitoxin | 14–30 µg/liter |
| Lidocaine | 1.5–4 mg/liter |
| Lithium | 0.5–1.3 mEq/liter |
| Phenytoin | 10–20 µg/liter |
| Procainamide | 4–8 mg/liter |
| Propranolol | 20–50 µg/ml |
| Quinidine | 2–5 mg/liter |
| Theophylline | 10–16 µg/ml |

Source: Refs. 26,113.

plasma levels. There are other factors, such as patient variability and the very important drug accumulation upon multiple dosing factors (Chapter 6), that can potentially alter plasma drug level. Considering all these factors it is obvious that the design of sustained release system for drugs with narrow therapeutic indices can be difficult. Nevertheless, it is conceivable that an unfavorable therapeutic index can be overcome by suitable manipulation of prolongation mechanisms. Indeed, it is the same narrow therapeutic index that makes it desirable to precisely control drug concentration.

G.  Role of Disease State

Strictly speaking, disease state and circadian rhythm are not drug properties. However, in a few instances they are equally important as drug properties in considering a drug for controlled release. Indeed, it is not unusual for a disease state to act as a stimulus for development of a controlled release drug delivery system. A case in point is rheumatoid arthritis, for which aspirin is still the drug of choice [194]. Normally, aspirin would not be considered to be a likely candidate for sustained release because its biological half-life is 6 hr [195]. However, a sustained release product would be advantageous to maintain therapeutic concentrations, particularly

throughout the night, thus alleviating morning stiffness [196]. Note that a limitation to formulating a sustained release aspirin preparation is the size of a dose, which necessitates the taking of two sustained release tablets to obtain the desired degree and duration of relief. The results of several studies indicated that sustained release aspirin tablets in the proper dosage provided and maintained blood levels at therapeutic concentration over 8-10 hr, a duration that was about twice as long as that provided by nonsustained release tablets [196-198].

Among the therapeutic armamentarium in peptic ulcer management are belladonna alkaloids and synthetic anticholinergics. Although the usefulness of this class of drugs in this disease state is controversial [199], they are sometimes prescribed as adjuncts to therapy by virtue of their ability to decrease gastric secretion of acid and pepsin induced by vagal stimulation [200]. Since belladonna alkaloids are relatively short-acting [201], a sustained release dosage form may be helpful to exercise continuous control on gastric acid and pepsin secretion. Burness [202] and Resse et al. [201 found that sustained release belladonna preparations employing the Spansule[R] principle appeared to maintain therapeutic plasma concentrations of alkaloids from 8 to 12 hr, but they did not measure gastric acid and pepsin output. Kasich [203] as well as Alp and Grant [204] reported similar findings with hexocyclium. In contrast, Bachrach [43] found that the prolonged acting forms Antrenyl Prolonged[R], Prantal Repetabs[R], Banthine Prolonged[R], and Probanthine Prolonged[R] did not sufficiently extend the duration of action of drug and he attributed this observation to the design of the products concerned.

Angina pectoris is another disease state that probably would be benefited by sustained release medications. In spite of the dispute over the efficacy of nitroglycerin when administered by the oral route, sustained release nitroglycerin preparations are available. Similar to the situation with the orally administered nonsustained products, there are conflicting reports on the value of sustained release nitroglycerin products in controlling the symptoms of angina pectoris. One reason that may account for this confusion is the high incidence of placebo response to prophylaxis of angina pain [205]. The findings of Russek et al. [107] and Pilkington and Purves [104] supported the argument that a sustained release ntiroglycerin preparation was of questionable value in conferring propylaxis to those patients suffering from the typical short attacks of angina pectoris. They based their conclusions on the findings of studies employing sustained release ntiroglycerin preparations containing from 6 to 10 times the dose normally used sublingually. However, Winsor et al. [105], Hirshleifer [106], Turner [103], Wendkos and Meshulam [110], and Preti et al. [111] obtained results contrary to those of Russek and Pilkington. They found that the sustained release nitroglycerin preparations used in their

studies not only reduced the incidence and severity of angina attacks but also lowered the nitroglycerin requirements. Kamil and Klinger [206] as well as Feinblatt and Ferguson [207] reported similar findings with pentaerythritol tetranitrate, another drug used in angina pectoris. The conflicting nature of the above reports suggests that additional studies are warranted to establish the role of sustained release preparations as a prophylactic aid in angina pectoris. Perhaps the acute and fleeting nature of angina attacks [205], the large placebo effect [205], and the development of tolerance with chronic administration of long-acting oral nitrate preparations [208] should be major consideration in the design and interpretation of such studies. An interesting statement on the need for prolonged action forms of nitrates in the prophylactic treatment of angina pectoris was made by Wilson [209]. He noted that prophylaxis carries with it the danger of obscuring the warning symptoms of pain, eventually leading to over-exertion with potentially harmful results.

### H. Role of Circadian Rhythm

Several biological processes and disease states have been shown to be influenced by circadian rhythm [210]. As examples, acute myocardial insufficiency occurs most commonly around 4:00 a.m. [211] and epileptic seizures have the highest incidence in the morning [212]. Liver enzyme activity [248], blood pressure [213,214], and intraocular pressure [215] also follow a circadian rhythm. As a result, the response to certain drugs also follows a circadian rhythm. These include digitalis glycosides, diuretics, and psychoactive drugs such as the amphetamines, barbiturates, carbamazepine, ethyl alcohol, and chlordiazepoxide [211,212,216-218].

The disease of asthma follows a circadian rhythm, with most of the attacks occuring before bedtime [219]. This observation is postulated to be related to a low cortisol level at that time [211]. It was found that the highest cortisol level occurred between 12 midnight and 4:00 a.m. [211]. Like many other diurnal variations, this variation in cortisol levels makes the design of a controlled release dosage form much more difficult. Foremost among the limitations is GI transit time. Methylprednisolone has been made available in a prolonged action product (Medrol Medule[R]). In one study [219], such a product was shown to produce the same duration of relief of rheumatoid arthritis as the same dose administered as a conventional tablet.

Although circadian variations of corticosteroid levels is well known, there is some uncertainty as to whether diurnal variations in glucose and insulin levels exist. Jarrett and Keen [220] reported that in diabetics, the diurnal variation in glucose appeared not to exist, or when it did, it was to a lesser extent. Prior to the reports

of Jarrett and Keen [220], Hayner et al. [221], Freinkel et al. [222], and Faiman and Morrhouse [223] obtained results opposite to those of the former investigators, that is, a diurnal variation in blood glucose existed in the diabetic but not in the normal subject, with blood glucose levels significantly higher in the morning than in the afternoon. Freinkel et al. [222] also found that, in normal subjects, insulin level was higher in the morning than in the afternoon. Rigas et al. [224] postulated that insulin synthesis and storage proceeded to a greater extent during the night than during the day, thus accounting for Freinkel's observations on diurnal variation in insulin levels. Theoretically, once diurnal variations in blood glucose and/or insulin are established, controlled release oral hypoglycemic products could be designed to release their contents in accordance with circadian rhythm. However, the fluctuation in blood glucose levels in diabetics is not controlled solely by diurnal variations but also by such variables as diet and exercise [225]. Conceivably, the net result of interaction of these two influences is to diminish the importance of circadian rhythm in dosage form design.

Perhaps the classes of drugs that would benefit the most from incorporation of circadian rhythm into their dosing regimen are the chemotherapeutic agents and peptide hormones. That the timing of chemotherapy is possible in conferring greater specificity is based on the assumption that, unlike malignant tissues, normal tissues are under more stringent circadian control. Hrushesky [226] demonstrated that during the course of treatment of ovarian cancer patients with a combination of adriamycin and cisplatin, administration of adriamycin in the morning and cisplatin in the evening caused fewer complications than a regimen in which the order of dosing of these drugs was reversed. The secretion of neuropeptides and peptide hormones like LHRH, parathyroid hormone, and growth hormone is also under circadian control [227]. Thus, the treatment of conditions by a number of these substances, notably LHRH [228–230], parathyroid hormone [231], and triiodothyronine [232] has been found to benefit more from intermittent, periodic administration than from constant infusion, in part because a constant tissue level of these substances may lead to down regulation of their receptors [233–237]. The net effect of circadian regulation of these substances is to make the design of a controlled release system for such substances more challenging, as exemplified by a prototype delivery device programmed to release melatonin, a pineal gland hormone, in a periodic fashion [238].

## VII. SELECTED ROUTES OF DRUG ADMINISTRATION

The route of administration has a significant impact on the therapeutic outcomes of a drug [239,240]. In controlled and sustained drug

delivery system design, the parenteral and oral routes have received by far the most attention, although transdermal route is gaining attention recently. At the same time, advances in biotechnology have made possible an increasing number of peptides and proteins which, by virtue of the biophysical and biochemical properties, have made specific demands on the route of delivery as well as on the design of delivery systems. Thus, routes which were of minor importance as ports of drug delivery in the past have assumed added importance in peptide and protein delivery. These include the buccal, rectal, nasal, pulmonary, vaginal, intrauterinal, and ocular routes. The purpose of this section is to present an overview of the physiological constraints inherent in each of the routes mentioned above.

### A. Parenteral

Strictly speaking, parenteral products are all systems administered outside of the GI tract. However, parenteral routes are more commonly restricted to injectables such as subcutaneous, intramuscular, intraperitoneal, intrathecal, and intraventricular sites.

#### 1. Intravenous/Intraarterial

The intravenous route is attractive because drugs are placed directly into the blood with the associated potential to give an immediate biological response. However, sustaining blood concentrations of drugs given by intravenous injection poses a considerably challenge. Although continuous intravenous infusion can be tailored to maintain a constant and sustained drug level within a therapeutic concentration range during the entire treatment period, such a mode of drug administration necessitates continuous hospitalization during treatment and requires frequent drug level monitoring.

There are several reasons for the lack of commercial sustained release intravenous products. Aside from the irretrievable nature of such injected drugs, there are the issues of biocompatibility and limitations on the size of injected drugs. Thus, wishing to avoid blockage of small capillaries requires that only very small particles be employed as physical systems for intravenous injections. However, the reticuloendothelial system, consisting primarily of liver, spleen, lung, and bone marrow, sequesters "foreign" substances out of the blood stream rapidly, thus making it difficult to sustain drugs via this route.

Numerous attempts to provide either prolongation of drug release or spatial placement of drug, a very desirable attribute for cancer chemotherapy, have been made. Each appears to suffer from one or more deficiencies. Thus, loaded red blood cells, where a drug is