placed within a red blood cell, offers a number of attractive features, the most notable being biocompatability and a duration akin to the half-life of a red blood cell, i.e., 30 days. However, such factors as loading capacity of red blood cells for drug, damage to the cell during drug loading resulting in sequestration by the reticuloendothelial system, and lack of control of drug release from the red blood cell have reduced the therapeutic utility of such systems for controlled drug delivery. Liposomes and other particulate systems suffer from similar shortcomings, which will be discussed in Chapter 13.

In general, depot-type parenteral controlled drug release formulations duplicate the benefits of continuous intravenous infusion without its potential discomfort. Various techniques have been used [241–245], including viscous vehicles, suspension, sparingly soluble derivatives and biodegradable microspheres. Biodegradable microspheres are particularly attractive because labile drugs such as peptides and proteins are protected by and released at a controlled, efficacous rate for desired periods of time from this delivery system. These microspheres can also be utilized to direct drugs to certain organs through capillary blockade [243,246]. Its success depends on the size of the microspheres used and on the mode of administration (intravenous or intraarterial). Microspheres with a diameter exceeding 25 μm upon intraarterial administration can be entrapped temporarily in the first capillary bed encountered. In contrast, microspheres greater than 7 μm in diameter when given intravenously will be trapped in the lungs by mechanical filtration, while smaller ones will be cleared by the reticuloendothelial system [247]. The key to a reproducible degree of occlusion for a given dose appears to be due to lack of a tendency of microspheres to aggregate. However, the use of blockage incurs the risk of irreversible cellular damage. The brain can only tolerate a few minutes of anoxia, in comparison to the majority of organs which can tolerate a 20–40-min "shutdown."

### 2. *Intramuscular/Subcutaneous*

Next to oral administration, injection into subcutaneous or muscular tissues is the most commonly used and acceptable route of drug administration. These routes of administration are most useful either when the disease state or the pharmacokinetic properties of a drug preclude oral dosing, or prolonged drug action is desired. The latter can be achieved in a number of ways [241,248], including reduction of aqueous solubility, gelling of the oily vehicle, use of biodegradable systems, implants, or a combination of these. All of these approaches aim to decrease the release rate of a drug from its dosage form and will be discussed further in Chapter 10. A major factor that needs to be considered during development of biodegradable systems and implants is biocompatibility of the polymers. Release rate from implants may decrease with time when a fibrous envelope is formed around the system as a result of bioincompatibility [249]. In addition, for biodegradable systems as exemplified by poly(ortho esters), it is imperative that breakdown products of the polymer be nontoxic [250].



In general, drugs are assumed to be absorbed at the same rate when given intramuscularly and subcutaneously and the sites are often considered bioequivalent [251,252]. However, subtle differences between these two modalities of drug administration do exist. The vascularity in the subcutaneous tissue is poorer than that of muscle tissue [253] and thus may lead to slower absorption unless there is compensation with an increase in surface area. Moreover, lymphatic vessels of subcutaneous tissue are mainly found in the connective tissue, whereas those of the muscular tissue usually exist where facial planes enter muscles [253].

Unlike intravenous injections, subcutaneous and intramuscular injections require an absorption step before a drug reaches the systemic circulation. However, since absorption from subcutaneous and muscle tissue does not involve passage through an epithelial layer and the tissues are well supplied with capillary and lymphatic vessels, absorption from these routes is usually faster relative to the oral route. Depending on its physicochemical properties, the rate-limiting step in drug absorption from aqueous solution may be either drug diffusion in the connective tissue [254,255] or blood flow through and around the injection site [247,256–260]. Therefore, any factor that influences the above two parameters should influence the absorption rate. For example, vasoconstrictors such as epinephrine reduce the subcutaneous absorption of a number of drugs, whereas hyaluronidase which digests connective tissues markedly increases drug absorption from both muscle and subcutaneous tissues [254]. Probably due to differences in blood flow, absorption is most rapid following injections into the deltoid muscle and least so when injected into the gluteal muscle [247]. In contrast, the absorption rate of drugs administered intramuscularly does not seem to be affected by the water content of connective tissues [254].

Recently, intramuscular and subcutaneous absorption from aqueous solutions [259–265], oil solutions [251,266], and aqueous suspensions [267,268] has been examined. Absorption from aqueous and oil solutions follows first-order kinetics. Absorption rate decreases with increasing volume, probably because of mechanical compression of the adjacent capillary bed and because of a smaller area-to-volume ratio [257]. Moreover, absorption rate was found to be inversely related to molecular size for water soluble compounds and directly proportional to partition coefficient for lipophilic compounds [258]. Low molecular weight compounds are readily absorbed via the capillaries, while high molecular weight compounds appear to be absorbed primarily via lymphatic vessels [255]. Inclusion of adjuvants such as serum

albumin was found to increase subcutaneous absorption of high molecular weight compounds, but the mechanism is unknown [269].

For oil solutions, absorption rate depends on partitioning between the oil and the aqueous medium in the connective tissue, with little dependence on viscosity. Clearance of oily vehicles following intramuscular and subcutaneous injections has been studied in albino rabbits [270]. It was found to be independent of the injection site. However, clearance was mainly via capillary vessels whereas clearance via lymphatic uptake or phagocytosis by cells was found to be insignificant. In the case of suspensions, the absorption rate increases with decreasing particle size, probably due to an increase in lateral spread of the particles in the connective tissue [267,268]. Phagocytosis appears unimportant except for exceedingly fine drug particles.

## B. Oral

The oral route is by far the most popular route of drug administration. Nevertheless, current knowledge on mechanisms of drug absorption, GI transit and the microenvironment of the GI tract is still incomplete. In addition, oral administration is also beset with inherent physiological constraints such as chemical degradation in the stomach, gastric empyting, intestinal motility, mucosal surface area, specific absorption sites, and metabolic degradation during passage through the mucosa and subsequently the liver. Adding to these constraints is the commonly substantial intra- and intersubject variability associated with some of these factors. Generally, these factors cannot be controlled and hence severely limit the design of oral drug delivery systems.

The duration of a drug after oral administration is mainly a function of drug-releated properties such as rate of absorption and clearance as well as residence time of the delivery system at the absorption site. Most sustained release drug delivery systems developed thus far are aimed at slowing the apparent absorption rate by reducing drug release rate from the dosage form. However, these systems will have only limited utility in oral controlled administration of drugs unless they can remain in the vicinity of the absorption site for the life time of drug delivery.

The residence time of most sustained/controlled release dosage forms is primarily determined by gastric emptying and intestinal motility. Gastric emptying is influenced by factors such as autonomic and hormonal activity, and volume, composition, viscosity, osmolality, pH, caloric value, temperature of stomach contents as well as by many drugs [271]. The human/canine stomach behaves differently in the fed and fasted states [272]. During the fed state, fluids and solid particles smaller than 2 mm are discharged together whereas solid particles larger than 2 mm, including pellets and tablets are retained until arrival of the next phase III of the migrating motor



complex (MMC) [273]. In the fasted state, gastric emptying patterns of fluids depend on the volume administered. A lag phase is commonly observed for volumes of fluid less than 100 ml. The onset of discharge depends on the phase activity of the stomach, and fluid is discharged before the suspended particles. In contrast, large volumes of fluids (>200 ml) are discharged immediately, as in the fed state, and the square root of volume vs. times or an exponential relationship is usually observed.

Motility of the small intestine during digestion consists mainly of segmental contractions, whose purpose is to mix its contents. Distal propulsion also occurs, but its mechanism is unknown [272]. Distal propulsion in fasted state occurs mainly in phase III of the MMC.

Liquids are spread out over the entire small intestine quite quickly following ingestion. It has been found that the transit of liquids and solids are similar in the small intestine, so that differences in their GI transit time are primarily due to differences in gastric emptying time. Studies in humans have shown a surprising consistency of small intestinal motility in that, irrespective of dosage form, it takes approximately three hours for substances to traverse the small intestine. The methodology of studying GI transit has been summarized by Hoffman et al. [272].

It is generally assumed that the desirable site of absorption is the proximal and mid small intestine, the transit time of most delivery systems in which is only 2–3 hr long [272]. Consequently, a sustained release formulation of about 12-hr duration or longer can only be achieved by slowing gastric emptying. Several approaches have been proposed for prolongation of GI transit time. These include flotation tablets and capsules (U.S. patent #4,140,755), unfolding of stratified medicated sheet (BE patent #867,692), bioadhesive polymers [274,275], certain fatty acids [276], and certain drugs such as propantheline. However, the use of drugs is generally considered undesirable because of potential side effects.

An important issue relative to oral controlled release products is the animal species that is used during the design phase of these systems. Although our understanding of the anatomical and physiological aspects of all animals is rudimentary, there are certain species which seem to be preferred. The beagle dog is a frequently utilized animal for this purpose, in spite of marked differences in its transit time and GI pH relative to human subjects. Transit time of dosage forms in the dog is only two-thirds of that in humans, analogous to that in a young child, aged 1–3. This can be an important consideration for those systems that require drug absorption for an extended time. Thus, for such systems, dogs will show incomplete absorption. The second issue is GI pH. Some workers have found (a) a higher pH in the stomach as compared to humans and (b) an acid pH extending over a larger segment of the small intestine of the beagle

dog. As an alternative animal species to obviate this pH problem some pharmaceutical firms routinely employ the cynomolgus monkey as well as rodents. Here, a word of caution regarding the use of rodents as test animals is in order. The rat has a portion of its stomach in keratinized form with unknown stomach emptying of oral controlled release dosage forms. Moreover, both the rat and the rabbit eat their own feces, thereby rendering the composition of stomach contents and the associated influence of this composition on drug release and stomach emptying somewhat uncertain.

In summary, because of limited residence time and possible existence of an absorption window for some drug, control of GI transit time and site-specific release through specific binding of the drug delivery system to the absorption site are attractive approaches to controlled oral administration. With some exceptions, targeting of drugs is not the primary concern for most orally administered drugs. Rather, the aim is to increase the amount of drug delivered to, with concommitant prolongation in, the general circulation. For this reason, most systems employed are of the sustained release type. In cases where systems are used to target a drug, the site of absorption rather than the site of action is targetted. The assumption is that by increasing drug concentration at the absorption site, the amount of drug reaching the site of action will increase correspondingly. This is exemplified by colon drug delivery [277–279].

### C. Buccal/Sublingual

Drugs can be absorbed from the oral cavity through the oral mucosa either sublingually (under the tongue) or buccally (between the cheek and gingiva). In general, rapid absorption from these routes is observed because of the thin mucous membrane and rich blood supply. For highly hydrophilic drugs ($\log P < 2$), which also suffer from extensive presystemic elimination and require a rapid onset of action, sublingual or buccal administration may offer advantages over oral administration. After absorption, drug is transported through the deep lingual vein or facial vein which then drains into the general circulation via the jugular vein. Thus, the buccal and sublingual routes can be used to bypass hepatic "first-pass" elimination. Lymphatic uptake of drug also occurs, but is less common [280].

Drug absorption into the oral mucosa is mainly via passive diffusion into the lipoidal membrane [281–283]. Compounds with favorable oil-to-water partition coefficients are readily absorbed through the oral mucosa. Since the mean pH of saliva is 6.0, adequate absorption through the oral mucosa occurs if the $pK_a$ is greater than 2 for an acid or less than 10 for a base. An oil-water partition coefficient range of 40–2000 is considered optimal for drugs to be absorbed sublingually [284,285]. Compounds administered by either the buccal



or sublingual routes include steroids, barbiturates, papain, trypsin, and streptokinase-streptodornase [282]. Besides transcellular diffusion, there is evidence that water-soluble molecules with a molecular volume of less than 80 $cm^3$/mole cross primarily through membrane pores and large water-soluble molecules pass paracellularly [285]. Regardless of polarity, large molecules are poorly absorbed [286, 287].

Conventional buccal and sublingual dosage forms are typically short acting because of limited contact time between the dosage form and the oral mucosa. Since sublingual administration of drugs interferes with eating, drinking, and talking, this route is generally considered unsuitable for prolonged administration. On the other hand, the duration of buccal drug administration can be prolonged with saliva-activated adhesive troches without the problems of sublingual administration [288]. Unfortunately, the buccal nitroglycerin adhesive troche has yet to be met with commercial success [289].

### D. Rectal

The rectal route is commonly used as an alternative when oral administration is inconvenient because of inability to swallow or because of gastrointestinal side effects such as nausea, vomiting and irritation. More important, rectal drug administration has the advantage of minimizing or avoiding hepatic first pass metabolism [290,291]. For instance, the rectal bioavailability of lidocaine in man is 65%, as compared to an oral bioavailability of 30% [291].

The human rectum is about 15–20 cm long. In the resting state the rectum does not have any active motility. Normally the rectum is empty and contains only 2–3 ml of inert mucous fluid (pH 7–8) which has no enzymatic activity or buffering capacity. There are no villi or micrivilli on the rectal mucosa and thus, a very limited surface area (200–400 $cm^2$) is available for absorption. The internal volume of the rectum depends on the pressure exerted on the rectum by the surrounding organs. This pressure, together with motility, affects spreading of a dosage form.

Both blood and lymphatic vessels are abundant in the submucosal region of the rectal wall. The upper veins drain into the portal circulation, while the lower and middle veins drain directly into the inferior vena cava. However, there are extensive anastomoses among these veins, so that a clear-cut anatomical differentiation cannot be made. Nevertheless, systemic bioavailability seems to depend on the site of absorption in the rectum [292], rectal motility [293], as well as animal species [291].

In general, absorption occurs at a slower rate and to a lesser extent than after oral drug administration with a particular dose [294]. Drug absorption from the rectum is assumed to occur by mechanisms similar to those operating in other parts of the GI tract,

i.e., passive diffusion [295,296]. For poorly water-soluble drugs, the rectal absorption rate is determined by the release surface area rather than by drug concentration in the dosage form. Absorption from aqueous and alcoholic solutions is in general much faster than that from suppository, which is often very much dependent on the particle size of the active ingredient as well as on the nature of the suppository base, surfactants and other addditives [294–298].

Recently, some non-surfactant adjuvants, such as the salicylates, have been found to enhance rectal absorption of water-soluble drugs [298–301] and high molecular weight drugs like insulin, heparin, and gastrin [302–304]. Some peptides, such as *N*-acyl derivatives of collagen peptide [305], have also been found to exert a self-enhancing effect [306]. Apparently, a high local concentration and/or simultaneous absorption of the adjuvants are required to alter membrane permeability, thereby assuring rapid drug absorption in the rectum [300,304]. Membrane permeability enhancement by non-steroidal anti-inflammatory drugs is reversible [307] whereas that by surfactant adjuvants and chelating agents is not [308].

Design of rectal controlled release drug delivery systems is likely to be limited by some inherent problems of the rectal area, including interruption of absorption by defecation and, in certain parts of the world, lack of patient acceptance of this route. Only a limited number of compounds given rectally have been shown as effective as when given orally [309]. Thus, this route may serve as an alternative pathway to oral administration for compounds that undergo extensive first-pass metabolism or for high molecular weight/enzymatically sensitive compounds such as insulin and heparin.

### E. Nasal

For many years, the nasal route was used primarily for local action on the nasal mucosa. Despite its use in systemic delivery of desmopressin and vasopressin, its use as an alternate route for poorly absorbed oral drugs seems to have been ignored until recently. A variety of drugs including propranolol [310], testosterone [311], naloxone [312], buprenorphrine [312], ergotamine tartrate [313], clofilium tosylate [314], cromolyn sodium [315], meclizine [316], as well as endogenous hormones such as luteinizing-hormone-releasing hormone [317], tetracosactrin [318], oxytocin [319], ACTH [320], insulin [321–324], and enkephalins [325], have been shown to be absorbed nasally in animals and humans. By virtue of relatively rapid drug absorption, possible bypassing of presystemic clearance, and relative ease of administration, delivery of drugs by the nasal route offers an attractive alternative for administering systemically active drugs.

The anatomy of the nasal cavity is described in detail elsewhere [326,327]. The thickness and vascularity of the mucous membrane



lining the nasal cavity depends on location. The mucous membrane is thickest and most vascular in the upper regions and over the septum, whereas it is very thin on the floor of the nasal cavity and in the sinuses. The surface area of the nasal cavity is increased by the sinuses, where most drug absorption occurs [328]. The absorptive surface area is further increased by the microvilli in the mucous membrane. The vascular bed of the nasal mucosa provides rapid absorption with little metabolizing capacity. The pH of nasal mucosal surface is reported to be around 7.4 [328].

Dosage forms must deposit and remain in the nasal cavity sufficiently long for effective absorption to occur. Aerosol and particulate dosage forms should contain particles greater than 4 μm to minimize their passage into the lung [329], where mucociliary clearance will remove most particulate materials. However, before nasal delivery can be a viable alternative route for systemic drug absorption, it will be necessary to have a better understanding of how to control particle deposition within the nasal cavity reproducibly, how drug and particle interact with mucus, and how certain disease states of the nasal mucosa may affect the rate and extent of drug absorption.

### F. Pulmonary

Delivery of medication to the respiratory tract for localized therapy of respiratory diseases is commonly accomplished via the airways because of their enormous surface area and accessibility [330]. The respiratory tract consists of a nasopharyngeal region, a tracheobronchial region, and lungs (bronchioles and alveoli). The diameter of the dichotomous branchings of the bronchial tree decreases in the distal parts of the respiratory tract, with a simultaneous increase in total cross-sectional area and the total surface area [331]. Thus, the flow in the central airway is rapid and turbulent, whereas flow in the peripheral airways is smooth and laminar [332]. The total surface area of alveoli in an adult is about 35 $m^2$ during expiration and about 100 $m^2$ during deep inspiration [333]. Thus, most solute exchange takes place at the alveolar level.

For purposes of discussion of the deposition and clearance of inhaled aerosols, the airways can be divided into three functional regions [334] (Fig. 2):

1. Nasopharyngeal region—cavity to entrance of trachea
2. Tracheobronchial region—trachea to terminal bronchioles
3. Pulmonary region—bronchioles to alveoli, no ciliated cells

In general, prediction of the site of deposition of an aerosolized drug is difficult because airway sizes and anatomy differ from person to person and appear to be influenced by pathological changes.

Naso pharyngeal: particles greater than 5 μm deposited

Tracheo bronchial: particles between 2 and 5 μm deposited in this region

Pulmonary: particles less than 2 μm deposited by diffusion and random capture.

Pharynx
Larynx
Trachea
Primary bronchi
Secondary bronchi
Terminal bronchioles
Respiratory bronchioles
Alveolar duct
Alveoli

Fig. 2 Disposition of particles in various regions of the respiratory tree.

Moreover, alterations in regional ventilation that result from lung disease can influence the site at which a drug is deposited [335–337]. Deposition of aerosolized particles is mediated by a variety of mechanisms, depending on particle size, shape, density, charge and hygroscopicity [338,339]. The geometry of the airways and physiological factors such as breathing patterns, air flow dynamics in the respiratory tract, and variations of the relative humidity and temperature inside the airways also influence deposition. The influence of particle size on aerosol deposition is depicted in Figure 3 [340].

Therapeutic aerosols are typically polydispersed with sizes ranging from 1 to 10 μm (341). These particles are small enough to be carried down the respiratory tract with inspired air [342]. Large particles (>5 μm) are usually deposited via inertial impaction on the upper airways, where air velocity is high [341]. Pathological changes usually increase the inertial impact by narrowing the airways [339,341]. Moderate size particles (1–5 μm) can sediment out of the air stream under the force of gravity. Deposition by sedimentation occurs predominantly in the lower levels of the airways, where air velocity is low [341]. Thus, peripheral deposition of aerosols is maximized by inhaling slowly, followed by a period of breath holding [339]. For submicron particles, diffusion becomes important. All particles smaller than about 10 μm in diameter are deposited to some extent in the pulmonary region of the lung upon inhalation, while deposition of particles smaller than 0.01 μm is usually negligible because of diffusional deposition in the nasopharyneal and tracheobronchial regions. Thus, the efficiency of deposition of intermediate size particles [0.02–1.0 μm] is less compared to larger and smaller sizes.

Particulate material deposited in the respiratory tract may eventually be cleared by mucociliary action and/or the lymphatic system



and/or may be transferred to the blood [340,343] (Fig. 4). The physiocochemical characteristics of aerosols, site of deposition, and respiratory physiology are important determinants of clearance. Soluble deposited particles, on the other hand, are cleared via absorption into the blood stream. Clearance of insoluble particles deposited on the ciliated regions of the respiratory tract is mainly via mucociliary transport [335,342,343], whereas those deposited on the non-ciliated surfaces of the pulmonary region may be phagocytized by macrophages [344,345] or may leak into the interstitium [346], which may then be translocated to a lymph node [347]. The mechanisms of deposition and clearance are summarized in Table 12.

Once the aerosolized drug particles deposit on the alveolar surface, they must cross the alveolar-capillary barrier before reaching the systemic circulation. Both alveolar epithelium and pulmonary capillary endothelium are continuous, but the former has more tight junctions than the latter [348–350]. Physiological measurements give an equivalent pore radius of 8–10 Å for alveolar epithelium and 20–200 Å for capillary endothelium [351,352]. Thus, the alveolar epithelium has a much lower permeability to liquids and solutes than the pulmonary endothelium. Of special interest is the large number of pinocytotic, lamellar vesicles, many of which discharge their content




Fig. 3 Effect of particle size on deposition of particles in various regions of the respiratory tree. The curves indicate the proportion of total material of any particle size likely to deposit upon an internal surface: _._._, nasal compartment; ......., tracheobronchial compartment; _____, pulmonary compartment. (From Ref. 340.)

Case 1:05-cv-05373 Document 371-5 Filed 05/30/07 Page 6 of 6

Fig. 4 The ultimate distribution of particulate material inhaled and deposited in airways and lungs, as affected by lung clearance mechanisms. The figures in individual compartments represent the proportions that are typically likely to be deposited of an inhalable dust of uniform particle size distribution. Solid arrows indicate major routes, and dotted arrows indicate minor routes of particle distribution. (From Ref. 340.)

Table 12 Deposition and Clearance of Inhaled Aerosols

| Region | Deposition | Clearance |
|---|---|---|
| Nasopharyngeal | Impaction | Mucociliary |
| | Diffusion | Sneezing |
| | Interception | Blowing |
| | Attraction | Dissolution |
| Tracheobronchial | Impaction | Mucociliary |
| | Diffusion | Coughing |
| | Settling | Dissolution |
| | Interception | |
| | Attraction | |
| Pulmonary | Diffusion | Dissolution |
| | Settling | Phagocytes |
| | Attraction | Lymph flow |
| | Interception | |



into the capillary lumen [353, 354]. These vesicles contain enzymes for metabolism of adenine nucleotide and angiotensin I [354]. The basal lamina subtending the cellular layers offer a substantial barrier to the penetration of large molecules [355].

In general, drug absorption from the lung is considerably faster than from the intestine [356]. However, the nature of drug transport from the pulmonary epithelium to blood is poorly understood. Results to date reveal that, the absorption rate of small lipophilic molecules is related to the oil/water partition coefficient [357], whereas the absorption rate of some organic cations and anions as well as neutral, hydrophilic saccharide molecules appears to be related to molecular size, suggesting diffusion through aqueous membrane pores [357]. While large hydrophilic molecules such as aminoglycoside antibiotics are poorly absorbed [357], others such as phenol red [358] and cromolyn sodium [359] appear to be better absorbed when compared to oral absorption. However, this is primarily the result of a saturable carrier-type transport process in the pulmonary epithelium [358, 359].

For drugs used for local treatment of pulmonary disorders, it is desirable that the drug exert a local effect with minimal systemic absorption [360, 361]. Successful use of inhaled corticosteroids in the treatment of asthma with minimal systemic side effects was due to metabolism of the drug prior to entry into the circulation [362]. It appears that presystemic metabolism of drugs delivered by the intrabronchial route may differ quantitatively from their metabolism following systemic administration [363, 364]. Besides metabolism, the lung can also bind and accumulate drugs, especially basic drugs. This binding is mostly reversible [365] and can prolong duration of the drug in the body.

In summary, the efficiency of delivery of drugs via the airways is relatively poor in man. As much as 90% of the instilled dose may impact in the mouth and pharynx or be swallowed without ever reaching the lung. Thus, success of pulmonary delivery will depend on a number of factors. First, drugs used in aerosols must be quite poent but with negligible systemic side-effects. Second, the drug must be able to gain access to its target site. Third, drug must bind to tissue components thereby providing a high local concentration for prolonged periods. Finally, better aerosol delivery from nebulizers is needed to enhance the amount of drug reaching the lung. Nevertheless, controlled delivery of drugs to the respiratory area is useful mainly for localized treatment of inflammation or cancer. It is unlikely that this route will supplant the oral or intravenous routes to achieve systemic effects.

## G. Vaginal

Intravaginal controlled release drug administration of steroidal compounds or spermicidal agents is aimed at obtaining contraception for