prolonged periods with minimal systemic side effects. In general, most steroids are readily absorbed so that their bioavailability after intravaginal administration is higher than from oral administration because of a reduced first-pass metabolism [366,367]. Recently, the vaginal route has also been investigated for peptide and protein drug delivery [368,369].

The human vagina is a fibromuscular tube 4 to 6 in. long, directed upward and backward, extending from the vulva to the lower part of the uterine cervix. It is in the form of a collapsed tube under normal conditions. The vagina is drained by a rich plexus, which empties into internal iliac veins [370]. Blood supply to the vagina is via uterine and pedendal arteries, which arise from the iliac artery.

The vagina consists of three principal layers: an outer fibrous layer, a middle muscular layer, and the epithelial layer. The epithelial layer consists of lamina propria and a surface epithelium [370], which is composed of noncornified, stratifeid squamous cells. The vaginal epithelium is essentially devoid of glands, but its surface is kept moist by a cervical secretion, whose composition and volume varies with age, stage of menstrual cycle, and degree of sexual excitement [371]. After puberty, the pH of vaginal fluid varies between 4 and 5 depending on the stage of the cycle and location [372]. Cells of the superficial mucosal layer contain a high level of glycogen, which is metabolized to lactic acid ($pK_a$ = 3.79) in the vaginal canal to maintain the vaginal pH on the acidic side. The pH is lowest around the anterior fornix and highest around the cervix.

Higuchi et al. have developed an in situ method to study vaginal absorption in the rabbit [373] and monkey [374]. The absorption rates of a series of unbranched aliphatic alcohols from methanol to octanol in the rabbit vagina were found to be first-order and increased with increasing chain length [375]. The barrier of absorption appears to consist of an aqueous diffusion layer in contact with the membrane, which in turn is composed of parallel lipoidal and aqueous pore pathways [376]. For drugs with high membrane permeability, vaginal absorption is determined by permeability of the aqueous diffusion layer; whereas for drugs with low membrane permeability, such as testosterone and hydrocortisone, vaginal absorption is determined by membrane permeability. Similar results were obtained with alcohols in the monkey [374] and 1-alkanoic acids in the rabbit [376]. No correlation between vaginal membrane permeability and menstrual cycle was found in the monkey [377]. However, at ovulation, the monkey's vaginal permeability is several-fold lower than that of the noncyclic rabbit [378].

Two major types of intravaginal controlled release systems are available: vaginal rings [379–386] and microcapsules [387–390]. The rationale for vaginal ring steroid-releasing systems is based on the observation that steroids readily penetrate the vaginal mucosa [391]

and that the vagina can accomodate foreign bodies of reasonable size with minimal discofort for an extended period of time. There are two common types of vaginal rings: homogeneous [380] and shell [385]. Burst effect of drug release on insertion and a declining release rate after extended wear are commonly observed with homogenous rings. Shell rings apparently minimize the burst effect and are able to maintain a steady drug release rate. For most vaginal rings, the rate of vaginal drug absorption shortly after insertion is controlled by either an aqueous hydrodynamic diffusion layer or by the vaginal wall. At later times, the rate of vaginal absorption is determined by the drug release rate from the ring [392].

Reported problems associated with the use of vaginal rings are: erosion of the vaginal wall, ring expulsion, interference with coitus, unpleasant ring odor, and difficulty with storage and sanitation [393]. These problems are usually the major causes for discontinued use of vaginal rings and, because of these problems, vaginal rings have received only moderate acceptance.

A potential intravaginal contraceptive system free of most of the aforementioned problems is the biodegradable microsphere. The rationale for its development is that inert particles have been demonstrated to be able to migrate from the vagina across the cervix into the fallopian tube or the perimetrial lining of the uterus without causing erosion of the vaginal wall by virtue of its small size [294,295].

Microspheres for intracervical administration have also received attention. Small doses of progesterone can be released locally to alter the structure of the cervical mucus so as to interfere with sperm migration [396]. In addition, a medicated intracervical system has been tested [397]. The rationale for its development is that contractility is less severe in the lower segment of the uterus, especially the cervix. This system still incurs the problems of expulsion and possibility of infection and does not offer enough advantages over existing intravaginal or intrauterinal systems to be worth pursuing.

## H. Intrauterine

The effectiveness of nonmedicated intrauterine devices (IUDs) is primarily dependent on the relationship of the device morphology (size, shape, and area) to uterine geometry [398]. The human uterus is a pear-shaped, muscular structure, about 3 in. in length and about 2 in. wide, consisting of a body, fundus, isthmus, and cervix. Its wall has three layers: an external peritoneal layer (perimetrium), a middle muscular layer (myometrium), and an inner mucous membrane (endometrium). This organ undergoes dynamic changes in the size and shape of its various segments during different phases of the menstrual cycle [399]. Lack of structural adaptability and unfavorable geometry of the device may lead to clinical complications such

as expulsion, bleeding, infection, perforation, and pain. It appears that the mode of action of nonmedicated systems originates promptly in the uterus, disappears rapidly, is not affected by menstruation and does not interfere with the normal estrogen-progesterone balance [400].

The objectives in the development of medicated IUDs are to enhance their contraceptive effectiveness with concomitant reduction in pain and bleeding. These objectives are achieved by using small devices and the incorporation of antifertility agents such as steroids and/or antifibrinolytic agents-proteinase inhibitors such as aminocaproic acid, tranexamic acid and aprotonin, and/or antiprostaglandins.

Since the contraceptive action of the medicated device lies mainly with the antifertility agent itself but not with the structural features of the device, the geometry and size should be designed for minimal clinical complications. The T or 7 configurations came closest to the ideals set forth above [401]. The major contraceptive agents employed in medicated IUD's include copper, progesterone and levonorgestrel. The most extensively studied IUD's have been ProgestasertR and Cu-7R.

The concept of continuous intrauterine administration of progesterone is based on these observations: (a) local effect of progesterone on the uterus might reduce the incidence of expulsion and bleeding provoked by the inert device, (b) the estrogenic component of oral contraceptives is not essential for contraception, and (c) progestin-only mini-pills provide adequate contraception, possibly by preventing blastocyte implantation without inhibiting ovulation. The ProgestasertR system is a T-shaped progesterone-containing drug delivery system enclosed by a rate-limiting membrane. It releases 65 µg/day for a period of 1 year.

Cu-7R is a polypropylene 7-shaped device with 89 mg of copper wire surrounding the vertical arm, giving a surface area of 200 mm$^2$ of copper, which is released at 9.87 µg/day for up to 40 months. The exact mechanism by which copper works as a contraceptive agent is unclear. Copper is known to be cytotoxic if present in sufficiently high concentrations [402]. It interferes with implantation of the fetus in rats [403], enhances the spermatocidal and spermatodepressive action of the IUD [404], and inhibits the binding of estrogen and progesterone to their receptors [404].

Levonorgestrel-releasing IUDs have also been studied clinically. Since levonorgestrel is effective at concentrations lower than those required with progesterone, the system can have a life time of about 7 years. Furthermore, it is believed that levonorgestrel offers a balance of estrogenic and progestational activity, which may lessen intermenstrual bleeding [405].

Future research in intrauterine controlled drug administration will depend on increased understanding of reproductive physiology

so that contraception can be achieved by interference with pertinent reproductive processes at the right time with minimal side effects. Future research will most likely focus on minimizing intermenstrual bleeding and pain, searching for longer duration systems as well as self-regulating drug delivery systems. An example of a self-regulating system may be one that utilizes human chorionic antibodies as a sensor, so that drug delivery will occur only when an egg has undergone fertilization, but not at other times [406].

1. Transdermal

The skin is one of the most extensive and readily accessible organs of the human body. It covers an area of about 2 m$^2$ and at any point in time is in contact with about one-third of all blood circulating through the body [407]. Skin consists of three tissue layers: epidermis, dermis, and hypodermis (subcutaneous tissue). The rate-limiting step in percutaneous absorption of most drugs appears to be passage through the stratum corneum [408-414]. The pathway of drug movement through this layer is believed to be mainly transcellular, although the paracellular pathway may become important for small-molecular weight compounds [408]. In addition to being a diffusion barrier, the stratum corneum also serves as a reservoir for compounds such as corticosteroids, griseofulvin and many other drugs. While drugs are carried away by the capillary network upon reaching the subcutaneous tissue, there is evidence that certain drugs such as thyroxin, β-methoxypsoralen, estradiol and corticosteroids, remain in this layer for an extended period of time [415-417]. Such localization of drugs may prove desirable for exerting local effects in deeper tissues of the skin or for prolonged release of drugs.

In the past, topically applied dermatological drugs were used for localized treatment of skin diseases only. Recently, due to a better understanding of the anatomy and physiology of the skin as well as a more thorough understanding of percutaneous absorption, the limited permeability of human skin has also been utilized for systemic drug administration.

There are several advantages to the transdermal route provided the drug is absorbed in sufficient quantity to exert a systemic effect. Thus, it is possible to:

1. Avoid hepatic "first-pass" metabolism and gastrointestinal incompatibility of drugs
2. Provide controlled administration for drugs with narrow therapeutic indices, thereby reducing side effects or inadequate dosing
3. Allow utilization of drugs with short biological half-lives
4. Enhance therapeutic efficacy

5. Reduce frequency of dosing
6. Improve patient compliance
7. Permit relatively abrupt termination of drug effect by removal of the patch from the skin surface

These advantages aside, systemic drug absorption from ointments or creams is commonly unpredictable, partly because of variability in skin permeation and partly because of the difficulty in delivering a dose reliably. The use of rate-controlled transdermal drug delivery systems appears to minimize these two problems. However, because of the relatively low permeability of skin by most drugs, these systems are only applicable for highly potent drugs which permeate the skin rapidly, which cause no irritation to the skin, and which are relatively stable to enzymes present in the epidermis. The additional requirement is that the drug delivery system rather than the skin acts as the rate-limiting step in the overall transport process [418]. Drugs such as scopolamine [419], nitroglycerin [420,421], and clonidine [422] have been administered in this fashion.

The low skin permeability of most drugs necessitates the use of penetration enhancers such as dimethyl sulfoxide [423], urea [424], and, more recently, Azone$^R$ [425,526]. One of the major difficulties associated with penetration enhancers is lack of specificity. This, coupled with a lack of understanding of their mechanism of action, limits the rational design and use of penetration enhancers.

Occlusion has been shown to enhance drug absorption across the skin. It appears to do so partly by increasing hydration of the stratum corneum and partly by raising the temperature of the skin surface. However, the contribution of changes in blood flow due to this treatment is still unclear [412].

Ion-pair formation between a carrier molecule and an anionic drug has been proposed to enhance penetration [427]. This approach takes advantage of the pH gradient that exists across the stratum corneum and the hydrophilic nature of the viable epidermis. Another approach to improve penetration of poorly absorbed molecules is the use of prodrugs [428-430]. In this case, the metabolic activity of the skin is used to transform prodrugs to active drugs. With a better understanding of metabolizing enzymes in the skin, the use of prodrugs can be an attractive approach. Theoretical considerations suggest that this is a useful approach in enhancing drug permeation [431,432].

One factor that has not been extensively studied is the influence of pathological states in skin permeability. Bronaugh and Stewart [316], Scott et al. [433], as well as Flynn et al. [434], have conducted studies on drug absorption through abnormal and damaged skin. A better understanding of percutaneous absorption through diseased skin is needed for effective treatment of cutaneous diseases.

### J. Ocular

For treatment of many disease affecting the external eye and anterior segment of the eye, topical instillation is preferred over systemic administration because a high drug concentration at the absorbing membrane can be obtained, thereby maximizing drug delivery to the affected tissues while minimizing systemic side effects. However, topical application of drugs to the eye is impeded significantly by efficient ocular physiological protective mechanisms, such as drainage, tear turnover, limited permeability of corneal membranes to most drugs, and aqueous humor turnover. Typically, drug from an instilled aqueous solution is essentially eliminated from the precorneal area within 1-2 min of application [435], so that less than 3% of an applied dose penetrates into the aqueous humor following topical installation of an aqueous solution [436]. The duration of drug action is, therefore, brief, and frequent dosing is needed.

The duration of drug action in the eye can be extended by two approaches: (a) reducing drainage through the use of viscosity-enhancing agents, suspensions, emulsions, ointments, erodible and nonerodible matrices [437] and (b) improving corneal drug penetration through the use of ionophores [438], ion-pairs [439], liposomes [440], and prodrugs [441]. For low viscosity solutions, the improvement in ocular bioavailability is usually modest [442-444]. Suspensions and emulsions suffer from the same problem as low viscosity solutions in that the contact time, though lengthened, is still relatively brief. Moreover, in the case of suspensions, the solid particles must dissolve slow enough to offer an advantage over a saturated solution [455]. The release rate of drug is usually rapid from swollen hydrophilic matrices such as soft contact lenses. Release rate from lipophilic ointments can be slower, but these systems suffer from the problem of blurring vision thus reducing their use to night time medication. The use of ion-pair and ionophores is limited to a small group of drugs and their improvement is still considered moderate [438,439]. Liposomes appear to be able to enhance the absorption of large, hydrophilic molecules [446-450] and may prove to be useful in delivering macromolecules such as peptides and proteins. Their usefulness in delivering lipophilic molecules seems to depend on the way the drugs are incorporated into the liposomes [446,447,450]. The use of liposomes in ocular drug delivery has been reviewed [440].

Prodrugs can be used to improve ocular bioavailability by enhancing corneal penetration, protecting the parent compound from metabolism, or decreasing its elimination. Recently, the first ophthalmic prodrug, dipivalyl epinephrine, was marketed under the trade name Propine$^R$. With improved corneal penetration characteristics, a much lower dose of epinephrine is needed, thereby reducing side-effects. Via a different mechanism to affect ocular drug absorption, systems

such as OcusertR [451] and erodible matrices [452], which provide controlled drug delivery to the conjunctival sac, are able to reduce fluctuations commonly observed with pulse-entry systems, thereby allowing the use of drugs with very short biological half-lives. Moreover, systems such as OcusertR do optimize precorneal delivery of drug. Unfortunately, patient acceptance of these systems is unsatisfactory partly because they are easily expelled during sleep.

In summary, the currently available ocular drug delivery systems are far from ideal. Future research should be directed toward controlled delivery to the absorbing surface with minimization of nonproductive loss. Since eye-drops are the most acceptable dosage form, it appears that the ideal dosage form should be of low viscosity but reside near the absorbing surface for an extended period of time and release its drug in a controlled manner.

## VIII. DRUG TARGETING

The objective of drug targeting is to achieve a desired pharmacological response at a selected site without undesirable interactions at other sites. This is especially important in cancer chemotherapy and enzyme replacement treatment. At present, drug targeting is achieved by one of two approaches. The first approach involves chemical modification of the parent compound to a derivative which is activated only at the target site [453, 454]. The second approach utilizes carriers such as liposomes [455, 456], microspheres [457], nanoparticles [458], antibodies [459–461], cellular carriers (erythrocytes and lymphocytes) [462, 463], and macromolecules [464, 465] to direct the drug to its site of action.

There are a variety of strategies to modify the chemical structure of drug molecules, the most common being the prodrug approach and the most sophisticated being the chemical delivery system approach (Chapter 8). A prodrug is an inactive chemical derivative of a parent compound that is activated predictably $in\ vivo$ to the active drug species, but, with few exceptions [466], it cannot achieve site-specific delivery [467]. In contrast, a chemical delivery system involves transformation of the active drug by synthetic means into an inactive derivative which, when placed in the body, will undergo several predictable enzymatic transformations principally at its site of action. This approach has proven to be successful in local delivery of drugs to the eye, brain and testes [454, 468].

Because of impermeability of the GI tract to most macromolecules and instability of the drug-carrier complex in the hostile environment of the GI tract, administration of large drug-carrier complexes is restricted to intravenous or intraarterial injections or to direct injection into the target tissue such as a tumor. At present, the major

obstacle of drug targeting using macromolecular and particulate carriers is rapid sequestration of intravascularly administered drug carriers by mononuclear phagocytes of the reticuloendothelial system (RES) [469–470]. Because of rapid clearance, only a small fraction of the injected carrier untimately reaches the target, if at all. The approaches have been attempted to alleviate this problem. The first involves blocking the RES prior to administering the drug carrier [471, 472]. However, paralysis of the RES is undesirable especially in cancer patients. Without the first-line defense mechanism of the RES against infectious agents, these cancer patients will be at risk to infections.

A second approach is to impart specificity to the drug carrier by coupling specific ligands onto its external surface. These include desialylated fetulin [427], erythrocyte membrane glycoproteins [473, 474], heat aggregated immunoglobulins [475], monoclonal antibodies [460], and native immunoglobulins [476]. So far, none of these strategies has proven to be successful due to difficulties in preserving the recognition ability $in\ vivo$ and avoiding triggering any immunological response.

Another obstacle in targeting particulate drug carriers is the vascular system itself. This subject has been carefully reviewed by Poste [477] as well as by Poznansky and Juliano [478]. In order for a drug carrier to be able to recognize the target, it must first extravasate. The vascular endothelium of most tissues and organs, being continuous with an effective pore diameter of 2 nm, is essentially impermeable to molecular assemblages such as liposomes (0.025–5.0 μm) and nanoparticles (<1 μm). Significant extravasation of the structures in this size range is only possible at those sites with a discontinuous endothelium, notably in the sinusoids of the liver and spleen, where the effective pore diameter is approximately 100 nm. Thus, most particulate matter is confined to the general circulation.

On the positive side, impermeability of the capillary endothelial lining may be a useful property under certain conditions: (a) confinement of drug within a physiological compartment, (b) use of particles whose direction or release characteristics are under external control, and (c) drug delivery to the lung, liver and spleen.

Two forms of external control have been explored. Liposomes can be made from lipids with release characteristics which are a function of a temperature gradient [479] due to either local inflammation or localized heating via collimated radiation. Drug is released from circulating liposomes as they pass through the target region [480]. Another approach involves the use of microspheres of denatured albumin [457] and, more recently, SephadexR [481] containing ferromagnetic particles. The microspheres are restricted at the microvascular level under the influence of a directed external field. Enhanced drug delivery to the target, in theory, can be achieved by this approach.

*Influence of Drug Properties on Design* / 59

This latter effect is probably due to a qualitative and quantitative difference in the capillary networks of the tumor compared to those of the host organ [485].

Recently, intraarterial injection of biodegradable microspheres was used to produce a tumor chemoembolism in cancer chemotherapy [486–488]. Figure 6 gives the rationale behind this use. A mixture of drug and starch microspheres (about 40 μm) were injected together. The large size of microspheres caused temporary blockage of the tumor-bearing organ's arteriole, thereby increasing absorption time of the drug by the tumor organ. However, obstruction of the feeder vessels of a tumor using microsphres by themselves could also bring about tumor regression [489].

In addition to the difficulties encountered by carriers to extravasate, drug targeting by carriers also suffers from such problems as stability of the carrier on storage and *in vivo*, drug loading, immunogenicity, and degradability. Consequently, except for passive targeting to the reticuloendothelial system of the liver and spleen, the concept of systemic drug targeting via carriers and biological recognization has met with little success. It is clear that, for successful targeting, a better understanding of diseases and the biology of the body at a cellular and molecular level is needed.

## IX. CONCLUSIONS

In the past decade, the number of new drug entities appearing on the market yearly has declined and pharmaceutical manufacturers for a variety of reasons have a renewed interest in improving existing dosage forms and developing more sophisticated drug delivery systems, including those employing the principles of sustained/controlled drug release. The need for a sustained/controlled release preparation often arises: (a) as a result of undesirable drug properties, such as short biological half-life, local irritation, extensive metabolism, and narrow therapeutic index, (b) perhaps through the nature of the disease state, or (c) for patient compliance reasons. Most important of all is the need to improve the efficacy and safety of drug delivery through proper temporal and/or spatial control of drug release.

In considering a drug for this mode of drug delivery, certain criteria have to be examined and evaluated. These are the physicochemical, pharmacokinetic and pharmacodynamic characteristics of the drug. With each drug property there is a range of values that lends itself to the design of sustained/controlled release products, and outside this range the design becomes more difficult or, in the extreme, prohibitive. Extremes of aqueous solubility, oil/water partition coefficients, binding, extensive metabolism/degradation of the drug during transit from the point of drug delivery to the target area, and

---

58 / *Li et al.*

Fig. 5   Strategies in achieving drug targeting. (From Ref. 483.)

Microspheres have also been used for passive targeting to organs such as the liver, spleen, lung and kidney (Fig. 5) [482,483]. Intravenous injection of particles between 7 and 12 μm leads to mechanical filtration by the lungs, whereas particles between 2 and 12 μm leads to their blockage in the first capillary bed encountered. Such blockage can lead to first-order targeting of, for example, the liver and kidney, and second-order targeting to tumor-bearing organs [484].



Fig. 6   Method of chemoembolism to achieve drug targeting.

narrow therapeutic index are some of the limiting factors in formulating an effective sustained release product. Paradoxically, all these limitations are precisely the reasons why controlled release drug delivery is desirable. Furthermore, advances in biotechnology have brought about peptides and proteins which, by virtue of their chemical and biological properties, demand special systems for their delivery. Theoretically, each of these limitations can be overcome and successful controlled drug delivery can be accomplished by using physical, chemical, biological, and biomedical engineering approaches, alone or in combination, as described in subsequent chapters.

Throughout this chapter, an attempt has been made to delineate the influence of drug properties on the design of sustained/controlled release drug delivery system. Information on the physicochemical properties of a new or existing drug is usually relatively abundant. In addition, with the increase in application of pharmacokinetic analysis, there is a steady growth in the volume of information on the biological parameters of drug action, such as absorption rate constant, biological half-life and volume of distribution, which may also be available to the formulator. When examining animal and clinical data in the literature, th formulator must take into consideration conflicting information which is not uncommon due to differences in experimental design and compartmental analysis of the data. Obviously, many of these uncertainties have to be resolved in the course of evaluating a drug for sustained/controlled drug delivery. Moreover, for some drugs, the various biological parameters behave differently in a single dose vs. a multiple dose situation or in a single dose vs. a continuous infusion situation [490]. Consequently, multiple dose and perhaps continuous infusion studies are a necessary prerequisite in terms of evaluation. Thus, each drug must be evaluated for its potential as a sustained/controlled release product by examining the complete profile for that drug, being cognizant of the limiting and restraining aspects of drug properties.

In this chapter, we have also tried to emphasize the importance of routes other than oral for systemic drug administration. Although the oral route is preferred for the majority of drugs, it is beset with numerous potential problems such as possible degradation, first-pass metabolism, and variable and limited residence time. The transdermal route has proved to be effective for controlled delivery of certain drugs. The nasal route is potentially useful to deliver drugs which undergo extensive first-pass metabolism. The rectal route offers a longer residence time than the nasal and buccal routes and may allow controlled release of drugs for a day or two. Replacement of the defecated unit with a new unit may permit controlled release for extended periods of time. The parenteral route is currently the preferred route to achieve drug targeting since other routes are commonly impermeable to drug carrier complexes. Even

this route is beset with the problem of inability of the drug-carrier complex to traverse the capillary endothelium before reaching its target in extravascular tissues. Thus, drug targeting has met with little success except in the case of direct injection into the target tissues. As a result, placement of the controlled release system in the vicinity of the target tissue becomes the alternative. This modality does improve therapeutic drug efficacy allowing the use of a lower initial dose and less frequent dosing. Ideally, in order to avoid undesirable side effects, drug candidates for local treatment should possess limited permeability or are prone to immediate inactivation after exerting their local actions.

In the final analysis, a complete knowledge and understanding of the behavior of a drug and the limitation of a particular route of administration, as well as judicious selection of the approach, is indispensable to the process of designing a useful controlled release product. It is the usual case that the desired temporal pattern of release, i.e., a constant tissue drug level, is not achieved. In addition, it has to be realized that, without exception, sustained and/or controlled drug release products on the market today do not maximize drug utilization. These products commonly do not take into account changes in drug need during the course of treatment due to circadian rhythm, changes in the pathological state, patient variation, etc. Thus, the term, controlled drug delivery, is used in a rather loose sense. Nevertheless, these types of products are a significant improvement over their nonsustained counterparts in terms of temporal drug level control and patient compliance. The challenge of drug delivery is the recognition of how far away we usually are from maximization of drug therapy and the substantial changes that are yet to be made in the area of controlled drug delivery.

REFERENCES

1. V. F. Smolen and L. A. Ball (eds.), *Controlled Drug Bioavailability*, Vols. 1 and 2, John Wiley, New York, 1984.
2. R. I. Langer and D. L. Wise (eds.), *Medical Applications of Controlled Release*, Vols. 1 and 2, CRC Press, Florida, 1984.
3. S. D. Bruck (ed.), *Controlled Drug Delivery*, Vols. 1 and 2, CRC Press, Florida, 1984.
4. R. L. Juliano, (ed.), *Drug Delivery Systems*, Oxford, New York, 1980.
5. J. M. Anderson and S. W. Kim (ed.), *Recent Advances in Drug Delivery Systems*, Plenum, New York, 1984.
6. Y. W. Chien, *Novel Drug Delivery Systems: Fundamentals, Developmental Concepts and Biomedical Assessments*, Marcel Dekker, New York, 1982.