7. T. J. Roseman and S. Z. Mansdorf (ed.). *Controlled Release Delivery Systems*, Marcel Dekker, New York, 1983.
8. A. F. Kydonienus (ed.), *Controlled Release Technologies: Methods, Theory and Applications*, Vols. 1 and 2, CRC Press, Florida, 1980.
9. P. Goldman, Rate-controlled drug delivery, *N. Engl. J. Med.* 307, 286 (1982).
10. W. A. Check, New drugs and drug-delivery systems in the year 2000, *Am J. Hosp. Pharm.* 41, 1536 (1984).
11. N. L. Henderson, Recent advances in drug delivery system technology, In, *Annual Reports in Medicinal Chemistry*, Vol. 18 (H. J. Hess, ed.), Academic Press, New York, 1983.
12. A. Zaffaroni, Systems for controlled drug delivery, *Med. Res. Rev.* 1, 373 (1981).
13. H. A. Struyker Boudier, Rate-controlled drug delivery: Pharmacological, therapeutic and industrial perspectives, *Trends Pharmacol. Sci.* 3, 162 (1982).
14. S. K. Chandrasekaran, F. Theeuwes, and S. I. Yum, The design of controlled drug delivery systems. In, *Drug Design* (E. J. Ariens, ed.), Vol. 8, Academic Press, New York, 1979, pp. 133–167.
15. O. Vaizoglu and P. Speiser, Intelligent drug delivery systems, *Trends Pharmacol. Sci.* 3, 28 (1982).
16. J. Urquhart, Rate-controlled drug dosage, *Drugs* 23, 207 (1982).
17. L. R. Beck and V. Z. Pope, Controlled-release delivery systems for hormones: a review of their properties and current therapeutic use, *Drugs* 27, 528 (1984).
18. R. A. Siegel and R. Langer, Controlled release of polypeptides and other macromolecules, *Pharm. Res.* 1, 2 (1984).
19. Y. W. Chien and J. R. Robinson, "Smart" drug-delivery systems, *J. Parenter. Sci. Technol.* 36, 231 (1982).
20. E. P. Goldberg (ed.), *Targeted Drugs*, Wiley, New York, 1983.
21. K. Heilman, *Therapeutic Systems*, 2nd ed., George Thieme Verlag, Stuttgurst, 1984.
22. G. S. Banker, Pharmaceutical applications of controlled release: on overview of the past, present, and future. In, *Medical Applications of Controlled Release* (R. S. Langer and D. L. Wise, ed.), CRC Press, Florida, 1984, pp. 1–34.
23. M. V. Sefton, D. G. Allen, V. Horvath, and W. Zingg, Insulin delivery at variable rates. In, *Recent Advances in Drug Delivery* (J. M. Anderson and S. W. Kim, eds.), Plenum Press, New York, 1984, pp. 349–365.
24. T. A. Horbett, B. D. Ratner, J. Kost, and M. Singh, A bioresponsive membrane for insulin delivery. In, *Recent Advances in Drug Delivery* (J. M. Anderson and S. W. Kim, eds.), Plenum Press, New York, 1984, pp. 209–220.
25. F. Theeuwes and W. Bayne, Dosage form index an objective criterion for evaluation of controlled-release drug delivery systems, *J. Pharm. Sci.* 66, 1388 (1977).
26. J. Koch-Weser, Serum drug concentrations as therapeutic guides, *N. Engl. J. Med.* 287, 227 (1972).
27. L. A. Pagliaro and L. Z. Benet, Critical compilation of terminal half-lives, percent excreted unchanged, and changes of half-life in renal and hepatic dysfunctions for studies in humans with references, *J. Pharmacokin. Biopharm.* 3, 333 (1975).
28. M. Gibaldi and P. J. McNamara, Steady-state concentrations of drugs with short half-lives when administered in oral sustained release formulations, *Int. J. Pharm.* 2, 167 (1979).
29. J. Fara and J. Urquhart, The value of infusion and injection regimens in assessing efficacy and toxicity of drugs, *Trends Pharmacol. Sci.* 5, 21 (1984).
30. P. L. Carl, P. K. Chakravarty, J. A. Katzenellenbogen, and M. J. Weber, Protease-activated "produrg" for cancer chemotherapy, *Proc. Natl. Acad. Sci. USA* 77, 2224 (1980).
31. P. K. Chakravarty, P. L. Carl, M. J. Weber, and J. A. Katzenellenbogen, Plasmin-activated prodrugs for cancer chemotherapy. 1. Synthesis and biological activity of peptidylacivicin and peptidylphenylenediamine mustard, *J. Med. Chem.* 26, 633 (1983).
32. P. K. Chakravarty, P. L. Carl, M. J. Weber, and J. A. Katzenellenbogen, Plasmin-activated prodrugs for cancer chemotherapy. 2. Synthesis and biological activity of peptidyl derivatives of doxorubicin, *J. Med. Chem.*, 26, 638 (1983).
33. M. E. Morrison, M. J. Yagi, and G. Cohen, In vitro studies of 2,4-dihydroxyphenylalanine, a prodrug targeted against malignant melanoma cells, *Proc. Natl. Acad. Sci. USA* 82, 6020 (1985).
34. S. S. Davis, J. G. Hardy, M. J. Taylor, D. R. Whaley, and C. J. Wilson, The effect of food on the gastrointestinal transit of pellets and osmotic device (Osmet), *Int. J. Pharm.* 21, 331 (1984).
35. W. H. Barr, J. Adir, and L. Garrettson, Decrease of tetracycline absorption in man by sodium bicarbonate, *Clin. Pharmacol. Ther.* 12, 779 (1971).
36. V. Manninen, K. Ojala, and P. Reisell, New formulation of digoxin, *Lancet* 2, 922 (1972).
37. J. G. Wagner, P. G. Welling, K. O. Lee, and J. E. Walker, In vivo and in vitro availability of commercial warfarin tablets, *J. Pharm. Sci.* 60, 666 (1971).
38. B. Katchen and S. Symchowicz, Correlation of dissolution rate and griseofulvin absorption in man, *J. Pharm. Sci.* 56, 1108 (1967).

57. W. H. Barr and S. Riegelman, Intestinal drug absorption and metabolism. I. Comparison of methods and models to study physiological factors of in vitro and in vivo intestinal absorption. *J. Pharm. Sci. 59*, 154 (1970).
58. C. C. Booth, Sites of absorption in the small intestine. *Fed. Proc., 26*, 1583 (1967).
59. M. Weiner, S. Shapiro, J. Axelrod, J. Cooper, and B. Brodie. The physiological disposition of dicumarol in man, *J. Pharmacol. Exp. Ther. 99*, 409 (1950).
60. R. M. Levine, M. R. Blair, and B. B. Clark, Factors influencing the intestinal absorption of certain mono-quaternary anticholinergic compounds with special reference to benzomethamine. *J. Pharmacol. Exp. Ther. 114*, 78 (1955).
61. L. Weinstein, Antibiotics. IV. Miscellaneous antimicrobial, antifungal, and antiviral agents. In, *The Pharmacological Basis of Therapeutics* (L. S. Goodman and A. Gilman, eds.), 4th Ed.. Macmilan, New York, 1970, p. 1269.
62. G. Levy and W. J. Jusko, Factors affecting the absorption of riboflavin in man, *J. Pharm. Sci. 55*, 285 (1966).
63. A. B. Morrison, C. B. Perusse, and J. A. Campbell, Physiologic availability and in vitro release of riboflavin in sustained-release vitamin preparations, *N. Engl. J. Med. 263*, 115 (1960).
64. E. B. Brown, Jr. and B. W. Justus, In vitro absorption of radioiron by everted pouches of rat intestine, *Am. J. Physiol. 194*, 319 (1958).
65. R. E. Reed, Iron deficiency anemia "refractory" to oral iron, *Missouri Med. 66*, 120 (1969).
66. C. E. Blezek, J. L. Lach, and J. K. Guillory, Some dissolution aspects of ferrous sulfate tablets, *Am. J. Hosp. Pharm. 27*, 533 (1970).
67. E. J. Middleton, E. Nagy, and A. B. Morrison, Studies on the absorption of orally administered iron from sustained-release preparations, *N. Engl. J. Med. 274*, 136 (1966).
68. P. Crosland-Taylor, D. H. Keeling, and B. W. Cromie, Trial of slow-release tablets of ferrous sulfate, *Curr. Ther. Res. 7*, 244 (1965).
69. T. H. Bothwell, G. Pirzio-Biroli, and C. A. Finch, Iron absorption. I. Factors influencing absorption, *J. Lab. Clin. Med. 51*, 24 (1958).
70. I. M. Baird, R. L. Walters, and D. R. Sutton, Absorption of slow-release iron and effects of ascorbic acid in normal subjects and after partial gastrectomy, *Br. Med. J. 4*, 505 (1974).
71. J. J. Webster, Treatment of iron deficiency anemia in patients with iron intolerance: clinical evaluation of controlled-release form of ferrous sulfate, *Curr. Ther. Res. 4*, 130 (1962).
72. S. T. Callender, Quick and slow-release iron: a double-blind trial with a single daily dose regimen, *Br. Med. J. 4*, 531 (1969).

39. T. R. Bates, D. A. Lambert, and W. H. Jones, Correlation between the rate of dissolution and absorption of salicylamide from tablet and suspension dosage forms, *J. Pharm. Sci. 58*, 1468 (1969).
40. C. Hansch and W. J. Dunn, II, Linear relationships between lipophilic character and biological activity of drugs, *J. Pharm. Sci. 61*, 1 (1972).
41. T. Fujita, J. Iwasa, and A. Hansch, A substituent constant, $\pi$, derived from partition coefficients, *J. Am Chem. Soc. 86*, 5175 (1964).
42. B. Keerman, K. Hellstrom, and A. Rosen, Metabolism of propantheline in man, *Clin. Pharm. Ther. 13*, 212 (1972).
43. W. H. Bachrach, Anticholinergic drugs, *Am. J. Digest. Dis. 3*, 743 (1958).
44. B. K. Martin, Potential effects of the plasma proteins on drug distribution, *Nature 207*, 274 (1965).
45. J-P. Tillement, G. Houin, R. Zini, S. Urien, B. Albengres, The binding of drugs to blood plasma macromolecules, *Recent Adv. Drug Res. 13*, 59 (1984).
46. L. D. De Leve and K. M. Piasky, Clinical significance of plasma binding of basic drugs, *Trends Pharmacol Sci. 3*, 283 (1981).
47. M. Rowland, Protein binding and drug clearance, *Clin. Pharmacokin. 9*, (Suppl. 1), 10 (1984).
48. J. J. Mackichan, Pharmacokinetic consequences of drug displacement from blood and tissue proteins, *Clin. Pharmacokin. 9*, (Suppl.), 32 (1984).
49. B. K. Martin, Kinetics of elimination of drugs possessing high affinity for the plasma proteins, *Nature 207*, 959 (1965).
50. R. R. Levine, The influence of the intraluminal intestinal milieu on absorption of an organic cationic and anionic agent, *J. Pharmacol. Exp. Ther. 131*, 328 (1961).
51. K. Park, S. L. Cooper, and J. R. Robinson, Bioadhesive hydrogels. In, *Hydrogels in Medicine and Pharmacy* (N. Peppas, ed.), Vol. 2, CRC Press, Boca Raton (in press).
52. S. S. Chrai, T. F. Patton, A. Mehta, and J. R. Robinson, Lacrimal and instilled fluid dynamics in rabbit eyes, *J. Pharm. Sci., 62*, 1112 (1973).
53. V. H. L. Lee and J. R. Robinson, Mechanistic and quantitative evaluation of precorneal pilocarpine disposition in albino rabbits, *J. Pharm. Sci. 68*, 673 (1979).
54. H. A. Quigley, I. P. Pollack, and T. S. Harbin, Jr., Pilocarpine Ocuserts: long-term clinical trials and selected pharmacodynamics, *Arch. Ophthalmol. 93*, 771 (1975).
55. E. R. Garrett, Drug systems affecting availability and reliability of response, *J. Am. Pharm. Assoc. NS9*, 110 (1969).
56. R. R. Sheline, Metabolism of foreign compounds by gastrointestinal microorganisms, *Pharmacol. Rev. 25*, 451 (1973).

66 / *Li et al.*

73. D. P. Bentley and A. Jacobs, Accumulation of storage iron in patients treated for iron-deficiency anemia, *Br. Med. J. 2*, 64 (1975).
74. G. J. Mouratoff and R. C. Batterman, Serum iron absorption tests of sustained-release form of oral iron, *J. New Drugs 1*, 157 (1961).
75. T. P. Stevenson, Therapeutic assay of sustained-release form of oral iron, *Curr. Ther. Res. 4*, 107 (1962).
76. L. B. Posner and F. Wilson, Evaluation of sustained-release molybdenized ferrous sulfate in iron-deficiency anemia of pregnancy, *J. New Drugs 3*, 155 (1963).
77. E. Krüger-Thiemer, W. Diller, L. Dettli, P. Bunger, and J. Seydel, Demonstration des Einflusses der Eiweissbindung und der Ionisation duf die Pharmackokinetick am kombinierten gaskinetischen Modell nach van't Hoff and Langmuir, *Antibiot. Chemother. 12*, 171 (1964).
78. E. Krüger-Thiemer and P. Bunger, The role of therapeutic regimen in dosage design. Part I, *Chemotherapia 10*, 61 (1965–1966).
79. E. Krüger-Thiemer and P. Bunger, The role of therapeutic regimen in dosage design. Part II, *Chemotherapia 10*, 129 (1965–1966).
80. E. Krüger-Thiemer, P. Bunger, L. Kettli, P. Spring, and E. Wempe, Dosage regimen calculation of chemotherapeutic agents. Part III. Sulfasymazine, *Chemotherapia 10*, 325 (1965–1966).
81. E. Krüger-Thiemer, W. Diller, and P. Bunger, Pharmacokinetic models regarding protein binding of drugs. In, *Antimicrobial Agents and Chemotherapy—1965* (G. L. Hobby, ed.), American Society of Microbiology, Ann Arbor, Mi., 1966, pp. 183–191.
82. S. Riegelman, J. C. K. Loo, and M. Rowland, Shortcomings in pharmacokinetic analysis by conceiving the body to exhibit properties of a single compartment, *J. Pharm. Sci. 57*, 117 (1968).
83. M. Gibaldi, R. Nagashima and G. Levy, Relationship between drug concentration in plasma or serum and amount of drug in the body, *J. Pharm. Sci. 58*, 193 (1969).
84. A. R. DiSanto and J. G. Wagner, Potential erroneous assignment of nonlinear data to the classical linear two-compartment open model, *J. Pharm. Sci. 61*, 552 (1972).
85. T. Taylor, L. F. Chasseaud, R. Major, E. Doyle, and A. Darragh, Isosorbide 5-mononitrate pharmacokinetics in humans, *Biopharm. Drug Disp. 2*, 255 (1981).
86. M. M. Reidenberg, D. Drayer, A. L. DeMarco, and C. T. Bello, Hydralazine elimination in man, *Clin. Pharmacol. Ther. 14*, 970 (1973).
87. H. F. Schran, F. L. S. Tse and S. I. Bhuta, Pharmacokinetics and pharmacodynamics of bromocriptine in the rat, *Biopharm. Drug Disp. 6*, 301 (1985).

*Influence of Drug Properties on Design* / 67

88. C. B. Coutinho, H. E. Spiegel, S. A. Kaplan, M. Yu, R. P. Christian, J. J. Carbone, J. Symington, J. A. Cheripko, M. Lewis, A. Tonchen, and T. Crews, Kinetics of absorption and excretion of levodopa in dogs, *J. Pharm. Sci. 60*, 1014 (1971).
89. W. B. Abrams, C. B. Coutinho, A. S. Leon, and H. E. Spiegel, Absorption and metabolism of levodopa, *JAMA 218*, 1912 (1971).
90. M. Sandler, F. Karoum, and C. R. J. Ruthven, M-hydroxyphenylacetic acid formation from L-dopa in man: Suppression by neomycin, *Science 166*, 1417 (1969).
91. M. Sandler, C. R. J. Ruthven, B. L. Goodwin, K. R. Hunter, and G. M. Stern, Variation of levodopa metabolism with gastrointestinal absorption site, *Lancet 1*, 238 (1974).
92. A. C. Woods, G. A. Glaubiger, and T. N. Chase, Sustained-release levodopa, *Lancet 1*, 1391 (1973).
93. G. Curzon, J. Friedel, L. Grier, C. D. Marsden, J. D. Parkes, M. Shipley, and K. J. Zilkha, Sustained-release levodopa, *Lancet 1*, 781 (1973).
94. D. Perrier and M. Gibaldi, Influence of first-pass effect on the systemic availability of propoxyphene, *J. Clin. Pharmacol. 12*, 449 (1972).
95. W. H. Barr and S. Riegelman, Intestinal drug absorption and metabolism. II. Kinetic aspects of intestinal glucuronide conjugation, *J. Pharm. Sci. 59*, 164 (1970).
96. G. Levy and J. J. Matsuzawa, Pharmacokinetics of salicylamide in man, *J. Pharmacol. Exp. Ther. 156*, 285 (1967).
97. R. Johansson, C. G. Regardh, and J. Sjogren, Absorption of alprenolol in man from tablets with different rates of release, *Acta. Pharm. Suec. 8*, 59 (1971).
98. J. G. Wagner, E. J. Antal, A. T. Elvin, W. R. Gillespie, E. A. Pratt, and K. S. Albert, Theoretical decrease in systemic availability with decrease in input rate at steady-state for first-pass drugs, *Biopharm. Drug Disp. 6*, 341 (1985).
99. E. M. Johnson, Jr., A. B. Hrkey, D. J. Biehm, and P. Needleman, Clearance and metabolism of organic nitrates, *J. Pharmacol. Exp. Ther. 182*, 56 (1972).
100. P. Needleman, S. Lang, and E. M. Johnson, Jr., Organic nitrates: Relationship between biotransformation and rational angina pectoris therapy, *J. Pharmacol. Exp. Ther. 181*, 489 (1972).
101. D. G. Friend, J. P. O'Hare, and H. D. Levine, Action of triethanolamine trinitrate in angina pectoris, *Am. Heart J. 48*, 775 (1954).
102. M. G. Bogaert, M. T. Rosseel, and A. F. deSchaepdryver, The metabolic fate of nitroglycerin (Trinitrin) in relation to its vascular effects, *Eur. J. Pharmacol. 12*, 224 (1970).
103. R. A. Turner, Absorption of nitroglycerin from the alimentary tract of the rabbit, *J. Pharm. Sci. 54*, 464 (1965).

*Influence of Drug Properties on Design* / 69

119. D. Schuppany, S. Riegelman, B. von Lehmann, A. Pilbrandt, and C. Becker, Preliminary pharmacokinetics studies of propylthiouracil in humans, *J. Pharmacokinet. Biopharm.* 1, 307 (1973).

120. D. G. Shand and R. E. Rangno, The disposition of propranolol. I. Elimination during oral absorption in man, *Pharmacology* 7, 159 (1972).

121. G. H. Evans, A. S. Nies, and D. G. Shand, The disposition of propranolol. III. Decreased half-life and volume of distribution as a result of plasma binding in man, monkey, dog and rat, *J. Pharmacol. Exp. Ther.* 186, 114 (1973).

122. K. Verebely and C. E. Inturrisi, Disposition of propoxyphene in man after a single oral dose, *Clin. Pharmacol. Ther.* 15, 302 (1974).

123. L. Graffner, G. Johansson, and J. Sjogren, Pharmacokinetics of procainamide intravenously and orally as conventional and slow-release tablets, *Clin. Pharmacol. Ther.* 17, 414 (1975).

124. J. Koch-Weser, S. W. Klein, L. L. Foo-Canto, J. A. Kaster, and R. W. DeSantis, Antiarrhythmic prophylaxis with procainamide in acute myocardial infarction, *N. Engl. J. Med.* 281, 1253 (1969).

125. J. Koch-Wester and S. W. Klein, Procainamide dosage schedules, plasma concentrations and clinical effects, *JAMA* 215, 1454 (1971).

126. R. Ruosteenoja, P. Torsti, and A. Sothmann, Experiences on a sustained-release procainamide preparation, *Curr. Ther. Res.* 15, 707 (1973).

127. E. Karlsson, Plasma levels of procainamide after administration of conventional and sustained-release tablets, *Eur. J. Clin. Pharmacol.* 6, 245 (1973).

128. R. J. Levine and A. Sjoerdsma, Estimation of monoamine oxidase activity in man: techniques and applications, *Ann. NY Acad. Sci.* 107, 966 (1963).

129. J. C. Harter, W. J. Reddy, and G. W. Thorn, Studies on an intermittent corticosteroid dosage regimen, *N. Engl. J. Med.* 269, 591 (1963).

130. C. J. Falliers, H. Chai, L. Molk, H. Bane, and R. R. de A. Cardoso, Pulmonary and adrenal effects of alternate-day corticosteroid therapy, *J. Allergy Clin. Immunol.* 49, 156 (1972).

131. M. E. Jacobson, The rationale of alternate-day corticosteroid therapy, *Postgrad Med.* 49, 181 (1971).

132. J. G. Wagner, O. W. Carpenter, and E. J. Collins, Sustained action oral medication. I. A quantitative study of prednisolone in man, in the dog, and in vitro, *J. Pharmacol. Exp. Ther.* 129, 101 (1960).

133. C. J. Migeon, F. K. Tyler, J. P. Mahoney, A. A. Florentin, H. Castle, E. L. Bliss, and L. T. Samuels, The diurnal variation

68 / *Li et al.*

104. I. R. E. Pilkington and J. J. Purves, Long acting glyceryl trinitrate in angina pectoris of out-patients, *Br. Med. J.* 1, 38 (1960).

105. T. Winsor, H. Kaye, and B. Mills, Hemodynamic response of oral long-acting nitrates: evidence of gastrointestinal absorption, *Chest* 62, 407 (1972).

106. I. Hirshleifer, Peripheral hemodynamic effects of oral controlled-release nitroglycerin (Nitrong) in man, *Curr. Ther. Res.* 15, 158 (1973).

107. H. I. Russek, B. L. Zohman, A. E. Drumm, W. Weingarten, and V. J. Dorset, Long acting coronary vasodilator drugs: Metamine, Paveril, Nitroglyn, and Peritrate, *Circulation* 12, 169 (1955).

108. W. Modell, Clinical pharmacology of antianginal drugs, *Clin. Pharmacol. Ther.* 3, 97 (1962).

109. S. H. Curry and S. M. Aburawi, Analysis, disposition and pharmacokinetics of nitroglycerin, *Biopharm. Drug Disp.* 6, 235 (1985).

110. M. H. Wendkos and N. Meshulam, Comparative effects of placebo and sustained-release nitroglycerin in angina subjects, *J. Clin. Pharmacol.* 13, 160 (1973).

111. M. Preti, G. Abbondati, and C. Carpi, Protective action of a sustained release form of nitroglycerin in an infarct experimentally induced by isoproterenol in the rat, *Boll. Chim. Farm.* 108, 576 (1969).

112. L. W. Dittert, Pharmacokinetic considerations in clinical drug trials, *Drug Intell. Clin. Pharm.* 8, 222 (1974).

113. P. J. Niebertgall, E. T. Sugita, and R. L. Schnaare, Potential dangers of common drug dosing regimen, *Am. J. Hosp. Pharm.* 31, 53 (1974).

114. K. R. Heimlich, D. R. MacDonnell, T. L. Flanagan, P. D. O'Brien, Evaluation of a sustained-release form of phenylpropanolamine hydrochloride by urinary excretion studies, *J. Pharm. Sci.* 50, 232 (1961).

115. F. O'Grady, W. R. L. Brown, H. Gaya, and I. P. MacKintosh, Antibiotic levels on continuous intravenous infusion, *Lancet* 2, 209 (1971).

116. H. S. Brown, S. M. Caiola, F. M. Eckel, D. C. McCleod, C. C. Pulliam, and H. B. Woodhall, Cephalexin, *Drug Intell. Clin. Pharm.* 5, 134 (1971).

117. R. E. Cutler, Pharmacokinetics of furosemide in normal subjects and functionally anephric patients, *Clin. Pharmacol. Ther.* 16, 588 (1974).

118. J. Kampmann, J. M. Hansen, K. Siersbaek-Nielsen, and H. Laursen, Effects of some drugs on penicillin half-life in blood, *Clin. Pharmacol. Ther.* 13, 516 (1972).

70 / Li et al.

134. of plasma levels and urinary excretion of 17-hydroxycorticosteroids in normal subjects, night workers and blind subjects, *J. Clin. Endocrinol. Metab. 16*, 622 (1956).
135. R. E. Peterson, Metabolism of adrenocorticosteroids in man, *Ann. NY Acad. Sci. 82*, 846 (1959).
136. P. F. D'Arcy, J. P. Griffin, J. S. Jenkins, W. F. Kirk, and A. W. C. Peacock, Sustained-release formulation of prednisolone administered orally to man, *J. Pharm. Sci. 60*, 1028 (1971).
137. I. I. Lubowe, Sustained-release oral methylprednisolone in dermatology: a clinical evaluation, *Curr. Ther. Res. 4*, 111 (1962).
138. E. Nelson, Pharmaceuticals for prolonged action, *Clin. Pharmacol. Ther. 4*, 283 (1963).
139. G. W. Thorn, R. E. Fuisz, and R. C. Fuisz, *Steroid Therapy: A Clinical Update for the 1970s*, Medcom, New York, 1971.
140. J. J. Burns, R. K. Rose, T. Chenkin, A. Goldman, A. Schulert, and B. B. Rodie, The physiological disposition of phenylbutazone (Butazolidin) in man and a method for its elimination in biological material, *J. Pharmacol. Exp. Ther. 109*, 346 (1953).
141. D. T. Carr and A. G. Karlson, Optimal dosage regimens of antituberculosis drugs, *Am. Rev. Respir. Dis. 84*, 90 (1961).
142. F. J. Roberts, Single daily dose treatment of psychiatric patients with phenothiazine derivatives, *J. Ment. Sci. 107*, 104 (1961).
143. L. E. Hollister, Studies of delayed-action medication. I. Meprobamate administered as conventional tablets and as two delayed action capsules, *N. Engl. J. Med. 266*, 281 (1962).
144. I. Haides, Single daily dose of a new form of amitriptyline in depressive illness, *Br. J. Psychiatry 120*, 521 (1972).
145. Anon., Two new antidepressive preparation, *Drug Ther. Bull. 9*, 99 (1971).
146. J. R. Gomez and G. Gomez, Depression in general practice: comparison between thrice daily amitriptyline tablets and a single sustained-release capsule at night, *Br. J. Clin. Pract. 26*, 33 (1972).
147. L. E. Hollister, S. H. Curry, J. E. Doerr, and S. L. Kanter, Studies of delayed-action medication. V. Plasma levels and urinary excretion of four different dosage form of chlorpromazine, *Clin. Pharmacol. Ther. 11*, 49 (1970).
148. T. J. Mellinger, Serum concentrations of thioridazine after different oral medication form, *Am. J. Psychiatry 121*, 1119 (1965).
149. L. E. Hollister, Studies of prolonged-action medication. II. Two phenothiazine tranquilizers (thiroidazine and chlorpromazine) administered as coated tablets and prolonged-action preparations, *Curr. Ther. Res. 4*, 471 (1962).

Influence of Drug Properties on Design / 71

149. M. Hruska, B. Morris, and J. J. Hsu, Therapeutic effects of different modes of chlorpromazine administration, *Dis. Nerv. Syst. 27*, 522 (1966).
150. C. Bartlett, Comparison of thioridazine tablets to chlorpromazine spansules in the maintenance care of chronic schizophrenics, *Curr. Ther. Res. 13*, 100 (1971).
151. H. M. Solomon and J. J. Schrogie, The anticoagulant response to bishydroxycoumarin. I. The role of individual variation, *Clin. Pharmacol. Ther. 8*, 66 (1967).
152. M. A. Schwartz, E. Postma, and Z. Gaunt. Biological half-life of chlordiazepoxide and its metabolite, demoxepam, in man, *J. Pharm. Sci. 60*, 1500 (1971).
153. H. W. Jun and E. J. Triggs, Blood levels of chlorphentermine in man, *J. Pharm. Sci. 59*, 206 (1970).
154. J. A. Taylor, Pharmacokinetics and biotransformation of chlorpropamide in man, *Clin. Pharmacol. Ther. 13*, 710 (1972).
155. B. Pepitpierre, L. Perrin, M. Rudhardt, A. Herreru, and J. Fabre, Behavior of chlorpropamide in renal insufficiency and under the effect of associated drug therapy, *Int. J. Clin. Pharmacol. Ther. Toxicol. 6*, 120 (1972).
156. L. Hillestad, T. Hansen, and M. Melsom, Diazepam metabolism in normal man. 2. Serum concentration and clinical effect after oral administration and cumulation, *Clin. Pharmacol. Ther. 16*, 485 (1974).
157. U. Klotz, G. R. Avant, A. Hoyumpa, S. Schanker, and G. R. Wilkinson, Effects of age and liver disease on the disposition and elimination of diazepam in adult man, *J. Clin. Invest. 55*, 247 (1975).
158. L. M. Cummins, Y. C. Martin, and E. E. Scherfling, Serum and urine levels of ethchlorvynol in man, *J. Pharm. Sci. 60*, 261 (1971).
159. J. E. Doherty, Digitalis glycosides pharmacokinetics and their clinical implications, *Ann. Intern. Med. 79*, 299 (1973).
160. L. Storstein, Studies on digitalis. 1. Renal excretion of digitoxin and its cardioactive metabolites, *Clin. Pharmacol. Ther. 16*, 14 (1974).
161. J. E. Doherty, W. H. Perkins, and G. K. Mitchell, Tritiated digoxin studies in human subjects, *Arch. Intern. Med. 108*, 531 (1961).
162. C. McMartin, R. K. Rondel, J. Vinter, B. R. Allan, P. M. Humberstone, A. W. D. Leisman, G. Sandler, and J. L. Thirkettle, The fate of guanethidine in two hypertensive patients, *Clin. Pharmacol. Ther. 11*, 423 (1970).
163. L. E. Hollister and G. Levy, Kinetics of meprobamate elimination in humans, *Chemotherapia 9*, 20 (1964).
164. K. Arnold, Rate of decline of diphenylhydantoin in human plasma, *Clin. Pharmacol. Ther. 11*, 121 (1970).

72 / Li et al.

165. M. C. MacDonald, D. S. Robinson, D. Sylvester, and J. J. Jeffe, The effects of chloral betaine and glutethimide administration on warfarin plasma levels and hypoprothrombinemic response in man, *Clin. Pharmacol. Ther.* 10, 80 (1969).
166. J. G. Wagner, Aspects of pharmacokinetics and biopharmaceutics in relation to drug activity, *Am. J. Pharm.* 141, 5 (1969).
167. H. Nau, R. Zierer, H. Spielmann, D. Neubert, and C. Gansau, A new model for embryotoxicity testing: tetratogenicity and pharmacokinetics of valproic acid following constant-rate administration in the mouse using human therapeutic drug and metabolite concentrations, *Life Sci.* 29, 2803 (1981).
168. B. I. Sikic, J. M. Collins, E. G. Mimnaugh, and T. E. Gram, Improved therapeutic index of bleomycin when adminsitered by continuous infusion in mice, *Cancer Treat. Rep.* 62, 2011 (1978).
169. B. Eckstein, K. Shaw, and G. Stern, Sustained-release levodopa in Parkinsonism, *Lancet* 1, 431 (1973).
170. B. W. McGuiness and J. B. Parkin, New long-acting formulation of chlorpheniramine maleate in hay fever, *Br. J. Clin. Pract.* 25, 139 (1971).
171. G. Levy and B. A. Hayes, Physicochemical basis of the buffered acetylsalicylic acid controversy, *N. Engl. J. Med.* 262, 1053 (1960).
172. V. Herbert, Drugs effective in iron-deficiency and other hypochronic anemias. In, *The Pharmacological Basis of Therapeutics* (L. S. Goodman and A. Gilman, eds.), 4th ed., Macmillan, New York, 1970, p. 1045.
173. AMA Department of Drugs, *AMA Drug Evaluations*, 2nd ed., American Medical Association, Chicago, 1973, p. 183.
174. C. Boroda, R. B. Miller, S. T. Leslie, E. G. Nicol, and I. Thomson, Comparison of the bioavailability of aminophylline in a conventional base and in a continuous release base, *J. Clin. Pharmacol.* 13, 383 (1973).
175. J. R. Hoon, Bleeding gastritis induced by long-term release aspirin, *JAMA* 229, 841 (1974).
176. E. Jacobs and J. Pringot, Gastric ulcers due to the intake of potassium chloride, *Am. J. Digest. Dis.* 18, 289 (1973).
177. D. R. Baker, W. H. Schrader, and C. R. Hitchcock, Small-bowel ulceration apparently associated with thiazide and potassium therapy, *JAMA* 190, 586 (1964).
178. L. Gee, B. Berg, T. G. Tong, and C. Becker, Enteric-coated potassium supplements, *JAMA* 228, 975 (1974).
179. J. M. Jefferson and P. Aukland, Enteric-coated potassium chloride: A continuous hazard, *Br. Med. J.* 1, 456 (1974).
180. W. Hasker and J. McCaffrey, Ulceration of a Meckel's diverticulum due to a potassium chloride tablet, *Med. J. Aust.* 2, 261 (1972).

*Influence of Drug Properties on Design* / 73

181. B. L. Phillips, Potassium-induced bowel ulceration, *Br. J. Clin. Pract.* 28, 143 (1974).
182. W. H. Thomas, Measurement of dissolution rates of potassium chloride from various slow release potassium chloride tablets using a specific ion electrode, *J. Pharm. Pharmacol.* 25, 27 (1973).
183. E. L. Tarpley, Controlled-release potassium supplementation, *Curr. Ther. Res.* 16, 734 (1974).
184. C. Graffner and J. Sjogren, Potassium absorption from sustained-release tablets, *Acta Pharm. Suec.* 8, 13 (1971).
185. T. J. McKenna, J. F. Donohoe, J. J. Healy, B. Canning, and F. P. Muldowney, Potassium-sparing agents during diuretic therapy in hypertension, *Br. Med. J.* 2, 739 (1971).
186. E. M. Clarkson, Slow sodium: an oral slowly released sodium chloride preparation, *Br. Med. J.* 3, 604 (1971).
187. Anon., Slow Na, *Drug Ther. Bull.* 9, 98 (1971).
188. M. A. Schneiderman, M. H. Myers, Y. S. Sathe, and P. Kofsky, Toxicity, the therapeutic index and the ranking of drugs, *Science* 144, 1212 (1964).
189. O. Jardetzky, On the quantitative evaluation of pharmacologic agents, *J. New Drugs* 6, 203 (1966).
190. T. Rudy, personal communication, 1976.
191. J. H. Gaddum, *Pharmacology*, Oxford University Press, New York, 1953.
192. C. A. Winter, A study of comparative antihistaminic activity of six compounds, *J. Pharmacol. Exp. Ther.* 90, 224 (1947).
193. J. C. Krantz, Jr., C. J. Carr, and B. N. La Du, Jr., *The Medical Principles of Medical Practice*, 7th ed., William & Wilkins, Baltimore, 1969, p. 28.
194. B. S. Katcher, Rheumatoid arthritis, *J. Am. Pharm. Assoc.* NS12, 383 (1972).
195. E. H. Wiseman, Plasma salicylate concentrations following chronic administration of aspirin as conventional and sustained-release tablets, *Curr. Ther. Res.* 11, 681 (1969).
196. J. B. Dick-Smith, Pilot trial of sustained-release aspirin (Bi-Prin), *Med. J. Aust.* 1, 18 (1970).
197. E. H. Wiseman and N. J. Federici, Development of a sustained-release aspirin tablet, *J. Pharm. Sci.* 57, 1535 (1968).
198. M. S. Vora, Z. J. Zimmer, and P. V. Maney, Sustained-release aspirin tablet using an insoluble matrix, *J. Pharm. Sci.* 53, 487 (1964).
199. S. C. Harvey, Gastric antacids and digestants. In, *The Pharmacological Basis of Therapuetics* (L. S. Goodman and A. Gilman, eds.), 4th ed., Macmillan, New York, 1965, p. 1013.
200. W. A. Sodeman, Jr., N. A. Augur, and H. M. Pollard, Physiology and pharmacology of belladonna therapy in antipeptic disease, *Med. Clin. North Am.* 53, 1379 (1969).