201. D. R. Reese, S. M. Free, J. V. Swintosky, and M. I. Grossman, The effect of dosage forms on the duration and continuity of belladonna alkaloids, *Am. J. Dig. Dis.* 4, 220 (1958).
202. H. Burness, Clinical evaluation of a sustained-release belladonna preparation, *Am. J. Dig. Dis.* 22, 111 (1955).
203. A. M. Kasich, Relief of nocturnal pain in duodenal ulcer, *Am. J. Gastroenterol.* 33, 66 (1960).
204. M. H. Alp and A. K. Grant, Effect of sustained-release hexocyclium tablets on gastric acid secretion, *Med. J. Aust.* 1, 337 (1969).
205. R. A. Kerr, Angina pectoris, *J. Am. Pharm. Assoc.* NS12, 178 (1972).
206. M. Kamil and I. Klinger, Timed disintegration capsules of pentaerythritol tetranitrate in a selected angina group, *NY State J. Med.* 59, 3398 (1959).
207. T. M. Feinblatt and E. A. Ferguson, Timed-disintegration capsules: a further study. An in vivo roentgenographic study, blood level study and relief of angina pain with pentaerythritol tetranitrate, *N. Engl. J. Med.* 256, 331 (1957).
208. J. L. Schelling and L. Lasagna, A study of cross-tolerance to circulatory effects of organic nitrates, *Clin. Pharmacol. Ther.* 8, 256 (1967).
209. A. Wilson, The modification of the duration of drug action, *J. Pharm. Pharmacol.* 11, 446 (1959).
210. J. S. Takahashi and M. Zatz, Regulation of circadian rhythmicity, *Science* 217 1104 (1982).
211. J. A. Martinex-O'Gerrall, Circadian rhythms, *J. Occup. Med.* 10, 305 (1968).
212. G. G. Luce, *Biological Rhythms in Psychiatry and Medicine*, National Institute of Mental Health, Bethesda, Md, 1970.
213. C. E. Brush and R. Fayerweather, Observations on the changes in blood pressure during normal sleep, *Am. J. Physiol.* 5, 199 (1901).
214. H. Brooks and J. H. Carroll, Clinical study of the effects of sleep and rest blood pressure, *Arch Intern. Med.* 10, 97 (1912).
215. T. Aimoto, B. H. Rohde, G. C. Y. Chiou, and J. K. Lauber, N-Acetyltransferase activity and melatonin level in the eyes of glaucomtous chickens, *J. Ocular Pharmacol.* 1, 149 (1985).
216. E. Marte and F. Halberg, Circadian susceptibility in relation to administration of pharmacologic agents, *Fed. Proc.* 20, 305 (1961).
217. E. Haus and F. Halberg, 24-hour rhythm in susceptibility of C Mice to a toxic dose of ethanol, *J. Appl. Physiol.* 14, 878 (1959).
218. P. J. Wedlund and R. H. Levy, Time-dependent kinetics VII: Effect of diurnal oscillations on the time course of carbamazepine autoinduction in the rhesus monkey, *J. Pharm. Sci.* 72, 905 (1983).
219. E. L. Dubois and D. C. Adler, Single daily dose oral administration of corticosteroids in rheumatic disorders: An analysis of its advantages, efficacy and side effects. *Curr. Ther. Res.* 5, 43 (1963).
220. R. J. Jarrett and H. Keen, Diurnal variation of oral glucose tolerance: a possible pointer to the evolution of diabetes mellitus, *Br. Med. J.* 2, 341 (1969).
221. N. S. Hayner, M. D. Kjelsberg, F. H. Epstein, and T. Francis. Carbohydrate tolerance and diabetes in a total community, Tecumseh, Michigan. I. Effects of age, sex and test conditions on one-hour glucose tolerance in adults, *Diabetes* 14, 413 (1965).
222. N. Freinkel, M. Mager, and L. Vinnick, Cyclicity in the interrelationships between plasma insulin and glucose during starvation in normal young men, *J. Lab. Clin. Med.* 17, 171 (1968).
223. C. Faiman and J. A. Morrhouse, Diurnal variation in the levels of glucose and related substances in healthy and diabetic subjects during starvation, *Clin. Sci.* 32, 111 (1967).
224. A. N. Rigas, A. H. Bittles, D. R. Hadden, and D. A. D. Montgomery, Circadian variation of glucose, insulin and free fatty acids during long-term use of oral hypoglycemic agents in diabetes mellitus, *Br. Med. J.* 4, 25 (1968).
225. M. A. Kimble, Diabetes, *J. Am. Pharm. Assoc.* NS14, 80 (1974).
226. W. J. M. Hruschesky, Circadian timing of cancer chemotherapy. *Science* 228, 73 (1985).
227. S. A. Nicholson, T. E. Adrian, A. J. Bacarese-Hamilton, B. Gillham, M. T. Jones, and S. R. Bloom, 24-Hour variation in content and release of hypothalamic neuropeptides in the rat, *Reg. Peptides* 7, 385 (1983).
228. G. Leyendecker, T. Struve, and E. J. Plotz, Induction of ovulation with chronic intermittent (pulsatile) administration of LH-RH in women with hypothalamic and hyperprolactinemic amenorrhea. *Arch. Gynecol.* 229, 117 (1980).
229. W. F. Crowley Jr. and J. W. McArthur, Stimulation of the normal menstrual cycle in Kallman's syndrome by pulsatile administration of luteinizing hormone-releasing hormone (LHRH). *J. Clin. Endocrinol. Metab.* 51, 173 (1980).
230. G. Leyendecker, L. Wildt and M. Hansmann, Pregnacies following chronic intermittent (pulsatile) administration of Gn-RH by means of a portable pump ("Zyklomat")—A new approach to the treatment of infertility in hypothalamic amenorrhea, *J. Clin. Endocrinol. Metab.* 51, 1214 (1980).
231. C. S. Tam, J. N. M. Heersche, T. M. Murray, and J. A. Parsons, Parathyroid hormone stimulates the bone apposition rate

independently of its resorptive action: Differential effects of intermittent and continuous administration, *Endocrinology* 110, 506 (1982).

232. A. Soll, C. R. Kahn, D. M. Neville, Jr. and J. Roth, Insulin receptor deficiency in genetic and acquired obesity, *J. Clin. Invest.* 56, 779 (1975).

233. J. R. Gavin, J. Roth, D. M. Neville, P. deMeyts, and D. N. Buell, Insulin dependent regulation of insulin receptor concentrations: a direct demonstration in cell culture, *Proc. Natl. Acad. Sci. USA* 71, 84 (1974).

234. A. J. W. Hsuen, H. L. Dufau, and K. J. Catt, Regulation of luteinzing hormone receptors in testicular cells by gonadotropin, *Biochem. Biophys. Res. Commun.* 72, 1145, 1976.

235. M. A. Lesniak and J. Roth, Regulation of receptor concentration by homologous hormone. Effect of human growth hormone on its receptor in IM-9 lymphocytes, *J. Biol. Chem.* 251, 3720 (1976).

236. P. M. Hinkle and A. H. Tashjian, Jr., Thyrotropin-releasing hormone regulates the number of its own receptors in the GH3 strain of pituitary cells in culture, *Biochemistry* 14, 3845 (1975).

237. P. E. Belchetz, T. M. Plant, Y. Nakai, E. J. Keogh, and E. Knobil, Hypophyseal responses to continuous and intermittent delivery of hypothalamic gonadotropin-releasing hormone, *Science* 202, 631 (1978).

238. H. J. Lynch, R. W. Rivest, and R. J. Wurtman, Artificial induction of melatonin rhythms by programmed microinfusion. *Neuroendocrinology* 31, 106 (1980).

239. J. V. Moore, Dose-response curves after in vivo experimental chemotherapy: influence of route of administration on biological outcomes, *Cancer Chemother. Pharmacol.* 15, 91 (1985).

240. L. Z. Benet, Effect of route of administration and distribution on drug action, *J. Pharmacok. Biopharm.* 6, 559 (1978).

241. Y. W. Chien, Long-acting parenteral drug formulations, *J. Parenteral Sci. Technol.* 35, 106 (1981).

242. G. F. J. Russell, Starch microspheres drug delivery systems, *Pharm. Int.* 3, 260 (1983).

243. S. S. Davis, Colloids as drug delivery systems, *Pharm. Technol.* 5, 71 (1981).

244. T. R. Tice and D. R. Cowar, Biodegradable controlled-release parenteral systems, *Pharm. Technol.* 8, 25 (1984).

245. Y. Morimoto, K. Sugibayashi and M. Akimoto, Magnetic guidance of ferrocolloid-entrapped emulsion for site-specific drug delivery, *Chem. Pharm. Bull.* 31, 279 (1983).

246. M. A. Davis and T. A. Taube, Pulmonary perfusion imaging: acute toxicity and safety factors as a function of particle size, *J. Nucl. Med.* 19, 1209 (1978).

247. E. F. Evans, J. D. Proctor, M. Fratkin, J. Velandia, and A. J. Wasserman, Blood flow in muscle groups and drugs absorption, *Clin. Pharmacol. Ther.* 17, 44 (1975).

248. A. T. Florence and W. R. Vezin, Prolongation of the action of intramuscular formulations of phenothiazines. In, *Optimization of Drug Delivery*, Alfred Benzon Symposium 17 (H. Bundguaard, A. B. Hansen, and H. Kofod, eds.), Munksgaard Copenhagen, 1982, pp. 93–113.

249. M. Ermini, F. Carpino, M. Russo and G. Benagiano, Studies on sustained contraceptive effects with subcutaneous polydimethylsiloxane implants, *Acta Endocrinol.* 73, 360 (1973).

250. S. L. Sendelbeck and C. L. Girdis, Disposition of a 14C-labeled bioerodible polyorthoester and its hydrolysis products, 4-hydroxybutyrate and cis,trans-1,4-bis(hydroxymethyl)cyclohexane, in rats, *Drug Metab. Disp.* 13, 291 (1985).

251. K. Hirano, T. Ichihashi and H. Yamada, Studies on the absorption of practically water-insoluble drugs following injection. V. Subcutaneous absorption in rats from solutions in water immiscible oils, *J. Pharm. Sci.* 71, 495 (1982).

252. M. Pfeffer, R. D. Smyth, K. A. Pittman, and P. A. Nardella, Pharmacokinetics of subcutaneous and intramuscular butorphenol in dogs, *J. Pharm. Sci.* 69, 801 (1980).

253. D. I. Abramson, *Blood Vessels and Lymphatics*, Academic Press. New York, 1962, p. 520.

254. J. Schou, Subcutaneous and intramuscular injection of drugs. In, *Concepts in Biochemical Pharmacology*, Part 1 (B. B. Brodie and J. R. Gillette, eds.), Springer-Verlag, Heidelberg, 1971. pp. 47–66.

255. B. E. Ballard, Biopharmaceutical considerations in subcutaneous and intramuscular drug administration, *J. Pharm. Sci.* 57, 357 (1967).

256. A. E. Jorgensen and J. Schou, The local effect of cholinergic agents and cholinesterase inhibition on the clearance of sucrose from muscles, *Acta. Pharmacol. (Kbh)* 23, 205 (1965).

257. G. F. Warner, E. L. Dobson, N. Pace, M. E. Johnson, and C. R. Finney, Studies of human peripheral blood flow: the effect of injection volume on the intramuscular radiosodium clearance rate, *Circulation* 8, 732 (1953).

258. R. B. Sund and J. Schou, The determination of absorption rates from rat muscles: an experimental approach to kinetic descriptions, *Acta Pharmacol. Toxicol.* 21, 313 (1964).

259. K. Kakemi, H. Sezaki, K. Okumura and S. Ashida, Absorption and excretion of drugs XXXIX. The absorption of isonicotinic acid derivatives from the skeletal muscle of the rats, *Chem. Pharm. Bull.* 17, 1332 (1969).

260. K. Kakemi, H. Sezaki, K. Okumura, C. Takada and S. Furusawa, Absorption of drugs from the skeletal muscle of the rats (2), *Chem. Pharm. Bull.* 19, 2058 (1971).

261. K. Kakemi, H. Sezaki, K. Okumura, H. Kobayashi and S. Furusawa, Absorption of drugs from the skeletal muscle of the rats (3). Effect of water-soluble adjuvants and vehicles on the intramuscular absorption, *Chem. Pharm. Bull.* 20, 443 (1972).

262. K. Okumura, H. Sezaki, and K. Kakemi, Absorption of drugs from the skeletal muscle of the rats (4). Absorption of cationic drugs from the muscle, *Chem. Pharm. Bull.* 20, 1607 (1972).

263. H. Kobayashi, T. Nishimura, K. Okumura, S. Muranishi, and H. Sezaki, Effect of polysorbates on absorption rates of water-soluble, micelle-free drugs administered intramuscularly in the rat, *J. Pharm. Sci.* 63, 580 (1974).

264. R. H. Levy and M. Rowland, Absorption kinetics of a series of local anesthetics from rat subcutaneous tissue. I, *J. Pharmacokin. Biopharm.* 2, 313 (1974).

265. R. H. Levy and M. Rowland, Absorption kinetics of a series of local anesthetics from rat subcutaneous tissue. II. Effects of vasodilators, *J. Pharmacokin. Biopharm.* 2, 337 (1974).

266. K. Hirano, T. Ichihashi and H. Yamada, Studies on the absorption of practically water-insoluble drugs following injection. I. Intramuscular absorption from water-immiscible oil solutions in rats, *Chem. Pharm. Bull.* 29, 519 (1981).

267. K. Hirano, T. Ichihashi and H. Yamada, Studies on the absorption of practically water-insoluble drugs following injection. II. Intramuscular absorption from aqueous suspensions in rats, *Chem. Pharm. Bull.* 29, 817 (1981).

268. K. Hirano, T. Ichihashi and H. Yamada, Studies on the absorption of practically water-insoluble drugs following injection. VI. Subcutaneous absorption from aqueous suspensions in rats, *J. Pharm. Sci.* 71, 500 (1982).

269. V. Bocci, Evaluation of routes of administration of interferon in cancer: A review and a proposal, *Cancer Drug Delivery* 1, 337 (1984).

270. J. R. Howard and J. Hadgraft, The clearance of oily vehicles following intramuscular injections in rabbits, *Int. J. Pharm.* 16, 31 (1983).

271. W. S. Nimmo, Drugs, diseases and altered gastric emptying, *Clin. Pharmacokin.* 1, 189 (1976).

272. A. F. Hoffman, J. H. Pressman, C. F. Code, K. F. Witztum, Controlled entry of orally administered drugs: physiological considerations, *Drug Dev. Ind. Pharm.* 9, 1077 (1983).

273. I. L. MacGregor, P. Martin, and J. H. Meyer, Gastric emptying of solid food in normal man and after subtotal gastrectomy and truncal vagotomy with pyloroplasty, *Gastroenterology* 72, 206 (1977).

274. H. S. Ch'ng, H. Park, P. Kelly and J. R. Robinson, Bioadhesive polymers as platforms for oral controlled drug delivery II: Synthesis and evaluation of swelling, water-insoluble bioadhesive polymers, *J. Pharm. Sci.* 73, 399 (1985).

275. M. A. Longer, H. S. Ch'ng, and J. R. Robinson, Bioadhesive polymers as platforms for oral controlled drug delivery III: Oral delivery of chlorothiazide using a bioadhesive polymer, *J. Pharm. Sci.* 74, 406 (1985).

276. R. Groning and G. Heun, Oral dosage forms with controlled gastrointestinal transit, *Drug Dev. Ind. Pharm.* 10, 527 (1984).

277. M. J. Dew, P. J. Hughes, M. G. Lee, B. K. Evans and J. Rhodes, An oral preparation to release drugs in the human colon, *Br. J. Clin. Pharmacol.* 14, 405 (1982).

278. C. Bogentoft, C. Eskilsson, U. E. Jonsson, P. O. Lagerstrom, K. Lovgren and L. Rosen, Delivery of drugs to the colon by means of a new encapsulated oral dosage form, *Acta Pharm. Seu* 20, 311 (1983).

279. D. R. Friend and G. W. Chang, A colon specific drug-delivery system based on drug glycides and the glycosidases of colon bacteria, *J. Med. Chem.* 27, 261 (1984).

280. M. Gibaldi and J. L. Kanig, Absorption of drugs through the oral mucosa, *J. Oral Ther. Pharmac.* 1, 440 (1965).

281. N. F. H. Ho and W. I. Higuchi, Quantitative interpretation of in vivo buccal absorption of alkonoic acids by the physical model approach, *J. Pharm. Sci.* 60, 537 (1971).

282. I. A. Siegel, Effect of chemical structure on nonelectrolyte penetration of oral mucosa, *J. Invest. Dermatol.* 76, 137 (1981).

283. I. A. Siegel, Permeability of the oral mucosa. In, *The Structure and Function of Oral Mucosa* (J. Meyer, C. A. Squier, and S. J. Gerson, eds.), Pergamon Press, Oxford, 1984, pp. 95–108.

284. R. P. Walton, Absorption of drugs through the oral mucosa. III. Fat-water solubility coefficient of alkaloids, *Proc. Soc. Exp. Biol. Med.* 32, 1488 (1935).

285. I. A. Segel, K. T. Izutsu and E. Watson, Mechanisms of nonelectrolyte penetration across dog and rabbit oral mucosa, *Arch. Oral Biol.* 26, 357 (1981).

286. A. C. Moffat, Absorption of drugs through the oral mucosa. In, *Topics in Medicinal Chemistry*, Vol. 4, John Wiley & Sons, New York, 1971, pp. 1–26.

287. A. H. Beckett and R. D. Hossie, Buccal absorption of drugs. In, *Handbook of Experimental Pharmacology*, Vol. 28, Part I (B. B. Brodie and J. R. Gillete, eds.), Springer-Verlag, Heidelberg, 1971, pp. 25–46.

288. S. S. Davis, P. B. Daly, J. W. Kennerley, M. Frier, J. G. Hardy and C. G. Wilson, Design and evaluation of sustained

release formulations for oral and buccal administration, *Adv. Pharmacother.* 1, 17 (1982).

289. J. Abrams, Nitrate delivery systems in perspectives, a decade of progress, *Am. J. Med.* 75, 38 (1984).

290. A. B. de Boer, L. G. J. Leede and D. D. Breimer, Rectal drug administration: partial avoidance of hepatic first-pass elimination, *Pharm. Int.* 3, 267 (1982).

291. W. A. Ritschel, H. Elconin, G. J. Alcorn, and D. D. Denson, First-pass elimination of lidocaine in the rabbit after peroral and rectal route of administration, *Biopharm. Drug Disp.* 6, 281 (1985).

292. L. G. J. Leede, A. G. de Boer, C. D. Feijen and D. D. Breimer, Site specific rectal drug administration in man with an osmotic system: influence on "first-pass" elimination of lidocaine, *Pharm. Res.* 1, 129 (1984).

293. J. J. Tukker, D. J. de Blaey and G. A. Charbon, Rectal motility and bioavailability, *Pharm. Res.* 1, 173 (1984).

294. F. Moolenaar and A. J. M. Schoonen, Biopharmaceutics of the rectal administration of drugs, *Pharm. Int.* 1, 144 (1980).

295. N. Senoir, Rectal administration of drugs. In, *Advances in Pharmaceutical Sciences*, Vol. 4, Academic Press, London, 1974, pp. 363–435.

296. C. J. de Blaey and J. Polderman, Rationales in the design of rectal and vaginal delivery forms of drugs. In, *Drug Design*, Vol. 9 (E. J. Ariens, ed.), Academic Press, New York, 1980, pp. 237–266.

297. K. Morimoto, Y. Iwamoto, T. Katashima, T. Takeeda, Y. Nakamoto, and K. Morisaka, Absorption and bioavailability of diclofenac-Na gel preparation after rectal administration of diclofenac-Na gel preparation in rat and man, *Pharm. Res.*, 2, 166 (1985).

298. T. Nishihata, J. Rytting and T. Higuchi, Enhanced rectal absorption of theophylline, lidocaine, cefmetazole and levodopa by several adjuvants, *J. Pharm. Sci.* 71, 865 (1982).

299. T. Nishihata, J. Rytting and T. Higuchi, Effect of salicylate on rectal absorption of lidocaine, levodopa and cefmetazole in rats, *J. Pharm. Sci.* 71, 869 (1982).

300. T. Nishihata, J. Rytting, T. Higuchi, L. Caldwell and S. J. Selk, Enhancement of rectal absorption of water-soluble antibiotics in dogs, *Int. J. Pharm.* 21, 239 (1984).

301. T. Nishihata, K. Yasiu, M. Yamazaki and A. Kamada, Effect of adjuvants on the rectal uptake of bleomycin in rats, *J. Pharm. Dyn.* 7, 278 (1984).

302. T. Nishihata, J. Rytting, T. Higuchi and L. Caldwell, Enhanced rectal absorption of insulin and heparin in rats in the presence of non-surfactant adjuvants, *J. Pharm. Pharmacol.* 33, 334 (1981).

303. T. Nishihata, G. Liversidge and T. Higuchi, Effect of aprotinin on rectal delivery of insulin, *J. Pharm. Pharmacol.* 35, 616 (1983).

304. T. Nishihata, J. Rytting, L. Caldwell, S. Yoshioka and T. Higuchi, Adjuvant effect on rectal absorption. In, *Optimization of Drug Delivery*, Alfred Benzon Symposium 17 (H. Bundgaard, A. B. Hansen, and H. Kofod, eds.), Munksgaard, Copenhagen, 1982, pp. 17–34.

305. N. Yata, W. M. Wu, R. Yamajo, T. Murkami, Y. Higashi, and T. Higuchi, Enhanced rectal absorption of sodium ampicillin by N-acyl derivatives of collagen peptide in rabbits and rats, *J. Pharm. Sci.* 74, 1058 (1985).

306. T. Nishihata, C. S. Lee, M. Yamamoto, J. Rytting, and T. Higuchi, The effects of salicylate on the rectal absorption of phenylalanine and some peptides, and the effects of these peptides on the rectal absorption of cefoxitin and cefmetazole, *J. Pharm. Sci.* 73, 1326 (1984).

307. K. Nakanishi, A. Ogata, M. Masada and T. Nadai, Effect of non-steroidal anti-inflammatory drugs on the rectal mucosa, *Chem. Pharm. Bull.* 32, 1956 (1983).

308. K. Nakanishi, M. Masada and T. Nadai, Effect of pharmaceutical adjuvants on the rectal permeability of drugs III. Effect of repeated administration and recovery of the permeability, *Chem. Pharm. Bull.* 31, 4161 (1983).

309. A. G. de Boer, F. Moolenenaar, L. G. J. de Leede and D. D. Breimer, Rectal drug administration: clinical pharmacokinetic consideration, *Clin. Pharmacokin.* 7, 285 (1982).

310. A. Hussain, S. Hirai, R. Bawarshi, Nasal absorption of propanolol in rats, *J. Pharm. Sci.* 73, 1300 (1984).

311. A. Hussain, S. Hirai, and C. H. Huang, Nasal absorption of testosterone in rats, *J. Pharm. Sci.* 73, 1300 (1984).

312. A. Hussain, R. Kimura, C. H. Huang and T. Kashihara, Nasal absorption of naloxone and buprenorphine in rats, *Int. J. Pharm.* 21, 233 (1984).

313. A. Hussain, R. Kimura, C. H. Huang and R. Mustafa, Nasal absorption of ergotamine tartrate in rats, *Int. J. Pharm.* 21, 289 (1984).

314. K. S. E. Su, K. M. Campanale and C. L. Gries, Nasal drug delivery system of a quarternary ammonium compound: clofilium tosylate, *J. Pharm. Sci.* 73, 1251 (1984).

315. A. N. Fisher, K. Brown, S. S. Davis, G. D. Parr, and D. A. Smith, The nasal absorption of sodium cromoglycate in the albino rabbit, *J. Pharm. Pharmacol.* 37, 38 (1985).

316. R. L. Bronaugh and R. F. Stewart, Methods for in vitro percutaneous absorption studies V: Permeation through damaged skin, *J. Pharm. Sci.* 74, 1062 (1985).

317. D. L. London, W. R. Butt, S. S. Lynch, J. C. Marshall, S. Owusu, W. R. Robinson and J. M. Stephenson, Hormal response to intranasal luteinizing hormone, *J. Clin. Endocrinol. 37*, 829 (1973).

318. J. Keenan and M. A. Chamberlain, Nasal mucosal absorption of tetracosactrin as indicated by a rise in plasma fluorogenic corticosteroids, *Br. Med. J. 4*, 407 (1969).

319. K. Muller and M. Osler, Induction of labor, a comparison of intravenous, intranasal and transbuccal oxytocin, *Acta Obstet. Gynecol. Scand. 46*, 59 (1967).

320. G. Bauman, A. Walser, P. A. Desaulles, F. J. A. Paesi and L. Geller, Corticotropic action of an intranasally applied synthetic ACTH derivative, *J. Clin. Endocrinol. 42*, 60 (1976).

321. S. Hirai, T. Ikenaga and T. Matsuzawa, Nasal absorption of insulin in dogs, *Diabetes 27*, 296 (1978).

322. S. Hirai, T. Yashiki and H. Mima, Effect of surfactants on the nasal absorption of insulin in rats, *Int. J. Pharm. 9*, 165 (1981).

323. T. Nagai, Y. Nishimoto, N. Nambu, Y. Suzuki and K. Sekine, Powder dosage form of insulin for nasal administration. *J. Controlled Release Int. 1*, 15 (1984).

324. K. Morimoto, K. Morisaka and A. Kamada, Enhancement of nasal absorption of insulin and calcitonin using polyacrylic acid gel. *J. Pharm. Pharmacol. 37*, 134 (1985).

325. K. S. E. Su, K. M. Campanale, L. G. Mendelsohn and C. L. Gries, Nasal delivery of polypeptides I: Nasal absorption of enkephalins in rats, *J. Pharm. Sci. 74*, 394 (1985).

326. D. F. Proctor and G. K. Adams III, Physiology and pharmacology of nasal function and mucus secretion, *Pharmacol. Ther. Part B, 2*, 493 (1976).

327. G. D. Parr, Nasal delivery of drugs, *Pharm. Int. 4*, 202 (1983).

328. S. Hirai, T. Yashiki, T. Matsuzawa and H. Mima, Absorption of drugs from the nasal mucosa of rat, *Int. J. Pharm. 7*, 317 (1981).

329. O. G. Rabbe, H. C. Yeh, G. J. Newton, R. F. Phalen and D. J. Velasquez, In, *Inhaled Particles IV*, Part 1, British Occupational Hygiene Society, Edinburgh, 1977, p. 13.

330. J. W. Paterson, A. J. Woolcock and G. M. Shenfield, State of art: bronchodilator drugs, *Am. Rev. Respir. Dis. 120*, 1149 (1979).

331. K. Horsfield, Structure of the tracheobronchial tree. In, *Scientific Foundations of Respiratory Medicine* (J. G. Scadding and G. Cummings, eds.), W. B. Saunders, Philadelphia, 1981, pp. 54–70.

332. W. D. Fenn and H. Rahn, *Handbook of Physiology: Respiration*, American Physiology Society, Washington, DC, 1973.

333. H. Von Hayek, *The Human Lung*, Hafer, New York, 1960.

334. P. E. Morrow, Task group of lung dynamics: Disposition and retention models for internal dosimetry of the human respiratory tract, *Health Phys. 12*, 173 (1966).

335. M. B. Dolovich, J. Sanchis, C. Rossman and M. T. Newhouse. Aerosol penetrance: a sensitive index of peripheral airway obstruction, *J. Appl. Physiol. 40*, 468 (1976).

336. S. P. Newman, F. Moren, D. Pavia, F. Little and S. W. Clarke. Deposition of pressurized suspension aerosols inhaled through extension devices, *Am. Rev. Respir. Dis. 124*, 317 (1981).

337. K. F. Lampe, Influence of disease on pharmacokinetic parameters of inhaled substances. In, *Modeling of Inhalation Exposure to Vapors: Uptake, Distribution, and Elimination*, Vol. II (V. Fiserova-Bergerova, ed.), CRC Press, Florida, 1983, pp. 157–164.

338. J. D. Brain and P. A. Valberg, Deposition of aerosols in the respiratory tract, *Am. Rev. Respir. Dis. 120*, 1325 (1979).

339. J. Heyder, Mechanism of aerosol particle deposition. *Chest 80*, 820 (1981).

340. R. Hicks, Pulmonary fibrosis: allergies, dust diseases and drugs, *Pharm. Int. 5*, 304 (1984).

341. D. F. Proctor, I. Andersen and G. Linquist. Clearance of inhaled particles from the human nose, *Arch. Intern. Med. 131*. 132 (1973).

342. R. E. Albert, M. Lippmann, J. Spiegelman, C. Strehlow, W. Briscoe, P. Wolfson, and N. Nelson. The clearance of radioactive particles from the human lungs. In, *Inhaled Particles and Vapors II* (C. N. Davies, ed.), Pergamon Press, Oxford. 1967, pp. 361.

343. C. W. LaBelle and H. Brieger, Patterns and mechanisms in the elimination of dust from the lung. In, *Inhaled Particles and Vapors* (C. N. Davies, ed.), Pergamon Press, Oxford, 1961. pp. 356.

344. F. F. Hahn, G. J. Newton, and Pl L. Bryant, In vitro phagocytosis of respirable-sized monodisperse particles by alveolar macrophages. In, *Pulmonary Macrophage and Epithelial Cells*. CONF-760927, U.S. Department of Commerce, Springfield, VA. 1977, pp. 424.

345. F. J. Strecker, Tissue reactions in rat lungs after dust inhalation with special regard to bronchial dust elimination and to the penetration of dust into the lung interstices and lymphatic nodes. In, *Inhaled Particles and Vapors II* (C. N. Davies. ed.), Pergamon Press, Oxford, 1967, pp. 141.

346. J. M. Lauweryns and J. H. Baert, Alveolar clearance and the role of the pulmonary lymphatics, *Am. Rev. Respir. Dis. 115*. 627 (1977).

347. E. A. B. Brown, The localization, metabolism, and the effects of drugs and toxicants in lung, *Drug Metab. Rev.* 3, 33 (1974).
348. M. Simonescu, Ultrastructural organization of the alveolar-capillary unit, In, *Metabolic Activities and the Lung*, Ciba Foundation Symposium No. 78 (J. Vane, ed.), Amsterdam, 1980, pp. 11–26.
349. E. E. Schneeberger, Structural basis for some permeability properties of the air-blood barrier, *Fed. Proc. Fed. Am. Soc. Exp. Biol.* 37, 2471 (1978).
350. O. D. Wangensteen, L. E. Wittmers, Jr., and J. A. Johnson, Permeability of the mammalian blood-gas barrier and its components, *Am. J. Physiol.* 216, 719 (1969).
351. E. Taylor and K. A. Gaar, Jr., Estimation of equivalent pore radii of pulmonary capillary and alveolar membranes, *Am. J. Physiol.* 218, 1133 (1970).
352. J. Gil, Organization of microcirculation in the lung, *Ann. Rev. Physiol.* 42, 177 (1980).
353. S. L. Schwartz, Interaction of nicotine and other amines with the endocytic and exocytic functions and macrophages, *Fed. Proc.* 35, 85 (1976).
354. U. Smith and J. W. Ryan, An electron microscopic study of the vascular endothelium as a site for bradykinin and ATP activation in rat lung, In, *Advances in Experimental Medical Biology*, Vol. 8 (N. Back, F. Sicuteri, and M. R. Silva, eds.), 1970, pp. 249–262.
355. R. Effros, Small solutes and water. In, *Lung Biology in Health and Disease*, Vol. 7 (N. C. Staub, ed.), Marcel Dekker, New York, 1978, pp. 183–222.
356. S. J. Eunaad, L. S. Schanker, Absorption of drugs from the rat lung, *Am. J. Physiol.* 223, 1227 (1972).
357. L. S. Schanker and M. J. Less, Lung pH and pulmonary absorption of nonvolatile drugs in the rat, *Drug. Metab. Dispos.* 5, 174 (1977).
358. S. J. Enna and L. S. Schanker, Phenol red absorption from the rat lum: evidence of carrier transport, *Life Sci.* 12, 231 (1973).
359. T. H. Gardiner and L. S. Schanker, Absorption of disodium cromoglycate from the rat lung: Evidence of carrier transport, *Xenobiotica* 4, 725 (1974).
360. K. R. Chapman, A. C. Braude and A. S. Rebuck, Anticholinergic therapy in asthma and chronic bronchitis, *Hosp. Formulary* 17, 686 (1982).
361. J. Hartiala, P. Uotila and W. Nienstedt, Absorption and metabolism of intratracheally instilled cortisol and beclamethasone dipropionate in the isolated perfused rat lung, *Med. Biol.* 57, 294 (1979).
362. P. A. Routledge and D. G. Shand, Presystemic drug elimination, *Ann. Rev. Pharmacol.* 19, 447 (1979).
363. R. H. Briant, E. W. Blackwell, F. M. Williams, D. S. Davies and C. T. Dollery, The metabolism of sympathomimetic bronchodilator drugs by the isolated perfused dog lung, *Xenobiotica* 3, 787 (1973).
364. Y. S. Bakhle, First-pass metabolism of endogenous and exogenous substrates by lung. In, *Presystemic Drug Elimination* (C. F. George and D. G. Shand, ed.), Butterworth Scientific, London, 1982, pp. 147–172.
365. T. E. Pickett, T. C. Orton and M. W. Anderson, A study of the dynamics of imipramine accumulation in the isolated perfused rabbit lung, *Drug Metab. Dispos.* 3, 389 (1975).
366. D. P. Benziger and J. Edelson, Absorption from the vagina, *Drug Metab. Rev.* 14, 137 (1983).
367. D. J. Black and M. E. Orme, Interindividual variability in oral contraceptive disposition, *TIPS* 5, 480 (1984).
368. H. Okada, I. Yamazaki, Y. Ogawa, S. Hirai, T. Yashiki, and H. Mima, Vaginal absorption of a potent luteinizing hormone-releasing hormone analog (leuprolide) in rats I: Absorption by various routes and absorption enhancement, *J. Pharm. Sci.* 71, 1367 (1982).
369. H. Okada, I. Yamazaki, T. Yashiki, and H. Mima, Vaginal absorption of a potent luteinizing hormone-releasing hormone analogue (leuprolide) in rats II: Mechanism of absorption enhancement with organic acids, *J. Pharm. Sci.* 72, 75 (1983).
370. M. H. Burgos and C. E. Roig de Vargas-linares. In, *The Human Vagina* (E. S. E. Hafez and T. N. Evans, ed.), Elsevier/North Holland Biomedical Press, Amsterdam, 1978, pp. 63–69.
371. C. E. Flowers, Jr., L. R. Beck, and W. H. Wilborn, The contraceptive aspects of the anatomy, morphology, and physiology of the vagina. In, *Vaginal Contraception* (G. I. Zatuchni, A. J. Sobreero, J. J. Speidel and J. J. Sciarra, eds.), Harper and Row, Hagerstown, 1979, pp. 13–22.
372. R. E. Trussell and R. F. MacDougal, Vaginal acidity (in vivo glass electrode measurement) in late pregnancy and its relation to the vaginal flora, *Am. J. Obstet. Gynecol.* 39, 77 (1940).
373. T. Yotsuyanagi, A. Molokhia, S. Hwang, N. F. H. Ho, G. L. Flynn and W. I. Higuchi, System approach to vaginal delivery of drugs I: Development of in situ vaginal drug absorption procedure, *J. Pharm. Sci.* 64, 71 (1975).
374. E. Owada, C. R. Behl, S. S. Hwang, L. Suhardja, G. L. Flynn, and W. I. Higuchi, Vaginal drug absorption in rhesus monkeys I: Development of methodology. *J. Pharm. Sci.* 66, 216 (1977).