375. S. Hwang, E. Owada, T. Yotsuyanagi, L. Suhardja, G. L. Flynn, and W. I. Higuchi, Systems approach to vaginal delivery of drugs II: In situ vaginal absorption of unbranched aliphatic alcohols, *J. Pharm. Sci.* 65, 1574 (1976).

376. S. Hwang, E. Owada, L. Suhardja, N. F. H. Ho, G. L. Flynn, and W. I. Higuchi, Systems approach to vaginal delivery of drugs V: In situ vaginal absorption of 1-alkanoic acids, *J. Pharm. Sci.* 66, 781 (1977).

377. C. R. Behl, System approach to the study of vaginal drug absorption in rhesus monkey, Ph.D. Thesis, University of Michigan, Ann Arbor, 1979.

378. G. L. Flynn, N. F. H. Ho, S. Hwang, E. Owada, A. Molokhla, C. R. Behl, W. I. Higuchi, T. Yotsuyanagi, Y. Shah, and J. Park, Interfacing matrix release and membrane absorption—analysis of steroid absorption from a vaginal device in the rabbit doe. In, *Controlled Release Polymeric formulations* (D. R. Paul and F. W. Harris, eds.), *Am. Chem. Soc.*, Washington, D.C., 1976, p. 87.

379. D. R. Mishell, Jr., M. Talas, A. F. Parlow and D. L. Moyer, Contraception by means of a Silastic vaginal ring impregnated with medroxyprogesterone acetate, *Am. J. Obstet. Gynecol.* 107, 100 (1970).

380. D. R. Mishell, Jr., M. Lumkin, S. Stone, Inhibition of ovulation with cyclic use of progestrone-impregnated intravaginal devices, *Am. J. Obstet. Gynecol.* 113, 927 (1972).

381. M. R. Henzl, D. R. Mishell, Jr., J. G. Velazquez, and W. E. Leitch, Basic studies for prolonged progestogen administration by vaginal devices, *Am. J. Obstet. Gynecol.* 117, 101 (1973).

382. N. H. Lauersen and K. H. Wilson, The abortifacient effects of a newly developed vaginal silastic device impregnated with an 0.5% concentration of 15(5)-15-methyl-prostaglandin-F2(alpha)-methyl ester in the first trimester, *Contraception* 13, 697 (1976).

383. A. Victor and D. B. Johnson, Contraceptive rings: self-administered treatment governed bleeding, *Contraception* 16, 137 (1977).

384. D. R. Mishell, Jr., D. E. Moore, I. Roy, P. F. Brenner, and M. A. Page, Clinical performance and endocrine profiles with contraceptive vaginal rings containing a combination of estradiol and d-norgestrel, *Am. J. Obstet. Gynecol.* 130, 55 (1978).

385. T. M. Jackanicz, Levonorgestrel and estradiol release from an improved contraceptive vaginal ring, *Contraception* 24, 323 (1981).

386. E. Diczfalusy and B-M. Landgren, Some pharmacokinetic and pharmacodynamic properties of vaginal delivery systems that release small amounts of progestogens at a near zero-order rate. In, *Long-Acting Contraceptive Delivery Systems* (G. I.

Zatuchni, A. J. Sobrero, J. J. Speidel and J. J. Sciarra, eds.), Harper and Row, Hagerstown, 1984, pp. 213–227.

387. E. S. Nuwayser, D. L. Williams, P. M. Meier, T. C. Wu, S. F. Merchant, and J. H. Kerrigan, A microcapsule system for drug delivery. In, *Proceedings of Drug Delivery Systems* (H. L. Gabelnick, ed.), U.S. Department of Health, Education, and Welfare, Bethesda, Maryland, 1976, pp. 193–251.

388. D. L. Gardner, A. J. Patnaus and D. L. Fink, Steroid release from microcapsules. In, *Proceedings of Drug Delivery Systems* (H. L. Gabelnick, ed.), U.S. Department of Health, Education, and Welfare, Bethesda, Maryland, 1976, pp. 193–251.

389. D. L. Gardner, D. J. Fink, and C. R. Hassler, Potential delivery of contraceptive agents to the female reproductive tract. In, *Controlled Release of Pesticides and Pharmaceuticals* (D. H. Lewis, ed.), Plenum Press, New York, 1981, pp. 99–109.

390. G. A. Digenis, M. Jay, R. M. Beihn, T. R. Tice, and L. R. Beck, External scintigraphy in the study of long-acting contraceptive delivery systems. In, *Long-Acting Contraceptive Delivery Systems* (G. I. Zatuchni, A. J. Sobrero, J. J. Speidel and J. J. Sciarra, eds.), Harper and Row, Hagerstown, 1984, pp. 241–245.

391. A. Victor, Vaginal absorption of contraceptive steroids. In, *Long-Acting Contraceptive Delivery Systems* (G. I. Zatuchni, A. J. Sobrero, J. J. Speidel and J. J. Sciarra, eds.), Harper and Row, Hagerstown, 1984, pp. 241–245.

392. Y. W. Chien, S. Y. Mares, J. Berg, S. Huber, H. J. Lambert, and K. F. King, Controlled drug release from polymeric delivery devices III: In vitro-in vivo correlation for intravaginal release of ethynodiol diacetate from silicone devices in rabbits, *J. Pharm. Sci.* 64, 1776 (1975).

393. I. Sivin, D. R. Mishell, Jr., A. Victor, S. Diaz, F. A. Sanchez, N. C. Nielsen, O. Akinla, T. Pyorala, E. Coutinho, A. Faundes, S. Roy, P. Brenner, T. Ahren, M. Pavez, V. Brache, O. F. Giwa-Osagie, M. O. Fason, B. Zausner-Guelman, E. Darze, J. C. Silva, J. Diaz, T. M. Jackanicz, J. Stern, and H. Nash, A multicenter study of levonorgestrel-estradiol contraceptive vaginal rings. II. Subjective and objective measure of effects, *Contraception* 24, 359 (1981).

394. G. E. Egli, and M. Newton, The transport of carbon particles in the human female reproductive tract, *Fertil. Steril.* 12, 151 (1961).

395. D. H. de Boer, Transport of particulate matter through the human female genital tract, *J. Reprod. Fertil.* 28, 295 (1972).

396. N. S. Mason, D. V. S. Gupta, D. W. Keller, R. S. Youngquist, and R. S. Sparks, Microencapsulation of progesterone for contraception by intracervical injection. In, *Biomedical*

397. *Applications of Microencapsulation* (F. Lim, ed.), CRC Press, Florida, 1984, pp. 76–84.

398. P. Lahteenmaki, H. Kurunmaki, T. Luukkainen, P. O. A. Lahteenmaki, K. Ratsula, J. Toivonen, Development of intracervical steroid-releasing system. In, *Long-Acting Contraceptive Delivery Systems* (G. I. Zatuchni, A. J. Sobrero, J. J. Speidel, and J. J. Sciarra, eds.), Harper and Row, Hagerstown, MD, 1984, pp. 595–600.

398. H. M. Hasson, Morphologic features affecting IUD performance. In, *IUD Technology* (E. S. E. Hafez and W. A. A. Van Os, eds.), G. K. Hall Medical Publishers, Boston, 1980, pp. 13–19.

399. O. Puroinen and H. L. Kaihola, Uterine size measured by ultrasound during the menstrual cycle, *Acta Obstet. Gynecol. Scand.* 54, 247 (1975).

400. H. Tatum, Clinical aspects of intrauterine contraception: Circumspection 1976. In, *Modern Trends in Infertility and Conception Control* (E. Wallach and R. Kempers, eds.), Williams and Wilkins, Baltimore, 1979, p. 333.

401. H. J. Tatum, Intrauterine contraception, *Am. J. Obstet. Gynecol.* 112, 1000 (1972).

402. C. C. Chang and H. J. Tatum, Effects of intrauterine copper wire on resorption of fetuses in rats, *Contraception 11*, 79 (1975).

403. F. Hefnawi, O. Kandil, G. Askalani, I. Serour, K. Zaki, F. Nasr, M. Mousa, Mode of action of the copper IUD: effect on endometrium copper and cervical mucus sperm migration. In, *Analysis of Intrauterine Contraception* (F. Hefnawi and S. Segal, eds.), North-Holland Publishing Co., Amsterdam, 1975, p. 459.

404. T. Tamaya, Y. Nakata, Y. Ohno, S. Nioka, N. Furuta, and H. Okada, The mechanism of action of the copper intrauterine device, *Fertil. Steril. 27*, 767 (1976).

405. B. Pharriss and C. Mitchell, Values of steroidal intrauterine contraception for developing countries, *J. Steroid Biochem. 11*, 469 (1979).

406. J. J. Sciarra, A. Scommengna and G. I. Zatuchi, Research and new developments in interuterine contraception. In, *IUD Technology* (E. S. E. Hafez and A. J. M. Audebert, eds.), MTP Press, Lancaster, 1982, pp. 165–174.

407. G. F. Odland, Structure of the skin. In, *Biochemistry and Physiology of the Skin* (L. A. Goldsmith, ed.), Oxford University Press, New York, 1983, pp. 3–63.

408. R. Scheuplein, Mechanisms of percutaneous absorption II: Transient diffusion and the relative importance of various routes of skin penetration, *J. Invest. Dermatol. 45*, 334 (1967).

409. R. J. Scheuplein, Mechanism of percutaneous absorption, *J. Invest. Dermatol. 48*, 79 (1967).

410. W. J. Albery and J. Hadgraft, Percutaneous absorption: In vivo experiments, *J. Pharm. Pharmacol. 31*, 140 (1979).

411. T. Higuchi, Physical chemical analysis of the percutaneous absorption process from creams and ointments, *J. Soc. Cosmet. Chem. 11*, 85 (1960).

412. A. M. Kligman, A biological brief on percutaneous absorption, *Drug Develop. Ind. Pharm. 9*, 521 (1983).

413. J. Hadgraft, Percutaneous absorption: possibilities and problems, *Int. J. Pharm. 16*, 255 (1983).

414. R. J. Scheuplein and I. H. Blank, Permeability of the skin, *Physiol. Rev. 51*, 702 (1971).

415. R. H. Guy and H. I. Maibach, Drug delivery to local subcutaneous structures following topical administration, *J. Pharm. Sci. 72*, 1375 (1983).

416. J. Wepierre and J-P. Marty, Percutaneous absorption of drugs, *Trends Pharmacol. Sci. 1*, 23 (1979).

417. J. Wepierre, Facteurs physiques et physiologiques intervenant dans l'absorption percutanee des medicaments. In, *Actualités Pharmacologiques*, 31e serie, Masson, Paris, 1979, pp. 170–202.

418. J. E. Shaw, Development of transdermal therapeutic systems, *Drug Dev. Ind. Pharm. 9*, 579 (1983).

419. S. K. Chandrasedaran, Controlled release of scopolamine for prophylaxis of motion sickeness, *Drug Dev. Ind. Pharm. 9*, 627 (1983).

420. W. R. Good, Transderm$^R$-Nitro controlled delivery of nitroglycerin via the transdermal route, *Drug Dev. Ind. Pharm. 9*, 647 (1983).

421. A. Karim, Transdermal absorption: a unique opportunity for a constant delivery of nitroglycerin, *Drug Dev. Ind. Pharm. 9*, 671 (1983).

422. J. E. Shaw, Pharmacokinetics of nitroglycerin and clonidine delivered by the transdermal route, *Am. Heart J. 108*, 217 (1984).

423. D. L. Sekura and J. Scala, The percutaneous absorption of alkylmethyl sulfoxide, *Adv. Biol. Skin 12*, 257 (1972).

424. R. J. Folkman and H. I. Maibach, Percutaneous penetration of hydrocortisone with urea, *Arch. Dermatol. 109*, 58 (1974).

425. R. E. Stoughton, Enhanced percutaneous penetration with 1-dodecylazacycloheptan-2-one (Azone), *Arch. Dermatol. 118*, 474 (1982).

426. R. E. Stoughton and W. O. McClure, Azone$^R$: A new non-toxic enhancer of cutaneous penetration, *Drug Dev. Ind. Pharm. 9*, 725 (1983).

427. N. Baker and J. Hadgraft, Faciliated percutaneous absorption: a model system, *Int. J. Pharm. 8*, 193 (1981).

428. N. Bodor, J. Zupan, and S. Selk, Improved delivery through biological membranes VII. Dermal delivery of cromoglycic acid (cromolyn) via its prodrugs, *Int. J. Pharm. 7*, 63 (1980).
429. C. D. Yu, J. L. Fox, N. F. H. Ho, and W. I. Higuchi, Physical model of evaluation of topical prodrug delivery-simultaneous transport and bioconversion of vidarabine-5'-valerate II: Parameter determinations, *J. Pharm. Sci. 68*, 1341 (1979).
430. C. D. Yu, J. L. Fox, N. F. H. Ilo, and W. I. Higuchi, Physical model evaluation of topical prodrug delivery-simultaneous transport and bioconversion of vidarabine-5'-valerate II: parameter determinations, *J. Pharm. Sci. 86*, 1347 (1979).
431. J. Hadgraft, Theoretical aspects of metabolism in the epidermis. *Int. J. Pharm. 4*, 229 (1980).
432. R. H. Guy and J. Hadgraft, Percutaneous metabolism with saturable enzyme kinetics, *Int. J. Pharm. 11*, 187 (1982).
433. R. C. Scott and P. H. Dugard, A potential model for studying absorption through abnormal stratum corneum, *J. Pharm. Pharmacol. 34*, 35 (1982).
434. C. R. Behl, E. E. Linn, G. L. Flynn, N. F. H. Ho, W. I. Higuchi, and C. L. Pierson, Permeation of skin and eschar by antiseptics II: influence of controlled burns on the permeation of phenol, *J. Pharm. Sci. 72*, 397 (1983).
435. J. H. Trueblood, R. M. Rossomondo, W. H. Carlton and L. A. Wilson, Corneal contact times of ophthalmic vehicles. Evaluation by microscintigraphy, *Arch. Ophthalmol. 93*, 127 (1975).
436. H. Benson, Permeability of the cornea to topically applied drugs, *Arch. Ophthalmol. 91*, 313 (1974).
437. J. W. Shell, Ophthalmic drug delivery systems, *Surv. Ophthalmol. 29*, 117 (1984).
438. A. Mitra, Passive and facilitated transport of pilocarpine across the corneal membrane of the rabbit, Ph.D. Thesis, University of Kansas, 1983.
439. E. Tomlinson, S. S. Davis, O. Olejnik, and C. G. Wilson, Altered ocular disposition of sodium cromoglycate upon ion-pair and complex coacervate formation with dodecylbenzyldimethyl-ammonium chloride, *J. Pharm. Pharmacol. 31*, 749 (1981).
440. V. H. L. Lee, P. T. Urrea, R. E. Smith and D. J. Schanzlin, Ocular drug bioavailability from topically applied liposomes, *Surv. Ophthalmol. 29*, 335 (1985).
441. C. P. Wei, J. A. Anderson, and I. Leopold, Ocular absorption and metabolism of topically applied epinephrine and a dipivalyl ester of epinephrine. *Invest. Ophthalmol. Vis. Sci. 17*, 315 (1978).
442. S. S. Chrai and J. R. Robinson, Ocular evaluation of methylcellulose vehicle in albino rabbits, *J. Pharm. Sci. 63*, 1218 (1974).

443. T. F. Patton and J. R. Robinson, Ocular evaluation of polyvinyl alcohol, *J. Pharm. Sci. 64*, 1312 (1975).
444. C. A. Alder, D. M. Maurice and M. E. Patterson, The effect of viscosity of the vehicle on the penetration of fluorescein into the human eye, *Exp. Eye. Res. 11*, 34 (1971).
445. H. W. Hui and J. R. Robinson, Effect of particle dissolution rate on ocular drug bioavailability, *J. Pharm. Sci. 75*, 280 (1986).
446. R. E. Stratford, D. C. Yang, M. A. Redell and V. H. L. Lee. Effects of topically applied liposomes on disposition of epinephrine and insulin in the albino rabbit eye, *Int. J. Pharm. 13*, 263 (1983).
447. R. E. Stratford, D. C. Yang, M. A. Redell and V. H. L. Lee. Ocular distribution of liposome-encapsulated epinephrine and inulin in the albino rabbit, *Curr. Eye. Res. 2*, 377 (1983).
448. G. Smolin, M. Okumoto, S. Feiler, D. Condon, Idoxuridine-liposome therapy for herpes simplex keratitis, *Am. J. Ophthalmol. 91*, 220 (1981).
449. H. E. Schaeffer and D. L. Krohn, Liposomes in topical drug delivery, *Invest. Ophthalmol. Vis. Sci. 22*, 220 (1982).
450. M. Barza, J. Baum, F. Szoka, Pharmacokinetics of subconjunctival liposome-encapsulated gentamicin in normal rabbit eyes. *Invest. Ophthalmol. Vis. Sci. 25*, 486 (1984).
451. J. W. Shell and R. W. Baker, Diffusion systems for controlled release of drugs to the eye, *Ann. Ophthalmol. 6*, 1037 (1974).
452. R. C. Capozza, L. Sendelbeck, W. J. Balkenhol, Preparation and evaluation of a bioerodible naltrexone delivery system. In, *Polymeric Delivery Systems*: Midland Macromolecular Monographs, Vol. 5, Gordon and Breach, New York, 1978, pp. 59–73.
453. H. Bundgaard, Drug targeting: Prodrugs. In, *Topics in Pharmaceutical Sciences 1983* (D. D. Breimer and P. Speiser, eds.), Elsevier Science Publishers, 1983, pp. 329–343.
454. N. Bodor, Novel approaches to the design of safer drugs: soft drugs and site-specific chemical delivery systems, *Adv. Drug Res. 13*, 255 (1984).
455. C. R. Alving, Delivery of liposome-encapsulated drugs to macrophages, *Pharmac. Ther. 22*, 407 (1983).
456. C. A. Hunt, H. Kinada, M. Raeder-Shikorr, K. Hirano, J. Nakamura, R. Abra, and H. Screier, Liposomes, Are they effective drug carriers? In, *Topics in Pharmaceutical Sciences 1983* (D. D. Breimer and P. Speiser, eds.), Elsevier Science Publishers, 1983, pp. 257–263.
457. K. J. Widder and A. E. Senyei, Magnetic microspheres: A vehicle for selective targeting of drugs, *Pharmac. Ther. 20*, 377 (1983).

458. P. Couvreur, B. Kante, L. Grislain, M. Roland, and P. Speiser. Toxicity of polyalkylcyanoacrylate nanoparticles II: Doxorubicin-loaded nanoparticles, *J. Pharm. Sci.* 71, 790 (1982).
459. D. C. Edwards, Targeting potential and antibody conjugates, *Pharmac. Ther.* 23, 147 (1983).
460. R. B. Bankert, Development and use of monoclonal antibodies in the treatment of cancer, *Cancer Drug Delivery*, 1, 251 (1984).
461. R. Obrist, Monoclonal antibodies as drug carriers in oncology, *Trends Pharmacol. Sci.*, 4, 375 (1983).
462. U. Zimmermann, Cellular drug-carrier systems and their possible targeting. In, *Targeting of Drugs* (E. P. Goldberg, ed.), John Wiley & Sons, 1983, pp. 153–200.
463. D. A. Lewis and H. O. Alpar, Therapeutic possibilities of drugs encapsulated in erythrocytes, *Int. J. Pharm.* 22, 137 (1984).
464. M. J. Poznansky, Enzyme-protein conjugates: new possibilities for enzyme therapy, *Pharmac. Ther.*, 21, 53 (1983).
465. L. Gros, H. Ringsdorf, and H. Schupp, Polymeric antitumor agents on a molecular and on a cellular level, *Agnew. Chem. Int. Engl.* 20, 305 (1981).
466. D. P. Worth, J. N. Harvey, J. Brown, and M. R. Lee, C-L-glutamyl-L-dopa is a dopamine pro-drug, relatively specific for the kidney in normal subjects, *Clin. Sci.* 69, 207 (1985).
467. V. J. Stella and K. J. Himmelstein, Prodrug and site-specific drug delivery, *J. Med. Chem.* 23, 1275 (1984).
468. J. W. Simpkins, N. Bodor, and A. Enz, Direct evidence for brain-specific release of dopamine from a redox delivery system, *J. Pharm. Sci.* 74, 1033 (1985).
469. A. W. Segeal, E. J. Willis, G. Slvain, C. D. V. Black, and G. Gregoriadis, Morphological observations on the cellular and subcellular destination of intravascularly administered liposomes, *Br. Exp. Pathol.* 55, 320 (1974).
470. L. R. McDougall, J. K. Dunick, M. S. McNamee, and J. P. Kriss, Distribution and fate of synthetic lipid vesicles in the mouse: a combined radiounclide and spin label study, *Proc. Natl. Acad. Sci. USA* 71, 3487 (1974).
471. G. Gregoriadis and E. D. Neerunjun, Control of the rate hepatic uptake and catabolism of liposome-entrapped proteins injected into the rats. Possible therapeutic applications, *Eur. J. Biochem.* 47, 179 (1974).
472. G. Gregoriadis and E. D. Neerunjun, Homing of liposomes to target cells, *Biochem. Biophys. Res. Comm.* 65, 537 (1975).
473. V. T. Marchesi, T. W. Tillack, R. L. Jackson, J. P. Segrest, and R. E. Scott, Chemical characterization and surface orientation of the major glycoprotein of the human erythrocyte membrane, *Proc. Natl. Acad. Sci. USA* 69, 1445 (1972).

474. R. L. Juliano and D. J. Stamp, Lectin-mediated attachment of glycoprotein-bearing liposomes to cells, *Nature* 261, 235 (1976).
475. G. Weissman, D. Bloomgarden, R. Kaplan, C. Cohen, S. Hoffsteine, T. Collins, A. Gotlier and D. Nagle, A general method for the introduction of enzymes by means of immunoglobulin-coated liposomes of deficient cells, *Proc. Natl. Acad. Sci. USA* 72, 88 (1975).
476. G. Gregoriadis, A. Meehan and M. M. Mah, Interactions of antibody-bearing small unilamellar liposomes with target free antigen in vitro and in vivo, *Biochem. J.* 200, 203 (1981).
477. G. Poste, R. Kirsch, and T. Koestler, The challenge of liposome targeting in vivo. In, *Liposome Technology*, Vol. III. *Targeted Drug Delivery and Biological Interaction* (G. Gregoriadis, ed.), CRC Press, Boca Raton, 1984, pp. 1–28.
478. M. J. Poznansky and R. L. Juliano, Biological approaches to the controlled drug delivery of drugs: A critical review, *Pharmacol. Rev.* 36, 277 (1985).
479. R. L. Magin and M. R. Niesman, Temperature-dependent drug release from large unilamellar liposomes, *Cancer Drug Delivery* 1, 109 (1984).
480. J. N. Weinstein, R. D. Klausner, T. Innerarity, E. Ralston, and R. Blumental, Phase transition release, a new approach to the interaction of proteins with lipid vesicles: Application to lipoproteins, *Biochim. Biophys. Acta* 647, 270 (1981).
481. V. P. Torchilin, M. I. Tatisov, and V. N. Smirnov, Magnetic Sephadex as a carrier for enzyme immobilization and drug targeting, *J. Biomed. Mater. Res.* 19, 461 (1985).
482. M. Kanke, G. H. Simmons, D. L. Weiss, B. A. Bivins, and P. P. Deluca, Clearance of $^{141}$Cr-labeled microspheres from blood and distribution in specific organs following intravenuous and intraarterial administration in beagle dogs, *J. Pharm. Sci.* 69. 755 (1980).
483. J. J. Burger, E. Tomlinson, E. M. A. Mulder and J. G. McVie, Albumin microspheres for intraarterial tumor targeting. I. Pharmaceutical aspects, *Int. J. Pharm.* 23, 333 (1985).
484. R. J. W. Blanchard, I. Grotenhuis, J. W. LaFare, and J. F. Perry, Blood supply to hepatic V2 carcinoma implants as measured by radioactive microspheres, *Proc. Soc. Exp. Biol. Med.* 118, 465 (1965).
485. B. Lindell, K. F. Aronseh, U. Rothman, and H. O. Sjogren, The circulation in liver tissue and experimental liver metastases before and after embolization of the liver artery, *Res. Exp. Med.* 171, 63–70 (1977).
486. S. Dakhil, W. Ensminger, K. Cho, Niederhuber, K. Doan, and R. Wheller, Improved regional selectivity of hepatic arterial BCNU with degradable microspheres, *Cancer* 50, 631 (1982).

94 / Li et al.

487. R. F. Tuma, J. O. Forsberg, and B. Agerup, Enhanced uptake of actinomycin D in the dog kidney by simultaneous injection of degradable starch microspheres into the renal artery, *Cancer* 50, 1 (1982).

488. T. Kato, R. Nemoto, H. Mori, M. Takahashi, Y. Tamakawa, and M. Harada, Arterial chemoembolization with microencapsulated anti-cancer drug, *JAMA* 245, 1123 (1981).

489. S. Benita, Microcapsules: New applications and characterization, *Labo-Pharma. Probl. Tech.* 32, 694 (1984).

490. J. T. Doluisio and L. W. Dittert, Influence of repetitive dosing of tetracyclines on biological half-life in serum, *Clin. Pharmacol. Ther.* 8, 222 (1974).

# 2
# Theory of Mass Transfer

RONALD R. BURNETTE / University of Wisconsin, Madison, Wisconsin

| | | |
|---|---|---|
| I. | Introduction | 96 |
| II. | Random Walk Interpretation of Diffusion | 96 |
| III. | Fick's First and Second Law | 97 |
| | A. Free Energy Interpretation of Diffusion | 97 |
| | B. Diffusion as an Effective Transport Mechanism over Small Distances | 101 |
| | C. The Size of a Molecule and Its Ability to Diffuse | 104 |
| | D. Solute Binding and Its Effect on Diffusion | 108 |
| | E. The Variable Diffusion Coefficient and the Concept of a Mean Diffusion Coefficient | 109 |
| | F. Fick's Second Law in Three Dimensions and Its Coordinate Transformation | 111 |
| IV. | Passive Diffusion Through a Membrane—The Partition Coefficient | 113 |
| V. | Passive Diffusion Through a Membrane—The Stagnant Diffusion Layer | 119 |
| VI. | Application of Fick's Second Law to the Determination of the Non-Steady-State Output Flux Through the Skin | 127 |

# EXHIBIT 29




⑲ Europäisches Patentamt

European Patent Office

Office européen des brevets

⑪ Publication number: **0 280 571 B1**

⑫ **EUROPEAN PATENT SPECIFICATION**

㊹ Date of publication of patent specification: 04.08.93   ㊿ Int. Cl.⁵: **A61K 9/22, A61K 9/26**

㉑ Application number: **88301684.2**

㉒ Date of filing: **26.02.88**

㊵ Sustained release matrix formulations.

㉚ Priority: **27.02.87 US 19915**

㊸ Date of publication of application:
**31.08.88 Bulletin 88/35**

㊺ Publication of the grant of the patent:
**04.08.93 Bulletin 93/31**

㊽ Designated Contracting States:
**AT BE CH DE ES FR GB GR IT LI LU NL SE**

㊻ References cited:
EP-A- 0 129 382
EP-A- 0 142 877
GB-A- 2 067 072
US-A- 4 520 009

CHEMICAL ABSTRACTS, vol. 99, 1983, page
342, no. 110763c, Columbus, Ohio, US; &
JP-A-58 92 615 (HIGASHIKAWA, TETSUO)
02-06-1983

㉞ Proprietor: **ELI LILLY AND COMPANY**
Lilly Corporate Center
Indianapolis Indiana 46285(US)

�ible Inventor: **Oren, Peter Lloyd**
33 Apple Tree Circle
Noblesville Indiana 46060(US)
Inventor: **Seidler, Werner Max Karl**
1647 West 72nd Street
Indianapolis Indiana 46260(US)

㊷ Representative: **Tapping, Kenneth George et al**
Erl Wood Manor
Windlesham Surrey, GU20 6PH (GB)

**EP 0 280 571 B1**

Note: Within nine months from the publication of the mention of the grant of the European patent, any person may give notice to the European Patent Office of opposition to the European patent granted. Notice of opposition shall be filed in a written reasoned statement. It shall not be deemed to have been filed until the opposition fee has been paid (Art. 99(1) European patent convention).

Rank Xerox (UK) Business Services
(3.10/3.6/3.3.1)

EP 0 280 571 B1

**Description**

This invention relates to sustained release pharmaceutical formulations, particularly those containing antimicrobial agents.

Ideally, a sustained release dosage form should deliver the medicament at a constant rate throughout the gastrointestinal tract. With many of the delivery systems currently available, this expectation may not be realized since many drugs which are weakly acidic or basic exhibit solubility which varies in relation to pH. A decline in solubility in response to pH fluctuations within the body may result in a decreased release rate if the formulation does not respond with an appropriate change in its permeability characteristics.

The use of hydrophilic matrices to provide sustained drug release is known. Christenson et al. in U.S. Patent 3,065,143 disclose the use of certain hydrophilic gums, including hydroxypropyl methylcelluloses, in the preparation of sustained release tablets. Hill in U.S. Patent 3,458,622 describes the preparation of sustained release tablets using a combination of povidone and carbopol. Chem Abs 99, 1983 no.110763c describes a sustained release matrix containing a hydrophilic polymer and an enteric polymer. EP-A-142877 describes a sustained release matrix having an inert and a hydrophilic substance. GB-A-2067072 describes tablets containing a release-controlling agent and an erosion-promoting agent. US-A-4520009 describes constant-release aspirin tablets containing cellulose acetate phthalate and a plasticiser. Wiess et al. in U.S. Patent No. 4,252,786 describe a controlled release tablet consisting of a core tablet which was identical to the tablet disclosed in Hill, that is, containing an active ingredient, povidone, and carbopol. A coating consisting of a hydrophobic and a hydrophilic polymer was employed to prevent the initial burst of drug release encountered with this tablet. Schor et al. in U.S. Patent No. 4,389,393 describe sustained release therapeutic compositions based on high molecular weight hydroxypropyl methylcellulose.

Conventional hydrogels such as those based on high viscosity hydroxypropyl methylcelluloses are known to deliver medicaments at a constant rate independent of pH in relation to the hydration, gel viscosity and relative permeability of the dosage form. This, however, does not ensure that a drug whose solubility varies significantly as a function of pH will be delivered at a constant rate throughout the gastrointestinal pH range. With these conventional hydrogel formulations, the rate of drug release will be directly related to the solubility of the drug. If the drug possesses greater solubility in gastric fluids as compared to intestinal fluids, a characteristic of many weakly basic active ingredients, one would expect the release rate of the matrix to be faster in gastric fluids, than when the formulation makes the transition into the small intestine where the pH values are reported to be higher. For these formulations, if the dosage form is not retained for an adequate time period in the stomach, the decrease in drug release rate encountered in the intestine might result in incomplete bioavailability and greater variability from patient to patient.

Film coatings are known to have the ability to modify the release pattern of a drug once applied to pharmaceutical products. One type of film coating, known as an enteric coating, is used to prevent the release of drugs in, or protect drugs from, the effects of the gastric environment. Enteric coatings are used to delay the release of drugs which are inactivated by the stomach contents or which cause gastric irritation.

The matrix compositions of the present invention differ from existing formulations in that the present compositions have been designed to respond to increases in pH with a corresponding increase in the permeability of the dosage form. This allows the dosage form to release the active ingredient at an appropriate rate throughout the gastrointestinal tract.

This invention provides a matrix composition comprised of an active agent, a hydrophilic polymer, and an acrylic polymer which results in a dosage form which is responsive to physiological pH changes. More specifically, the present invention relates to a sustained release matrix formulation in tablet form comprising from about 0.1% by weight to about 90% by weight of an antimicrobial agent, from about 5% by weight to about 29% by weight of a hydrophilic polymer, and from about 0.5% by weight to about 25% by weight of an acrylic polymer, with the proviso that the total weight of the hydrophilic polymer and acrylic polymer is less than 30% by weight of the formulation. This formulation reacts to an increase in pH with a corresponding increase in its permeability and rate of erosion. This results in an improved mechanism for the sustained delivery of a variety of compounds, especially those whose solubility declines as the pH is increased.

Amounts and percentages are described herein as weight units unless otherwise stated.

The present formulation is in the form of a matrix of the ingredients comprising the formulation. A matrix, as defined herein, means a well-mixed composite of ingredients fixed into shape by tabletting. This intimate admixture of ingredients provides sustained release of the active agent contained therein as the pH of the environment changes following administration to a patient in need of such prolonged payout.

The percent of the ingredients required in the formulation of the invention, namely the active ingredient, the hydrophilic polymer, and the acrylic polymer, is calculated on a dry weight basis without reference to any water present. Thus, these three components together constitute 100 percent of the formulation for the purposes of calculating individual percentages. If other ingredients are present, the sum of all of the components, with the exception of the film coating, if any, constitutes 100 percent of the formulation for purposes of calculating individual percentages The antimicrobial agent will be present in a composition of the invention at a concentration in the range of about 0.1% by weight to about 90% by weight, more preferably at a concentration in the range of about 45% by weight to about 85% by weight. Typical medicaments which might benefit from this type of delivery system are antimicrobial agents such as cephalexin, cefaclor, cefadroxil, cefuroxime, cefuroxime axetil, erythromycin, penicillin, 7-[D-(aminophenylacetyl)amino]-3-chloro-8-oxo-1-azabicyclo[4.2.0]oct-2-ene-2-carboxylic acid, also known as loracarbef, 7-[[amino[3-[(methylsulfonyl)amino]phenyl]acetyl]amino]-3-chloro-8-oxo-1-azabicyclo[4.2.0]oct-2-ene-2-carboxylic acid, and 7-[D-[amino[3-[(ethylsulfonyl)amino]phenyl]acetyl]amino]-3-chloro-8-oxo-1-azabicyclo[4.2.0]oct-2-ene-2-carboxylic acid.

Examples of agents for which this invention is particularly suited are cephalexin and cefaclor. Both compounds are zwitterions, possessing both an acidic and a basic functional group. Both have greater solubility at the low pH values reported for gastric fluids (pH 1-3), than at the values normally reported for intestinal fluids (pH 5-7). When these compounds are placed into a conventional hydrogel, the release rate will be faster in simulated gastric fluids than when the formulation is exposed to simulated intestinal fluids.

The compositions of the present invention will also contain a hydrophilic polymer. Hydrophilic polymers will be present in the compositions of the invention at a concentration in the range of about 5% by weight to about 29% by weight, more preferably from about 5% by weight to about 20% by weight. Hydrophilic polymers suitable for use in this invention are either water soluble or water swellable, and include one or more natural or partially or totally synthetic anionic or nonionic hydrophilic gums, modified cellulosic substances or proteinaceous substances such as acacia, gum tragacanth, locust bean gum, guar gum, karaya gum, agar, pectin, carrageen, soluble and insoluble alginates, methylcellulose, hydroxypropyl methylcellulose, hydroxypropyl cellulose, hydroxyethylcellulose, sodium carboxymethylcellulose, carboxypolymethylene, gelatin, casein, zein, bentonite, magnesium aluminum silicate and the like. Other hydrophilic polymers which could be employed include polysaccharides and modified starch derivatives such as Amazio 721A (American Maize Products) and Pullulan (Hayashibara Biochemical Laboratories, Inc.).

Preferred hydrophilic polymers are the hydroxypropyl methylcelluloses manufactured by Dow Chemical and known as Methocel ethers. Preferred Methocel ethers include the Methocel E series gums (E 5, E 15, E 50, E4M, E10M and the like). The hydration rate of the Methocel E series gums is typically slower than the hydration rate of the Methocel K series gums. When the Methocel E series gums are used to prepare hydrogel tablets, thinner gel layers will result. As a consequence, when these tablets are exposed to a media of higher pH, the tablets respond more quickly than when polymers which provide thick viscous gel layers are employed. Yet another preferred polymer is Pullulan, a water soluble polysaccharide which is derived from starch. Pullulan is similar to the Methocel E series gums in that hydrogel tablets containing Pullulan normally form thin gel layers. When employed in conventional hydrogel tablets, Pullulan has only moderate ability to retard drug release.

The formulations of the invention will also contain an acrylic polymer. These polymers will be present in the compositions of the invention at a concentration in the range of about 0.5% by weight to about 25% by weight, more preferably at a concentration in the range of about 1.5% by weight to about 15% by weight. The pH at which these polymers begin to dissolve will be in the range of about 5.0 to about 7.4. The polymers will be insoluble at a pH below about 5.0. Since these polymers are insoluble at the low pH values corresponding to gastric fluids, they aid in retarding drug release in these regions. When exposed to fluids of higher pH, similar to those found in the small intestine, these polymers will dissolve, and thereby increase the permeability and rate of erosion of tablets of the present invention. Examples of suitable polymers include acrylic resins such as Eudragit L, Eudragit S, Eudragit L-100-55- Rohm Pharma and acrylic latex dispersions, for example, Eudragit L30D- Rohm Pharma. A preferred acrylic polymer is Eudragit L-100-55. This resin is available both as a fine powder or as an aqueous dispersion Eudragit L30D. This resin begins to dissolve above a pH of about 5.5, and for this reason aids in improving drug release over a major portion of the small intestine. The total concentration of the hydrophilic polymer and the acrylic polymer will be less than 30% by weight of the total formulation.

The present formulations may also contain a pharmaceutically acceptable binder at a concentration in the range of about 2.0% by weight to about 10.0% by weight, preferably from about 2.0% by weight to about 6.0% by weight. Pharmaceutically acceptable binders suitable for use in the present formulations are chosen from those routinely used by formulation chemists and include sucrose, lactose, gelatin, starch

paste, acacia, tragacanth, and other gums; cellulose derivatives such as methylcellulose, sodium carboxymethylcellulose, hydroxypropyl cellulose, hydroxypropyl methylcellulose, and ethylcellulose; microcrystalline cellulose; povidone; polyethylene glycols; corn syrup; and other binders known to those familiar with pharmaceutical formulations. Preferred binders are Pullulan and hydroxypropyl cellulose.

The present formulations may also contain from about 2.0% to about 25.0% by weight of a pharmaceutically acceptable excipient, preferably from about 5% to 20% by weight. These excipients may be water soluble and should be chemically inert to the other ingredients. Preferable excipients would include lactose and mannitol. Alternatively, a variety of other known excipients could be employed such as glucose, fructose, xylose, galactose, sucrose, maltose, xylitol, sorbitol, as well as other pharmaceutically acceptable monosaccharides and disaccharides. Other suitable excipients would include inorganic compounds such as the chloride, sulfate and phosphate salts of potassium, sodium, and magnesium, as well as the calcium and succinate salts of citrate, phosphate, lactate and gluconate.

The present formulations may also contain a tablet lubricant. The lubricant will be present in the formulation at a concentration in the range of about 0.5% to about 4.0% by weight, preferably from about 1.0% to about 2.5% by weight. Preferred lubricants are stearic acid, in powder form, and magnesium stearate. Other suitable tablet lubricants are calcium or zinc stearate, hydrogenated vegetable oils, talc, polyethylene glycols, mineral oil or other pharmaceutically acceptable die wall lubricants.

If desired, other conventional tablet ingredients such as preservatives, stabilizers, glidants, pharmaceutically acceptable surface active agents, and FD&C colors may be included in the present formulations. The total weight of these ingredients is typically in the range of about 0.1% to about 2.0% of the weight of the formulation. Acceptable glidants or flow enhancers include colloidal silicon dioxide and talc. Acceptable surface active agents include sodium lauryl sulfate, dioctyl sodium sulfosuccinate (DSS), triethanolamine, polyoxyethylene sorbitan and poloxalkol derivatives, quaternary ammonium salts or other pharmaceutically acceptable surface active agents. Additionally, the lubricants and surface active agents can be combined and incorporated in the formulation as a single ingredient.

The resulting tablets may be coated, if desired, with one of many readily available coating systems. Coating the tablets serves to mask the taste of the drug, make the tablet easier to swallow and, in some cases, improve the appearance of the the dosage form. The tablets can be sugar coated according to procedures well known in the art, or can be coated with any one of numerous polymeric film coating agents frequently employed by formulation chemists. Representative examples of such film coating agents include hydroxypropyl methylcellulose, carboxymethylcellulose, hydroxypropyl cellulose, methylcellulose, ethylcellulose, acrylic resins, povidone, polyvinyl diethylaminoacetate, cellulose acetate phthalate, polyvinyl acetate phthalate, hydroxypropyl methylcellulose phthalate, acrylic latex emulsions, ethylcellulose latex emulsions or other commercially available preparations such as Pharmacoat, manufactured by Shin-Etsu Chemical Co., Ltd, and Opadry, manufactured by Colorcon, Inc.

The present formulations may be prepared by procedures well known to formulation chemists. The method of manufacturing can affect the release characteristics of the finished tablets. The acrylic polymer employed in the present formulations may be incorporated into the formulation in a number of ways. The polymer may be added as a finely divided powder to the active agent along with all or part of the hydrophilic polymer. These ingredients are thoroughly mixed and granulated with either water or an aqueous solution of the hydrophilic polymer or other binder. This granulation is dried and sized. The resulting granulation may be blended with additional hydrophilic polymer and tablet lubricants, and then compressed into tablets. This particular method of manufacture requires a larger percentage of enteric polymer to yield the desired balance of appropriate release in both simulated gastric fluids and simulated intestinal fluids, but eliminates the need for organic solvents during the manufacture of the tablets.

Alternatively, the acrylic polymer can be added as a finely divided powder to the active agent and optionally all or part of the hydrophilic polymer. These ingredients are thoroughly mixed. Next, rather than using aqueous ingredients during the granulation step, organic solvents such as isopropyl alcohol, ethanol and the like may be employed with or without water. If desired, a suitable hydrophilic polymer can be dissolved in the solvent. Using this type of granulating fluid, the finely divided enteric polymer may become activated or partially dissolved during the granulation phase. In this state, it may be more effective in retarding drug release at low pH. This granulation is then processed as described above. This method of incorporation may result in reduced requirements for both the enteric polymer and hydrophilic polymer, which may be a significant advantage when the active agent is very soluble or is to be employed at high doses.

A minor variation of the above method would be to dissolve the acrylic polymer in an appropriate solvent system such as isopropyl alcohol, ethanol, and the like, with or without water. The resulting solution of the acrylic polymer is then used to granulate the active agent which may optionally contain a portion of

4

the hydrophilic polymer. This method of incorporation allows the acrylic polymer to more effectively retard drug release at low pH. The resulting granulation is then processed as described above. This processing method may again result in reduced requirements for both the acrylic polymer and hydrophilic polymer.

A third method for incorporation of the acrylic polymer into a composition of the invention requires using an aqueous latex dispersion of the polymer as the granulating fluid. In this instance, the active agent and all or part of the hydrophilic polymer would be thoroughly mixed. The dispersion of the acrylic polymer is then added to complete the granulation. The resulting tablets have many of the properties of the solvent granulation tablets described above, but this method does not require the use of these solvents. The aqueous dispersion, however, may not possess much tackiness, and the hydrophilic polymer which may be required to yield a suitable granulation by this method, may yield tablets which do not have the desired release profile at high and low pH that can be achieved using other manufacturing procedures.

The method of incorporation of the hydrophilic polymer will also have an effect on the release rate of the resulting tablets. These effects are well known to those familiar with hydrogel technology. It should be noted that when higher viscosity hydrophilic polymers are added to the formulation prior to wet granulation with aqueous solutions, the resulting tablets may have compromised release profiles when exposed to media of pH high enough to dissolve the enteric polymer.

As noted above, examples of agents for which this invention is particularly suited are cephalexin and cefaclor. When these compounds were placed into a conventional hydrogel composition, the release rate was faster in simulated gastric fluids than when the formulation was exposed to simulated intestinal fluids. This characteristic is demonstrated by the following example:

Example A

The following example is a cephalexin monohydrate sustained release tablet prepared using conventional hydrogel technology:

| Per Tablet Unit Formula | weight (mg) |
|---|---|
| cephalexin | 1074.5 mg |
| povidone-90 | 24.0 mg |
| Methocel E4M Premium | 161.3 mg |
| stearic acid powder | 15.1 mg |
| magnesium stearate | 15.1 mg |

The release tendencies of these tablets were evaluated using two dissolution procedures. One procedure is termed the "gastric method" and the other procedure is the "simulated GI method". According to the gastric method, the tablets were evaluated in 0.1 N hydrochloric acid which represents simulated gastric fluids. The simulated gastrointestinal (GI) method was designed to simulate gastrointestinal transit. According to the simulated GI method, the tablets were exposed for one hour to 750 ml of 0.1 N hydrochloric acid, at which time the pH in the dissolution kettle was increased to pH 6.8 by the addition of 250 ml of 0.2 M tribasic sodium phosphate. The dissolution results of these tablets are presented below:

<u>Cephalexin Dissolved (Cumulative Percent)</u>

| Time (minutes) | Gastric Method | Simulated GI Method |
|---|---|---|
| 30 | 17 | 17 |
| 60 | 28 | 28 |
| 90 | 38 | 33 |
| 120 | 48 | 34 |
| 180 | 65 | 39 |
| 240 | 79 | 44 |
| 300 | 90 | 49 |
| 360 | 98 | 55 |
| 420 | 105 | 59 |

The tablets were placed into a 2.00mm [10 mesh] basket and were rotated in the above media at 100 rpm.

The dissolution data illustrates a potential problem with the use of conventional hydrogel technology with a compound whose solubility declines as the pH is increased. With the above formulation, when the tablets were exposed to media of a higher pH in the simulated GI method, the release rate of cephalexin from the formulation declined dramatically. When used clinically, this formulation may not perform as intended if the dosage form does not remain in the stomach. Premature emptying of the tablet into the small intestine, and the resulting pH increase, could result in a decreased cephalexin release rate and poor bioavailability. These conditions would lead to potential problems if they occurred on a continued basis, such as therapeutic failure in the treatment of some types of infection.

The following Examples illustrate the formulations of the invention, and methods of for their preparation.

Example 1

A Hobart mixer was charged with 2149 g of cephalexin monohydrate. The resulting mixture was granulated with 1000 ml of 15% w/v Eudragit L-100-55 in a mixture of isopropyl alcohol:water (9:1, v:v). Total granulating time was between five to seven minutes. The wet granulation was placed through a 4.75 mm [No. 4] screen onto paper-lined trays and dried at 35°C for five and one-half hours. Drying was continued at room temperature overnight. The dried granulation was placed through a 1.40 mm [No. 14 mesh] screen into an appropriate container.

A v-blender was charged with 575 g of this granulation and 62.5 g of hydroxypropyl methylcellulose E-50 to prepare 500 tablets. This mixture was blended for about thirty minutes. To the mixture was added stearic acid powder (7.5 g) and magnesium stearate (3.25 g) through a 600 µm [No. 30 mesh] screen. This material was mixed for five minutes and discharged into an appropriate container. The resulting mixture was compressed on a Stokes F-press tabletting machine using conventional tooling.

Per Tablet Unit Formula:

|  | weight (mg) | weight (percent) |
|---|---|---|
| cephalexin monohydrate | 1074.5 | 82.91 |
| Eudragit L-100-55 | 75.0 | 5.79 |
| hydroxypropyl methylcellulose E-50 | 125.0 | 9.65 |
| stearic acid powder | 15.0 | 1.15 |
| magnesium stearate | 6.5 | 0.50 |

The dissolution of these tablets was evaluated by the previously described methods with the following results:

Cephalexin Dissolved (Cumulative Percent)

| Time (minutes) | Gastric Method | Simulated GI Method |
|---|---|---|
| 30 | 22 | 20 |
| 60 | 35 | 32 |
| 90 | 45 | 40 |
| 120 | 53 | 50 |
| 180 | 66 | 69 |
| 240 | 77 | 84 |
| 300 | 85 | 92 |
| 360 | 94 | 93 |
| 420 | 100 | 93 |

Example 2

A Hobart mixer was charged with 1612 g of cephalexin monohydrate, 300 g of Eudragit L-100-55 and 225 g of hydroxypropyl methylcellulose E-5 through an appropriate screen. The mixture was blended thoroughly and granulated with 750 ml of an 8% w/v hydroxypropyl methylcellulose E-5 solution in a mixture of isopropyl alcohol and water (3:7, v:v). Total granulating time was between five and ten minutes. The wet granulation was placed through a 4.75 mm [No. 4] screen onto paper-lined trays and dried at 45°C for one half hour. Drying continued at room temperature for 48 hours. The dried granulation was placed through a 1.40 mm [No. 14 mesh] screen into an appropriate container.

A v-blender was charged with 732 g of this granulation followed by 11 g of stearic acid powder and 7.77 g of magnesium stearate were added through a 600 μm [No. 30 mesh] screen. This material was mixed for five minutes and discharged into an appropriate container. The resulting mixture was compressed on a Stokes F-press tabletting machine using conventional tooling.

The resulting tablets were film coated with a solvent based film coating mixture consisting of hydroxypropyl methylcellulose E-50 (1.581 weight percent) and glycerin (0.552 weight percent) in a conventional coating pan. The tablets were then placed onto paper-lined trays to dry to provide approximately 1000 tablets.

| Per Tablet Unit Formula: | weight (mg) | weight (percent) |
|---|---|---|
| cephalexin monohydrate | 537.23 | 71.54 |
| Eudragit L-100-55 | 100.00 | 13.32 |
| hydroxypropyl methylcellulose E-5 | 95.00 | 12.65 |
| stearic acid powder | 11.00 | 1.46 |
| magnesium stearate | 7.77 | 1.03 |
| clear film coat (theory) | 15.88 | |

The dissolution of these tablets was evaluated by the previously described methods with the following results:

Cephalexin Dissolved (Cumulative Percent)

| Time (minutes) | Gastric Method | Simulated GI Method |
|---|---|---|
| 30 | 28 | 27 |
| 60 | 48 | 46 |
| 90 | 65 | 60 |
| 120 | 82 | 73 |
| 180 | 100 | 93 |
| 240 | 100 | 99 |

Example 3

A pony mixer was charged with 3224 g of cephalexin monohydrate, 300 g of Eudragit L-100-55 and 93 g of hydroxypropyl cellulose L.F. through an appropriate screen. The mixture was blended thoroughly and granulated with 1200 ml of a 6% w/v aqueous hydroxypropyl cellulose L.F. solution. Purified water was added in a quantity sufficient to produce a satisfactory granulation. Total granulating time was between five and ten minutes. The wet granulation was placed through a 4.75 mm [No. 4] screen onto paper-lined trays and dried at 35°C for 20 1/2 hours. The dried granulation was placed through a 1.70 mm [No. 12 mesh] screen into an appropriate container.

To prepare 1000 tablets, a v-blender was charged with 1230 g of this granulation, and 100 g Methocel E4M CR grade was added through a 600 μm [No. 30 mesh] screen. This mixture was blended for about 20 minutes, after which 15 g stearic acid powder and 10.5 g magnesium stearate were added through a 600 μm [No. 30 mesh] screen. This material was mixed for five minutes and discharged into an appropriate container. The resulting mixture was compressed on a Stokes F-press tabletting machine using conventional tooling.

The resulting tablets were film coated with a solvent based film coating mixture consisting of hydroxypropyl methylcellulose E-50 (1.581 weight percent) and glycerin (0.552 weight percent) in a conventional coating pan. The tablets were placed onto paper-lined trays to dry.