EP 0 280 571 B1

| Per Tablet Unit Formula: | weight (mg) | weight (percent) |
|---|---|---|
| cephalexin monohydrate | 1074.50 | 79.30 |
| Eudragit L-100-55 | 100.00 | 7.38 |
| hydroxypropyl cellulose L.F. | 55.00 | 4.06 |
| Methocel E4M CR grade | 100.00 | 7.38 |
| stearic acid powder | 15.00 | 1.11 |
| magnesium stearate | 10.50 | 0.77 |
| clear film coat (theory) | 50.54 | |

The dissolution of these tablets was evaluated by the previously described methods to provide the following results:

## Cephalexin Dissolved (Cumulative Percent)

| Time (minutes) | Gastric Method | Simulated GI Method |
|---|---|---|
| 30 | 12 | 12 |
| 60 | 31 | 30 |
| 90 | 47 | 37 |
| 120 | 60 | 41 |
| 180 | 80 | 58 |
| 240 | 93 | 72 |
| 300 | 99 | 82 |
| 360 | 103 | 89 |
| 420 | 105 | 93 |

Example 4

A Hobart mixer was charged with 1612 g of cephalexin monohydrate and 45 g of hydroxypropyl cellulose L.F. through an appropriate screen. This mixture was blended thoroughly and granulated with 500 ml of an aqueous dispersion Eudragit L30D (equivalent to 150 g Eudragit L-100-55). Purified water was added in a quantity sufficient to produce a satisfactory granulation. Total granulating time was between five and ten minutes. The wet granulation was placed through a 4.75 mm [No. 4] screen onto paper-lined trays and dried at 35°C for 20 hours. The dried granulation was placed through a 1.40 mm [No. 14 mesh] screen into an appropriate container.

To prepare 500 tablets, a v-blender was charged with 602 g of this granulation and 50 g of Methocel E4M CR grade was added through a 600 μm [No. 30 mesh] screen. This mixture was blended for about 20 minutes, after which 7.5 g of stearic acid powder and 5.25 g magnesium stearate were added through a No. 30 mesh screen. This material was mixed for five minutes and discharged into an appropriate container. The resulting mixture was compressed on a Stokes F-press tabletting machine using conventional tooling.

EP 0 280 571 B1

| Per Tablet Unit Formula: | weight (mg) | weight (percent) |
|---|---|---|
| cephalexin monohydrate | 1074.50 | 80.79 |
| Eudragit L30D (solids) | 100.00 | 7.52 |
| hydroxypropyl cellulose L.F. | 30.00 | 2.26 |
| Methocel E4M CR grade | 100.00 | 7.52 |
| stearic acid powder | 15.00 | 1.13 |
| magnesium stearate | 10.50 | 0.78 |

The dissolution of these tablets was evaluated by the previously described methods to give the following results:

### Cephalexin Dissolved (Cumulative Percent)

| Time (minutes) | Gastric Method | Simulated GI Method |
|---|---|---|
| 30 | 22 | 21 |
| 60 | 33 | 32 |
| 90 | 42 | 37 |
| 120 | 50 | 39 |
| 180 | 63 | 49 |
| 240 | 75 | 67 |
| 300 | 85 | 79 |
| 360 | 93 | 85 |
| 420 | 97 | 88 |

Example 5

A Hobart mixer was charged with 2149 g of cephalexin monohydrate. This material was granulated with 1000 ml of a 10% w/v Eudragit L-100-55 in a mixture of isopropyl alcohol and water (9:1, v:v). Total granulating time was about seven minutes. The wet granulation was placed through a 4.75 mm [No. 4] screen onto paper-lined trays and dried at 35°C for two hours. Drying was continued at room temperature overnight. The dried granulation was placed through a 1.40 mm [No. 14 mesh] screen into an appropriate container.

To prepare 300 tablets, a v-blender was charged with 337 g of the granulation and 45 g of hydroxypropyl methylcellulose E-50. This mixture was blended for about thirty minutes. Stearic acid powder (4.5 g) and magnesium stearate (1.95 g) were added to the mixture through a 600 $\mu$m [No. 30 mesh] screen. This material was mixed for five minutes and discharged into an appropriate container. The resulting mixture was compressed on a Stokes F-press tabletting machine using conventional tooling.

EP 0 280 571 B1

Per Tablet Unit Formula:

| | weight (mg) | weight (percent) |
|---|---|---|
| cephalexin monohydrate | 1074.5 | 82.91 |
| Eudragit L-100-55 | 50.0 | 3.86 |
| hydroxypropyl methylcellulose E-50 | 150.0 | 11.57 |
| stearic acid powder | 15.0 | 1.16 |
| magnesium stearate | 6.5 | 0.50 |

The dissolution of these tablets was evaluated by the previously described methods with the following results:

## Cephalexin Dissolved (Cumulative Percent)

| Time (minutes) | Gastric Method | Simulated GI Method |
|---|---|---|
| 30 | 24 | 24 |
| 60 | 38 | 37 |
| 90 | 47 | 46 |
| 120 | 54 | 55 |
| 180 | 73 | 76 |
| 240 | 94 | 89 |
| 300 | 99 | 94 |

Example 6

A Hobart mixer was charged with 500 g of cefaclor monohydrate, 65 g of lactose and 100 g of hydroxypropyl methylcellulose E-5 through an appropriate screen. The mixture was blended thoroughly and granulated with 350 ml of a 5% w/v Eudragit L-100-55 solution in a mixture of isopropyl alcohol and water (19:1, v:v). Total granulating time was between five and ten minutes. The wet granulation was placed through a 4.75 mm [No. 4] screen onto paper-lined trays and dried at 50°C for one hour. Drying continued at room temperature for 48 hours. The dried granulation was passed through a 1.18 mm [No. 16 mesh] screen into an appropriate container.

To prepare 500 tablets, a v-blender was charged with 268 g of the granulation, and 3.75 g of stearic acid powder and 2.5 g of magnesium stearate were added through a 600 μm [No. 30 mesh] screen. The resulting mixture was mixed for five minutes and discharged into an appropriate container. The resulting mixture was compressed on a Stokes F-press tabletting machine using conventional tooling.

EP 0 280 571 B1

| Per Tablet Unit Formula: | weight (mg) | weight (percent) |
|---|---|---|
| cefaclor monohydrate | 392.30 | 71.60 |
| lactose | 50.98 | 9.30 |
| Eudragit L-100-55 | 13.71 | 2.50 |
| hydroxypropyl methylcellulose E-5 | 78.45 | 14.32 |
| stearic acid powder | 7.50 | 1.37 |
| magnesium stearate | 5.00 | 0.91 |

The dissolution of these tablets was evaluated by the previously described methods with the following results:

### Cefaclor Dissolved (Cumulative Percent)

| Time (minutes) | Gastric Method | Simulated GI Method |
|---|---|---|
| 30 | 22 | 23 |
| 60 | 33 | 32 |
| 90 | 41 | 54 |
| 120 | 47 | 97 |
| 180 | 61 | 112 |
| 240 | 75 | |
| 300 | 85 | |
| 360 | 92 | |
| 420 | 97 | |

Example 7

A Hobart mixer was charged with 500 g of cefaclor monohydrate, 40 g of Eudragit L-100-55, 50 g of lactose and 75 g of Pullulan PI-20 through an appropriate screen. The mixture was blended thoroughly and granulated with 200 ml of a 5% w/v hydroxypropyl cellulose L.F. solution in a mixture of isopropyl alcohol and water (19:1, v:v). Total granulating time was between five and ten minutes. The wet granulation was placed through a 4.75mm [No. 4] screen onto paper-lined trays and then dried at 50°C for two hours. Drying continued at room temperature for 24 hours. The dried granulation was placed through a 1.40 mm [No. 14 mesh] screen into an appropriate container.

A v-blender was charged with 266 g of the granulation, and 3.75 g stearic acid powder and 2.5 g of magnesium stearate were added to the blender through a 600 μm [No. 30 mesh] screen. This material was mixed for five minutes and discharged into an appropriate container. The resulting mixture was compressed on a Stokes F-press tabletting machine using conventional tooling to provide 500 tablets.

12

EP 0 280 571 B1

| Per Tablet Unit Formula: | weight (mg) | weight (percent) |
|---|---|---|
| cefaclor monohydrate | 392.30 | 73.43 |
| lactose | 39.23 | 7.34 |
| Eudragit L-100-55 | 31.36 | 5.87 |
| Pullulan PI-20 | 58.85 | 11.02 |
| stearic acid powder | 7.50 | 1.40 |
| magnesium stearate | 5.00 | 0.94 |

The dissolution of these tablets was evaluated by the previously described methods to afford the following results:

## Cefaclor Dissolved (Cumulative Percent)

| Time (minutes) | Gastric Method |
|---|---|
| 30 | 18 |
| 60 | 24 |
| 90 | 30 |
| 120 | 34 |
| 180 | 44 |
| 240 | 50 |
| 300 | 56 |
| 360 | 61 |
| 420 | 66 |

Example 8

A Hobart mixer was charged with 1177 g of cefaclor monohydrate, 212 g of mannitol and 176 g of hydroxypropyl methylcellulose E-5 through an appropriate screen. The mixture was blended thoroughly and granulated with 720 ml of a 5% w/v Eudragit L-100-55 solution in a mixture of isopropyl alcohol and water (9:1, v:v). Total granulating time was five minutes. The wet granulation was placed through a 4.75 mm [No. 4] screen onto paper-lined trays and dried at 40°C for three hours. Drying continued at room temperature overnight. The dried granulation was placed through a 1.18 mm [No. 16 mesh] screen into an appropriate container.

To prepare 1500 tablets, a v-blender was charged with 800 g of this granulation. Stearic acid powder (11.25 g) and magnesium stearate (7.5 g) were added to the blender through a 600 $\mu$m [No. 30 mesh] screen. The resulting material was mixed for five minutes and discharged into an appropriate container. The resulting mixture was compressed on a Stokes F-press tabletting machine using conventional tooling.

EP 0 280 571 B1

Per Tablet Unit Formula:

| | mg/tablet | %w/w |
|---|---|---|
| cefaclor monohydrate | 392.30 | 71.83 |
| mannitol | 70.70 | 12.95 |
| hydroxypropyl methylcellulose E-5 | 58.50 | 10.71 |
| Eudragit L-100-55 | 12.00 | 2.20 |
| stearic acid powder | 7.50 | 1.37 |
| magnesium stearate | 5.00 | 0.94 |

The dissolution of these tablets was evaluated by the previously described methods with the following results:

### Cefaclor Dissolved (Cumulative Percent)

| Time (minutes) | Gastric Method | Simulated GI Method |
|---|---|---|
| 30 | 20 | 21 |
| 60 | 31 | 30 |
| 90 | 38 | 61 |
| 120 | 46 | 111 |
| 180 | 63 | |
| 240 | 79 | |
| 300 | 91 | |
| 360 | 98 | |
| 420 | 103 | |

Example 9

A Hobart mixer was charged with 1177 g of cefaclor monohydrate, 212 g of mannitol and 176 g of hydroxypropyl methylcellulose E-5 through an appropriate screen. The mixture was blended thoroughly and then granulated with 720 ml of a 5% w/v Eudragit L-100-55 solution in a mixture of isopropyl alcohol and water (9:1, v:v). Total granulating time was about five minutes. The wet granulation was placed through a 4.75 mm [No. 4] screen onto paper-lined trays and dried at 40°C for three hours. Drying continued at room temperature overnight. The dried granulation was placed through a 1.18 mm [No. 16 mesh] screen into an appropriate container.

To prepare 1100 tablets, a v-blender was charged with 587 g of this granulation and 26.4 g of mannitol. This mixture was blended for about thirty minutes and combined with stearic acid powder (8.25 g) and magnesium stearate (5.5 g) through a 600 μm [No. 30 mesh] screen. This material was mixed for five minutes and discharged into an appropriate container. The resulting mixture was compressed on a Stokes F-press tabletting machine using conventional tooling. The resulting tablets were film coated with a solvent based film coating mixture consisting of hydroxypropyl methylcellulose E-50 (1.55 weight percent), glycerin (0.54 weight percent) and Opaspray Blue (solids - 0.75 weight percent) in a conventional coating pan. The tablets were then placed onto paper-lined trays to dry.

EP 0 280 571 B1

Per Tablet Unit Formula:

|  | weight (mg) | weight (percent) |
|---|---|---|
| cefaclor monohydrate | 392.30 | 68.82 |
| mannitol | 94.70 | 16.61 |
| hydroxypropyl methylcellulose E-5 | 58.50 | 10.26 |
| Eudragit L-100-55 | 12.00 | 2.11 |
| stearic acid powder | 7.50 | 1.32 |
| magnesium stearate | 5.00 | 0.88 |
| color film coating (theory) | 13.01 | |

The dissolution of these tablets was evaluated by the previously described methods with the following results:

## Cefaclor Dissolved (Cumulative Percent)

| Time (minutes) | Gastric Method | Simulated GI Method |
|---|---|---|
| 30 | 18 | 18 |
| 60 | 28 | 28 |
| 90 | 36 | 53 |
| 120 | 46 | 95 |
| 180 | 66 | |
| 240 | 83 | |
| 300 | 93 | |
| 360 | 97 | |

Example 10

A Hobart mixer was charged with 1569 g of cefaclor monohydrate, 201 g of mannitol and 264 g of hydroxypropyl methylcellulose E-5 through an appropriate screen. The mixture was blended thoroughly and granulated with 960 ml of a 5% w/v Eudragit L-100-55 solution in a mixture of isopropyl alcohol and water (9:1, v:v). Total granulating time was about six minutes. The wet granulation was placed through a 4.75 mm [No. 4] screen onto paper-lined trays and dried at 28°C for six hours. Drying continued at room temperature overnight. The dried granulation was passed through a 1.18 mm [No. 16 mesh] screen into an appropriate container.

To prepare 1500 tablets, a v-blender was charged with 781 g of the granulation, 11.25 g of stearic acid powder and 7.5 g of magnesium stearate. The lubricants were added through a 600 μm [No. 30 mesh] screen. This material was mixed for five minutes and discharged into an appropriate container. The resulting mixture was then compressed on a Stokes F-press tabletting machine using conventional tooling. The resulting tablets were film coated with a solvent based film coating mixture consisting of hydroxypropyl methylcellulose E-50 (1.55 weight percent), glycerin (0.54 weight percent) and Opaspray Blue (solids - 0.75 weight percent) in a conventional coating pan. The tablets were then placed onto paper-lined trays to dry.

EP 0 280 571 B1

Per Tablet Unit Formula:

|  | weight (mg) | weight (percent) |
|---|---|---|
| cefaclor monohydrate | 392.30 | 73.60 |
| mannitol | 50.20 | 9.42 |
| hydroxypropyl methylcellulose E-5 | 66.00 | 12.38 |
| Eudragit L-100-55 | 12.00 | 2.25 |
| stearic acid powder | 7.50 | 1.41 |
| magnesium stearate | 5.00 | 0.94 |
| color film coating (theory) | 12.87 | |

The dissolution of these tablets was evaluated by the previously described methods with the following results:

## Cefaclor Dissolved (Cumulative Percent)

| Time (minutes) | Gastric Method | Simulated GI Method |
|---|---|---|
| 30 | 17 | 17 |
| 60 | 26 | 26 |
| 90 | 33 | 45 |
| 120 | 38 | 82 |
| 180 | 49 | |
| 240 | 58 | |
| 300 | 67 | |
| 360 | 76 | |
| 420 | 83 | |

Example 11

A Hobart mixer was charged with 1046 g of cefaclor monohydrate, 80 g of mannitol and 70 g of hydroxypropyl methylcellulose E-5 through an appropriate screen. The mixture was blended thoroughly and then granulated with 500 ml of a 3% w/v Eudragit L-100-55 and 2.6% w/v hydroxypropyl cellulose EF solution in a mixture of isopropyl alcohol and water (isopropyl alcohol 90 parts : 10 parts water). Total granulating time was between three and four minutes. The wet granulation was placed through a 4.75 mm [No. 4] screen onto paper-lined trays and then dried at 40° C for five hours. Drying continued at room temperature for 24 hours. The dried granulation was placed through a 1.18 μm [No. 16 mesh] screen and the granulation was returned to paper-lined trays and dried at 40° C for 2 1/2 hours to remove residual solvent.

To prepare 900 tablets, a v-blender was charged with 550.8 g of this granulation. To this, 61.2 g of hydroxypropyl methylcellulose E-50 was added through a 600 μm [No. 30 mesh] screen. The mixture was blended for twenty minutes in a v-blender. To this mixture, the lubricants stearic acid powder (6.3 g) and magnesium stearate (2.7 g) were added through a 600 μm [No. 30 mesh] screen. This material was mixed for five minutes and discharged into an appropriate container. The resulting mixture was then compressed on a Stokes F-press tableting machine using conventional tooling.

**EP 0 280 571 B1**

The tablets were film coated with a solvent based film coating mixture consisting of hydroxypropyl methylcellulose E-50 (1.581 weight percent), glycerin 0.552 (weight percent) and Opaspray Blue (1.961 weight percent) in a conventional coating pan. The tablets were placed onto paper-lined trays to air dry.

## Per Tablet Unit Formula:

| | weight (mg) | weight (percent) |
|---|---|---|
| cefaclor monohydrate | 523.00 | 75.80 |
| mannitol | 40.20 | 5.80 |
| hydroxypropyl methylcellulose E-5 | 35.00 | 5.07 |
| Eudragit L-100-55 | 7.50 | 1.09 |
| hydroxypropyl cellulose EF | 6.50 | 0.94 |
| hydroxypropyl methylcellulose E-50 | 68.00 | 9.86 |
| stearic acid powder | 7.00 | 1.01 |
| magnesium stearate | 3.00 | 0.43 |
| blue film coating (theory) | 12.50 | |

The dissolution of these tablets was evaluated by the previously described methods with the following results:

## Cefaclor Dissolved (Cumulative Percent)

| Time (minutes) | Gastric Method | Simulated GI Method |
|---|---|---|
| 30 | 16 | 17 |
| 60 | 30 | 34 |
| 90 | 44 | 56 |
| 120 | 57 | 71 |
| 180 | 81 | 88 |
| 240 | 101 | 100 |

Example 12

To prepare 40 tablets, the following ingredients were passed through a 600 $\mu$m [No. 30 mesh] screen and mixed together in a mortar and pestle- 8.44 g of 7-[D-(aminophenylacetyl)amino]-3-chloro-8-oxo-1-azabicyclo[4.2.0]oct-2-ene-2-carboxylic acid monohydrate, 0.84 g of Eudragit L-100-55, and 2.56 g of hydroxypropyl methylcellulose E-50. To this mixture, 0.104 g of magnesium stearate and 0.216 g of talc were added and blended thoroughly. The resulting mixture was then compressed on a Stokes F-press tableting machine using conventional tooling.

EP 0 280 571 B1

Per Tablet Unit Formula:

| | weight (mg) | weight (percent) |
|---|---|---|
| 7-[D-(aminophenylacetyl)amino]-3-chloro-8-oxo-1-azabicyclo-[4.2.0]oct-2-ene-2-carboxylic acid monohydrate | 211.00 | 69.41 |
| Eudragit L-100-55 | 21.00 | 6.91 |
| hydroxypropyl methylcellulose E-50 | 64.00 | 21.05 |
| magnesium stearate | 2.60 | 0.86 |
| talc | 5.40 | 1.78 |

The dissolution of these tablets was evaluated by the previously described methods with the following results:

### Active Agent Dissolved (Cumulative Percent)

| Time (minutes) | Gastric Method | Simulated GI Method |
|---|---|---|
| 30 | 23 | 24 |
| 60 | 43 | 44 |
| 90 | 65 | 59 |
| 120 | 80 | 68 |
| 150 | 92 | 79 |
| 180 | 100 | 87 |
| 240 | 105 | 99 |
| 300 | 104 | 105 |

Example 13

To prepare 40 tablets, the following ingredients were passed through a 600 $\mu$m [No. 30 mesh] screen and mixed together in a mortar and pestle- 8.0 g of 7-[[amino[3-[(methylsulfonyl)amino]phenyl]acetyl]-amino]-3-chloro-8-oxo-1-azabicyclo[4.2.0]oct-2-ene-2-carboxylic acid, 0.8 g of Eudragit L-100-55, 1.6 g of hydroxypropyl methylcellulose E-50, and 0.96 g of Methocel E4M CR grade. To this mixture, 0.120 g of magnesium stearate and 0.200 g of talc were added and blended thoroughly. The resulting mixture was then compressed on a Stokes F-press tableting machine using conventional tooling.

**EP 0 280 571 B1**

Per Tablet Unit Formula:

| | weight (mg) | weight (percent) |
|---|---|---|
| 7-[[amino[3-[(methylsulfonyl)-amino]phenyl]acetyl]amino]-3-chloro-8-oxo-1-azabicyclo[4.2.0]-oct-2-ene-2-carboxylic acid | 200.00 | 68.49 |
| Eudragit L-100-55 | 20.00 | 6.85 |
| hydroxypropyl Methylcellulose E-50 | 40.00 | 13.70 |
| Methocel E4M CR grade | 24.00 | 8.22 |
| magnesium stearate | 3.00 | 1.03 |
| talc | 5.00 | 1.71 |

The dissolution of these tablets was evaluated by the previously described methods with the following results:

Active Agent Dissolved (Cumulative Percent)

| Time (minutes) | Gastric Method | Simulated GI Method |
|---|---|---|
| 30 | 19 | 18 |
| 60 | 29 | 28 |
| 90 | 40 | 36 |
| 120 | 50 | 40 |
| 150 | 58 | 43 |
| 180 | 65 | 48 |
| 240 | 78 | 58 |
| 300 | 89 | 69 |
| 360 | 97 | 78 |
| 420 | 100 | 84 |

Example 14

To prepare 40 tablets, the following ingredients were passed through a 600 μm [No. 30 mesh] screen and mixed together in a mortar and pestle- 8.0 g of 7-[D-[amino[3-[(ethyl-sulfonyl)amino]phenyl]acetyl]-amino]-3-chloro-8-oxo-1-azabicyclo[4.2.0]oct-2-ene-2-carboxylic acid, 0.8 g of Eudragit L-100-55, 1.6 g of hydroxypropyl methylcellulose E-50, and 1.0 g of Methocel E4M CR grade. To this mixture, 0.20 g of magnesium stearate and 0.200 g of talc were added and blended thoroughly. The resulting mixture was then compressed on a Stokes F-press tableting machine using conventional tooling.

EP 0 280 571 B1

Per Tablet Unit Formula:

| | weight (mg) | weight (percent) |
|---|---|---|
| 7-[D-[amino[3-[(ethylsulfonyl)-amino]phenyl]acetyl]amino]-3-chloro-8-oxo-1-azabicyclo[4.2.0]-oct-2-ene-2-carboxylic acid | 200.00 | 67.80 |
| Eudragit L-100-55 | 20.00 | 6.78 |
| hydroxypropyl methylcellulose E-50 | 40.00 | 13.56 |
| Methocel E4M CR grade | 25.00 | 8.47 |
| magnesium stearate | 5.00 | 1.69 |
| talc | 5.00 | 1.69 |

The dissolution of these tablets was evaluated by the previously described methods with the following results:

### Active Agent Dissolved (Cumulative Percent)

| Time (minutes) | Gastric Method | Simulated GI Method |
|---|---|---|
| 30 | 18 | 17 |
| 60 | 27 | 28 |
| 90 | 34 | 35 |
| 120 | 43 | 39 |
| 150 | 50 | 42 |
| 180 | 56 | 47 |
| 240 | 67 | 56 |
| 300 | 76 | 65 |
| 360 | 86 | 75 |
| 420 | 92 | 84 |

**Claims**

**Claims for the following Contracting States : AT, BE, CH, DE, FR, GB, IT, LI, LU, NL, SE**

1. A sustained release matrix formulation in tablet form comprising from 0.1% by weight to 90% by weight of an antimicrobial agent selected from cephalexin, cefaclor, cefadroxil, cefuroxime, cefuroxime axetil, erythromycin, penicillin, loracarbef, 7-[[amino-[3-[(methylsulfonyl)amino]-phenyl]acetyl]amino]-3-chloro-8-oxo-1-azabicyclo[4.2.0]-oct-2-ene-2-carboxylic acid, or 7-[D-[amino[3-[(ethylsulfonyl)amino]phenyl]-acetyl]amino]-3-chloro-8-oxo-1-azabicyclo[4.2.0]oct-2-ene-2-carboxylic acid, from 5% by weight to 29% by weight of a hydrophilic polymer, and from 0.5% by weight to 25% by weight of an acrylic polymer which dissolves at a pH of 5 to 7.4, with the proviso that the total weight of the hydrophilic polymer and the acrylic polymer is less than 30% by weight of the formulation.

20

EP 0 280 571 B1

2. A formulation as claimed in Claim 1 in which the antimicrobial agent is cefaclor.

3. A formulation as claimed in Claim 1 in which the antimicrobial agent is cephalexin.

4. A formulation as defined in Claim 1 for use in the therapeutic treatment of a warm-blooded animal in need thereof.

**Claims for the following Contracting States : GR, ES**

1. A process for preparing a tableted medicament comprising a sustained release matrix containing from 0.1% by weight to 90% by weight of an antimicrobial agent selected from cephalexin, cefaclor, cefadroxil, cefuroxime, cefuroxime axetil, erythromycin, penicillin, loracarbef, 7-[[amino-[3-[-(methylsulfonyl)-amino]phenyl]acetyl]amino]-3-chloro-8-oxo-1-azabicyclo-[4.2.0]oct-2-ene-2-carboxylic acid, or 7-[D-[amino[3-[(ethylsulfonyl)amino]phenyl]acetyl]amino]-3-chloro-8-oxo-1-azabicyclo[4.2.0]oct-2-ene-2-carboxylic acid, from 5% by weight to 29% by weight of a hydrophilic polymer, and from 0.5% by weight to 25% by weight of an acrylic polymer which dissolves at a pH of 5 to 7.4, with the proviso that the total weight of the hydrophilic polymer and the acrylic polymer is less than 30% by weight of the formulation; which comprises granulating a thorough mixture of the antimicrobial agent, the hydrophilic polymer and the acrylic polymer with an aqueous or organic solvent system, drying the granules, charging the dried granules and a tablet lubricant into a blender, discharging the blender and tableting the resulting product.

2. A process of claim 1 in which the solvent system is aqueous.

3. A process of claim 2 in which the solvent system is water.

4. A process of claim 3 in which the water contains all or part of the hydrophilic polymer.

5. A process of claim 3 in which the water contains all or part of the acrylic polymer.

6. A process of claim 1 in which the solvent system is organic.

7. A process of claim 6 in which the organic solvent contains all or part of the hydrophilic polymer.

8. A process of claim 6 in which the organic solvent contains all or part of the acrylic polymer.

9. A process as claimed in any preceding claim in which the antimicrobial agent is cefaclor.

10. A process as claimed in any preceding claim in which the antimicrobial agent is cephalexin.

**Patentansprüche**
**Patentansprüche für folgende Vertragsstaaten : AT, BE, CH, DE, FR, GB, IT, LI, LU, NL, SE**

1. Einen Wirkstoff verzögert freigebende Matrixformulierung in Form einer Arzneimitteltablette, enthaltend 0,1 Gewichtsprozent bis 90 Gewichtsprozent eines antimikrobiellen Mittels, ausgewählt aus Cephalexin, Cefaclor, Cefadroxil, Cefuroxim, Cefuroximaxetil, Erythromycin, Penicillin, Loracarbef, 7-[[Amino-[3-[-(methylsulfonyl)amino]phenyl]acetyl]amino]-3-chlor-8-oxo-1-azabicyclo[4.2.0]oct-2-en-2-carbonsäure oder 7-[D-[Amino[3-[(ethylsulfonyl)amino]phenyl]acetyl]amino]-3-chlor-8-oxo-1-azabicyclo[4.2.0]oct-2-en-2-carbonsäure, 5 Gewichtspr ozent bis 29 Gewichtsprozent eines hydrophilen Polymers und 0,5 Gewichtsprozent bis 25 Gewichtsprozent eines Acrylpolymers, das sich bei einem pH-Wert von 5 bis 7,4 löst, mit der Maßgabe, daß das Gesamtgewicht aus dem hydrophilen Polymer und dem Acrylpolymer weniger als 30 Gewichtsprozent der Formulierung ausmacht.

2. Formulierung nach Anspruch 1, worin das antimikrobielle Mittel Cefaclor ist.

3. Formulierung nach Anspruch 1, worin das antimikrobielle Mittel Cefalexin ist.

EP 0 280 571 B1

4. Formulierung nach Anspruch 1 zur Anwendung bei der therapeutischen Behandlung eines einer solchen Behandlung bedürfenden Warmblüters.

**Patentansprüche für folgende Vertragsstaaten : GR, ES**

1. Verfahren zur Herstellung einer eine den Wirkstoff verzögernd freigebende Matrix umfassenden Arzneimitteltablette, enthaltend 0,1 Gewichtsprozent bis 90 Gewichtsprozent eines antimikrobiellen Mittels, ausgewählt aus Cephalexin, Cefaclor, Cefadroxil, Cefuroxim, Cefuroximaxetil, Erythromycin, Penicillin, Loracarbef, 7-[[Amino-[3-[(methylsulfonyl)amino]phenyl]acetyl]amino]-3-chlor-8-oxo-1-azabicyclo[4.2.0]oct-2-en-2-carbonsäure oder 7-[D-[Amino[3-[(ethylsulfonyl)amino]phenyl]acetyl]amino]-3-chlor-8-oxo-1-azabicyclo[4.2.0]oct-2-en-2-carbonsäure, 5 Gewichtsprozent bis 29 Gewichtsprozent eines hydrophilen Polymers und 0,5 Gewichtsprozent bis 25 Gewichtsprozent eines Acrylpolymers, das sich bei einem pH-Wert von 5 bis 7,4 löst, mit der Maßgabe, daß das Gesamtgewicht aus dem hydrophilen Polymer und dem Acrylpolymer weniger als 30 Gewichtsprozent der Formulierung aus-macht, dadurch gekennzeichnet, man ein gründliches Gemisch aus dem antimikrobiellen Mittel, dem hydrophilen Polymer und dem Acrylpolymer mit einem wäßrigen oder organischen Lösemittelsystem granuliert, die Granulate trocknet, die getrockneten Granulate und ein Gleitmittel für Tabletten in einen Mischer gibt, den Mischer entleert und das erhaltene Produkt tablettiert.

2. Verfahren nach Anspruch 1, worin das Lösemittelsystem ein wäßriges Lösemittelsystem ist.

3. Verfahren nach Anspruch 2, worin das Lösemittelsystem Wasser ist.

4. Verfahren nach Anspruch 3, worin das Wasser das gesamte hydrophile Polymer oder ein Teil hiervon enthält.

5. Verfahren nach Anspruch 3, worin das Wasser das gesamte Acrylpolymer oder ein Teil hiervon enthält.

6. Verfahren nach Anspruch 1, worin das Lösemittelsystem ein organisches Lösemittelsystem ist.

7. Verfahren nach Anspruch 6, worin das organische Lösemittel das gesamte hydrophile Polymer oder einen Teil hiervon enthält.

8. Verfahren nach Anspruch 6, worin das organische Lösemittel das gesamte Acrylpolymer oder einen Teil hiervon enthält.

9. Verfahren nach einem der vorhergehenden Ansprüche, worin das antimikrobielle Mittel Cefaclor ist.

10. Verfahren nach einem der vorhergehenden Ansprüche, worin das antimikrobielle Mittel Cefalexin ist.

**Revendications**
**Revendications pour les Etats contractants suivants : AT, BE, CH, DE, FR, GB, IT, LI, LU, NL, SE**

1. Formulation de matrice à relargage soutenu en orme de cachet comprenant de 0,1% en poids à 90% en poids d'un agent antimicrobien sélectionné parmi céphalexine, céphaclor, céfadroxile, céfuroxime, céfuroxime axétile, érythromycine, pénicilline, ioracarbef, acide 7-[[amino-[3-[(méthylsulfonyl)amino]-phényl]acétyle]amino]-3-chloro-8-oxo-1-azabicyclo[4.2.0]-oct-2-ène-2-carboxylique, ou 7-[D-[amino[3-[-(éthylsulfonyl)amino]phényl]acétyl]amino]-3-chloro-8-oxo-1-azabicyclo[4. 2.0]oct-2-ène-2-acide carboxy-lique, de 5% en poids à 29% en poids d'un polymère hydrophile et de 0,5% en poids à 25% en poids d'un polymère acrylique qui se dissout à un pH de 5 à 7,4, avec la condition que le poids total du polymère hydrophile et du polymère acrylique constitue moins de 30% en poids de la formulation.

2. Formulation telle que revendiquée dans la revendication 1 dans laquelle l'agent antimicrobien est la céfaclor.

3. Formulation telle que revendiquée dans la revendication 1 dans laquelle l'agent antimicrobien est la céphalexine.

**EP 0 280 571 B1**

4.  Formulation telle que revendiquée dans la revendication 1 pour l'utilisation dans le traitement thérapeutique d'animaux à sang chaud qui ont besoin d'un tel traitement.

**Revendications pour les Etats contractants suivants : GR, ES**

1.  Procédé pour la préparation d'un médicament sous forme de cachet contenant une matrice à relargage soutenu contenant de 0,1% en poids à 90% en poids d'un agent antimicrobien sélectionné parmi céphalexine, céphaclor, céfadroxile, céfuroxime, céfuroxime axétile, érythromycine, pénicilline, loracarbef, acide 7-[[amino-[3-[(méthylsulfonyl)amino]-phényl]acétyle]amino]-3-chloro-8-oxo-1-azabicyclo-[4.2.0]-oct-2-ène-2-carboxylique, ou 7-[D-[amino[3-[(éthylsulfonyl)amino]phényl]acétyl]amino]-3-chloro-8-oxo-1-azabicyclo[4.2.0]oct-2-ène-2 -carboxylique, de 5% en poids à 29% en poids d'un polymère hydrophile et de 0,5% en poids à 25% en poids d'un polymère acrylique qui se dissout à un pH de 5 à 7,4, avec la condition que le poids total du polymère hydrophile et du polymère acrylique constitue moins de 30% en poids de la formulation, qui comprend la granulation d'un mélange infime de l'agent antimicrobien, du polymère hydrophile et du polymère acrylique avec un système de solvants aqueux ou organiques, le séchage des granules, le chargement des granules séchées et d'un lubrifiant pour cachets dans le mélangeur, le déchargement du mélangeur et la cachétisation du produit résultant.

2.  Procédé de la revendication 1 dans lequel le système de solvants est aqueux.

3.  Procédé de la revendication 2 dans lequel le système de solvants est de l'eau.

4.  Procédé de la revendication 3 dans lequel l'eau contient tout ou une partie du polymère hydrophile.

5.  Procédé de la revendication 3 dans lequel l'eau contient tout ou une partie du polymère acrylique.

6.  Procédé de la revendication 1 dans lequel le système de solvants est organique.

7.  Procédé de la revendication 6 dans lequel le solvant organique contient tout ou une partie du polymère hydrophile.

8.  Procédé de la revendication 6 dans lequel le solvant organique contient tout ou une partie du polymère acrylique.

9.  Procédé de l'une quelconque des revendications précédentes dans lequel l'agent antimicrobien est la Céfaclor.

10. Procédé de l'une quelconque des revendications précédentes dans lequel l'agent antimicrobien est la Céfalexine.

# EXHIBIT 30

DEVELOPMENT AND INDUSTRIAL PHARMACY, 9(7), 1185-1225 (1983)

# ORAL CONTROLLED DRUG ADMINISTRATION

## Pharmacokinetic Considerations

Peter G. Welling

School of Pharmacy
University of Wisconsin
Madison, Wisconsin 53706

## INTRODUCTION

Although the concept of sustained or controlled delivery of orally admin-
istered drugs has been with us for some time, there has been a remarkable in-
crease in interest in this type of dosage form during the last decade. This
has been due to the simultaneous maturation of various factors including the
prohibitive cost of developing new drug entities, expiration of existing
patents, and the discovery of novel polymer systems and devices suitable for
controlled delivery of oral dosage forms.

During the early days of oral controlled drug release, the literature was
replete with skepticisms, which were for the most part jusified (1,2). How-
ever, significant advances in formulation methodology, and also a better
understanding of the advantages and limitations of controlled release dosage
forms, have provided the necessary impetus for the rapid advances that are
currently being made in this area.

The number of drug substances that are currently available in controlled
release dosage form is illustrated in Table I. For many drugs or drug combin-
ations, several commercial products are available, and the number of drug
substances available in controlled release form is increasing almost daily.

Most of the oral controlled release products currently available are
diuretic and cardiovascular drugs, respiratory agents, and CNS-acting com-
pounds. Surprisingly, little attention has been paid to antimicrobial agents.

Copyright © 1983 by Marcel Dekker, Inc.                    0363-9045/83/0907-1185$3.50/0

1186                                                        WELLING

TABLE I.

Some Substances Available in Controlled Release Form

### Vitamins, Minerals, and Hormones

Ascorbic acid
Iron preparations
Methyltestosterone
Nicotinic acid
Potassium
Pyridoxine
Vitamin combinations

### Diuretic and Cardiovascular Drugs

Acetazolamide
Ethaverine HCl
Isosorbide dinitrate
Nicotinyl alcohol
Nitroglycerin
Papaverine HCl
Pentaerythritol tetranitrate
Procainamide
Quinidine gluconate
  and sulfate
Reserpine

### CNS Drugs

Amphetamine sulfate
Aspirin
Caffeine
Chlorpromazine
Dextroamphetamine sulfate
Diazepam
Diethylpropion HCl
Fluphenazine
Indomethacin
Lithium
Meprobamate
Methamphetamine HCl
Orphenadrine citrate
Pentobarbital
Pentylenetetrazole
Perphenazine
Phenmetrazine HCl
Phenobarbital
Phentermine HCl
Phenylpropanolamine HCl
Prochlorperazine

### Respiratory Agents

Aminophylline
Brompheniramine maleate
Carbinoxamine maleate
Chlorpheniramine maleate
Combination, antitussive
Combination, expectorant
Combination, upper respiratory
Dexchlorpheniramine maleate
Dimethindene maleate
Diphenylpraline HCl
Dyphylline
Phenylpropanolamine HCl
Pseudoephedrine HCl and sulfate
Theophylline
Trimeprazine
Tripelennamine HCl
Xanthine combinations

### Antimicrobial

Tetracycline

### Gastrointestinal Drugs

Belladonna alkaloids
Hexocyclium methylsulfate
l-Hyoscyamine sulfate
Isopropamide iodide
Prochlorperazine maleate
Tridihexethyl chloride

### Other

Pyridostigmine bromide

To the writer's knowledge, only one compound, tetracycline, is available in controlled release form, and this has been highly successful in the United Kingdom. Controlled release of those antimicrobial agents that have appropriate pharmacokinetic properties appears to represent an area of virtually untapped potential. However this situation may remain so until more infor-

mation is available regarding the temporal relationships between circulating
drug levels and antibacterial effect (3).

## ADVANTAGES OF CONTROLLED DRUG RELEASE

Controlled release dosage forms are invariably more expensive than con-
ventional formulations, and they can be justified only when they offer one or
more distinct therapeutic advantages. Some of the advantages that have been
claimed are given in Table II. While each of these is important from one
viewpoint to another, the only advantages relevant to this chapter are items
1, 2, 3, and 8. Item 1 can be achieved only if the controlled release formu-
lation contains a fast release component, or if a fast release formulation is
used to initiate therapy. Items 2 and 3 describe the essence of controlled
drug release, i.e. to obtain prolonged circulating drug levels with less fluc-
tuation compared to conventional dosage forms, and to achieve these with less
frequent drug administration. Item 8, which is a primary goal of controlled
release dosage, may be predicted from theoretical drug level-response rela-
tionships, but is difficult to prove experimentally. At the present time it
appears that improved pharmacologic effect from controlled release compared to
conventional dosage forms can generally be claimed only by inference from
blood level data.

## DISADVANTAGES OF CONTROLLED DRUG RELEASE

The major disadvantages of controlled drug release dosage forms are sum-
marized in Table III. The first of these, the possibility of 'dose dumping',
a term used to describe inadvertent rapid release of drug material due to
faulty formulation, is theoretically important for potent drugs which have a
narrow therapeutic index. However good manufacturing practice, and also the
highly sophisticated dosage forms currently appearing on the market, make the
possibility of this occurring unlikely.

Administering a fraction of a tablet or capsule in order to obtain fine
dose adjustment is more difficult with some controlled release dosage forms
than others. For example Theo-Dur® tablets (granules in a matrix) or Theo-dur

## TABLE II.

### Objectives and Possible Advantages of Controlled Release Dosage Forms

1. To achieve rapid onset and then maintain therapeutic drug levels.

2. To reduce dosing frequency.

3. To reduce fluctuations in drug levels.

4. To reduce total amount of drug used.

5. To reduce inconvenience to the patient, and increase compliance.

6. To reduce patient care time.

7. To avoid nightime dosing.

8. To obtain more uniform pharmacologic response.

9. To reduce GI irritation.

10. To reduce side effects.

## TABLE III.

### Disadvantages of Controlled Release Dosage Forms

1. Possibility of dose dumping.

2. Reduced potential for accurate dose adjustment.

3. Slow absorption may delay onset of activity.

4. Increased potential for first-pass metabolism.

5. Possible reduction in systemic availablility.

6. Drug release period restricted to residence time in GI tract.

Sprinkle® capsules (encapsulated granules) can readily be subdivided to obtain a fraction of the dose. On the other hand formulations such as repeat action tablets or osmotic pump devices lose their sustained release properties once the dosage form is fractured.

Slow absorption inevitably delays the onset of drug activity from an initial dose, but this is probably unimportant during a repeated dosage regimen. In fact, as indicated later in this chapter, the absence of a fast release component may be advantageous for controlled release formulations. Increased first-pass metabolism may occur for drugs that undergo extensive hepatic

WELLING

Forms

s.

clearance (4), but only if hepatic clearance is saturable following rapid drug absorption from conventional doses. If saturation does not occur, and if hepatic clearance is first-order in nature, then the same proportion of an oral dose will be cleared during the first pass through the liver regardless of the absorption rate. To the writer's knowledge no instances of increased first-pass clearance have been reported from controlled release compared to conventional dosage forms.

While reduced drug absorption due to first-pass metabolism may be unimportant, at least in the light of present knowledge, reduced and variable absorption of controlled release drugs from the GI tract has been documented. This type of problem is clearly demonstrated in Figures 1 and 2, which show a wide range in apparent absorption efficacy from commercial controlled release tablets and capsules of theophylline (5). Reduced systemic drug bioavailability has also been reported for some controlled release formulations of procainamide (6) and vitamin combinations (7). Many other studies, however, have reported no reduction in systemic drug availability from controlled release dosage forms (8-13).

Residence time within the GI tract is a major factor and a possible disadvantage associated with oral controlled release products, and distinguishes the oral from parenteral dosage routes. It is clear from other presentations in this Symposium and elsewhere that the actual time period available for an oral dosage form to effectively release drug for absorption is not well established and may vary among and between individuals. The residence time of the dosage form in the stomach is variable depending on the activity of the patient, the presence or absence of food in the stomach, and the direct or indirect action of other drugs (14). Once it leaves the stomach, the dosage form together with dissolved drug, passes into the optimal absorption region of the proximal small intestine. Distal to this region absorption becomes less efficient and the drug is furthermore exposed to the bacterial microflora. Because of the variable GI transit time, and also these other interfering factors, it is difficult to estimate the optimum release period for an oral controlled release dosage form. It is also speculative to assume that

t.

o obtain
action
s once

an ini-
egimen.
ase
reased
c

1190                                                                    WELLING                    PHARMACOKINETIC





<u>Figure 1</u>

    Cumulative absorption plots of theophylline from 4 commercial controlled release capsules, and from an aqueous solution.  Error bars indicate one standard deviation.  Reproduced by permission from reference 5.

<u>Figure 2</u>

    Cumulati

release tabl₁

standard dev·

absorption efficacy is constant throughout the entire period that drug is in the GI tract.

    A 12-hour period has been selected for the pharmacokinetic simulations in this chapter to represent the maximum time that a controlled release oral dosage form has to release drug for absorption.  This is a generalization that may or may not be suitable for particular drugs and dosage forms depending on the type of formulation, the susceptibility of released drug to bacterial degredation and absorption efficiency in different regions of the GI tract.

    Using the 12-hour period it is clear that, unlike parenteral controlled release devices, any drug remaining in the dosage form after this time will either be voided in the feces or degraded by intestinal bacteria.  This argument does not apply to those devices, some of which are described elsewhere in

this Symposium

iods of time b

<u>DRUGS THAT ARE</u>

    Apart fr₁

suited for cor

may be wasted

scribed in <u>Ta</u>

2 hours, or ti

form may need

hand, drugs w

ciently susta

dosage forms

PHARMACOKINETIC CONSIDERATIONS



Figure 2

Cumulative absorption plots of theophylline from 3 commercial controlled release tablets and from an aqueous solution. Error bars indicate one standard deviation. Reproduced by permission from reference 5.

this Symposium, that are designed to stay in the GI tract for prolonged periods of time by means of flotation or adhesion to the GI epithelium.

DRUGS THAT ARE UNSUITED FOR CONTROLLED RELEASE

Apart from the above disadvantages, some drug types are inherently unsuited for controlled release formulations, and considerable time and effort may be wasted in their development. Some typical characteristics are described in Table IV. For drugs with a short biological half-life of less than 2 hours, or that are administered in large doses, a controlled release dosage form may need to contain a prohibitively large amount of drug. On the other hand, drugs with a long biological half-life of 8 hours or more are sufficiently sustained in the body from conventional doses, and prolonged release dosage forms are generally not necessary. Dose dumping of a potent compound,

TABLE 1V.

Characteristics That May Make a Drug Unsuitable for
Controlled Release Formulation.

1. Short biological half-life.

2. Long biological half-life.

3. Potent drug with narrow therapeutic index.

4. Large doses.

5. Poorly absorbed.

6. Low or slow solubility.

7. Active absorption.

8. Time course of circulating drug levels does not agree with pharmacologic effect.

9. Extensive first-pass clearance.

or of a drug with a narrow therapeutic index due to faulty formulation, may have disastrous consequences. However as indicated earlier the likelihood of this occurring with current technology and control methods is small.

Absorption of poorly water-soluble compounds is often limited by dissolution rate. Incorporation of such compounds into a controlled release formulation is therefore unnecessary, and is likely to reduce overall absorption efficiency. Administering drugs such as warfarin, whose pharmacological effect is considerably delayed relative to its blood profile, is of no clinical advantage. Similarly, incorporating compounds such as fluorouracil, amino acids, and perhaps some beta lactam antibiotics and thiazide diuretics that appear to exhibit reduced absorption efficacy at sites distal from the proximal small intestine, is likely to reduce absorption efficiency while achieving little or no prolongation of effect. As stated earlier, if a drug undergoes extensive first-pass clearance that is saturable with conventional fast-release dosages, then systemic availability may be decreased due to nonsaturation of the clearance mechanisms following a controlled release dosage form. However if hepatic clearance is not saturated with conventional doses, slower absorption of drug should not cause a reduction in systemic availability.

PHARMACOKINETIC CONSIDERATIONS                                                    1193

Although the characteristics described in Table IV are useful rules of thumb on which to base decisions whether or not to consider a controlled release dosage form for a particular drug, there are several exceptions. Nitroglycerin is reported to have a short biological half-life of < 0.5 hr. It is rapidly metabolized in the liver and is generally considered to be poorly absorbed orally. However a large number of controlled release oral nitroglycerin products are available, in addition to an increasing number of topical and transdermal preparations. The low circulating levels of nitroglycerin obtained from these products appear to provide adequate prophylaxis against anginal attacks, but would be inadequate to treat acute anginal episodes. At the other end of the scale, many of the drugs listed in Table I have biological half-lives in excess of 8 hours. Controlled release of these products may reduce toxic side effects by preventing the sharp peaks in circulating drug levels that may occur with conventional doses, but it is unlikely to provide more sustained blood levels nor prolonged therapeutic effect compared to conventional dosage forms.

The renewed interest in controlled drug release has given rise to a variety of new formulations. Products that are representative of well established and also some more novel categories are summarized in Table V. This list will increase further as more novel dosage forms are introduced. Microencapsulation and osmotic pressure systems will doubtless find more applications. Other products that prolong GI residence time, either by means of adhesion or by the use of low density hydrated gels have been introduced (Susadrin®, Valrelease®). These dosage forms may undergo extensive development for other drugs in the near future.

## PHARMACOKINETICS OF CONTROLLED RELEASE

### In vitro Considerations

Despite the large and expanding array of formulations devoted to oral controlled drug release, and despite the complex and varied physical properties involved in the release of drug from these formulations, the number of kinetic models that are necessary to describe the overall drug release phe-

WELLING                    PHARMACOK

## TABLE V.

### Categories of Oral Controlled Release Dosage Forms

| Category | Product | Active Ingredient |
|---|---|---|
| 1. Slow erosion with initial fast release dose | Tedral SA | Theophylline, ephedrine HCl, phenobarbital |
| 2. Erosion core only | Tenuate Dospan | Diethylpropion HCl |
| 3. Repeat action tablets | Chlor-Trimeton Repetabs | Pseudoephedrine sulfate, chlorpheniramine maleate |
| 4. Pellets in capsules | Combid Spansule | Isopropamide iodide, Prochlorperazine maleate |
| 5. Pellets in tablets | Theo-dur | Theophylline |
| 6. Leaching | Desbutal Gradumet | Methamphetamine HCl, pentobarbital sodium |
| 7. Ion-exchange resins | Biphetamine | Amphetamine, dextroamphetamine |
| 8. Complexation | Rynatan | Chlorpheniramine, phenylephrine, and pyrilamine tannates |
| 9. Microencapsulation | Nitrospan | Nitroglycerin |
| 10. Flotation-diffusion | Valrelease | Diazepam |
| 11. Osmotic pressure | Osmosin[1] | Indomethacin |

[1] U.K. market.

nomena from existing dosage forms is relatively small. The major release patterns are summarized in simple graphical form in **Figure 3**.

The release patterns can be divided into two major categories, those that release drug at a slow zero-, or first-order rate, and those that provide an initial rapid dose, followed by slow zero-, or first-order release of the sustained component. The sustained nature of drug release from these dosage forms, even when a fast release component is also present, presents problems in in vitro dissolution testing.

In vitro dissolution is now widely accepted as a standard for drug release from conventional dosage forms, and the use of such tests to determine drug product bioavailability or bioequivalence has been emphasized by the

Figure
D:

United S
provides
accurate
Whe
are expr
sence of
lease pr
fastest
hopefull
products
can be i
Giv
the larg
for appr
as illus
official



### DRUG RELEASE CHARACTERISTICS



<u>Figure 3</u>

    Drug release characteristics from oral controlled release dosage forms.

United States Food and Drug Administration (15).  While dissolution rate provides an excellent measure of product uniformity, it does not always accurately predict bioavailability (16,17,18).

    Whereas for conventional oral drug products <u>in vitro</u> dissolution criteria are expressed in terms of the fastest possible dissolution rate, i.e. the absence of an upper limit, the situation is quite different for controlled release products.  In the latter case, optimum dissolution rate is not the fastest that can be obtained but rather some intermediate value which will hopefully reflect prolonged release of drug in the GI tract.  Thus for these products a dissolution window is required, and deviation from the optimum rate can be in terms of too fast or too slow.

    Given the difficulty of establishing guidelines for these dosage forms, the large number of formulations (each perhaps requiring a different solvent for appropriate dissolution measurement), and the different release profiles as illustrated in <u>Figure 3</u>, it is not surprising that there are currently no official guidelines for <u>in vitro</u> dissolution tests of oral controlled release

<u>ent</u>

ephedrine HCl,

 HCl

e sulfate,
ne maleate

odide,
ne maleate

e HCl,
sodium

ine

le,
 and
nates

release

es, those that
: provide an
e of the
hese dosage
:s problems

drug re-
o determine
d by the

dosage forms. There are also no clearly established relationships between in
vitro drug release and in vivo bioavailability characteristics. The appro-
priateness of a controlled release formulation and also equivalence between
different controlled release products or between controlled release and
conventional products must currently be based on in vivo data.

### In vivo Considerations

Successful development of a controlled release oral dosage form requires
a thorough appreciation of the inherent opportunities and limitations charac-
teristic of a particular drug-dosage form combination. A controlled release
formulation that is suitable for one drug may be inappropriate for another.
Zero-order release may be more important for some types of drugs than others.
A fast release component may or may not be important. The tenuous rational
for incorporating a fast component into chronically administered oral
formulations is discussed later in this chapter.

In the following sections, attention will be focused on the pharmaco-
kinetics associated with the four major controlled release patterns shown in
Figure 3, the types of blood-level profiles that may be achieved following
single and repeated doses of these dosage forms, and how these profiles are
influenced by GI transit time and by varying drug release and elimination
rates.

Drugs may be shown to obey single- or multi-compartment pharmacokinetic
models depending on their affinity, and also the rate at which they penetrate,
various body organs and tissues. Multi-compartment characteristics are more
readily identified following rapid drug administration compared to slow admin-
istration as the distribution phase is not obscured by absorption processes.
For example after bolus intravenous injection it is frequently possible to
describe drug profiles in terms of two- or three-compartment kinetic models,
whereas profiles from the same drugs cannot be described in terms more complex
than the simple one-compartment model after oral or intramuscular doses.

Slow absorption of drugs from controlled release formulations, be they
oral or otherwise, generally precludes description of resulting drug profiles

by kinetic systems more complex than the simple one-compartment model. That basic approach will be used here. For ease of presentation the following additional simplifying assumptions are made: (i) drug absorption, metabolism, and excretion are all first-order processes, (ii) drug absorption and elimination are irreversible, (iii) drug that is released into the GI tract is completely absorbed in its unchanged form, and (iv) release of drug from the sustained release formulation is rate-limiting in the absorption process.

The model which is applicable to controlled release dosage forms is shown in Scheme I (19)[1]



<u>Scheme I</u>

$D_s$ = Slowly released drug

$D_i$ = Instantaneously released drug

A  = Unchanged drug in the body

B  = Cumulative amount of drug excreted in urine or metabolized

$k_a$ = First-order rate constant for transfer of drug from the absorption site into the systemic circulation

$k_o$, $k_r$ = Zero-order ($k_o$) or first-order ($k_r$) rate constants for release of drug from $D_s$

$k_{el}$ = First-order rate constant for elimination of drug by combined urinary excretion, metabolism, etc.

---

[1] In the original model an additional step was incorporated for absorption of the slowly released component $D_s$. However as $k_o$ or $k_r$ are generally significantly smaller than $k_a$, deletion of that step does not significantly alter the resulting drug profiles (19).

## I.  FIRST-ORDER RELEASE

### Single Dose

In this model the amount of drug in the body following a single dose is given by Equation 1, in which $k_r$ is the sole rate constant governing absorption ($k_r \ll k_a$).

$$A = \frac{D_s k_r}{k_r - k_{el}} \left[ e^{-k_{el}t} - e^{-k_r t} \right] \qquad \text{(Eq. 1)}$$

Equation 1 can be converted to describe drug concentration, C, simply by adding the drug distribution volume, V, to the denominator, as shown in Equation 2.

$$C = \frac{D_s k_r}{V(k_r - k_{el})} \left[ e^{-k_{el}t} - e^{-k_r t} \right] \qquad \text{(Eq. 2)}$$

With this model, drug profiles can be influenced by both the absorption and elimination rate constants as shown in Figures 4 and 5. From Figure 4 it is clear that the drug profile is markedly influenced by its biological half-life ($t_{1/2} = \ln 2/k_{el}$), the peak level, $A_{max}$, and time of peak level, $T_{max}$, both increasing as the half-life becomes more prolonged. The curves generated with $k_{el} = 0.3$ hr$^{-1}$ and $0.5$ hr$^{-1}$ have identical elimination slopes with values of $0.2$ hr$^{-1}$. These are examples of the flip-flop model, where $k_{el} > k_r$ (20), and the apparent elimination slope is controlled by the rate at which drug is released from is formulation in the GI tract. This is not an uncommon situation with controlled release formulations.

From Figure 5 it is clear that for a given value of $k_{el}$, drug profiles are lowered and are more prolonged as $k_r$ is reduced. In this case, however $A_{max}$ is reduced while $T_{max}$ is prolonged as the drug release rate constant is reduced.

The reduction in the value of $A_{max}$ (or $C_{max}$) as a result of controlled release is of concern, particularly for drugs that have a well defined minimum effective concentration in the body. The controlled release dose, $D_s$, that is necessary in order to achieve the same $A_{max}$ as its fast release counterpart is

A.
(mg)

Figur

with

(adap

readily
elimina

D
D

$t_{1/2}$ of
rate c
dose wo
the sam
$3.5$ hr
releas
reside
of $2.5$



Figure 4

Drug levels following a single dose.  Curves generated from Equation 1
with $D_s$ = 100 mg, $k_r$ = 0.2 hr$^{-1}$, and $k_{el}$ = 0.05, 0.1, 0.3, and 0.5 hr$^{-1}$
(adapted by permission from reference 19).

readily calculated by means of Equation 3 (19).  For a drug which has an
elimination

$$\frac{D_s}{D_i} = \left(\frac{k_a}{k_{el}}\right)^{\frac{k_{el}}{k_{el} - k_a}} \cdot \left(\frac{k_r}{k_{el}}\right)^{\frac{k_{el}}{k_r - k_{el}}} \qquad \text{(Eq 3)}$$

$t_{1/2}$ of 4 hr ($k_{el}$ = 0.17 hr$^{-1}$) and a $k_a$ of 1.0 hr$^{-1}$, and a controlled release
rate constant $k_r$ of 0.5 hr$^{-1}$ (release $t_{1/2}$ = 1.4 hr), then a controlled release
dose would have to be 1.2 times greater than the fast release dose to achieve
the same value of $A_{max}$.  If $k_r$ were reduced further to 0.2 hr$^{-1}$ (release $t_{1/2}$ =
3.5 hr) then the controlled release dose would have to be 1.8 times the fast
release dose.  A $k_r$ of 0.1 hr$^{-1}$, which is practical only in cases of prolonged
residence time in the GI tract, would necessitate a dose increase by a factor
of 2.5.

1200                                                                                    WELLING



<u>Figure 5</u>

   Drug levels following a single dose. Curves generated from Equation 1
with $D_s$ = 100 mg, $k_{el}$ = 0.2 hr$^{-1}$, and $k_r$ = 0.05, 0.1, 0.3, and 0.5 hr$^{-1}$
(adapted by permission from reference 19).


## Repeated Dose

   The same rules govern drug accumulation following repeated doses of both
controlled release and conventional dosage forms. As long as the dosage in-
terval $\tau$ is less than the time taken for all drug to be cleared from the body,
accumulation will occur with each subsequent dose until steady-state is
reached. The time taken to reach steady-state is controlled by the drug
elimination rate and is independent of the absorption or drug release rate.
Thus, prolonging the absorption of a drug by means of controlled release has
no influence on its accumulation rate.

   As it takes a fixed time period, 4.3 x $t_{1/2}$, to reach 95% of steady-
state, the number of doses required to attain this condition depends upon the
relationship between the dosage interval and the drug elimination half-life.
Thus for a compound that is dosed once every half-life it will take between 4

and 5 doses to reach 95% of steady-state.  If a controlled release dosage form
permits dosage every second half-life, then 95% of steady-state will be
achieved between 2 and 3 doses.

The major difference between controlled and conventional dosage forms is
in the maximum $A^{\infty}_{max}$ and minimum $A^{\infty}_{min}$ values when steady-state is reached.

These values can be calculated from Equations 4 and 5, while the time of
peak values, $T^{\infty}_{max}$ is given by Equation 6.

$$A^{\infty}_{max} = D_s \left[\frac{1}{1 - e^{-k_{el}\tau}}\right]\left[\frac{k_r(1 - e^{-k_{el}\tau})}{k_{el}(1 - e^{-k_r\tau})}\right]^{\frac{k_{el}}{k_{el} - k_r}} \qquad (Eq. 4)$$

$$A^{\infty}_{min} = \frac{D_s k_r}{k_r - k_{el}} \left[\frac{e^{-k_{el}\tau}}{1 - e^{-k_{el}\tau}} - \frac{e^{-k_r\tau}}{1 - e^{-k_r\tau}}\right] \qquad (Eq. 5)$$

$$T^{\infty}_{max} = \frac{1}{k_r - k_{el}} \ln \left[\frac{k_r(1 - e^{-k_{el}\tau})}{k_{el}(1 - e^{-k_r\tau})}\right] \qquad (Eq. 6)$$

From Equation 6, the time of peak level increases as the release rate
constant is decreased.  For example, if $k_{el} = 0.17$ hr$^{-1}$, and $\tau$ is 12 hr, then
$k_r$ values of 0.5, 0.2, and 0.1 hr$^{-1}$ would result in $T^{\infty}_{max}$ values of 2.4, 3.9,
and 4.4 hr, respectively, compared to 2 hr with a conventional formulation
with a $k_a$ of 1.0 hr$^{-1}$.  Thus in this example a 10-fold decrease in the absorp-
tion rate constant results in only a 2.2-fold increase in the value of
$T^{\infty}_{max}$.

It is generally accepted, and indeed this is a major rationale for de-
velopment of prolonged action dosage forms, that controlled release results in
lower $C^{\infty}_{max}$ and higher $C^{\infty}_{min}$ values compared to conventional dosage forms,
i.e. a flatter blood level curve is obtained.  However this is not necessarily
the case.  Consider the situation in Figure 6.  A conventional dosage form of
a drug with a $k_a$ of 1.0 hr$^{-1}$ and $k_{el}$ 0.1 hr$^{-1}$, administered 100 mg every 6 hr
yields peak and trough amounts of drug in the body of 105 and 54 mg, respec-
tively.  A controlled release dose ($k_r = 0.5$ hr$^{-1}$) administered 200 mg every

1202 WELLING



## Figure 6

Drug levels at steady state during repeated doses, 400 mg per day in divided doses, of a conventional formulation with $k_a$ = 1.0 hr$^{-1}$ ( —— ) and controlled release formulations with $k_r$ = 0.5 hr$^{-1}$ ( --- ) and 0.25 hr$^{-1}$ ( -·-· ), $\tau$ = 6 hr for the conventional formulation and 12 hr for the others, and $k_{el}$ = 0.2 hr$^{-1}$. Data generated from Equations 3, 4, and 5.

12 hr results in increased peak and decreased trough levels. The value of $k_r$ must be reduced to ca 0.25 hr$^{-1}$ in order to obtain similar peak and trough levels to those from the conventional dosage form. Oscillations in drug levels will of course always decrease with decreasing absorption rate if the dose and interval are held constant, but this is not normally the objective with controlled release dosage forms.

## II.  ZERO-ORDER RELEASE
### Single Dose

With this model the amount of drug in the body following a single dose is given by Equation 7, in which $k_o$ is the sole rate constant governing absorption ($k_o \ll k_a$).

WELLING

$$A = \frac{k_o}{k_{el}}[1 - e^{-k_{el}t}] \qquad \text{(Eq. 7)}$$

Equation 7 can be converted to describe drug concentrations by adding the distribution volume to the denominator, as in Equation 8.

$$C = \frac{k_o}{Vk_{el}}[1 - e^{-k_{el}t}] \qquad \text{(Eq. 8)}$$

As in the first-order absorption case, drug profiles from this type of dosage form are influenced by both the rate at which drug is released from the dosage form and also the elimination rate, as shown in Figures 7 and 8.

In Figure 7, 4 different zero-order release rates are used, together with a $k_{el}$ equivalent to a drug elimination half-life of 2.8 hr, i.e. at the short end of the 2-8 hr range generally considered suitable for controlled release formulations. It is clear from this figure that, while drug levels are directly proportional to the controlled release rate, the time course of accumulation during the single dose is independent of release rate, and is invariable for a given elimination rate constant. This is a well established property of zero-order release systems and is inherent in Equations 7 and 8. It is also clear from the figure that, even with a short drug elimination half-life of 2.8 hr, plateau drug levels are not achieved within the GI residence time of 12 hr. In order to achieve a plateau level it would be necessary to prolong the residence time to 20-24 hr. For drugs with longer elimination half-lives, there is little likelihood of achieving plateau drug levels from a single dose. For example a drug with a $t_{1/2}$ of 8 would have to be release continuously for 36 hr before steady-state levels were approached.

This argument is illustrated in Figure 8. Regardless of the zero-order release rate in this figure, a drug with a elimination $t_{1/2}$ of 1.7 hr ($k_{el}$ = 0.4 hr$^{-1}$) will approach a steady-state level at 12 hr. On the other hand a drug with a $t_{1/2}$ of 7 hr ($k_{el}$ = 0.1 hr$^{-1}$) will not achieved steady-state at 24 hr.

These examples highlight the misconception that it is possible to achieve plateau or steady state drug levels with a single dose of a zero-order release



#### Figure 7

Accumulation of drug in the body from a single dose of a zero-order release dosage form with $k_0$ = 10, 20, 30, and 40 mg.hr$^{-1}$ and $k_{el}$ = 0.25 hr$^{-1}$. Data generated from Equation 6.

formulation. When a zero-order formulation has released all of its medication, or when the partially spent formulation is voided in the feces, drug levels in the body decline at a first-order rate regardless of whether or not steady-state levels have been reached. Typical profiles for drugs with elimination half-lives of 2 hr ($k_{el}$ = 0.35 hr$^{-1}$) and 8 hr ($k_{el}$ = 0.087 hr$^{-1}$) are shown in Figure 9.

#### Repeated Dose

Despite the discontinuous nature of drug levels from zero-order release formulations, as shown in Figure 9, the dependency of both the ascending and descending components of the curves on the drug elimination half-life lends itself, in theory at least, to sustained and controlled levels of medication



**Figure 8**

   Accumulation of drug in the body from a single dose of a zero-order release dosage form with $k_0 = 10$ mg.hr$^{-1}$ and $k_{el} = 0.1-0.4$ hr$^{-1}$. Data generated from Equation 6.

with repeated dosing. As with all other kinetic processes, steady-state oc-curs when the rate at which drug is delivered equals the rate at which it is eliminated.

   Consider the 2 situations in Figure 9. If the drug with the shorter half-life is administered every 12 hr, as in Figure 10, then the descending portion of one dose and the ascending portion of the subsequent dose are mir-ror images of each other, and plateau drug levels are maintained with succes-sive doses. If the drug with the longer half-life is given every 12 hr, then, as shown in Figure 11, accumulation will occur with successive doses until the steady-state level ($k_0/k_{el}$) is reached. Ninety-five percent of the steady-



A(mg)

$k_{el}=0.087\ hr^{-1}$

$k_{el}=0.35\ hr^{-1}$

Time (hours)

<u>Figure 9</u>

   Drug levels during and after a single dose of a zero-order release dosage
form with $k_0$ = 10 mg.hr$^{-1}$, release time T = 12 hr, and $k_{el}$ = 0.087 and
0.35 hr$^{-1}$.


state level will be reached at 4.3 x t$\frac{1}{2}$ or some time between the 4th and 5th
doses. Once steady-state is reached, whether it be during the initial dose or
after a number of doses, plateau drug levels with minimal fluctuation can
theoretically be obtained. Zero-order release formulations thus approach the
ideal controlled release system, and several recently introduced products are
based on this principle. However the actual curves obtained <u>in vivo</u> may depend
not only on drug release rate from the dosage form but also on the stability
of the drug and absorption efficacy from distal regions of the GI tract.

   With both the first-order and zero-order release systems described above
it is clear that, whether considering single dose or multiple dose concepts,
the time taken to achieve desired therapeutic levels in the body is a function
of the elimination rate constant. The slower the elimination, the more time

WELLING

PHARMACOKINETIC CONSIDERATIONS

1207



**Time (hours)**

Figure 10

Drug levels during 12 hourly repeated doses of the rapidly eliminated
dosage form from Figure 9. In this and subsequent figures, solid lines
indicate total drug levels while dashed lines indicate the individual levels
of successive doses or from separate dose components.

is required to reach steady-state. For multiple doses the problem is similar,
and can be resolved in similar fashion, for both conventional and controlled
release formulations. Methods for calculating appropriate loading doses under
a variety of situations are well documented (21), and will not be discussed
here.

For single doses, the problem of slow accumulation is unique to the con-
trolled release dosage form, and a number of formulations have been designed
incorporating a fast release drug component in addition to a controlled re-
lease component. While such formulations may be useful when administered as
single doses, or as widely spaced intermittent doses, their usefulness when



PHARMACOK...

The ...

complex t...

contribut...

poral rel...

ular form...

release o...

For...

drug in t...


A =


The first...

sent the...

The first...

order pro...

order re...

given by...

tained f...

composit...

increasi...

drug eli...

drugs wi...

steady-s...

A c...

that bot...

and the...

control...

Se...

and amo...

therape...

the sim...

quantit...

desired

<u>Figure 11</u>

Drug levels during 12 hourly repeated doses of the slowly eliminated
dosage form from Figure 9.

administered chronically in order to maintain drug levels in the body is less
certain. The following sections will consider some of the advantages and
disadvantages of this type of dosage form.

### III.  ZERO-ORDER RELEASE WITH A FAST RELEASE COMPONENT

### Single Dose

Incorporation of a fast release component into a formulation is intended
to rapidly obtain a desired drug level in the body, and then to maintain this
level by means of the slow release component.

WELLING

The pharmacokinetics associated with this type of drug release are more complex than those for the simple slow release models because of the additive contributions of both the fast and slow release components. Although the temporal relationship between release of the two components may vary with particular formulations, discussion of this model will assume the simple case where release of both components starts simultaneously.

For this type of formulation, and again assuming $k_o \ll k_a$, the amount of drug in the body following a single dose is given by Equation 9.

$$A = \frac{D_i k_a}{k_a - k_{el}} [e^{-k_{el}t} - e^{-k_a t}] + \frac{k_o}{k_{el}} [1 - e^{-k_{el}t}] \qquad (Eq. 9)$$

The first and second portions of the right hand side of this equation represent the contributions of the fast and slow release components, respectively. The first portion is similar in form to Equation 1, i.e., release by first-order process, while the second portion is identical to Equation 7, i.e. zero-order release. The amount of drug in the controlled release component, $D_s$, is given by $k_o T$, where T is the duration of drug release. The drug profile obtained from a single dose of this type of controlled release formulation is a composite of a rapidly increasing and then declining component and of a slowly increasing component that may or may not achieve steady-state depending on the drug elimination half-life. This dosage form is of course ideally suited for

36

liminated    drugs with relatively long biological half-lives that would not achieve steady-state if a fast release component were not included.

A controlling factor for drug profiles obtained with this dosage form is

ody is less    that both the rate of decline in drug levels from the fast-release component
ges and    and the rate of increase in levels from the zero-order release component are controlled by the drug elimination rate constant $k_{el}$ (Equation 9).

Several methods have been described to calculate the optimal proportions and amounts of drug in $D_i$ and $D_s$ to rapidly achieve and then maintain required therapeutic drug levels (22,23,24,25). The most recent of these is based on
is intended    the simple assumption that the fast release component should provide the same
intain this    quantity of drug as the amount of drug in the body that would yield the desired therapeutic response at steady-state, $A_{ss}$ as in Equation 10 (25).

$$D_i = A_{ss} = \frac{k_o}{k_{el}} \qquad\qquad (Eq.\ 10)$$

This approach ignores the possible additive effect of drug levels resulting from the fast and slow release components at early times after dosing, and may therefore result in drug levels slightly higher than the desired steady-state levels shortly after dosing. However this effect is likely to be slight, and the method is both simple and practical considering the various factors that influence drug release and pharmacokinetics in individual patients.

Application of the method can be demonstrated for theophylline. Theophylline has a biological t $1/2$ of approximately 4 hr ($k_{el} = 0.17$ hr$^{-1}$) and a distribution volume of 32 liters (26). A steady-state level of 5 µg/ml is thus equivalent to $A_{ss} = D_i = 160$ mg, and $k_o = 160 \times 0.17 = 27.2$ mg/hr (Eq. 10). Substituting these values into Equation 9 and assigning $k_a = 1.3$ hr$^{-1}$ (26) and a zero-order release time of 12 hr, yields the drug levels in Figure 12. The required level of 5 µg/ml is approached at 1 hr, achieved at 2 hr, and maintained through 12 hr, after which time the zero-order component is exhausted of drug, and levels then fall at an exponential rate determined by $k_{el}$.

Although the above method clearly works very well in rapidly achieving a desired drug level, the level reached is only one-half the usually accepted minimum therapeutic theophylline concentration of 10 µg/ml. This is intentional, and illustrates two common problems with controlled release formulations. The first of these is dosage size. In order to obtain and maintain a theophylline level of 5 µg/ml during a 12 hr period requires a total of 160 + 27.2 × 12 = 486.4 = 500 mg. This is probably the upper size limit for a single oral dosage unit. A theophylline level of 10 µg/ml under the same conditions would require a total dose of 1000 mg (320 as $D_i$ and the balance as $D_s$ released during 12 hr) and this is too large for a single dosage unit. This level can be obtained however by giving 2 controlled release dosage units. Similarly 15 µg/ml and 20 µg/ml levels are achieved with 3 and 4 dosage units, respectively. Thus, whatever the dosage size for a particular drug, multiples of a minimum drug level are achieved simply by taking the appropriate number

Figure

Pr

an oral

compone

achieve

$k_{el} = 0$

of tabl

to thei

possibl

smaller

forms i

bility i

Repeate

Wi

with re

plateau

levels

q. 10)

ting

and may

-state

t, and

that

$^1$) and

ml is

(Eq.

hr$^{-1}$

Figure

hr,

is

d by

ving a

pted

ten-

mula-

tain a

160 +

a

me con-

e as $D_s$

This

ts.

units,

ltiples

umber



C (µg/ml)

Time (hours)

### Figure 12

Predicted plasma theophylline concentration profile from a single dose of an oral formulation containing 160 mg as a fast-release component and a slow component releasing 27.2 mg.hr$^{-1}$ during 12 hr.  The curves are calculated to achieve steady-state levels of 5 µg/ml by Equation 9, with $k_a = 1.3$ hr$^{-1}$, $k_{el} = 0.17$ hr$^{-1}$, and $V = 32L$ (27).

of tablets.  While this process is elegantly simple, the reverse is not.  Due to their complex structure, and the nature of drug release, it is usually not possible to break most controlled release formulations in order to achieve a smaller dose.  Thus it makes good sense to prepare controlled release dosage forms in the smallest practical dosage units in order to obtain maximum flexi- bility in dosing.

### Repeated Dose

With this model, even more so than with Models I and II, the objective with repeated doses is not so much to achieve increasing drug levels until a plateau level is eventually achieved, but rather to maintain the plateau levels that were obtained with the initial dose.  It is at this point that the

argument for a fast release component in an oral controlled release dosage form tends to fall apart.

It was previously demonstrated that for formulations that release all of the drug at a slow, zero-order rate, repeated doses at intervals equal to the total release time of each dose will yield continuous drug levels with no peaks or troughs (Figures 10 and 11). However, no matter how the formulation is prepared, this type of drug level pattern cannot be achieved when a fast release component is added.

Consider the fast and slow combination of theophylline again. If this formulation were taken every 12 hr then, unlike the situation in Figure 11, there would be considerable increases in drug levels with each successive dose, and undue accumulation may occur if drug levels have not returned to the required $C_{ss}$ level at the end of each dosing interval. This is demonstrated in Figure 13 using the same pharmacokinetic values as those for Figure 12, and a dosing interval of 12 hr. Although a plateau level of ca 5 µg/ml is rapidly obtained with the initial dose, levels are transiently increased to 8.7 and 9.2 µg/ml shortly following the second and third doses, respectively, i.e. levels almost double those following the initial dose. The implications for possible toxic side effects shortly after dosing with this type of formulation are obvious.

What can be done to prevent transient fluctuations in drug levels with this type of formulation? Several approaches are possible, and these have been described in detail elsewhere (19). One can minimize the transient increase in drug levels by decreasing the loading dose in all doses subsequent to the first, or by administering the dosages at time intervals greater than the zero-order drug release period. While these approaches may appear attractive in theory they are either impractical from a formulation viewpoint or cumbersome with respect to drug administration. A most realistic solution is not to include a fast-release component at all, but rather to administer a conventional fast-release dosage form initially, in order to obtain therapeutic levels, and then to administer repeated doses of a zero-order controlled release dosage form as in Model II to maintain constant levels with minimum fluctuation.

dosage

ise all of
ial) to the
th no
irmulation
i a fast

If this
ure 11,
ssive
ned to the
nstrated
re 12, and
is rapidly
8.7 and
, i.e.
ions for
ormulation

ls with
e have
ient in-
osequent
ter than
ar attrac-
int or
lution is
ster a
thera-
con-
ls with



**Figure 13**

    Predicted plasma theophylline concentration profile from 3 successive
doses of the formulation in Figure 12.  Pharmacokinetic parameters are the
same as in the previous figure, and the dosage interval is 12 hr.

    For our theophylline example, an initial fast release dose of (say) 300
mg together with a zero-order release formulation that releases 600-650 mg
during 12 hr, with subsequent 12-hourly doses of the zero-order release formu-
lation alone, would serve to rapidly achieve and maintain a plasma level of <u>ca</u>
10 µg/ml.

## IV.  FIRST-ORDER RELEASE WITH A FAST-RELEASE COMPONENT
### Single Dose

    Unlike the situation in Model III, both the fast and slow components of
this dosage form release drug at a first-order rate; and again applying the

simplifying assumption that $k_a \gg k_r$, if release of both components starts simultaneously, then drug levels are described by Equation 12.

$$A = \frac{D_i k_a}{k_a - k_{el}}[e^{-k_{el}t} - e^{-k_a t}] + \frac{D_s k_r}{k_r - k_{el}}[e^{-k_{el}t} - e^{-k_r t}] \qquad \text{(Eq. 12)}$$

This equation is simply the sum of two separate but simultaneous first-order absorption and elimination profiles, with different apparent absorption rate constants $k_a$ and $k_r$.

With this pattern of drug release, which is probably more common than that represented by Model III, a strong argument can be made for delaying the initiation of release of the slow component until some time later compared to the fast component. Consider the examples in Figure 14. In this case the slow release component is 3-fold greater than the fast release component and the slow first-order release constant $k_r$ is varied from one-tenth to one-half the intrinsic absorption rate constant $k_a$. The curve obtained when all of the dose is in the fast-release form, i.e., a conventional dosage form, is included for comparison. It is clear that when $k_r = 0.5k_a$ there is negligible sustained effect. Levels are not significantly prolonged until $k_r$ is reduced to $0.1k_a$. Unfortunately in this situation a large fraction, somewhere between 25 and 50% of the slow release proportion of the dose, may not be absorbed at all due to the limited GI residence time, and the sustained effect during 8-24 hr, or 12-24 hr would be lost.

The alternative approach to achieve prolonged circulating drug levels with this dosage form is to delay release of the second drug component so that it will provide a second input at a suitable time interval after the release of the fast component. Once this concept is accepted, then arguments can be made for either fast or slow release of the second drug component. The former of these, a repeat action effect, is similar to administering repeated doses of a conventional dosage form except that the second portion is released lower in the GI tract. The second component will thus be less susceptible to gastric degradation, but more susceptible to inefficient absorption from distal

ts starts

(Eq. 12)

first-order
ption rate

mon than
elaying the
compared to
case the
ponent and
to one-half
n all of the
, is in-
negligible
is reduced
ere between
bsorbed at
during 8-24

levels
ent so that
e release
ts can be
The former
ed doses
ased lower
to gas-
m distal



### Figure 14

Drug levels following single oral doses of a dosage form containing fast and slow first-order release components, released simultaneously. Curves generated from Equation 12 with $D_f$ = 25 mg, $D_s$ = 75 mg, $k_a$ = 1.0 hr$^{-1}$, $k_{el}$ = 0.17 hr$^{-1}$ ($t_{1/2}$ = 4 hr), and $k_r$ = 0.1, 0.25, and 0.5 hr$^{-1}$. Note that the flip-flop model obtains when $k_r < k_{el}$ (20). The curve obtained from $D_f$ = 100 mg and $D_s$ = 0 is also shown.

regions of the intestine, bacterial metabolism, and also the possibility of poor absorption due to limited GI transit time. Apart from these practical and real problems, which are in part drug specific, the general pharmacokinetic treatment for 2- or 3-step fast release formulation does not differ conceptually from repeated doses of conventional dosage forms, and will not be discussed further here.

The alternative approach of having a delayed, controlled first-order release component is a viable method to maintain drug levels. The primary questions in this approach are: when should the second drug portion be released, and what are the relative proportions of drug in the fast and slow release components for optimal effect? These questions are interrelated, and the relative merits of different approaches are discussed in detail elsewhere (19). Two possible approaches are (i) to initiate release of the second component when levels from the first component are at a maximum, or (ii) to delay release of the second component until essentially all of the first component has been released (24).

The first approach is based on the argument that if the slow first-order release component can be designed so as to approximate zero-order release, then initiating the second component at the time when the drug levels from the fast component are at a peak should yield a plateau effect similar to that achieved with Model III. While this approach may be attractive in theory, it does not work well in practice. First-order release only approximates zero-order release when the amount of substance to be released is large and the first-order rate constant for release is small. This is illustrated using the theophylline example in <u>Figure 15</u>. An ideal plateau effect is approached only when $D_s$ is 6-fold greater than $D_i$ and $k_r$ is reduced to 0.016 $hr^{-1}$. This is wasteful as only 20% of the slowly released dose would be absorbed from the GI tract during a 12 hr period, and only 30% during 24 hr. If drug release were restricted to a normal GI transit time of 12 hr, then at that time the rate of decline in drug levels would increase and would be controlled by the elimination rate constant $k_{el}$.

The second approach, that of initiating release of the slow component when most of the fast component has been released is more realistic. If the delay period is equal to the time when $D_i$ is essentially completely released, then drug level curves similar to that shown in <u>Figure 16</u> can be obtained. In this example the slow release component is released 4 hr, or 7.5 absorption half-lives, later than the fast component. Despite the fluctuation in the drug level profile, reasonably sustained levels are obtained using a relative-

Figure

P

of an

initia

mum.

slow

$hr^{-1}$,

320 m

$hr^{-1}$).

ly sma

this e

hr and

retain

Repeat

A

presen



#### Figure 15

Predicted plasma theophylline concentration profiles from a single dose of an oral formulation in which first-order release of the slow component is initiated when plasma levels from the fast release component are at a maximum. The curves are calculated from Equation 12 with the value of t for the slow component reduced by $T_{max} = 1.8$ hr. Other constants are $k_a = 1.3$ $hr^{-1}$, $k_{el} = 0.17$ $hr^{-1}$, $V = 32L$, $D_i = 200$ mg, and $D_s$ 160 mg ($k_r = 0.125$ $hr^{-1}$), 320 mg ($k_r = 0.063$ $hr^{-1}$), 640 mg ($k_r = 0.031$ $hr^{-1}$) and 1280 mg ($k_r = 0.016$ $hr^{-1}$).

ly small maintenance dose. This type of formulation is also efficient. In this example approximately 80% of the sustained dose would be absorbed by 12 hr and absorption would be quantitative in 24 hr if the dosage form were retained in the gut for that period of time.

#### Repeated Dose

A dosage form that contains a fast and slow first-order release component presents the same problems for multiple dosing regimens as those described for

1218



C (μg/ml)

Time (hours)

### Figure 16

Predicted plasma theophylline concentration profile from a single dose of an oral formulation in which first-order release of the slow component is initiated when release of the fast component is 99% complete.  The curve is generated from Equation 12 with $O_j$ = 200 mg, $D_s$ = 180 mg, $k_a$ = 1.3 hr$^{-1}$, $k_{el}$ = 0.17 hr$^{-1}$, and $k_r$ = 0.3 hr$^{-1}$, and delay time for the slow component is 4 hr.

Model III.  For that model it was shown that more satisfactory multiple dose drug profiles are obtained when the fast release component is absent.  The situation is not so clear-cut in the present case, and a variety of multiple dose profiles can be obtained by judicious selection of drug quantities and release rates (19).

As an example consider the formulation from Figure 16.  Multiple doses of this formulation could be given with the sustained and fast drug components unchanged, or with $D_i$ reduced to compensate for drug remaining from the previous dose.  Typical profiles are shown in Figures 17 and 18.

The profile in Figure 17 indicates that, as in Model III, repeated dosing of a formulation containing a fast release component that yields the required therapeutic level (or a suitable subfraction of the therapeutic dose as in this case) with the initial dose will lead to marked oscillation, a high pos-

WELLING

PHARMACOKINETIC CONSIDERATIONS

1219



**Time (hours)**

Figure 17

Predicted plasma theophylline concentration profile during repeated doses of the oral formulation in Figure 16. The dosing interval and total drug release time from each dose are 12 hours.

sibility of exceeding the therapeutic level shortly after each dose, and also undue accumulation with repeated dosing. If on the other hand, the amount of drug in the fast component is appropriately reduced (19), then a more acceptable profile is obtained as in Figure 18. In this case, by judicious dose adjustment, drug levels can be obtained that oscillate between a relatively narrow range with no accumulation. This is the ideal situation for this type of dosage form.

Of course it is impractical to have varying amounts of instantly released drug in different tablets, although one could perhaps instruct the patient to "take the blue tablet(s) first and the pink tablet(s) afterwards." So one is

1220                                              WELLING                    PHARMACOKI



**Figure 18**

Predicted plasma theophylline concentration profile during repeated doses
of the oral formulation in Figure 16. In this instance $D_i$ has been reduced to
100 mg for the second and third doses. The dosing interval and total drug
release time from each dose are 12 hours.

presented with a compromise of either achieving required levels quickly and
then accepting the wide range of drug levels with subsequent doses, or achiev-
ing the ideal continuous drug profile at steady-state and accepting the slight
delay in achieving that level. It is not possible to rapidly achieve required
drug levels and then maintain them with minimum oscillation from the same
formulation with this model system.

CONCLUSIONS

It is clear from the above arguments that controlled release formulations
can be prepared using basic principles depending on the desired release pat-
tern and blood-level profile. It is clear also that quite different criteria

may apply
doses.
    The
less prov
methods t
ible in p
apply to
sorption
regions c
site effe
intestine
for drugs
large ext
    Thus
tion for
character
ficacy of
ity of ti
consider
    Des
able (Ta
tempts to
ical rela
and repe
    The
ature, a
to devel
osmotic-
and also
(5,31).
lease fo
levels a

may apply to drug release patterns when one is considering single and repeated doses.

The above methods contain several simplifying assumptions, but nonetheless provide a rational basis for controlled release dosage form design. The methods thus represent a compromise between ideality and that which is feasible in practice. The methods are of general application, but may not always apply to individual cases. For example some drugs may exhibit a marked absorption window, or may be susceptible to bacterial degradation in distal regions of the GI tract, thus reducing effective absorption time. The opposite effect occurs with formuations designed to remain in the stomach or small intestine for prolonged periods. First-pass clearance may also be important for drugs that undergo extensive hepatic metabolism or that are excreted to a large extent in bile.

Thus before initiating a program to develop a controlled release formulation for a particular drug, it is mandatory to understand the pharmacokinetic characteristics, the pharmacokinetic: pharmacodynamic relationships, the efficacy of absorption in various regions of the GI tract, and the susceptibility of the compound to degradation by GI enzymes and bacteria. Failure to consider these at the outset may result in waste of both time and money.

Despite the great number of sustained release products currently available (Table I) in the United States and elsewhere, there have been few attempts to interpret in vivo drug level data in terms of in vitro or theoretical release patterns, or to address the unique problems that accompany single and repeated doses of these dosage forms.

There are some notable exceptions, particularly in the more recent literature, and some of these are described elsewhere in this Symposium. Attempts to develop a truly zero-order release dosage form have found expression in the osmotic-pump, recently introduced for controlled-release indomethacin (27,28), and also in a matrix system for controlled release theophylline (Theo-Dur®) (5,31). While these dosage forms offer no advantage over other controlled release forms following single doses, they may provide ideal sustained plateau levels at steady-state.

A variety of controlled release dosage forms have recently been introduced for beta-adrenergic blocking agents such as oxprenolol (30), propranolol (31), and metoprolol (12,36) compounds that otherwise have to be administered with multiple daily doses. Studies with metoprolol demonstrated comparable effects on heart rate and blood pressure from twice-daily doses of 100 mg as conventional tablets and once-daily doses of 200 mg as a polymer coated granule formulation (32). Following both single (12) and repeated (32) doses plasma levels of metoprolol exhibited double peaks similar to those predicted for Model III in this discussion.

Controlled release dosage forms are thus entering a new era, not only of development but also of more rigid testing and characterization in terms of in vitro-in vivo relationships, predicted and actual release patterns, and pharmacokinetic:pharmacodynamic relationships. The next decade is likely to witness a proliferation of sophisticated controlled releast products, particularly in cardiovascular, respiration, and CNS therapy, and perhaps in the area of antimicrobial chemotherapy. Cognizance of simple kinetic principles, similar to those described here, will improve the focus, economy, and success of this work.

REFERENCES

1. C. A. Dragstedt:  Oral medication with preparations for prolonged action.  J. Amer. Med. Assoc., 168:1652-1655, 1958.

2. L. E. Hollister:  Oral prolonged action drugs.  J. Chron. Dis., 16:1039-1041, 1963.

3. R. D. Toothaker, P. G. Welling, and W. A. Craig:  An in vitro model for the study of antimicrobial dosage regimen design.  J. Pharm. Sci., 71:861-868, 1981.

4. M. Gibaldi, R. N. Boyes, and S. Feldman:  Influence of first-pass effect on availability of drugs on oral administration.  J. Pharm. Sci., 60:1338-1340, 1971.

5. M. Weinberger, L. Hendeles, and L. Bighley:  The relation of product formulation to absorption of oral theophylline.  New Engl. J. Med., 299:852-857, 1978.

PHARMACO

6. C. G
   amid
   Clir

7. A. F
   abi
   pre

8. J. 
   med
   in

9. T.
   lev
   The

10. H.
    Ga
    ma

11. A.
    pr
    Th

12. C.
    ne
    co
    Ph

13. W
    K
    a

14. P
    P

15. D
    P

16. C
    C
    A

PHARMACOKINETIC CONSIDERATIONS

/ been intro-

30), propranolol

be administered

ed comparable

s of 100 mg as

er coated gran-

(32) doses

those predicted


ra, not only of

n in terms of in

erns, and

e is likely to

·oducts, particu-

·haps in the area

·rinciples, simi-

and success of


prolonged


, Dis.,


itro model for

rm. Sci.,


·st-pass effect

1, Sci.,


of product

J. Med.,

6.  C. Graffner, G. Johnsson, and J. Sjögren:  Pharmacokinetics of procain-
    amide intravenously and orally as conventional and slow-release tablets.
    Clin. Pharmacol. Ther., 17:414-423, 1975.

7.  A. B. Morrison, C. B. Perusse, and J. A. Campbell:  Physiologic avail-
    ability and in vitro release of riboflavin in sustained-release vitamin
    preparations.  New Engl. J. Med., 263:115-117, 1960.

8.  J. G. Wagner, O. S. Carpenter, and E. J. Collins:  Sustained action oral
    medication I. A quantitative study of prednisolone in man, in the dog and
    in vitro.  J. Pharmacol. Exptl. Therap., 129: 101-107, 1960.

9.  T. J. Mellinger, E. M. Mellinger, and W. T. Smith:  Thioridazine blood
    levels in patients receiving different oral forms.  Clin. Pharmacol.
    Ther., 6:486-491, 1965.

10. H. B. Hucker, S. C. Stauffer, F. G. Clayton, B. R. S. Nakra, and R.
    Gaind:  Plasma levels of a new pelletized form of amitriptylline for
    maintenance therapy.  J. Clin. Pharmacol., 15: 168-172, 1975.

11. A. A. Sugerman, and E. Rosen:  Absorption efficiency and excretion
    profile of a prolonged-action form of chlorpromazine.  Clin. Pharmacol.
    Ther., 5:561-568, 1964.

12. C. P. Quarterman, M. J. Kendall, and P. G. Welling:  Plasma levels and
    negative chronotropic effect of metoprolol following single doses of a
    conventional and sustained-release formulation.  Eruop. J. Clin.
    Pharmcol., 15:97-103, 1979.

13. W. Bayne, F. Theeuwes, J. D. Rogers, R. B. Lee, R. O. Davies, and K. C.
    Kwan:  Kinetics of osmotically controlled indomethacin delivery systems
    after repeated dosing.  Clin. Pharmacol. Ther., 32:270-276, 1982.

14. P. G. Welling:  Drug bioavailability and its clinical significance.
    Prog. Drug Metab., 4:131-163, 1980.

15. Drug Products, Bioequivalence Requirements and In Vivo Bioavailability
    Procedures.  Federal Register, 42:1624-1653, 1977.

16. C. MacLeod, H. Rabin, J. Ruedy, M. Caron, O. Zarowny, and R. O. Davies:
    Comparative bioavailability of three brands of ampicillin.  Can. Med.
    Assoc. J., 107:203-209, 1972.

17. P. G. Welling, R. B. Patel, U. R. Patel, W. R. Gillespie, W. A. Craig, and K. S. Albert: Bioavailability of tolazamide from tablets: Comparison of in vitro and in vivo results. J. Pharm. Sci., 71:1259-1263, 1982.

18. R. B. Patel, M. C. Rogge, A. Selen, T. J. Goehl, V. P. Shah, V. K. Prasad, and P. G. Welling: Bioavailability of hydrocortisone from commercial 20 mg tablets. J. Pharm. Sci., in press.

19. P. G. Welling and M. R. Dobrinska: Multiple dosing of sustained release systems, in Sustained and Controlled Release Drug Delivery Systems, ed., J. R. Robinson, Marcel Dekker, Inc., New York, 1978, p. 631-716.

20. M. Gibaldi and M. A. Schwartz: The pharmacokinetics of penamecillin. Brit. J. Pharmcol. Chemother., 28:360-366, 1966.

21. M. Gibaldi and D. Perrier: Pharmcokinetics. Marcel Dekker, Inc., New York, 1975, p. 108.

22. E. Nelson: A note on mathematics of oral sustained-release products. J. Amer. Pharm. Assoc. (Sci. Ed) 46, 572-573, 1957.

23. M. Rowland and A. H. Beckett: Mathematical treatment of oral sustained-release drug formulations, J. Pharm. Pharmacol. Suppl., 16, 156T-162T, 1964.

24. J. R. Robinson and S. P. Eriksen: Theoretical formulation of sustained-release dosage forms. J. Pharm. Sci., 55:1254-1263, 1966.

25. M. R. Dobrinska and P. G. Welling: Blood levels from a sustained-release dosage form. J. Pharm. Sci., 64:1728-1729, 1975.

26. J. W. Jenne, E. Wyze, F. S. Rood, and F. M. MacDonald: Pharmacokinetics of theophylline: application to adjustment of the clinical dose of aminophylline. Clin. Pharmacol. Ther., 13:349-360, 1972.

27. W. Bayne, V. Place, F. Theeuwes, J. O. Rogers, R. B. Lee, R. D. Davies, and K. C. Kwan. Kinetics of osmotically controlled indomethacin delivery systems after repeated dosing. Clin. Pharmacol. Ther., 32:270-276, 1982.

28. J. D. Rogers: Biopharmaceutical evaluation of 'Osmosin.' Curr. Med. Res. Op., 8 (Suppl. 2):38-54, 1983.

29. P. O. Fagerström, T. Mellstrand, and N. Svedmyr: Absorption of theophylline from conventional and sustained-release tablets. Int. J. Clin. Pharmacol., 19:131-128, 1981.

, Craig,
    Com-
259-1263,

, K.
    from

ied release
.tems, ed.,
.6.
cillin.

nc., New

oducts. J.

sustained-
6T-162T,

sustained-

ned-release

cokinetics
se of

. Davies,
in delivery
276, 1982.
. Med.

theophyl-
lin,.

30. M. J. West, M. J. Kendall, N. Mitchard, and E. B. Faragher: A comparison
    of slow-release and conventional oxprenolol: Plasma concentrations and
    clinical effects. Brit. J. Clin. Pharmacol., 3:439-443, 1976.

31. J. McAinsh, N. S. Baber, R. Smith, and J. Young: Pharmcokinetic and
    pharmacodynamic studies with long acting propranolol. Brit. J. Clin.
    Pharmacol., 6:115-121, 1978.

32. M. J. Kendall, V. A. Johns, C. P. Quarterman, and P. G. Welling: A
    single and multiple dose pharmacokinetic and pharmcodynamic comparison of
    conventional and slow-release metoprolol. Europ. J. Clin. Pharmacol.,
    17:87-92, 1980.

# EXHIBIT 31