

**PCT**

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 5 : | | (11) International Publication Number: | **WO 93/17667** |
|---|---|---|---|
| **A61K 9/16, 9/00** | **A1** | (43) International Publication Date: | 16 September 1993 (16.09.93) |

(21) International Application Number: PCT/JP93/00291

(22) International Filing Date: 10 March 1993 (10.03.93)

(30) Priority data:
4/53442          12 March 1992 (12.03.92)          JP
4/219904        19 August 1992 (19.08.92)         JP

(71) Applicant (for all designated States except US): TAISHO PHARMACEUTICAL CO., LTD. [JP/JP]; 24-1, Takata 3-chome, Toshima-ku, Tokyo 171 (JP).

(72) Inventors; and
(75) Inventors/Applicants (for US only) : YAJIMA, Toshio [JP/JP]; ISHII, Kuniaki [JP/JP]; UMEKI, Nobuo [JP/JP]; ITAI, Shigeru [JP/JP]; HAYASHI, Hidefumi [JP/JP]; SHIMANO, Kimihide [JP/JP]; KOYAMA, Ikuo [JP/JP]; Taisho Pharmaceutical Co., Ltd., 24-1, Takata 3-chome, Toshima-ku, Tokyo 171 (JP).

(74) Agent: KITAGAWA, Tomizo; Patent Division, Taisho Pharmaceutical Co., Ltd., 24-1, Takata 3-chome, Toshi-ma-ku, Tokyo 171 (JP).

(81) Designated States: AU, BR, CA, FI, KR, NO, US, European patent (AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE).

Published
With international search report.

(54) Title:  COMPOSITION FOR ORAL PREPARATIONS

(57) Abstract

There are provided a composition for oral preparations, which comprises a complex formed by dispersing or dissolving an unpleasantly tasting basic drug and a function polymer compound in a substance having a low melting point, 10 to 70 % by weight, based on the composition, of sugaralcohol and 0.1 to 7 % by weight, based on the composition, of basic oxide. The composition for oral preparation is excellent in masking unpleasantly tasting basic drugs and has excellent performance in biological use.

### FOR THE PURPOSES OF INFORMATION ONLY

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AT | Austria | FR | France | MR | Mauritania |
| AU | Australia | GA | Gabon | MW | Malawi |
| BB | Barbados | GB | United Kingdom | NL | Netherlands |
| BE | Belgium | GN | Guinea | NO | Norway |
| BF | Burkina Faso | GR | Greece | NZ | New Zealand |
| BG | Bulgaria | HU | Hungary | PL | Poland |
| BJ | Benin | IE | Ireland | PT | Portugal |
| BR | Brazil | IT | Italy | RO | Romania |
| CA | Canada | JP | Japan | RU | Russian Federation |
| CF | Central African Republic | KP | Democratic People's Republic | SD | Sudan |
| CG | Congo | | of Korea | SE | Sweden |
| CH | Switzerland | KR | Republic of Korea | SK | Slovak Republic |
| CI | Côte d'Ivoire | KZ | Kazakhstan | SN | Senegal |
| CM | Cameroon | LI | Liechtenstein | SU | Soviet Union |
| CS | Czechoslovakia | LK | Sri Lanka | TD | Chad |
| CZ | Czech Republic | LU | Luxembourg | TG | Togo |
| DE | Germany | MC | Monaco | UA | Ukraine |
| DK | Denmark | MG | Madagascar | US | United States of America |
| ES | Spain | ML | Mali | VN | Viet Nam |
| FI | Finland | MN | Mongolia | | |

# DESCRIPTION

## COMPOSITION FOR ORAL PREPARATIONS

### TECHNICAL FIELD

The present invention relates to a composition for preparations of basic drugs which taste unpleasant. More specifically, it relates to a composition for oral preparations, which is excellent in masking unpleasantly tasting basic drugs and has excellent performance in biological use.

### BACKGROUND ART

There have been hitherto found a variety of methods for masking the tastes of unpleasantly tasting drugs. For example, JP-A-49-81526 discloses a method in which macrolide is dissolved in an inert volatile organic solvent in which a coating polymer selected from the group consisting of polyvinylacetal diethylaminoacetate (hereinafter abbreviated as AEA), cellulose acetate dibutylaminohydroxypropyl ether, Eudragit® E and ethyl cellulose and at least one member selected from the group consisting of wax, higher fatty acid and salt insoluble in higher fatty acid have been dissolved or dispersed, the resultant solution is spray-dried to form coated macrolide particles, and the coated macrolides particles are recovered.

Further, as a pharmaceutical mixture for masking the taste of unpleasantly tasting basic drugs, for example, U.S. Patent 4,656,027 disclose a dry powder for use as a pharmaceutical preparation, which dry powder is prepared by

mixing a pharmaceutically acceptable basic substance with a
bad tasting pharmaceutical which is in a form insoluble at
high pH and encapsulating the mixture.

U.S. Patent 4,994,260 discloses a pharmaceutical
preparation for controlled release of a pharmaceutically
active substance, which masks bad taste and increases
stability of the pharmaceutically active substance and
contains an encapsulated active substance in combination
with 60 to 99 % by wight of a release-controlling substance
selected from the group consisting of polysaccharides,
oligosaccharides, disaccharides, monosaccharides, polyhydroxy
alcohols and mixtures thereof.

For dissolving a conventional coating agent, however,
there is used an organic solvent such as methylene chloride,
chloroform, cyclohexane, carbon tetrachloride, methyl ethyl
ketone, acetone, methyl alcohol or isopropyl alcohol.  It is
therefor required to carry out a drying step for removing
the solvent.  As a result, the coating is porous, and that
the drying step extraordinarily requires time, facilities,
labor and cost.  Further, this step involves risks of
ignition and explosion, and moreoever, a product might
contain a residual solvent to have a detrimental effect on a
human body.


DISCLOSURE OF INVENTION

The present inventors have made an initial study on the
masking of taste for overcoming the above-described
problems.

At first, a study has been made of the selection of a
material.  As the material, which is excellent in forming a

dense coating is concerned, a substance having a low melting
point (wax) is available.  Further, as far as a material
which is readily soluble at low pH (pH 1 - 4, endogastric
pH) and which is insoluble or hardly soluble in the mouth
(pH 5 - 8) is concerned, a functional polymer may be taken
into consideration.  However, an organic solvent is required
for dissolving the functional polymer, and there might be a
risk concerning the toxicity and handling of the solvent.
Further, since the functional polymer forms a porous coating
or cannot form a dense coating, it is difficult to mask
unpleasant taste sufficiently.

Therefore, studies have been made, and it has been
found that, without any organic solvent, a functional
polymer can be dissolved or dispersed in a substance having
a low melting point when the substance having a low melting
point has been melted.  It has been also found that the
resultant solution or dispersion of the functional polymer
is cooled to give a dense coating and that the working can
be carried out safely.

Additives for enhancing the masking effect have been
studied.  Usual additives such as carbonates, phosphates,
citrates and hydroxides cannot be said to maintain
sufficient masking of taste, while specific basic oxides,
particularly magnesium oxide, have an excellent effect.

It has been also found that the masking for
unpleasantly tasting basic drugs in insufficient when sugar
is added as an additive.

As a result, the present inventors have found a
composition for preparations of unpleasantly tasting basic
drugs which maintains the masking of the taste of

unpleasantly tasting basic drug and has excellent
bioavailability and a process for the preparation thereof,
the composition being obtained by melting a substance having
a low melting point under heat at a temperature equal to or
higher than the melting point thereof, dispersing or
dissolving a functional polymer compound in the resultant
molten substance to form a composition, melt- or heat-
granulating the composition and an unpleasantly tasting
basic drug to form a complex and incorporating sugaralcohol
and basic oxide into the complex.

That is, the present invention provides a composition
for oral preparations, which comprises a complex formed by
dispersing or dissolving an unpleasantly tasting basic drug
and a functional polymer compound in a substance having a
low melting point, 10 to 70 % by weight, based on the
composition, of sugaralcohol and 0.1 to 7 % by weight, based
on the composition, of basic oxide.

In the present invention, the unpleasantly tasting
basic drug includes unpleasantly tasting macrolides such as
erythromycin, clarithromycin, kitasamycin, josamycin,
midecamycin, roxithromycin and azithromycin. The amount of
the unpleasantly tasting drug in the complex is 1 to 90 %
by weight, preferably 1 to 60 % by weight.

The functional polymer compound used in the present
invention includes Eudragit[R] E, AEA and a mixture of these.

The substance having a low melting point, used in the
present invention, refers to a water-insoluble or water
sparingly soluble substance having a pharmaceutically
acceptable melting point of 40 to 120 ℃, and includes
paraffin, microcrystalline wax, ceresine, hydrogenated oil,

haze wax, cacao butter, myristic acid, palmitic acid, stearic acid, cetanol, stearyl alcohol, macrogol 6000, macrogol 4000, carnauba wax, bees wax, D-glucose, D-sorbitol, titanium stearate, calcium oleate, glycerin fattly acid ester, propylene glycol fatty acid ester, sorbitan fatty acid ester and mixtures of these. Preferred are glycerin monostearate, steary alcohol, stearic acid and mixtures of these.

The amount of the functional polymer compound in the complex is 1 to 60 % by weight, particularly preferably 2 to 40 % by weight. The amount of the complex in the composition for oral preparations is 20 to 60 % by weight, preferably 30 to 50 % by weight.

The sugaralcohol used in the present invention includes sorbitol, xylitol, mannitol, maltitol and mixtures of these. Preferred are sorbitol, mannitol, xylitol and mixtures of these.

The amount of the sugaralcohol used in the present invention based on the composition for oral preparations is 10 to 70 % by weight, preferably 30 to 65 % by weight.

The basic oxide used in the present invention includes magnesium oxide and aluminum oxide. Preferred is magnesium oxide. The amount of the basic oxide based on the composition for oral preparations is 0.1 to 7 % by weight, preferably 0.1 to 2 % by weight. The dose of magnesium oxide is not more than 70 mg.

In producing the composition for oral preparations, provided by the present invention, the complex is first produced by a so-called melt-granuration method or heat-granulation method. For example, the complex can be

produced by dispesing or dissolving a functional polymer
compound in a substance having a low melting point which is
heated to a temperature equal to or higher than its melting
point, mixing a unpleasantly tasting basic drug with the
resultant dispersion or solution at a high temperature and
cooling the mixture.

Then, the composition for oral preparations, provided
by the present invention, is obtained by adding and mixing a
sugaralcohol and a basic oxide to the above-obtained
complex.  The mixing may be carried out by a general
granulating method such as fluidized bed granulation or
agitating granulation.  In the granulation, a solution or
suspension of the basic oxide in water or a binder solution
is used as a solvent for the fluidized bed granulation or
agitating granulation, whereby there can be obtained a
desirable composition for oral preparations.  That is, the
composition gives preparations in which the drug is hardly
eluted from the complex.

The so-obtainable composition for oral preparations can
be formed into solid oral preparations such as granules, a
powder, a capsule, a tablet and dry syrup by optionally
mixing it with other known additives such as an excipient, a
disintegrant, a binder, a lubricant, an antioxidant, a
coating agent, a colorant, a flavor, a surfactant and a
plasticizer.

The excipient includes crystalline cellulose, sodium
carboxymethyl cellulose, calcium hydrogenphosphate, flour
starch, rice starch, corn starch, potato starch, sodium
carboxylmethyl starch, dextrin, $\alpha$-cyclodextrin, $\beta$-
cyclodextrin, carboxyvinyl polymer, light silicic acid

anhydride, titanium oxide, magnesium aluminomethasilicate, polyethylene glycol and medium chain triglyceride.

The disintegrant includes hydroxypropyl cellulose substituted in a low degree, carboxymethyl cellulose, calcium carboxymethyl cellulose, sodium carboxymethyl cellulose, cross-linked sodium carboxymethyl cellulose (Ac-Di-sol®), starch, crystalline cellulose, hydroxypropyl starch and partially alpha-formed starch.

The binder includes methyl cellulose, hydroxypropyl cellulose, hydroxylpropylmethyl cellulose, polyvinyl pyrrolidone, gelatin, gum arabic, ethyl cellulose, polyvinyl alcohol, pullulan, α-starch, agar, traganth, sodium alginate, and propylene glycol alginate ester.

The lubricant includes magnesium stearate, calcium stearate, polyoxyl stearate, cetanol, talc, hydrogenated oil, sucrose fatty acid ester, dimethyl polysiloxane, microcrystalline wax, bees wax and white beeswax.

The antioxidant includes dibutylhydroxytoluene (BHT), propyl gallate, butylhydroxyanisole (BHA), α-tocopherol and citric acid.

The coating agent includes hydroxypropylmethyl cellulose, hydroxypropyl cellulose, methyl cellulose, ethyl cellulose, hydroxypropylmethyl cellulose phthalate, hydroxypropylemthyl cellulose acetate succinate, carboxymethylethyl cellulose, acetate phthalate cellulose, polyvinylacetal diethylaminoacetate, aminoalkyl methacrylate copolymer, hydroxypropylmethyl cellulose acetate succinate, a methacrylic acid copolymer, cellulose acetate trimellitate (CAT), polyvinyl acetate phthalate and shellac.

The colorant includes tar dyestuff and titanium oxide.

The surfactant includes polyoxyethylene hardened castor oil, glycerin monostearate, sorbitan monostearate, sorbitan monoplamitate, sorbitan monolarurate, a polyoxyethylene polyoxypropylene block copolymer, polysorbates, sodium laurylsulfate, macrogols and sucrose fatty acid ester.

The plasticizer includes triethyl citrate, triacetin and cetanol.

The flavor includes menthol.


INDUSTRIAL APPLICABILITY

The composition for oral preparations, provided by the present invention, constantly masks the taste of unpleasantly tasting basic drugs and is excellent in bioavailability.

Further, the composition for oral preparations of unpleasantly tasting basic drugs, provided by the present invention, does not give unpleasant taste when suspended in water and further continuously stored at 5 ℃ for 3 days. Moreover, the composition of the present invention is excellent in bioavailability and gives excellent preparations as oral preparations such as syrup for infants.


BEST MODE FOR CARRYING OUT THE INVENTION

The present invention will be specifically explained hereinafter by reference to Examples and Text Examples.


Example 1

700 Grams of stearyl alcohol was melted at about 100 ℃, and 100 g of Eudragit® E was dispersed and dissolved

therein.  Further, 200 g of clarithromycin was dispersed in
the mixture.  The resultant dispersion was spray-cooled and
granulated with a spray-drying apparatus at an inlet
temperature of 50 ℃ at a rotary disk rotation rate of 10,000
rpm.  As a result, about 950 g of a 20 % clarithromycin
complex was obtained.  90 Grams of sorbitol, 0.2 g of
magnesium oxide and 9.8 g of crystalline cellulose were
added to 100 g of the above complex to give a composition
containing 10 % of clarithromycin for oral preparations.


Example 2

     600 Grams of stearic acid was melted at about 100 ℃,
and 100 g of Eudragit® E was dispersed and dissolved
therein.  Further, 300 g of clarithromycin was dispersed in
the mixture.  The resultant dispersion was spray-cooled and
granulated with a spray-drying apparatus at an inlet
temperature of 50 ℃ at a rotary disk rotation rate of 10,000
rpm.  As a result, about 950 g of a 30 % clarithromycin
complex was obtained.  100 Grams of sorbitol, 100 g of
xylitol, 347 g of mannitol, 50 g of maltitol and 70 g of
magnesium oxide were added to 333 g of the above complex to
give a composition containing 10 % of clarithromycin for
oral preparations.


Example 3

     600 Grams of stearyl alcohol was melted at about 100 ℃,
and 100 g of Eudragit® E was dispersed and dissolved
therein.  Further, 300 g of clarithromycin was dispersed in
the mixture.  The resultant dispersion was spray-cooled and
granulated with a spray-drying apparatus at an inlet

temperature of 50 ℃ at a rotary disk rotation rate of 10,000
rpm.  As a result, about 950 g of a 30 % clarithromycin
complex was obtained.   657 Grams of sorbitol and 10 g of
magnesium oxide were added to 333 g of the above complex,
and the resultant mixture was subjected to fluidized
granulation with water to give a composition containing 10 %
of clarithromycin for oral preparations.


Example 4

600 Grams of glycenyl monostearate was melted at about
100 ℃, and 100 g of Eudragit® E was dispersed and dissolved
therein.   Further, 300 g of clarithromycin was dispersed in
the mixture.   The resultant dispersion was spray-cooled and
granulated with a spray-drying apparatus at an inlet
temperature of 50 ℃ at a rotary disk rotation rate of 10,000
rpm.  As a result, about 950 g of a 30 % clarithromycin
complex was obtained.   500 Grams of mannitol, 20 g of
magnesium oxide, 125 g of starch, 20 g of hydroxypropyl
cellulose and 2 g of carboxymethyl  cellulose were added to,
and homogeneously mixed with, 333 g of the above complex,
and the resultant mixture was  subjected to fluidized
granulation with water to give as composition containing 10
% of clarithromycin for oral preparations.


Example 5

600 Grams of hydrogenated oil was melted at about 100
℃, and 100 g of Eudragit® E was dispersed and dissolved
therein.   Further, 300 g of clarithromycin was dispersed in
the mixture.   The resultant dispersion was spray-cooled and
granulated with a spray-drying apparatus at an inlet

temperature of 50 ℃ at a rotary disk rotation rate of 10,000 rpm.  As a result, about 950 g of a 30 % clarithromycin complex was obtained.   300 Grams of sorbitol, 300 g of mannitol, 10 g of sodium carboxymethyl cellulose and 47 g of crystalline cellulose were added to 333 g of the above complex.   Separately, 10 g of magnesium oxide was suspended in water to prepare a binder solvent.   The above-obtained mixture was subjected to fluidized granulation in the presence of the binder solvent to give a composition containing 10 % of clarithromycin for oral preparations.

Example 6

600 Grams of stearyl alcohol was melted at about 100 ℃, and 100 g of Eudragit® E was dispersed and dissolved therein.   Further, 300 g of clarithromycin was dispersed in the mixture.   The resultant dispersion was spray-cooled and granulated with a spray-drying apparatus at an inlet temperature of 50 ℃ at a rotary disk rotation rate of 10,000 rpm.  As a result, about 950 g of a 30 % clarithromycin complex was obtained.   300 Grams of sorbitol, 100 g of mannitol, 100 g of xylitol, 100 g of maltitol, 10 g of sodium carboxylemthyl cellulose, 20 g of magnesium oxide, 14 g of starch, 20 g of hydroxypropyl cellulose and 3 g of saccharin sodium were added to, and homogeneously mixed with, 333 g of the above complex, and the resultant mixture was subjected to fluidized granulation in the presence of water as a granulating solvent to give a dry syrup-containing 10 % of clarithromycin.

Example 7

600 Grams of glycenyl monostearate was melted at about
100 ℃, and 100 g of Eudragit® E was dispersed and dissolved
therein.   Further, 300 g of clarithromycin was dispersed in
the mixture.   The resultant dispersion was spray-cooled and
granulated with a spray-drying apparatus at an inlet
temperature of 50 ℃ at a rotary disk rotation rate of 10,000
rpm.   As a result, about 950 g of a 30 % clarithromycin
complex was obtained.   400 Grams of sorbitol, 229 g of
xylitol, 10 g of sodium carboxylmethyl cellulose, 5 g of
magnesium oxide, 20 g of hydroxypropyl cellulose and 3 g of
saccharin sodium were added to, and homogeneously mixed
with, 333 g of the above complex, and the resultant mixture
was subjected to fluidized granulation in the presence of
water as a granulating solvent to give a composition
containing 10 % of clarithromycin for oral preparations.

One gram of the above-obtained composition was
suspended in about 5 ml of water to give a syrup.


Example 8

700 Grams of stearyl alcohol was melted at about 100 ℃,
and 100 g of Eudragit® E was dispersed and dissolved
therein.   Further, 200 g of erythromycin was dispersed in
the mixture.   The resultant dispersion was spray-cooled and
granulated with a spray-drying apparatus at an inlet
temperature of 50 ℃ at a rotary disk rotation rate of 10,000
rpm.   As a result, about 950 g of a 20 % erythromycin
complex was obtained.   90 Grams of sorbitol, 0.2 g magnesium
oxide and 9.8 g of crystalline cellulose were added to 100 g
of the above  complex to give a composition containing 10 %
of erythromycin for oral preparations.

Example 9

600 Grams of stearic acid was melted at about 100 ℃, and 100 g of Eudragit® E was dispersed and dissolved herein. Further, 300 g of erythromycin was dispersed in the mixture. The resultant dispersion was spray-cooled and granulated with a spray-drying apparatus at an inlet temperature of 50 ℃ at a rotary disk rotation rate of 10,000 rpm. As a result, about 950 g of a 30 % erythromycin complex was obtained. 100 Grams of sorbitol, 100 g of xylitol, 347 g of mannitol, 50 g of maltitol and 70 g of magnesium oxide were added to 333 g of the above complex to give a composition containing 10 % erythromycin for oral preparations.

Example 10

600 Grams of stearyl alcohol was melted at about 100 ℃, and 100 g of Eudragit® E was dispersed and dissolved therein. Further, 300 g of erythromycin was dispersed in the mixture. The resultant dispersion was spary-cooled and granulated with a spray-drying apparatus at an inlet temperature of 50 ℃ at a rotary disk rotation rate of 10,000 rpm. As a result, about 950 g of a 30 % erythromycin complex was obtained. 657 Grams of sorbitol and 10 g of magnesium oxide were added to 333 g of the above complex, and the resultant mixture was subjected to fluidized granulation with water to give a composition containing 10 % of erythromycin for oral preparations.

Example 11

600 Grams of hydrogenated oil was melted at about 100

℃, and 100 g of Eudragit® E was dispersed and dissolved
therein.   Further, 300 g of erythromycin was dispersed in
the mixture.   The resultant dispersion was spray-cooled and
granulated with a spray-drying apparatus at an inlet
temperature of 50 ℃ at a rotary disk rotation rate of 10,000
rpm.   As a result, about 950 g of a 30 % erythromycin
complex was obtained.   300 Grams of sorbitol, 300 g of
mannitol, 10 g of sodium carboxymethyl cellulose and 47 g of
crystalline cellulose were added to 333 g of the above
complex.   Separately, 10 g of magnesium oxide was suspended
in water to prepare a binder solvent.   The above-obtained
mixture was subjected to fluidized granulation in the
presence of the binder solvent to give a composition
containing 10 % of erythromycin for oral preparations.


Example 12

     600 Grams of stearyl alcohol was melted at about 100 ℃,
and 100 g of Eudragit® E was dispersed and dissolved
therein.   Further, 300 g of erythromycin was dispersed in
the mixture.   The resultant dispersion was spray-cooled and
granulated with a spray-drying apparatus at an inlet
temperature of 50 ℃ at a rotary disk rotation rate of 10,000
rpm.   As a result, about 950 g of a 30 % erythromycin
complex was obtained.   300 Grams of sorbitol, 100 g of
mannitol, 100 g of xylitol, 100 g of maltitol, 10 g of
sodium carboxylmethyl cellulose, 20 g of magnesium oxide, 14
g of starch, 20 g of hydroxypropyl cellulose and 3 g of
saccharin sodium were added to, and homogeneously mixed
with, 333 g of the above complex, and the resultant mixture
was subjected to fluidized granulation in the presence of

water as a granulating solvent to give a dry syrup-containing 10 % of erythromycin.


Example 13

600 Grams of glycenyl monostearate was melted at about 100 ℃, and 100 g of Eudragit® E was dispersed and dissolved therein. Further, 300 g of erythromycin was dispersed in the mixture. The resultant dispersion was spray-cooled and granulated with a spray-drying apparatus at an inlet temperature of 50 ℃ at a rotary disk rotation rate of 10,000 rpm. As a result, about 950 g of a 30 % erythromycin complex was obtained. 400 Grams of sorbitol, 229 g of xylitol, 10 g of sodium carboxlylmethyl cellulose, 5 g of magnesium oxide, 20 g of hydroxypropyl cellulose and 3 g of saccharin sodium were added to, and homogeneously mixed with, 333 g of the above complex, and the resultant mixture was subjected to fluidized granulation in the presence of water as a granulating solvent to give a composition containing 10 % of erythromycin for oral preparations.

One gram of the above-obtained composition was suspended in above 5 ml of water to give a syrup.


Test Example 1

(Test compositions)

Composition for oral preparations, prepared in Example 3.

Compositions for oral preparations, prepared in the same manner as in Example 3 except that the magnesium oxide was replaced with the same amount of sodium hydrogencarbonate, magnesium carbonate, magnesium hydroxide,

sodium dihydrogenphosphate or Neucilin®.

(Test method)

One gram of each of the test compositions was orally administered to 10 healthy adults to evaluate the bitterness of each composition.  The evaluation was conducted on the basis of the following six ratings immediately after administration until 10 minutes passed.

0: Taste no bitterness

1: Taste a presence of bitterness

2: Taste bitter to some extent

3: Taste bitter

4: Taste bitter, but tolerable

5: Taste bitter intolerably

(Results)

The evaluation results on each test composition by the ten adults were average, and Fig. 1 shows the results.


Test Example 2

(Test compositions)

Compositions for oral preparations, prepared in Examples 1 to 13.

Compositions prepared as described in the following Control Examples 1 to 10.


Control Example 1

700 Grams of stearyl alcohol was melted at about 100 ℃, and 300 g of clarithromycin was dispersed therein.  The resultant dispersion was spray-cooled and granulated with a spray-drying apparatus at an inlet temperature of 50 ℃ at a rotary disk rotation rate of 10,000 rpm, to give about 950

g of a 30 % clarithromycin composition.


Control Example 2

600 Grams of stearyl alcohol was melted at about 100 ℃, and 100 g of Eudragit® E was dispersed and dissolved therein. Further, 300 g of clarithromycin was also dispersed therein. The resultant dispersion was spray-cooled and granulated with a spray-drying apparatus at an inlet temperature of 50 ℃ at a rotary disk rotation rate of 10,000 rpm, to give about 950 g of a 30 % clarithromycin composition.


Control Example 3

600 Grams of stearyl alcohol was melted at about 100 ℃, and 100 g of Eudragit® E was dispersed and dissolved therein. Further, 300 g of clarithromycin was also dispersed therein. The resultant dispersion was spray-cooled and granulated with a spray-drying apparatus at an inlet temperature of 50 ℃ at a rotary disk rotation rate of 10,000 rpm, to give about 950 g of a 30 % clarithromycin composition. Then, 657 g of sorbitol and 10 g of crystalline cellulose were added to, and homogeneously mixed with, 333 g of the above-obtained composition, and the resultant mixture was subjected to fluidized granulation in the presence of water as a granulating solvent to give a composition containing 10 % of clarithromycin.


Control Example 4

600 Grams of stearyl alcohol was melted at about 100 ℃, and 100 g of Eudragit® E was dispersed and dissolved

therein.  Further, 300 g of clarithromycin was also dispersed therein.  The resultant dispersion was spray-cooled and granulated with a spray-drying apparatus at an inlet temperature of 50 ℃ at a rotary disk rotation rate of 10,000 rpm, to give about 950 g of a 30 % clarithromycin composition.  Then, 70 g of magnesium oxide and 667 g of crystalline cellulose were added to, and homogeneously mixed with, 333 g of the above-obtained composition, and the resultant mixture was subjected to fluidized granulation in the presence of water as a granulating solvent to give a composition containing 10 % of clarithromycin.

Control Example 5

     600 Grams of stearyl alcohol was melted at about 100 ℃, and 100 g of Eudragit® E was dispersed and dissolved therein.  Further, 300 g of clarithromycin was also dispersed therein.  The resultant dispersion was spray-cooled and granulated with a spray-drying apparatus at an inlet temperature of 50 ℃ at a rotary disk rotation rate of 10,000 rpm, to give about 950 g of a 30 % clarithromycin composition.  Then, 70 g of magnesium oxide, 5 g of sorbitol and 592 g of crystalline cellulose were added to, and homogeneously mixed with, 333 g of the above-obtained composition, and the resultant mixture was subjected to fluidized granulation in the presence of water as a granulating solvent to give a composition containing 10 % of clarithromycin.

Control Example 6

     600 Grams of stearyl alcohol was melted at about 100 ℃,

and 100 g of Eudragit® E was dispersed and dissolved
therein.   Further, 300 g of clarithromycin was also
dispersed therein.   The resultant dispersion was
spray-cooled and granulated with a spray-drying apparatus at
an inlet temperature of 50 ℃ at a rotary disk rotation rate
of 10,000 rpm, to give about 950 g of a 30 % clarithromycin
composition.   Then, 100 g of magnesium oxide and 567 g of
sorbitol were added to, and homogeneously mixed with, 333 g
of the above-obtained composition, and the resultant mixture
was subjected to fluidized granulation in the presence of
water as a granulating solvent to give a composition
containing 10 % of clarithromycin.


Control Example 7

    700 Grams of stearyl alcohol was melted at about 100 ℃,
and 100 g of Eudragit® E was dispersed and dissolved
therein.   Further, 300 g of erythromycin was dispersed
therein.   The resultant dispersion was spray-cooled and
granulated with a spray-drying apparatus at an inlet
temperature of 50 ℃ at a rotary disk rotation rate of 10,000
rpm, to give about 950 g of a 30 % erythromycin composition.


Control Example 8

    600 Grams of stearyl alcohol was melted at about 100 ℃,
and 100 g of Eudragit® E was dispersed and dissolved
therein.   Further, 300 g of erythromycin was also dispersed
therein.   The resultant dispersion was spray-cooled and
granulated with a spray-drying apparatus at an inlet
temperature of 50 ℃ at a rotary disk rotation rate of 10,000
rpm, to give about 950 g of a 30 % erythromycin composition.

Control Example 9

600 Grams of stearyl alcohol was melted at about 100 ℃,
and 100 g of Eudragit® E was dispersed and dissolved
therein.   Further, 300 g of erythromycin was also dispersed
therein, The resultant dispersion was spray-cooled and
granulated with a spray-drying apparatus at an inlet
temperature of 50 ℃ at a rotary disk rotation rate of 10,000
rpm, to give about 950 g of a 30 % erythromycin composition.
Then, 657 g of sorbitol and 10 g of crystalline cellulose
were added to, and homogeneously mixed with, 333 g of the
above-obtained composition, and the  resultant mixture was
subjected to fluidized granulation in the presence of water
as a granulating solvent to give a composition containing 10
% erythromycin.


Control Example 10

600 Grams of stearyl alcohol was melted at about 100 ℃,
and 100 g of Eudragit® E was dispersed and dissolved
therein.   Further, 300 g of erythromycin was also dispersed
therein.   The resultant dispersion was spray-cooled and
granulated with a spray-drying apparatus at an inlet
temperature of 50 ℃ at a rotary disk rotation rate of 10,000
rpm, to give about 950 g of a 30 % erythromycin composition.
Then, 70 g of magnesium oxide and 597 g of crystalline
cellulose were added to, and homogeneously mixture was
subjected to fluidized granulation in the presence of water
as a granulating solvent to give a composition containing 10
% of erythromycin.

(Test method)

One gram of each of the test compositions was orally

WO 93/17667

- 21 -

PCT/JP93/00291

administered to 10 healthy adults to evaluate was conducted
on the basis of the following six ratings immediately after
administration until 10 minutes passed.

    0: Taste no bitterness

    1: Taste a presence of bitterness

    2: Taste bitter to some extent

    3: Taste bitter

    4: Taste bitter, but tolerable

    5: Taste bitter intolerably

(Results)

The evaluation results on each test compositions by the
ten adults were averaged, and Tables 1 and 2 show the
results.

## Table 1

| | Im'ly after | 1 minute | 2 minutes | 4 minutes | 6 minutes | 8 minutes | 10 minutes |
|---|---|---|---|---|---|---|---|
| CnEx. 1 | 2 | 3 | 3 | 3 | 3 | 3 | 3 |
| CnEx. 2 | 2 | 3 | 4 | 3 | 3 | 3 | 3 |
| CnEx. 3 | 2 | 2 | 2 | 3 | 3 | 2 | 2 |
| CnEx. 4 | 1 | 2 | 2 | 2 | 2 | 2 | 2 |
| CnEx. 5 | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| CnEx. 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

CnEx. = Control Example, Ex. = Example

- 22 -

## Table 2

| | Im'ly after | 1 minute | 2 minutes | 4 minutes | 6 minutes | 8 minutes | 10 minutes |
|---|---|---|---|---|---|---|---|
| CnEx. 7 | 2 | 3 | 3 | 3 | 3 | 3 | 3 |
| CnEx. 8 | 2 | 3 | 4 | 3 | 3 | 3 | 3 |
| CnEx. 9 | 2 | 2 | 2 | 3 | 3 | 2 | 2 |
| CnEx. 10 | 1 | 2 | 2 | 2 | 2 | 2 | 2 |
| Ex. 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

CnEx. = Control Example, Ex. = Example

Test Example 3

(Test Compositions)

Compositions for preparations, prepared in Examples 1 to 7.

Compositions prepared in Control Example 1 in Text Example 2.

(Test method)

One gram of each of the test compositions was subjected to an elution test according to Japanese Pharmacopoeia, 11th edition.
An acetic acid buffer solution having pH of 4.0 was used as an eluting solution. The paddle rotation rate was set at 100 rpm, and the test compositions were measured for elutions ratios after 10 minutes.

(Results)

Table 3 shows the elutions ratios.

- 23 -

Table 3

|                    | 10 minutes |
|--------------------|------------|
| Control Example 1  | 5          |
| Example 1          | 100        |
| Example 2          | 100        |
| Example 3          | 100        |
| Example 4          | 100        |
| Example 5          | 100        |
| Example 6          | 100        |
| Example 7          | 100        |

Test Example 4

(Test compositions)

Compositions for preparations, prepared in Examples 1 to 7.

Compositions prepared in Control Examples 3 to 6 in Test Example 2.

(Test method)

One gram of each of the above test compositions was separately suspended in about 5 ml, and the resultant suspensions were stored in a refrigerator (5 ℃) for 1 day. Then, each of the suspensions was administered to ten healthy adults to evaluate the bitterness of the compositions. The evaluation was conducted on the basis of the following six ratings immediately after administration until 10 minutes passed.

0: Taste no bitterness

1: Taste a presence of bitterness

2: Taste bitter to some extent

3: Taste bitter

4: Taste bitter, but tolerable

5: Taste bitter intolerably

(Results)

The evaluation results on each test composition by the ten adults were averaged, and Table 4 shows the results.

Table 4

|  | Im'ly after | 1 minute | 2 minutes | 4 minutes | 6 minutes | 8 minutes | 10 minutes |
|---|---|---|---|---|---|---|---|
| CnEx. 3 | 4 | 4 | 5 | 5 | 5 | 5 | 5 |
| CnEx. 4 | 3 | 4 | 4 | 5 | 5 | 4 | 4 |
| CnEx. 5 | 3 | 3 | 3 | 4 | 4 | 3 | 3 |
| CnEx. 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ex. 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

CnEx. = Control Example, Ex. = Example

Test Example 5

(Test compositions)

Composition for preparations, prepared in Example 3.

Composition prepared in Control Example 6 in Test Example 2.

(Test method)

Two grams of the composition prepared in Example 3  and the composition prepared in Control Example 6 were

administered to six healthy adults according to a crossover
method, and they were measured for concentrations in the
blood to determine AUC and Cmax.   Table 5 shows the results.

Table 5

|  | AUC ($\mu$g·hr/ml) | Cmax ($\mu$g/ml) |
|---|---|---|
| Example 3 | 8 | 1.3 |
| Control Example 6 | 4 | 0.5 |

## BRIEF DESCRIPTION OF DRAWINGS

Fig.1 is a graph showing the evalution results on each
test composition until ten minutes passed.

The total number of the points assaigned by the judges
was divided by the number of ten adults to obtain the bitter
taste raiting.

## CLAIMS

1.        A composition for oral preparations, which comprises a complex formed by dispersing or dissolving an unpleasantly tasting basic drug and a functional polymer compound in a substance having a low melting point, 10 to 70 % by weight, based on the composition, of sugaralcohol and 0.1 to 7 % by weight, based on the composition, of basic oxide.

2.        A composition according to claim 1, wherein the complex is a product obtained by melt- or heat-granulating a functional polymer compound dispersed or dissolved in a heat-melted substance having a low melting point and a basic drug.

3.        A composition according to claim 1, wherein the functional polymer compound is contained in an amount of 1 to 60 % by weight based on the complex.

4.        A composition according to claim 1, wherein the basic drug is one of unpleasantly tasting macrolides.

5.        A composition according to claim 1, wherein the functional polymer compound is at least one selected from Eudragit® E and AEA.

6.        A composition according to claim 1, wherein the substance having a low melting point is a pharmaceutically acceptable substance having a melting point of 40 to 120 ℃ and being insoluble or sparingly soluble in water.

7.        A composition according to claim 1, wherein the basic oxide is magnesium oxide.

8.        A composition according to claim 1, which has a form of dry syrup.



Figure 1



# INTERNATIONAL SEARCH REPORT

International Application No

PCT/JP 93/00291

---

**I. CLASSIFICATION OF SUBJECT MATTER**   (if several classification symbols apply, indicate all)[6]

According to International Patent Classification (IPC) or to both National Classification and IPC

Int.Cl. 5 A61K9/16;          A61K9/00

---

**II. FIELDS SEARCHED**

Minimum Documentation Searched[7]

| Classification System | Classification Symbols |
|---|---|
| Int.Cl. 5 | A61K |

Documentation Searched other than Minimum Documentation
to the Extent that such Documents are Included in the Fields Searched[8]

---

**III. DOCUMENTS CONSIDERED TO BE RELEVANT[9]**

| Category[°] | Citation of Document,[11] with indication, where appropriate, of the relevant passages[12] | Relevant to Claim No.[13] |
|---|---|---|
| Y | DATABASE WPIL<br>Week 9101,<br>Derwent Publications Ltd., London, GB;<br>AN 91-003127<br>& JP,A,2 279 622 (TAISHO PHARMACEUTICAL KK) 15 November 1990<br>see abstract<br>--- | 1-8 |
| Y | US,A,3 857 939 (GREEN ET AL)<br>31 December  1974<br>see column 5 - column 6; example 3<br>--- | 1-8 |
| A | US,A,3 627 885 (RONDELET ET AL.)<br>14 December  1971<br>see column 1, line 50 - line 69<br>see column 2, line 60 - line 63<br>see column 6; example 8<br>--- | 1,7 |

-/--

---

° Special categories of cited documents :[10]

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

---

**IV. CERTIFICATION**

| Date of the Actual Completion of the International Search | Date of Mailing of this International Search Report |
|---|---|
| 02 JUNE 1993 | 16. 06. 93 |

| International Searching Authority | Signature of Authorized Officer |
|---|---|
| EUROPEAN PATENT OFFICE | BENZ K.F. |

Form PCT/ISA/210 (second sheet) (January 1985)

PCT/JP 93/00291

International Application No

| III. DOCUMENTS CONSIDERED TO BE RELEVANT (CONTINUED FROM THE SECOND SHEET) | | |
|---|---|---|
| Category° | Citation of Document, with indication, where appropriate, of the relevant passages | Relevant to Claim No. |
| A | DATABASE WPI<br>Week 7544,<br>Derwent Publications Ltd., London, GB;<br>AN 75-72937<br>& JP,A,49 081 526 (TOYO BREWING KK) 6<br>August 1974<br>cited in the application<br>see abstract<br>--- | 1-6 |
| A | EP,A,0 420 992 (TAISHO PHARMACEUTICAL CO.<br>LTD)<br>10 April 1991<br>see page 4; example 4<br>see page 4, line 50 - page 5, line 25<br>--- | 1-6,8 |
| A | EP,A,0 069 097 (ASTRA LÄKEMEDEL<br>AKTIEBOLAG)<br>5 January 1983<br>& US,A,4 656 027<br>cited in the application<br>--- | |
| A | GB,A,2 122 490 (ASTRA LAKEMEDEL<br>AKTIEBOLAG)<br>18 January 1984<br>& US,A,4 994 260<br>cited in the application<br>----- | |

## ANNEX TO THE INTERNATIONAL SEARCH REPORT
## ON INTERNATIONAL PATENT APPLICATION NO.

JP    9300291
SA       70955

This annex lists the patent family members relating to the patent documents cited in the above-mentioned international search report.
The members are as contained in the European Patent Office EDP file on
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.    02/06/93

| Patent document cited in search report | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|
| US-A-3857939 | 31-12-74 | None | | |
| US-A-3627885 | 14-12-71 | None | | |
| EP-A-0420992 | 10-04-91 | CA-A- | 2031206 | 19-10-90 |
| | | WO-A- | 9012566 | 01-11-90 |
| EP-A-0069097 | 05-01-83 | CA-A- | 1208559 | 29-07-86 |
| | | JP-B- | 4060968 | 29-09-92 |
| | | JP-A- | 58004714 | 11-01-83 |
| | | SE-A- | 8103843 | 19-12-82 |
| | | US-A- | 4656027 | 07-04-87 |
| GB-A-2122490 | 18-01-84 | AU-B- | 561954 | 21-05-87 |
| | | AU-A- | 1594383 | 05-01-84 |
| | | CA-A- | 1214726 | 02-12-86 |
| | | EP-A,B | 0101418 | 22-02-84 |
| | | JP-A- | 59016822 | 28-01-84 |
| | | SU-A- | 1722207 | 23-03-92 |
| | | US-A- | 4994260 | 19-02-91 |

EPO FORM P0479

# EXHIBIT 32

**Highly Confidential – Filed Under Seal Pursuant to Protective Order**

# EXHIBIT 33

**Highly Confidential – Filed Under Seal Pursuant to Protective Order**

# EXHIBIT 34

**Highly Confidential – Filed Under Seal Pursuant to Protective Order**

# EXHIBIT 35

**PCT**

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 6 : A61K 31/71, 9/00, 9/20, 9/28 | A1 | (11) International Publication Number: WO 95/30422 |
|---|---|---|
| | | (43) International Publication Date: 16 November 1995 (16.11.95) |

(21) International Application Number: PCT/IB95/00264

(22) International Filing Date: 13 April 1995 (13.04.95)

(30) Priority Data:
08/239,094          6 May 1994 (06.05.94)          US

(60) Parent Application or Grant
(63) Related by Continuation
US                          08/239,094 (CIP)
Filed on                    6 May 1994 (06.05.94)

(71) Applicant (for all designated States except US): PFIZER INC. [US/US]; 235 East 42nd Street, New York, NY 10017 (US).

(72) Inventors; and
(75) Inventors/Applicants (for US only): CURATOLO, William, J. [US/US]; 18 Patrick Place, Niantic, CT 06357 (US). FRIEDMAN, Hylar, L. [US/US]; P.O. Box 1623, Brattleboro, VT 05301 (US). KORSMEYER, Richard, W. [US/US]; 51 Sill Lane, Old Lyme, CT 06371 (US). LE MOTT, Steven, R. [US/US]; 38 Charter Oak Drive, East Lyme, CT 06333 (US).

(74) Agents: SPIEGEL, Allen, J. et al.; Pfizer Inc., 235 East 42nd Street, New York, NY 10017 (US).

(81) Designated States: AU, BG, BY, CA, CN, CZ, FI, HU, JP, KR, KZ, LV, MX, NO, NZ, PL, RO, RU, SI, SK, UA, US, UZ, VN, European patent (AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, ML, MR, NE, SN, TD, TG).

**Published**
*With international search report.*

---

(54) Title: CONTROLLED-RELEASE DOSAGE FORMS OF AZITHROMYCIN

(57) Abstract

A controlled-release dosage form of azithromycin having an improved side effect profile; a process for preparing the dosage form; and a method of treating a microbial infection, comprising administering azithromycin in such a controlled-release dosage form to a mammal, including a human patient, in need of such treatment.



*FOR THE PURPOSES OF INFORMATION ONLY*

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | |
|---|---|---|---|---|---|
| AT | Austria | GB | United Kingdom | MR | Mauritania |
| AU | Australia | GE | Georgia | MW | Malawi |
| BB | Barbados | GN | Guinea | NE | Niger |
| BE | Belgium | GR | Greece | NL | Netherlands |
| BF | Burkina Faso | HU | Hungary | NO | Norway |
| BG | Bulgaria | IE | Ireland | NZ | New Zealand |
| BJ | Benin | IT | Italy | PL | Poland |
| BR | Brazil | JP | Japan | PT | Portugal |
| BY | Belarus | KE | Kenya | RO | Romania |
| CA | Canada | KG | Kyrgystan | RU | Russian Federation |
| CF | Central African Republic | KP | Democratic People's Republic | SD | Sudan |
| CG | Congo | | of Korea | SE | Sweden |
| CH | Switzerland | KR | Republic of Korea | SI | Slovenia |
| CI | Côte d'Ivoire | KZ | Kazakhstan | SK | Slovakia |
| CM | Cameroon | LI | Liechtenstein | SN | Senegal |
| CN | China | LK | Sri Lanka | TD | Chad |
| CS | Czechoslovakia | LU | Luxembourg | TG | Togo |
| CZ | Czech Republic | LV | Latvia | TJ | Tajikistan |
| DE | Germany | MC | Monaco | TT | Trinidad and Tobago |
| DK | Denmark | MD | Republic of Moldova | UA | Ukraine |
| ES | Spain | MG | Madagascar | US | United States of America |
| FI | Finland | ML | Mali | UZ | Uzbekistan |
| FR | France | MN | Mongolia | VN | Viet Nam |
| GA | Gabon | | | | |

WO 95/30422                                                          PCT/IB95/00264

## Controlled-Release Dosage Forms of Azithromycin

### FIELD OF THE INVENTION

5          This invention relates to a controlled-release dosage form of azithromycin having an improved side effect profile, to a process for preparing the dosage form, and to a method of treating a microbial infection, comprising administering azithromycin in such a controlled-release dosage form to a mammal, including a human patient, in need of such treatment.

10

### BACKGROUND OF THE INVENTION

          Azithromycin is the U.S.A.N. (generic name) for 9a-aza-9a-methyl-9-deoxo-9a-homoerythromycin A, a broad spectrum antimicrobial compound derived from erythromycin A. Azithromycin was independently discovered by

15    Bright, U.S. Pat. No. 4,474,768 and Kobrehel et al., U.S. Pat. No. 4,517,359. These patents disclose that azithromycin and certain derivatives thereof possess antimicrobial properties and are accordingly useful as antibiotics.

          It is widely known that oral dosing of azithromycin can result in the occurrence, in some patients, of adverse gastrointestinal (GI) side effects,

20    such as cramping, diarrhea, nausea, and vomiting. In combined clinical studies of azithromycin involving 3,995 patients (all dose levels combined), 9.6% of patients reported gastrointestinal side effects. The most frequent of these side effects were diarrhea (3.6%), nausea (2.6%), and abdominal pain (2.5%) (Hopkins, Am. J. Med. 91(suppl 3A) (1991) 40S-45S).

25          The incidence of gastrointestinal side effects is higher at higher doses than at lower doses. For example, a common 5 day course of azithromycin therapy consists of 500 mg on day 1 followed by 250 mg on days 2, 3, 4, and 5. For this course of therapy, the reported incidence of various gastrointestinal side effects was 5% diarrhea/loose stools, 3% abdominal

30    pain, and 3% nausea (Zithromax (Trademark of Pfizer Inc.) capsule package insert). After a single 1 g oral dose, the reported incidence of various gastrointestinal side effects was 7% diarrhea/loose stools, 5% nausea, and 2% vomiting (Zithromax capsule package insert).

          It is also known that azithromycin can cause gastrointestinal side-

35    effects in non-human mammals, e.g. dogs.

2

An improved dosage form of azithromycin which permitted oral dosing of high doses of azithromycin (e.g., 2 g) with relatively reduced side effects would permit wider application of single dose azithromycin therapy, and would accordingly provide a significant improvement in dosing
5   compliance and convenience. Likewise, an improved dosage form which lowered the incidence of gastrointestinal side-effects at lower doses would also be  of significant value.

Summary of the Invention
10      This invention provides a controlled release dosage form of azithromycin which decreases, relative to currently marketed  instant release azithromycin capsule dosage forms which deliver an equivalent dose, the incidence and/or severity of gastrointestinal side effects.  The dosage form can operate by effecting the release of azithromycin at a rate sufficiently
15   slow to ameliorate side effects.  The dosage form can also operate by releasing the bulk of the azithromycin contained therein in the portion of the GI tract distal to the duodenum.  Specific embodiments can be in the form of a sustained release oral dosage form or, alternatively, in the form of a delayed release oral dosage form, or, alternatively, in the form of an oral
20   dosage form which exhibits a combination of sustained release and delayed release characteristics. The term "controlled" is generic to "sustained" and "delayed". Dosage forms which release more than 70% of their contained azithromycin within one half hour or less are not "controlled release", and form no part of this invention.
25      In a specific aspect this invention provides a sustained release dosage form comprising azithromycin and a pharmaceutically acceptable carrier which, following ingestion by a mammal in need of such treatment, releases azithromycin to said mammal's gastrointestinal tract at a rate such that the total amount of azithromycin released therein is:
30      not more than about 4 mg of azithromycin per kg of mammal weight in the first 15 minutes after ingestion,
       not more than about 10 mg of azithromycin per kg of mammal weight in the first hour after ingestion,
       not more than about 20 mg of azithromycin per kg of mammal weight in
35   the first 2 hours after ingestion,
       not more than about 30 mg of azithromycin per kg of mammal weight in the first 4 hours after ingestion, and

3

not more than about 40 mg of azithromycin per kg of mammal weight in the first 6 hours after ingestion.

The above criteria are herein referred to as the "weight criteria".

5    In a further specific aspect, the invention provides an oral delayed release dosage form of azithromycin, comprising azithromycin and a pharmaceutically acceptable carrier, which releases not more than about 10% of its incorporated azithromycin in the stomach, and which releases no more than an additional 10% during the first 15 minutes after  the dosage form has entered the duodenum.  Once having entered the duodenum and

10  moved distally through and beyond this intestinal segment for at least 15 minutes, the rate at which the dosage form releases azithromycin is not critical, so long as substantially all of the azithromycin therein is released for absorption, as opposed to being excreted.

In a further specific aspect, this invention provides a sustained

15  release dosage form, comprising azithromycin and a pharmaceutically acceptable carrier, which releases a total amount of azithromycin at the following rate following ingestion by a mammal: not more than about 200 mg azithromycin total in the first 15 minutes after ingestion, not more than about 500 mg of azithromycin total in the first hour after ingestion, not more than

20  about 1000 mg total in the first two hours after ingestion, not more than about 1500 mg total in the first four hours after ingestion, and not more than about 2000 mg total in the first six hours after ingestion. The preceeding criteria are referred to herein as the "temporal criteria". Rates of azithromycin release lower than the rate just described are also within the scope of the

25  invention and may produce even better side effect profiles, particularly for patients under 50kg weight, e.g., children.  Thus an azithromycin release rate of (each amount representing the total (i.e., cumulative) amount released), for example, less than 200 mg in the first 15 minutes after ingestion, less than 400 mg in the first hour after ingestion, less than 750 mg

30  in the first two hours after ingestion, less than 1250 mg in the first 4 hours after ingestion, and less than 1500 mg in the first 6 hours after ingestion represents a release profile within the scope of the invention and may be even more efficacious for ameliorating side effects.  Once six hours following ingestion has passed, the rate at which the dosage form releases

35  azithromycin (for example, if the dosage form contained more than 2 g of azithromycin to begin with) is not critical.  The rate must, of course, be high

4

enough to provide therapeutic efficacy, that is, a therapeutically sufficient amount of azithromycin should be delivered from the dosage form before the dosage form is excreted with the feces.

For example, FIGURE 1 displays hypothetical release profiles 3 and 4
5   for a dosage form which is within the scope of the invention. The thick bolded stair-step profile 1 in fact defines the release profile of the temporal criteria. Profile 2 represents a hypothetical release profile outside the scope of the invention.

It is noted that, although the temporal and weight criteria define a
10   release profile extending for as long as 6 hours, a dosage form according to the invention can release substantially all of its azithromycin well before 6 hours, so long as it otherwise fits within the defined rates. Dosage forms according to the invention which contain relatively low amounts of azithromycin (e.g., less than 1000mg) may well release substantially all their
15   azithromycin within a few hours.

The term "ingestion" as used herein is essentially synonymous with "swallowing".

The invention is particularly useful for administering relatively large amounts of azithromycin to a patient. The amount of azithromycin contained
20   within the dosage form is preferably at least 1 gram, and can be as high as 7 grams or more. The amount contained in the dosage form is preferably 1.5 to 4 grams, most preferably 1.5 to 3 grams. The dosage form can be unitary as in the case of a bolus, or divided e.g., constituted by two or more units (such as capsules or tablets) which are taken at or about the same
25   time.

Azithromycin can be employed in the dosage forms of this invention in the form of its pharmaceutically acceptable salts, and also in anhydrous as well as hydrated forms. All such forms are within the scope of this invention. The azithromycin employed is preferably the dihydrate, disclosed
30   for example in published European Patent Application 0 298 650 A2. Reference to "azithromycin" in terms of therapeutic amounts or in release rates in the claims is to active azithromycin, i.e., the non-salt, non-hydrated macrolide molecule having a molecular weight of 749.

The dosage forms which constitute the subject matter of the invention
35   are, as mentioned, controlled release formulations.

In the case of sustained release embodiments, the dosage form can be in the form of a tablet, a capsule, a multiparticulate form, or a unit dose packet (sometimes referred to in the art as a "sachet").

The term "tablet" is intended to embrace compressed tablets, coated
5  tablets, matrix tablets, osmotic tablets, and other forms known in the art, as more fully disclosed below.

The term "capsule" is intended to embrace capsules in which the body of the capsule disintegrates after ingestion to release particulate contents which exhibit the desired sustained-release behavior, and also
10  capsules for which the body of the capsule remains substantially intact during its residence in the GI tract.

The term "multiparticulate" is intended to embrace a dosage form comprising a multiplicity of particles whose totality represents the intended therapeutically useful dose of azithromycin. The particles generally are of a
15  diameter from about 50 microns to about 0.3 cm, with a preferred range of 100 μM to 1 mm. The use of these and other terms is more fully set out below. Multiparticulates represent a preferred embodiment for sustained-release because they are amenable to use in scaling dosage forms according to the weight of an individual animal (e.g., a horse), according to
20  the weight criteria previously set forth, by simply scaling the number of particles in the dosage form to conform with the animal's weight.

In a further aspect, this invention provides a process for preparing sustained-release dosage forms of azithromycin, comprising the steps of granulating azithromycin bulk drug substance with a binder, essentially
25  immediately thereafter coating the granulation with a polymer coating of controlled permeability to azithromycin, and thereafter further coating said granulation with additional polymer of controlled permeability to azithromycin until enough of the polymer has been applied to effect the desired sustained release rate or profile.

30  In a further aspect, this invention provides a method for treating a microbial infection, comprising administering to a mammal in need of such treatment, including a human patient, a therapeutically effective amount of azithromycin in a controlled-release oral dosage form which releases the azithromycin according to the release rate described above.

35  In the case of delayed release embodiments, the dosage form can be in the form of a tablet, capsule, multiparticulate, suspension, or sachet,

6

provided that the dosage form delivers the majority of its azithromycin to regions of the gastrointestinal tract distal to the duodenum. A variety of dosage form embodiments and/or structures may be used to achieve this goal, as hereinafter further described in detail. Multiparticulate, bead, or

5   other particle dosage forms may be multiply loaded into a gelatin capsule, or may be compressed into a tablet.

It is an object of this invention to decrease the incidence and severity of azithromycin-induced GI side effects. This is particularly important at high doses, for example 2 g and up, at which the incidence of gastrointestinal

10   side effects can be relatively high.  This object is effected by minimizing exposure of the duodenum to azithromycin in at least a portion of azithromycin-dosed patients, thereby reducing the overall incidence and severity of azithromycin-induced gastrointestinal side effects.

The inventors conducted a series of studies in man in which the

15   incidence and severity of gastrointestinal side effects were assessed after dosing azithromycin intravenously, orally, duodenally (via nasoenteric intubation), and ileally (via nasoenteric intubation). The studies demonstrated that the incidence of gastrointestinal side effects is relatively low after intravenous dosing, even at doses which are equivalent to a 5.4 g

20   oral dose.  Thus, while not wishing to be limited by or to any particular theory or mechanism, the gastrointestinal side effects of orally dosed azithromycin appear to be mediated by local interactions between azithromycin and the intestinal wall.  Furthermore, the nasoenteric intubation studies demonstrated that duodenal azithromycin dosing results in more severe

25   gastrointestinal side effects than does ileal dosing.  The inventors accordingly determined that dosing azithromycin in a manner which reduces exposure of the duodenum to high concentrations of the drug results in decreased gastrointestinal side effects.

Dosing azithromycin orally in conventional non-controlled-release

30   capsules  results in relatively extensive exposure of drug to the duodenum. Dosing of azithromycin in conventional enteric dosage forms which prevent significant dissolution of the drug in the stomach can also expose the duodenum to a large proportion of the azithromycin dose.  It is accordingly a further object of this invention to provide dosage forms which deliver

35   therapeutically useful doses of azithromycin, while reducing localized