exposure of azithromycin throughout the GI tract, especially at the duodenum, thereby providing decreased gastrointestinal side effects.

    It is noted that controlled-release dosage forms of various types are known and employed conventionally in the art to provide reduced dosing

5  frequency for short half-life compounds and to reduce fluctuations in plasma concentrations, sometimes imparting an improved safety/efficacy profile. Because elimination of azithromycin from the human body is characterized by a long half-life of about 69 hours, however, it is surprising that a controlled-release (either sustained or delayed) dosage form would offer

10  any benefit.


## BRIEF DESCRIPTION OF THE DRAWINGS

    FIGURE 1 is a graphical illustration of a release profile as broadly defined by the temporal criteria (profile 1), of several hypothetical

15  azithromycin release profiles within the scope of the invention (profiles 3 and 4), and of a hypothetical release profile outside the scope of the invention (profile 2).


## DETAILED DISCUSSION

20    For the purpose of this application, various embodiments of "controlled release dosage forms of azithromycin" have been described as "sustained release" embodiments or "delayed release" embodiments, for ease of description. Without intending to be limiting, sustained release dosage forms of azithromycin are those which slowly release azithromycin.

25  Delayed release dosage forms of azithromycin are those which release little or no azithromycin for a predetermined time, then release azithromycin quickly or in a sustained fashion. It will be appreciated by those skilled in the art that certain "sustained release" embodiments will also fall under the general rubric of "delayed release" embodiments, and vice versa. For

30  example, sustained release osmotic pump devices generally exhibit a "lag time" after ingestion, during which time the osmotic pressure in the device is increasing and during which time little or no drug is released. Thus, an azithromycin osmotic pump device may be considered both a sustained release and a delayed release device. Embodiments of the current

35  invention include all controlled release dosage forms of azithromycin which meet one or both of the in vitro tests described herein (see "Examples"

WO 95/30422                                                                PCT/IB95/00264

8

section) for a "sustained release dosage form", or a "delayed release
dosage form".

Sustained Release

5          The sustained-release dosage forms of this invention can be widely
implemented.  For purposes of discussion, not limitation, the many
embodiments hereunder can be grouped into classes according to design
and principle of operation.

           A first class includes matrix systems, in which azithromycin is
10    embedded or dispersed in a matrix of another material that serves to retard
the release of azithromycin into an aqueous environment (i.e., the lumenal
fluid of the GI tract).  When azithromycin is dispersed in a matrix of this sort,
release of the drug takes place principally from the surface of the matrix.
Thus the drug is released from the surface of a device which incorporates
15    the matrix after it diffuses through the matrix or when the surface of the
device erodes, exposing the drug.  In some embodiments, both mechanisms
can operate simultaneously.  The matrix systems may be large, i.e., tablet
sized (about 1 cm), or small (< 0.3cm). The system may be unitary (e.g, a
bolus), may be divided (as previously discussed) by virtue of being
20    composed of several sub-units (for example, several capsules which
constitute a single dose) which are administerd substantially
simultaneously, or may comprise a plurality of particles, referred to herein as
a multiparticulate.  A multiparticulate can have numerous formulation
applications.  For example, a multiparticulate may be used as a powder for
25    filling a capsule shell, or used *per se* for mixing with food (e.g, ice cream) to
increase palatability.

           The size of the matrix system can affect the rate of azithromycin
release, therefore, a large matrix system such as a tablet will, in general,
have a different composition from a small one such as a multiparticulate.
30    The effect of the size of the matrix system on the kinetics of azithromycin
release follows scaling behavior well known in the study of diffusion. By way
of illustration, the following table shows the diffusion coefficient of
azithromycin required to achieve a characteristic time for release of 10 hours
for matrix systems of different sizes.

35

WO 95/30422

9

PCT/IB95/00264

| radius (cm) | diffusion coefficient (cm$^2$/s) |
|---|---|
| 0.0025 (50μm diameter) | $1.7 \times 10^{-10}$ |
| 0.1   (2mm diameter) | $3 \times 10^{-7}$ |
| 5   0.5   (1cm diameter) | $7 \times 10^{-6}$ |

The above table illustrates that diffusion coefficients change by orders of
magnitude as the desired size of the device changes.  The high and low
values represent approximate upper and lower limits for matrix devices of

10  this invention.  That is, materials which exhibit a diffusion coefficient lower
than about $10^{-10}$ are likely unsuitable for this invention as they are
approaching, relatively speaking, being totally impermeable to azithromycin.
Materials characterized by a diffusion coefficient higher than about $7 \times 10^{-6}$
are likely also unsuitable as they are approaching, relatively speaking,

15  being an instant or fast-release device.  Materials at the low end of the
diffusion coefficient scale are polymers such as cellulose acetate.
Conversely, materials at the upper end of the scale are materials such as
hydrogels.  The rate of diffusion for any particular device can accordingly be
tailored by the material or materials selected.

20        In the same manner but different words, in general, sustained release
devices of this invention should be implemented to release the azithromycin
contained therein over a period of up to 6 h, and possibly longer.  The
device can accordingly be engineered according to the equation $RT = r^2/D$
wherein RT stands for the total release time of a contained dosage, r

25  represents the radius of the device, and D stands for the diffusion coefficient
of azithromycin in the matrix material.  The equation again illustrates that
suitable dosage forms can be engineered as a trade-off between the size of
the device and the diffusion coefficient of the matrix material.  If a spherical
dosage form is not employed, then r will, of course, be replaced by other

30  suitable dimension as known in the art, such as the half thickness of a cube,
short axis for an ellipsoid, and the like.

For purposes of further illustration, to obtain a sustained-release
matrix in a particle of about 50μm in diameter, a matrix material of a polymer
such as cellulose acetate or a similar material will likely be required, the

35  slow diffusing matrix material tending to offset the tendency of the small
particle size to diffuse quickly.  By contrast, in order to obtain sustained-

release in a large (e.g., 1cm) device, a material which is mostly liquid-like (e.g., a hydrogel, see below) will likely be required. For devices of an intermediate size, e.g., about 1mm in diameter, a matrix material of intermediate characteristics can be employed.

5      It is also noted that the effective diffusion coefficient of azithromycin in a dense  material may be increased to the the desired value by the addition of plasticizers, pores, or pore-inducing additives, as known in the art. Slowly-hydrating materials may also be used to give the desired intermediate diffusion rates.  The multiplicity of variables affecting release of

10   azithromycin from matrix devices permits abundant flexibility in the design of devices of different materials, sizes, and release times.  Examples of modifications of azithromycin release profiles from the specific embodiments of the examples within the scope of this invention are disclosed in detail below.

15      A preferred embodiment, a matrix multiparticulate, comprises a plurality of azithromycin-containing particles, each particle comprising a mixture of azithromycin with one or more excipients selected to form a matrix capable of limiting the dissolution rate of the azithromycin into an aqueous medium. The matrix materials useful for this embodiment are generally

20   water-insoluble materials such as waxes, cellulose, or other water-insoluble polymers. If needed, the matrix materials may optionally be formulated with water-soluble materials which can be used as binders or as permeability-modifying agents.  Matrix materials useful for the manufacture of these dosage forms include microcrystalline cellulose such as Avicel (registered

25   trademark of FMC Corp., Philadelphia, PA), including grades of microcrystalline cellulose to which binders such as hydroxypropyl methyl cellulose have been added, waxes such as paraffin, modified vegetable oils, carnauba wax, hydrogenated castor oil, beeswax, and the like, as well as synthetic polymers such as poly(vinyl chloride), poly(vinyl acetate),

30   copolymers of vinyl acetate and ethylene, polystyrene, and the like.  Water soluble binders or release modifying agents which can optionally be formulated into the matrix include water-soluble polymers such as hydroxypropyl cellulose (HPC), hydroxypropyl methyl cellulose (HPMC), methyl cellulose, poly (N-vinyl-2-pyrrolidinone) (PVP), poly(ethylene oxide)

35   (PEO), poly(vinyl alcohol) (PVA), xanthan gum, carrageenan, and other such natural and synthetic materials. In addition, materials which function as

11

release-modifying agents include water-soluble materials such as sugars or
salts.  Preferred water-soluble materials include lactose, sucrose, glucose,
and mannitol, as well as HPC, HPMC, and PVP.

　　　A preferred process for manufacturing matrix multiparticulates is the
5　　extrusion/spheronization process. For this process, the azithromycin is wet-
massed with a binder, extruded through a perforated plate or die, and
placed on a rotating disk.  The extrudate ideally breaks into pieces which
are rounded into spheres, spheroids, or rounded rods on the rotating plate.
A preferred process and composition for this method involves using water to
10　　wet-mass a blend comprising about 20 to  75% of micro-crystalline cellulose
blended with, correspondingly, about 80 to 25% azithromycin.

　　　A further preferred process for manufacturing matrix multiparticulates
is the preparation of wax granules.  In this process, a desired amount of
azithromycin is stirred with liquid wax to form a homogeneous mixture,
15　　cooled and then forced through a screen to form granules.  Preferred matrix
materials are waxy substances.  Especially preferred are hydrogenated
castor oil and carnauba wax and stearyl alcohol.

　　　A further preferred process for manufacturing matrix multiparticulates
involves using an organic solvent to aid mixing of the azithromycin with the
20　　matrix material.  This technique can be used when it is desired to utilize a
matrix material with an unsuitably high melting point that, if the material were
employed in a molten state, would cause decomposition of the drug or of the
matrix material, or would result in an unacceptable melt viscosity, thereby
preventing mixing of azithromycin with the matrix material.  Azithromycin and
25　　matrix material may be combined with a modest amount of solvent to form a
paste, and then forced through a screen to form granules from which the
solvent is then removed. Alternatively, azithromycin and matrix material may
be combined with enough solvent to completely dissolve the matrix material
and the resulting solution (which may contain solid drug particles) spray
30　　dried to form the particulate dosage form.  This technique is preferred when
the matrix material is a high molecular weight synthetic polymer such as a
cellulose ether or cellulose ester.  Solvents typically employed for the
process include acetone, ethanol, isopropanol, ethyl acetate, and mixtures
of two or more.

35　　　　Once formed, azithromycin matrix multiparticulates may be blended
with compressible excipients such as lactose, microcrystalline cellulose,

12

dicalcium phosphate, and the like and the  blend compressed to form a
tablet.  Disintegrants such as sodium starch glycolate or crosslinked
poly(vinyl pyrrolidone) are also usefully employed.  Tablets prepared by this
method disintegrate when placed in an aqueous medium (such as the GI
5     tract), thereby exposing the multiparticulate matrix which releases
azithromycin therefrom.

        A further embodiment of a matrix system has the form of a hydrophilic
matrix tablet containing azithromycin and an amount of hydrophilic polymer
sufficient to provide a useful degree of control over the azithromycin
10    dissolution. Hydrophilic polymers useful for forming the matrix include
hydroxypropylmethyl cellulose (HPMC), hydroxypropyl cellulose (HPC), poly
(ethylene oxide), poly(vinyl alcohol), xanthan gum, carbomer, carrageenan,
and zooglan.  A preferred material is HPMC.  Other similar hydrophilic
polymers may also be employed.  In use, the hydrophilic material is swollen
15    by, and eventually dissolves  in, water. The azithromycin is released both by
diffusion from the matrix and by erosion of the matrix.  The azithromycin
dissolution rate of these hydrophilic matrix tablets may be controlled by the
amount and molecular weight of hydrophilic polymer employed.  In general,
using a greater amount of the hydrophilic polymer decreases the dissolution
20    rate, as does  using a higher molecular weight polymer.  Using a lower
molecular weight polymer increases the dissolution rate. The dissolution
rate may also be controlled by the use of water-soluble additives such as
sugars, salts, or soluble polymers.  Examples of these additives are sugars
such as lactose, sucrose, or mannitol, salts such as NaCl, KCl, NaHCO$_3$,
25    and water soluble polymers such as PNVP or PVP, low molecular weight
HPC or HMPC or methyl cellulose.  In general, increasing the fraction of
soluble material in the formulation increases the release rate.  A matrix
tablet typically comprises about 20 to 90%  by weight of azithromycin and
about 80 to 10% by weight of polymer.
30        A preferred matrix tablet comprises, by weight, about 50% to about
80% azithromycin, about 15% to about 35% HPMC, 0% to about 35%
lactose, 0% to about 15% PVP, 0% to about 20% microcrystalline cellulose,
and about 0.25% to about 2% magnesium stearate.
        The matrix systems as a class often exhibit non-constant release of
35    the drug from the matrix. This result may be a consequence of the diffusive
mechanism of drug release, and modifications to the geometry of the

13

dosage form can be used to advantage to make the release rate of the drug
more constant as detailed below.

In a further embodiment, an azithromycin matrix tablet is coated with
an impermeable coating, and an orifice (for example, a circular hole or a
5    rectangular opening) is provided by which the content of the tablet is
exposed to the aqueous GI tract. These embodiments are along the lines of
those presented in in U.S. 4,792,448 to Ranade, herein incorporated by
reference. The opening is typically of a size such that the area of the
exposed underlying azithromycin composition constitutes less than about
10   40% of the surface area of the device, preferably less than about 15%.

In a preferred embodiment, an azithromycin matrix tablet is coated
with an impermeable material on part of its surface, e.g. on one or both
tablet faces, or on the tablet radial surface.

In a preferred embodiment, an azithromycin matrix tablet is coated
15   with an impermeable material and an opening for drug transport produced
by drilling a hole through the coating. The hole may be through the coating
only, or may extend as a passageway into the tablet.

In a further preferred embodiment, an azithromycin matrix tablet is
coated with an impermeable material and a passageway for drug transport
20   produced by drilling a passageway through the entire tablet.

In a further preferred embodiment, an azithromycin matrix tablet is
coated with an impermeable material and one or more passageways for
drug transport are produced by removing one or more strips from the
impermeable coating or by cutting one or more slits through the coating,
25   preferably on the radial surface or land of the tablet.

In a preferred embodiment, an azithromycin matrix tablet is shaped in
the form of a cone and completely coated with an impermeable material. A
passageway for drug transport is produced by cutting off the tip of the cone.

In a further preferred embodiment, an azithromycin matrix tablet is
30   shaped in the form of a hemisphere and completely coated with an
impermeable material. A passageway for drug transport is produced by
drilling a hole in the center of the flat face of the hemisphere.

In a further preferred embodiment, an azithromycin matrix tablet is
shaped in the form of a half-cylinder and completely coated with an
35   impermeable material. A passageway for drug transport is produced by
cutting a slit through (or removing a strip from) the impermeable coating

WO 95/30422                                                    PCT/IB95/00264

14

along the axis of the half-cylinder along the centerline of the flat face of the half-cylinder.

Those skilled in the art will appreciate that the geometric modifications to the embodiments described above can be equivalently
5    produced by more than one method. For example, cutting or drilling to make a passageway for drug transport can be achieved by other operations such as by a technique which produces the desired partial coating directly.

By "impermeable material" is meant a material having sufficient thickness and impermeability to azithromycin such that no significant
10   transport of azithromycin can take place through the material during the time scale of the intended drug release (i.e., several hours to about a day). Such a coating can be obtained by selecting a coating material with a sufficiently low diffusion coefficient for azithromycin and applying it sufficiently thickly. Materials for forming the impermeable coating of these embodiments
15   include substantially all materials in which the diffusion coefficient of azithromycin is less than about $10^{-7}$ cm$^2$/s. It is noted that the preceding diffusion coefficient can be amply sufficient for a matrix device, as discussed above. In a device of the type now under discussion which has been provided with a macroscopic opening, however, a material with this diffusion
20   coefficient (and almost any membrane material that is not a liquid) looks to the contained azithromycin, by contrast, as though it is impermeable because the majority of transport is through the opening. Preferred coating materials include film-forming polymers and waxes. Especially preferred are thermoplastic polymers, such as poly(ethylene-co-vinyl acetate), poly(vinyl
25   chloride), ethylcellulose, and cellulose acetate. These materials exhibit the desired low permeation rate of azithromycin when applied as coatings of thickness greater than about 100 μm.

A further sustained release matrix system comprises azithromycin dispersed in a hydrogel matrix. This embodiment differs from the hydrophilic
30   matrix tablet discussed above in that the hydrogel of this embodiment is not a compressed tablet of erodible granular material, but rather a monolithic polymer network. As known in the art, a hydrogel is a water-swellable network polymer. Hydrogels are preferred materials for matrix devices because they can absorb or be made to contain a large volume fraction of
35   water, thereby permitting diffusion of solvated drug within the matrix. Diffusion coefficients of drugs in hydrogels are characteristically high, and

15

for highly water-swollen gels, the diffusion coefficient of the drug in the gel
may approach the value in pure water. This high diffusion coefficient permits
practical release rates from relatively large devices (i.e., it is not necessary
to form microparticles). Although hydrogel devices can be prepared, loaded
5   with azithromycin, stored, dispensed and dosed in the fully hydrated state, it
is preferred that they be stored, dispensed, and dosed in a dry state. In
addition to stability and convenience, dry state dosing of hydrogel devices
provides good azithromycin release kinetics. Preferred materials for forming
hydrogels include hydrophilic vinyl and acrylic polymers, polysaccharides
10   such as calcium alginate, and poly(ethylene oxide). Especially preferred are
poly(2-hydroxyethyl methacrylate), poly(acrylic acid), poly(methacrylic acid),
poly(N-vinyl-2-pyrolidinone), poly(vinyl alcohol) and their copolymers with
each other and with hydrophobic monomers such as methyl methacrylate,
vinyl acetate, and the like. Also preferred are hydrophilic polyurethanes
15   containing large poly(ethylene oxide) blocks. Other preferred materials
include hydrogels comprising interpenetrating networks of polymers, which
may be formed by addition or by condensation polymerization, the
components of which may comprise hydrophilic and hydrophobic monomers
such as those just enumerated.
20       A second class of azithromycin sustained-release dosage forms of
this invention includes membrane-moderated or reservoir systems. In this
class, a reservoir of azithromycin is surrounded by a rate-limiting membrane.
The azithromycin traverses the membrane by mass transport mechanisms
well known in the art, including but not limited to dissolution in the
25   membrane followed by diffusion across the membrane or diffusion through
liquid-filled pores within the membrane. These individual reservoir system
dosage forms may be large, as in the case of a tablet containing a single
large reservoir, or multiparticulate, as in the case of a capsule containing a
plurality of reservoir particles, each individually coated with a membrane.
30   The coating can be non-porous, yet permeable to azithromycin (for example
azithromycin may diffuse directly through the membrane), or it may be
porous. As with other embodiments of this invention, the particular
mechanism of transport is not believed to be critical.
     Sustained release coatings as known in the art may be employed to
35   fabricate the membrane, especially polymer coatings, such as a cellulose
ester or ether, an acrylic polymer, or a mixture of polymers. Preferred

16

materials include ethyl cellulose, cellulose acetate and cellulose acetate butyrate. The polymer may be applied as a solution in an organic solvent or as an aqueous dispersion or latex. The coating operation may be conducted in standard equipment such as a fluid bed coater, a Wurster
5   coater, or a rotary bed coater.

If desired, the permeability of the coating may be adjusted by blending of two or more materials. A particularly useful process for tailoring the porosity of the coating comprises adding a pre-determined amount of a finely-divided water-soluble material, such as sugars or salts or water-
10  soluble polymers to a solution or dispersion (e.g., an aqueous latex) of the membrane-forming polymer to be used. When the dosage form is ingested into the aqueous medium of the GI tract, these water soluble membrane additives are leached out of the membrane, leaving pores which facilitate release of the drug. The membrane coating can also be modified by the
15  addition of plasticizers, as known in the art.

A particularly useful variation of the process for applying a membrane coating comprises dissolving the coating polymer in a mixture of solvents chosen such that as the coating dries, a phase inversion takes place in the applied coating solution, resulting in a membrane with a porous structure.
20  Numerous examples of this type of coating system are given in European Patent Specification 0 357 369 B1, published March 7, 1990, herein incorporated by reference. In general, a support for mechanically strengthening the membrane is not required.

The morphology of the membrane is not of critical importance so long
25  as the permeability characteristics enumerated herein are met. The membrane can be amorphous or crystalline. It can have any category of morphology produced by any particular process and can be, for example, an interfacially-polymerized membrane (which comprises a thin rate-limiting skin on a porous support), a porous hydrophilic membrane, a porous
30  hydrophobic membrane, a hydrogel membrane, an ionic membrane, and other such materials which are characterized by controlled permeability to azithromycin.

A useful reservoir system embodiment is a capsule having a shell comprising the material of the rate-limiting membrane, including any of the
35  membrane materials previously discussed, and filled with an azithromycin drug composition. A particular advantage of this configuration is that the

17

capsule may be prepared independently of the drug composition, thus
process conditions that would adversely affect the drug can be used to
prepare the capsule.  A preferred embodiment is a capsule having a shell
made of a porous or a permeable polymer made by a thermal forming

5    process.  An especially preferred embodiment is a capsule shell in the form
of an asymmetric membrane; i.e., a membrane that has a thin skin on one
surface and most of whose thickness is constituted of a highly permeable
porous material.  A preferred process for preparation of asymmetric
membrane capsules comprises a solvent exchange phase inversion,

10   wherein a solution of polymer, coated on a capsule-shaped mold, is induced
to phase-separate by exchanging the solvent with a miscible non-solvent.
Examples of asymmetric membranes useful in this invention are disclosed in
the aforementioned European Patent Specification 0 357 369 B1.

A preferred embodiment of the class of reservoir systems comprises a

15   multiparticulate wherein each particle is coated with a polymer designed to
yield sustained release of azithromycin.  The multiparticulate particles each
comprise azithromycin and one or more excipients as needed for fabrication
and performance.  The size of individual particles, as previously mentioned,
is generally between about 50 μm and about 3 mm, although beads of a

20   size outside this range may also be useful.  In general, the beads comprise
azithromycin and one or more binders.  As it is generally desirable to
produce dosage forms which are small and easy to swallow, beads which
contain a high fraction of azithromycin relative to excipients are preferred.
Binders useful in fabrication of these beads include microcrystalline

25   cellulose (e.g., Avicel®, FMC Corp.), hydroxypropyl cellulose (HPC),
hydroxypropyl methyl cellulose (HPMC), and related materials or
combinations thereof.  In general, binders which are useful in granulation
and tabletting, such as starch, pregelatinized starch, and poly (N-vinyl-2-
pyrrolidinone) (PVP) may also be used to form multiparticulates.

30   Reservoir system azithromycin multiparticulates may be prepared
using techniques known to those skilled in the art, including, but not limited
to, the techniques of extrusion and spheronization, wet granulation, fluid bed
granulation, and rotary bed granulation.  In addition, the beads may also be
prepared by building the azithromycin composition (drug plus excipients) up

35   on a seed core (such as a non-pareil seed) by a drug-layering technique
such as powder coating or by applying the azithromycin composition by

18

spraying a solution or dispersion of azithromycin in an appropriate binder
solution onto seed cores in a fluidized bed such as a Wurster coater or a
rotary processor.  An example of a suitable composition and method is to
spray a dispersion of an azithromycin/hydroxypropylcellulose composition in

5   water. Advantageously, azithromycin can be loaded in the aqueous
composition beyond its solubility limit in water.

      A preferred method for manufacturing the multiparticulate cores of this
embodiment is the extrusion/spheronization process, as previously
discussed for matrix multiparticulates. A preferred process and composition

10   for this method involves using water to wet-mass a blend of about 5 to 75%
of micro-crystalline  cellulose with correspondingly about 95 to 25%
azithromycin.  Especially preferred is the use of about 5-30%
microcrystalline cellulose with correspondingly about 95-70% azithromycin.

      A sustained release coating as known in the art, especially polymer

15   coatings, may be employed to fabricate the membrane, as previously
discussed for reservoir systems. Suitable and preferred polymer coating
materials, equipment, and coating methods also include those previously
discussed.

      The rate of azithromycin release from the coated multiparticulates can

20   also be controlled by factors such as the composition and binder content of
the drug-containing core, the thickness and permeability of the coating, and
the surface-to-volume ratio of the multiparticulates.  It will be appreciated by
those skilled in the art that increasing the thickness of the coating will
decrease the release rate, whereas increasing the permeability of the

25   coating or the surface-to-volume ratio of the multiparticulates will increase
the release rate.  If desired, the permeability of the coating may be adjusted
by blending of two or more materials.  A useful series of coatings comprises
mixtures of water-insoluble and water-soluble polymers, for example,
ethylcellulose and hydroxypropyl methylcellulose, respectively. A

30   particularly useful modification to the coating is the addition of finely-divided
water-soluble material, such as sugars or salts.  When placed in an aqueous
medium, these water soluble membrane additives are leached out of the
membrane, leaving pores which facilitate delivery of the drug.  The
membrane coating may also be modified by the addition of plasticizers, as is

35   known to those skilled in the art.  A particularly useful variation of the
membrane coating utilizes a mixture of solvents chosen such that as the

WO 95/30422                                                      PCT/IB95/00264

19

coating dries, a phase inversion takes place in the applied coating solution,
resulting in a membrane with a porous structure.

A preferred embodiment is a multiparticulate comprising about 95%
azithromycin, the individual particles being coated with an aqueous
5    dispersion of ethyl cellulose, which dries to form a continuous film.

A further preferred embodiment is obtained when the azithromycin
beads are less than about 400 μm in size and are coated with a phase
inversion membrane of ethyl cellulose or cellulose acetate.

An especially preferred embodiment is obtained when the
10   azithromycin beads are less than about 400 μm in size and are coated with
an aqueous dispersion of ethyl cellulose, which dries to form a continuous
film.

An even more especially preferred embodiment is obtained when the
azithromycin beads are less than about 300 μm in size and are coated with
15   an aqueous dispersion of ethyl cellulose, which dries to form a continuous
film.

A third class of azithromycin sustained-release dosage forms
includes the osmotic delivery devices or "osmotic pumps" as they are known
in the art. Osmotic pumps comprise a core containing an osmotically
20   effective composition surrounded by a semipermeable membrane. The term
"semipermeable" in this context means that water can pass through the
membrane, but solutes dissolved in water cannot. In use, when placed in an
aqueous environment, the device imbibes water due to the osmotic activity
of the core composition. Owing to the semipermeable nature of the
25   surrounding membrane, the contents of the device (including the drug and
any excipients) cannot pass through the non-porous regions of the
membrane and are driven by osmotic pressure to leave the device through
an opening or passageway pre-manufactured into the dosage form or,
alternatively, formed *in situ* in the GI tract as by the bursting of intentionally-
30   incorporated weak points in the coating under the influence of osmotic
pressure. The osmotically effective composition includes water-soluble
species, which generate a colloidal osmotic pressure, and water-swellable
polymers. The drug itself (if highly water-soluble) may be an osmotically
effective component of the mixture. Azithromycin fumarate has a solubility at
35   pH 7 of about 100mg/ml, corresponding to an osmotic pressure of about 3
atmospheres, enough to contribute some osmotic driving force. However,

20

the solubility of azithromycin dihydrate in a self-buffered solution (pH > 8) is much lower. Therefore, the osmotic effectiveness of azithromycin depends on the presence of acidic buffers in the formulation. The drug composition may be separated from the osmotically effective components by a movable
5   partition or piston.

Materials useful for forming the semipermeable membrane include polyamides, polyesters, and cellulose derivatives. Preferred are cellulose ethers and esters. Especially preferred are cellulose acetate, cellulose acetate butyrate, and ethyl cellulose. Especially useful materials include
10  those which spontaneously form one or more exit passageways, either during manufacturing or when placed in an environment of use. These preferred materials comprise porous polymers, the pores of which are formed by phase inversion during manufacturing, as described above, or by dissolution of a water-soluble component present in the membrane.
15  A class of materials which have particular utility for forming semipermeable membranes for use in osmotic delivery devices is that of porous hydrophobic polymers, as disclosed by commonly assigned co-pending U.S. application Serial No. 08/096,144 filed July 22, 1993, herein incorporated by reference. These materials are highly permeable to water,
20  but highly impermeable to solutes dissolved in water.  These materials owe their high water permeability to the presence of numerous microscopic pores (i.e., pores which are much larger than molecular dimensions). Despite their porosity, these materials are impermeable to molecules in aqueous solution because liquid water does not wet the pores. Water in the
25  vapor phase is easily able to pass across membranes made from these materials.

A preferred embodiment of this class of osmotic delivery devices consists of a coated bi-layer tablet.  The coating of such a tablet comprises a membrane permeable to water but substantially impermeable to
30  azithromycin and excipients contained within.  The coating contains one or more exit passageways in communication with the azithromycin-containing layer for delivering the drug composition.  The tablet core consists of two layers:  one layer containing the azithromycin composition and another layer consisting of an expandable hydrogel, with or without additional osmotic
35  agents.

21

When placed in an aqueous medium, the tablet imbibes water through the membrane, causing the azithromycin composition to form a dispensible aqueous composition, and causing the hydrogel layer to expand and push against the azithromycin composition, forcing the
5    azithromycin composition out of the exit passageway.

The rate of azithromycin delivery is controlled by such factors as the permeability and thickness of the coating, the water activity of the hydrogel layer, and the surface area of the device. Those skilled in the art will appreciate that increasing the thickness of the coating will reduce the
10   release rate, whereas increasing the permeability of the coating or the water activity of the hydrogel layer or the surface area of the device will increase the release rate.

Exemplary materials which are useful to form the azithromycin composition, in addition to the azithromycin itself, include hydroxypropyl
15   methyl cellulose, poly (ethylene oxide), poly (N-vinyl-2-pyrrolidinone) or PVP, and other pharmaceutically-acceptable carriers. In addition, osmagents such as sugars or salts, especially sucrose, mannitol, or sodium chloride, may be added.  Materials which are useful for forming the hydrogel layer include sodium carboxymethyl cellulose, poly (ethylene oxide), poly
20   (acrylic acid), sodium (poly-acrylate) and other high molecular-weight hydrophilic materials.  Particularly useful are poly (ethylene oxide) having a molecular weight from about 4,000,000 to about 7,500,000 and sodium carboxymethyl cellulose having a molecular weight of about 200,000 to about 1,000,000.

25   Materials which are useful for forming the coating are cellulose esters, cellulose ethers, and cellulose ester-ethers.  Preferred are cellulose acetate and ethylcellulose.

The exit passageway must be located on the side of the tablet containing the azithromycin composition.  There may be more than one such
30   exit passageway.  The exit passageway may be produced by mechanical or by laser drilling, or by creating a difficult-to-coat region on the tablet by use of special tooling during tablet compression. The rate of azithromycin delivery from the device may be optimized so as to provide a method of delivering azithromycin to a mammal for optimum therapeutic effect.

35

22

A fourth class of azithromycin sustained release dosage forms of this
invention comprises coated hydrogel tablets and multiparticulates, as
described in co-pending commonly assigned U.S. Serial No.07/296,464,
filed January 12, 1989 (published as EP 378404 B1 August 31, 1994),
5    herein incorporated by reference.  Coated hydrogel tablets comprise a tablet
core comprising azithromycin and a swelling material, preferably a hydrogel
polymer, coated with a membrane which contains holes or pores through
which, in the aqueous use environment, the hydrogel can extrude and carry
out the azithromycin.  Alternatively, the membrane may contain polymeric or
10   low molecular weight water soluble porosigens which dissolve in the
aqueous use environment, providing pores through which the hydrogel and
azithromycin may extrude.  Examples of porosigens are water-soluble
polymers such as hydroxypropylmethylcellulose, and low molecular weight
compounds like glycerol, sucrose, glucose, and sodium chloride.  In this
15   fourth class of azithromycin sustained release dosage forms, the membrane
material may comprise any film-forming polymer, including polymers which
are water permeable or impermeable, providing that the membrane
deposited on the tablet core is porous or contains water-soluble porosigens.
Multiparticulates (or beads) may be similarly prepared, with an
20   azithromycin/swellable material core, coated by a porous or porosigen-
containing membrane.

As it is an object of this invention is to reduce the exposure of the
upper GI tract to high concentrations of azithromycin, a fifth especially
preferred class of dosage forms includes those forms which incorporate a
25   delay before the onset of sustained release of azithromycin.  An exemplary
embodiment can be illustrated by a tablet comprising a core containing
azithromycin coated with a first coating of a polymeric material of the type
useful for sustained release of azithromycin and a second coating of the
type useful for delaying release of drugs when the dosage form is ingested.
30   The first coating is applied over and surrounds the tablet. The second
coating is applied over and surrounds the first coating.

The tablet can be prepared by techniques well known in the art and
contains a therapeutically useful amount of azithromycin plus such
excipients as are necessary to form the tablet by  such techniques.
35   The first coating may be a sustained release coating as known in the
art, especially polymer coatings, to fabricate the membrane, as previously

discussed for reservoir systems. Suitable and preferred polymer coating
materials, equipment, and coating methods also include those previously
discussed.

5      Materials useful for preparing the second coating on the tablet
include polymers known in the art as enteric coatings for delayed-release of
pharmaceuticals. These most commonly are pH-sensitive materials such as
cellulose acetate phthalate, cellulose acetate trimellitate, hydroxypropyl
methyl cellulose phthalate, poly (vinyl acetate phthalate), and acrylic
copolymers such as Eudragit L-100 (Röhm Pharma) and related materials,
10   as more fully detailed below under "Delayed Release". The thickness of the
delayed-release coating is adjusted to give the desired delay property. In
general, thicker coatings are more resistant to erosion and, consequently,
yield a longer delay. Preferred coatings range from about 300μm in
thickness to about 3mm in thickness.

15      When ingested, the twice-coated tablet passes through the stomach,
where the second coating prevents release of the azithromycin under the
acidic conditions prevalent there. When the tablet passes out of the stomach
and into the small intestine, where the pH is higher, the second coating
erodes or dissolves according to the physicochemical properties of the
20   chosen material. Upon erosion or dissolution of the second coating, the first
coating prevents immediate or rapid release of the azithromycin and
modulates the release so as to prevent the production of high
concentrations, thereby minimizing side-effects.

A further preferred embodiment comprises a multiparticulate wherein
25   each particle is dual coated as described above for tablets, first with a
polymer designed to yield sustained release of the azithromycin and then
coated with a polymer designed to delay onset of release in the environment
of the GI tract when the dosage form is ingested. The beads contain
azithromycin and may contain one or more excipients as needed for
30   fabrication and performance. Multiparticulates which contain a high fraction
of azithromycin relative to binder are preferred. The multiparticulate may be
of a composition and be fabricated by any of the techniques previously
disclosed for multiparticulates used to make reservoir systems (including
extrusion and spheronization, wet granulation, fluid bed granulation, and
35   rotary bed granulation, seed building, and so forth).

24

The sustained release coating may be as known in the art, especially polymer coatings, to fabricate the membrane, as previously discussed for reservoir systems.  Suitable and preferred polymer coating materials, equipment, and coating methods also include those previously discussed.

5          The rate of azithromycin release from the sustained-release-coated multiparticulates (i.e., the multiparticulates before they receive the delayed-release coating) and methods of modifying the coating are also controlled by the factors previously discussed for reservoir system azithromycin multiparticulates.

10         The second membrane or coating for dual coated multiparticulates is a delayed-release coating which is applied over the first sustained-release coating, as disclosed above  for tablets, and may be formed from the same materials.    It should be noted that the use of the  so-called "enteric" materials to practice this embodiment differs significantly from their use to
15    produce conventional enteric dosage forms. With conventional enteric forms, the object is to delay release of the drug until the dosage form has passed the stomach and then to to deliver the dose in the duodenum. Dosing of azithromycin directly and completely to the duodenum is undesirable, however, due to the side effects sought to be minimized or
20    avoided by this invention.  Therefore, if conventional enteric polymers are to be used to practice this embodiment, it may be necessary to apply them significantly more thickly than in conventional practice, in order to delay drug release until the dosage  form reaches the lower GI tract.  However, it is preferred to effect a sustained or controlled delivery of azithromycin after the
25    delayed-release coating has dissolved or eroded, therefore the benefits of this embodiment may be realized with a proper combination of delayed-release character with sustained-release character, and the delayed-release part alone may or may not necessarily conform to USP enteric criteria. The thickness of the delayed-release coating is adjusted to give the
30    desired delay property. In general, thicker coatings are more resistant to erosion and, consequently, yield a longer delay.

Delayed Release

35    A first delayed release embodiment according to the invention is a "pH-dependent coated tablet", which comprises a tablet core comprising azithromycin, a disintegrant, a lubricant, and one or more pharmaceutical

WO 95/30422                                                    PCT/IB95/00264

25

carriers, such core being coated with a material, preferably a polymer, which is substantially insoluble and impermeable at the pH of the stomach, and which is more soluble and permeable at the pH of the small intestine. Preferably, the coating polymer is substantially insoluble and impermeable

5   at pH <5.0, and water-soluble at pH>5.0. It is also preferred that the tablet core be coated with an amount of polymer sufficient to assure that substantially no release of azithromycin from the dosage form occurs until the dosage form has exited the stomach and has resided in the small intestine for about 15 minutes or greater, preferably about 30 minutes or

10   greater, thus assuring that minimal azithromycin is released in the duodenum. Mixtures of a pH-sensitive polymer with a water-insoluble polymer may also be employed. Tablets are coated with an amount of polymer comprising from about 10% to about 80% of the weight of the azithromycin-containing tablet core. Preferred tablets are coated with an

15   amount of polymer comprising about 15% to about 50% of the weight of the azithromycin tablet core.

        pH-sensitive polymers which are relatively insoluble and impermeable at the pH of the stomach, but which are more soluble and permeable at the pH of the small intestine and colon include

20   polyacrylamides, phthalate derivatives such as acid phthalates of carbohydrates, amylose acetate phthalate, cellulose acetate phthalate, other cellulose ester phthalates, cellulose ether phthalates, hydroxypropylcellulose phthalate, hydroxypropylethylcellulose phthalate, hydroxypropylmethylcellulose phthalate, methylcellulose phthalate,

25   polyvinyl acetate phthalate, polyvinyl acetate hydrogen phthalate, sodium cellulose acetate phthalate, starch acid phthalate, styrene-maleic acid dibutyl phthalate copolymer, styrene-maleic acid polyvinylacetate phthalate copolymer, styrene and maleic acid copolymers, polyacrylic acid derivatives such as acrylic acid and acrylic ester copolymers, polymethacrylic acid and

30   esters thereof, poly acrylic methacrylic acid copolymers, shellac, and vinyl acetate and crotonic acid copolymers.

        Preferred pH-sensitive polymers include shellac; phthalate derivatives, particularly cellulose acetate phthalate, polyvinylacetate phthalate, and hydroxypropylmethylcellulose phthalate; polyacrylic acid

35   derivatives, particularly polymethyl methacrylate blended with acrylic acid

26

and acrylic ester copolymers; and vinyl acetate and crotonic acid copolymers.

Cellulose acetate phthalate (CAP) may be applied to azithromycin tablets to provide delayed release of azithromycin until the azithromycin-
5   containing tablet has passed the sensitive duodenal region, that is to delay the release of azithromycin in the gastrointestinal tract until about 15 minutes, and preferably about 30 minutes, after the azithromycin-containing tablet has passed from the stomach to the duodenum. . The CAP coating solution  may also contain one or more plasticizers, such as diethyl
10   phthalate, polyethyleneglycol-400, triacetin, triacetin citrate, propylene glycol, and others as known in the art.  Preferred plasticizers are diethyl phthalate and triacetin. The CAP coating formulation may also contain one or more emulsifiers, such as polysorbate-80.

Anionic acrylic copolymers of methacrylic acid and
15   methylmethacrylate are also particularly useful coating materials for delaying the release of azithromycin from azithromycin-containing tablets until the tablets have moved to a position in the small intestine which is distal to the duodenum.  Copolymers of this type are available from RöhmPharma Corp, under the tradenames Eudragit-L$^®$  and Eudragit-S$^®$.
20   Eudragit-L$^®$ and Eudragit-S$^®$ are anionic copolymers of methacrylic acid and methylmethacrylate.  The ratio of free carboxyl groups to the esters is approximately 1:1 in Eudragit-L$^®$ and approximately 1:2 in Eudragit-S$^®$. Mixtures of Eudragit-L$^®$ and Eudragit-S$^®$ may also be used. For coating of azithromycin-containing tablets, these acrylic coating polymers must be
25   dissolved in an organic solvent or mixture of organic solvents.  Useful solvents for this purpose are acetone, isopropyl alcohol, and methylene chloride.  It is generally advisable to include 5-20% placticizer in coating formulations of acrylic copolymers.  Useful plasticizers are polyethylene glycols, propylene glycols, diethyl phthalate, dibutyl phthalate, castor oil,
30   and triacetin.

The delay time before release of azithromycin, after the "pH-dependent coated tablet" dosage form has exited the stomach, may be controlled by choice of the relative amounts of Eudragit-L$^®$ and Eudragit-S$^®$ in the coating, and by choice of the coating thickness. Eudragit-L$^®$ films
35   dissolve above pH 6.0, and Eudragit-S$^®$ films dissolve above 7.0, and mixtures dissolve at intermediate pH's. Since the pH of the duodenum is

approximately 6.0 and the pH of the colon is approximately 7.0, coatings
composed of mixtures of Eudragit-L® and Eudragit-S® provide protection of
the duodenum from azithromycin.  If it is desired to delay release of
azithromycin until the azithromycin-containing "pH-dependent coated tablet"
5   has reached the colon, Eudragit-S® may be used as the coating material, as
described by Dew et al (Br. J. Clin. Pharmac. 14 (1982) 405-408).  In order
to delay the release of azithromycin for about 15 minutes or more, preferably
30 minutes or more, after the dosage form has exited the stomach, preferred
coatings comprise from about 9:1 to about 1:9 Eudragit-L®/Eudragit-S®,
10   more preferably from about 9:1 to about 1:4 Eudragit-L®/Eudragit-S®.  The
coating may comprise from about 3% to about 70% of the weight of the
uncoated tablet core.  Preferably, the coating comprises from about 5% to
about 50% of the weight of the tablet core.

In a further embodiment, a "pH-dependent coated bead", beads
15   (about 0.5 to 3.0 mm in diameter) comprising azithromycin plus carrier are
coated with one or more of the aforementioned pH-sensive polymers.  The
coated beads may be placed in a capsule or may be compressed into a
tablet, with care taken to avoid damaging the polymeric coat on individual
beads during tablet compression.  Preferred coated beads are those which
20   exhibit substantially no release of azithromycin from the dosage form until
the beads have exited the stomach and have resided in the small intestine
for about 15 minutes or greater, preferably about 30 minutes or greater, thus
assuring that minimal azithromycin is released in the duodenum.  Mixtures
of  a pH-sensitive polymer with a water-insoluble polymer are also included.
25   As described above, azithromycin-containing beads may be coated with
mixtures of polymers whose solubilities vary at different pH's.  For example,
preferred coatings comprise from about 9:1 to about 1:9 Eudragit-
L®/Eudragit-S®, more preferably from 9:1 to 1:4 Eudragit-L®/Eudragit-S®.
The coating may comprise from about 5% to about 200% of the weight of the
30   uncoated bead core. Preferably, the coating comprises from about 10% to
about 100% of the weight of the bead core.

In a further embodiment, ("pH-dependent coated particle"), small
azithromycin-containing particles (about 0.01 to 0.5 mm in diameter,
preferably 0.05 to 0.5 mm in diameter) are coated with one or more of the
35   aforementioned pH-sensitive polymers.  The coated particles may be placed
in a capsule or may be compressed into a tablet, with care taken to avoid

28

damaging the polymeric coat on individual particles during tablet
compression.  Preferred coated particles are those which exhibit
substantially no release of azithromycin from the dosage form until the
particles have exited the stomach and have resided in the small intestine for
5    about 15 minutes or  greater, preferably 30 minutes or greater, thus assuring
that minimal azithromycin is released in the duodenum.  Mixtures of a pH-
sensitive polymer with a water-insoluble polymer are also included.
Preferred azithromycin-containing particles are coated with an amount of
polymer comprising about 25% to about 200% of the weight of the uncoated
10   azithromycin-containing particle core.

A further embodiment constitutes a modification of the pH-dependent
coated tablet, pH-dependent coated bead, and pH-dependent coated
particle embodiments.  The azithromycin-containing core tablet, bead, or
particle is first coated with a barrier coat, and then is coated with the pH-
15   dependent coat. The function of the barrier coat is to separate azithromycin
from the pH-dependent coat.  Since azithromycin is a base, hydration of the
azithromycin in the core may serve to raise the pH in the microenvironment
of the pH-dependent coating, thus prematurely initiating the
permeabilization or dissolution of the pH-dependent coating, resulting in
20   premature release of some or all of the azithromycin dose in the stomach or
duodenum.  Suitable barrier coatings are composed of water-soluble
materials such as sugars such as sucrose, or water-soluble polymers such
as hydroxypropyl cellulose, hydroxypropyl methylcellulose, and the like.
Hydroxypropyl cellulose and hydroxypropylmethylcellulose are preferred.
25   The barrier coat may comprise from about 1% to about 15%, preferably from
about 2% to about 10%, of the weight of the uncoated azithromycin-
containing tablet, bead or particle core.

Coating of azithromycin-containing tablets, beads and particles may be
carried out using equipment known in the art. For example, azithromycin-
30   containing tablet cores may be coated with a pan-coater, such as a Hi-
Coater (Freund Corp.), or an Accela-Cota (Manesty Corp., Liverpool).
Azithromycin-containing beads and particles are preferably coated using a
fluidized bed coater, such as a Wurster coater, utilizing coating equipment
available for example from the Glatt Corporation (Ramsey, NJ).Beads may
35   also be coated using a rotary granulator, such as a CF-granulator available
from Freund Corp.