In a further embodiment ("bursting osmotic core device"), azithromycin is incorporated in an osmotic bursting device which comprises a tablet core or bead core containing azithromycin and, optionally, one or more osmagents. Devices of this type have been generally disclosed in Baker, US 3,952,741,

5   which is incorporated herein by reference. Examples of osmagents are sugars such as glucose, sucrose, mannitol, lactose, and the like; and salts such as sodium chloride, potassium chloride, sodium carbonate, and the like; water-soluble acids such as tartaric acid, fumaric acid, and the like. The azithromycin-containing tablet core or bead core is coated with a polymer

10   which forms a semipermeable membrane, that is, a membrane which is permeable to water but is substantially impermeable to azithromycin. Examples of polymers which provide a semipermeable membrane are cellulose acetate, cellulose acetate butyrate, and ethylcellulose, preferably cellulose acetate. The semipermeable coating membrane may alternatively

15   be composed of one or more waxes, such as insect and animal waxes such as beeswax, and vegetable waxes such as carnauba wax and hydrogenated vegetable oils. A melt mixture of a polyethylene glycol, e.g., polyethylene glycol-6000, and a hydrogenated oil, e.g., hydrogenated castor oil, may be used as a coating, as described for isoniazid tablets by Yoshino

20   (Capsugel Symposia Series; Current Status on Targeted Drug Delivery to the Gastrointestinal Tract; 1993; pp.185-190). Preferred semipermeable coating materials are cellulose esters and cellulose ethers, polyacrylic acid derivatives such as polyacrylates and polyacrylate esters, and polyvinyl alcohols and polyalkenes such as ethylene vinyl alcohol copolymer.

25   Especially preferred semipermeable coating materials are cellulose acetate and cellulose acetate butyrate.

When a coated tablet or bead of the "bursting osmotic core" embodiment of this invention is placed in an aqueous environment of use, water passes through the semipermeable membrane into the core, dissolving a portion of

30   the azithromycin and osmagent, generating a colloidal osmotic pressure which results in bursting of the semipermeable membrane and release of azithromycin into the aqueous environment. By choice of bead or tablet core size and geometry, identity and quantity of osmagent, and thickness of the semipermeable membrane, the time lag between placement of the

35   dosage form into the aqueous environment of use and release of the enclosed azithromycin may be chosen. It will be appreciated by those

skilled in the art that increasing the surface-to-volume ratio of the dosage
form, and increasing the osmotic activity of the osmagent serve to decrease
the time lag, whereas increasing the thickness of the coating will increase
the time lag. Preferred osmotic-bursting devices of this invention are those

5    which exhibit substantially no release of azithromycin from the dosage form
until the dosage form has exited the stomach and has resided in the small
intestine for about 15 minutes or greater, preferably about 30 minutes or
greater, thus assuring that minimal azithromycin is released in the
duodenum. A bursting osmotic core tablet or bead has a tablet or bead core

10   which may contain from about 25-95% azithromycin, about 0-60%
osmagent, as described above, and about 5-20% other pharmaceutical aids
such as binders and lubricants. The semipermeable membrane coating on
a tablet, preferably a cellulose acetate coating, is present at a weight
corresponding to from about 2% to about 30%, preferably from about 3% to

15   about 10%, of the weight of the tablet core. The semipermeable membrane
coating on a bead, preferably a cellulose acetate coating, is present at a
weight corresponding to from about 2% to about 80%, preferably from 3% to
30%, of the weight of the bead core.

A bursting osmotic core device possesses no mechanism for "sensing"

20   that the device has exited the stomach and entered the duodenum. Thus
devices of this type release azithromycin at a predetermined time after
entering an aqueous environment, i.e., after being swallowed. In the fasted
state, indigestible non-disintegrating solids, such as the "bursting osmotic
core devices" of this invention, are emptied from the stomach during phase

25   III of the Interdigestive Migrating Myoelectric Complex (IMMC), which occurs
approximately every 2 hr in the human. Depending on the stage of the
IMMC at the time of dosing in the fasted state, a bursting osmotic core device
may exit the stomach almost immediately after dosing, or as long as 2 hr
after dosing. In the fed state, indigestible non-disintegrating solids, which

30   are <11 mm in diameter, will empty slowly from the stomach with the
contents of the meal (Khosla and Davis, Int. J. Pharmaceut. 62 (1990) R9-
R11). If the indigestible non-disintegrating solid is greater than about 11 mm
in diameter, i.e., about the size of a typical tablet, it will be retained in the
stomach for the duration of the digestion of the meal, and will exit into the

35   duodenum during phase III of an IMMC, after the entire meal has been
digested and has exited the stomach. It is preferred to delay the release of

31

azithromycin until about 15 min or more, preferably 30 minutes or more, after the dosage form has exited the stomach. A bursting osmotic core device which releases azithromycin about 1.5 hr after ingestion will decrease the incidence and severity of gastrointestinal side effects in a population of
5    patients administered azithromycin in such devices. A preferred bursting osmotic core device starts to release azithromycin at about 2.5 hr after entering an aqueous environment, i.e., after ingestion, to more reliably assure that the device releases its azithromycin distal to the duodenum, when dosed in the fasted state. A more preferred "bursting osmotic core
10   device" will start to release azithromycin at about 4 hr after entering an aqueous environment. This 4 hr delay permits dosing in the fed state, and allows for an about 3.5 hr retention in the fed stomach, followed by an approximately 30 minute delay after the dosage form has exited from the stomach. In this way, the release of azithromycin into the most sensitive
15   portion of the gastrointestinal tract, the duodenum, is minimized.

      In a further embodiment, a "bursting coated swelling core", an azithromycin-containing tablet or bead is prepared which also comprises 25-70% of a swellable material, such as a swellable colloid (e.g., gelatin), as described in Milosovich, US 3,247,066, incorporated herein by reference.
20   Preferred swelling core materials are hydrogels, i.e., hydrophilic polymers which take up water and swell, such as polyethylene oxides, polyacrylic acid derivatives such as polymethyl methacrylate, polyacrylamides, polyvinyl alcohol, poly-N-vinyl-2-pyrrolidone, carboxymethylcellulose, starches, and the like. Preferred swelling hydrogels for this embodiment are polyethylene
25   oxides and carboxymethylcellulose. The colloid/hydrogel-containing azithromycin-containing core tablet or bead is coated, at least in part, by a semipermeable membrane. Examples of polymers which provide a semipermeable membrane are cellulose acetate and cellulose acetate butyrate,and ethylcellulose, preferably cellulose acetate. The
30   semipermeable coating membrane may alternatively be composed of one or more waxes, such as insect and animal waxes such as beeswax, and vegetable waxes such as carnauba wax and hydrogenated vegetable oils. A melt mixture of a polyethylene glycol, e.g., polyethylene glycol-6000, and a hydrogenated oil, e.g., hydrogenated castor oil, may be used as a coating,
35   as described for isoniazid tablets by Yoshino (Capsugel Symposia Series; Current Status on Targeted Drug Delivery to the Gastrointestinal Tract;

32

1993; pp.185-190).  Preferred semipermeable coating materials are cellulose esters and cellulose ethers, polyacrylic acid derivatives such as polyacrylates and polyacrylate esters, and polyvinyl alcohols and polyalkenes such as ethylene vinyl alcohol copolymer. Especially preferred
5  semipermeable coating materials are cellulose acetate and cellulose acetate butyrate.

When a coated tablet or bead having a bursting coated swelling core is placed in an aqueous environment of use, water passes through the semipermeable membrane into the core, swelling the core and resulting in
10  bursting of the semipermeable membrane and release of azithromycin into the aqueous environment.  By choice of bead or tablet core size and geometry, identity and quantity of swelling agent, and thickness of the semipermeable membrane, the time lag between placement of the dosage form into the aqueous environment of use and release of the enclosed
15  azithromycin may be chosen. Preferred bursting coated swelling core devices of this invention are those which exhibit substantially no release of azithromycin from the dosage form until the dosage form has exited the stomach and has resided in the small intestine for about 15 minutes or greater, preferably about 30 minutes or greater, thus assuring that minimal
20  azithromycin is released in the duodenum.

A bursting coated swelling core tablet or bead has a tablet or bead core which may contain from about 25-75% azithromycin; about 15-60% swelling material, e.g., hydrogel; about 0-15% optional osmagent; and about 5-20% other pharmaceutical aids such as binders and lubricants.  The
25  semipermeable membrane coating on a tablet, preferably a cellulose acetate coating, is present at a weight corresponding to from about 2% to about 30%, preferably from 3% to 10%, of the weight of the tablet core.  The semipermeable membrane coating on a bead, preferably a cellulose acetate coating, is present at a weight corresponding to from about 2% to
30  about 80%, preferably from 3% to 30%, of the weight of the bead core.

A bursting coated swelling core device possesses no mechanism for sensing that the device has exited the stomach and entered the duodenum. Thus devices of this type release their azithromycin contents at a predetermined time after entering an aqueous environment, i.e., after being
35  swallowed, as previously discussed for bursting osmotic core devices, and

33

the same consideration and preferences apply to making bursting coated
swelling core devices.

In a further embodiment, a "pH-triggered osmotic bursting device",
azithromycin is incorporated into a device of the type described in allowed
5    commonly assigned co-pending US patent 5,358,502, issued October 25,
1994, incorporated herein by reference.  The device comprises azithromycin
and optionally one or more osmagents, surrounded at least in part by a
semipermeable membrane.  The semipermeable membrane is permeable
to water and substantially impermeable to azithromycin and osmagent.
10   Useful osmagents are the same as those described above for bursting
osmotic core devices.  Useful semipermeable membrane materials are the
same as those described above for bursting osmotic core devices.  A pH-
trigger means is attached to the semipermeable membrane.  The pH-trigger
means is activated by a pH above 5.0, and triggers the sudden delivery of
15   the azithromycin.  In this embodiment, the pH-trigger means comprises a
membrane or polymer coating which surrounds the semipermeable coating.
The pH-trigger coating contains a polymer which is substantially
impermeable and insoluble in the pH range of the stomach, but becomes
permeable and soluble at about the pH of the duodenum, about pH 6.0.
20      Exemplary pH-sensitive polymers are polyacrylamides, phthalate
derivatives such as acid phthalates of carbohydrates, amylose acetate
phthalate, cellulose acetate phthalate, other  cellulose ester phthalates,
cellulose ether phthalates, hydroxypropylcellulose phthalate,
hydroxypropylethylcellulose phthalate, hydroxypropylmethylcellulose
25   phthalate, methylcellulose phthalate, polyvinyl acetate phthalate,  polyvinyl
acetate hydrogen phthalate, sodium cellulose acetate phthalate, starch acid
phthalate, styrene-maleic acid dibutyl phthalate copolymer, styrene-maleic
acid polyvinylacetate phthalate copolymer, styrene and maleic acid
copolymers, polyacrylic acid derivatives such as acrylic acid and acrylic
30   ester copolymers, polymethacrylic acid and esters thereof, poly acrylic
methacrylic acid copolymers, shellac, and vinyl acetate  and crotonic acid
copolymers.

Preferred pH-sensitive polymers include shellac; phthalate
derivatives, particularly cellulose acetate phthalate, polyvinylacetate
35   phthalate, and hydroxypropylmethylcellulose phthalate; polyacrylic acid
derivatives, particularly polymethyl methacrylate blended with acrylic acid

and acrylic ester copolymers; and vinyl acetate and crotonic acid copolymers. As described above cellulose acetate phthalate is available as a latex under the tradename Aquateric® (registered trademark of FMC Corp., Philadelphia, PA) , and acrylic copolymers are available under the

5   tradenames Eudragit-R® and Eudragit-L®. For approriate application in this embodiment, these polymers should be plasticized utilizing plasticizers described above. The pH-trigger coating may also comprise a mixture of polymers, for example cellulose acetate and cellulose acetate phthalate. Another suitable mixture comprises Eudragit-L® and Eudragit-S®; the ratio

10  of the two, and the coating thickness, defining the sensitivity of the "trigger", i.e., the pH at which the outer pH-trigger coating weakens or dissolves.

A pH-triggered osmotic bursting device generally operates as follows. After oral ingestion, the pH-trigger coating, which surrounds the semi-permeable coating, which in turn surrounds the azithromycin-containing

15  core tablet or bead, remains undissolved and intact in the stomach. In the stomach, water may or may not commence penetration through the pH-trigger coating and the semipermeable coating, thus starting hydration of the core, which contains azithromycin and optional osmagent. After the device has exited the stomach and has entered the small intestine, the pH-trigger

20  coating rapidly disintegrates and dissolves, and water passes through the semipermeable coating, dissolving azithromycin and optional osmagent within the core. As the colloidal osmotic pressure across the semipermeable coating exceeds some threshold value, the semipermeable coating fails, and the device bursts, releasing azithromycin. It is preferred

25  that this bursting and release of azithromycin occur at about 15 minutes or more, preferably 30 minutes or more, after the pH-triggered osmotic bursting device exits the stomach and enters the duodenum, thus  minimizing exposure of the sensitive duodenum to azithromycin.

For a pH-triggered osmotic bursting device, the lag-time or delay-time

30  is controlled by the choice and amount of osmagent in the core, by the choice of semipermeable coating, and by the thickness of the semipermeable coating. It will be appreciated by those skilled in the art, for example, that a thicker semipermeable coating will result in a longer delay after the  device has exited the stomach. A preferred pH-triggered osmotic

35  bursting device is a bead or tablet core of azithromycin with optional osmagent, coated with a 3-20% by weight cellulose acetate membrane,

WO 95/30422                                                      PCT/IB95/00264

35

coated with a 3-20% by weight membrane composed of about 1:1 cellulose acetate/cellulose acetate phthalate. Another preferred pH-triggered osmotic bursting device is a bead or tablet core of azithromycin with optional osmagent, coated with a 3-20% by weight cellulose acetate membrane,

5   coated with a 3-20% by weight membrane comprising from about 9:1 to about 1:1 Eudragit-L®/Eudragit-S®.

Advantageously, because a pH-triggered osmotic bursting device possesses a mechanism for sensing that the device has exited the stomach, interpatient variability in gastric emptying is not significant.

10   In a further embodiment, a "pH-triggered bursting coated swelling core", a tablet core or bead containing azithromycin and a swelling material is coated with a semipermeable coating which is further coated with a pH-sensitive coating. The core composition, including choice of swelling material is as described above for the bursting coated swelling core

15   embodiment.  The choice of semipermeable coating material and pH-sensitive coating material are as described above for the "pH-triggered osmotic core" embodiment. This device is described in detail in commonly-assigned copending U.S. Patent Application Serial No. 08/023,227, filed February 25, 1993, incorporated herein by reference.

20   A pH-triggered bursting swelling core embodiment generally operates as follows.  After oral ingestion, the pH-trigger coating, which surrounds the semi-permeable coating, which in turn surrounds the azithromycin-containing core tablet or bead, remains undissolved and intact in the stomach.  In the stomach, water may or may not commence

25   penetration through the pH-trigger coating and the semipermeable coating, thus starting hydration of the core, which contains azithromycin and water-swellable material, preferably a hydrogel.  When the pH-triggered bursting swelling core device exits the stomach and enters the small intestine, the pH-trigger coating rapidly disintegrates and dissolves, and water passes

30   through the semipermeable coating, dissolving azithromycin and swelling the water-swellable material within the core. As the swelling pressure across the semipermeable coating exceeds some threshold value, the semipermeable coating fails, and the device bursts, releasing azithromycin. It is preferred that this bursting and release of azithromycin occur at about 15

35   minutes or more, preferably about 30 minutes, after the pH-triggered

36

bursting swelling core device exits the stomach and enters the duodenum, thus minimizing exposure of the sensitive duodenum to azithromycin.

For the "pH-triggered bursting swelling core" device, the lag-time or delay-time can be controlled by the choice and amount of swelling material
5   in the core, by the choice of semipermeable coating, and by the thickness of the semipermeable coating.  It will be appreciated by those skilled in the art, for example, that a thicker semipermeable coating will result in a longer delay after the device has exited the stomach.  A preferred pH-triggered bursting swelling core device contains a bead or tablet core of azithromycin
10   with synthetic hydrogel, preferably carboxymethylcellulose, coated with a 3-20% by weight cellulose acetate membrane, coated with a 3-20% by weight membrane composed of about 1:1 cellulose acetate/cellulose acetate phthalate. Another preferred pH-triggered bursting swelling core device contains a bead or tablet core of azithromycin with synthetic hydrogel,
15   preferably carboxymethylcellulose, coated with a 3-20% by weight cellulose acetate membrane, coated with a 3-20% by weight membrane composed of from about 9:1 to about 1:1 Eudragit-L®/Eudragit-S®.

Advantageously, because the a pH-triggered bursting swelling core device possesses a mechanism for sensing that the device has exited the
20   stomach, interpatient variability in gastric emptying is not significant.

In a further embodiment, an "enzyme-triggered supported liquid membrane device" comprises azithromycin formulated in a dosage form of the type described in International Application PCT/ US93/07463, published as WO 94/12159 on June 9, 1994, herein incorporated by reference.  This
25   embodiment generally has the form of a tablet or bead containing azithromycin and excipients, a microporous hydrophobic support membrane that at least partially surrounds the  beneficial agent, and a hydrophobic liquid entrained within the pores of the support membrane. Alternatively, the azithromycin and excipients may be incorporated into a capsule shell which
30   comprises a microporous hydrophobic membrane with a hydrophobic liquid entrained within the pores of the capsule shell.  The hydrophobic liquid is substantially impermeable to both the aqueous environment and the azithromycin tablet or bead core formulation.  The hydrophobic liquid is capable of change such that it becomes substantially permeable to the
35   aqueous environment or azithromycin formulation.  After ingestion of this embodiment by a mammal, including a human, azithromycin release into the

WO 95/30422                                    PCT/IB95/00264

37

gastrointestinal system is delayed until about 15 minutes or more, preferably about 30 minutes, after the dosage form has exited the stomach and moved into the duodenum.

5     In an azithromycin enzyme-triggered supported liquid membrane device, the supported hydrophobic liquid is preferably a liquid which undergoes change which is enzymatically catalyzed in the lumen of the small intestine, and not in the stomach.  Exemplary hydrophobic liquids  are triglycerides, fatty anhydrides, fatty acid esters of cholesterol, hydrophobic amino acid  esters, and the like. Preferred triglycerides include triolein,

10    tricaprylin, trilaurin, olive oil, palm oil, coconut oil, sesame seed oil, corn oil, peanut oil, soybean oil, and the like.  Preferred fatty acid anhydrides include caprylic anhydride, lauric anhydride, myristic anhydride and the like. Mixtures of hydrophobic liquids may be used.  Exemplary  materials for the microporous hydrophobic support membrane include cellulose esters,

15    polycarbonates, polyalkenes, polystyrenes, polyvinyl esters, polysiloxanes, polyacrylates, and polyethers. Preferably the hydrophobic microporous membrane with entrained hydrophobic liquid is impermeable to azithromycin, until gastrointestinal enzymes have catalyzed a change in the hydrophobic oil, as described below.

20           In the environment of use, i.e., the small intestinal lumen, lipases and esterases degrade the aforementioned hydrophobic oils, releasing surfactant products in the pores of the microporous membrane of this embodiment, thus producing aqueous channels through which the azithromycin in the device core may exit through the microporous

25    hydrophobic support membrane.  Release of the azithromycin may occur by simple diffusion, osmotic pumping, osmotic bursting, or by bursting due to the presence of a swellable material, e.g., hydrogel, in the azithromycin-containing core of the device.

      In an azithromycin enzyme-triggered supported liquid membrane

30    device, hydrophobic oils may be used which are substrates for small intestinal proteases such as carboxypeptidase and chymotrypsin. Exemplary oils are hydrophobic esters of amino acid derivatives.

             In a further embodiment, a "bacterially degradable coating device", azithromycin-containing tablets or beads are coated with a material which is

35    substantially impermeable to azithromycin in the stomach and small intestine, the coating material undergoing degradation by bacteria or by

bacterially-released enzymes (e.g., azo reductases) in the colon, thus
releasing azithromycin.  Upon degradation of the coating material in the
colon, azithromycin is released. Embodiments of this design minimize
exposure of the sensitive upper (duodenal) region of the small intestine to
5    azithromycin. Examples of coating materials of this embodiment are
polymers from ethylenically unsaturated monomers, crosslinked by a
substituted or unsubstituted divinylazobenzene, as described in US Patents
4,663,308 and 5,032,572, each herein incorporated by reference. Other
examples of coating materials of this embodiment are degradable
10   polysaccharides such as pectin and alginin, and mixtures of these
degradable polysaccharides with film-forming polymers such as
ethylcellulose, methylcellulose, hydroxypropylmethylcellulose, and the like.
Polysaccharide coatings of this type have been disclosed in Depascali et al,
EP-485840;  in Roehr and Steinicke, DD-296840; and in Ashford and Fell,
15   Capsugel Symposia Series;  Current Status on Targeted Drug Delivery to
the Gastrointestinal Tract; 1993; pp. 133-142.

        Examples of a bacterially degradable coating device include a bead
or tablet core which contain about 25-90% azithromycin with additional
tabletting aids such as binders and lubricants, coated with an azo-polymer
20   or polysaccharide membrane whose weight corresponds to from about 5-
80%, preferably 10-50% of  the weight of the tablet or bead core.

        In a further embodiment, a "swelling plug device", azithromycin and
appropriate excipients and carriers are incorporated into a non-dissolving
capsule-half which is sealed at one end by a hydrogel plug.  This hydrogel
25   plug swells in an aqueous environment, and, after swelling for a
predetermined time, exits the capsule thus opening a port through which the
azithromycin can leave the capsule and be delivered to the aqueous
environment.  Preferred hydrogel-plugged capsules are those which exhibit
substantially no release of azithromycin from the dosage form until the
30   dosage form has exited the stomach and has resided in the small intestine
for about 15 minutes or greater, preferably about 30 minutes or greater, thus
assuring that minimal azithromycin is released in the duodenum.  Hydrogel-
plugged capsules of this type have been described in patent application
WO-90/19168, which is incorporated herein by reference.    An azithromycin
35   swelling plug device may be prepared by loading azithromycin into a non-
dissolving half-capsule shell which may be formed from a wide variety of

WO 95/30422                                                      PCT/IB95/00264

39

materials, including but not limited to polyethylene, polypropylene,
poly(methylmethacrylate), polyvinylchloride, polystyrene, polyurethanes,
polytetrafluoroethylene, nylons, polyformaldehydes, polyesters, cellulose
acetate, and nitrocellulose.  The open end of the capsule shell is then

5    "plugged" with a cylindrical plug formed from a hydrogel-forming material,
including but not limited to, a homo- or co-poly(alkylene oxide) crosslinked
by reaction with isocyanate or unsaturated cyclic ether groups, as described
in PCT Application WO 90/09168.  The composition and length of the
hydrogel "plug" is selected to minimize release of azithromycin to the

10   stomach and duodenum, to decrease the incidence and/or severity of
gastrointestinal side effects.  The plugged capsule-half is finally sealed with
a water-soluble, e.g., gelatin, capsule-half placed over the hydrogel-plugged
end of the azithromycin-containing non-dissolving capsule-half.  In a
preferred embodiment of the "swelling plug device", the sealed device is

15   coated with a "pH-sensitive enteric polymer or polymer mixture", for example
cellulose acetate phthalate or copolymers of methacrylic acid and
methylmethacrylate.  The weight of the enteric polymer coat will generally be
from 2-20%, preferably from 4-15% of the weight of the uncoated sealed
capsule.  When this preferred "enteric-coated swelling plug device" is

20   ingested orally, the enteric coat prevents release of azithromycin in the
stomach.  The enteric coat dissolves quickly, e.g., within about 15 minutes,
in the duodenum, triggering swelling of the hydrogel plug, exiting of the
hydrogel plug, and release of the incorporated azithromycin into the
gastrointestinal tract at a time greater than about 15 minutes after, and

25   preferably greater than about 30 minutes after, the dosage form has passed
from the stomach into the duodenum.  Prototype unfilled "swelling plug
devices" may be obtained from Scherer DDS Limited, Clydebank, Scotland,
under the designation "Pulsincap™".

30        It will be appreciated by those skilled in the art that the various coated
azithromycin tablet, bead, and particle embodiments described above can
be coated using standard coating equipment, such as pan coaters (e.g., Hi-
Coater available from Freund Corp; Accela-Cota available from Manesty,
Liverpool), fluidized bed coaters, e.g., Wurster coaters, (available from Glatt

35   Corp, Ramsey, NJ and Aeromatic Corp., Columbia, MD), and rotary
granulators, e.g., CF-Granulator (available from Freund Corp).  Core tablets

40

are made on standard tablet presses, such as a Killian press.  Azithromycin containing beads and particles are made in fluidized bed granulators,  rotary granulators, and extruder/spheronizers.

Delayed release embodiments of the invention are solid
5    dosage forms for oral administration comprising azithromycin and a pharmaceutically acceptable carrier, which release not more than 10% of their incorporated azithromycin into a mammal's stomach, and which release not more than an additional 10% during the first 15 minutes after entering said mammal's duodenum.  The timing of release of azithromycin in
10   the stomach or duodenum may be tested utilizing a variety of approaches including, but not limited to, x-ray evaluation, nuclear magnetic resonance imaging, gamma scintigraphy, or direct sampling of the gastric and duodenal contents via intubation.  These tests, while possible, can be very difficult to carry out in humans.  A more convenient test for a delayed release
15   embodiment of the current invention is a two stage in vitro dissolution test, which incorporates a 15 minute test of azithromycin release in a simulated gastric fluid, and a 15 minute test of azithromycin release in a simulated intestinal fluid.  This two stage in vitro test for a delayed release dosage form is described in more detail below.  For certain delayed release
20   embodiments described in this disclosure, release of azithromycin is "triggered" by the presence of pancreatic lipase in the duodenum.  For in vitro evaluation of lipase-triggered delayed release dosage forms, 5 mg/ml porcine pancreatic lipase (Sigma Chem., St. Louis, MO) is included in the dissolution medium for the second stage of the dissolution test.
25       The invention will now be illustrated by the following examples which are not to be taken as limiting. In general, the examples demonstrate the incidence of gastrointestinal side-effects upon oral, IV, duodenal, and ileal-cecal dosing of  azithromycin and the preparation of  controlled-release dosage forms of azithromycin within the scope of this invention.
30

In the examples which follow, the following definitions and tests have been employed:
1. "Q" is used to designate a quantity of azithromycin either in mg or in percent (%), as indicated.  The Q is associated with a time or "pull point" at
35   which an indicated aliquot of solution was removed for assay of azithromycin, the time of removal or pull point being indicated in hours as a

41

subscript. Thus, a "$Q_{0.25}$" of 15 mg means that 15 mg of azithromycin was dissolved in one quarter hour.

2. Specification of a quantity in percent (%) means percent by weight based on total weight, unless otherwise indicated.

5    3. "Eudragit® " is the registered trademark of Röhm Pharma GmbH, Germany for a family of enteric polymeric methacrylates.

4. "Opadry® " is the registered trademark of Colorcon Inc., West Point, PA for a family of plasticized cellulose ethers which include hydroxypropyl methylcellulose, hydroxypropyl cellulose and methylcellulose that are

10    supplied as powders for reconstitution in water.

5. "Surelease® " is the registered trademark of Colorcon Inc., West Point, PA for an aqueous, fully plasticized polymeric dispersion of ethylcellulose.

6. "mgA" is an abbreviation for "milligrams of active azithromycin". For

15    example, "250 mg A" means 250 mg of active azithromycin".

7. "X mgA of multiparticulate" (where X is a number) means the amount of multiparticulate containing X mgA. For example, "250 mgA of multiparticulate" means the weight of multiparticulate containing 250 mgA.

8. "mgAm" is an abbreviation for "mgA of multiparticulate".

20    9. "Use environment" means the aqueous environment of the gastrointestinal tract.

10. *In Vitro Dissolution Tests* The following two *in vitro* tests can be used to screen sustained release and delayed release embodiments of this invention for *in vivo* suitability.  If a particular dosage form satisfies the

25    criteria disclosed below for either test, it is within the scope of the invention.

*Sustained Release Dosage Test:* Sustained release dosage forms of azithromycin are tested in a standard USP rotating paddle apparatus as disclosed in United States Pharmacopoeia XXIII (USP) Dissolution Test Chapter 711, Apparatus 2. Paddles are rotated at 50 rpm

30    and the dissolution test is conducted in, as the test medium, 900 mL of pH 6.0 sodium dihydrogen phosphate buffer at 37°C. If capsules are used, then 0.1 mg/mL of the enzyme trypsin must be added to the buffer. At indicated times following test initiation (i.e., insertion of the dosage form into the apparatus), filtered aliquots (typically 5 or 10 mL) from the test medium are

35    analyzed for azithromycin by high performance liquid chromatography (HPLC) as disclosed below. Dissolution results are reported as mg

azithromycin dissolved versus time. Sustained release dosage forms that meet the following criteria are within the scope of the invention: (1) $Q_{0.25} \le$ 200 mg azithromycin dissolved; (2) $Q_1 \le 500$ mg azithromycin dissolved; (3) $Q_2 \le 1000$ mg azithromycin dissolved; (4) $Q_4 \le 1,500$ mg azithromycin

5    dissolved; and (5) $Q_6 \le 2000$ mg azithromycin dissolved, where Q is as defined above.

*Delayed Release Dosage Test:* Delayed release dosage forms of azithromycin are also tested in a standard USP rotating paddle apparatus as specified above. The test is modified from that given above. Paddles are

10   rotated at 50 rpm and dissolution is conducted in two stages at 37°C. A first acid stage is implemented by inserting a delayed release dosage form into 750 mL of 0.1N HCl acid media. At 15 minutes, a filtered aliquot of test acid media is analyzed for azithromycin content by HPLC. A second stage is implemented immediately following the first stage by adding 250 mL of 0.2M

15   tribasic sodium phosphate buffer, thereby converting the acid media from the first stage to a buffer having a pH of about 6.8. If the measured pH is plus or minus more than 0.05 pH units from 6.8, it should be suitably adjusted by adding alkali metal hydroxide or hydrochloric acid (each typically 2N), as appropriate. At 15 minutes after addition of phosphate

20   buffer, a second filtered aliquot of test medium is analyzed for azithromycin content by HPLC. Dissolution results are reported as % azithromycin dissolved versus time. Delayed release dosage forms that meet the following criteria are within the scope of the invention: (1) $Q_{0.25} < 10$ % azithromycin dissolved; and (2) $Q_{0.5} < Q_{0.25} + 10$ % azithromycin dissolved.

25   The test is reliable for dosage forms containing up to 7,000 mgA.

The criteria in each test are also referred to in the Examples as "dissolution criteria".

11. *HPLC Quantification*: When conducting either of the *in vitro* dissolution tests described above, azithromycin is quantified by reverse-

30   phase high performance liquid chromatography and electrochemical detection as follows. An aliquot of test solution is filtered to remove particulates and diluted to a target concentration of approximately 3 µg/mL. A fixed volume of 50 µL is injected onto a pre-column (5 cm x 4.6 mm diameter) with a 5 micron spherical alumina (80 Å diameter pores) based

35   hydrocarbonaceous stationary phase (Gamma RP-1, ES Industries, Berlin, NJ). The pre-column is followed by a 15 cm x 4.6 mm diameter column

43

containing the same stationary phase. The chromatography system is substantially as described in Shepard et al., J. Chromatography, 565: 321-337 (1991). An isocratic mobile phase consisting of 72 % 0.02M potassium phosphate monobasic buffer and 28 % acetonitrile (v/v, final pH of 11) is

5   employed at a flow rate of 1.5 mL/min. The electrochemical detector employs dual glassy carbon electrodes (Model LC-4B amperometric detector, Bioanalytical Systems, West Lafayette, IN) operating in the oxidative screen mode with the reference electrode set at about +0.7 V and the working electrode set at about +0.8 V. In sustained-release test media,

10   actual quantification of azithromycin is effected by comparison of sample chromatogram peak height ratio relative to diphenhydramine internal standard against an azithromycin standard chromatogram peak height ratio also relative to the same internal standard. In delayed-release (acid) test media, because azithromycin can hydrolyze in acid media to

15   desosaminylazithromycin, the amount of dissolved azithromycin which had hydrolyzed is determined and converted to its equivalent as azithromycin (conversion factor, 1.26). In delayed-release test media, diphenhydramine is again employed as an internal peak height reference standard for both sample and azithromycin/desosaminylazithromycin standard

20   chromatograms.

12. Where no value is given in the Tables, it was not determined.


Example 1

This example demonstrates that a 2 g oral dose of azithromycin gives

25   a similar incidence of gastrointestinal side effects, whether the 2 g is given as a single oral dose or as eight 250 mg doses, given as 250 mg every half-hour for 3.5 hr.

In a double-blind, randomized, placebo-controlled parallel group study, healthy male subjects were divided into three groups. Group A

30   received a single 2 g azithromycin dose as eight 250 mg azithromycin capsules ("bolus dosing" group). Group B received the same total dose, administered as eight 250 mg capsules at the rate of one 250 mg capsule each 30 minutes for 3.5 hr ("divided dosing" group). Group C received matching placebo capsules. All subjects received eight capsules of drug or

35   placebo at time 0, and a capsule of drug or placebo every half-hour for 3.5 hr. All subjects were dosed after an overnight fast. Blood samples were

44

withdrawn prior to dosing, and at 0.5, 1, 1.5, 2, 2.5, 3, 3.5, 4, 6, 8, 12, 16, 24,
48, 72, 96, 144, 192, and 240 hr post-dosing. Serum azithromycin
concentrations were determined using the high performance liquid
chromatography assay described in Shepard et al., J. Chromatography,
5    565: 321-337 (1991). Total systemic exposure to azithromycin was
determined by measuring the area under the serum azithromycin
concentration vs. time curve (AUC) for each subject in a given group, and
then by calculating a mean AUC for the group. Cmax is the highest serum
azithromycin concentration achieved in a subject. Tmax is the time at which
10   Cmax is achieved. Serum pharmacokinetic data for this example are
presented in Table I.

         Prior to dosing and each blood sampling time, each subject filled out
a questionnaire, which consisted of a series of "Visual Analogue Scales" in
which the subject was required to rate, on a scale of 0-10, the severity of
15   certain potential side effects. The subjects were instructed that "0" indicated
an absent effect and "10" indicated the worst possible effect. The subjects
were instructed to interpolate between 0 and 10 for moderate side effects.

         A total of 45 subjects completed this study: 16 on placebo, 15 on 2 g
single dose, and 14 on 250 mg dose every half-hour for 3.5 hours. For four
20   side effects evaluated at 20 time points, a total of 3600 individual visual-
analogue-scale evaluations were obtained.

         Analysis of side effect visual-analogue-scale data was carried out in
two formats. In the first format (Table II), the analysis concentrated on the
general incidence of side effects of a particular type. For each side effect
25   type (e.g., abdominal pain), Table II reports the number of subjects who
reported a score >1 at any time during the 240 hr post-dosing, and the
number of subjects who reported a score >4 at any time during the 240 hr
post-dosing. This analysis assumes that all scores >1 represent a real side
effect occurrence, however mild or severe. A score >4 is presumed to reflect
30   a moderate-to-severe side effect occurrence.

         In the second format (Table III), the analysis reflects the general
severity and duration of side effects. For a particular side effect (e.g.,
Abdominal Pain) in a particular subject, all visual-analogue-scale scores
(over the 240 hr post-dose period) were summed to give a "cumulative
35   score" over the entire time period of evaluation. "Cumulative scores" for all
members of a treatment group were summed, and divided by the number of

subjects in the group, to give a Mean Cumulative Score.  The scale of this
Mean Cumulative Score does not correspond to the original 0-10 scale,
since it reflects the summation of all non-zero scores over the entire
evaluation period.  Table III presents Mean Cumulative Scores for
5   abdominal pain, nausea, regurgitation, and abdominal cramping.

Table I demonstrates that the total systemic azithromycin exposure of
the two dosing groups, reflected in the AUC, was similar.  For the divided
dosing group, Cmax was lower and Tmax was longer, as expected because
the dosing took place over 3.5 hr, rather than in a single bolus dose.

10   Table II demonstrates that abdominal pain, nausea, and abdominal
cramping were frequent side effects for a 2 g bolus dose, while regurgitation
was not.  Divided dosing over 3.5 hr gave a similar side effect incidence
profile.  Table III demonstrates that the overall severity of azithromycin-
induced side effects was similar for the bolus-dosing and divided dosing
15   treatments.

The data presented in Table II and Table III demonstrate that
delivering a 2 g dose at a rate of 500 mg/hr does not result in a greatly
improved side effect incidence, compared with a single 2 g bolus dose.  The
manner in which the divided dose was administered in this example
20   resulted in exposure of the upper gastrointestinal tract, i.e., the stomach and
duodenum, to the entire divided dose.

Table I.
Azithromycin Pharmacokinetics For A
25   2 g Dose given as a Single Dose, or as Eight 250 mg doses every Half-Hour
for 3.5 Hours (mean values).

| TREATMENT | Cmax (µg/ml) | Tmax (hr) | $AUC_{0-144}$ (µg-hr/ml) |
|---|---|---|---|
| 2 g single dose | 1.69 | 1.3 | 18.8 |
| 250 Mg per half-hr for 3.5 hr | 1.13 | 4.4 | 18.9 |

46

Table II.

Incidence of Visual-Analogue-Scale scores exceeding 1 or 4 at any time
during the 240 hour post-dose evaluation period, for the side effects
abdominal pain, nausea, regurgitation, and abdominal cramping.
5  Compares 2 g bolus dose vs. eight 250 mg capsules dosed every
half-hr for 3.5 hr.

| TREATMENT | Abdominal Pain | | Nausea | | Regurgitation | | Abdominal Cramping | |
|---|---|---|---|---|---|---|---|---|
| | $\geq 1$ | $\geq 4$ | $\geq 1$ | $\geq 4$ | $\geq 1$ | $\geq 4$ | $\geq 1$ | $\geq 4$ |
| Placebo | 0/16 | 0/16 | 0/16 | 0/16 | 0/16 | 0/16 | 0/16 | 1/16 |
| 2 g single dose | 6/15 | 2/15 | 2/15 | 1/15 | 0/15 | 0/15 | 6/15 | 1/15 |
| 250 mg per half-hr for 3.5 hr | 6/14 | 1/14 | 3/14 | 0/14 | 0/14 | 0/14 | 4/14 | 0/14 |

Note: Results reported as (#patients reporting score )/ (total # patients).

10

Table III. - MEAN CUMULATIVE SCORE

Mean Cumulative Visual Analogue Scale Data for the Side Effects
Abdominal Pain, Nausea, Regurgitation, and Abdominal Cramping, over the
entire 240 hour post-dose evaluation period.  See text for explanation of
15  "mean cumulative score".

| TREATMENT | n* | Abdominal Pain | Nausea | Regurgitation | Abdominal Cramping |
|---|---|---|---|---|---|
| Placebo | 16 | 0.19 | 0.25 | 0.06 | 1.19 |
| 2 g Single Dose | 15 | 6.4 | 1.93 | 0.53 | 4.67 |
| 250 Mg/ half-hr for 3.5 hr | 13 | 6.31 | 2.77 | 1.38 | 4.46 |

* number of subjects averaged

20  Example 2

This example demonstrates that dosing of 2 g azithromycin directly to
the human duodenum results in a higher incidence and severity of
gastrointestinal side effects than observed when azithromycin (2 g) is dosed
directly to the ileocecal region of the small intestine.  This example supports

47

the conclusion that the incidence and severity of azithromycin
gastrointestinal side effects can be reduced by decreasing the exposure of
the duodenum to orally dosed azithromycin.  This example also
demonstrates that direct delivery of azithromycin to the duodenum or the
5    ileocecal region of the small intestine does not result in any loss of systemic
bioavailability, relative to oral dosing.

Healthy male subjects were divided into two groups. Group A
received a 2 g azithromycin dose administered directly into the duodenum
as a solution via a nasoenteric tube.  Group B received the same
10   azithromycin solution dose, administered directly into the ileocecal region of
the small intestine via a nasoenteric tube.  The nasoenteric tube was a
single lumen, 4.5 meter tube with a side port for delivery of drug. Placement
of the tube for duodenal and ileocecal delivery was confirmed by
fluoroscopy.  Infusions to the duodenum or ileocecal region were
15   administered at a concentration of 40 mg/ml within 5 minutes.  All subjects
were dosed after an overnight fast.  Subjects were randomized to receive
azithromycin and placebo via nasoenteric tube and intravenous infusion in a
double-blind, placebo controlled fashion.  Two weeks later, subjects were
crossed over to the alternate route of active drug administration.

20   Blood samples were withdrawn prior to dosing, and at 0.08, 0.17, 0.33,
0.66, 1, 2, 4, 8, 12, 24, 48, 72, and 96 hr post-dosing.  Serum azithromycin
concentrations were determined using the high performance liquid
chromatography assay described in Shepard et al., J. Chromatography,
565: 321-337 (1991).  Total systemic exposure to azithromycin was
25   determined by measuring the area under the serum azithromycin
concentration vs. time curve (AUC) for each subject in a given group, and
then by calculating a mean AUC for the group.  Cmax is the highest serum
azithromycin  concentration achieved in a subject. Tmax is the time at which
Cmax is achieved.  Serum pharmacokinetic data for this example are
30   presented in Table IV.  In one leg of this study, all subjects received an
intravenous 2 g azithromycin dose.  The intravenous AUC was determined
in order to calculate the absolute duodenal and ileocecal bioavailabilities,
as described below.

Prior to dosing and each blood sampling time, each subject filled out
35   a questionnaire, which consisted of a series of "Visual Analogue Scales" in
which the subject was required to rate, on a scale of 0-10, the severity of

48

certain potential side effects.  The subjects were instructed that "0" indicated an absent effect and "10" indicated the worst possible effect. The subjects were instructed to interpolate between 0 and 10 for moderate side effects.

     A total of 11 subjects completed this study: 5 on duodenal dosing and

5  6 on ileocecal dosing.  For four side effects evaluated at 14 time points, a total of 616 individual visual-analogue-scale evaluations were obtained.

     Analysis of side effect visual-analogue-scale data was carried out in two formats.  In the first format (Table V), the analysis concentrated on the general incidence of side effects of a particular type.  For each side effect

10  type (e.g., abdominal pain), Table V reports the number of subjects who reported a score >1 at any time during the 96 hr post-dosing, and the number of subjects who reported a score >4 at any time during the 96 hr post-dosing.  This analysis assumes that all scores >1 represent a real side effect occurrence, however mild or severe.  A score >4 is presumed to reflect

15  a moderate-to-severe side effect occurrence.

     In the second format (Table VI), the analysis reflects the general severity and duration of side effects.  For a particular side effect (e.g., Abdominal Pain) in a particular subject, all visual-analogue-scale scores (over the 96 hr post-dose period) were summed to give a "cumulative score"

20  over the entire time period of evaluation. "Cumulative scores" for all members of a treatment group were summed, and divided by the number of subjects in the group, to give a Mean Cumulative Score. The scale of this Mean Cumulative Score does not correspond to the original 0-10 scale, since it reflects the  summation of all non-zero scores over the entire

25  evaluation period.  Table VI presents Mean Cumulative  Scores for abdominal pain, nausea, regurgitation, and abdominal cramping.

     Table IV demonstrates that the absorption of a duodenally administered solution dose of azithromycin is fast, as evidenced by a short Tmax of 0.3 hr, and a high Cmax. Ileocecal dosing resulted in slower

30  absorption, with a measured Tmax (1.39 hr) which is similar to the Tmax observed for oral capsule dosing in Example 1 (1.3 hr; Table I).  The overall systemic exposure to drug (AUC) was 15% lower for ileocecal dosing compared with duodenal dosing.  When compared to  intravenous dosing in the same subjects, the bioavailability for duodenal dosing was 43.8%, and

35  the bioavailability for ileocecal dosing was 39.1%; where bioavailability, e.g., duodenal bioavailability, is defined as $AUC_{duodenal}/AUC_{IV} \times 100$.

WO 95/30422
PCT/IB95/00264

49

The bioavailability of the duodenal azithromycin solution was slightly larger than the oral bioavailability of an azithromycin capsule, which is typically about 38%.  The bioavailability of the ileocecal azithromycin solution was similar to that of an orally dosed capsule.

5     Table V (same format as Table II) demonstrates that the incidence of gastrointestinal side effects is generally higher for duodenal dosing than for ileocecal dosing.  Table VI demonstrates that the overall severity of gastrointestinal side effects was higher for duodenal dosing than for ileocecal dosing.

10

Table IV.

Azithromycin Pharmacokinetics for a 2 g Solution Dose administered to the duodenal (n=5) or ileocecal (n=6) region of the small intestine via nasoenteric tube (mean values).

15

| TREATMENT | Cmax (μg/ml) | Tmax (hr) | $AUC_{0-96}$ (μg·hr/ml) |
|---|---|---|---|
| Duodenal | 3.24 | 0.3 | 17.0 |
| Ileocecal | 0.77 | 1.39 | 14.5 |

Table V.

20    Incidence of Visual-Analogue-Scale scores exceeding 1 or 4 at any time during the 96 hour post-dose evaluation period, for the side effects abdominal pain, nausea, regurgitation, and abdominal cramping. Compares 2 g azithromycin administration directly into the duodenal (n=5) and ileocecal (n=6) regions of the small intestine.

| TREATMENT | ABDOMINAL PAIN | | NAUSEA | | REGURGITATION | | ABDOMINAL CRAMPING | |
|---|---|---|---|---|---|---|---|---|
| | >1 | >4 | >1 | >4 | >1 | >4 | >1 | >4 |
| Duodenal | 4/5 | 0/5 | 2/5 | 1/5 | 3/5 | 0/5 | 5/5 | 0/5 |
| Ileo-cecal | 2/6 | 0/6 | 2/6 | 0/6 | 0/6 | 0/6 | 2/6 | 0/6 |

25

Table VI. MEAN CUMULATIVE SCORE
Mean Cumulative Visual Analogue Scale Data for the Side Effects
Abdominal Pain, Nausea, Regurgitation, and Abdominal Cramping, over the
entire 96 hour post-dose evaluation period.  See text for explanation of
5   "mean cumulative score".  Dosing of a 2 g azithromycin solution was directly
into the duodenal or ileocecal regions of the small intestine.

| TREATMENT | n* | Abdominal Pain | Nausea | Regurgitation | Abdominal Cramping |
|---|---|---|---|---|---|
| Duodenal | 5 | 13.4 | 11.6 | 7.2 | 13.2 |
| Ileocecal | 6 | 2.7 | 2.0 | 0 | 3.3 |

*   number of subjects averaged

10

Example 3
        This example demonstrates that, when azithromycin is dosed
intravenously, the incidence and severity of gastrointestinal side effects is
low, compared with the incidence and severity  of gastrointestinal side
15   effects resulting from oral dosing at an equivalent dose.  These observations
support the conclusion that the gastrointestinal side effects of orally dosed
azithromycin are locally mediated in the gastrointestinal tract by direct
contact between the orally dosed drug and the intestinal wall, and do not
result primarily from effects related to the presence of azithromycin in the
20   systemic circulation.

        Healthy male subjects were divided into four groups. Group A
received a 2 hr intravenous infusion of a placebo solution (0 g azithromycin).
Group B received a 2 hr intravenous infusion of a 1 g dose of azithromycin.
25   Group C received a 2 hr intravenous infusion of a 2 g dose of azithromycin.
Group D received a 2 hr intravenous infusion of a 4 g dose of azithromycin.
Based on an oral bioavailability of 37%, these intravenous doses of 0, 1, 2,
and 4 g are equivalent to oral doses of 0, 2.7, 5.4, and 10.8 g, respectively.
All subjects were dosed after an overnight fast.
30       Blood samples were withdrawn prior to dosing, and at 0.25, 0.5, 0.75, 1,
1.5, 2, 4, 8, 12, 18, 24, 72, 96, 144, 192, and 240 hr post-dosing.  Serum
azithromycin concentrations were determined using the high performance
liquid chromatography assay described in Shepard et al.,
J. Chromatography, 565: 321-337 (1991).  Total systemic exposure to