51

azithromycin was determined by measuring the area under the serum azithromycin concentration vs. time curve (AUC) for each subject in a given group, and then by calculating a mean AUC for the group.  Cmax is the highest serum azithromycin concentration achieved in a subject.  Tmax is
5    the time at which Cmax is achieved.  Serum pharmacokinetic data for this example are presented in Table VII.

Prior to dosing and each blood sampling time, each subject filled out a questionnaire, which consisted of a series of "Visual Analogue Scales" in which the subject was required to rate, on a scale of 0-10, the severity of
10   certain potential side effects.  The subjects were instructed that "0" indicated an absent effect and "10" indicated the worst possible effect. The subjects were instructed to interpolate between 0 and 10 for moderate side effects.

A total of 22 subjects completed this study: 5 on placebo, 6 at 1 g azithromycin total dose, 6 at 2 g azithromycin total dose, and 5 at 4 g
15   azithromycin total dose. For four side effects evaluated at 18 time points, a total of 1,584 individual visual-analogue-scale evaluations were obtained.

Analysis of side effect visual-analogue-scale data was carried out in two formats.  In the first format (Table VIII), the analysis concentrated on the general incidence of side effects of a particular type.  For each side effect
20   type (e.g., abdominal pain), Table VIII reports the number of subjects who reported a score >1 at any time during the 240 hr post-dosing, and the number of subjects who reported a score >4 at any time during the 240 hr post-dosing.  This analysis assumes that all scores >1 represent a real side effect occurrence, however mild or severe.  A score >4 is presumed to reflect
25   a moderate-to-severe side effect occurrence.

In the second format (Table IX), the analysis reflects the general severity and duration of side effects.  For a particular side effect (e.g., Abdominal Pain) in a particular subject, all visual-analogue-scale scores (over the 240 hr post-dose period) were summed to give a "cumulative
30   score" over the entire time period of evaluation. "Cumulative scores" for all members of a treatment group were summed, and divided by the number of subjects in the group, to give a Mean Cumulative Score. The scale of this Mean Cumulative Score does not correspond to the original 0-10 scale, since it reflects the summation of all non-zero scores over the entire
35   evaluation period.  Table IX presents Mean Cumulative Scores for abdominal pain, nausea, regurgitation, and abdominal cramping.

52

Table VII presents pharmacokinetic data for the intravenous
azithromycin dosing of this example.  Comparison with Table 1 of Example 1
demonstrates that intravenous dosing of azithromycin results in higher
systemic exposure than does oral dosing.  For example, a 2 g intravenous
5   dose gives an AUC of 45.6 μg-hr/ml (Table VII), while a 2 g oral dose gives
an AUC of 18.8 μg-hr/ml (Table 1).  Thus, for the purpose of comparing
gastrointestinal side effects of orally and intravenously administered
azithromycin, it is generally appropriate to compare a 2 g oral dose with a 1
g intravenous dose.  In fact, the systemic drug exposure achieved by a 1 g
10   intravenous dose (AUC=23.4 μg-hr/ml) is more than the systemic drug
exposure provided by a 2 g oral dose (AUC=18.8 μg-hr/ml).

Table VIII (same format as Table II) demonstrates that the incidences
of abdominal pain, nausea, regurgitation, and abdominal cramping were
low after a 2 hr intravenous infusion of 1.0 g azithromycin. Comparison of
15   this data with side effect incidence data for a 2 g oral azithromycin dose
(which  gives approximately the same systemic azithromycin exposure) (see
Table II) demonstrates that, for approximately the same degree of systemic
drug exposure, oral dosing causes a much higher incidence of side effects.
These observations indicate that the gastrointestinal side effects of orally
20   dosed azithromycin do not primarily result from exposure of the systemic
circulation to the drug, but instead most likely result from direct exposure of
the intestinal wall to the drug.

Table VIII also indicates that, at higher intravenous azithromycin
doses, e.g., 2.0 g, gastrointestinal side effects occur.  A 2.0 g intravenous
25   azithromycin dose is equivalent to a 5.4 g oral azithromycin dose, from the
standpoint of equivalent systemic drug exposure.  At an even higher
intravenous dose, a higher side effect incidence is observed. While GI side
effects can be elicited by high intravenous doses, these observations are
consistent with the statement that azithromycin GI side effects are mediated
30   by direct contact of the drug with the intestinal wall in the lumen, based upon
the following additional study.  Twelve ileostomy subjects were administered
an IV infusion of 500 mg azithromycin over 1 hr.  Serum was collected
predose and at 0.17, 0.33, 0.5, 1, 2, 4, 8, 12, 24, 48, 72, 96, 120, and 144 hr
following initiation of the infusion.  In addition, the contents of the subjects'
35   ileostomy bags were collected for the following intervals: 12 hr predose, 0-6
hr post-dose, 6-12 hr post-dose, and 12-24 hr post-dose.  The serum and

53

ileostomy fluid concentrations of azithromycin were assayed.  In the 24 hr following an IV azithromycin dose, 13% of the dose was recovered intact in the ileostomy fluid, indicated that IV-administered azithromycin enters the lumen of the small intestine, probably via biliary excretion and/or
5   transintestinal elimination.  Thus it is not surprising that high intravenous doses of azithromycin can cause gastrointestinal side effects, since a portion of the IV dose partitions into the lumen of the small intestine.

Table IX demonstrates that the overall severity of gastrointestinal side effects resulting from a 1.0 g intravenous dose is low, and is lower than that
10  observed for a 2 g oral dose (compare with Table III). Based on an oral bioavailability of 37%, these intravenous doses are equivalent to oral doses of 0, 2.7, 5.4 and 10.8 g, respectively. At higher IV doses (e.g., 4 g), gastrointestinal side effects are observed.  However, it is likely that these GI side effects are due to partitioning of the IV dose into the lumen of the small
15  intestine, as clearly demonstrated above in the ileostomy study.

Table VII.
Azithromycin Pharmacokinetics: For a 2 hr Infusion of
20                1 g (n=6) or 2 g (n=6) or 4 g (n=5) total dose.

| TOTAL IV DOSE (g) | EQUIVALENT ORAL DOSE* (g) | $C_{max}$ (µg/ml) | $T_{max}$ (hr) | $AUC_{0-inf}$ (µg-hr/ml) |
|---|---|---|---|---|
| 1.0 | 2.7 | 3.11 | 1.9 | 23.4 |
| 2.0 | 5.4 | 6.84 | 1.8 | 45.6 |
| 4.0 | 10.8 | 9.91 | 1.1 | 82.1 |

*   Calculated by dividing the IV dose by the oral bioavailability of azithromycin (0.37)

25

54

### Table VIII.

Incidence of Visual-Analogue-Scale scores exceeding 1 or 4 at any time
during the 240 hour post-dose evaluation period, for the side effects
abdominal pain, nausea, regurgitation, and abdominal cramping.

5  Compares intravenous doses of 0 g (placebo), 1 g, 2 g,and 4 g azithromycin,
infused over a 2 hr period.  Based on an oral bioavailability of 37%, these
intravenous doses are equivalent to oral doses of 0, 2.7, and 5.4 g,
respectively.  Reported incidences for the 1.0, 2.0 and 4.0 g doses have not
been corrected for placebo effects.

10

| IV DOSE | Abdominal Pain | | Nausea | | Regurgitation | | Abdominal Cramping | |
|---|---|---|---|---|---|---|---|---|
| | >1 | >4 | >1 | >4 | >1 | >4 | >1 | >4 |
| 0 g | 2/5 | 0/5 | 1/5 | 0/5 | 0/5 | 0/5 | 1/5 | 0/5 |
| 1 g | 1/5 | 0/5 | 0/5 | 0/5 | 0/5 | 0/5 | 0/5 | 0/5 |
| 2 g | 2/6 | 1/6 | 4/6 | 2/6 | 1/6 | 0/6 | 1/6 | 1/6 |
| 4 g | 4/5 | 0/5 | 3/5 | 2/5 | 1/5 | 1/5 | 4/5 | 2/5 |

### Table IX.MEAN CUMULATIVE SCORE

Mean Cumulative Visual Analogue Scale Data for the Side Effects
15  Abdominal Pain, Nausea, Regurgitation, and Abdominal Cramping, over the
entire 240 hour post-dose evaluation period.  See text for explanation of
"mean cumulative score".  Azithromycin was dosed intravenously at a total
dose of 0 g (placebo), 1 g, 2 g, or 4 g.  Based on an oral bioavailability of
37%, these intravenous doses are equivalent to oral doses of 0, 2.7, 5.4,
20  and 10.8 g, respectively.  Mean cumulative scores for 1.0, 2.0 and 4.0 g
doses have not been corrected for placebo effects.

| IV DOSE (g) | n* | Abdominal Pain | Nausea | Regurgitation | Abdominal Cramping |
|---|---|---|---|---|---|
| 0 | 5 | 8.8 | 3.2 | 2.6 | 3.4 |
| 1.0 | 6 | 1.5 | 0 | 0 | 0.5 |
| 2.0 | 6 | 5.7 | 13.2 | 0.5 | 3.8 |
| 4.0 | 5 | 12.8 | 10.6 | 3.8 | 11.8 |

*   number of subjects averaged

25  ### Example 4

This example illustrates a process for making a sustained release
azithromycin multiparticulate membrane-moderated reservoir system which
releases azithromycin at different rates depending on coating thickness of a

WO 95/30422

PCT/IB95/00264

55

diffusion barrier coating. The process comprised (1) preparing uncoated azithromycin multiparticulate cores; and (2) applying a diffusion barrier coating over the cores. This example further illustrates the *in vitro* sustained release dosage test procedure for evaluating dissolution and release of
5    azithromycin from the dosage form.

Azithromycin-containing multiparticulate cores were prepared by blending azithromycin with microcrystalline cellulose (Avicel® PH101, FMC Corp., Philadelphia, PA) in relative amounts of 95:5 (w/w), wet massing the blend in a Hobart mixer with water equivalent to approximately 27% of the
10   weight of the blend, extruding the wet mass through a perforated plate (Luwa EXKS-1 extruder, Fuji Paudal Co.,Osaka Japan), spheronizing the extrudate (Luwa QJ-230 marumerizer, Fuji Paudal Co.) and drying the final cores which were about 1 mm diameter. The final sustained release beads were made by coating over the particle cores with a plasticized
15   ethylcellulose dispersion (Surelease®, Colorcon, West Point, PA, typically applied at 15 % solids concentration ). For example 4A (about 100 g batch size), final coating was conducted in a bottom spray Wurster fluid bed coater (Aeromatic Strea-1, Niro Inc., Bubendorf, Switzerland). For examples 4B, 4C and 4D (about 1 kg batch sizes), final coating was conducted in a rotary
20   granulator (CF-360 granulator, Freund Indust., Tokyo, Japan). The amount of coating applied was varied to obtain different dissolution rate behavior. Example 4A had an additional coating of 2% Opadry® over the 13 % Surelease® Coat.

Finished sustained release multiparticulates were tested using the
25   *in vitro* sustained release dosage test procedure previously described and the results are presented in Table 4-1. Example 4D was tested as 1,500 mgA multiparticulate and examples 4A through 4C were tested as 250 mgA multiparticulate in a capsule. Examples 4A through 4D satisfy the *in vitro* sustained release dissolution criteria and are sustained release
30   embodiments within the scope of the invention.

## TABLE 4-1

| *In Vitro* Sustained Release Dissolution Criteria | | $Q_{0.25}$ $\leq 200$ | $Q_1$ $\leq 500$ | $Q_2$ $\leq 1,000$ | $Q_4$ $\leq 1,500$ | $Q_6$ $\leq 2,000$ | |
|---|---|---|---|---|---|---|---|
| Example | Surelease® Coating (%) | $Q_{0.25}$ mgA | $Q_1$ mgA | $Q_2$ mgA | $Q_4$ mgA | $Q_6$ mgA | Initial Dose Tested (mgA) |
| 4A | 13.0 2.0 Opadry® | 0 | 9 | 44 | 104 | 175 | 250 |
| 4B | 11.1 | 4 | 33 | 113 | 144 | 154 | 250 |
| 4C | 13.0 | 0 | 18 | 35 | 50 | 83 | 250 |
| 4D | 13.0 | 38 | 128 | 252 | 465 | 641 | 1500 |

### Example 5

5        This example illustrates using temporal criteria in conjunction with *in vitro* dissolution test results to design a dosage form, such as a sachet, which exhibits a desired dissolution profile.

Using the *in vitro* dissolution test results from Example 4B, it is desired to make a sustained release dosage form. Using the temporal
10    criteria and  the corresponding data of Example 4B, a maximum scaled mgA of multiparticulate was calculated for each individual temporal criterion, and set forth in Table 5-1.

### TABLE 5-1
15                            MAXIMUM SCALED DOSE

| Temporal Criteria | Example 4B Dissolution Results | Maximum Scaled mgA of multiparticulate |
|---|---|---|
| $\leq$ 200 mg A in 15 min. | 4 mgA in 15 min. | 12,500  mgAm |
| $\leq$ 500 mgA in 1 hr. | 33 mgA in 1 hr. | 3,788  mgAm |
| $\leq$ 1,000 mgA  in 2 hr. | 113 mgA in 2 hr. | 2,212  mgAm |
| $\leq$ 1,500 mgA in 4 hr. | 144 mgA in 4 hr. | 2,604  mgAm |
| $\leq$ 2,000 mgA in 6 hr. | 154 mgA in 6 hr. | 3,247  mgAm |

Each maximum scaled value was calculated by scaling up the results of Example 4B to yield the highest value consistent with the corresponding

57

temporal criterion.  For instance the maximum scaled value at 15 minutes
(12,500 mgAm) was calculated as 200 mgA x (250 mgAm ÷ 4 mgA), where
the 250 mgAm corresponds to the initial dose tested.  The maximum scaled
value at 2 hr (2,212 mgAm) was similarly calculated as 1000 mgA x (250
5    mgAm ÷ 113 mgA).

Table 5-1 indicates that the maximum scaled dose of Example 4B
multiparticulate which should be used to make a dosage form within the
scope of the invention is 2,212 mgAm, the minimum of the maximum scaled
values calculated.

10    Maximum scaled doses were also calculated using the temporal
criteria together with the data of Examples 4A, 4C, and 4D in the same
manner as above. Table 5-2 summarizes the maximum scaled dose for
Examples 4A through 4D.

15

### TABLE 5-2
### MAXIMUM SCALED DOSE

| Example | Maximum Scaled Dose of Sustained Release Multiparticulate |
|---------|----------------------------------------------------------|
| 4 A     | 2,857 mgA                                                |
| 4 B     | 2,212 mgA                                                |
| 4 C     | 6,024 mgA                                                |
| 4 D     | 4,680 mgA                                                |

20    Example 6

This example illustrates using weight criteria in conjunction with *in
vitro* dissolution test results to custom design a dosage form tailored for an
animal of a given body weight. The data of example 4B are employed to
calculate the minimum body weight for each of the weight criteria.

25

58

## TABLE 6-1
## MAXIMUM DOSE FOR A GIVEN BODY WEIGHT

| Weight Criteria | Example 4B Dissolution Results | Maximum Scaled mgA of multiparticulate for 100 kg body weight |
|---|---|---|
| ≤ 4 mg/kg in 15 min. | 4 mgA in 15 min. | 25,000 mgAm |
| ≤ 10 mg/kg in 1 hr. | 33 mgA in 1 hr. | 7,576 mgAm |
| ≤ 20 mg/kg in 2 hr. | 113 mgA in 2 hr. | 4,425 mgAm |
| ≤ 30 mg/kg in 4 hr. | 144 mgA in 4 hr. | 5,208 mgAm |
| ≤ 40 mgA/kg in 6 hr. | 154 mgA in 6 hr. | 6,494 mgAm |

5            Each maximum scaled value was calculated by scaling up, to a 100 kg animal weight, the results of Example 4B to yield the highest value consistent with the corresponding weight criterion.  For instance, the maximum scaled value at 15 minutes (25,000 mgAm) was calculated as: 4 mg/kg x 100 kg x (250 mgAm ÷ 4 mgA), where the 250 mgAm corresponds

10   to the initial dose tested.  The maximum scaled value at 2 hr was similarly 20 mg/kg x 100 kg x (250 mgAm ÷ 113 mgA).

Table 6-1 indicates that the maximum scaled dose of multiparticulate which should be used to make a dosage form within the scope of the invention is 4,425 mgAm, the minimum of the calculated scaled values.

15            In the same manner as above, Table 6-2 lists the calculated maximum amounts of sustained release multiparticulate for Examples 4A, 4B, 4C, and 4D which should be employed for a given body weight of 100 kg to make a dosage form within the scope of the invention.

59

### TABLE 6-2
### Maximum Dose Deliverable To A Given Body Weight

| Example | Maximum Dose Sustained Release Multiparticulate 100 kg Body Weight |
|---------|---------------------------------------|
| 4 A | 5,714  mgAm |
| 4 B | 4,425  mgAm |
| 4 C | 12,048  mgAm |
| 4 D | 9,360  mgAm |

5

### Example 7

This example illustrates using the weight criteria in conjunction with *in vitro* dissolution test results to determine the minimum animal body weight with which a sustained release dosage form should be used.

10    A sustained release sachet containing 2000 mgAm is made with the multiparticulate of Example 4B.  A minimum animal body weight was calculated for use with this sachet according to each of the weight criteria.

### TABLE 7-1
### Minimum Body Weights

15

| Weight Criteria | Example 4B Dissolution Results | Minimum Scaled Body Weight for use with 2,000 mgAm |
|-----------------|-------------------------------|---------------------------------------------------|
| ≤ 4 mg/kg in 15 min. | 4 mgA in 15 min. | 8 kg |
| ≤ 10 mg/kg in 1 hr. | 33 mgA in 1 hr. | 26.4 kg |
| ≤ 20 mg/kg in 2 hr. | 113 mgA in 2 hr. | 45.2 kg |
| ≤ 30 mg/kg in 4 hr. | 144 mgA in 4 hr. | 38.4 kg |
| ≤ 40 mgA/kg in 6 hr. | 154 mgA in 6 hr. | 30.8 kg |

Each minimum scaled body weight was calculated by using the data of Example 4B and assuming a 2000 mgAm to calculate  the smallest weight
20    consistent with each individual corresponding weight criterion.  For instance

60

the scaled value at 15 minutes (8 kg) was calculated as: 2000 mgAm x (4 mgA/250 mgAm) ÷ (4 mgA/kg). The maximum scaled value at 2 hr (45.2 kg) was similarly calculated as: 2000 mgAm x (113 mgA/250 mgAm) ÷ (20 mgA/kg).

5    Table 7-1 indicates that the minimum body weight to which a sachet containing 2000 mgAm of Example 4B should be administered is 45.2 kg, the maximum of the calculated scaled body weights.

Minimum scaled body weights were also calculated using the weight criteria together with the dissolution data of Examples 4A, 4C, and 4D in the
10   same manner as above. Table 7-2 summarizes the minimum body weight for 250 mgAm and 2000 mgAm total doses of Examples 4A, 4B, 4C and 4D, to make a dosage within the scope of the invention.

### TABLE 7-2
15
### Minimum Body Weight At Given Dose

| Example | Minimum Body Weight per 250 mgA Sustained Release Multiparticulate | Minimum Body Weight per 2000 mgA Sustained Release Multiparticulate |
|---------|---------|---------|
| 4 A | 4.4 kg | 35.0 kg |
| 4 B | 5.7 kg | 45.2 kg |
| 4 C | 2.1 kg | 16.6 kg |
| 4 D | 2.7 kg | 21.4 kg |

### Example 8

This example illustrates a process for making sustained release
20   azithromycin multiparticulate membrane-moderated reservoir systems which release azithromycin at different rates depending on coating thickness of a diffusion barrier coating. The process comprised applying a diffusion barrier coating directly to an azithromycin multiparticulate. This example further evaluates, by the *in vitro* sustained release dosage test, the release profile.

25   Azithromycin-containing multiparticulates were prepared by loading 1,000 g azithromycin compound directly into a rotary granulator/coater (Freund CF-360 granulator). Then, a plasticized ethylcellulose (Surelease®)

WO 95/30422                                                          PCT/IB95/00264

61

coating suspension diluted to 15% solids was sprayed onto the rotating bed
of azithromycin particles. During spray application, both agglomeration of
azithromycin particles into larger particles and coating of these
agglomerates with the diffusion barrier membrane occurred. In some
examples, a water soluble coating of Opadry® (typically diluted to 10 %
solids for spraying) was applied over the barrier membrane as added
protection.

Finished sustained release multiparticulates were tested using the *in
vitro* sustained release dosage test procedure previously described and the
results are presented in Table 8-1. Examples 8A through 8G satisfy the *in
vitro* sustained release dissolution criteria and are sustained release
embodiments of the invention.

## TABLE 8-1

| *In Vitro* Sustained Release Dissolution Criteria | | $Q_{0.25}$ ≤ 200 | $Q_1$ ≤ 500 | $Q_2$ ≤1000 | $Q_4$ ≤ 1500 | $Q_6$ ≤2000 | |
|---|---|---|---|---|---|---|---|
| Example No. (Mean Particle Size, μm) | Surelease® Coating (%) | $Q_{0.25}$ mgA | $Q_1$ mgA | $Q_2$ mgA | $Q_4$ mgA | $Q_6$ mgA | Initial Dose Tested mgAm |
| 8A (240 μm) | 16.7 | ----- | 110 | 206 | 216 | 228 | 228 |
| 8B (240 μm) | 16.6 [1] 0.5 Opadry® | ----- | 191 | ----- | 196 | ----- | 250 |
| 8C (280 μm) | 22..7 1.6 Opadry® | ----- | 110 | 141 | 188 | 214 | 226 |
| 8D (310 μm) | 27.1 | ----- | 104 | 212 | 257 | 265 | 272 |
| 8E (315 μm) | 25.1 | ----- | 45 | 74 | 116 | 138 | 250 |
| 8F (335 μm) | 30.9 | ----- | ----- | 45 | ----- | 119 | 180 |
| 8G (400 μm) | 35.6 0.7 Opadry® | ----- | ----- | 32 | ----- | 77 | 166 |

[1] Examples 8B, 8C and 8G have a water soluble Opadry ® protective coating
added over the Surelease® diffusion barrier coating. For the case of
Example 8B, a 0.5 % Opadry® coating was done over a 16.6 %
Surelease® coating.

62

### Example 9

This example illustrates a process for making sustained release azithromycin multiparticulates which release azithromycin at different rates depending on the thickness of a diffusion barrier coating. The process

5   comprised (1) preparing uncoated azithromycin multiparticulate cores; and (2) applying a diffusion barrier coating over the cores. This example further evaluates the release profile of the multiparticulates.

Azithromycin-containing multiparticulate cores were prepared using a fluid bed processor with rotor insert (Glatt GPCG-5 by Glatt Air Techniques,

10   Ramsey, N.J.). The rotor bowl was initially charged with 2,500 g of azithromycin drug and plasticized hydroxypropyl methylcellulose (Opadry®) binder solution (10% solids concentration) was tangentially sprayed into the rotating bed until an average core granule size of about 250 μm was achieved. Next, a plasticized ethylcellulose (Surelease®) coating

15   suspension diluted to 15% solids was sprayed onto the core particles. A first batch of coated particles was made with a 40 % coat. A second batch was then made with a 50 % coat.

Finished sustained release beads were tested using the *in vitro* sustained release dosage test procedure previously described and the

20   results are presented in Table 9-1. Examples 9A and 9B are sustained release embodiments of this invention.

### TABLE 9-1

| *In Vitro* Sustained Release Dosage Test Dissolution Criteria | | $Q_{0.25}$ ≤ 200 | $Q_1$ ≤ 500 | $Q_2$ ≤1,000 | $Q_4$ ≤1,500 | $Q_6$ ≤2,000 | |
|---|---|---|---|---|---|---|---|
| Example | Surelease® Coating (%) | $Q_{0.25}$ mgA | $Q_1$ mgA | $Q_2$ mgA | $Q_4$ mgA | $Q_6$ mgA | Initial Dose Tested mgAm |
| 9A | 40 | 55 | 221 | 401 | 759 | 826 | 1000 |
| 9B | 50 | 11 | 43 | 120 | 275 | 382 | 1000 |

25

### Example 10

This example illustrates using the sustained release dissolution criteria in conjunction with *in vitro* dissolution test results to design a dosage

30   form which exhibits a desired release profile.

WO 95/30422                                                    PCT/IB95/00264

63

As in Example 5, the data of Example 9 were employed in conjunction with the temporal criterion to calculate the maximum scaled mgAm, corresponding to both Example 9A and 9B, which should be used to make a dosage form according to the invention. Table 10-1 summarizes the
5    maximum scaled dose for Examples 9A and 9B.

## TABLE 10-1
## Maximum Scaled Dose

| Example | Maximum Scaled Dose of Sustained Release Multiparticulate |
|---------|-----------------------------------------------------------|
| 9 A     | 1,976 mgA                                                 |
| 9 B     | 5,236 mgA                                                 |

10

### Example 11

This example illustrates using weight criteria in conjunction with *in*
15   *vitro* test results to custom design a dosage form tailored for an animal of a
given body weight.

The data from Examples 9A and 9B were employed to calculate, as in Example 6, the maximum dose which should be administered to a 100 kg animal. Table 11-1 lists the maximum amounts of sustained release
20   multiparticulate for Examples 9A and 9B which should be employed for a given body weight of 100 kg according to the dissolution criteria and body weight criteria to make a multiparticulate dosage form within the scope of the invention.

25   ## TABLE 11-1
## Maximum Dose Deliverable To A Given Body Weight

| Example | Maximum Dose Sustained Release Multiparticulate 100 kg Body Weight |
|---------|--------------------------------------------------------------------|
| 9 A     | 3,953  mgA                                                         |
| 9 B     | 10,471  mgA                                                        |

Example 12

This example illustrates using the weight criteria in conjunction with
*in vitro* dissolution test results to determine the minimum animal body
weight with which a sustained release dosage form should be used.

5      The minimum weights were calculated in the same manner as for
Example 7. Table 12-1 summarizes the minimum body weight for 250 mgAm
and 1,000 mgAm total doses of Examples 9A and 9D.

### TABLE 12-1
10      ### Minimum Body Weight At Given Dose

| Example | Minimum Body Weight per 250 mgA Sustained Release Multiparticulate | Minimum Body Weight per 1,000 mgA Sustained Release Multiparticulate |
|---|---|---|
| 9 A | 6.3 kg | 25.3 kg |
| 9 B | 2.4 kg | 9.6 kg |

Example 13

This example illustrates a process for making sustained release
15     azithromycin multiparticulate in the form of a phase inversion membrane-
moderated reservoir system. The process comprised applying directly to
azithromycin-containing-multiparticulate a phase inversion membrane
coating. This example further evaluates the release profile of the sustained
release multiparticulate.

20      Azithromycin-containing multiparticulate were prepared by loading
1,000 g azithromycin-containing particles directly into a rotary
granulator/coater (Freund CF-360 granulator). The rotating particle bed was
sprayed with a solution containing 7.5 % ethylcellulose (Dow Ethocel S-10,
Dow Chemical, Midland, MI), 2.5 % polyethylene glycol (PEG 3350), 10 %
25     isopropanol, 22 % ethanol, 54 % acetone and 4 % water. When 300 g of
coating solution solids had been applied to the 1,000 g initial charge, a
sustained release multiparticulate was formed  with a mean particle size of
about 450 µm.

Finished sustained release multiparticulate was tested using the *in*
30     *vitro* sustained release dosage test procedure. The results are presented in

Table 13-1. Example 13A satisfies the *in vitro* release criteria and is a sustained release embodiment of the invention.

## TABLE 13-1

| In Vitro Sustained Release Dissolution Criteria | $Q_{0.25}$ ≤ 200 | $Q_1$ ≤ 500 | $Q_2$ ≤1,000 | $Q_4$ ≤ 1,500 | $Q_6$ ≤2,000 | |
|---|---|---|---|---|---|---|
| Example | Solids Coating (%) | $Q_{0.25}$ mgA | $Q_1$ mgA | $Q_2$ mgA | $Q_4$ mgA | $Q_6$ mgA | Initial Dose Tested mgAm |
| 13A | 23.1 | ------ | ------ | 160 | ------ | 238 | 250 mgA Capsule |

## Example 14

This example illustrates a process for making sustained release azithromycin hydrophilic matrix tablets which release azithromycin at
10   different rates depending on their composition. The process comprised (1) blending all components except for magnesium stearate; (2) screening and reblending the same components; (3) adding and blending magnesium stearate; and (4) compressing the final blend into tablets.

In batch sizes of 150 grams, azithromycin was shaken for about 15
15   minutes in a suitably large jar with all other components except magnesium stearate using a Turbula shaker system (Basel, Switzerland). Next, the blend was passed through a 40 mesh sieve and shaken again for ten minutes. Then, magnesium stearate was added and the blend was shaken for five minutes. Using a Manesty type F press (Manesty Machines,
20   Liverpool, England) , the final blend was compressed into tablets using either 13/32 inch standard round concave (SRC) punches for Examples 14A through 14I or 3/4 inch standard round flat faced punches for Examples 14J and 14K. A summary of compositions of Examples 14A through 14K is shown in Table 14-1.
25

## TABLE 14-1
## Sustained Release Hydrophilic Matrix Tablet Compositions

| Example | % Azithromycin Compound | % Lactose | % HPMC[1] | % PVP[2] | % Microcrystalline Cellulose[3] | % Magnesium Stearate |
|---|---|---|---|---|---|---|
| 14A | 54 | 15 | 30 | --- | --- | 1 |
| 14B | 54 | 20 | 25 | --- | --- | 1 |
| 14C | 54 | 24.5 | 20 | --- | --- | 1.5 |
| 14D | 54 | 29.5 | 15 | --- | --- | 1.5 |
| 14E | 54 | 34.5 | 10 | --- | --- | 1.5 |
| 14F | 70 | --- | 28.5 | --- | --- | 1.5 |
| 14G | 70 | --- | 15 | 13.5 | --- | 1.5 |
| 14H | 70 | --- | 20 | 8.5 | --- | 1.5 |
| 14I | 70 | --- | 15 | --- | 13.5 | 1.5 |
| 14J | 70 | --- | 15 | 13.5 | --- | 1.5 |
| 14K | 70 | --- | 15 | --- | 13.5 | 1.5 |

[1]  HPMC means hydroxypropyl methylcellulose. All Examples used Dow Methocel
     K4M-CR (Dow Chemical, Midland, MI)

[2]  PVP means polyvinylpyrrolidone. Kolloidon 17 (BASF Corp., Parsippany NJ)

[3]  Microcrystalline Cellulose that was used was Avicel® PH-102 (FMC Corp.)


Finished sustained release tablets were tested using the *in vitro*
sustained release dosage test procedure and the results are presented in
Table 14-2. Examples 14A through 14K satisfy the dissolution criteria and
are sustained release embodiments of this invention.

## TABLE 14-2
## Sustained Release Hydrophilic Matrix Tablet Compositions

| *In Vitro* Sustained Release Dissolution Criteria | $Q_{0.25}$ ≤ 200 | $Q_1$ ≤ 500 | $Q_2$ ≤1,000 | $Q_4$ ≤1,500 | $Q_6$ ≤2,000 | |
|---|---|---|---|---|---|---|
| Example | $Q_{0.25}$ (mgA) | $Q_1$ (mgA) | $Q_2$ (mgA) | $Q_4$ (mgA) | $Q_6$ (mgA) | Initial Dose Tested |
| 8A | ---- | 37 | ---- | 69 | 85 | Tablet 250mgAm |
| 8B | ---- | 42 | ---- | 92 | 111 | Tablet 250mgAm |
| 8C | ---- | ---- | 69 | 105 | 124 | Tablet 250mgAm |
| 8D | ---- | ---- | 113 | 158 | 200 | Tablet 250 mgAm |
| 8E | ---- | 148 | 175 | 236 | 249 | Tablet 250 mgAm |
| 8F | ---- | ---- | 52 | ---- | 94 | Tablet 250 mgAm |
| 8G | ---- | ---- | 51 | ---- | 91 | Tablet 250 mgAm |
| 8H | ---- | ---- | 167 | 218 | 233 | Tablet 250 mgAm |
| 8I | ---- | ---- | 109 | 135 | 150 | Tablet 250 mgAm |
| 8J | 80 | 201 | 276 | 413 | 481 | Tablet 1000 mgAm |
| 8K | 88 | 144 | 183 | 245 | 290 | Tablet 1000 mgAm |

Example 15

This example illustrates a process for making multiparticulates for use in making delayed-release dosage forms designed to release azithromycin predominantly below the duodenum. The process comprised (1) preparing uncoated azithromycin multiparticulate cores; (2) applying a first, sustained-release coating over the cores; and (3) applying a second , pH-sensitive, delayed-release coating over the first coat. This example further illustrates

the *in vitro* delayed release dosage test procedure for evaluating
dissolution of the dosage form and release of azithromycin.

Multiparticulate cores containing drug were prepared using a fluid
bed processor with rotor insert (Model GPCG-5). The rotor bowl was initially

5    charged with 2,500 g of azithromycin and plasticized hydroxypropyl
methylcellulose (Opadry®) binder solution (10% solids concentration) was
sprayed into the rotating bed until an average core granule size of about
250 μm was achieved. Next, a plasticized ethylcellulose (Surelease®)
coating suspension diluted to 15% solids was sprayed onto the core

10   particles. A first batch of coated particles was made with a total
30 % coating. A second batch was then made with a 40 % coating. Lastly,
both batches of multiparticulate were coated with a delayed-release coating
in a fluid bed rotor processor (Glatt Model GPCG-1) until a desired coating
end point (indicated in % in Table 15-1) was achieved. The delayed-

15   release coating was a suspension containing 12.3 % methacrylic acid
copolymers (Eudragit® L 30 D-55), 6.2 % talc, 1.5 % triethyl citrate and
80 % water. For the first batch that had been coated with a 40%
Surelease® coat, a 20% delayed release overcoat was applied. For the
second batch that had been coated with a 30% Surelease® coat, a 33.7 %

20   delayed release overcoat was applied. The final product was delayed-
release multiparticulate with particles having an average size of about
300 μm.

The *in vitro* delayed release dissolution results are presented in
Table 15-1 and include the dissolution test criteria. Example 15A is a

25   comparative example of an immediate release capsule that is outside the
criteria and scope of the invention. Examples 15B and 15C are delayed-
release embodiments made with multiparticulate of these examples.

## TABLE  15-1

| *In Vitro* Delayed Release Dosage Test Dissolution Criteria | | $Q_{0.25}$ $\leq 10\%$ | $Q_{0.5}$ $\leq Q_{0.25} +10\%$ | |
|---|---|---|---|---|
| Example | Formulation Composition, (%) | $Q_{0.25}$ (Acid Stage) | $Q_{0.5}$ (Buffer Stage) | Initial Dose (mgAm) |
| 15A | Immediate-Release Capsule | 81 % | 98 % | 250 |
| 15B | Sustained + Delayed-Release Multiparticulate | 0.6 % | 0.7 % | 250 |
| | 43.6 %           azithromycin | | | |
| | 4.4 %    Opadry® Solids | | | |
| | 32.0 %    Surelease ® Solids | | | |
| | 12.3 %    Eudragit® Solids | | | |
| | 6.2 %                Talc | | | |
| | 1.5 %    Triethyl Citrate | | | |
| 15C | Sustained + Delayed-Release Multiparticulate | 0.5 % | 6.2 % | 250 |
| | 42.2 %           azithromycin | | | |
| | 4.2 %    Opadry® Solids | | | |
| | 19.9 %    Surelease® Solids | | | |
| | 20.8 %    Eudragit® Solids | | | |
| | 10.4 %                Talc | | | |
| | 2.5 %    Triethyl Citrate | | | |

## Example 16

5      This example illustrates a process for making sustained release
azithromycin hydrophilic matrix tablets which release azithromycin at
different rates depending on the extent of surface coating coverage by an
aqueous insoluble polymeric barrier material as well as the composition of
the hydrophilic matrix tablet core.

10      Tablet cores were made first by shaking (Turbula System) in a
suitable size jar for about 15 minutes the following: 105 g azithromycin, 15 g.
hydroxypropyl methylcellulose (HPMC, Dow Methocel® E4M-CR) and
27.75 g microcrystalline cellulose (Avicel PH-102, FMC Corp.). The
resulting blend was then passed through a 40 mesh sieve and shaken for
15      ten additional minutes. Then, 2.25 g of magnesium stearate was added and
the mixture was shaken for five minutes. Using a Manesty type F press
fitted with 13/32 inch standard round concave (SRC) punches, the final
blend was compressed into tablet cores.

70

Next, the insoluble polymeric barrier material was prepared by adding 159 g HPMC (Dow Methocel® K100LV premium CR) to a Hobart mixer. While mixing at medium speed, 27 g castor oil was slowly added and the mixing was continued 15 minutes. An ethylcellulose solution was

5   prepared in a separate container by slowly adding 10 g ethylcellulose (Dow Ethocel® S 10) to 190 g ethanol while stirring. After the ethylcellulose went into solution, the 200 g of ethylcellulose solution was slowly added to the Hobart and the contents were mixed for 15 minutes. The resultant wet mass was spread out on a polyethylene lined tray and dried in a forced hot

10  air dryer at 50°C for four hours. After drying, 78 g of the dried mass was forced through a 25 mesh sieve and collected in a jar. Magnesium stearate (2 g) and  colloidal silicon dioxide (1 g) were added to the jar and the jar was shaken for five minutes.

Using a Manesty type F press and 13/32 inch standard round

15  concave (SRC) punches, the polymeric barrier material was compressed in a variety of configurations over the matrix tablet cores. In one configuration, the core was placed in the punch and various amounts of polymeric barrier material were compressed on top of the matrix tablet core. Finished tablets produced in this way had a polymeric barrier coat on the top of the matrix

20  tablet core. In a second configuration, different amounts of polymeric barrier material were placed in the die of the punch underneath the matrix core as well as on top of the matrix core and the composite was compressed into final tablets. Finished tablets produced in this second way had a polymeric barrier coat on both the top and bottom surfaces of the matrix table core.

25  In another process for making polymeric barrier coated hydrophilic matrix tablets, an adhesive polymer (Epoxi-Patch, Hysol Corp. Olean, NY) was used as the polymeric barrier material and was applied to various surfaces of the matrix tablet cores. Polymeric barrier coatings were not only applied to the top and/or bottom surfaces of the matrix tablet core, but also

30  around the sides of the tablet.


Example 17

This example illustrates a process for making delayed release

35  azithromycin hydrophilic matrix tablets which are designed to release azithromycin predominantly below the duodenum.

WO 95/30422                                                    PCT/IB95/00264

71

Tablet cores were made first by shaking (Turbula System) for about 15 minutes in a jar 105 g azithromycin, 15 g. hydroxypropyl methylcellulose (HPMC, Dow Methocel® E4M-CR) and 27.75 g microcrystalline cellulose (Avicel PH-102, FMC Corp.). This blend was then passed through a 40

5 mesh sieve and shaken for ten minutes. Then, 2.25 g of magnesium stearate was added and the mixture was shaken for five minutes. Using a Manesty type F press fitted with 13/32 inch standard round concave (SRC) punches, the final blend was compressed into tablet cores.

A delayed-release coating suspension containing 12.3 %

10 methacrylic acid copolymers (Eudragit® L 30 D-55), 6.2 % talc, 1.5 % triethyl citrate and 80 % water was prepared and applied as a 10 % coating, using an HCT-30 Hi-Coater (Vector-Freund) to spray the solution onto the matrix tablet cores. Because the coating is soluble in environments where the pH is greater than 5.5, the tablets thus prepared release

15 azithromycin from the hydrophilic matrix tablet cores below the stomach where the pH is greater than 5.5, and the cores do so in a sustained manner that delivers azithromycin predominantly below the duodenum.

Example 18

20 This example illustrates a process for making an osmotic azithromycin sustained release tablet with a bilayer (two compartment) core surrounded by a semipermeable membrane with a passage through its surface. One tablet core layer has an osmotically effective composition containing azithromycin and the second tablet core layer contains an

25 expanding hydrogel.

The first tablet core layer material was prepared by Turbula blending for about 15 minutes 70 g polyethylene oxide having a molecular weight of 5,000,000 (Polyox® Coagulant), 23 g sodium chloride and 5 g hydroxypropyl methylcellulose (Dow Methocel® E4M) in a jar. The contents

30 were passed through a 60 mesh sieve and collected in a jar. Then, 2 g of magnesium stearate were added and the mixture Turbula blended for 5 minutes.

The second tablet core layer material containing azithromycin was prepared by Turbula blending for about 15 minutes 50 g azithromycin, 150 g

35 polyethylene oxide having a molecular weight of 100,000 (Polyox® N-20, Union Carbide Corp., Danbury, CT) and 10 g hydroxypropyl methylcellulose (Dow Methocel® E4M) in a jar. The contents were passed

72

through a 60 mesh sieve and collected in a jar. Then, 4 g of magnesium
stearate were added and the mixture Turbula blended for 5 minutes.

To make a bilayer tablet core, a Manesty type F press with 13/32
inch standard round concave (SRC) punches was used. First, the first tablet
5    core layer material was partially compressed in the punch. Then, the second
tablet core layer material containing azithromycin was filled on top of the first
layer and full compression was applied to form bilayer tablet cores.

A coating solution was prepared with 68 % methylene chloride,
28.5 % methanol, 3.3 % cellulose acetate (Eastman CA-398-10) and
10   1.7 % polyethylene glycol 3350. An HCT-30 Hi-Coater (Vector-Freund) was
used to spray the coating solution onto the bilayer tablet cores. Sufficient
coating was applied to form a wall around the tablet core of about 0.006 inch
thickness. After coating, the coater rotation was reduced and the cores were
dried for five minutes. The coating forms a semipermeable barrier wall
15   around the tablet core which is permeable to water and impermeable to
azithromycin and other tablet core excipients.

A 0.5mm hole was mechanically drilled through the coating to expose
the azithromycin-containing layer to the use environment.

20      Example 19

This example illustrates a process for making an osmotic
azithromycin sustained release tablet which was designed with a core
containing an osmotically effective composition surrounded by a
semipermeable membrane with a passage through its surface.
25      Tablet cores were made first by Turbula blending for about 10
minutes in a jar 30 g azithromycin fumarate with 70 g lactose. The contents
were passed through a 40 mesh sieve and collected in the jar. Then, 2 g
magnesium stearate were added and the mixture Turbula blended for 5
minutes. Using a Manesty type F press, the final blend was compressed
30   into tablet cores using 13/32 inch standard round concave (SRC) punches.

A coating solution was prepared with 68 % methylene chloride,
28.5 % methanol, 3.3 % cellulose acetate (Eastman CA-398-10) and
0.2 % polyethylene glycol 3350. An HCT-30 Hi-Coater (Vector-Freund) was
used to spray the coating solution onto the tablet cores. Sufficient coating
35   was applied to form a wall around the tablet core of about 0.006 inch
thickness. After coating, the coater rotation was reduced and the cores were
dried for five minutes. The coating forms a semipermeable barrier wall

73

around the tablet core which is permeable to water and impermeable to azithromycin and other tablet core excipients.

Next, different diameter passageways from .008 inch to 0.020 inch diameter were mechanically drilled through the top of the semipermeable
5   wall connecting the exterior of the tablet with the tablet core containing the azithromycin.

### Example 20

This example illustrates a process for making multiparticulates for use
10   in making delayed-release dosage forms designed to release azithromycin predominantly below the duodenum. The process comprises (1) preparing uncoated azithromycin multiparticulate cores; (2) applying a first, sustained-release diffusion barrier coating over the cores; and (3) applying a second , pH-sensitive, delayed release coating over the first coat.
15      Azithromycin-containing multiparticulate cores are prepared by blending azithromycin compound with microcrystalline cellulose (Avicel®️ PH101, FMC Corp., Philadelphia, PA) in relative amounts of 95:5 (w/w), wet massing the blend in a Hobart mixer with water equivalent to approximately 27 % of the weight of the blend, extruding the wet mass through a
20   perforated plate (Luwa EXKS-1 extruder, Fuji Paudal Co.,Osaka Japan), spheronizing the extrudate (Luwa QJ-230 marumerizer, Fuji Paudal Co.) and drying the final cores which are about 1 mm diameter.

Next, a Wurster bottom spray fluid bed processor (Glatt GPCG-1) is used to coat the uncoated azithromycin-containing multiparticulate with a
25   diffusion barrier coating. A plasticized ethylcellulose (Surelease®️) coating suspension diluted to 15% solids is sprayed onto the core particles. Typically, a 5 % to 20 % diffusion barrier coating is applied. The amount of barrier coating applied determines the rate of azithromycin release from the uncoated core.
30      Lastly, a Wurster bottom spray fluid bed processor (Glatt GPCG-1) is used to apply a delayed release coating over the diffusion barrier coated particles. Typical delayed release coating levels are 25 % to 50 % in order to be sure that the delayed release dissolution criterion are met. The delayed-release coating is a suspension containing 12.3 % methacrylic
35   acid copolymers (Eudragit®️ L 30 D-55), 6.2 % talc, 1.5 % triethyl citrate and  80 % water.

74

     Because the delayed release coating is soluble in environments where the pH is greater than 5.5, the multiparticulates thus prepared release azithromycin from the barrier coated particle cores below the stomach where the pH is greater than 5.5, and the particle cores do so in a sustained
5   manner that delivers azithromycin predominantly below the duodenum.

    <u>Example 21</u>

    This example illustrates a process for making multiparticulates for use in making delayed-release dosage forms designed to release azithromycin
10   predominantly below the duodenum. The process comprises (1) preparing uncoated azithromycin multiparticulate cores; (2) applying a protective coat over the core particles; and (3) applying a second , pH-sensitive, delayed release coating over the first coat.

    Multiparticulate cores containing drug are prepared using a fluid bed
15   processor with rotor insert (Model GPCG-1). The rotor bowl is initially charged with 400 g of azithromycin drug and a binder solution containing 5 % poly(ethyl acrylate, methyl acrylate)(Eudragit NE-30-D), 5 % plasticized hydroxypropyl methylcellulose (Opadry®) and 90 % water is sprayed into the rotating bed until an average core granule size of about
20   250 µm was achieved.

    Onto the uncoated core particles in the same fluid bed processor with rotor insert, a binder solution containing 5 % plasticized hydroxypropyl methylcellulose (Opadry®) solution is sprayed until a coating of 10 % is applied This intermediate coating enhances the adhesion to the core
25   particles of the final delayed release coating.

    A delayed release coating (typically 15 % to 50 % is required to meet the delayed release criterion) is applied using the same fluid bed processor as above. The delayed-release coating is a suspension containing 12.3 % methacrylic acid copolymers (Eudragit® L 30 D-55),
30   6.2 % talc, 1.5 % triethyl citrate and 80 % water. The final product is a delayed-release multiparticulate with particles having an average size of about 300 µm.

    <u>Example 22</u>
35       This example illustrates the preparation of azithromycin bead cores and coating them with a controlled-release coating. The coating can be

75

applied in conventional equipment. The rate of release of drug from the
coated beads is dependent on the amount of coating applied.

    Drug-containing beads are prepared by blending azithromycin
fumarate with microcrystalline cellulose (Avicel® CL 611. FMC) in relative
5  amounts of 95:5, wet-massing the blend in a Hobart mixer with water until a
dough is obtained, extruding the wet mass through a perforated plate (Luwa
extruder), and spheronizing the extrudate (Luwa spheronizer). The beads so
prepared are dried and coated in an Aeromatic Strea-1 benchtop Wurster
coater (batch size 100g). The coating solution is prepared by dissolving 36g
10  cellulose acetate (Eastman CA 398-10), 7.9g poly(ethylene glycol) (PEG
400), and the required amount of sorbitol in a mixture of methylene chloride,
methanol and water (15:10:1) sufficient to bring the polymer concentration to
about 2%. The coating is applied in the fluidized bed until the desired
thickness is obtained. The following compositions give sustained-release of
15  azithromycin:

| Sorbitol In Coating Solution | coating thickness |
|---|---|
| 3g | 0.01cm |
| 3g | 0.02cm |
| 3g | 0.05cm |
| 3g | 0.10cm |
| 6g | 0.01cm |
| 6g | 0.02cm |
| 6g | 0.05cm |
| 6g | 0.10cm |
| 12g | 0.01cm |
| 12g | 0.02cm |
| 12g | 0.05cm |
| 12g | 0.10cm |

### Example 23

This example illustrates the preparation of tablets coated with a
membrane which develops pores when placed in a use environment for
sustained release of azithromycin.

35    Oval-shaped tablets containing 750mg azithromycin fumarate, 100mg
sorbitol and 10mg magnesium stearate are prepared by compressing a

mixture of the powders on a Carver Press. The tablets are placed in a pan
coater and coated with a polymer solution containing cellulose acetate
(Eastman CA 383-40) and poly(ethylene glycol) (PEG 400) in acetone, to
which has been added impalpable lactose to give a ratio of CA:PEG:lactose

5   of 40:40:20 and a total solids content of 50g/l. The coating process is
continued until the tablets have received the desired amount of coating.
Coatings equivalent to 10%, 15%, 20%, 25%, and 30% of the tablet weight
give successive decreases in the rate of azithromycin release.

10   Example 24.
          This example illustrates the preparation of perforated coated tablets
with a coating of ethylcellulose which deliver azithromycin from a central
hole.
          Tablets containing 750mg azithromycin fumarate and 100mg

15   hydroxypropylmethylcellulose (Dow Methocel K100LV) are prepared by
compressing a mixture of the powders on a Carver press using a standard
round die and round flat-faced punches of 1.3cm diameter. The tablets are
coated in a pan coater with a solution containing 10% ethylcellulose (Dow
EC S-10) in acetone and ethanol until the applied coating reaches 20% of

20   the tablet weight. The coated tablets are removed from the coater and further
dried at 50°C overnight. A 2mm hole is then drilled through the center of
each tablet to yield a sustained release dosage form.

Example 25.
25        This example illustrates the preparation of perforated coated tablets
with a cellulose acetate coating which deliver azithromycin from a central
hole.
          Tablets containing 750mg azithromycin fumarate and 100mg
hydroxypropylmethylcellulose (Dow Methocel K100LV) are prepared by

30   compressing a mixture of the powders on a Carver press using a standard
round die and round flat-faced punches of 1.3cm diameter. The tablets are
coated in a pan coater with a solution containing 10% cellulose acetate
(Eastman 398-10) in acetone until the the applied coating reaches 20% of
the tablet weight. The coated tablets are removed from the coater and further

35   dried at 50°C overnight. A 2mm hole is then drilled through the center of
each tablet to yield a sustained release dosage form.

PCT/IB95/00264

Example 26.

This example illustrates the preparation of perforated coated tablets
with a copolymeric ethylene/vinyl acetate coating which deliver azithromycin
5    from a central hole.

Tablets containing 750mg azithromycin fumarate and 100mg
hydroxypropylmethylcellulose (Dow Methocel K100LV) are prepared by
compressing a mixture of the powders on a Carver press using a standard
round die and round flat-faced punches of 1.3cm diameter. The tablets are
10   coated by dipping into a solution containing 10% ethylene vinyl acetate
(Aldrich Chemical Co.) in methylene chloride. The coated tablets are further
dried at 50°C overnight. A 2mm hole is then drilled through the center of
each tablet to yield a sustained release dosage form.

15   Example 27.

This example illustrates preparation of perforated coated tablets
which utilize a geometric approach to linearizing the release of
azithromycin.

Tablets are prepared as in Example 26, except that conical punches
20   are used to give a tablet increasing in thickness from the center outward at
an angle of 30°. These tablets are completely coated by dipping into a
solution of 20% cellulose acetate (Eastman CA 398-10) in acetone. The
tablets are allowed to air dry, then are dried at 50° overnight. As before, a
1mm hole is drilled through the center of the tablet to yield a sustained-
25   release dosage form

Example 28.

This example illustrates preparation of hemispherical pellets having a
hole in the center of the flat face.
30   Azithromycin dihydrate and polyethylene (PEP-315, Union Carbide)
powder are each passed through a 60 mesh screen before use. The
following blends are prepared: