78

| Azithromycin | Polyethylene |
|---|---|
| 3g | 7g |
| 4g | 6g |
| 5g | 5g |
| 6g | 4g |
| 7g | 3g |

Each blend is prepared by mixing the powders for 5 minutes in a
Turbula mixer. An aliquot of each blend is then placed into a metal mold in
the form of a hollow cylinder having a round bottom. The radius of curvature
of the bottom of the mold is equal to that of the cylindrical section. (The mold
is split into two halves along the axis of the cylinder, to allow removal of the
compact.) Two different-sized molds are used to yield different doses: A
mold with radius of 0.5 cm is charged with 260 mg of blend, yielding pellets
containing 78, 104, 130, 156, and 182 mg of drug, for the blends described
above. A mold with radius of 1.0 cm is charged with 2100 mg of blend,
yielding pellets containing 630, 840, 1050, 1260, and 1470 mg of drug, for
the blends described above. The loaded mold is placed in an oven at 150°C
for 30 min. After heating, the blends are compressed in the mold by inserting
a tight-fitting metal plunger. The plunger is removed and the mold allowed to
cool for 20 min at room temperature. The mold is disassembled and the
hemispheric drug-containing pellets are removed and trimmed with a
scalpel to remove any irregular edges. The hemispheric pellets are placed
face-down in a dish and covered with molten paraffin. The resulting block of
paraffin is removed and cut into sections, each section containing one pellet.
The exposed face of each pellet is further coated with molten paraffin. After
the paraffin coating is solidified, a hole is drilled through the coating in the
center of the flat face of the hemisphere. The resulting hemispherical pellets
exhibit sustained-release of azithromycin. These pellets are usable as-is, or
several pellets can be placed into gelatin capsules to form higher-dose units
for dosing to humans or animals. Four of the 1 cm radius pellets of this
example, containing 1470 mg of azithromycin each, are placed in a capsule
of 2 cm inside diameter and 4 cm length to make a capsule containing
5880mg azithromycin.

WO 95/30422                                                        PCT/IB95/00264

79

Example 29.

This example illustrates the preparation of coated cylindrical tablets or boluses which deliver azithromycin through slits cut in the periphery of the coating.

5        A blend of azithromycin is prepared with 10% HPMC and 2% magnesium stearate and compression-molded into cylinders of 1 cm and 2 cm diameter. The length of the cylinders is dependent on the amount of blend charged into the mold, as shown in the table below:

| diameter | amt of blend | amt of azithromycin | length |
|----------|--------------|---------------------|--------|
| 1 cm | 1 g | 880 mg | 1.3 cm (approx) |
| 1 cm | 2 g | 1760 mg | 2.6 cm |
| 1 cm | 3 g | 2640 mg | 3.9 cm |
| 2 cm | 3 g | 2640 mg | 0.84 cm |
| 2 cm | 6 g | 5280 mg | 1.7 cm |
| 2 cm | 12 g | 10560 mg | 3.4 cm |

The cylinders so prepared are thoroughly coated with ethylcellulose (Dow EC S-100) by dipping into a solution of 20% EC in acetone and dried at 50°C overnight. A sharp blade is then used to cut four equidistant longitudinal slits, approximately 0.5mm wide, along the periphery of each

20   cylinder to yield sustained-release dosage forms. These larger dosage forms are especially useful for treatment of animals, especially ruminants, which can retain the dosage forms in the rumen for a prolonged period of time.

25        Example 30.

This example illustrates the preparation of a delivery system consisting of a porous hydrophobic membrane capsule with an osmotic "push" compartment to drive a piston acting on any dispensable azithromycin drug composition.

30        A porous hydrophobic membrane capsule is prepared by the following procedure:

First glucose is milled to a 230 mesh screen size. The milled glucose (15g) is then mixed with poly(d,l-lactide) (35g, 200,000 avg. mol. wt.) and the mixture is blended and milled. A quantity (1.15g) of the resulting particles is

35   then placed in a transfer mold where the particles are molded in the form of a membrane cup with an open end. The dimensions of the membrane cup

are 2.6 cm in length, with an inside diameter of 0.457cm and a wall
thickness of 0.06-0.08cm. The membrane cup is placed in water and at 37°C
for 14 days. The water is changed after 3,7, and 10 days. The membrane
cup is then cleaned with 70% ethanol/30% water, followed by water and
5    dried under vacuum.

Next, sodium chloride is milled to 230 mesh. To the milled sodium
chloride (6g) is added sodium carboxymethylcellulose (4g), and the mixture
is blended to produce a uniform osmotically effective composition. The
composition is pressed into osmotically effective tablets at a pressure of
10    1000lb to produce a 100mg cylindrical tablet with one flat and one convex
end, and with a diameter of about 0.457cm to conform to the inner shape of
the membrane cup.

An inert spacer or piston is formed by combining ultrathene (0.5g)
and vynathene (0.5g) and placing the mixture in a transfer mold shaped to
15    provide a piston to fit in the membrane cup.

The sodium chloride tablet is placed into the hydrophobic membrane
capsule. The piston is inserted into the capsule on top of the sodium
chloride tablet. A dispensable azithromycin composition (such as a slurry of
azithromycin in poly(ethylene glycol) or another suspending  agent) is then
20    filled on top of the piston. Lastly, the device is sealed with a cap which is
equipped with a hole for dispensing the drug. When placed in an aqueous
environment, device imbibes water by osmosis. This osmotic imbibition
drives the piston, which in turn acts on the azithromycin composition, forcing
it out the hole in the cap at a controlled rate.
25

Example 31.

This example illustrates the preparation of a pH-Dependent Coated
Tablet with a Cellulose Acetate Phthalate Coat

Azithromycin tablet cores are manufactured according to the formula
30    described in Table 31-1. Tablet cores are prepared by wet granulation of all
tablet ingredients (except magnesium stearate/sodium lauryl sulfate). The
dried granules are blended with the lubricant mixture magnesium stearate/
sodium lauryl sulfate, followed by tableting on a tablet press. Tablet cores
are then spray-coated with an acetone solution of cellulose acetate
35    phthalate (CAP) in a HCT-60 Hi-Coater® spray-coating apparatus (Freund
Ind. Corp., Tokyo). The CAP is plasticized with 25% (by weight)
diethylphthalate (DEP). Sufficient CAP is sprayed onto the tablets to result

81

in a final coating polymer weight, after drying, of 20 wt%, relative to the
weight of the uncoated tablet bed.

5                              Table 31-1
                    Azithromycin Tablet Core Formulation

| COMPONENT | WEIGHT (MG/TABLET) |
|---|---|
| Azithromycin dihydrate* | 524.10 |
| Pregelatinized starch** | 54.00 |
| Calcium phosphate dibasic, anhydrous | 277.68 |
| Sodium croscarmellose# | 18.00 |
| Magnesium stearate/Sodium lauryl sulfate (90/10) | 26.22 |
| TOTAL | 900 |

\*    Based on a theoretical potency of 95.4%.
\*\*   Starch 1500
10   #   Ac-Di-Sol (FMC Corp.).


Example 32.
      This example illustrate the preparation of a pH-Dependent CAP-
Coated Tablet with Barrier Coat.
15          Azithromycin tablets are manufactured as described in Example 31.
Tablets are spray coated with a solution of hydroxypropylmethylcellulose
(HPMC; Colorcon, Inc.) in water, using a HCT-60 Hi-Coater.  In this manner,
tablets are coated with a 5 wt% barrier coat of HPMC, relative to the initial
tablet weight.  Tablets are then further spray-coated with cellulose acetate
20   phthalate (CAP) and DEP plasticizer (as described in Example 31), in the
HCT-60 Hi-Coater.   Sufficient CAP is sprayed onto the tablets to result in a
final coating polymer weight, after drying , of 20 wt%, relative to the weight of
the uncoated tablet.  The HPMC coat serves as a barrier between
azithromycin and the pH-sensitive CAP coat.  This barrier coat prevents
25   premature dissolution (or weakening) of the CAP coat, e.g., in the low pH
environment of the stomach, potentially caused by a locally high pH in the
tablet interior due to the presence of azithromycin.

Example 33.

This example illustrates the preparation of a pH-Dependent Coated Tablet with an Acrylic Resin Coat.

Azithromycin tablets are manufactured according to Example 31.

5   Tablets are then spray-coated with an acrylic resin in an HCT-60 Hi-Coater® spray-coating apparatus (Freund Ind. Corp., Tokyo). The resin consists of a 1:1 (w/w) mixture of Eudragit-L® and Eudragit-S®, which are methacrylic acid/methyl methacrylate copolymers, available from the RöhmPharma Corporation (Darmstadt, Germany). The formula for the spray

10   coating solution is given in Table 33-1. The Eudragit-L/S Primary Layer coating formulation is sprayed on the tablets in the Hi-Coater, followed by spray-coating with the Covering Layer formulation. The total coating polymer weight applied is 15% of the weight of the uncoated tablet bed.

15                          Table 33-1.
              Eudragit® Spray-Coating Formulation for Tablets

| PRIMARY LAYER | PARTS BY WEIGHT |
|---|---|
| 1:1 Eudragit -L/S 12.5% soln. | 2000 |
| Dibutylphthalate | 25 |
| Talc | 50 |
| Isopropyl alcohol/acetone | to 4000 |
| COVERING LAYER (COLORED) | |
| 1:1 Eudragit-L/S 12.5% soln. | 1200 |
| Talc | 140 |
| Magnesium stearate | 40 |
| Titanium dioxide | 50 |
| Pigment | 50 |
| PEG-6000 | 20 |
| Water | 40 |
| Isopropyl alcohol/acetone | to 3000 |

Example 34.

20      This example illustrates the preparation of a pH-Dependent Acrylic Resin-Coated Tablet with Barrier Coat.

Azithromycin tablets are manufactured according to Example 31. Tablets are spray coated with a solution of hydroxypropylmethylcellulose (HPMC) (Colorcon, Inc.) in water, using a HCT-60 Hi-Coater. In this manner, tablets are coated with a 5 wt% barrier coat of HPMC, relative to the initial

5   tablet weight. Tablets are then spray-coated with an acrylic resin in an HCT-60 Hi-Coater® spray-coating apparatus (Freund Industries Corp, Tokyo). The resin consists of a 1:1 (w/w) mixture of Eudragit-L® and Eudragit-S®, which are methacrylic acid/methyl methacrylate copolymers, provided by the RöhmPharma Corporation (Darmstadt, Germany). The

10   formula for the spray coating solution is given in Table 33-1. The Eudragit-L/S Primary Layer coating formulation is sprayed on the tablets in the Hi-Coater, followed by spray-coating with the Covering Layer formulation. The total acrylic resin polymer weight applied is 15% of the weight of the uncoated tablet bed. The HPMC undercoat serves as a barrier between

15   azithromycin and the pH-sensitive acrylic resin coat. This barrier coat prevents premature dissolution (or weakening) of the acrylic resin coat, e.g., in the low pH environment of the stomach, potentially caused by a locally high pH in the tablet interior due to the presence of azithromycin.

Example 35.

20       This example illustrates the preparation of Azithromycin Tablets with a Double Delayed Release Coat.

Azithromycin tablets are manufactured according to Example 31. Tablets are spray coated with an aqueous mixture of ethylcellulose (EC) (Surelease; Colorcon Inc.) and hydroxypropylmethylcellulose (HPMC)

25   (Opadry®; Colorcon Inc.) at 70/30 EC/HPMC, using a HCT-60 Hi-Coater®. In this manner, tablets are coated with a 5 wt% coat of EC/HPMC, relative to the initial tablet weight. Tablets are then spray-coated with an acrylic resin in an HCT-60 Hi-Coater® spray-coating apparatus (Freund Industries Corp., Tokyo). The resin consists of a 1:1 (w/w) mixture of Eudragit-L® and

30   Eudragit-S®, which are methacrylic acid/methyl methacrylate copolymers, available from RöhmPharma Corporation (Darmstadt, Germany). The formula for the spray coating solution is given in Table 33-1. The Eudragit-L/S Primary Layer coating formulation is sprayed on the tablets in the Hi-Coater, followed by spray-coating with the Covering Layer formulation. The

35   total acrylic resin coating polymer weight applied is 10% of the weight of the uncoated tablet bed.

Example 36.

This example illustrates the preparation of pH-Dependent Coated Beads.

Azithromycin beads are prepared as follows.  Azithromycin, microcrystalline cellulose, and water (according to the formula in Table 36-1) are mixed in a Hobart mixer to form a paste.  The paste is extruded into strands and spheronized, using a Fuji-Paudal extruder/spheronizer, forming small beads (about 1 mm diam), which are subsequently dried.  The beads are subsequently spray-coated with an acrylic resin in a Glatt GPCG-1 Fluid Bed Processor.  The resin consists of a 1:1 (w/w) mixture of Eudragit-L® and Eudragit-S®, which are methacrylic acid/methyl methacrylate copolymers, provided by the RöhmPharma Corporation (Darmstadt, Germany).  The formula for the coating solutions is presented in Table 33-1.  The Eudragit-L/S Primary Layer coating formulation  is sprayed on the beads in the fluid bed processor, followed by spray-coating with the Covering Layer formulation.  The total coating polymer weight applied is 25% of the weight of the uncoated bead bed.

Table 36-1.
Formula for Azithromycin beads of Example 36.

| Component | mg/g |
|---|---|
| Azithromycin dihydrate* | 951.61 |
| Microcrystalline cellulose** | 48.39 |
| Water# | 270.00 |
| TOTAL | 1,000.00 |

*    Bulk potency 93.0%.

**   Avicel PH101

#    Volatile, substantially removed from final dosage form.

Example 37.

This example illustrates the preparation of pH-Dependent Coated Beads with an HPMC Barrier Coating.

WO 95/30422

85

PCT/IB95/00264

Azithromycin/microcrystalline cellulose beads were prepared as in Example 36. In a Glatt GPCG-1 Fluid Bed Processor, these beads are coated with an aqueous solution of HPMC (Opadry®, Colorcon, Inc.). The final dry HPMC barrier coat comprises 5% of the weight of the uncoated

5   beads. The HPMC-coated azithromycin beads are then coated with a 25% (by weight) coat of acrylic resin as described in Example 36. The HPMC undercoat serves as a barrier between azithromycin and the pH-sensitive acrylic resin coat. This barrier coat prevents premature dissolution (or weakening) of the acrylic resin coat, e.g., in the low pH environment of the

10  stomach, potentially caused by a locally high pH in the tablet interior due to the presence of azithromycin.

What is claimed is:

1.      A controlled release dosage form comprising azithromycin and a pharmaceutically acceptable carrier which, following ingestion by a mammal
5    in need thereof, releases azithromycin to said mammal's gastrointestinal tract at a rate such that the total amount of azithromycin released therein is:

     not more than about 4 mg of azithromycin per kg of mammal weight in the first 15 minutes after ingestion,

     not more than about 10 mg of azithromycin per kg of mammal weight in
10   the first hour after ingestion,

     not more than about 20 mg of azithromycin per kg of mammal weight in the first 2 hours after ingestion,

     not more than about 30 mg of azithromycin per kg of mammal weight in the first 4 hours after ingestion, and

15      not more than about 40 mg of azithromycin per kg of mammal weight in the first 6 hours after ingestion

2.      A controlled release dosage form comprising azithromycin and a pharmaceutically acceptable carrier which, following ingestion by a mammal
20   in need thereof, releases azithromycin to said mammal's gastrointestinal tract at a rate such that the total amount of azithromycin released therein is:

     not more than about 200 mg of azithromycin in the first 15 minutes after ingestion,

     not more than about 500 mg of azithromycin in the first hour after
25   ingestion,

     not more than about 1000 mg in the first 2 hours after ingestion,

     not more than about 1500 mg in the first 4 hours after ingestion, and

     not more than about 2000 mg in the first 6 hours after ingestion.

30   3.      A dosage form as defined in claim 2, wherein said azithromycin is embedded in a matrix, which releases said azithromycin by diffusion.

4.      A dosage form as defined in claim 3, wherein said matrix remains substantially intact during the period of drug release.

35

5.      A dosage form as defined in claim 3, wherein said azithromycin is embedded in a matrix which releases said azithromycin by eroding.

WO 95/30422

87

PCT/IB95/00264

6.     A dosage form as defined in claim 5, wherein said matrix comprises hydroxypropyl methylcellulose.

5     7.     A dosage form as defined in claim 5, wherein said matrix comprises hydroxypropyl cellulose.

8.     A dosage form as defined in claim 5, wherein said matrix comprises poly(ethylene oxide).

10

9.     A dosage form as defined in claim 5, wherein said matrix comprises polyacrylic acid.

10.     A dosage form as defined in claim 2, comprising a reservoir of

15     azithromycin encased in a membrane which limits the release rate of azithromycin to said GI tract by diffusion.

11.     A dosage form as defined in claim 10, in the form of a tablet coated with a membrane.

20

12.     A dosage form as defined in claim 2, in the form of a multiparticulate comprising particles each of which is coated with a membrane which limits the release rate of said azithromycin by diffusion.

25     13.     A dosage form as defined in claim 3, wherein a portion of the outside surface of said matrix is covered with an impermeable coating and the remainder of said outside surface is uncovered.

14.     A dosage form as defined in claim 13, substantially in the shape of a

30     cylinder wherein said impermeable coating covers one or both of the opposing flat surfaces thereof.

15.     A dosage form as defined in claim 13, substantially in the shape of a cylinder wherein said impermeable coating covers only the radial surface

35     thereof.

88

16.    A dosage form as defined in claim 13, in the form of a tablet, wherein said uncovered area is in the form of an opening through said impermeable coating.

5    17.    A dosage form as defined in claim 13, in the form of a tablet, wherein said uncovered area is in the form of a passageway which penetrates through the entire device.

18.    A dosage form as defined in claim 13, in the form of a tablet,
10    wherein said uncovered area is in the form of one or more slits through said impermeable coating or in the form of one or more strips removed therefrom.

19.    A dosage form as defined in claim 13, substantially in the form of a cone, wherein the uncovered area an opening for drug transport at or near
15    the apex of the cone.

20.    A dosage form as defined in claim 13, substantially in the shape of a hemisphere, wherein the uncovered area is in the form of an opening for drug transport at or near the center of the flat face of the hemisphere.
20

21.    A dosage form as defined in claim 13, substantially in the shape of a half-cylinder, wherein the uncovered area is in the form of one or more slits at or near the centerline of the flat face of said half-cylinder.

25    22.    A method for administering azithromycin to a human in need of such treatment, comprising orally administering said azithromycin to said human in a dosage form which effects release of said azithromycin into the GI tract at a rate such that the total amount of azithromycin released therein is;
                less than about 200mg in the first 15 minutes following ingestion,
30                less than about 500 mg in the first hour following ingestion,
                less than about 1000 mg in the first 2 hours following ingestion,
                less than about 1500 mg in the first 4 hours following ingestion, and
                less than about 2000 mg in the first 6 hours after ingestion.

WO 95/30422                                          PCT/IB95/00264

89

23.     A process for preparing a multiparticulate dosage form of azithromycin comprising the steps of:

a) granulating azithromycin bulk drug substance with a binder to obtain a granulation having an average particle size from about 50 to about 300 µM;

5   b) substantially immediately thereafter coating the granulated azithromycin with a sustained release membrane-forming material in an amount of about 5 to 30% of the total weight of the coated product; and

c) thereafter further coating the product of said step (b) with additional polymer until the total amount of polymer coating is from about 25% to about

10   70% of the total weight of the coated product.

24.     A process as defined in claim 23, comprising the additional step of coating the product of step (c) with a pH-sensitive polymer which is soluble at a pH > 6, but insoluble at a pH < 4.

15

25.     A process as defined in claim 24, wherein the sustained-release polymer is ethylcellulose and the pH-sensitive polymer is a copolymer of methacrylic acid and methylmethacrylate or cellulose acetate phthalate.

20   26.   A dosage form for oral administration comprising azithromycin and a pharmaceutically acceptable carrier, which releases not more than 10% of its incorporated azithromycin into a mammal's stomach, and which releases not more than an additional 10% during the first 15 minutes after entering said mammal's duodenum.

25

27.   A dosage form as defined in claim 26, wherein said mammal is a human.

28.     A dosage form as defined in claim 26, in the form of a tablet.

30

29.     A dosage form as defined in claim 26, comprising a multiparticulate having a diameter between about 0.5 mm and about 3 mm.

30.     A dosage form as defined in claim 26, comprising a a

35   multiparticulate having a diameter between about 0.1 and about 0.5 mm.

31.  A dosage form as defined in claim 28, coated with a membrane comprising a polymer which is substantially insoluble and/or impermeable to azithromycin at the pH of the stomach, and is soluble and/or permeable to azithromycin at the pH of the small intestine and colon.

5

32.  A dosage form as defined in claim 31, wherein said polymer is selected from cellulose acetate phthalate, polyvinylacetate phthalate, hydroxypropyl methylcellulose phthalate, and copolymers comprising acrylic acid and at least one acrylic acid ester.

10

33.  A dosage form as defined in claim 29, wherein said multiparticulate are coated with a membrane comprising a polymer that is substantially insoluble and/or impermeable to azithromycin at the pH of the stomach, and is soluble and/or permeable to azithromycin at the pH of the small intestine and colon.

15

34.  A dosage form as defined in claim 33, wherein said polymer is selected from cellulose acetate phthalate, polyvinylacetate phthalate, hydroxypropyl methylcellulose phthalate, and copolymers comprising acrylic acid and at least one acrylic acid ester.

20

35.  A dosage form as defined in claim 30, wherein said particles are coated with a membrane comprising a polymer that is substantially insoluble and/or impermeable to azithromycin at the pH of the stomach, and is soluble and/or permeable to azithromycin at the pH of the small intestine and colon.

25

36.  A dosage form as defined in claim 35, wherein said polymer is selected from cellulose acetate phthalate, polyvinylacetate phthalate, hydroxypropyl methylcellulose phthalate, and copolymers comprising acrylic acid and at least one acrylic acid ester.

30

37.  A dosage form as defined in claim 28, wherein said tablet optionally further comprises one or more osmagents, said tablet being surrounded by a semipermeable membrane that is permeable to water and substantially impermeable to said azithromycin and said osmagents.

35

WO 95/30422                                                                    PCT/IB95/00264

91

38.     A dosage form as defined in claim 29, said multiparticulate further comprising one or more osmagents, said multiparticulate being surrounded by a semipermeable membrane that is permeable to water and substantially impermeable to azithromycin and osmagents.

5

39.     A dosage form as defined in claim 28, further comprising at least one swellable material, said tablet being surrounded by a semipermeable membrane that is permeable to water and substantially impermeable to azithromycin and said swellable material.

10

40.     A dosage form as defined in claim 29, further comprising at least one swellable material, each of said multiparticulate being surrounded by a semipermeable membrane that is permeable to water and substantially impermeable to azithromycin and said swellable materials.

15

41.     A dosage form as defined in claim 28, comprising:
        a core comprising azithromycin and at least one osmagent;
        a wall surrounding said tablet comprising a semipermeable membrane which is permeable to water and substantially impermeable to
20  azithromycin and osmagent; and
        a pH-sensitive trigger means attached to said semipermeable membrane for triggering the bursting of the tablet, said trigger means triggering at a pH between 3 and 9.

25  42.     A dosage form as defined in claim 29, said multiparticulate each further comprising
        one or more osmagents, each multiparticulate being surrounded by a wall comprising a semipermeable membrane which is permeable to water and substantially impermeable to azithromycin and osmagent; and
30      a pH-sensitive trigger means attached to said semipermeable membrane for triggering the bursting of the multiparticulate said trigger means triggering at a pH between 3 and 9.

43.     An azithromycin dosage form as defined in claim 41, wherein said
35  core further comprises at least one swelling material.

WO 95/30422                                                          PCT/IB95/00264

92

44.    An azithromycin dosage form as defined in claim 42, wherein said multiparticulate further each comprise at least one swelling material.

45.  A dosage form as defined in claim 28, comprising:

5        a core comprising azithromycin and at least one osmagent;

         a membrane surrounding said tablet core wherein said membrane is fabricated from a microporous hydrophobic support material;

         a hydrophobic liquid entrained within said membrane, said hydrophobic liquid being substantially impermeable to water and azithromycin, but being

10   capable of changing to become substantially permeable to water and azithromycin.

46.  A dosage form as defined in claim 29, comprising:

         a core comprising azithromycin and at least one osmagent;

15        a membrane surrounding said multiparticulate core wherein said membrane is fabricated from a microporous hydrophobic support material;

         a hydrophobic liquid entrained within said membrane, said hydrophobic liquid being substantially impermeable to water and azithromycin, but being capable of changing to become substantially permeable to water and

20   azithromycin.

47.  An azithromycin-containing dosage form as defined in claim 28, comprising:

         a core comprising azithromycin and at least one swelling material;

25        a membrane surrounding said tablet core wherein said membrane is fabricated from a microporous hydrophobic support material;

         a hydrophobic liquid entrained within said membrane, said hydrophobic liquid being substantially impermeable to water and azithromycin, but being capable of changing to become substantially permeable to water and

30   azithromycin.

48.  A dosage form as defined in claim 29, comprising:

         a core comprising azithromycin and at least one swelling material;

         a membrane surrounding said multiparticulate core wherein said

35   membrane is fabricated from a microporous hydrophobic support material;

WO 95/30422                                    PCT/IB95/00264

93

a hydrophobic liquid entrained within said membrane, said hydrophobic liquid being substantially impermeable to water and azithromycin, but being capable of changing to become substantially permeable to water and azithromycin.

5

49.  An azithromycin-containing dosage form as defined in claim 28, comprising:

a core comprising azithromycin and at least one swelling material and/or at least one osmagent;

10      a membrane surrounding said tablet core wherein said membrane is substantially impermeable to azithromycin and labile to enzymes produced by bacteria which inhabit the colon.

50.  An azithromycin-containing dosage form as defined in claim 29,

15  comprising:

a core comprising azithromycin and at least one swelling material and/or at least one osmagent;

a membrane surrounding said multiparticulate core wherein said membrane is substantially impermeable to azithromycin and labile to

20  enzymes produced by bacteria which inhabit the colon.

51.  An azithromycin-containing dosage form as defined in claim 49, wherein said membrane comprises a polymer comprising at least one ethylenically unsaturated monomer crosslinked by a substituted or

25  unsubstituted divinylazobenzene.

52.  An azithromycin-containing dosage form as defined in claim 50, wherein said membrane comprises a polymer comprising at least one ethylenically unsaturated monomer crosslinked by a substituted or

30  unsubstituted divinylazobenzene.

53.  An azithromycin-containing dosage form as defined in claim 49, wherein said membrane comprises at least one polysaccharide.

35  54.  An azithromycin-containing dosage form as defined in claim 50, wherein said membrane comprises at least one polysaccharide.

94

55.    An azithromycin-containing dosage form as defined in claim 26, in the form of a capsule comprising two interpenetrating pieces, a first male piece comprising a water-swellable material, which swells to effect
5   disengagement of a second female piece upon administration to said mammal.

56.    A method of treating a mammal with azithromycin with a reduced incidence of gastrointestinal side effects relative to a bolus oral dose, said
10   method comprising administering to said mammal an azithromycin-containing dosage form as defined in claim 2.

57.    An azithromycin-containing dosage form comprising:
       a tablet comprising azithromycin and a swelling material,
15       a membrane around said tablet, wherein said membrane possesses pores through which said azithromycin and swelling material may exit, or wherein said membrane contains water-soluble porosigens which leach out of said membrane in the aqueous use environment providing pores through which said azithromycin and swelling material may exit.
20

58.    An azithromycin-containing dosage form comprising:
       core multiparticulate comprising azithromycin and a swelling material,
       a membrane around each said core multiparticulate, wherein said membrane possesses pores through which said azithromycin and swelling
25   material may exit, or wherein said membrane contains water-soluble porosigens which leach out of said membrane in the aqueous use environment providing pores through which said azithromycin and swelling material may exit.

30   59.    A dosage form as defined in claim 2 in the form of a coated bi-layer tablet, wherein one layer of said tablet comprises a water-swellable composition and the second layer of said tablet comprises a dispensible azithromycin composition, said tablet being coated with a water-permeable membrane which is substantially impermeable to azithromycin, and which
35   contains one or more perforations or passageways for exposing the azithromycin-containing composition to the use environment.

WO 95/30422
PCT/IB95/00264

95

60.  A dosage form as defined in claim 2 in the form of a coated tablet comprising a water-soluble salt of azithromycin, said tablet having a water-permeable coating which is substantially impermeable to azithromycin and substantially non-porous, said coating containing one or more perforations

5   or passageways, for exposing the interior of the tablet to a use environment.

61.  A dosage form as defined in claim 2 in the form of a coated tablet comprising azithromycin, said tablet having a porous coating which permits transport of both water and azithromycin through said porous coating.

10

62.  A dosage form as defined in claim 2 in the form of a coated multiparticulate formulation wherein each particle comprises azithromycin and has a porous coating which permits transport of both water and azithromycin through said porous coating.

15

63.     A dosage form as defined in claim 1, wherein said azithromycin is embedded in a matrix, which releases said azithromycin by diffusion.

64.     A dosage form as defined in claim 1, comprising a reservoir of

20   azithromycin encased in a membrane which limits the release rate of azithromycin to said GI tract by diffusion.

65.     A dosage form as defined in claim 1, in the form of a multiparticulate comprising particles each of which is coated with a membrane which limits

25   the release rate of said azithromycin by diffusion.

66.     A method of treating a mammal with azithromycin with a reduced incidence of gastrointestinal side effects relative to a bolus oral dose, said method comprising dosing an azithromycin-containing dosage form as

30   defined in claim 1.

67.     A method of treating a mammal with azithromycin with a reduced incidence of gastrointestinal side effects relative to a bolus oral dose, said method comprising dosing an azithromycin-containing dosage form as

35   defined in claim 26.

96

68.  A dosage form as defined in claim 1 in the form of a coated bi-layer tablet, wherein one layer of said tablet comprises a water-swellable composition and the second layer of said tablet comprises a dispensible azithromycin composition, said tablet being coated with a water-permeable
5  membrane which is substantially impermeable to azithromycin, and which contains one or more perforations for exposing the azithromycin-containing composition to the use environment.

69.  A dosage form as defined in claim 1 in the form of a coated tablet
10  comprising a water-soluble salt of azithromycin, said tablet having a water-permeable coating which is substantially impermeable to azithromycin and substantially non-porous, said coating containing one or more perforations or passageways, for exposing the interior of the tablet to a use environment.

15  70.  A dosage form as defined in claim 1 in the form of a coated tablet comprising azithromycin, said tablet having a porous coating which permits transport of both water and azithromycin through said porous coating.

71.  A dosage form as defined in claim 1 in the form of a coated
20  multiparticulate formulation wherein each particle comprises azithromycin and has a porous coating which permits transport of both water and azithromycin through said porous coating.

WO 95/30422                                        PCT/IB95/00264

1/1



FIG. 1

# INTERNATIONAL SEARCH REPORT

| | |
|---|---|
| Internati... Application No | PCT/IB 95/00264 |

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 6   A61K31/71   A61K9/00   A61K9/20   A61K9/28

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 6   A61K

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category ° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | EP,A,0 307 128 (PFIZER INC.) 15 March 1989<br><br>see claims<br>see examples 2-5<br>--- | 1,11,12, 23-29 |
| A | EP,A,0 582 396 (PFIZER INC.) 9 February 1994<br>see claims 5,12,14,15<br>see page 5, line 1 - line 3<br>see page 5, line 15 - line 19<br>see page 5, line 24 - line 40<br>see examples 1,2<br>---<br><br>-/-- | 1,11,12, 23-29 |

| [X] | Further documents are listed in the continuation of box C. | [X] | Patent family members are listed in annex. |
|---|---|---|---|

° Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 10 July 1995 | 25. 07. 95 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tel. (+31-70) 340-2040, Tx. 31 651 epo nl,<br>Fax: (+31-70) 340-3016 | Scarponi, U |

Form PCT/ISA/210 (second sheet) (July 1992)

1

## INTERNATIONAL SEARCH REPORT

| | Internati    Application No |
|---|---|
| | PCT/IB 95/00264 |

C.(Continuation)  DOCUMENTS CONSIDERED TO BE RELEVANT

| Category * | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| E | WO,A,95 09601 (THE PROCTER & GAMBLE COMPANY,U.S.A.) 13 April 1995<br>see claims 1-3,6-9<br>see page 4, line 20 - line 27<br>see page 4, line 36 - line 38<br>see page 5, line 8 - line 15<br>see page 5, line 29 - line 39<br>----- | 1,6,7,9,<br>11,26-28 |

Form PCT/ISA/210 (continuation of second sheet) (July 1992)

# INTERNATIONAL SEARCH REPORT

Information on patent family members

| | Internati Application No |
|---|---|
| | PCT/IB 95/00264 |

| Patent document cited in search report | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|
| EP-A-0307128 | 15-03-89 | WO-A- | 8902271 | 23-03-89 |
| | | CA-A- | 1334574 | 28-02-95 |
| | | DE-A- | 3869880 | 14-05-92 |
| | | JP-A- | 2083326 | 23-03-90 |
| | | JP-B- | 6067847 | 31-08-94 |
| | | KR-B- | 9311996 | 23-12-93 |
| | | US-A- | 4963531 | 16-10-90 |
| EP-A-0582396 | 09-02-94 | AU-B- | 655892 | 12-01-95 |
| | | AU-B- | 4426193 | 28-04-94 |
| | | CN-A- | 1083728 | 16-03-94 |
| | | CZ-A- | 9301518 | 16-03-94 |
| | | HU-A- | 64692 | 28-02-94 |
| | | JP-A- | 6206824 | 26-07-94 |
| | | NO-A- | 932736 | 31-01-94 |
| | | PL-A- | 299865 | 07-02-94 |
| WO-A-9509601 | 13-04-95 | AU-B- | 7957994 | 01-05-95 |

INTERNATIONAL SEARCH REPORT

| Interna~ nal application No. |
| --- |
| PCT/IB 95/00264 |

**Box I    Obs~rvations where certain claims were found unsearchable (Continuation of item 1 of first sheet)**

This international search report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons:

1. [X] Claims Nos.:
    because they relate to subject matter not required to be searched by this Authority, namely:
    Remark:Although claims 22,56,66-67 are directed to a method of treatment of

    the human body by therapy (Rule 39.1(iv)PCT) the search has been carried ou
    t and based on the alleged effects of the composition.

2. [ ] Claims Nos.:
    because they relate to parts of the international application that do not comply with the prescribed requirements to such
    an extent that no meaningful international search can be carried out, specifically:

3. [ ] Claims Nos.:
    because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

**Box II   Observations where unity of invention is lacking (Continuation of item 2 of first sheet)**

This International Searching Authority found multiple inventions in this international application, as follows:

1. [ ] As all required additional search fees were timely paid by the applicant, this international search report covers all
    searchable claims.

2. [ ] As all searchable claims could be searches without effort justifying an additional fee, this Authority did not invite payment
    of any additional fee.

3. [ ] As only some of the required additional search fees were timely paid by the applicant, this international search report
    covers only those claims for which fees were paid, specifically claims Nos.:

4. [ ] No required additional search fees were timely paid by the applicant. Consequently, this international search report is
    restricted to the invention first mentioned in the claims; it is covered by claims Nos.:

**Remark on Protest**            [ ] The additional search fees were accompanied by the applicant's protest.

                                 [ ] No protest accompanied the payment of additional search fees.

# EXHIBIT 36

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
16 June 2005 (16.06.2005)

PCT



(10) International Publication Number
**WO 2005/053650 A1**

(51) International Patent Classification⁷: **A61K 9/16**

(21) International Application Number:
PCT/IB2004/001654

(22) International Filing Date:     14 May 2004 (14.05.2004)

(25) Filing Language:     English

(26) Publication Language:     English

(30) Priority Data:
60/527,084     4 December 2003 (04.12.2003)     US
10/763,340     23 January 2004 (23.01.2004)     US

(71) Applicant (for all designated States except US): **PFIZER PRODUCTS INC.** [US/US]; Eastern Point Road, Groton, CT 06340 (US).

(72) Inventors; and
(75) Inventors/Applicants (for US only): **HAGEN, Timothy, Arthur** [US/US]; Pfizer Global Research and Development, Eastern Point Road, Groton, CT 06340 (US). **HERBIG, Scott, Max** [US/US]; Pfizer Global Research and Development, Eastern Point Road, Groton, CT 06340 (US). **LO, Julian, Belknap** [US/US]; Pfizer Global Research and Development, Eastern Point Road, Groton, CT 06340 (US). **THOMBRE, Avinash, Govind** [US/US]; Pfizer Global Research & Development, Eastern Point Road, Groton, CT 06340 (US). **APPEL, Leah, Elizabeth** [US/US]; Bend Research Inc., 64550 Research Road, Bend, OR 97701 (US). **CREW, Marshall, David** [US/US]; Bend Research Inc., 64550 Research Road, Bend, OR 97701 (US). **FIESEN, Dwayne, Thomas** [US/US]; Bend Research Inc., 64550 Research Road, Bend, OR 97701 (US). **LYON, David, Keith** [US/US];

Bend Research Inc., 64550 Research Road, Bend, OR 97701 (US). **MCCRAY, Scott, Baldwin** [US/US]; Bend Research Inc., 64550 Research Road, Bend, OR 97701 (US). **WEST, James, Blair** [US/US]; Bend Research Inc., 64550 Research Road, Bend, OR 97701 (US).

(74) Agents: **FULLER, Grover, F., Jr.** et al.; c/o SIMPSON, Alison, Urquhart-Dykes & Lord LLP, 30 Welbeck Street, London W1G 8ER (GB).

(81) Designated States (unless otherwise indicated, for every kind of national protection available): AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) Designated States (unless otherwise indicated, for every kind of regional protection available): ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IT, LU, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— with international search report

For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.



WO 2005/053650 A1

---

(54) Title: AZITHROMYCIN DOSAGE FORMS WITH REDUCED SIDE EFFECTS

(57) **Abstract:** An oral dosage form comprising azithromycin and an effective amount of an alkalizing agent. Preferably, said oral dosage form comprises an effective amount of an alkalizing agent and an azithromycin multiparticulate wherein said multiparticulate comprises azithromycin, a mixture of glyceryl monobehenate, glyceryl dibehenate and glyceryl tribehenate, and a poloxamer. Typically, the oral dosage form includes any suitable oral dosing means such as a powder for oral suspension, a unit dose packet or sachet, a tablet or a capsule. Additionally disclosed is an oral suspension comprising azithromycin, an effective amount of an alkalizing agent and a vehicle. Preferably, the azithromycin is in multiparticulate form wherein said multiparticulate comprises azithromycin, a mixture of glyceryl monobehenate, glyceryl dibehenate and glyceryl tribehenate, and a poloxamer. Also disclosed is a method for reducing gastrointestinal side effects, associated with administering azithromycin to a mammal, comprising contiguously administering azithromycin and an effective amount of alkalizing agent to said mammal wherein the frequency of gastrointestinal side effects is lower than that experienced by administering an equal dose of azithromycin without said alkalizing agent. Further disclosed is a method of treating a bacterial or protozoal infection in a mammal in need thereof comprising contiguously administering to said mammal a single dose of an oral dosage form wherein said oral dosage form comprises azithromycin and an effective amount of an alkalizing agent. Additionally disclosed are azithromycin multiparticulates comprising azithromycin, a surfactant; and a pharmaceutically acceptable carrier.

## AZITHROMYCIN DOSAGE FORMS WITH REDUCED SIDE EFFECTS

5       BACKGROUND OF THE INVENTION

Azithromycin is an antibiotic which is administered orally or intravenously, to treat various infections, particularly infections of the urinary tract, bronchial tract, lungs, sinuses and the middle ear.

Oral dosing of azithromycin can result in adverse gastrointestinal (GI) side
10      effects such as nausea, cramping, diarrhea and vomiting in a significant number of patients. Such GI side effects can also occur in non-human mammals, e.g., dogs. In combined clinical studies of azithromycin involving 3,995 human patients (all dose levels combined), 9.6% of patients reported GI side effects; the most frequent of these side effects were diarrhea (3.6%), nausea (2.6%), and abdominal pain
15      (2.5%) Hopkins, 91 Am. J. Med. 40S (suppl 3A 1991).

The frequency of these adverse effects increase with higher dose levels of azithromycin. In treating adult humans, for a single 1 gram dose, administered in an oral suspension, the reported incidence of various GI side effects was 7% diarrhea/loose stools, 5% nausea, 5% abdominal pain, and 2% vomiting (U.S.
20      Package Insert for Zithromax® azithromycin for oral suspension). However, for a single 2 gram, administered in an oral suspension, the reported incidence of various GI side effects was 14% diarrhea/loose stools, 7% abdominal pain, and 7% vomiting (Ibid.).

Similarly, in treating pediatric humans, by administering an oral suspension
25      containing 10 mg/kg on Day 1 and 5 mg/kg on days 2-5, the reported incidence of various GI side effects was 4% diarrhea/loose stools, 2% abdominal pain, and 2% vomiting (Ibid.), while, for a single 30 mg/kg dose, administered in an oral suspension, the reported incidence of various GI side effects was 6.4% diarrhea/loose stools, 1.7% nausea, and 4% vomiting (Ibid.).
30      Antacids, which are alkalizing agents that are provided in large doses to raise stomach pH from about 1-3 to about 4-7, may provide a patient with relief from diarrhea, cramping, and gastric upset. However, patients have been cautioned against simultaneously taking an antacid, particularly those containing aluminum or magnesium, with azithromycin, as antacids have been shown to reduce

azithromycin maximum serum concentration $C_{max}$ by 24% (*Ibid.*). Further, to avoid antacid caused interference with azithromycin absorption, patients have also been advised to separate the administration of azithromycin and antacid doses by at least two hours.

5        Presently, small amounts, about 132 mg or less, of the alkalizing agent anhydrous tribasic sodium phosphate are used in commercial dosage forms of azithromycin to mask the bitter taste of azithromycin by reducing the solubility of azithromycin before swallowing.   Further, in treating uncomplicated gonococcal infections, two single dose packets of azithromycin, which each contain 88 mg of

10      anhydrous tribasic sodium phosphate, are concurrently administered in a single dose to a patient in need thereof.

        More recently, azithromycin controlled release dosage forms have been prepared, as described in U.S. Patent No. 6,068,859, that reduce the gastrointestinal side effects, resulting from an administered dose of azithromycin,

15      as compared to an equivalent dose of commercial immediate release azithromycin capsules.  However, the bioavailability of many of the controlled release dosage forms, specifically exemplified therein, were subsequently found to be less than their immediate release equivalents.

        Therefore, what is needed is an azithromycin dosage form that has a

20      bioavailability similar to, and gastrointestinal side effects less than, an equivalent dose of immediate release azithromycin.


SUMMARY OF THE INVENTION

        The present invention relates to an oral dosage form of azithromycin

25      comprising azithromycin and an effective amount of an alkalizing agent.  Preferably, said oral dosage form comprises an effective amount of an alkalizing agent and an azithromycin multiparticulate wherein said multiparticulate comprises azithromycin, a mixture of glyceryl mono-, di- and tribehenates, and a poloxamer.

        The present invention further relates to an oral suspension comprising

30      azithromycin, an effective amount of an alkalizing agent and a vehicle.  Preferably, the azithromycin is in multiparticulate form.  More preferably, the multiparticulates comprise azithromycin, a mixture of glyceryl mono-, di- and tribehenates, and a poloxamer.