- 3 -

Even more preferably, the azithromycin oral dosage form and oral suspension further comprise 300 mg to 400 mg of tribasic sodium phosphate, 200 mg to 300 mg of magnesium hydroxide, and multiparticulates, wherein said multiparticulates comprise (i) azithromycin, (ii) a mixture of glyceryl monobehenate, glyceryl dibehenate and glyceryl tribehenate, and (iii) poloxamer 407, and wherein said dosage form contains about1.5 gA to about 4 gA of azithromycin.

In addition, the present invention also relates to a method for reducing gastrointestinal side effects, associated with administering azithromycin to a mammal, comprising contiguously administering azithromycin and an effective amount of alkalizing agent to said mammal wherein the frequency of gastrointestinal side effects is lower than that experienced by administering an equal dose of azithromycin without said alkalizing agent.  In this method, it is preferable that the multiparticulates comprise (i) azithromycin, (ii) a mixture of glyceryl monobehenate, glyceryl dibehenate and glyceryl tribehenate, and (iii) a poloxamer.

The present invention further relates to a method of treating a bacterial or protozoal infection in a mammal in need thereof comprising contiguously administering to said mammal an oral dosage form  wherein said oral dosage form comprises azithromycin and an effective amount of an alkalizing agent.  Preferably, in this method, between 250 mgA and 7 gA of azithromycin are administered to a human.  More preferably, 1.5 gA to 3 gA of azithromycin are administered to a human, even more preferably in a single dose.  Also more preferably, for a pediatric human weighing 30 kg or less, between 45 mgA/kg and 75 mgA /kg of azithromycin are administered to said child, even more preferably in a single dose.

The present invention additionally relates to azithromycin multiparticulates comprising azithromycin, a surfactant; and a pharmaceutically acceptable carrier.


BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1, which is further discussed in Example 1,  shows the effects on pH of titrating different alkalizing agents with increasing volumes of 0.1N HCl.

FIG. 2, which is further discussed in Examples 1 and 8, shows the calculated pH of different alkalizing agents when titrated with 0.1N HCl over time.

FIG. 3, which is further discussed in Example 8, shows the calculated pH of different alkalizing agents when titrated with 0.1N HCl over time.

DETAILED DESCRIPTION OF THE INVENTION

As used in the present invention, the term "about" means the specified value ± 10% of the specified value.

As used in the present invention, the terms "a" or "an" mean one or more. For example, the term "an alkalizing agent" means one or more alkalizing agents, the term "a carrier" means one or more carriers, and the term "a dissolution enhancer" means one or more dissolution enhancers.

The term "alkalizing agent", as used herein, means a pharmaceutically acceptable excipient which will raise the pH in a constituted suspension or in a patient's stomach after being orally administered to said patient.

The term "pharmaceutically acceptable", as used herein, means that which is compatible with other ingredients of the composition, and not deleterious to the recipient thereof.

The term "constituted suspension" means that the powder has been mixed with a vehicle and forms an "oral suspension". In this oral suspension, the azithromycin and excipients may be (a) completely suspended in the vehicle or (b) partially suspended in the vehicle and partially in solution in the vehicle. Oral suspensions of the present invention include vehicles containing azithromycin which is suspended within the vehicle, or wherein the azithromycin is temporarily suspended, in the vehicle after shaking, stirring or mixing.

A vehicle of the present invention comprises unflavored water, flavored water, or a natural or artificial fruit, or otherwise flavored, aqueous solution such as a beverage.

In the present invention, the alkalizing agent, excipients and vehicle are pharmaceutically acceptable.

An "effective amount of an alkalizing agent", as used herein, means an amount of one or more alkalizing agents which, when administered in combination with azithromycin, provides a relative degree of improvement in toleration in terms of the percentage of recipients tolerating azithromycin administration, without GI side effects, relative to a control dosage form containing the same amount of active azithromycin.

A "relative degree of improvement in toleration" is defined as the ratio of (1) the percentage adverse events arising from the administration of an immediate

WO 2005/053650                                                                PCT/IB2004/001654

release control dosage form to (2) the percentage adverse events arising from the administration of a controlled release multiparticulate dosage form of the present invention, where the immediate release control dosage form and the controlled release multiparticulate dosage form contain the same amount of azithromycin.

5      The immediate release control dosage form may be any conventional immediate release dosage form, such as Zithromax® tablets, capsules, or single-dose packets for oral suspension.  For example, if an immediate release control dosage form provides a percentage adverse events arising from the administration of 20% while the multiparticulate dosage form of the present invention provides a percentage

10    adverse events arising from the administration of 10%, then the relative degree of improvement in toleration is 20% ÷ 10% or 2.

The term "oral dosage form" includes a plurality of devices that collectively deliver, by oral ingestion, the desired amount of azithromycin, to achieve a desired dose of azithromycin.  Typically, the oral dosage form is a powder for oral

15    suspension, a unit dose packet or sachet, a tablet or a capsule.

"Administration" refers generally to introducing the dosage form to a use environment, either by placing the dosage form in an *in vitro* dissolution medium or by ingestion by an animal so as to enter the *in vivo* environment of the GI tract.

As defined herein, the term "use environment" can be either the *in vivo*

20    environment of the GI tract of an animal, such as a mammal and particularly a human, or the *in vitro* environment of a pH 6.0 $Na_2HPO_4$ buffer test medium as described in Example 5.

The term "mammal" is an individual animal that is a member of the taxonomic class Mammalia.  The class Mammalia includes, for example, humans,

25    monkeys, chimpanzees, gorillas, cattle, swine, horses, sheep, dogs, cats, mice and rats.

In the present invention, the preferred mammal is a human.

The dosage forms of the present invention provide better toleration of administered azithromycin, by raising pH in the stomach to a level sufficient to

30    substantially reduce the release rate, or dissolution rate, of azithromycin in the stomach and thereby reduce the concentration of dissolved azithromycin in the stomach and in the duodenum.  This reduction in the concentration of dissolved azithromycin in the stomach, and preferably in the duodenum, results in a decrease in the incidence, or frequency, of GI side effects when azithromycin is administered.

Specifically, for a dosage form of the present invention, which comprise azithromycin and an effective amount of an alkalizing agent, the azithromycin release rate or dissolution rate for a dose of 1.5 gA to 7 gA, in the *in vitro* environment of the pH 6.0 $Na_2HPO_4$ buffer test medium of Example 5, should be (i) from 15 to 55 wt% of said azithromycin in said dosage form at 0.25 hour but no more than 1.1 gA; (ii) from 30 to 75 wt% of said azithromycin in said dosage form at 0.5 hour but no more than 1.5 gA, and preferably no more than 1.3 gA; and (iii) greater than 50 wt% of said azithromycin in said dosage form at 1 hour after administration to the buffer test medium.  For doses below 1.5 gA, such as pediatric doses, the dose should be scaled up to 2 gA and then evaluated using this *in vitro* test.

The term "gA" refers to grams of active azithromycin, meaning the non-salt, non-hydrated azithromycin macrolide molecule having a molecular weight of 749 g/mol.

The present dosage forms provide a relative degree of improvement in toleration of administered azithromycin of at least 1.1 as compared to an equivalent immediate release dosage form.  Preferably, the relative degree of improvement in toleration is at least about 1.25 .  More preferably, the relative improvement in toleration is at least about 1.5 .  Even more preferably, the relative improvement in toleration is at least about 2.0.  Most preferably, the relative improvement in toleration is at least about 3.0.

In a preferred embodiment, the present dosage forms also maintain an appropriate level of bioavailability by not significantly lowering the azithromycin release rate and/or dissolution rate of administered azithromycin in the duodenum or distal to the duodenum.  Typically, the present dosage forms provide a bioavailability of at least 60%, more preferably at least 70%, even more preferably at least 80%, and most preferably at least 90% relative to the control composition.

Alkalizing agents of the present invention raise the pH of acidic aqueous solutions and include, for example, antacids as well as other pharmaceutically acceptable (1) organic and inorganic bases, (2) salts of strong organic and inorganic acids, (3) salts of weak organic and inorganic acids, and (4) buffers.

Examples of such alkalizing agents include, but are not limited to, aluminum salts such as magnesium aluminum silicate; magnesium salts such as magnesium carbonate, magnesium trisilicate, magnesium aluminum silicate, magnesium

- 7 -

stearate; calcium salts such as calcium carbonate; bicarbonates such as calcium
bicarbonate and sodium bicarbonate; phosphates such as monobasic calcium
phosphate, dibasic calcium phosphate, dibasic sodium phosphate, tribasic sodium
phosphate (TSP), dibasic potassium phosphate, tribasic potassium phosphate;
5      metal hydroxides such as aluminum hydroxide, sodium hydroxide and magnesium
hydroxide; metal oxides such as magnesium oxide;
N-methyl glucamine; arginine and salts thereof; amines such as
monoethanolamine, diethanolamine, triethanolamine,  and
tris(hydroxymethyl)aminomethane (TRIS); and combinations thereof.
10         Preferably, the alkalizing agent is TRIS, magnesium hydroxide, magnesium
oxide, dibasic sodium phosphate, TSP, dibasic potassium phosphate,  tribasic
potassium phosphate or a combination thereof.  More preferably, the alkalizing
agent is a combination of TSP and magnesium hydroxide.
        When the alkalizing agent comprises TSP, it is preferred that the TSP be
15    anhydrous.
        The minimum amount of alkalizing agent suitable to constitute an "effective
amount"  is that amount which would provide a relative degree of improvement in
toleration of at least 1.1.
        This suitable amount of alkalizing agent can be readily determined by
20    performing an *in vitro* ladder study of azithromycin dissolution rates  by titrating a
solution of a  fixed dose of azithromycin with 0.1N HCl and increasing amounts of
an alkalizing agent or combinations of alkalizing agents as described in Example 1.
        For dosage forms containing azithromycin multiparticulates, an effective
amount of an alkalizing agent, is that amount which, when titrated using an *in vitro*
25    titration test against
0.1 N HCl, which simulates gastric fluid in the fed state, as described in Example 1,
maintains a pH of about 5, or more, for at least about 10 minutes, and more
preferably a pH of about 6, or more, for a period of about 10 minutes.  Even more
preferably, the alkalizing agent should maintain a pH of about 6 or more for about
30    20 minutes or more.
        For azithromycin immediate release dosage forms, an effective amount of
an alkalizing agent, is that amount which, when titrated using an *in vitro* titration test
against

WO 2005/053650                                                            PCT/IB2004/001654

- 8 -

0.1 N HCl, as described in Example 1, maintains a pH of about 6.4, or more, for at least about 10 minutes, and more preferably for at least about 30 minutes.

Alternatively, an effective amount of an alkalizing agent can be determined in the following *in vitro* test. First, a 20-mL sample of 0.1 N HCl is placed in an appropriate container. Second, the candidate alkalizing agent is added to 60 mL of water. The so-formed alkalizing agent solution is then added to the 20-mL sample of 0.1 N HCl and the pH of the resulting solution is monitored over time. When the azithromycin is in the form of sustained-release multiparticulates, an effective amount of alkalizing agent is one such that the pH of the solution is at least 5, preferably at least 6, and more preferably at least 7. When the azithromycin is in an immediate release formulation, an effective amount of alkalizing agent is one such that the pH of the solution is at least 6.4, preferably at least 7.5, and more preferably at least 8.

An alkalizing agent of the present invention is administered contiguously with the administration of a dose of azithromycin. As used herein, the term "contiguously" means that the alkalizing agent is administered before, concurrent with or after the azithromycin within a period of time sufficient to slow the rate of release of azithromycin in the stomach and lower the concentration of dissolved azithromycin in the duodenum. For example, when administering azithromycin in a multiparticulate form, the alkalizing agent should be administered, between about 20 minutes before and about 10 minutes after administering the azithromycin. For an azithromycin immediate release dosage form, the alkalizing agent should be administered concurrently with the azithromycin or up to about 20 minutes before administering the azithromycin.

Preferably, the alkalizing agent is administered concurrently with the administration of the azithromycin.

The alkalizing agent can be mixed with the azithromycin dosage form as an integral part of a tablet, capsule, or preferably in a powder mixture if the controlled-release form is a powder for oral suspension.

The alkalizing agent may be in the same dosage form as is the azithromycin, the alkalizing agent may be contained in a vehicle used to administer the azithromycin, and/or the alkalizing agent can be administered separately from the azithromycin.

Wherein the azithromycin dosage form contains at least a portion of the alkalizing agent, the azithromycin dosage form can be any oral dosage form such as a suspension, tablet, capsule or sachet.

Wherein the alkalizing agent is at least partially contained in the vehicle, the azithromycin dosage form can be a sachet, powder for oral suspension, tablet or capsule.

Where the alkalizing agent is at least partially administered separately from the azithromycin, the alkalizing agent can be in any oral dosage form such as a liquid, suspension, tablet, capsule or sachet.

As used herein, "azithromycin" means all amorphous and crystalline forms of azithromycin including all polymorphs, isomorphs, clathrates, salts, solvates and hydrates of azithromycin, as well as anhydrous azithromycin.

Preferably, the azithromycin of the present invention is azithromycin dihydrate which is disclosed in U.S. Patent No. 6,268,489 B1.

In alternate embodiments of the present invention, the azithromycin comprises a non-dihydrate azithromycin, a mixture of non-dihydrate azithromycins, or a mixture of azithromycin dihydrate and non-dihydrate azithromycins. Examples of suitable non-dihydrate azithromycins include, but are not limited to, alternate crystalline forms B, D, E, F, G, H, J, M, N, O, P, Q and R.

Azithromycin form B, which is a hygroscopic hydrate of azithromycin, is disclosed in U.S. Patent No. 4,474,768.

Azithromycin forms D, E, F, G, H, J, M, N, O, P, Q and R are disclosed in U.S. Patent Application Serial Number (USSN) 10/152,106, which published on August 28, 2003 as U.S. Patent Application Publication No. 20030162730 A1.

Forms B, F, G, H, J, M, N, O, and P belong to Family I azithromycin and belong to a monoclinic $P2_1$ space group with cell dimensions of a = 16.3±0.3 Å, b = 16.2±0.3 Å, c = 18.4±0.3 Å and beta = 109±2°.

Form F azithromycin is an azithromycin ethanol solvate of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_2H_5OH$ in the single crystal structure, specifically, being an azithromycin monohydrate hemi-ethanol solvate. Form F is further characterized as containing 2-5% water and 1-4% ethanol by weight in powder samples. The single crystal of form F is crystallized in a monoclinic space group, $P2_1$, with the asymmetric unit containing two azithromycin, two waters, and one ethanol, as a monohydrate/hemi-ethanolate. It is isomorphic to all Family I azithromycin

crystalline forms. The theoretical water and ethanol contents are 2.3 and 2.9 wt%, respectively.

Form G azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot 1.5H_2O$ in the single crystal structure, being azithromycin sesquihydrate. Form G is further characterized as containing 2.5-6 wt% water and <1wt% organic solvent(s) by weight in powder samples. The single crystal structure of form G consists of two azithromycin molecules and three water molecules per asymmetric unit. This corresponds to a sesquihydrate with a theoretical water content of 3.5 wt%. The water content of powder samples of form G ranges from about 2.5 to about 6 wt%. The total residual organic solvent is less than 1 wt% of the corresponding solvent used for crystallization.

Form H azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_3H_8O_2$ being azithromycin monohydrate hemi-1,2 propanediol solvate. Form H is a monohydrate/hemi-propylene glycol solvate of azithromycin free base.

Form J azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_3H_7OH$ in the single crystal structure, being azithromycin monohydrate hemi-n-propanol solvate. Form J is further characterized as containing 2-5 wt% water and 1-5 wt% n-propanol by weight in powder samples. The calculated solvent content is about 3.8 wt% n-propanol and about 2.3 wt% water.

Form M azithromycin is an isopropanol solvate of azithromycin of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_3H_7OH$, specifically, being azithromycin monohydrate hemi-isopropanol solvate. Form M is further characterized as containing 2-5 wt% water and 1-4 wt% 2-propanol by weight in powder samples. The single crystal structure of form M would be a monohydrate/hemi-isopropranolate.

Form N azithromycin is a mixture of isomorphs of Family I. The mixture may contain variable percentages of isomorphs F, G, H, J, M and others, and variable amounts of water and organic solvents, such as ethanol, isopropanol, n-propanol, propylene glycol, acetone, acetonitrile, butanol, pentanol, etc. The weight percent of water can range from 1-5.3 wt% and the total weight percent of organic solvents can be 2-5 wt% with each solvent making up 0.5 to 4 wt%.

Form O azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot 0.5H_2O \cdot 0.5C_4H_9OH$, being a hemihydrate hemi-n-butanol solvate of azithromycin free base by single crystal structural data.

Form P azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_5H_{12}O$, being azithromycin monohydrate hemi-n-pentanol solvate.

Form Q azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_4H_8O$, being azithromycin monohydrate hemi-tetrahydrofuran solvate.  It contains about 4 wt% water and about 4.5 wt% THF.

Forms D, E and R belong to Family II azithromycin and belong to an orthorhombic $P2_1\ 2_1 2_1$ space group with cell dimensions of a = 8.9±0.4 Å, b = 12.3±0.5 Å and c = 45.8±0.5 Å. Form Q is distinct from Families I and II.

Form D azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot C_6H_{12}$ in its single crystal structure, being azithromycin monohydrate monocyclohexane solvate. Form D is further characterized as containing 2-6 wt% water and 3-12 wt% cyclohexane by weight in powder samples.  From single crystal data, the calculated water and cyclohexane content of form D is 2.1 and 9.9  wt%, respectively.

Form E azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot C_4H_8O$, being azithromycin monohydrate mono-tetrahydrofuran solvate.  Form E is a monohydrate and mono-THF solvate by single crystal analysis.

Form R azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot C_5H_{12}O$, being azithromycin monohydrate mono-methyl tert-butyl ether solvate.  Form R has a theoretical water content of 2.1 wt% and a theoretical methyl tert-butyl ether content of 10.3 wt%.

Both Family I and Family II isomorphs are hydrates and/or solvates of azithromycin. The solvent molecules in the cavities have a tendency to exchange between solvent and water under specific conditions.  Therefore, the solvent/water content of the isomorphs may vary to a certain extent.

Other examples of non-dihydrate azithromycin include, but are not limited to, an ethanol solvate of azithromycin or an isopropanol solvate of azithromycin. Examples of such ethanol and isopropanol solvates of azithromycin are disclosed in U.S. Patent Number 6,365,574, by Singer *et al.*, titled "Ethanolate of azithromycin, process for manufacture, and pharmaceutical compositions thereof", U.S. Patent Number 6,245,903, by Karimian *et al.*, titled "Azithromycin monohydrate isopropanol clatharate and methods for the manufacture thereof" or in USSN 10/152,106.

Additional examples of non-dihydrate azithromycin include, but are not limited to, azithromycin monohydrate as disclosed in U.S. Patent Application

- 12 -

Publication Numbers 20010047089 which published on November 29, 2001, and
20020111318 which published on August 15, 2002, as well as, International
Application Publication Numbers WO 01/00640, WO 01/49697, WO 02/10181 and
WO 02/42315.

5          Further examples of non-dihydrate azithromycin include, but are not limited
to, anhydrous azithromycin as disclosed in U.S. Patent Application Publication
Number 20030139583 which published on July 24, 2003 and U.S. Patent No.
6,528,492.

        Examples of suitable azithromycin salts include, but are not limited to, the
10   azithromycin salts as disclosed in U.S. Patent No. 4,474,768.

        Preferably, at least 70 wt% of the azithromycin in the multiparticulate is
crystalline.  More preferably, at least 80 wt% of the azithromycin is crystalline.
Even more preferably, at least 90 wt% of the azithromycin is crystalline.  Most
preferably, at least 95 wt% of the azithromycin is crystalline.   Crystalline
15   azithromycin is preferred since it is more chemically and physically stable than the
amorphous form or dissolved azithromycin.

        The crystallinity of the azithromycin may be determined using Powder X Ray
Diffraction (PXRD) analysis.  In an exemplary procedure, PXRD analysis may be
performed on a Bruker AXS D8 Advance diffractometer.  In this analysis, samples
20   of about 500 mg are packed in Lucite sample cups and the sample surface
smoothed using a glass microscope slide to provide a consistently smooth sample
surface that is level with the top of the sample cup.  Samples are spun in the $\varphi$
plane at a rate of 30 rpm to minimize crystal orientation effects.  The X-ray source
(S/B KCu$_\alpha$, $\lambda$=1.54 Å) is operated at a voltage of 45 kV and a current of 40 mA.
25   Data for each sample are collected over a period of about 20 to about 60 minutes in
continuous detector scan mode at a scan speed of about 1.8 seconds/step to about
12 seconds/step and a step size of 0.02°/step.  Diffractograms are collected over
the 2$\theta$ range of about 4° to 30°.

        The crystallinity of the test sample is determined by comparison with two or
30   more calibration standards consisting of physical mixtures of crystalline
azithromycin and carrier.  Each physical mixture is blended together about
15 minutes on a Turbula mixer.  Using the instrument software, the area under the
diffractogram curve is integrated over the 2$\theta$ range using a linear baseline.  This
integration range includes as many drug-specific peaks as possible while excluding

carrier-related peaks.  A linear calibration curve of percent crystalline drug versus the area under the diffractogram curve is generated from the calibration standards. The crystallinity of the test sample is then determined using these calibration results and the area under the curve for the test sample.  Results are reported as a mean
5      percent of azithromycin crystallinity (by crystal mass).

The azithromycin used herein comprises azithromycin particles which are contained in a dosage form that, absent the alkalizing agent of the present invention, is either an immediate release or a sustained release dosage form.  As defined herein, the term "azithromycin particles" means the azithromycin may be in
10     the form of a powder or of granules which were previously formed from azithromycin powder and, optionally, at least one pharmaceutically acceptable excipient.

Immediate release dosage forms are those forms wherein at least 75% of their azithromycin is released or dissolved within about one-half hour after
15     administration.  Such immediate release dosage forms include tablets, capsules, multiparticulates, powders for oral suspension and sachets of azithromycin. Examples of immediate release dosage forms include, but are not limited to, commercially available Zithromax® tablets, capsules, oral suspensions, or single-dose packets for oral suspension (Pfizer Inc., New York, NY) or the multiparticulate
20     control dosage form which is described herein in Example 2.

Sustained release dosage forms are those forms that release azithromycin more slowly than immediate release dosage forms.  Such sustained release dosage forms include, but are not limited to, tablets, capsules, multiparticulates, powders for oral suspension and sachets of azithromycin.

25     Examples of azithromycin sustained release dosage forms, which are suitable for use in the present invention, include, but are not limited to, the sustained release dosage forms described in U.S. Patent No. 6,068,859.

Preferably, the azithromycin used in the present invention is contained in a multiparticulate which comprises azithromycin and a pharmaceutically acceptable
30     carrier.

Multiparticulates are well-known dosage forms that comprise a multiplicity of drug-containing particles whose  totality represents the intended therapeutically useful dose of a drug. When taken orally, multiparticulates generally disperse freely in the gastrointestinal tract, exit relatively rapidly and reproducibly from the stomach

and maximize absorption.  See, for example, *Multiparticulate Oral Drug Delivery* (Marcel Dekker, 1994), and *Pharmaceutical Pelletization Technology* (Marcel Dekker, 1989).

Multiparticulates are often used to provide sustained release of a drug.  One
5   problem when formulating a sustained release multiparticulate is setting the release rate of the drug.  The release rate of the drug depends on a variety of factors, including the carriers used to form the multiparticulate and the amount of drug in the multiparticulate.  It is desired to provide carriers for a multiparticulate which allow the release rate of the drug from the multiparticulate to be controlled over a wide
10   range of release rates, so that the same matrix materials in different proportions may be used to provide slow or fast drug release as desired.  To achieve this result, the release rate of the drug should change significantly in response to relatively small changes in the proportions of the respective carriers in the multiparticulate.

The term "multiparticulates" is intended to embrace a dosage form
15   comprising a multiplicity of particles whose totality represents the intended therapeutically useful dose of azithromycin.  The term is intended to refer broadly to small particles regardless of their composition or the manner in which they are formed.  The particles are small enough so that the particles travel with GI fluids to disperse throughout the GI tract shortly after ingestion.   The particles generally are
20   of a mean diameter from about 40 to about 3000 $\mu$m, preferably from about 50 to about 1000 $\mu$m, and most preferably from about 100 to about 300 $\mu$m.  Preferably, the azithromycin makes up about 5 wt% to about 90 wt% of the total weight of the multiparticulate.  More preferably, the azithromycin makes up about 10  wt% to about 80 wt% of the multiparticulate, and even more preferably, at least  about 30
25   wt% to about 60 wt% of the multiparticulate.

While the multiparticulates can have any shape and texture, it is preferred that they be spherical, with a smooth surface texture.  These physical characteristics lead to excellent flow properties, improved "mouth feel," ease of swallowing and ease of uniform coating, if required.

30   Such multiparticulates of azithromycin are particularly suitable for administration of single doses of the drug inasmuch as a relatively large amount of the drug can be delivered at a controlled rate over a relatively long period of time. Multiparticulates suitable for use in the present invention are disclosed in U.S.

Patent No. 6,068,859, including multiparticulates made by extrusion/spheronization, wax granulation, spray-drying, and spray-coating.

The multiparticulate's carrier comprises at least one pharmaceutically acceptable excipient which functions as a matrix for the multiparticulate or to control the rate of release of azithromycin from the multiparticulate, or both.

All references to "acid and/or ester substituents" herein are intended to mean carboxylic acid, sulfonic acid, and phosphoric acid substituents or carboxylic acid ester, sulfonyl ester, or phosphate ester substituents, respectively.  As described in detail below, azithromycin may react with acid or ester substituents on an excipient to form azithromycin esters.

Azithromycin can potentially react with carriers, and optional excipients, which  have acidic or ester groups to form esters of azithromycin.  Carriers and excipients may be characterized as having "low reactivity," "medium reactivity," and "high reactivity" to form azithromycin esters.

Examples of low reactivity carriers and optional excipients include long-chain alcohols, such as stearyl alcohol, cetyl alcohol, and polyethylene glycol; poloxamers (block copolymers of ethylene oxide and propylene oxide, such as poloxamer 188, poloxamer 237, poloxamer 338, and poloxamer 407); ethers, such as polyoxyethylene alkyl ethers; ether-substituted cellulosics, such as microcrystalline cellulose, hydroxypropyl cellulose, hydroxypropyl methyl cellulose, and ethylcellulose; sugars such as glucose, sucrose, xylitol, sorbitol, and maltitol; and salts such as sodium chloride, potassium chloride, lithium chloride, calcium chloride, magnesium chloride, sodium sulfate, potassium sulfate, sodium carbonate, magnesium sulfate, and potassium phosphate.

Moderate reactivity carriers and optional excipients often contain acid or ester substituents, but relatively few as compared to the molecular weight of the carrier or optional excipient.  Examples include long-chain fatty acid esters, such as glyceryl monooleate, glyceryl monostearate, glyceryl palmitostearate, polyethoxylated castor oil derivatives, hydrogenated vegetable oils, glyceryl dibehenate, and mixtures of mono-, di-, and tri-alkyl glycerides; glycolized fatty acid esters, such as polyethylene glycol stearate and polyethylene glycol distearate; polysorbates; and waxes, such as Carnauba wax and white and yellow beeswax. Glyceryl behenate, as defined herein, comprises glyceryl monobehenate, glyceryl

- 16 -

dibehenate, glyceryl tribehenate, or a mixture of any two or all three of said glyceryl mono-, di- and tribehenates.

Highly reactive carriers and optional excipients usually have several acid or ester substituents or low molecular weights.  Examples include carboxylic acids such as stearic acid, benzoic acid, citric acid, fumaric acid, lactic acid, and maleic acid; short to medium chain fatty-acid esters, such as isopropyl palmitate, isopropyl myristate, triethyl citrate, lecithin, triacetin, and dibutyl sebacate; ester-substituted cellulosics, such as cellulose acetate, cellulose acetate phthalate, hydroxypropyl methyl cellulose phthalate, cellulose acetate trimellitate, and hydroxypropyl methyl cellulose acetate succinate; and acid or ester functionalized polymethacrylates and polyacrylates.  Generally, the acid/ester concentration on highly reactive carriers and optional excipients is so high that if these carriers and optional excipients come into direct contact with azithromycin in the formulation, unacceptably high concentrations of azithromycin esters form during processing or storage of the composition.  Thus, such highly reactive carriers and optional excipients are preferably only used in combination with a carrier or optional excipient with lower reactivity so that the total amount of acid and ester groups on the carrier and optional excipients used in the multiparticulate is low.

To obtain multiparticulates with an acceptable amount of azithromycin esters (i.e. less than about 1 wt%), there is a trade-off relationship between the concentration of acid and ester substituents on the carrier and the crystallinity of azithromycin in the multiparticulate.   The greater the crystallinity of azithromycin in the multiparticulate, the greater the degree of the carrier's acid/ester substitution may be to obtain a multiparticulate with acceptable amounts of azithromycin esters.  This relationship may be quantified by the following mathematical expression:

$$[A] \leq 0.04/(1-x) \qquad\qquad (I)$$

where [A] is the total concentration of acid/ester substitution on the carrier and optional excipients in meq/g azithromycin and is less than or equal to 2 meq/g, and x is the weight fraction of the azithromycin in the composition that is crystalline.  When the carrier and optional excipients comprises more than one excipient, the value of [A] refers to the total concentration of acid/ester substitution on all the

- 17 -

excipients that make up the carrier and optional excipients, in units of meq/g azithromycin.

5     For more preferable multiparticulates having less than about 0.5 wt% azithromycin esters, the azithromycin, carrier, and optional excipients will satisfy the following expression:

$$[A] \le 0.02/(1-x). \qquad\qquad (II)$$

10    For more preferable multiparticulates having less than about 0.2 wt% azithromycin esters, the azithromycin, carrier, and optional excipients will satisfy the following expression:

$$[A] \le 0.008/(1-x). \qquad\qquad (III)$$

15    For most preferable multiparticulates having less than about 0.1 wt% azithromycin esters, the azithromycin, carrier, and optional excipients will satisfy the following expression:

$$[A] \le 0.004/(1-x). \qquad\qquad (IV)$$

20

From the foregoing mathematical expressions (I)-(IV) the trade-off between the carrier's and optional excipient's degree of acid/ester substitution and the crystallinity of azithromycin in the composition can be determined.

Carriers used in the multiparticulates of the present invention will generally
25    make up about 10 wt% to about 95 wt% of the multiparticulate, preferably about 20 wt% to about 90 wt,  and more preferably about 40 wt% to about 70 wt%,  based on the total mass of the multiparticulate.

To minimize the potential for changes in the physical characteristics of the multiparticulates over time, especially when stored at elevated temperatures, it is
30    preferred that the carrier be solid at a temperature of at least about 40°C.  More preferably, the carrier  should be  solid at a temperature of at least about 50°C and even more preferably of at least about 60°C.

In one embodiment, the carrier forms a solid solution with one or more optional excipients, meaning that the carrier and one or more optional excipients

WO 2005/053650                                                    PCT/IB2004/001654

- 18 -

form a single thermodynamically stable phase.  In such cases, excipients that are not solid at a temperature of at least 40°C can be used, provided the carrier/excipient mixture is solid at a temperature of at least 40°C.  This will depend on the melting point of the excipients used and the relative amount of carrier included in the composition.

5

In another embodiment, the carrier and one or more optional excipients do not form a solid solution, meaning that the carrier and one or more optional excipients form two or more thermodynamically stable phases.  In such cases, the carrier/excipient mixture may be entirely molten at the processing temperatures used to form multiparticulates or one material may be solid while the other(s) are molten, resulting in a suspension of one material in the molten mixture.

10

When the carrier and one or more optional excipients do not form a solid solution but a solid solution is desired, for example, to obtain a specific controlled-release profile, an additional excipient may be included in the composition to produce a solid solution comprising the carrier, the one or more optional excipients, and the additional excipient.  For example, it may be desirable to use a carrier comprising microcrystalline wax and a poloxamer to obtain a multiparticulate with the desired release profile.  In such cases a solid solution is not formed, in part due to the hydrophobic nature of the microcrystalline wax and the hydrophilic nature of the poloxamer.  By including a small amount of a third excipient, such as stearyl alcohol, in the formulation, a solid solution can be obtained, resulting in a multiparticulate with the desired release profile.

15

20

Examples of carriers suitable for use in the multiparticulates of the present invention include waxes, such as synthetic wax, microcrystalline wax, paraffin wax, Carnauba wax, and beeswax; glycerides, such as glyceryl monooleate, glyceryl monostearate, glyceryl palmitostearate, polyethoxylated castor oil derivatives, hydrogenated vegetable oils, a  glyceryl behenate, glyceryl tristearate, glyceryl tripalmitate; long-chain alcohols, such as stearyl alcohol, cetyl alcohol, and polyethylene glycol; and mixtures thereof.

25

Preferably, the carrier comprises a glyceride having at least one alkylate substituent of 16 or more carbon atoms.  More preferably, the carrier comprises a glyceryl behenate.

30

In an alternate embodiment, the multiparticulates are in the form of a non-disintegrating matrix.  By "non-disintegrating matrix" is meant that at least a portion

of the carrier does not dissolve or disintegrate after introduction of the multiparticulates to an aqueous use environment.  In such cases, the azithromycin and optionally a portion of one or more of the carriers, for example, a dissolution enhancer, are removed from the multiparticulate by dissolution.  At least a portion of the carrier does not dissolve or disintegrate and is excreted when the use environment is *in vivo*, or remains suspended in a test solution when the use environment is *in vitro*.  In this aspect, it is preferred that at least a portion of the carrier have a low solubility in the aqueous use environment.  Preferably, the solubility of at least a portion of the carrier in the aqueous use environment is less than about 1 mg/mL, more preferably less than about 0.1 mg/mL, and most preferably less than about 0.01 mg/ml.  Examples of suitable low-solubility carriers include waxes, such as synthetic wax, microcrystalline wax, paraffin wax, Carnauba wax, and beeswax; glycerides, such as glyceryl monooleate, glyceryl monostearate, glyceryl palmitostearate, glyceryl behenates, glyceryl tristearate, glyceryl tripalmitate; and mixtures thereof.

In a preferred embodiment of the present invention, the azithromycin multiparticulates of the present invention comprise  azithromycin, a carrier and a dissolution enhancer.  The carrier and the dissolution enhancer function as a matrix for the multiparticulate or to control the azithromycin release rate from the multiparticulate, or both.   The term "dissolution enhancer" means an excipient, which when included in the multiparticulates, results in a faster rate of release of azithromycin than that provided by a control multiparticulate containing the same amount of azithromycin without the dissolution enhancer.  Generally, the rate of release of azithromycin from the multiparticulate  increases with increasing amounts of dissolution enhancers.  Such agents generally have a high water solubility and are often surfactants or wetting agents that can promote solubilization of other excipients in the composition.  Typically, the weight percentage of dissolution enhancer present in the multiparticulate is less than the weight percentage of carrier present in the multiparticulate.

The multiparticulates of the present invention comprise about 20 to about 75 wt% azithromycin, about 25 to about 80  wt% of a carrier, and about 0.1 to about 30  wt% of a dissolution enhancer based on the total mass of the multiparticulate.  In a preferred embodiment, the multiparticulate comprises 35 to

WO 2005/053650                                                   PCT/IB2004/001654

55 wt% azithromycin, 40 to 65 wt% of a carrier, and 1 to 15 wt% dissolution enhancer.

Examples of suitable dissolution enhancers include, but are not limited to, alcohols such as stearyl alcohol, cetyl alcohol, and polyethylene glycol; surfactants,
5    such as poloxamers (polyoxyethylene polyoxypropylene copolymers, including poloxamer 188, poloxamer 237, poloxamer 338, and poloxamer 407), docusate salts, polyoxyethylene alkyl ethers, polyoxyethylene castor oil derivatives, polyoxyethylene sorbitan fatty acid esters, sorbitan esters, alkyl sulfates (such as sodium lauryl sulfate), polysorbates, and polyoxyethylene alkyl esters; ether-
10   substituted cellulosics, such as hydroxypropyl cellulose and hydroxypropyl methyl cellulose; sugars such as glucose, sucrose, xylitol, sorbitol, and maltitol; salts such as sodium chloride, potassium chloride, lithium chloride, calcium chloride, magnesium chloride, sodium sulfate, potassium sulfate, sodium carbonate, magnesium sulfate, and potassium phosphate; amino acids such as alanine and
15   glycine; and mixtures thereof. Preferably, the dissolution enhancer comprises a surfactant.

More preferably, the dissolution enhancer comprises a poloxamer. Poloxamers are a series of closely related block copolymers of ethylene oxide and propylene oxide that have no acid or ester substituents. This being the case, large
20   amounts of poloxamers, as much as 30 wt% can be used in a multiparticulate formulation and still meet the target value of less than about 0.13 meq/g of azithromycin. Even more preferably, the poloxamer is Poloxamer 407 which is described in the exemplification herein.

In this embodiment wherein the multiparticulate further comprises a
25   dissolution enhancer, it is further preferred that the carrier is selected from the group consisting of waxes, such as synthetic wax, microcrystalline wax, paraffin wax, Carnauba wax, and beeswax; glycerides, such as glyceryl monooleate, glyceryl monostearate, glyceryl palmitostearate, polyethoxylated castor oil derivatives, hydrogenated vegetable oils, glyceryl mono-, di- or tribehenates,
30   glyceryl tristearate, glyceryl tripalmitate; and mixtures thereof.

The azithromycin present in the multiparticulate has been found to be particularly reactive with dissolution enhancers. As a result, the concentration of acid and ester substituents on the dissolution enhancer must be kept low to keep the formation of azithromycin esters at acceptably low levels.

- 21 -

From the standpoint of reactivity to form azithromycin esters, the dissolution enhancers preferably have a concentration of acid/ester substituents of less than about 0.13 meq/g azithromycin present in the composition. Preferably, the dissolution enhancer has a concentration of acid/ester substituents of less than
5   about 0.10 meq/g azithromycin, more preferably less than about 0.02 meq/g azithromycin, even more preferably less than about 0.01 meq/g, and most preferably less than about 0.002 meq/g.

In addition to having low concentrations of acid and ester substituents, the dissolution enhancer should generally be hydrophilic, such that the rate of release
10   of azithromycin from the multiparticulate increases as the concentration of dissolution enhancer in the multiparticulate increases.

Further description of suitable dissolution enhancers and selection of appropriate excipients for azithromycin multiparticulates are disclosed in U.S. Patent Application Serial No. 60/527,319 ("Controlled Release Multiparticulates
15   Formed with Dissolution Enhancers," Attorney Docket No. PC25016), filed concurrently herewith.

In a more preferred embodiment, the multiparticulates of the present invention comprise (a) azithromycin; (b) a glyceride carrier having at least one alkylate substituent of 16 or more carbon atoms; and (c) a poloxamer dissolution
20   enhancer.   The choice of these particular carrier excipients allows for precise control of the release rate of the azithromycin over a wide range of release rates. Small changes in the relative amounts of the glyceride carrier and the poloxamer result in large changes in the release rate of the drug. This allows the release rate of the drug from the multiparticulate to be precisely controlled by selecting the
25   proper ratio of drug, glyceride carrier and poloxamer. These materials have the further advantage of releasing nearly all of the drug from the multiparticulate. Such multiparticulates are disclosed more fully in U.S. Patent Application Serial No. 60/527,329 ("Multiparticulate Crystalline Drug Compositions Having Controlled Release Profiles," Attorney Docket No. PC25020), filed concurrently herewith.
30   Additional optional excipients may also be included in the azithromycin multiparticulates. For example, agents that inhibit or delay the release of azithromycin from the multiparticulates can also be included in the carrier. Such dissolution-inhibiting agents are generally hydrophobic. Examples of dissolution-

- 22 -

inhibiting agents include hydrocarbon waxes, such as microcrystalline and paraffin wax.

Another useful class of excipients is materials that are used to adjust the viscosity of the molten feed used to form the multiparticulates, for example, by a melt-congeal process. Such viscosity-adjusting excipients will generally make up 0 to 25 wt% of the multiparticulate, based on the total mass of the multiparticulate. The viscosity of the molten feed is a key variable in obtaining multiparticulates with a narrow particle size distribution. For example, when a spinning-disc atomizer is employed, it is preferred that the viscosity of the molten mixture be at least about 1 centipoise (cp) and less than about 10,000 cp, more preferably at least 50 cp and less than about 1000 cp. If the molten mixture has a viscosity outside these preferred ranges, a viscosity-adjusting carrier can be added to obtain a molten mixture within the preferred viscosity range. Examples of viscosity-reducing excipients include stearyl alcohol, cetyl alcohol, low molecular weight polyethylene glycol (e.g., less than about 1000 daltons), isopropyl alcohol, and water. Examples of viscosity-increasing excipients include microcrystalline wax, paraffin wax, synthetic wax, high molecular weight polyethylene glycols (e.g., greater than about 5000 daltons), ethyl cellulose, hydroxypropyl cellulose, hydroxypropyl methyl cellulose, methyl cellulose, silicon dioxide, microcrystalline cellulose, magnesium silicate, sugars, and salts.

Other excipients may be added to reduce the static charge on the multiparticulates; examples of such anti-static agents include talc and silicon dioxide. Flavorants, colorants, and other excipients may also be added in their usual amounts for their usual purposes.

In addition to the multiparticulates and an alkalizing agent, the azithromycin dosage form of the present invention may further comprise one or more additional excipients.

For example, surfactants may be included in the dosage form. Examples of suitable surfactants include fatty acid and alkyl sulfonates; commercial surfactants such as benzalkonium chloride (HYAMINE® 1622, available from Lonza, Inc., Fairlawn, New Jersey); dioctyl sodium sulfosuccinate (DOCUSATE SODIUM™, available from Mallinckrodt Specialty Chemicals, St. Louis, Missouri); polyoxyethylene sorbitan fatty acid esters (TWEEN®, available from ICI Americas Inc., Wilmington, Delaware; LIPOSORB® P-20, available from Lipochem Inc.,

- 23 -

Patterson New Jersey; CAPMUL® POE-0, available from Abitec Corp., Janesville, Wisconsin); and natural surfactants such as sodium taurocholic acid, 1-palmitoyl-2-oleoyl-sn-glycero-3-phosphocholine, lecithin, and other phospholipids and mono- and diglycerides.  Such materials can advantageously be employed to increase the rate at which the multiparticulates disperse when administered to the use environment.

Conventional matrix materials, fillers, diluents, lubricants, preservatives, thickeners, anticaking agents, disintegrants, or binders may also be included in the dosage form.

Examples of matrix materials, fillers, or diluents include lactose, mannitol, xylitol, microcrystalline cellulose, dibasic calcium phosphate and starch.

Examples of disintegrants include sodium starch glycolate, sodium alginate, carboxymethylcellulose sodium, methyl cellulose, croscarmellose sodium and cross linked forms of polyvinyl pyrrolidone, also known as crospovidone.

Examples of binders include methyl cellulose, microcrystalline cellulose, starch, and gums such as guar gum, and tragacanth.

Examples of lubricants include magnesium stearate, calcium stearate, and stearic acid.

Examples of preservatives include sulfites (an antioxidant), benzalkonium chloride, methyl paraben, propyl paraben, benzyl alcohol and sodium benzoate.

Examples of suspending agents or thickeners include xanthan gum, starch, guar gum, sodium alginate, carboxymethyl cellulose, sodium carboxymethyl cellulose, methyl cellulose, hydroxypropyl methyl cellulose, polyacrylic acid, silica gel, aluminum silicate, magnesium silicate, and titanium dioxide.

Examples of anticaking agents or fillers include colloidal silicon oxide and lactose.

Other conventional excipients may be employed in the compositions of this invention, including those excipients well-known in the art.  Generally, excipients such as pigments, lubricants, flavorants, and so forth may be used for customary purposes and in typical amounts without adversely affecting the properties of the compositions.

In one embodiment, the dosage form is in the form of a tablet.  The term "tablet" is intended to embrace compressed tablets, coated tablets, and other forms known in the art.  See for example, *Remington's Pharmaceutical Sciences* (18th

Ed. 1990). Upon administration to the use environment, the tablet rapidly disintegrates, allowing the multiparticulates to be dispersed in the use environment.

In one embodiment, the tablet comprises multiparticulates that have been mixed with a binder, disintegrants, or other excipients known in the art, and then formed into a tablet using compressive forces. Examples of binders include microcrystalline cellulose, starch, gelatin, polyvinyl pyrrolidinone, polyethylene glycol, and sugars such as sucrose, glucose, dextrose, and lactose. Examples of disintegrants include sodium starch glycolate, croscarmellose sodium, crospovidone, and sodium carboxymethyl cellulose. The tablet may also include an effervescent agent (acid-base combinations) that generates carbon dioxide when placed in the use environment. The carbon dioxide generated helps in disintegration of the tablet. Other excipients, such as those discussed above, may also be included in the tablet.

The multiparticulates, binder, and other excipients used in the tablet may be granulated prior to formation of the tablet. Wet- or dry-granulation processes, well known in the art, may be used, provided the granulation process does not change the release profile of the multiparticulates. Alternatively, the materials may be formed into a tablet by direct compression.

The compression forces used to form the tablet should be sufficiently high to provide a tablet with high strength, but not too high to damage the multiparticulates contained in the tablet. Generally, compression forces that result in tablets with a hardness of about 3 to about 10 kp are desired.

Alternatively, tablets, such as multilayered and osmotic coated tablets, may also be made using non-compression processes. In one embodiment, the tablet is formed by a lyophylization process. In this process the multiparticulates are mixed with an aqueous solution or paste of water-soluble excipients and placed into a mold. The water is then removed by lyophylization, resulting in a highly porous, fast dissolving tablet containing the multiparticulates. Examples of water-soluble excipients used in such tablets include gelatin, dextran, dextrin, polyvinyl pyrrolidone, polyvinyl alcohol, trehalose, xylitol, sorbitol and mannitol.

In another embodiment, the dosage form is in the form of a capsule, well known in the art. See *Remington's Pharmaceutical Sciences* (18th Ed. 1990). The term "capsule" is intended to embrace solid dosage forms in which the multiparticulates and optional excipients are enclosed in either a hard or soft,

soluble container or shell.  Upon administration to the use environment, the shell
dissolves or disintegrates, releasing the contents of the capsule to the use
environment.  The hard gelatin capsule, typically made from gelatin, consists of two
sections, one slipping over the other.  The capsules are made by first blending the
5    multiparticulates and optional excipients, such as those listed above.  The
ingredients may be granulated using wet- or dry-granulation techniques to improve
the flow of the fill material.  The capsules are filled by introducing the fill material
into the longer end or body of the capsule and then slipping on the cap.  For soft-
gelatin capsules, the fill material may first be suspended in an oil or liquid prior to
10   filling the capsule.

          The dosage form may also be in the form of pills.  The term "pill" is intended
to embrace small, round solid dosage forms that comprise the multiparticulates
mixed with a binder and other excipients as described above.  Upon administration
to the use environment, the pill rapidly disintegrates, allowing the multiparticulates
15   to be dispersed therein.

          In another embodiment, the multiparticulate dosage form is in the form of a
powder or granules comprising the multiparticulates and other excipients as
described above, that is then suspended in a liquid dosing vehicle, including an
aqueous dosing vehicle, prior to dosing.  Such dosage forms may be prepared by
20   several methods.  In one method, the powder is placed into a container and an
amount of a liquid, such as water, is added to the container.  The container is then
mixed, stirred, or shaken to suspend the dosage form in the water.  In another
method, the multiparticulates and dosing vehicle excipients are supplied in two or
more separate packages.  The dosing vehicle excipients are first dissolved or
25   suspended in a liquid, such as water, and then the multiparticulates are added to
the liquid vehicle solution.  Alternatively, the dosing vehicle excipients and
multiparticulates, in two or more individual packages, can be added to the container
first, water added to the container, and the container mixed or stirred to form a
suspension.

30          Water is an example of a liquid that can be used to form the dosage form of
the invention.  Other liquids may also be used and are intended to be within the
scope of the invention.  Examples of suitable liquids include beverages, such as
coffee, tea, milk, and various juices.  Also included is water mixed with other

- 26 -

excipients to help form the dosage form, including surfactants, thickeners, suspending agents, and the like.

The multiparticulate dosage form may also be in the form of a dosing straw or other such device that allows the patient to sip water or other liquid through the device, the device being designed to mix the liquid with the powdered or granular dosage form contained in the device.

The multiparticulate dosage form may also be in the form of a paste, slurry or suspension.

In one embodiment, the multiparticulate dosage form comprises azithromycin multiparticulates, an alkalizing agent and one or more optional excipients selected from a sweetener, an anticaking agent, a viscosity-enhancing agent and a flavorant.   Preferably, the multiparticulate dosage form further comprises a sweetener, an anticaking agent, a viscosity-enhancing agent and a flavorant.

In an even more preferred  embodiment of the present invention, the azithromycin multiparticulates are administered with the alkalizing agent TSP.  The amount of TSP is preferably at least about 200 mg.  More preferably the amount of TSP ranges from about 300 mg to about 400 mg.  In another embodiment of the present invention TSP and magnesium hydroxide are both used as the alkalizing agent.  The amount of magnesium hydroxide used is at least  about 100 mg and preferably from about 200 mg to about 300 mg.

In a further preferred embodiment, the azithromycin dosage form comprises azithromycin multiparticulates, comprising about 45 to about 55 wt% azithromycin, about 43 to about 50 wt% glyceryl behenate and about 2 to about 5 wt% poloxamer, and an alkalizing agent comprising about 300 to about 400 mg TSP and about 200 to about 300 mg magnesium hydroxide.

In yet an even more preferred embodiment the azithromycin dosage form comprises azithromycin multiparticulates, comprising about 50  wt% azithromycin dihydrate, about 46 to about 48 wt% Compritol[®] 888 ATO, and about 2 to about 4 wt% Poloxamer 407, and an alkalizing agent comprising about 300 to about 400 mg TSP and about 200 to about 300 mg magnesium hydroxide.  More preferably, said dosage form comprises about 47 wt% Compritol[®] 888 ATO and about 3 wt% Poloxamer 407.  Compritol[®] 888 ATO and  Poloxamer 407 are further described below in the Exemplification.

- 27 -

The multiparticulates of the present invention can be made by any known process that results in particles, containing azithromycin and a carrier, with the desired size and release rate characteristics for the azithromycin. Preferred processes for forming such multiparticulates include thermal-based processes,
5    such as melt- and spray-congealing; liquid-based processes, such as extrusion spheronization, wet granulation, spray-coating, and spray-drying; and other granulation processes such as dry granulation and melt granulation.

The multiparticulates generally have a mean diameter of less than about 5000 $\mu$m, preferably less than 3000 $\mu$m, and most preferably less than about
10   1000 $\mu$m.   In a preferred embodiment, the mean diameter of the multiparticulates ranges from about 40 to about 3000 $\mu$m, preferably from about 50 to about 1000 $\mu$m, and most preferably from about 100 to about 300 $\mu$m.   Note that the diameter of the multiparticulates can be used to adjust the release rate of azithromycin from the multiparticulates.   Generally, the smaller the diameter of the multiparticulates,
15   the faster will be the azithromycin release rate from a particular multiparticulate formulation.   This is because the overall surface area in contact with the dissolution medium increases as the diameter of the multiparticulates decreases.   Thus, adjustments in the mean diameter of the multiparticulates can be used to adjust the azithromycin release profile.

20   The multiparticulates may be made by a melt-congeal process comprising the steps of (a) forming a molten mixture comprising azithromycin and a pharmaceutically acceptable carrier; (b) delivering the molten mixture of step (a) to an atomizing means to form droplets from the molten mixture; and (c) congealing the droplets from step (b) to form the multiparticulates.

25   When using thermal-based processes, such as the melt-congeal process, to make the multiparticulates of the present invention, the heat transfer to the azithromycin is minimized to prevent significant thermal degradation of the azithromycin during the process.   It is also preferred that the carrier have a melting point that is less then the melting point of azithromycin.   For example, azithromycin
30   dihydrate has a melting point of 113°C to 115°C.   Thus, when azithromycin dihydrate is used in the multiparticulates of the present invention, it is preferred that the carrier have a melting point that is less than about 113°C. As used herein, the term "melting point of the carrier" or "$T_m$" means the temperature at which the carrier, when containing the drug and any optional excipients present in the

multiparticulate, transitions from its crystalline to its liquid state. When the carrier is not crystalline, "melting point of the carrier" means the temperature at which the carrier becomes fluid in the sense that it will flow when subjected to one or more forces such as pressure, shear, and centrifugal force, in a manner similar to a crystalline material in the liquid state.

The azithromycin in the molten mixture may be dissolved in the molten mixture, may be a suspension of crystalline azithromycin distributed in the molten mixture, or any combination of such states or those states that are in between. Preferably, the molten mixture comprises a homogeneous suspension of crystalline azithromycin in the molten carrier where the fraction of azithromycin that melts or dissolves in the molten carrier is kept relatively low. Preferably less than about 30 wt% of the total azithromycin melts or dissolves in the molten carrier. It is preferred that the azithromycin be present as the crystalline dihydrate.

Thus, by "molten mixture" is meant that the mixture of azithromycin and carrier are heated sufficiently that the mixture becomes sufficiently fluid that the mixture may be formed into droplets or atomized. Atomization of the molten mixture may be carried out using any of the atomization methods described below. Generally, the mixture is molten in the sense that it will flow when subjected to one or more forces such as pressure, shear, and centrifugal force, such as that exerted by a centrifugal or spinning-disk atomizer. Thus, the azithromycin/carrier mixture may be considered "molten" when any portion of the carrier and azithromycin become fluid such that the mixture, as a whole, is sufficiently fluid that it may be atomized. Generally, a mixture is sufficiently fluid for atomization when the viscosity of the molten mixture is less than about 20,000 cp, preferably less than about 15,000 cp, more preferably less than about 10,000 cp. Often, the mixture becomes molten when the mixture is heated above the melting point of one or more of the carrier components, in cases where the carrier is sufficiently crystalline to have a relatively sharp melting point; or, when the carrier components are amorphous, above the softening point of one or more of the carrier components. Thus, the molten mixture is often a suspension of solid particles in a fluid matrix. In one preferred embodiment, the molten mixture comprises a mixture of substantially crystalline azithromycin particles suspended in a carrier that is substantially fluid. In such cases, a portion of the azithromycin may be dissolved in the fluid carrier and a portion of the carrier may remain solid.

- 29 -

Although the term "melt" refers specifically to the transition of a crystalline material from its crystalline to its liquid state, which occurs at its melting point, and the term "molten" refers to such a crystalline material in its liquid state, as used herein, the terms are used more broadly, referring in the case of "melt" to the

5   heating of any material or mixture of materials sufficiently that it becomes fluid in the sense that it may be pumped or atomized in a manner similar to a crystalline material in the liquid state. Likewise "molten" refers to any material or mixture of materials that is in such a fluid state.

Virtually any process can be used to form the molten mixture. One method

10   involves melting the carrier in a tank, adding the azithromycin to the molten carrier, and then mixing the mixture to ensure the azithromycin is uniformly distributed therein. Alternatively, both the azithromycin and carrier may be added to the tank and the mixture heated and mixed to form the molten mixture. When the carrier comprises more than one material, the molten mixture may be prepared using two

15   tanks, melting a first carrier in one tank and a second in another. The azithromycin is added to one of these tanks and mixed as described above. In another method, a continuously stirred tank system may be used, wherein the azithromycin and carrier are continuously added to a heated tank equipped with means for continuous mixing, while the molten mixture is continuously removed from the tank.

20   The molten mixture may also be formed using a continuous mill, such as a Dyno® Mill. The azithromycin and carrier are typically fed to the continuous mill in solid form, entering a grinding chamber containing grinding media, such as beads 0.25 to 5 mm in diameter. The grinding chamber typically is jacketed so heating or cooling fluid may be circulated around the chamber to control its temperature. The

25   molten mixture is formed in the grinding chamber, and exits the chamber through a separator to remove the grinding media.

An especially preferred method of forming the molten mixture is by an extruder. By "extruder" is meant a device or collection of devices that creates a molten extrudate by heat and/or shear forces and/or produces a uniformly mixed

30   extrudate from a solid and/or liquid (e.g., molten) feed. Such devices include, but are not limited to single-screw extruders; twin-screw extruders, including co-rotating, counter-rotating, intermeshing, and non-intermeshing extruders; multiple screw extruders; ram extruders, consisting of a heated cylinder and a piston for extruding the molten feed; gear-pump extruders, consisting of a heated gear pump,

generally counter-rotating, that simultaneously heats and pumps the molten feed; and conveyer extruders.  Conveyer extruders comprise a conveyer means for transporting solid and/or powdered feeds, such, such as a screw conveyer or pneumatic conveyer, and a pump.  At least a portion of the conveyer means is heated to a sufficiently high temperature to produce the molten mixture. The molten mixture may optionally be directed to an accumulation tank, before being directed to a pump, which directs the molten mixture to an atomizer.  Optionally, an in-line mixer may be used before or after the pump to ensure the molten mixture is substantially homogeneous.  In each of these extruders the molten mixture is mixed to form a uniformly mixed extrudate.  Such mixing may be accomplished by various mechanical and processing means, including mixing elements, kneading elements, and shear mixing by backflow.  Thus, in such devices, the composition is fed to the extruder, which produces a molten mixture that can be directed to the atomizer.

Once the molten mixture has been formed, it is delivered to an atomizer that breaks the molten mixture into small droplets.  Virtually any method can be used to deliver the molten mixture to the atomizer, including the use of pumps and various types of pneumatic devices such as pressurized vessels or piston pots.  When an extruder is used to form the molten mixture, the extruder itself can be used to deliver the molten mixture to the atomizer.  Typically, the molten mixture is maintained at an elevated temperature while delivering the mixture to the atomizer to prevent solidification of the mixture and to keep the molten mixture flowing.

Generally, atomization occurs in one of several ways, including (1) by "pressure" or single-fluid nozzles; (2) by two-fluid nozzles; (3) by centrifugal or spinning-disk atomizers; (4) by ultrasonic nozzles; and (5) by mechanical vibrating nozzles.  Detailed descriptions of atomization processes, including how to use spinning disk atomizers to obtain specific particle sizes, can be found in Lefebvre, *Atomization and Sprays* (1989) or in *Perry's Chemical Engineers' Handbook* (7th Ed. 1997).

Once the molten mixture has been atomized, the droplets are congealed, typically by contact with a gas or liquid at a temperature below the solidification temperature of the droplets.  Typically, it is desirable that the droplets are congealed in less than about 60 seconds, preferably in less than about 10 seconds, more preferably in less than about 1 second.  Often, congealing at ambient temperature results in sufficiently rapid solidification of the droplets to avoid

excessive azithromycin ester formation. However, the congealing step often occurs in an enclosed space to simplify collection of the multiparticulates. In such cases, the temperature of the congealing medium (either gas or liquid) will increase over time as the droplets are introduced into the enclosed space, leading to the possible

5  formation of azithromycin esters. Thus, a cooling gas or liquid is often circulated through the enclosed space to maintain a constant congealing temperature. When the carrier used is highly reactive with azithromycin and the time the azithromycin is exposed to the molten carrier must be limited, the cooling gas or liquid can be cooled to below ambient temperature to promote rapid congealing, thus keeping the

10  formation of azithromycin esters to acceptable levels.

Suitable thermal-based processes are disclosed in detail in U.S. Patent Application Attorney Docket No. PC25015, titled "Improved Azithromycin Multiparticulate Dosage Forms by Melt-Congeal Processes", and U.S. Patent Application Attorney Docket No. PC25122, titled "Extrusion Process for Forming

15  Chemically Stable Multiparticulates", filed concurrently herewith.

The multiparticulates may also be made by a liquid-based process comprising the steps of (a) forming a mixture comprising azithromycin, a pharmaceutically acceptable carrier, and a liquid; (b) forming particles from the mixture of step (a); and (c) removing a substantial portion of the liquid from the

20  particles of step (b) to form multiparticulates. Preferably, step (b) is a method selected from (i) atomization of the mixture, (ii) coating seed cores with the mixture, (iii) wet-granulating the mixture, and (iv) extruding the mixture into a solid mass followed by spheronizing or milling the mass.

Preferably, the liquid has a boiling point of less than about 150 °C.

25  Examples of liquids suitable for formation of multiparticulates using liquid-based processes include water; alcohols, such as methanol, ethanol, various isomers of propanol and various isomers of butanol; ketones, such as acetone, methyl ethyl ketone and methyl isobutyl ketone; hydrocarbons, such as pentane, hexane, heptane, cyclohexane, methylcyclohexane, octane and mineral oil; ethers, such as

30  methyl tert-butyl ether, ethyl ether and ethylene glycol monoethyl ether; chlorocarbons, such as chloroform, methylene dichloride and ethylene dichloride; tetrahydrofuran; dimethylsulfoxide; N-methylpyrrolidinone; N,N-dimethylacetamide; acetonitrile; and mixtures thereof.

- 32 -

In one embodiment, the particles are formed by atomization of the mixture using an appropriate nozzle to form small droplets of the mixture, which are sprayed into a drying chamber where there is a strong driving force for evaporation of the liquid, to produce solid, generally spherical particles. The strong driving force
5    for evaporation of the liquid is generally provided by maintaining the partial pressure of liquid in the drying chamber well below the vapor pressure of the liquid at the temperature of the particles. This is accomplished by (1) maintaining the pressure in the drying chamber at a partial vacuum (*e.g.*, 0.01 to 0.5 atm); or (2) mixing the droplets with a warm drying gas; or (3) both (1) and (2). Spray-drying processes
10   and spray-drying equipment are described generally in *Perry's Chemical Engineers' Handbook*, pages 20-54 to 20-57 (6th Ed. 1984).

In another embodiment, the particles are formed by coating the liquid mixture onto seed cores. The seed cores can be made from any suitable material such as starch, microcrystalline cellulose, sugar or wax, by any known method,
15   such as melt- or spray-congealing, extrusion/spheronization, granulation, spray-drying and the like.

The liquid mixture can be sprayed onto such seed cores using coating equipment known in the pharmaceutical arts, such as pan coaters (*e.g.*, Hi-Coater available from Freund Corp. of Tokyo, Japan, Accela-Cota available from Manesty
20   of Liverpool, U.K.), fluidized bed coaters (e.g., Würster coaters or top-spray coaters, available from Glatt Air Technologies, Inc. of Ramsey, New Jersey and from Niro Pharma Systems of Bubendorf, Switzerland) and rotary granulators (*e.g.*, CF-Granulator, available from Freund Corp).

In another embodiment, the liquid mixture may be wet-granulated to form
25   the particles. Granulation is a process by which relatively small particles are built up into larger granular particles, often with the aid of a carrier, also known as a binder in the pharmaceutical arts. In wet-granulation, a liquid is used to increase the intermolecular forces between particles, leading to an enhancement in granular integrity, referred to as the "strength" of the granule. Often, the strength of the
30   granule is determined by the amount of liquid that is present in the interstitial spaces between the particles during the granulation process. This being the case, it is important that the liquid wet the particles, ideally with a contact angle of zero. Since a large percentage of the particles being granulated are very hydrophilic azithromycin crystals, the liquid needs to be fairly hydrophilic to meet this criterion.

Thus, effective wet-granulation liquids tend also to be hydrophilic. Examples of liquids found to be effective wet-granulation liquids include water, ethanol, isopropyl alcohol and acetone. Preferably, the wet-granulation liquid is water at pH 7 or higher.

5          Several types of wet-granulation processes can be used to form azithromycin-containing multiparticulates. Examples include fluidized bed granulation, rotary granulation and high-shear mixers. In fluidized bed granulation, air is used to agitate or "fluidize" particles of azithromycin and/or carrier in a fluidizing chamber. The liquid is then sprayed into this fluidized bed, forming the

10        granules. In rotary granulation, horizontal discs rotate at high speed, forming a rotating "rope" of azithromycin and/or carrier particles at the walls of the granulation vessel. The liquid is sprayed into this rope, forming the granules. High-shear mixers contain an agitator or impeller to mix the particles of azithromycin and/or carrier. The liquid is sprayed into the moving bed of particles, forming granules. In

15        these processes, all or a portion of the carrier can be dissolved into the liquid prior to spraying the liquid onto the particles. Thus, in these processes, the steps of forming the liquid mixture and forming particles from the liquid mixture occur simultaneously.

In another embodiment, the particles are formed by extruding the liquid

20        mixture into a solid mass followed by spheronizing or milling the mass. In this process, the liquid mixture, which is in the form of a paste-like plastic suspension, is extruded through a perforated plate or die to form a solid mass, often in the form of elongated, solid rods. This solid mass is then milled to form the multiparticulates. In one embodiment, the solid mass is placed, with or without an intervening drying

25        step, onto a rotating disk that has protrusions that break the material into multiparticulate spheres, spheroids, or rounded rods. The so-formed multiparticulates are then dried to remove any remaining liquid. This process is sometimes referred to in the pharmaceutical arts as an extrusion/spheronization process.

30        Once the particles are formed, a portion of the liquid is removed, typically in a drying step, thus forming the multiparticulates. Preferably, at least 80 % of the liquid is removed from the particles, more preferably at least 90 %, and most preferably at least 95 % of the liquid is removed from the particle during the drying step.

- 34 -

Suitable liquid-based processes are disclosed more fully in U.S. Patent Application Serial No. 60/527,405, Attorney Docket No. PC25018, titled "Improved Azithromycin Multiparticulate Dosage Forms by Liquid-Based Processes", filed concurrently herewith.

5      The multiparticulates may also be made by a granulation process comprising the steps of (a) forming a solid mixture comprising azithromycin and a pharmaceutically acceptable carrier; and (b) granulating the solid mixture to form multiparticulates. Examples of such granulation processes include dry granulation and melt granulation, both well known in the art. See *Remington's Pharmaceutical*

10 *Sciences* (18th Ed. 1990).

An example of a dry granulation process is roller compaction. In roller compaction processes, the solid mixture is compressed between rollers. The rollers can be designed such that the resulting compressed material is in the form of small beads or pellets of the desired diameter. Alternatively, the compressed

15 material is in the form of a ribbon that may be milled to for multiparticulates using methods well known in the art. See, for example, *Remington's Pharmaceutical Sciences* (18th Ed. 1990).

In melt granulation processes, the solid mixture is fed to a granulator that has the capability of heating or melting the carrier. Equipment suitable for use in

20 this process includes high-shear granulators and single or multiple screw extruders, such as those described above for melt-congeal processes. In melt granulation processes, the solid mixture is placed into the granulator and heated until the solid mixture agglomerates. The solid mixture is then kneaded or mixed until the desired particle size is attained. The so-formed granules are then cooled, removed from

25 the granulator and sieved to the desired size fraction, thus forming the multiparticulates.

While the azithromycin in the multiparticulates can be amorphous or crystalline, it is preferred that a substantial portion of the azithromycin is crystalline, preferably the crystalline dihydrate. By "substantial portion" is meant that at least

30 80 % of the azithromycin is crystalline. The crystalline form is preferred because it tends to result in multiparticulates with improved chemical and physical stability. The crystallinity of azithromycin in the multiparticulates is determined using Powder X-Ray Diffraction (PXRD) analysis. In an exemplary procedure, PXRD analysis may be performed on a Bruker AXS D8 Advance diffractometer. In this analysis,

WO 2005/053650                                                                    PCT/IB2004/001654

samples of about 500 mg are packed in Lucite sample cups and the sample surface
smoothed using a glass microscope slide to provide a consistently smooth sample
surface that is level with the top of the sample cup.  Samples are spun in the φ
plane at a rate of 30 rpm to minimize crystal orientation effects.  The X-ray source

5       (S/B Kcu$_\alpha$, λ=1.54 Å) is operated at a voltage of 45 kV and a current of 40 mA.
Data for each sample are collected over a period of from about 20 to about 60
minutes in continuous detector scan mode at a scan speed of about 12
seconds/step and a step size of 0.02°/step.  Diffractograms are collected over the
2θ range of 10° to 16°.

10      The crystallinity of the test sample is determined by comparison with
calibration standards as follows.  The calibration standards consist of physical
mixtures of 20 wt%/80 wt% azithromycin/carrier, and 80 wt%/20 wt%
azithromycin/carrier.  Each physical mixture is blended together 15 minutes on a
Turbula mixer.  Using the instrument software, the area under the diffractogram

15      curve is integrated over the 2θ range of 10° to 16° using a linear baseline.  This
integration range includes as many azithromycin-specific peaks as possible while
excluding carrier-related peaks.  In addition, the large azithromycin-specific peak at
approximately 10° 2θ is omitted due to the large scan-to-scan variability in its
integrated area.  A linear calibration curve of percent crystalline azithromycin versus

20      the area under the diffractogram curve is generated from the calibration standards.
The crystallinity of the test sample is then determined using these calibration results
and the area under the curve for the test sample.  Results are reported as a mean
percent azithromycin crystallinity (by crystal mass).

One key to maintaining the crystalline form of azithromycin during formation

25      of multiparticulates via thermal-based and liquid-based processes is to maintain a
high activity of water and any solvate solvents in the carrier, atmosphere or gas with
which the composition comes in contact.  The activity of water or solvent should be
equivalent to or greater than that in the crystalline state.  This will ensure that the
water or solvent present in the crystal form of azithromycin remains at equilibrium

30      with the atmosphere, thus preventing a loss of hydrated water or solvated solvent.
For example, if the process for forming the multiparticulates requires that crystalline
azithromycin, the crystalline dihydrate, for instance, be exposed to high
temperatures (e.g., during a melt- or spray-congeal process), the atmosphere near
the azithromycin should be maintained at high humidity to limit the loss of the

hydrated water from the azithromycin crystals, and thus a change in the crystalline form of the azithromycin.

The humidity level required is that equivalent to or greater than the activity of water in the crystalline state. This can be determined experimentally, for
5   example, using a dynamic vapor sorption apparatus. In this test, a sample of the crystalline azithromycin is placed in a chamber and equilibrated at a constant temperature and relative humidity. The weight of the sample is then recorded. The weight of the sample is then monitored as the relative humidity of the atmosphere in the chamber is decreased. When the relative humidity in the chamber decreases to
10   below the level equivalent to the activity of water in the crystalline state, the sample will begin to loose weight as waters of hydration are lost. Thus, to maintain the crystalline state of the azithromycin, the humidity level should be maintained at or above the relative humidity at which the azithromycin begins to lose weight. A similar test can be used to determine the appropriate amount of solvent vapor
15   required to maintain a crystalline solvate form of azithromycin.

When crystalline azithromycin, such as the dihydrate form, is added to a molten carrier, a small amount of water, on the order of 30 to 100 wt% of the solubility of water in the molten carrier at the process temperature can be added to the carrier to ensure there is sufficient water to prevent loss of the azithromycin
20   dihydrate crystalline form.

Likewise, if a liquid-based process is used to form the composition, the liquid should contain sufficient water (e.g., 30 to 100 wt% the solubility of water in the liquid) to prevent a loss of the waters from hydrated crystalline azithromycin. In addition, the atmosphere near the azithromycin during any drying steps to remove
25   the liquid should be humidified sufficiently to prevent the loss of water and thereby maintain the crystalline dihydrate form. Generally, the higher the processing temperature, the higher the required concentration of water vapor or solvent in the carrier, atmosphere, or gas to which the azithromycin is exposed to maintain the hydrated or solvated form of the azithromycin.

30   Processes to maintain the crystalline form of azithromycin while forming multiparticulates are disclosed more fully in U.S. Patent Application Serial No. 60/527,316 ("Method for Making Pharmaceutical Multiparticulates," Attorney Docket No. PC25021), filed concurrently herewith.