- 37 -

The multiparticulates of the present invention may be post-treated to improve the drug crystallinity and/or the stability of the multiparticulate. In one embodiment, the multiparticulates comprise azithromycin and a carrier, wherein the carrier, when in the multiparticulate, and containing the azithromycin and optional

5    excipients has a melting point of $T_m$ in °C; the multiparticulates are treated after formation by at least one of (i) heating the multiparticulates to a temperature of at least 35°C but less than ($T_m$°C - 10°C), and (ii) exposing the multiparticulates to a mobility-enhancing agent. Such a post-treatment step results in an increase in drug crystallinity in the multiparticulates, and typically an improvement in at least one of

10   the chemical stability, physical stability, and dissolution stability of the multiparticulates. Post-treatment processes are disclosed more fully in U.S. Patent Application Serial No. 60/527,245, ("Multiparticulate Compositions with Improved Stability," Attorney Docket No. PC11900) filed concurrently herewith.

Preferably, wherein the azithromycin dosage form comprises azithromycin

15   multiparticulates, which comprise about 45 to about 55 wt% azithromycin, about 43 to about 50 wt% glyceryl behenate and about 2 to about 5 wt% poloxamer, and an alkalizing agent comprising about 300 to about 400 mg TSP, the azithromycin multiparticulates are post-treated by maintaining them at a temperature of about 40 °C at a relative humidity of about 75%, or sealed with water in a container

20   maintained at 40 °C, for 2 days or more. It is more preferred that this dosage form further comprises about 200 to about 300 mg magnesium hydroxide.

More preferably, wherein the azithromycin dosage form comprises azithromycin multiparticulates, which comprise about 50 wt% azithromycin dihydrate, about 46 to about 48 wt% Compritol® 888 ATO, and about 2 to about 4

25   wt% Lutrol® F127 NF; and an alkalizing agent comprising about 300 to about 400 mg TSP, the azithromycin multiparticulates are post -treated by maintaining them at a temperature of about 40 °C at a relative humidity of about 75%, or sealed with water in a container maintained at 40 °C, for about 5 days to about 3 weeks. It is more preferred that this dosage form further comprises about 200 to about 300 mg

30   magnesium hydroxide.

Most preferably, wherein the azithromycin dosage form comprises azithromycin the multiparticulates, which comprises about 50 wt% azithromycin dihydrate, about 47 wt% Compritol® 888 ATO and about 3 wt% Lutrol® F127 NF, the azithromycin multiparticulates are post -treated by maintaining them at a

temperature of about 40 °C at a relative humidity of about 75%, or sealed with water in a container maintained at 40 °C, for about 10 days or more.

Preferably, the concentration of azithromycin esters in the multiparticulates is less than about 1 wt%, based on the total amount of azithromycin present in the multiparticulate, more preferably less than about 0.5 wt%, more preferably less than about 0.2 wt%, and most preferably less than about 0.1 wt%.

Azithromycin esters may be formed during the multiparticulate-forming process, during other processing steps required for manufacture of the finished dosage form, or during storage following manufacture but prior to dosing. Since the azithromycin dosage forms may be stored for up to two years or even longer prior to dosing, it is preferred that the amount of azithromycin esters in the stored dosage form not exceed the above values prior to dosing.

Processes for reducing ester formation are described in more detail in commonly assigned U.S. Patent Application Serial Nos. 60/527,244 ("Improved Azithromycin Multiparticulate Dosage Forms by Melt-Congeal Processes," Attorney Docket No. PC25015), 60/527,319 ("Controlled Release Multiparticulates Formed with Dissolution Enhancers," Attorney Docket No. PC25016), and 60/527,405 ("Improved Azithromycin Multiparticulate Dosage Forms by Liquid-Based Processes, Attorney Docket No. PC25018), filed concurrently herewith.

The invention also provides a method of treating a disease or condition amenable to treatment with azithromycin, comprising administering to a mammal, preferably a human, in need of such treatment a therapeutically effective amount of azithromycin and an effective amount of an alkalizing agent. It is also preferred that the azithromycin is in multiparticulate form.

The term "effective amount of azithromycin" means the amount of azithromycin which, when administered, according to the present invention, prevents the onset of, alleviates the symptoms of, stops the progression of, or eliminates a bacterial or protozoal infection in a mammal.

In a preferred embodiment, the pharmaceutical dosage forms of the present invention are be used to treat bacterial or protozoal infection(s). As relates to bacterial or protozoal infections, the term "treat", means to treat or prevent bacterial or protozoal infection(s), including curing, reducing the symptoms of or slowing the progress of said infection(s).

- 39 -

As used herein, unless otherwise indicated, the term "bacterial or protozoal infection(s)" includes bacterial infections and protozoal infections that occur in mammals as well as disorders related to bacterial infections and protozoal infections that may be treated or prevented by administering antibiotics such as the

5 compound of the present invention.  Such bacterial infections and protozoal infections and disorders related to such infections include, but are not limited to, the following: pneumonia, otitis media, sinusitis, bronchitis, tonsillitis, and mastoiditis related to infection by *Streptococcus pneumoniae, Haemophilus influenzae, Moraxella catarrhalis, Staphylococcus aureus,* or *Peptostreptococcus spp.;*

10 pharyngitis, rheumatic fever, and glomerulonephritis related to infection by *Streptococcus pyogenes,* Groups C and G streptococci, *Clostridium diptheriae,* or *Actinobacillus haemolyt*icum; respiratory tract infections related to infection by *Mycoplasma pneumoniae, Legionella pneumophila, Streptococcus pneumoniae, Haemophilus influenzae,* or *Chlamydia pneumoniae;* uncomplicated skin and soft

15 tissue infections, abscesses and osteomyelitis, and puerperal fever related to infection by Staphylococcus aureus, coagulase-positive staphylococci (i.e., *S. epidermidis, S. hemolyticus,* etc.), *Streptococcus pyogenes, Streptococcus agalactiae,* Streptococcal Groups C-F (minute-colony streptococci), *viridans streptococci, Corynebacterium minutissimum, Clostridium spp.,* or *Bartonella*

20 *henselae;* uncomplicated acute urinary tract infections related to infection *by Staphylococcus saprophyticus* or *Enterococcus spp.;* urethritis and cervicitis; and sexually transmitted diseases related to infection by *Chlamydia trachomatis, Haemophilus ducreyi, Treponema pallidum, Ureaplasma urealyticum, or Neisseria gonorroeae;* toxin diseases related to infection *by S. aureus* (food poisoning and

25 Toxic shock syndrome), or Groups A, B, and C streptococci; ulcers related to infection by *Helicobacter pylori;* systemic febrile syndromes related to infection by *Borrelia recurrentis;* Lyme disease related to infection *by Borrelia burgdorferi;* conjunctivitis, keratitis, and dacrocystitis related to infection by *Chlamydia trachomatis, Neisseria gonorrhoeae, S. aureus, S. pneumoniae, S. pyogenes, H.*

30 *influenzae,* or *Listeria spp.;* disseminated *Mycobacterium avium* complex (MAC) disease related to infection by *Mycobacterium avium,* or *Mycobacterium intracellulare;* gastroenteritis related to infection by *Campylobacter jejuni;* intestinal protozoa related to infection by *Cryptosporidium spp.;* odontogenic infection related to infection by *viridans streptococci;* persistent cough related to infection by

*Bordetella pertussis*; gas gangrene related to infection by *Clostridium perfringens* or *Bacteroides spp.*; and atherosclerosis related to infection by *Helicobacter pylori* or *Chlamydia pneumoniae*. Bacterial infections and protozoal infections and disorders related to such infections that may be treated or prevented in animals include, but are not limited to, the following: bovine respiratory disease related to infection by *P. haem.*, *P. multocida*, *Mycoplasma bovis*, or *Bordetella spp.*; cow enteric disease related to infection by *E. coli* or protozoa (i.e., *coccidia, cryptosporidia*, etc.); dairy cow mastitis related to infection *by Staph. aureus, Strep. uberis, Strep. agalactiae, Strep. dysgalactiae, Klebsiella spp., Corynebacterium, or Enterococcus spp.*; swine respiratory disease related to infection by *A. pleuro.*, *P. multocida, or Mycoplasma spp.*; swine enteric disease related to infection *by E. coli, Lawsonia intracellularis, Salmonella, or Serpulina hyodyisinteriae*; cow footrot related to infection by *Fusobacterium spp.*; cow metritis related to infection by *E. coli*; cow hairy warts related to infection by *Fusobacterium necrophorum or Bacteroides nodosus*; cow pink-eye related to infection by *Moraxella bovis*; cow premature abortion related to infection by protozoa (i.e. *neosporium*); urinary tract infection in dogs and cats related to infection by *E. coli*; skin and soft tissue infections in dogs and cats related to infection by *Staph. epidermidis, Staph. intermedius, coagulase neg. Staph.* or *P. multocida*; and dental or mouth infections in dogs and cats related to infection by *Alcaligenes spp., Bacteroides spp., Clostridium spp., Enterobacter spp., Eubacterium, Peptostreptococcus, Porphyromonas, or Prevotella.* Other conditions that may be treated by the compounds and preparations of the present invention include malaria and atherosclerosis. Other bacterial infections and protozoal infections and disorders related to such infections that may be treated or prevented in accord with the method and compositions of the present invention are referred to in J. P. Sanford et al., "The Sanford Guide To Antimicrobial Therapy," 26th Edition, (Antimicrobial Therapy, Inc., 1996).

The amount of azithromycin which is administered will necessarily be varied according to principles well known in the art, taking into account factors such as the severity of the disease or condition being treated and the size and age of the patient. In general, the drug is to be administered so that an effective dose is received, with the effective dose being determined from safe and efficacious ranges of administration already known for azithromycin.

For adult humans, and for pediatric humans weighing more than 30 kg, the amount of azithromycin administered in a dose is typically between about 250 mgA and about 7 gA . Preferably, for adult humans, and for pediatric humans above 30 kg in weight, the dose form contains between about 1.5 to about 4 gA,  more

5    preferably about1.5 to about 3 gA, and most preferably about 1.8 to about 2.2 gA. For pediatric humans weighing 30 kg, or less, the azithromycin dose is typically scaled, according to the weight of the patient, and contains about 30 to about 90 mgA/kg of patient body weight,  preferably about 45 to about 75 mgA/kg, and more preferably about 60 mgA/kg.

10    The present invention is particularly useful for administering relatively large amounts of azithromycin to a patient, with reduced GI side effects, in a single-dose therapy wherein the total dose administered in the therapy comprises about 1.5 gA to about 4.0 gA of azithromycin.  Even more preferably, this single dose comprises about 1.5 gA to about 3.0 gA of azithromycin and most preferably  1.8 to  2.2 gA

15    azithromycin.

For animal/veterinary applications, the amount can, of course, be adjusted to be outside these limits depending, for example, on the size of the animal subject being treated.

In the method of the present invention, the azithromycin may be

20    administered using a single-dose therapy or in multiple-dose therapy (e.g., administering more than one dose in a single day or administering one or more doses over a course of 2-5 days or more).   A daily dosage can be administered from 1 to 4 times daily in equal doses.  Preferably, the azithromycin is administered one dose per day.

25    Most preferably, in the method of the present invention, the azithromycin is administered using a single dose, single-day therapy.

"Single dose" as used herein, means administering only one dose of azithromycin in the full course of therapy.


30    EXEMPLIFICATION

The present invention will be further illustrated by means of the following examples.  It is to be understood, however, that the invention is not meant to be limited to the details described therein.

WO 2005/053650                                                    PCT/IB2004/001654

- 42 -

In the examples that follow, the following definitions and tests have been employed:

Specification of a quantity in percent (%) means percent by weight based on total weight, unless otherwise indicated.

Lutrol® F127 NF (hereinafter referred to as "Lutrol®") and Pluronic® F127 (hereinafter referred to as "Pluronic®"), which are also known as Poloxamer 407 NF, are polyoxypropylene-polyoxyethylene block copolymers having a molecular weight, calculated on the OH value, of 9,840 to 14,600 g/mol and having a general structure of



wherein a is about 101 and b is about 56, obtained from BASF Corporation, Mount Olive, NJ.  Lutrol® is the pharmaceutical equivalent of Pluronic®.

Compritol® 888 ATO (hereinafter referred to as "Compritol®"), which is composed of a mixture of glyceryl mono-, di- and tribehenates, the diester fraction being predominant, is synthesized by esterification of glycerol by behenic acid (C22 fatty acid) and then atomized by spray-cooling, was obtained from GATTEFOSSÉ Corporation, Saint Priest, Cedex, France.

"gA" is an abbreviation for "grams of active azithromycin".  For example, "2 gA" means 2 grams of active azithromycin.


## Example 1
### Effect of Various Alkalizing Agents on Stomach pH

A clinical study was conducted to monitor the pH of the stomach (using a pH probe) after dosing six different formulations containing alkalizing agents.  Prior to performing the clinical study, a titration study was conducted with the alkalizing agent formulation to determine the pH change resulting from adding 0.1N HCl (pH 1.2) to the alkalizing agent.

The formulations tested included the following alkalizing agents:

Formulation 1 - 176 mg anhydrous TSP

Formulation 2 - 352 mg anhydrous TSP

- 43 -

Formulation 3 - 352 mg anhydrous TSP and 500 mg calcium carbonate

Formulation 4 - 352 mg anhydrous TSP and 250 mg magnesium hydroxide

Formulation 5 - 352 mg anhydrous TSP and 500 mg Tromethamine (TRIS)

Formulation 6 - 352 mg anhydrous TSP and 1000 mg Tromethamine (TRIS)

5          Further, each formulation was prepared by blending the specified alkalizing agent with 19.36 g sucrose, 0.067 g hydroxypropyl cellulose, 0.067 g xanthan gum, 0.2 g colloidal silicon dioxide, 0.14 g artificial cherry flavor, 0.23 g artificial banana flavor, and 0.4 g titanium dioxide.

10     **Step A - *In Vitro* Titration of Alkalizing Agents**

*In vitro* titration curves for each of the six formulations were developed.  A volume of 60 mL water was used to constitute suspensions of each formulation and of the placebo.  *In vitro* titration curves, for each suspension, were then determined by titrating the suspension with 0.2 mL to 5 mL increments of 0.1N HCl where the

15     size of the subsequent increment depended upon the pH change associated with the prior increment.  Titration curves for suspensions containing magnesium hydroxide or calcium carbonate were allowed to equilibrate for approximately 5 minutes after each acid addition prior to reading pH values.  The *in vitro* test results for each of the formulations are provided in FIG. 1.

20          The data in FIG. 1 is used in the method to estimate the change in stomach pH with time after ingestion of an alkalizing agent. To calculate this, one must assume the amount of acid present in the stomach and also the rate of acid produced.  From the literature (C. Lentner. Basle, CIBA-GEIGY, Units of measurement, Body Fluids, Composition of the Body, Nutrition, Geigy Scientific

25     Tables (1981) 1:123-133; Yamada, Tadataka (ed.), "Textbook of Gastroenterology", Volume 1, Lippincott Williams & Wilkens, 1999, pp. 284-285), the basal fasted stomach acid volume content is 40 mL of 0.04M HCl, or 0.96 mEq H+ or 9.6 mL of 0.1N HCl (0.1mmol/mL). The basal acid secretion rate is 3 mEq/hr (or 3/60 = 0.05 mEq/min). For H+, the number of milliequivalents (mEq) is the same as the number

30     of mmoles.  The calculation procedure further assumes that equilibrium conditions apply (i.e., good mixing) and that there is no stomach emptying of the formulation as well as gastric acid. It will be recognized by those skilled in the art of acid-base equilibria that under the assumptions discussed above, theoretically estimating the change in stomach pH with time after ingestion of an alkalizing agent is

                                - 44 -

mathematically identical to estimating the pH of the alkalizing agent formulation with time after (1) adding the entire basal amount of acid (0.96 mmol) to the formulation at time zero, and (2) simultaneously adding acid at the rate of 0.05 mmol/min to the formulation at time greater than 0. At any given time t, the volume of 0.1N HCl, V,

5     that corresponds to these conditions is calculated as follows:

$$V = 0.96 \text{ mmol} / (0.1 \text{ mmol/mL}) + (0.05 \text{ mmol/min}) / (0.1 \text{ mmol/mL}) \times t(\text{min})$$
[Note: 0.1 mmol/mL is the definition of 0.1N HCl]

10    Therefore,

$$t = (V - 9.6) / 0.5,$$

where t is time in minutes and V is the volume of 0.1 N HCl in FIG 1.

15        For various alkalizing agent formulations, the pH versus time plots (theoretically calculated) are shown in FIG. 2.


**Step B - Clinical Study**

       The study was an open, randomized, placebo-controlled study on gastric pH

20    in healthy adult volunteers, specifically, eighteen (18) healthy adult volunteers (6 subjects per group) between 18 to 55 years of age and within 15% to 30% of the recommended weight range based on gender, height and body frame.

       Subjects were assigned to three different groups. Each group received two test formulations and a placebo treatment in a 3-way cross over design:

25    Group 1: Formulation 1, Formulation 2 and placebo

Group 2: Formulation 3, Formulation 4 and placebo

Group 3: Formulation 5, Formulation 6 and placebo

       Subjects were randomized to treatment sequences within each group. The test formulation was administered as single dose oral solution. Water was used as

30    a placebo. Each subject received only one treatment (formulation) per day. There was a minimum of a 1-day wash out period between treatment days.

       Prior to dosing, the following procedures were performed:

Each subject was intubated with the Synectics Digitrapper pH probe (Synectics Medical Ltd, Middlesex, UK) approximately 30 minutes prior to the administration of

the alkalizing agent formulation or the placebo to obtain a baseline pH.  Continuous
pH recording was done from 30 minutes prior to dose administration while in a
sitting position.  If a baseline pH of < 2.0 was not demonstrated for a subject, that
subject would have been excluded from the study.  However, no subjects were
excluded.

        The test dose of a Formulation (1, 2, 3, 4, 5 or 6) or placebo, depending
upon the allocated group and treatment sequence, was then administered orally.
The dose was swallowed easily around the Digitrapper.  In order to standardize
conditions, all subjects were required to refrain from lying down, and eating and
drinking beverages (including water) during the first 2 hours after dosing.
Continuous pH recording was done until 2 hours post dose in a sitting position.

        Given some subject-to-subject variability for all formulations, the following
conclusions were made.

        TRIS containing formulations, in general, exhibited the longest duration of
pH rise of all formulations.

        Response by subject to calcium carbonate containing formulation was equal
or greater than that of magnesium hydroxide containing formulation.   Except for
Formulation 1, all other formulations, on average, raised the pH to 6, or above, for
at least 20 minutes.


## Example 2
### Comparison of *In Vitro* Release Rates
### From Dosage Forms with Different Amounts of the Same Alkalizing Agent

        The *in vitro* release rates of azithromycin were determined for various
azithromycin sustained release dosage forms, which each contained 2 gA of the
same azithromycin multiparticulate (MP1) and varying amounts of TSP as an
alkalizing agent, as compared to an azithromycin dosage form containing MP1
multiparticulates and no TSP, and to an azithromycin immediate release dosage
form which did contain TSP.  The sustained release dosage forms were prepared
as described in Step A, below, while the *in vitro* release rate study, and its results,
are described in the following Step B.

### Step A - Preparation of Azithromycin Sustained Release Dosage Forms

Five azithromycin sustained release dosage forms (hereinafter "SR1", "SR2", "SR3", "SR4", "SR5") were prepared by mixing 2000 mgA of azithromycin multiparticulates MP1, prepared as described below, with one of six excipient blends, as described below in this example:

SR1 included 38.7 g sucrose and 50 mg TSP,

SR2 included 38.7 g sucrose and 100 mg TSP,

SR3 included 38.7 g sucrose and 264 mg TSP,

SR4 included 38.7 g sucrose and 356 mg TSP, and

SR5 included 38.7 g sucrose and 500 mg TSP.

In addition, a Multiparticulate Control dosage form was prepared by mixing 2000 mgA of azithromycin multiparticulates, described in this example, and 38.7 g sucrose.

### Azithromycin Multiparticulates "MP1"

Azithromycin multiparticulates MP1 were made which comprised 50 wt% azithromycin dihydrate, 46 wt% Compritol®, and 4 wt% "Lutrol®". Specifically, azithromycin dihydrate (5000 g), Compritol® (4600 g) and Lutrol® (400 g) were blended in a twinshell blender (Blend Master C419145 purchased from Patterson Kelly, East Stroudsberg, PA) for 20 minutes. This blend was then de-lumped using a FitzMill® Comminutor L1A mill (The Fitzpatrick Company, Elmhurst, IL) at 3000 rpm, knives forward using a 0.065-inch screen. The mixture was blended again in a twinshell blender for 20 minutes, forming a preblend feed. The preblend feed was delivered to a B&P 19-mm twin-screw extruder (MP19-TC with a 25 L/D ratio purchased from B & P Process Equipment and Systems, LLC, Saginaw, MI) at a rate of 120 g/min, to form the molten mixture at a temperature of about 90 °C. No water was added to the extruder. The extruder produced a molten mixture consisting of a suspension of the azithromycin dihydrate in the Compritol®/Lutrol®. The molten mixture was then fed into the center of spinning-disk atomizer to form azithromycin multiparticulates.

The spinning disk atomizer, which was custom made, consists of a bowel-shaped stainless steel disk of 10.1 cm (4 inches) in diameter. The surface of the disk is heated with a thin film heater beneath the disk to about 90°C. That disk is mounted on a motor that drives the disk of up to approximately 10,000 RPM. The

WO 2005/053650                                        PCT/IB2004/001654
- 47 -

entire assembly is enclosed in a plastic bag of approximately 8 feet in diameter to
allow congealing and to capture multiparticulates formed by the atomizer.  Air is
introduced from a port underneath the disk to provide cooling of the
multiparticulates upon congealing and to inflate the bag to its extended size and
5    shape.

A suitable commercial equivalent, to this spinning disk atomizer, is the FX1
100-mm rotary atomizer manufactured by Niro A/S (Soeborg, Denmark).

The surface of the spinning disk atomizer was maintained at 90 °C, and the
disk was rotated at 5500 rpm, while forming the azithromycin multiparticulates.  The
10   mean residence time of the azithromycin dihydrate in the extruder was about 60
seconds and the total time the azithromycin was in the molten suspension was less
than about 3 minutes.  The particles formed by the spinning-disk atomizer were
congealed in ambient air and collected.  The azithromycin multiparticulates,
prepared by this method, had a diameter of about 200 $\mu$m.

15   The properties of the melt-congealed multiparticulates such as particle size
can be controlled by the viscosity of the melt and processing conditions.  Given the
combination of the materials in the preferred embodiments in the present invention,
the viscosity of the melt is unchanged as long as the temperature of the heating
system is kept at 90 °C.  The size of azithromycin multiparticulates can be
20   controlled by feed rate (the amount of molten materials charging onto the spinning
disk atomizer) and the disk speed (4 inch diameter).  For example, 200 $\mu$m particles
can be formed by a combination of 1) feed rate at 8.4 kg/hr and disk speed at 5500
RPM or 2) feed rate at 20 kg/hr and disk speed at 5800 RPM, or 3) feed rate at 25
kg/hr and disk speed at 7100 RPM.

25   The azithromycin multiparticulates were subsequently post-treated by
placing them in a shallow tray, at a depth of about 2 cm, and then placing the tray in
a 40 °C oven, maintaining a 75% relative humidity, for 5 days.

Each azithromycin multiparticulate dosage form was prepared using 4.2
grams of azithromycin multiparticulates to provide an equivalent of 2 gA
30   azithromycin.


**Step B - *In Vitro* Azithromycin Release Rate Study**

The *in vitro* rates of release of azithromycin, in 0.01 N HCl which simulates
stomach fluid when in the fed state and was used instead of 0.1 N HCl to avoid acid

- 48 -

degradation of the azithromycin, for the sustained release dosage forms (2 gA each) SR1, SR2, SR3, SR4, and SR5 which contained varying amounts of TSP as an alkalizing agent were determined.  The *in vitro* release rate of the multiparticulate  (2 gA), which contained no TSP, was also determined.  Further, the
5    *in vitro* release rate of the immediate release (IR) control, of two commercially sold single dose packets of azithromycin dihydrate for oral suspension (Zithromax®, Pfizer Inc., New York, NY), was determined.  Each single dose packet contained 1048 mg azithromycin dihydrate (1 gA), 88 mg TSP and other excipients.

The data in Table 1, shown below, demonstrate that the release rate of
10   azithromycin, from these multiparticulates,  is increasingly slowed when administered with increasing amounts of TSP.

This *in vitro* azithromycin release rate study, reflected in Table 1, was performed as follows.  The sustained release dosage forms, each containing about 2 gA of azithromycin in multiparticulates, and multiparticulate control and the
15   immediate release control, were placed into individual 125 mL bottles.   Next, 60 mL of purified water was added, and the bottle was shaken for 30 seconds.  The contents were added to a USP Type 2 dissoette flask equipped with Teflon-coated paddles rotating at 50 rpm.  The flask contained a volume of 750 mL of 0.01 N HCl held at 37.0±0.5 °C.  The bottle was rinsed twice with 20 mL of the HCl from the
20   flask, and the rinse was returned to the flask to make up a 750 mL final volume.  A 3 mL sample of the fluid in the flask was then collected at 15, 30, 60, 120, and 180 minutes following addition of the multiparticulates to the flask.  The samples were filtered using a 0.45-$\mu$m syringe filter prior to analyzing via High Performance Liquid Chromatography (Hewlett Packard 1100, Waters Symmetry $C_8$ column, 45:30:25
25   acetonitrile:methanol:25 mM $KH_2PO_4$ buffer at 1.0 mL/min, absorbance measured at 210 nm with a diode array spectrophotometer).

WO 2005/053650

PCT/IB2004/001654

Table 1

| Formulation | Time (hr) | Total Azithromycin Released (mg) | Azithromycin Released (%) |
|---|---|---|---|
| SR1 (50 mg TSP) | 0.08 | 350 | 17 |
| | 0.25 | 760 | 38 |
| | 0.5 | 1130 | 57 |
| | 1 | 1440 | 72 |
| | 2 | 1610 | 81 |
| | 3 | 1680 | 84 |
| SR2 (100 mg TSP) | 0.08 | 340 | 17 |
| | 0.25 | 740 | 37 |
| | 0.5 | 1020 | 51 |
| | 1 | 1260 | 63 |
| | 2 | 1420 | 71 |
| | 3 | 1520 | 76 |
| SR3 (264 mg TSP) | 0.08 | 300 | 15 |
| | 0.25 | 630 | 31 |
| | 0.5 | 880 | 44 |
| | 1 | 1160 | 58 |
| | 2 | 1400 | 70 |
| | 3 | 1480 | 74 |
| SR4 (356 mg TSP) | 0.08 | 250 | 12 |
| | 0.25 | 490 | 24 |
| | 0.5 | 710 | 35 |
| | 1 | 920 | 46 |
| | 2 | 1120 | 56 |
| | 3 | 1240 | 62 |
| SR5 (500 mg TSP) | 0.08 | 160 | 8 |
| | 0.25 | 340 | 17 |
| | 0.5 | 480 | 24 |
| | 1 | 640 | 32 |
| | 2 | 850 | 42 |
| | 3 | 1010 | 50 |
| Multiparticulate Control (No TSP) | 0.08 | 420 | 21 |
| | 0.25 | 860 | 43 |
| | 0.5 | 1160 | 58 |
| | 1 | 1460 | 73 |
| | 2 | 1660 | 83 |
| | 3 | 1720 | 86 |
| IR Control (176 mg TSP) | 0.08 | 1050 | 79 |
| | 0.25 | 1180 | 88 |
| | 0.5 | 1230 | 92 |
| | 1 | 1270 | 95 |
| | 2 | 1950 | 97 |
| | 3 | 1960 | 98 |

- 50 -


## Example 3

## Comparison of *In Vitro* Release Rates in Dosage Forms

## Having Different Alkalizing Agents

The *in vitro* release rates of azithromycin,  in 0.01N HCl were determined for

5    various azithromycin sustained release dosage forms, which each contained 2 gA

of the  azithromycin multiparticulates MP1 were prepared with one of three

excipients blends, as described below:

"SR6" included 38.7 g sucrose and 100 mg of the weak base sodium

carbonate,

10    "SR7" included 38.7 g sucrose and 50 mg magnesium hydroxide, and

"SR8" included 38.7 g sucrose and 1.0 g of  Liquid Maalox(R) (smooth

cherry, regular

strength, from Novartis) which contains 37.1 mg aluminum hydroxide, 37.1

mg of

15    magnesium hydroxide, and 3.7 mg simethicone.

The rates of release of azithromycin from these sustained release dosage

forms were measured *in vitro* as described in Example 2.  The results of these

dissolution tests, which are provided in Table 2, below, showed that the addition of

various alkalizing agents slowed the release of azithromycin from MP1

20    multiparticulates as compared to the release from these multiparticulates without an

alkalizing agent shown in Table 1.

WO 2005/053650
PCT/IB2004/001654

Table 2

| Formulation | Time (hr) | Azithromycin Released (mg) | Azithromycin Released (%) |
|---|---|---|---|
| SR6 | 0.08 | 130 | 10 |
| | 0.25 | 270 | 20 |
| | 0.5 | 430 | 32 |
| | 1 | 590 | 45 |
| | 2 | 1170 | 59 |
| | 3 | 1360 | 68 |
| SR7 | 0.08 | 210 | 16 |
| | 0.25 | 470 | 35 |
| | 0.5 | 670 | 50 |
| | 1 | 830 | 62 |
| | 2 | 1460 | 73 |
| | 3 | 1580 | 79 |
| SR8 | 0.08 | 220 | 17 |
| | 0.25 | 490 | 36 |
| | 0.5 | 650 | 49 |
| | 1 | 830 | 62 |
| | 2 | 1440 | 72 |
| | 3 | 1520 | 76 |

WO 2005/053650                                    PCT/IB2004/001654

- 52 -


Example 4

_In Vitro Evaluation of the Effect of Alkalizing Agent Addition Upon_

Immediate Release Dosage Form Release Rates

The comparative effect of the addition of an alkalizing agent upon _in vitro_

5   release rates in 0.01 N HCl was determined for the Zithromax® tablet azithromycin

immediate release dosage form.  Zithromax® tablets contain azithromycin dihydrate

equivalent to 250 mgA azithromycin, dibasic calcium phosphate (138.84 mg), which

is an alkalizing agent, and several other excipients.

The rates of release of azithromycin from Zithromax® tablets, with and

10   without adding an additional alkalizing agent, specifically 176 mg TSP, were

measured _in vitro_ as described in Example 2.  The results of these dissolution tests

are provided in Table 3, below.


Table 3

| Control Dosage Form | Time (hr) | Azithromycin Released (mg) | Azithromycin Released (%) |
|---|---|---|---|
| 8 tablets No TSP | 0 | 0 | 0 |
| | 0.08 | 1100 | 55 |
| | 0.25 | 1480 | 74 |
| | 0.5 | 1600 | 80 |
| | 1 | 1700 | 85 |
| | 2 | 1720 | 86 |
| | 3 | 1700 | 85 |
| 8 tablets 176mg TSP | 0 | 0 | 0 |
| | 0.08 | 1040 | 52 |
| | 0.25 | 1380 | 69 |
| | 0.5 | 1500 | 75 |
| | 1 | 1580 | 79 |
| | 2 | 1600 | 80 |
| | 3 | 1620 | 81 |

15

These results confirm that, when combined with an alkalizing agent, the

release rate from an immediate release azithromycin dosage form is slowed.

Example 5

Comparison of *In Vitro* Release Rates in Dosage Forms

Having Different Azithromycin Multiparticulates

The *in vitro* release rates of azithromycin, in 0.1 M $Na_2HPO_4$, were
determined for various azithromycin sustained release dosage forms, which each
contained 2 gA of different azithromycin multiparticulates and the same amount of a
common alkalizing agent.  The sustained release dosage forms were prepared as
described in Step A, below, while the *in vitro* release rate study, and its results, are
described in the following Step B.

**Step A - Preparation of Azithromycin Sustained Release Dosage Forms**

Six azithromycin sustained release dosage forms, specifically SR9, SR10,
SR11, SR12, SR13 and SR14 were prepared by mixing azithromycin
multiparticulates, respectively, MP2, MP3, MP4, MP5, MP6 or MP7, each, with the
same blend of two alkalizing agents (i.e., 352 mg TSP and  250 mg magnesium
hydroxide) and excipients (i.e., 19.36 g sucrose, 67 mg hydroxypropyl cellulose,
67 mg xanthan gum, 110 mg colloidal silicon dioxide, 400 mg titanium dioxide,
140 mg cherry flavoring and 230 mg banana flavoring).

Azithromycin Multiparticulates

Azithromycin multiparticulates "MP2", which comprised 50 wt% azithromycin
dihydrate, 47 wt% Compritol®, and 3 wt% "Lutrol®", were made in the same manner
as the MP1 multiparticulates in Example 2, with the exception that the blend was
then fed through a B&P 19-mm twin-screw extruder, at a rate of 131 g/min, to form
the molten mixture.  Water was concurrently added to the extruder at a rate that
provided a water content in the molten mixture of 2 wt% and the multiparticulates
were post-treated for 21 days to form azithromycin multiparticulates with a mean
diameter of about 188 microns.

Azithromycin multiparticulates "MP3", which comprised 50 wt% azithromycin
dihydrate, 47 wt% Compritol®, and 3 wt% "Lutrol®", were made in the same manner
as the MP2 multiparticulates in this Example, with the exception that the disk was
rotating at 4800 rpm, to form azithromycin multiparticulates with a mean diameter of
about 204 microns.

- 54 -

Azithromycin multiparticulates "MP4", which comprised 50 wt% azithromycin dihydrate, 47 wt% Compritol® , and 3 wt% "Lutrol®", were made in the same manner as the MP2 multiparticulates in this Example, with the exception that the disk was rotating at 4100 rpm, to form azithromycin multiparticulates with a mean diameter of
5       about 227 microns.

Azithromycin multiparticulates "MP5" were made which comprised 50 wt% azithromycin multiparticulates, 48 wt% Compritol® , and 2 wt% Lutrol® in the same manner as MP1 in Example 1, with the exception that the blend was then fed through a Liestritz 27 mm twin-screw extruder, at a rate of 140 g/min, to form the
10      molten mixture.

Azithromycin multiparticulates "MP6" were made comprising 50 wt% azithromycin dihydrate, 47 wt% Compritol®, and 3 wt% Lutrol® F127 using the following procedure. First, 15 kg azithromycin dihydrate, 14.1 kg of the Compritol® and 0.9 kg of the Lutrol® were weighed and passed through a Quadro 194S Comil
15      mill in that order. The mill speed was set at 600 rpm. The mill was equipped with a No. 2C-075-H050/60 screen (special round), a No. 2C-1607-049 flat-blade impeller, and a 0.225-inch spacer between the impeller and screen. The de-lumped mixture was blended using a Servo-Lift 100-L stainless-steel bin blender rotating at 20 rpm, for a total of 500 rotations, forming a preblend feed.

20      The preblend feed was delivered to a Leistritz 50 mm twin-screw extruder (Model ZSE 50, American Leistritz Extruder Corporation, Somerville, NJ) at a rate of 25 kg/hr. The extruder was operated in co-rotating mode at about 300 rpm, and interfaced with a melt/spray-congeal unit. The extruder had nine segmented barrel zones and an overall extruder length of 36 screw diameters (1.8 m). Water was
25      injected into barrel number 4 at a rate of 8.3 g/min (2 wt%). The extruder's rate of extrusion was adjusted so as to produce a molten feed suspension of the azithromycin dihydrate in the Compritol®/Pluronic ® at a temperature of about 90°C.

The molten feed suspension was delivered to a spinning-disk atomizer rotating at 7600 rpm, the surface of which was maintained at 90°C. The maximum
30      total time the azithromycin dihydrate was exposed to the molten suspension was less than about 10 minutes. The particles formed by the spinning-disk atomizer were cooled and congealed in the presence of cooling air circulated through the product collection chamber. The mean particle size was determined to be 188 $\mu$m using a Horiba LA-910 particle size analyzer. Samples of the multiparticulates were

also evaluated by PXRD, which showed that about 99% of the azithromycin in the multiparticulates was in the crystalline dihydrate form.

The so-formed multiparticulates were post-treated by placing samples in sealed barrels which were then placed in a controlled atmosphere chamber at 40°C
5    for 3 weeks.

Azithromycin multiparticulates "MP7", which comprised 50 wt% azithromycin dihydrate, 47 wt% Compritol®, and 3 wt% Lutrol® F127, were made as follows.

Azithromycin dihydrate (140 kg) was weighed and passed through a Quadro Comil 196S with a mill speed of 900 rpm.  The mill was equipped with a No. 2C-
10   075-H050/60 screen (special round, 0.075"), a No. 2F-1607-254 impeller, and a 0.225 inch spacer between the impeller and screen.  Next, 8.4 kg of the Lutrol® and then 131.6 kg of the Compritol® were weighed and passed through a Quadro 194S Comil mill.  The mill speed was set at 650 rpm.  The mill was equipped with a No. 2C-075-R03751 screen (0.075"), a No. 2C-1601-001 impeller, and a 0.225-inch
15   spacer between the impeller and screen.  The milled mixture was blended using a Gallay 38 cubic foot stainless-steel bin blender rotating at 10 rpm for 40 minutes, for a total of 400 rotations, forming a preblend feed

The preblend feed was delivered to a Leistritz 50 mm twin-screw extruder at a rate of about 20 kg/hr.  The extruder was operated in co-rotating mode at about
20   100 rpm, and interfaced with a melt/spray-congeal unit.  The extruder had five segmented barrel zones and an overall extruder length of 20 screw diameters (1.0 m).  Water was injected into barrel number 2 at a rate of 6.7 g/min (2 wt%).  The extruder's rate of extrusion was adjusted so as to produce a molten feed suspension of the azithromycin dihydrate in the Compritol®/Lutrol® at a temperature
25   of about 90°C.

The feed suspension was delivered to a 10.1 cm diameter spinning-disk atomizer, described above in Example 2 which was rotating at 6400 rpm and maintaining a disk surface temperature of 90°C.  The maximum total time the azithromycin was exposed to the molten suspension was less than 10 minutes.
30   The particles formed by the spinning-disk atomizer were cooled and congealed in the presence of cooling air circulated through the product collection chamber.  The mean particle size was determined to be about 200 $\mu$m using a Malvern particle size analyzer.

The so-formed multiparticulates were post-treated by placing a sample in a sealed barrel that was then placed in a controlled atmosphere chamber at 40°C for 10 days.  Samples of the post-treated multiparticulates were evaluated by PXRD, which showed that about 99% of the azithromycin in the multiparticulates was in the crystalline dihydrate form.

**Step B - *In Vitro* Azithromycin Release Rate Study**

The *in vitro* rates of release of azithromycin, for the sustained release dosage forms (2 gA each) SR9, SR10, SR11, SR12, SR13 and SR14 were determined by the following dissolution test method.

Water (60 mL) was added to the bottle containing the dosage form.  The bottle was capped and then inverted several times to mix the suspension. Each sustained release dosage formulation, in suspension form, was tested by adding it to the dissolution buffer in a standard USP rotating paddle apparatus as disclosed in United States Pharmacopeia (USP 26), Dissolution Test, Chapter 711, Apparatus 2.   Paddles were rotated at 50 rpm and the dissolution test was conducted in 840 mL of 0.1 M sodium phosphate buffer, pH 6.0 ($\pm$ 0.05) at 37 $\pm$ 0.5°C.  At indicated times following test initiation (i.e. insertion of the dosage form into the apparatus), filtered aliquots (typically 10 mL) from the test medium were analyzed for azithromycin by reverse-phase high performance liquid chromatography (HPLC) and UV detection as follows.  An aliquot of test solution was filtered to remove particulates.  A fixed volume of 10 μL was injected onto a column (15 cm length x 3.9 mm ID) kept at 35 $\pm$ 3 °C.  The mobile phase consisted of volume ratios of 45% acetonitrile, 30% methanol, and 25% buffer.  The buffer consisted of 25 mM $KH_2PO_4$, pH 6.5.  The flow rate was set at 1 mL/min.  In the dissolution test media, actual quantification of azithromycin was determined by comparison of sample chromatogram peak area against an azithromycin standard chromatogram peak area.

WO 2005/053650                                            PCT/IB2004/001654

- 57 -

Table 4

| Formulation | Time (hr) | Azithromycin Released (mgA) | Azithromycin Released (%) |
|---|---|---|---|
| SR9 (MP2) | 0.25 | 560 | 28 |
| | 0.5 | 920 | 46 |
| | 1 | 1400 | 70 |
| | 2 | 1800 | 90 |
| | 3 | 1900 | 95 |
| SR10 (MP3) | 0.25 | 520 | 26 |
| | 0.5 | 860 | 43 |
| | 1 | 1320 | 66 |
| | 2 | 1740 | 87 |
| | 3 | 1860 | 93 |
| SR11 (MP4) | 0.25 | 500 | 25 |
| | 0.5 | 800 | 40 |
| | 1 | 1240 | 62 |
| | 2 | 1680 | 84 |
| | 3 | 1840 | 92 |
| SR12 (MP5) | 0.25 | 460 | 23 |
| | 0.5 | 760 | 38 |
| | 1 | 1180 | 59 |
| | 2 | 1460 | 73 |
| | 3 | 1640 | 82 |
| SR13 (MP6) | 0.25 | 600 | 30 |
| | 0.5 | 1000 | 50 |
| | 1 | 1540 | 77 |
| | 2 | 1920 | 96 |
| | 3 | 1980 | 99 |
| SR14 (MP7) | 0.25 | 730 | 37 |
| | 0.5 | 1200 | 60 |
| | 1 | 1700 | 85 |
| | 2 | 1880 | 94 |
| | 3 | 1920 | 96 |

The results of these dissolution tests, provided above in Table 4, show that these various formulations, of multiparticulates and alkalizing agent, meet the release rate criterion for the pH 6.0 buffer *in vitro* test of (i) from 15 to 55 wt% of said azithromycin in said dosage form at 0.25 hour; (ii) from 30 to 75 wt% of said azithromycin in said dosage form at 0.5 hour; and (iii) greater than 50 wt% of said

azithromycin in said dosage form at 1 hour after administration to the buffer test medium.

Example 6

*In Vivo* Comparison

of Azithromycin Sustained Release Dosage Forms and an Immediate Release

Azithromycin Dosage Form

Two clinical studies were conducted to respectively evaluate the pharmacokinetics and gastrointestinal toleration of three azithromycin sustained release dosage forms, of the present invention,  each of which contained 352 mg anhydrous TSP as an alkalizing agent and optionally contained 250 mg magnesium hydroxide, as compared to an azithromycin immediate release dosage form which contained  half as much TSP (176 mg) and no magnesium hydroxide.  The sustained release dosage forms were prepared as described in Step A, below, while the pharmacokinetics and side effects clinical studies, and their results, are described, respectively, in the following Steps B and C.

**Step A - Preparation of Azithromycin Sustained Release Dosage Forms**

These sustained release dosage forms were prepared as follows.  Two different azithromycin sustained release dosage forms (hereinafter "SR15" and "SR16") were prepared by mixing 4.2g (2 gA) of azithromycin multiparticulates, prepared as described below, with different excipients.  The SR15 dosage form comprised a mixture of the azithromycin multiparticulates and the excipient blend, described below. The SR16 dosage form comprised a mixture of the azithromycin multiparticulates, the same excipient blend, and magnesium hydroxide.  To prepare SR16, magnesium hydroxide was added to the bottle containing SR15.  The contents were mixed by swirling the bottle.

SR12 was prepared as described in Example 5.

Azithromycin Multiparticulates

Azithromycin multiparticulates "MP8", which comprised 50 wt% azithromycin dihydrate, 47 wt% Compritol® , and 3 wt% Lutrol®, were made in the same manner as the MP1 multiparticulates in Example 2, with the exception that the blend was then fed through a Leistritz 27 mm twin-screw extruder (Model ZSE 27, American

Leistritz Extruder Corporation, Somerville, NJ), at a rate of 140 g/min, to form the molten mixture.

<u>Alkalizing Agents and Excipients</u>

5        An excipient blend, for use in combination with the azithromycin multiparticulates, was prepared. The excipient blend consisted of a mixture of 352 mg anhydrous TSP as an alkalizing agent, 19.36 g sucrose (NF), 67 mg hydroxypropyl cellulose (NF), 67 mg xanthan gum (NF), 200 mg colloidal silicon dioxide (NF), 400 mg titanium dioxide (USP), 140 mg cherry flavoring and 230 mg
10    banana flavoring.

       Separate bottles, containing 250 mg of the optional alkalizing agent magnesium hydroxide(USP), were also prepared.

**Step B - Pharmacokinetics Clinical Study**

15        The *in vivo* pharmacokinetics of the "SR15" and "SR16" azithromycin multiparticulate dosage forms were evaluated in 32 fasting, healthy human subjects in a randomized, open-label, parallel group, two way cross-over study. On Day 1, eight subjects received the SR15 azithromycin multiparticulate dosage form and eight subjects received the SR16 azithromycin multiparticulate dosage form. As
20    controls, two groups (A and B) of eight subjects each received two single dose packets of azithromycin dihydrate for oral suspension (Zithromax®, Pfizer Inc., New York, NY) wherein each dose contains 1048 mg azithromycin dihydrate, which is equivalent to 1000 mgA azithromycin, 88 mg TSP and the inactive ingredients previously noted.

25        Specifically, 2 gA of either of the azithromycin formulations (SR15 without magnesium hydroxide or SR16 with magnesium hydroxide) or commercially available azithromycin sachets, were dosed based upon the computer-generated randomization for each of the two treatment groups.

       To dose the SR15 and SR16 formulations, 60 mL of water was added to the
30    bottle containing SR15 and was shaken for 30 seconds. The entire contents of the bottle were administered directly into the subject's mouth. An additional 60 mL of water was added to rinse the bottle and the rinse was administered to the subject's mouth. An additional 120 mL of water was administered using a dosing cup.

- 60 -

To dose azithromycin commercial two 1 g sachets, the contents of 1g Zithromax® single dose packet were emptied into a cup containing 60 mL of water. The mixture was stirred and was administered to the subject's mouth. An additional 60 mL of water was used to rinse the cup and the rinse was administered. This procedure was repeated for the second Zithromax® Single Dose Packet.

All subjects were orally dosed after an overnight fast. All subjects were then required to refrain from lying down, eating and drinking beverages other than water during the first 4 hours after dosing.

Blood samples (5 mL each) were withdrawn from the subjects' veins prior to dosing, and at 0.5, 1, 2, 3, 4, 6, 8, 12, 16, 24, 36, 48, 72 and 96 hr post-dosing. Serum azithromycin concentrations were determined using the high performance liquid chromatography assay described in Shepard el al., J Chromatography. 565:321-337 (1991). Total systemic exposure to azithromycin was determined by measuring the area under the curve (AUC) for each subject in the group and then by calculating a mean AUC for the group. Cmax is the highest serum azithromycin concentration achieved in a subject. Tmax is the time at which Cmax is achieved. %CV is the coefficient of variance and SD is the standard deviation.

On Day 15, the procedure was repeated except that the two 8-subject groups, who received control dosage forms on Day 1, were then dosed with azithromycin multiparticulate dosage forms SR15 or SR16. Likewise, the two 8-subject groups, who previously received the azithromycin multiparticulate dosage forms on Day 1, were then dosed with the control dosage forms.

An *in vivo* pharmacokinetics of the SR12 azithromycin multiparticulate dosage form was also evaluated in sixteen fasting, healthy human subjects in a randomized, two-way cross-over study. The control was two single dose packets of azithromycin dihydrate for oral suspension (Zithromax®, Pfizer Inc., New York, NY) wherein each dose contains 1048 mg azithromycin dihydrate, which is equivalent to 1000 mgA azithromycin, 88 mg TSP and the inactive ingredients previously noted.

The results of this study are provided in Table 5.

WO 2005/053650                                                      PCT/IB2004/001654

Table 5

| Formulation | $C_{max}$ (µg/mL) | | $T_{max}$ (hr) | | AUC (µg•hr/mL) 0-Tlast (96 hrs) | |
|---|---|---|---|---|---|---|
| | Geometric Mean | % CV | Arithmetic Mean | SD | Geometric Mean | % CV |
| SR15 | 0.92 | 36 | 2.94 | 1.7 | 13.81 | 35 |
| SR16 | 0.82 | 26 | 4.13 | 1.6 | 15.75 | 40 |
| Control for SR15 | 2.09 | 36 | 1.13 | 0.3 | 18.98 | 22 |
| Control for SR16 | 1.90 | 49 | 1.56 | 0.7 | 19.03 | 24 |
| SR12 | 0.86 | 26 | 4.88 | 1.86 | 13.6 | 25 |
| Control for SR12 | 2.10 | 42 | 1.25 | 0.58 | 15.3 | 24 |

Based upon the results in Table 5, the bioavailabilities for SR15, SR16 and
SR12 were 73%, 83% and 89%, respectively, relative to the immediate release

5      control dosage form. The data also showed that the ratios of the maximum serum
concentration of azithromycin provided by the multiparticulate dosage forms SR15,
SR16 and SR12 to the maximum serum concentration of azithromycin provided by
the Control Dosage Form were 0.44, 0.43 and 0.41, respectively. In addition, the
time to achieve the maximum serum concentration was longer for the azithromycin

10     multiparticulate dosage forms than for the immediate release control dosage forms.


**Step C - Gastrointestinal Toleration Clinical Study**

The *in vivo* toleration of the SR15 and SR16 azithromycin multiparticulate
dosage forms were evaluated through a randomized, parallel group study.

15     Specifically, 106 healthy human subjects were orally administered the SR15
sustained release azithromycin multiparticulate formulation, 106 healthy human
subjects were orally administered the SR16 sustained release azithromycin
multiparticulate formulation, and 108 healthy human subjects were each
administered two single dose 1 gA packets of azithromycin dihydrate for oral

20     suspension. by the following procedure. The entire contents of one packet were
mixed with approximately 60 mL of water in a cup and then drunk immediately. An
additional 60 mL of water was added to the cup, mixed and then drunk to assure
complete consumption of the dosage. These steps were then repeated for the
second packet.

25     GI adverse events, such as diarrhea, nausea, and vomiting, were monitored
for 48 hours following administration of each dosage form.    Subjects were verbally

queried at least at the following approximate times: 1, 2, 4, 6, 8, 12 and 24 hours after dosing by asking non-leading questions.

The incidence of gastrointestinal adverse events, experienced by the subjects tested, are provided in Table 6.

5       A similar *in vivo* toleration study was performed on the formulation SR12 using a population of 16 healthy human subjects. The control used for this study was two single dose 1 gA packets of azithromycin dihydrate for oral suspension. The results of this study are also provided in Table 6.

Table 6

| | Percentage of Subjects with GI Adverse Events | | |
|---|---|---|---|
| Formulation | Diarrhea | Nausea | Vomiting |
| SR15 | 17.9 | 17.0 | 2.8 |
| SR16 | 23.6 | 17.0 | 3.8 |
| Control | 27.8 | 54.6 | 25.9 |
| SR12 | 18.8 | 18.8 | 0 |
| Control for SR12 | 18.8 | 50 | 6 |

The results in Table 5 and 6 show that both azithromycin multiparticulate dosage forms, with or without magnesium hydroxide, wherein the multiparticulates included 2-3 wt% Lutrol®, provided lower immediate concentrations of azithromycin released from the forms, as compared to the immediate release Control Dosage Form, and substantially improved gastrointestinal toleration relative to the immediate release Control Dosage Form while concurrently maintaining a bioavailability substantially equivalent to the immediate release control. Further, SR15 provided a relative degree of improvement, as compared to the control, of 1.6 for diarrhea, 3.2 for nausea, and 9.3 for vomiting while SR16 provided a relative degree of improvement of 1.2 for diarrhea, 3.2 for nausea, and 6.8 for vomiting. Likewise, SR12 provided no improvement in diarrhea over the control, a relative degree of improvement of 50 and no vomiting events as compared to the 6 events that occurred with the control. Note that the results for SR12 cannot be accurately compared to those for SR15 and SR16 due to the small population size of the SR12 study.

Example 7

*In Vivo* Comparison

of Azithromycin Multiparticulate Forms and

an Immediate Release Azithromycin Dosage Form

A clinical study was conducted to evaluate the pharmacokinetics and gastrointestinal toleration of two azithromycin multiparticulate dosage forms which contained 2 gA or 3gA of azithromycin, respectively, and each of which contained 352 mg anhydrous TSP as an alkalizing agent, as compared to an azithromycin immediate release dosage form which contained half as much TSP (176 mg) and no magnesium hydroxide. The sustained release dosage form was prepared as described in the following Step A,  an in vitro release rate study of the 2 gA dosage form was performed as described in Step B, while the pharmacokinetics and side effects clinical studies, and their results, are described, respectively, in the following Steps C and D.

**Step A - Preparation of Azithromycin Multiparticulate Dosage Forms**

Azithromycin multiparticulate dosage forms (hereinafter "SR17" and SR"18") were prepared by mixing 4.2 g (2 gA) or 6.3 g (3 gA), respectively, of azithromycin multiparticulates MP9 which prepared as described below, with excipients. The SR17 dosage form comprised a mixture of the azithromycin multiparticulates (MP9) and the excipient blend, described below.

Azithromycin Multiparticulates

Azithromycin multiparticulates "MP9", which comprised 50 wt% azithromycin dihydrate, 46 wt% Compritol® , and 4 wt% Lutrol®, were made in the same manner as the MP9 multiparticulates in Example 2, with the exception that the blend was fed through a Liestritz 27 mm twin-screw extruder, at a rate of 140 g/min, to form the molten mixture. The spinning disk atomizer was rotated at 5500 rpm to form the multiparticulates. The resulting multiparticulates were exposed to 40°C and 75% relative humidity in an environmental chamber for 5 days.

Alkalizing Agents and Excipients

An excipient blend, for use in combination with the azithromycin multiparticulates, was prepared. The excipient blend consisted of a mixture of 352

mg anhydrous TSP as an alkalizing agent, 38.7 g sucrose (NF), 67 mg hydroxypropyl cellulose (NF), 67 mg xanthan gum (NF), 200 mg colloidal silicon dioxide (NF), 400 mg titanium dioxide (USP), 140 mg cherry flavoring, 330 mg vanilla flavoring and 230 mg banana flavoring.

**Step B - *In Vitro* Azithromycin Release Rate Study**

An in vitro release rate study of multiparticulate dosage form SR 17 was performed as described in Example 5.

Table 7

| Formulation | Time (hr) | Azithromycin Released (mgA) | Azithromycin Released (%) |
|---|---|---|---|
| SR17 (MP9) | 0.25 | 1080 | 54 |
| | 0.5 | 1540 | 77 |
| | 1 | 1880 | 94 |
| | 2 | 1920 | 96 |
| | 3 | 1920 | 96 |

**Step C - Pharmacokinetics Clinical Study**

The *in vivo* pharmacokinetics of the SR17 and SR18 azithromycin multiparticulate dosage forms were evaluated in 300 fasting, healthy human subjects (100 subjects per treatment group) in a randomized, parallel group study. Subjects are randomly assigned to one of the following 3 treatment groups:  SR17 (2 gA), SR18 (3 gA) and 8 x 250 mgA Zithromax® tablets (control) which, in combination, contain 2 gA azithromycin, 1.1 g dibasic sodium phosphate and other inactive ingredients.

For all doses, a total volume of 240 mL of water was consumed.  To dose the SR17 and SR18 formulations, SR17 or SR18 was added to the bottle containing the excipient blend.  Water (60 mL) was added to this bottle containing SR17 or SR18 and the excipient blend.  The bottle was shaken for 30 seconds to mix the suspension.  The entire contents of the bottle were administered directly into the subject's mouth.  An additional 60 mL of water was added to rinse the bottle and the rinse was administered to the subject's mouth.  An additional 120 mL of water was administered using a dosing cup.

To dose the eight commercial Zithromax® 250 mg tablets, the subjects were given 240 mL of water to orally administer eight tablets one by one.

- 65 -

All subjects were orally dosed after an overnight fast.   All subjects were then required to refrain from lying down, eating and drinking beverages other than water during the first 4 hours after dosing.

5    Sufficient blood was withdrawn from each subject to provide a minimum of 3 ml serum for azithromycin pharmacokinetics.  The blood was collected in tubes having no preservative or anticoagulant or serum separator at the following times: 0 (just prior to dosing), 2 and 3 hours (around projected Tmax ) after drug administration.   Serum azithromycin concentrations were determined using the high performance liquid chromatography assay described in Shepard el al., J

10   Chromatography. 565:321-337 (1991).

The results of this study are provided in Table 8.

Table 8

| Formulation | Serum azithromycin concentration (µg/mL) at 2 hour post dosing | Serum azithromycin concentration (µg/mL) at 3 hour post dosing |
|---|---|---|
| SR17 | 1.04 %CV 36 | 0.933 %CV 34 |
| SR18 | 1.57 %CV 47 | 1.26 %CV 25 |
| Tablets (8x250 mg) | 1.08 %CV 37 | 0.962 %CV 32 |

15    Based upon the results in Table 8, the serum azithromycin concentration for SR17 and SR18 at 2 hours and 3 hours after dosing were no less than the serum concentrations for 8 Zithromax® tablets.  The data indicated that there was no delay of drug release from SR17 or SR18 given the amount of alkalizing agent administered.

- 66 -

**Step D - Gastrointestinal Toleration Clinical Study**

The toleration of the SR17 and SR18 azithromycin multiparticulate dosage forms tested in Step B was evaluated.  On day 1 subjects were verbally queried for adverse events at least at the following approximate times: 0, 2, 4, 8, 12 and 24 hours.  The incidence of gastrointestinal adverse events, experienced by the subjects tested, are provided in Table 9.

Table 9

| Formulation | Number of Subjects with GI Adverse Events | | |
| --- | --- | --- | --- |
| | Diarrhea | Nausea | Vomiting |
| SR17 | 44 | 28 | 6 |
| SR18 | 59 | 51 | 9 |
| Control (8 x 250 mg tablets) | 39 | 30 | 7 |

The results in Tables 7 and 8 show that the 2 gA or 3 gA azithromycin multiparticulate dosage forms tested, wherein the multiparticulates included 4 wt% Lutrol® and the excipient blend having TSP in the amount of 352 mg, provided no advantage in lowering serum concentration or improving GI toleration as compared to the immediate release tablet dosage form.

Thus, as exhibited by the results in Tables 8 and 9, an effective amount of alkalizing agent was not used with these specific multiparticulates to provide the desired release and GI side effects profiles.

Example 8

Method for Determining Alkalizing Agent to be Used With Immediate Release Azithromycin

The effective amount of alkaline agent that would suppress the dissolution of azithromycin in the stomach and thereby result in an improvement in the toleration of the immediate release (IR) formulation was calculated as follows.  The IR formulation, without an alkalizing agent, releases about 92% of the drug in 30 minutes at pH 6.0 as described in Example 5, i.e.,  3.07 % per minute at pH 6.0.  To improve the toleration, the azithromycin dissolution rate must be reduced,

preferably to a rate that will release only about 1.5 gA, or less, in the first 30 minutes or no greater than 2.5% per minute.  It was assumed that the rate of drug dissolution from an IR formulation is directly proportional to the solubility of azithromycin, which is dependent on the pH as shown in Table 10.

Table 10

| pH | Azithromycin Solubility (mg/mL) |
|---|---|
| 2.88 | 440 |
| 4.09 | 430 |
| 6.15 | 380 |
| 6.42 | 310 |
| 6.61 | 250 |
| 6.65 | 140 |
| 6.75 | 120 |
| 6.87 | 36 |
| 7.41 | 5 |
| 8.02 | 0.5 |
| 8.85 | 0.02 |
| 10.34 | 0.005 |

Because it was assumed that the azithromycin release rate is directly proportional to its solubility, the azithromycin solubility at pH 6.0, at a rate of 3.07%, is 390 mg/mL which was obtained by interpolation from Table 10.  The corresponding solubility that would give improved toleration is calculated as:

$$Solubility^T = (390 \text{ mg/mL})(2.5\%)/(3.07\%)$$

Solubility$^T$ is defined as the solubility at which the dissolution of azithromycin does not result in excessive GI adverse effects.  Solubility$^T$ from the equation was found to be 318 mg/mL.   Again, by interpolation from Table 10 the pH corresponding to solubility$^T$ is 6.4.

Preferably, the amount of alkalizing agent formulated with IR azithromycin, or which is co-dosed with IR azithromycin, is that which, when dosed, will raise the pH in the stomach to 6.63 for at least 30 minutes. To calculate this amount, it is

- 68 -

assumed that the basal amount of acid in the stomach is around 0.96 mmol H+ and that the average acid secretion rate is about 3 mmol per hour.

To calculate the amount of alkalizing agent or alkalizing agents that should be included in the formulation, we need titration data for various alkalizing agents
5 and combinations of alkalizing agents was performed. Thus, solutions of several alkalizing agents and combinations of alkalizing agents were made and titrated with 0.1 N HCl and the resultant pH values were measured. From these data, one we can calculate a pH versus time profile as described in Step A of Example 1.assuming that the basal amount of acid in the stomach is around 0.96 mmol H+
10 and that the average acid secretion rate is about 3 mmol per hour. These data are presented in Figs. 2 and 3.

From FIG. 3, it is seen that Formulations containing 176 mg TSP or 176 mg TSP plus 500 mg $CaCO_3$ are not expected to increase gastric pH to 6.8 for a period of 30 to 40 minutes while formulations containing (76 mg TSP and 500 mg TRIS,
15 176 mg TSP plus 1000 mg TRIS, or 176 mg TSP plus 250 mg $Mg(OH)_2$ are expected to provide the increased pH for at least that long. Formulation with 352 mg TSP appears to provide pH 6.48 for just a bit over 30 minutes and can therefore be considered as containing the minimum amount of alkalizing agent needed for reducing GI side effects following administration of a high dose IR formulation of
20 azithromycin. Considering inter-individual differences in the gastric acid secretion rates and considering robust performance of a dosage form, a quantity of alkalizing agent higher than the minimum is preferred.

By a similar analysis of the data in FIG. 2, 352 mg TSP and 352 mg TSP+500 mg calcium carbonate are predicted to barely provide adequate increased
25 gastric pH for the desired duration while the remaining combinations tested are predicted to provide adequate increase in gastric pH for the desired time period. It should be noted that the above general procedure to determine the effective amount of alkalizing agent is dependent upon the assumptions made about the basal acid conditions in the stomach and the acid secretion rate. The values
30 selected represent averages for generally healthy individuals and there can be significant inter-individual and within-individual variability. The effective amount of alkalizing agent under a different set of assumptions can be calculated by following the procedure outlined above.

- 69 -


Claims


We claim:

5   1.      An oral dosage form of azithromycin, comprising:

            a)      azithromycin; and

            b)      an effective amount of an alkalizing agent.


    2.      An oral dosage form of Claim 1 wherein the alkalizing agent further

10          comprises an aluminum salt, a magnesium salt, a calcium salt, a

            bicarbonate, a phosphate, a metal hydroxide, a metal oxide, N-methyl

            glucamine, arginine, an arginine salt, an amine, or a combination thereof.


    3.      An oral dosage form of Claims 1-2 wherein said azithromycin comprises an

15          immediate release form of azithromycin.


    4.      An oral dosage form of Claims 1-2 wherein said azithromycin comprises a

            sustained release form of azithromycin.


20   5.     An oral dosage form of Claims 1-2 wherein said azithromycin comprises

            azithromycin multiparticulates wherein said azithromycin multiparticulates

            further comprise:

            (a)     azithromycin; and

            (b)     a pharmaceutically acceptable carrier.

25

    6.      An oral dosage form of Claim 5 wherein said carrier is a wax, a glyceride or

            a mixture thereof.


    7.      An oral dosage form of Claim 6 wherein said glyceride comprises a mixture

30          of glyceryl monobehenate, glyceryl dibehenate and glyceryl tribehenate.


    8.      An oral dosage form of Claim 6 further comprising a dissolution enhancer.


    9.      An oral dosage form of Claim 8 wherein said dissolution enhancer

comprises a surfactant selected from the group consisting of poloxamers, docusate salts, polyoxyethylene alkyl ethers, polyoxyethylene castor oil derivatives, polyoxyethylene sorbitan fatty acid esters, sorbitan esters, alkyl sulfates, polysorbates and polyoxyethylene alkyl esters.

10.   An oral dosage form comprising:

    (a)   an effective amount of an alkalizing agent; and

    (b)   multiparticulates wherein said multiparticulates comprise

        (i)   azithromycin,

        (ii)   a mixture of glyceryl monobehenate, glyceryl dibehenate and glyceryl tribehenate, and

        (iii)  a poloxamer.

11.   An oral dosage form of Claim 10 wherein the poloxamer comprises poloxamer 407.

12.   An oral dosage form of Claim 11 wherein the alkalizing agent comprises tribasic sodium phosphate.

13.   An oral dosage form of Claim 12 wherein the alkalizing agent further comprises magnesium hydroxide.

14.   An oral dosage form of Claims 1, 2, 10-13 further comprising about 250 mgA to about 7 gA of azithromycin.

15.   An oral dosage form of Claim 14 further comprising 1.8 to 2.2 gA of azithromycin.

16.   An azithromycin oral dosage form, comprising:

    (a)   at least about 200 mg of tribasic sodium phosphate;

    (b)   At least about 100 mg of magnesium hydroxide, and

    (c)    multiparticulates, wherein said multiparticulates comprise

        (i)   azithromycin,

        (ii)  a mixture of glyceryl monobehenate, glyceryl dibehenate and glyceryl tribehenate, and

        (iii) poloxamer 407,

and wherein said dosage form contains about 1.5 gA to about 4 gA of azithromycin.

17.    An oral dosage form of Claim 16, further comprising:

    (a)    300 mg to 400 mg of tribasic sodium phosphate;  and

    (b)    200 mg to 300 mg of magnesium hydroxide.

18.    An oral dosage form of Claim 17 further comprising 1.8 to 2.2 gA of azithromycin.

19.    An oral dosage form of Claims 1-2, 10-13, and 16-8 wherein said azithromycin is azithromycin dihydrate.

20.    An oral dosage form of Claims 1, 2, 10-13 and 16-18 wherein said azithromycin is at least 70 wt% crystalline.

21.    A method for reducing the frequency of gastrointestinal side effects, associated with administering azithromycin to a human, comprising contiguously administering azithromycin and an effective amount of alkalizing agent to said human wherein the frequency of gastrointestinal side effects is reduced as compared to the frequency experienced when administering an equal dose of azithromycin without said alkalizing agent.

22.    A method of treating a bacterial or protozoal infection in a human in need thereof comprising contiguously administering to said human azithromycin and an effective amount of an alkalizing agent.

23.    A method of Claims 21-22 further comprising administering between about 250 mgA and about 7 gA of azithromycin to said human.

WO 2005/053650

PCT/IB2004/001654

24.   A method of Claim 23 wherein the azithromycin is administered in a single dose.

5   25.   A method of Claim 24 further comprising administering between about 1.5 and about 4 gA of azithromycin.

26.   A method of Claim 24 further comprising administering between 1.8 and 2.2 gA of azithromycin to said human in a single dose.

10   27.   A method of Claims 21-22 further comprising administering between 30 mgA/kg and 90 mgA /kg of azithromycin to a human, wherein said human is a child weighing 30 kg or less.

15   28.   A method of Claim 27 wherein the azithromycin is administered in a single dose.

29.   A method of Claim 28 further comprising administering between 45 mgA/kg and 75 mgA /kg of azithromycin to a child weighing 30 kg or less.

20   30.   A method of Claims 21-22 wherein said azithromycin comprises azithromycin multiparticulates wherein said azithromycin multiparticulates further comprise:

(a)   azithromycin; and

25   (b)   a pharmaceutically acceptable carrier.

31.   A method of Claim 30 wherein said carrier comprises a mixture of glyceryl monobehenate, glyceryl dibehenate and glyceryl tribehenate.

30   32.   A method of Claim 30 wherein said azithromycin multiparticulates further comprise a dissolution enhancer.

33.   A method of Claim 32 wherein said dissolution enhancer comprises a surfactant selected from the group consisting of poloxamers, docusate salts,

polyoxyethylene alkyl ethers, polyoxyethylene castor oil derivatives, polyoxyethylene sorbitan fatty acid esters, sorbitan esters, alkyl sulfates, polysorbates and polyoxyethylene alkyl esters.

34.   A method of Claim 33 wherein the alkalizing agent comprises tribasic sodium phosphate .

35.   A method of Claim 34 wherein the alkalizing agent further comprises magnesium hydroxide.

36.   A method of Claims 25 and 29 wherein
      (a)   the alkalizing agent comprises at least about 200 mg of tribasic sodium phosphate and at least about 100 mg of magnesium hydroxide; and
      (b)   the azithromycin comprises azithromycin multiparticulates, wherein said multiparticulates comprise
            (i)    azithromycin,
            (ii)   a mixture of glyceryl monobehenate, glyceryl dibehenate and glyceryl tribehenate, and
            (iii)  poloxamer 407.

37.   A method of Claim 36 comprising contiguously administering to said human a single dose of an oral dosage form wherein said oral dosage form comprises:
      (a)   300 mg to 400 mg of tribasic sodium phosphate;
      (b)   200 mg to 300 mg of magnesium hydroxide; and
      (c)   multiparticulates, wherein said multiparticulates comprise
            (i)    azithromycin,
            (ii)   a mixture of glyceryl monobehenate, glyceryl dibehenate and glyceryl tribehenate, and
            (iii)  poloxamer 407,
      and wherein said dosage form contains 1.5 gA to 4 gA of azithromycin.

WO 2005/053650                                                              PCT/IB2004/001654

- 74 -

38.    A method of Claim 37 wherein the azithromycin comprises azithromycin dihydrate.

39.    Azithromycin multiparticulates comprising:

     (a)    azithromycin;

     (b)    a surfactant; and

     (b)    a pharmaceutically acceptable carrier,

wherein at least 70% of the azithromycin is crystalline.

40.    A multiparticulate of Claim 39 wherein said surfactant comprises a poloxamer and said carrier comprises a mixture of glyceryl monobehenate, glyceryl dibehenate and glyceryl tribehenate.

WO 2005/053650

PCT/IB2004/001654



FIG. 1

WO 2005/053650

PCT/IB2004/001654

2/3



FIG. 2

WO 2005/053650

PCT/IB2004/001654

3/3



FIG. 3

# INTERNATIONAL SEARCH REPORT

International Application No

PCT/IB2004/001654

## A. CLASSIFICATION OF SUBJECT MATTER
IPC 7   A61K9/16

According to International Patent Classification (IPC) or to both national classification and IPC

## B. FIELDS SEARCHED

Minimum documentation searched (classification system followed by classification symbols)
IPC 7   A61K

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

EPO-Internal, WPI Data, PAJ

## C. DOCUMENTS CONSIDERED TO BE RELEVANT

| Category ° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | EP 0 679 400 A (PFIZER)<br>2 November 1995 (1995-11-02)<br>tables XIII,formulation,6<br>───── | 1-7,21,<br>22,24,30 |
| X | US 5 633 006 A (CATANIA JOSEPH S  ET AL)<br>27 May 1997 (1997-05-27)<br>examples 1-15<br>───── | 1,2,4,5 |
| A | US 6 068 859 A (KORSMEYER RICHARD W  ET AL) 30 May 2000 (2000-05-30)<br>cited in the application<br>the whole document<br>─────<br><br>-/-- | 1 |

[X] Further documents are listed in the continuation of box C.     [X] Patent family members are listed in annex.

° Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 4 October 2004 | 16. 11. 2004 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL – 2280 HV Rijswijk<br>Tel. (+31–70) 340–2040, Tx. 31 651 epo nl,<br>Fax: (+31–70) 340–3016 | Veronese, A |

Form PCT/ISA/210 (second sheet) (January 2004)

# INTERNATIONAL SEARCH REPORT

tional Application No

PCT/IB2004/001654

**C.(Continuation)  DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category ° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | WO 03/063838 A (JOHNSON BARBARA ALICE ; QUAN ERNEST SHING (US); PFIZER PROD INC (US)) 7 August 2003 (2003-08-07)<br>page 5, line 11 – page 8, line 15<br>page 10, line 28<br>page 43, line 6 – page 44, line 6<br>page 47, lines 5-16<br>examples 1-6<br>_____ | 38,39 |
| X | WO 03/053399 A (JOHNSON BARBARA ALICE ; PFIZER PROD INC (US); FERGIONE MICHAEL BRUCE ()  3 July 2003 (2003-07-03)<br>examples 3-5<br>_____ | 38 |
| A | EP 0 298 650 A (PFIZER)<br>11 January 1989 (1989-01-11)<br>the whole document<br>_____ | 38 |

**INTERNATIONAL SEARCH REPORT**

rnational application No.
PCT/IB2004/001654

---

**Box II   Observations where *certain claims were found unsearchable* (Continuation of item 2 of first sheet)**

This International Search Report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons:

1. [X] Claims Nos.: —
   because they relate to subject matter not required to be searched by this Authority, namely:

   Although claims 21-37 are directed to a method of treatment of the
   human/animal body, the search has been carried out and based on the alleged
   effects of the compound/composition.

2. [ ] Claims Nos.:
   because they relate to parts of the International Application that do not comply with the prescribed requirements to such
   an extent that no meaningful International Search can be carried out, specifically:

3. [ ] Claims Nos.:
   because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

---

**Box III   Observations where unity of invention is lacking (Continuation of item 3 of first sheet)**

This International Searching Authority found multiple inventions in this international application, as follows:

   see additional sheet

1. [X] As all required additional search fees were timely paid by the applicant, this International Search Report covers all
   searchable claims.

2. [ ] As all searchable claims could be searched without effort justifying an additional fee, this Authority did not invite payment
   of any additional fee.

3. [ ] As only some of the required additional search fees were timely paid by the applicant, this International Search Report
   covers only those claims for which fees were paid, specifically claims Nos.:

4. [ ] No required additional search fees were timely paid by the applicant. Consequently, this International Search Report is
   restricted to the invention first mentioned in the claims; it is covered by claims Nos.:

**Remark on Protest**
[ ] The additional search fees were accompanied by the applicant's protest.

[X] No protest accompanied the payment of additional search fees.

---

International Application No. PCT/IB2004 /001654

FURTHER INFORMATION CONTINUED FROM    PCT/ISA/ 210

Continuation of Box II.1

Although claims 21-37 are directed to a method of treatment of the
human/animal body, the search has been carried out and based on the
alleged effects of the compound/composition.

# INTERNATIONAL SEARCH REPORT

Information on patent family members

International Application No

PCT/IB2004/001654

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| EP 0679400 | A | 02-11-1995 | US 5605889 | A | 25-02-1997 |
| | | | AP 566 | A | 22-11-1996 |
| | | | AT 183395 | T | 15-09-1999 |
| | | | AU 709328 | B2 | 26-08-1999 |
| | | | AU 1771195 | A | 09-11-1995 |
| | | | CA 2148071 | A1 | 30-10-1995 |
| | | | CN 1114879 | A ,B | 17-01-1996 |
| | | | DE 69511451 | D1 | 23-09-1999 |
| | | | DE 69511451 | T2 | 09-12-1999 |
| | | | DK 679400 | T3 | 06-12-1999 |
| | | | EP 0679400 | A1 | 02-11-1995 |
| | | | ES 2136247 | T3 | 16-11-1999 |
| | | | FI 952060 | A | 30-10-1995 |
| | | | GR 3031290 | T3 | 31-12-1999 |
| | | | HU 75244 | A2 | 28-05-1997 |
| | | | IL 113437 | A | 30-04-2001 |
| | | | IL 126588 | A | 06-12-2000 |
| | | | JP 7300420 | A | 14-11-1995 |
| | | | LV 10918 | A | 20-12-1995 |
| | | | LV 10918 | B | 20-06-1996 |
| | | | MA 23533 | A1 | 31-12-1995 |
| | | | NO 951630 | A | 30-10-1995 |
| | | | OA 10151 | A | 18-12-1996 |
| | | | RU 2128998 | C1 | 20-04-1999 |
| | | | SI 679400 | T1 | 31-10-1999 |
| | | | TW 499311 | B | 21-08-2002 |
| | | | ZA 9503439 | A | 28-10-1996 |
| US 5633006 | A | 27-05-1997 | AT 198421 | T | 15-01-2001 |
| | | | AU 655892 | B2 | 12-01-1995 |
| | | | AU 4426193 | A | 28-04-1994 |
| | | | CA 2101466 | A1 | 31-01-1994 |
| | | | CN 1083728 | A ,B | 16-03-1994 |
| | | | CZ 9301518 | A3 | 16-03-1994 |
| | | | DE 69329810 | D1 | 08-02-2001 |
| | | | DE 69329810 | T2 | 21-06-2001 |
| | | | DK 582396 | T3 | 09-04-2001 |
| | | | EG 20385 | A | 28-02-1999 |
| | | | EP 0582396 | A1 | 09-02-1994 |
| | | | ES 2153836 | T3 | 16-03-2001 |
| | | | FI 933404 | A | 31-01-1994 |
| | | | GR 3035426 | T3 | 31-05-2001 |
| | | | HR 931049 | A1 | 31-08-1997 |
| | | | HU 64692 | A2 | 28-02-1994 |
| | | | IL 106451 | A | 05-04-1998 |
| | | | JP 2685403 | B2 | 03-12-1997 |
| | | | JP 6206824 | A | 26-07-1994 |
| | | | KR 242399 | B1 | 02-03-2000 |
| | | | MX 9304577 | A1 | 28-02-1994 |
| | | | NO 932736 | A | 31-01-1994 |
| | | | NZ 248280 | A | 26-07-1995 |
| | | | PL 299865 | A1 | 07-02-1994 |
| | | | PT 582396 | T | 30-04-2001 |
| | | | RU 2126257 | C1 | 20-02-1999 |
| | | | SK 82193 | A3 | 02-02-1994 |
| | | | ZA 9305475 | A | 29-01-1995 |
| US 6068859 | A | 30-05-2000 | US 2002044965 | A1 | 18-04-2002 |

## INTERNATIONAL SEARCH REPORT
Information on patent family members

International Application No

PCT/IB2004/001654

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| US 6068859 | A | | AT | 209497 T | 15-12-2001 |
| | | | AU | 680356 B2 | 24-07-1997 |
| | | | AU | 2113195 A | 29-11-1995 |
| | | | BG | 63152 B1 | 31-05-2001 |
| | | | BG | 100960 A | 29-08-1997 |
| | | | CA | 2189658 A1 | 16-11-1995 |
| | | | DE | 69524214 D1 | 10-01-2002 |
| | | | DE | 69524214 T2 | 23-05-2002 |
| | | | DK | 758244 T3 | 11-02-2002 |
| | | | EP | 0758244 A1 | 19-02-1997 |
| | | | FI | 964452 A | 05-11-1996 |
| | | | JP | 2977907 B2 | 15-11-1999 |
| | | | JP | 9505609 T | 03-06-1997 |
| | | | KR | 232297 B1 | 01-12-1999 |
| | | | LV | 11729 A ,B | 20-04-1997 |
| | | | NO | 964678 A | 06-01-1997 |
| | | | NZ | 283160 A | 28-07-1998 |
| | | | PL | 317106 A1 | 17-03-1997 |
| | | | RO | 114740 B1 | 30-07-1999 |
| | | | RU | 2130311 C1 | 20-05-1999 |
| | | | SI | 9520049 A | 31-12-1997 |
| | | | SK | 143296 A3 | 08-07-1998 |
| | | | AP | 548 A | 30-10-1996 |
| | | | BR | 9501929 A | 05-03-1996 |
| | | | CN | 1149831 A ,B | 14-05-1997 |
| | | | CZ | 9603242 A3 | 15-04-1998 |
| | | | ES | 2163504 T3 | 01-02-2002 |
| | | | HR | 950277 A1 | 31-10-1997 |
| | | | HU | 77530 A2 | 28-05-1998 |
| | | | WO | 9530422 A1 | 16-11-1995 |
| | | | IL | 113516 A | 30-04-2001 |
| | | | IL | 131308 A | 24-07-2001 |
| | | | MA | 23537 A1 | 31-12-1995 |
| | | | OA | 10320 A | 07-10-1997 |
| | | | PT | 758244 T | 29-04-2002 |
| | | | TW | 420616 B | 01-02-2001 |
| | | | ZA | 9503627 A | 05-11-1996 |
| WO 03063838 | A | 07-08-2003 | WO | 03063838 A1 | 07-08-2003 |
| | | | US | 2003228357 A1 | 11-12-2003 |
| WO 03053399 | A | 03-07-2003 | CA | 2470055 A1 | 03-07-2003 |
| | | | EP | 1455757 A2 | 15-09-2004 |
| | | | WO | 03053399 A2 | 03-07-2003 |
| | | | US | 2003190365 A1 | 09-10-2003 |
| EP 0298650 | A | 11-01-1989 | WO | 8900576 A1 | 26-01-1989 |
| | | | AP | 44 A | 27-07-1989 |
| | | | AT | 72446 T | 15-02-1992 |
| | | | AU | 604553 B2 | 20-12-1990 |
| | | | AU | 1883988 A | 12-01-1989 |
| | | | BA | 98213 B1 | 02-08-1999 |
| | | | BG | 47348 A3 | 15-06-1990 |
| | | | CA | 1314876 C | 23-03-1993 |
| | | | CN | 1030422 A ,B | 18-01-1989 |
| | | | CS | 8804896 A2 | 14-03-1990 |
| | | | CY | 1776 A | 20-10-1995 |
| | | | DD | 271705 A5 | 13-09-1989 |