# INTERNATIONAL SEARCH REPORT
Information on patent family members

International Application No
PCT/IB2004/001654

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| EP 0298650 A | | DE 3868296 D1 | 19-03-1992 |
| | | DK 380688 A | 10-01-1989 |
| | | EP 0298650 A2 | 11-01-1989 |
| | | ES 2038756 T3 | 01-08-1993 |
| | | FI 900087 A ,B, | 08-01-1990 |
| | | GR 3003737 T3 | 16-03-1993 |
| | | HK 127594 A | 25-11-1994 |
| | | HU 9500738 A3 | 28-11-1995 |
| | | IE 60354 B1 | 29-06-1994 |
| | | IL 86979 A | 15-11-1992 |
| | | IN 168879 A1 | 29-06-1991 |
| | | JP 1038096 A | 08-02-1989 |
| | | JP 1903527 C | 08-02-1995 |
| | | JP 6031300 B | 27-04-1994 |
| | | KR 9006218 B1 | 25-08-1990 |
| | | LV 10624 A | 20-04-1995 |
| | | MA 21323 A1 | 01-04-1989 |
| | | MX 12213 A | 01-05-1993 |
| | | NO 900077 A ,B, | 08-01-1990 |
| | | NZ 225338 A | 26-02-1990 |
| | | OA 8743 A | 31-03-1989 |
| | | PL 273590 A1 | 20-03-1989 |
| | | PT 87933 A ,B | 30-06-1989 |
| | | RO 107257 B1 | 30-10-1993 |
| | | SG 27794 G | 14-10-1994 |
| | | SI 8811325 A8 | 31-12-1996 |
| | | RU 2066324 C1 | 10-09-1996 |
| | | US 6268489 B1 | 31-07-2001 |
| | | YU 132588 A1 | 28-02-1990 |
| | | ZA 8804925 A | 28-02-1990 |

Form PCT/ISA/210 (patent family annex) (January 2004)

page 3 of 3

# EXHIBIT 37

# TREATISE ON CONTROLLED DRUG DELIVERY

## Fundamentals • Optimization • Applications

edited by
### Agis Kydonieus

*ConvaTec*
*A Bristol-Myers Squibb Company*
*Princeton, New Jersey*

Marcel Dekker, Inc.                New York • Basel • Hong Kong



**Library of Congress Cataloging-in-Publication Data**

Treatise on controlled drug delivery: fundamentals, optimization,
 applications / edited by Agis Kydonieus.
   p.   cm.
   Includes bibliographical references and index.
   ISBN 0-8247-8519-3
   1. Drugs--Controlled release. 2. Controlled release preparations.
I. Kydonieus, Agis F.
   [DNLM: 1. Delayed-Action Preparations. 2. Dosage Forms. 3. Drug
Carriers.   QV 785 T784]
RS201.C64T74   1991
615'.6--dc20
DNLM/DLC
For Library of Congress                                91-24646
                                                           CIP

This book is printed on acid-free paper.

Copyright © 1992 by Marcel Dekker, Inc. All Rights Reserved.

Neither this book nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Marcel Dekker, Inc.
270 Madison Avenue, New York, New York 10016

Current printing (last digit):
10 9 8 7 6 5 4 3 2 1

PRINTED IN THE UNITED STATES OF AMERICA