# 6

# Oral Controlled-Release Delivery

**Pardeep K. Gupta**  *Philadelphia College of Pharmacy and Science, Philadelphia, Pennsylvania*

**Joseph R. Robinson**  *School of Pharmacy, University of Wisconsin, Madison, Wisconsin*

## INTRODUCTION

Among all the routes of drug administration that have been explored for the development of controlled-release (CR) systems, the oral route has by far achieved the most attention and success. This is due, in part, to the ease of administration as well as to the fact that gastrointestinal physiology offers more flexibility in dosage-form design than most other routes. Development of an oral CR dosage form for a given drug involves optimization of the dosage-form characteristics within the inherent constraints of gastrointestinal (GI) physiology.

Although significant clinical advantages have been obtained for CR formulations, most such dosage forms are still designed on an empirical basis. An understanding of varied disciplines, such as GI physiology, pharmacokinetics, and formulation techniques, is essential in order to achieve a systematic approach to the design of oral CR products. The scientific framework required for development of a successful oral controlled drug delivery dosage form consists of an understanding of three aspects of the system, namely, (1) the physicochemical characteristics of the drug, (2) relevant GI anatomy and physiology, and (3) dosage-form characteristics. The anatomy and physiology includes insight into the basic physiology of the gut as well as the absorptive properties of the GI mucosa. Often one encounters additional factors, including the disease being treated, the patient, and the length of therapy. Given that it is usually not practical to alter the physicochemical characteristics of the drug, design of controlled-delivery systems generally optimizes dosage-form characteristics relative to the GI environment.

The objective of this chapter is to review oral CR systems, with a focus on dosage-form characteristics and GI physiology. Since an understanding of the basic concepts of CR systems is vital for future development, particular emphasis will be on the rationale and mechanism of such delivery systems.

255