## Definitions

The term CR implies a system that provides continuous delivery of the drug for a pre-determined period with predictable and reproducible kinetics, and known mechanism of release. Also included in this term are systems that provide control over movement of the dosage form through the GI tract and/or deliver the drug to a specific area within the GI tract for either local or systemic effect. This chapter will deal only with dosage forms intended to be swallowed orally and will thus exclude buccal and rectal areas of delivery.

## Advantages/Disadvantages of Oral CR Dosage Forms

The goal of oral CR products is to achieve better therapeutic success than with conventional dosage forms of the same drug. This goal is realized by improving the pharmacokinetic profile as well as patient convenience and compliance in therapy. Improvement is perhaps the major reason for so much attention being focused on drugs used in chronic therapy; e.g., diuretics, cardiovascular, and CNS agents. Some of the advantages of oral CR dosage forms are

1. Reduced dosing frequency
2. Better patient convenience and compliance
3. Reduced GI side effects and other toxic effects
4. Less fluctuating plasma drug levels
5. More uniform drug effect
6. Lesser total dose

The ideal system possesses all of the above advantages. In most cases, however, there is little direct evidence of a more uniform drug effect, and success has to be based on circulating plasma drug levels. Also, a lesser total dose is based on the assumption that the drug shows linear pharmacokinetics, which in many cases, as will be discussed below, may not be achieved.

On the other hand, oral CR formulations suffer from a number of potential disadvantages. These include:

1. Generally higher cost
2. Relatively poor in-vitro/in-vivo correlation
3. Sometimes unpredictable and often reduced bioavailability
4. Possible dose dumping
5. Reduced potential for dose change or withdrawal in the event of toxicity, allergy, or poisoning
6. Increased first-pass metabolism for certain drugs

Unpredictable and poor in-vitro/in-vivo correlations and bioavailability are often observed with such formulations, especially when the drug release rate is very low or drug absorption from the colon is involved. Dose dumping is a phenomenon where a large amount of the drug is released in a short period of time, resulting in undesired high plasma drug levels and potential toxicity.

## Drug Candidate Criteria

A number of drug characteristics need to be considered in evaluating drug candidates for oral CR dosage forms. Some of these characteristics are discussed here.