### Dose

Dose limitation is a major factor to consider in many routes, especially for transdermal and buccal patches. In oral systems, however, total drug dose is infrequently a limiting factor. A total dose of several grams may be administered orally as single or multiple units to obtain and maintain adequate drug levels. Nevertheless, for drugs with an elimination half-life of less than 2 h as well as those that are administered in large doses, a CR dosage form may need to carry a prohibitively large quantity of drug.

### Biological Half-Life

In general, drugs with short half-lives (2-4 h) make good candidates for CR systems. For drugs with half-lives shorter than 2 h, a prohibitively large dose may be required to maintain the high release rate. Additional factors, such as the reduced rate of absorption from the distal small intestine and colon, may also reduce the rate of drug input to less than that required for adequate drug levels. On the other hand, drugs with elimination half-lives of over 8 h are commonly sufficiently sustained in the body after a conventional oral dose to make sustained release unnecessary.

### Therapeutic Range

The range of plasma drug levels between the minimum effective and toxic levels is known as the therapeutic range. Oral CR formulations are valuable for maintaining plasma levels within a narrow therapeutic range. In fact, a valid rationale for formulating drugs with half-lives of over 8 h as CR formulations is to maintain plasma drug levels within a narrow range. By reducing the rate of drug release, it is possible to produce a flatter plasma-level curve and avoid toxic drug concentration in the body. Another means of expressing safe and effective plasma drug levels is the therapeutic index, which is discussed in detail later.

### GI Absorption

Most CR formulations are dissolution-controlled, and drug release rate from the dosage form is the rate-limiting step. It is assumed that, once released, the drug is rapidly transferred from the gut lumen to blood. Therefore, efficient drug absorption from the GI tract is a prerequisite for a drug to be considered for use in an oral CR dosage form. In general, the absorption rate for most drugs decreases as the dosage form moves beyond the jejunum. As long as the absorption rate remains above that of the release rate, this change does not affect plasma levels. However, once past the ileocecal junction, a variety of factors generally reduce the drug absorption rate to below acceptable values. This creates a time limit of about 6–9 h during which the drug can be delivered in a predictable manner. For drugs that are absorbed passively, gut wall permeability shows a consistent pattern, even though the rate of drug absorption may decrease progressively. But for compounds that are absorbed via an active transport mechanism, absorption from the GI tract may not be consistent. For such drugs, and for many others, an acceptable rate of absorption may exist only from a limited portion of the small intestine, which may further limit their suitability for CR systems.

### Aqueous Solubility

Absorption of poorly soluble drugs is often dissolution rate-limited. Such drugs do not require any further control over their dissolution rate and thus may not seem to be good candidates for oral CR formulations. However, the rate of dissolution of free drug particles decreases with time due to a reducing surface area. CR formulations of such drugs may

