Case 1:05-cv-05373 Document 371-22 Filed 05/30/07 Page 1 of 27

be aimed at making their dissolution more uniform rather than reducing it. Drugs with good aqueous solubility make good candidates for CR dosage forms. Since the GI environment changes considerably in terms of pH, as well as viscosity, it is desirable that the dissolution rate be independent of such variables; indeed, with systems such as the elementary osmotic pump, dissolution may be rendered independent of pH and viscosity.

### *Stability to Wide pH Range, GI Enzymes, and Flora*

Irrespective of the system employed, an orally administered drug must be exposed to the luminal contents of the gut before it is absorbed. Stability of the drug in the GI content is therefore important to ensure a complete and reproducible drug input into the body. Typically the drug must be stable in the pH range of 1 to 8. Unlike a conventional dosage form, a CR formulation is exposed to the entire range of GI pH, enzymes, and flora. If some degree of colonic absorption is expected, stability to the metabolizing effect of the colonic bacterial population is also required.

### *First-Pass Metabolism*

Saturable hepatic metabolism may render a drug unsuitable for oral CR. This is because systemic availability for such drugs is highly reduced when the input rate is small. First-pass metabolism will be discussed in detail in the section on pharmacokinetic and pharmacodynamic considerations.

## PERTINENT BIOLOGICAL PARAMETERS

Design of oral delivery systems, both conventional and CR, have to date been based largely on an empirical understanding of GI physiology. Insight into the biological aspects of oral delivery is more important for CR systems than it is for conventional dosage forms, because, in order to exert control over the rate of drug release, as well as movement of the dosage form through the GI tract, a number of factors such as motility, pH, ionic strength of luminal content, differential absorption, etc., come into play.

Listed below are some of the factors that influence delivery of drugs to the GI tract. These factors show considerable inter- and intrasubject variation, as well as variations due to disease state and circadium rhythm.

Some biological factors influencing the performance of oral CR products include:

1. GI motility and transit time
2. Blood flow
3. Environment of the GI tract
   - (a) Luminal contents and pH
   - (b) Mucus
   - (c) Ileo-cecal junction
   - (d) Gut flora
   - (e) GI immunology

### GI Anatomy

In order to set the stage for subsequent discussion of GI physiology, a brief overview of the functional anatomy of the human GI tract is presented.

Figure 1 shows a schematic representation of the GI tract, and Table 1 [1] lists some of the characteristics of the GI tract that are relevant to drug delivery.

# EXHIBIT 38

Erythromycin



Clarithromycin



Azithromycin

# EXHIBIT 39

# EFFET DE LA STRUCTURE MOLÉCULAIRE DE L'AZITHROMYCINE SUR LA PHARMACOCINÉTIQUE ET L'ACTIVITÉ ANTIMICROBIENNE

J.C. PECHÈRE

PECHÈRE J.C. – Effet de la structure moléculaire de l'azithromycine sur la pharmacocinétique et l'activité antimicrobienne.
Path Biol, 1995, 43, n° 6, 483-487.

RÉSUMÉ : L'azithromycine possède un deuxième azote protonable, placé en position 9 du cycle lactone, qui stabilise la molécule et la différencie de l'érythromycine. Une meilleure stabilité digestive, une absorption plus régulière et supérieure après prise orale, une pénétration et une accumulation nettement plus élevée dans les cellules, une tolérance digestive améliorée, des demi-vies sériques et tissulaires prolongées qui permettent des schémas posologiques simplifiés sont sans doute à mettre sur le compte du deuxième site de protonation. Il est possible aussi que l'activité améliorée de l'azithromycine sur des bactéries Gram négatif telles que *H. influenzae* et *B. catarrhalis* résulte de la même particularité structurale.

MOTS-CLÉS : Azithromycine. – Azalide. – Pharmacocinétique. – Accumulation cellulaire.

PECHÈRE J.C. – Effect of a second protonation site on pharmacokinetics and antimicrobial activities of azithromycin. *(In French).*
Path Biol, 1995, 43, n° 6, 483-487.

SUMMARY : Azithromycin possesses in position 9 of the lactone cycle a nitrogen atom which provides a second site of protonation. Hence, and compared to erythromycin, azithromycin is more stable in the gastric environment, enjoys improved digestive absorption and improved digestive toleration, displays much higher intracellular accumulation responsible for prolonged serum and tissue half-lives, which allows simplified therapeutic schedules. It is also postulated that improved activity against Gram negative isolates such as *H. influenzae* and *B. catarrhalis* results from the same structural particularities.

KEY-WORDS : Azithromycin. – Azalide. – Pharmacokinetic. – Intracellular accumulation.

Manuscrit reçu à la Rédaction le 16 mai 1995.

*Département de Génétique et Microbiologie, CMU, 9, avenue de Champel, GENÈVE (Suisse).*

Fig. 1. – Structure de l'azithromycine et de l'érythromycine.
Fig. 1. – Chemical structure of azithromycin and erythromycin.

Les macrolides sont utilisés depuis plus de 40 ans dans le traitement des infections à bactéries à Gram positif, plus particulièrement celles d'origine respiratoire. Cependant, l'érythromycine, premier macrolide découvert et prototype de la famille, présente l'inconvénient d'une relative instabilité digestive [6]. Plusieurs conséquences en résultent. Au moins dans les formulations habituelles, l'absorption digestive est irrégulière et globalement la biodisponibilité après prise digestive est d'environ 20 à 30%. Surtout, certaines formes dégradées de l'érythromycine ont été rendues responsables d'une hypermobilité gastrique qui se traduit chez les malades traités par des nausées, des vomissements ou des crampes abdominales dans plus d'un cas sur cinq [6]. Afin de pallier ces inconvénients, différentes stratégies ont été développées visant à rendre l'érythromycine plus stable. Ces stratégies ont conduit au développement de nouveaux macrolides, mieux absorbés et mieux tolérés.

## STRUCTURE COMPARÉE DE L'ÉRYTHROMYCINE ET DE L'AZITHROMYCINE

La molécule d'érythromycine comporte un cycle lactone à 14 atomes (appelé l'érythronolide) auquel s'attachent un sucre aminé en C-5 et un sucre neutre en C-3 (fig. 1). L'instabilité de l'érythromycine semble être causée par la création de ponts intramoléculaires à partir de groupes hydroxyls en position 6-, 11- ou 12- et par l'existence du point faible que représente le groupe cétone en position 9-. La transformation de ce point faible peut permettre d'empêcher la formation d'un pont intramoléculaire entre les positions 9- et 6-, qui est une des causes importantes d'instabilité moléculaire.

L'azithromycine a été conçue dans ce but, plus spécifiquement en plaçant un atome d'azote en position 9- (fig. 1). L'azithromycine devient ainsi un azalide, composé d'un cycle lactone à 15 liaisons (et non plus seulement 14), certainement plus stable que l'érythromycine base. Une autre conséquence de l'opération est l'addition d'un deuxième azote protonable (le premier étant dans le sucre aminé en position 5-, dans l'érythromycine comme dans l'azithromycine) qui, aux conditions habituelles de pH de la pratique clinique, fournit à la molécule une charge positive supplémentaire.

## ACCUMULATION INTRACELLULAIRE DE L'AZITHROMYCINE

Les transformations moléculaires de l'azithromycine ont, comme il était prévu, créé une molécule plus stable, avec une absorption digestive améliorée (environ 35 %) et plus régulière. Cependant, la charge ionique positive supplémentaire accroît significativement l'accumulation intracellulaire de l'azithromycine. Seules les molécules non chargées, ou celles possédant un nombre égal de charges positives et négatives passent les membranes biologiques en quantité appréciable. Dans le milieu extra-cellulaire, où le pH est à environ 7,4 dans les conditions physiologiques, l'azithromycine se dissocie en espèce non chargée et espèce chargée positivement. La première espèce franchit la membrane de la cellule, la seconde reste à l'extérieur (fig. 2). Une fois dans le cytoplasme, une nouvelle dissociation ionique se produit car le pH est légèrement plus bas (environ 7,2). L'espèce chargée positivement ne peut franchir les membranes de façon importante, elle reste « prisonnière » dans le cyto-



**Fig. 2. – Influence du pH des compartiments vasculaires et cellulaires sur la pénétration d'une base faible au sein de différents compartiments.**

Fig. 2. – Model of intralysosomial trapping of weak bases caused by pH differences between compartments.

plasme, ce qui va occasionner une accumulation tant que d'autres molécules continuent à entrer depuis le milieu extra-cellulaire, c'est à dire tant qu'un état d'équilibre n'est pas atteint. Cependant, dans la cellule, les lysosomes ont un pH nettement acide, aux environs de 5 à 5,5. Les espèces non chargées du cytoplasme pénètrent dans les lysosomes, se dissocient, et les espèces chargées positivement, devenues prisonnières à nouveau, s'accumulent jusqu'à atteindre des concentrations considérables de plusieurs milligrammes par millilitre [7].

L'accumulation intracellulaire telle qu'elle vient d'être décrite se produit pour tous les macrolides, mais elle prend une importance toute particulière avec l'azithromycine du fait du deuxième site de protonation.

**Fig. 3. – Phagocytose et digestion d'une bactérie par un polynucléaire neutrophile.**

Fig. 3. – Phagocytocis and degradation of a bacteria by PMN cells.

## LES CONSÉQUENCES MICROBIOLOGIQUES DE L'ACCUMULATION INTRACELLULAIRE

Plusieurs infections sont dites intracellulaires dans la mesure où une partie significative du cycle infectieux s'effectue à l'intérieur d'une cellule de l'hôte. En outre, les phagocytes représentent une composante essentielle de notre défense anti-infectieuse. Les microbes sont ingérés dans un phagosome, et la stratégie normale de l'hôte consiste à fusionner le phagosome avec des lysosomes qui déversent leur contenu toxique au contact du microbe à tuer (fig. 3).

L'une des difficultés pour traiter les infections intracellulaires résulte du fait que beaucoup d'antibiotiques pénètrent insuffisamment dans les cellules infectées. C'est le cas en particulier des bêta-lactamines et des aminosides. Les macrolides et plus particulièrement les azalides n'ont pas cette limitation, et ils ont fait la preuve de leur efficacité dans les infections intracellulaires à germes sensibles, tant dans les modèles animaux qu'en pratique clinique : légionnelloses et chlamydioses en sont des illustrations. Il est possible aussi que les fortes concentrations obtenues dans les lysosomes soient utiles pour inhiber ou tuer les microbes

Fig. 4. – Concentrations tissulaires projetées chez l'homme après un traitement standard de 5 jours. (Source : référence 2).

Fig. 4. – Anticipated concentrations of azithromycin in tissues and serum following 500 mg on Day 1 and 250 mg on Days 2-5. (Source : référence 2).

plus spécifiquement intracellulaires une fois la fusion phagosome-lysosome réalisée dans les phagocytes les ayant ingérés.

## LES CONSÉQUENCES PHARMACOCINÉTIQUES DE L'ACCUMULATION INTRACELLULAIRE

L'accumulation de l'azithromycine dans les cellules atteint un niveau tout à fait inhabituel pour un antibiotique (plus de 100 fois la concentration sérique) [4]. L'azithromycine pénètre rapidement dans le milieu intracellulaire, et ne ressort que lentement. Ainsi, l'azithromycine, rapidement captée, ne réalise que des taux sanguins relativement faibles, mais la sortie retardée des cellules alimente le milieu extra-cellulaire d'une manière prolongée. Au total, les demi-vies sériques et tissulaires sont particulièrement longues [1, 2].

Ce profil pharmacocinétique d'accumulation et de rétention tissulaires permet de simplifier les schémas thérapeutiques. En effet, quelques jours d'administration aux doses appropriées assurent les taux antibiotiques tissulaires nécessaires au traitement des infections pour lesquelles l'azythromycine est recommandée (fig. 4).

L'azithromycine a battu en brèche le concept généralement admis qui privilégie les taux sériques pour prédire l'efficacité d'un antibiotique. Avec une molécule dont la spécificité tissulaire est si marquée, et dans le cas des infections localisées comme l'angine, la pneumonie ou la bronchite ; il est désormais établi que se sont bien avec les concentrations tissulaires et non les concentrations sanguines que la réponse thérapeutique est corrélée [3].

## LE DEUXIÈME SITE DE PROTONATION POURRAIT EXPLIQUER UNE ACTIVITÉ ACCRUE VIS-À-VIS DES BACTÉRIES À GRAM NÉGATIF

L'activité de l'azithromycine sur certaines bactéries à Gram négatif pourrait bien être aussi la conséquence de l'addition d'une charge positive supplémentaire dans la molécule. A l'opposé de toutes les autres cellules connues, et en plus de la membrane cytoplasmique habituelle, les bactéries à Gram négatif possèdent une deuxième membrane, dite externe, qui forme une barrière pour de nombreuses molécules indésirables, comme les macrolides. L'azithromycine s'en distingue, avec, au moins à titre d'hypothèse, une pénétration au travers de la membrane externe plus rapide et une activité antibactérienne quatre à huit fois plus puissante vis-à-vis d'espèces comme *H. influenzae* et *Moraxella catarrhalis*, ce qui a un intérêt thérapeu-

tique dans les infections respiratoires où ces germes peuvent être impliqués [5, 8]. Une explication alternative de l'activité sur les germes à Gram négatif de l'azithromycine serait une meilleure affinité pour le site d'action ribosomal qui pourrait résulter, elle aussi, du deuxième site de protonation. Notons cependant que l'activité de l'azithromycine vis-à-vis des klebsiella ou des pseudomonas reste insuffisante pour un usage thérapeutique. Quant à l'activité vis-à-vis des salmonelles et des shigelles, elle devrait faire l'objet d'une évaluation sérieuse avant qu'on puisse envisager des applications cliniques.

## CONCLUSION

L'azithromycine partage avec d'autres macrolides de la nouvelle génération l'absorption digestive plus complète et la tolérance digestive améliorée. Son originalité tient à une meilleure activité vis-à-vis de certains bacilles à Gram négatif et une spécificité tissulaire particulièrement marquée qui résultent de sa structure chimique originale. La prise journalière unique, et, plus encore, la durée d'administration réduite devraient être les garants d'une bonne observance thérapeutique.

## RÉFÉRENCES

1. FOULDS G., HILLIGOS D.M., CHIN E.B., GERBER N. – Effects of an antacid or cimetidine on the serum concentrations of azithromycin in humans. *Proceedings of the 6th International Congress of Infectious Diseases*, Montreal, July 1990, abstract n° 139.

2. FOULDS G., JOHNSON R.B. – Selection of dose regimens of azithromycin. *J. Antimicrobial Chemother.*, 1993, *31* (suppl. E), 39-50.

3. GIRARD A.L., GIRARD D., ENGLISH A.R., GOOTZ T.D., CIMOCHOWSKI C.R., FAIELLA J.A. – Pharmacokinetic and *in vivo* studies with azithromycin (CP-62, 993), a new macrolide with extended half life and excellent tissue distribution. *Antimicrobial Agents Chemother.*, 1987, *31*, 1948-1954.

4. GLADUE R.P., BRIGHT G.M., ISAACSON R. E, NEWBORG M.F. – *In vitro* and *in vivo* uptake of azithromycin by phagocytic cells. *Antimicrobial Agents Chemother.*, 1989, *33*, 277-282.

5. GOLDSTEIN F.W., EMIRIAN M.F., COUTROT A., ACAR J.F. – Bacteriostatic and bactericidal activity of azithromycin against *Haemophilus influenzae*. *J. Antimicrobial Chemother.*, 1990, *27* (suppl A), 25-58.

6. PERITI P., MAZZEI T., MINI E., NOVELLI A. – Safety Adverse Effects of macrolide antibacterials. *Drugs Safety*, 1993, *9*, 346-364.

7. TULKENS P.M. – Intracellular distribution and activity of antibiotics. *Eur. J. Clin. Microbiol. Infect. Dis.*, 1991, *10*, 100-106.

8. YOURASSOWSKY E., VAN DER LINDEN M.P., LISMONT M.J., CROKAERT F., GLUPCZYNSKI Y. – Rate of bactericidal activity for *Brahamella catarrhalis* of a new macrolide compared with that of amoxicillin - clavulanic acid. *Chemotherapy*, 1988, *34*, 191-194.

■ ■ ■

# EFFECT OF THE MOLECULAR STRUCTURE OF AZITHROMYCIN ON ANTI-MICROBIAL PHARMACOKINETICS AND ACTIVITY

J.C. PECHÈRE

[see summary in French and English]

Manuscript received at the Editorial offices on May 16, 1995.

*Department of Genetics and Microbiology, CMU, 9, avenue de Champel, GENEVA (Switzerland).*

[see source for figure]

**Fig. 1 – Chemical structure of azithromycin and erythromycin.**

Macrolides have been used for more than 40 years in the treatment of Gram-positive bacterial infections, specifically those of respiratory origin. However, erythromycin, the first macrolide discovered and prototype of the family, has the shortcoming of a relative digestive instability [6]. There are several consequences. At least in the usual formulations, digestive absorption is irregular and, overall, bioavailability after intake is about 20 to 30%. Particularly, certain degraded forms of erythromycin have been held responsible for gastric hyper-mobility which translates in patients treated by nausea, vomiting; or abdominal cramps in more than one case out of five [6]. In order to remedy these shortcomings, several strategies have been developed in order to make erythromycin more stable. These strategies led to the development of new macrolides, better absorbed and better tolerated.

## COMPARATIVE STRUCTURE OF ERYTHROMYCIN AND AZITHROMYCIN

The molecule of erythromycin has a lactone cycle with 14 atoms (called erythronolide) to which there is an amine sugar bound in C-5 and a neutral sugar in C-3 (fig. 1). The instability of erythromycin seems to be caused by the creation of intra-molecular bridges based on hydroxyl groups in position 6-, 11-, or 12- and by the existence of the weak point represented by the ketone group in position 9-. The transformation of this weak point may allow the prevention of the formation of an intra-molecular bridge between positions 9- and 6-, which is one of the important causes of molecular instability.

Azithromycin has been designed for this purpose, more specifically by placing an atom of nitrogen in position 9- (fig. 1). Thus, azithromycin becomes an azalide, made up of a lactone cycle with 15 bonds (and no longer 14), certainly more stable than the base erythromycin. Another consequence of the operation is the addition of a second protonable nitrogen (the first being in the amine sugar in position 5-, in erythromycin as well as in azithromycin), which, under the usual pH conditions in clinical practice, gives the molecule an additional positive charge.

## INTRACELLULAR ACCUMULATION OF AZITHROMYCIN

The molecular transformations of azithromycin have created, as expected, a more stable molecule, with improved digestive absorption (approximately 35%) and more regular. However, the additional positive ion charge significantly increases the intracellular accumulation of azithromycin. Only the non-charged molecules, or those having an equal number of positive and negative charges cross the biological membranes in appreciable quantity. In extra-cellular environments, where the pH is about 7.4 under physiological conditions, azithromycin divides into a non-charged species. The first species crosses the cell membrane, the second remains outside (fig. 2). Once in the cytoplasm, a new ionic dissociation takes place because the pH is slightly lower (about 7.2). The species with positive charge cannot cross the membrane significantly; it remains "prisoner" in the cyto-

[see source for figure]

**Fig. 2 – Model of intra-lysosomial trapping of weak bases caused by pH differences between compartments.**

plasm, which will cause an accumulation as long as other molecules continue entering from the extra-cellular environment, i.e. as long as a state of equilibrium is not reached. However, in the cell, the lysosomes have a clearly acid pH, about 5 to 5.5. The non-charged species of cytoplasm penetrate the lysosome, dissociate, and the species with positive charge which have again become prisoners, accumulate until they reach considerable concentrations of several milligrams per milliliter [7].

The intracellular accumulation, as described, is produced for all macrolides, but it becomes especially important with azithromycin because of the second protonation site.

## MICROBIOLOGICAL CONSEQUENCES OF INTRACELLULAR ACCUMULATION

Several infections are named intracellular to the extent that the significant part of the infectious cycle takes place within a cell of the host. In addition, phagocytes represent an essential component of our anti-infectious defense. The microbes are ingested in a phagosome, and the normal strategy of the host is to merge the phagosome with lysosomes, which spill their toxic content in contact with the microbe to be killed (fig. 3).

One of the difficulties in treating intracellular infections stems from the fact that many antibiotic infections insufficiently penetrate the infected cells. This is particularly the case of beta-lactamines and aminosides. The macrolides and more particularly the azalides do not have this limitation, and they have proven their efficacy in intracellular infections with sensitive germs, those in animal models and in clinical practice: legionella and chlamydia are illustrations of this fact. It is also possible that the high concentrations obtained in lysosomes are useful to inhibit or kill the microbes

[see source for figure]

**Fig. 3 – Phagocytosis and degradation of a bacteria by PMN cells.**

[see source for figure]

**Anticipated tissue concentrations in humans after a standard 5-day treatment (Day 1: 500 mg, Day 2-Day 5: 250 mg/d)**
Concentration (mg/kg or mg/d)
Tonsil
Prostate
Uterus critical value CMI 2.0 mg/d
CMI S. pyogenes 0.12 mg/d
Serum
Time (days)

**Fig. 4 – Anticipated concentrations of azithromycin in tissues and serum following 500 mg on Day 1 and 250 mg on Days 2-5. (Source: reference 2).**

more specifically intracellular after the phagosome-lysosome merger in the phagocytes that ingested them.

## PHARMACOKINETIC CONSEQUENCES OF INTRACELLULAR ACCUMULATION

The accumulation of azithromycin in cells reaches quite an unusual level for an antibiotic (more than 100 times the serum concentration) [4]. The azithromycin quickly penetrates in the intracellular environment and comes out only slowly. Thus, azithromycin, quickly captured, reaches only relatively low blood levels, but the retarded exit from the cells feeds the extra-cellular environment over a long time. In all, the serum and tissue half-lives are particularly long [1, 2].

This pharmacokinetic profile of tissue accumulation and retention allows the simplification of the therapeutic regiments. Indeed, a few days of administration in the appropriate doses assure the necessary tissue antibiotic levels for the treatment of the infections for which azithromycin is recommended (fig. 4).

Azithromycin overcame the generally admitted concept that gives preference to serum rates to predict the efficacy of an antibiotic. With a molecule whose tissue specificity is so high, and in the case of localized infections such as angina, pneumonia, and bronchitis, it is now established that tissue concentrations and not blood concentrations are related to therapeutic response [3].

## THE SECOND PROTONATION SITE MAY EXPLAIN AN INCREASED ACTIVITY AGAINST GRAM-NEGATIVE BACTERIA

The activity of azithromycin on certain Gram-negative bacteria could also be the consequence of an extra positive charge in the molecule. Unlike all other known cells, and in addition to the usual cytoplasmic membrane, Gram-negative bacteria have a second membrane, called external, which forms a barrier for numerous undesirable molecules, such as macrolides. Azithromycin is different, at least as a hypothesis, by the fact that it penetrates through the external membrane more quickly and has an antibacterial activity four to eight times more powerful against strains such as *H. influenzae* and *Moraxella catarrhalis*, which is interesting for

therapy in the respiratory infections in which these germs may be involved [5, 8]. An alternative explanation of the activity of Gram-negative germs shown by azithromycin would be a better affinity for the ribosomal action site that may also result from the second protonation site. We must note however that the activity of azithromycin against klebsiella or psudomonas is insufficient for therapeutic use. As to the activity against salmonella and shigella, it must be seriously studied before we can consider clinical applications.

## CONCLUSION

Azithromycin shares with other new generation macrolides more complete digestive absorption and improved digestive tolerance. Its originality stems from a better activity against certain Gram-negative bacilli and particularly marked tissue specificity, which arise from its original chemical structure. The single daily dose, and even more so, the short duration of the administration should guarantee good therapeutic compliance.

## REFERENCES

[see source for titles]

 TRANSPERFECT | TRANSLATIONS

City of Los Angeles, State of California, County of Los Angeles

I, Nicholas Koumaris, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the *Effect of the Molecular Structure of Azithromycin on Anti-microbial Pharmacokinetics and Activity*, from French into English.

A copy of the final translation is attached.

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
NEW YORK
PARIS
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC

Signature

Sworn to before me this
25th Day of May 2005

Signature, Notary Public

KARI DAWN CARLSON
COMM. #1556174
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. April 1, 2009

Stamp, Notary Public

# EXHIBIT 40

# Single- and Multiple-dose Pharmacokinetics of Clarithromycin, a New Macrolide Antimicrobial

*S.-y. Chu, PhD, D. S. Wilson, BA, R. L. Deaton, MS, A. V. Mackenthun, PhD, C. N. Eason, BS, and J. H. Cavanaugh, PhD, MD*

*The pharmacokinetics of clarithromycin and its active 14(R)-hydroxy metabolite were evaluated after single and multiple oral doses of 250 and 500 mg of clarithromycin. Multiple-dose regimens used 12-hour dosing intervals for 7 doses. Plasma and urine concentrations were measured using high-performance liquid chromatography. Appearance of clarithromycin and its metabolite in plasma were rapid, as reflected by mean times to maximum plasma concentration ranging from 1.8 to 2.6 and 1.8 to 2.9 hours, respectively. The rises in clarithromycin peak plasma concentration (Cmax) and area under the plasma concentration versus time curve (AUC) were disproportionate to increase in dose, suggesting nonlinearity in parent compound pharmacokinetics. Clarithromycin terminal disposition half-life (t½) also exhibited dose dependency, ranging from harmonic means of 2.7 to 4.8 hours. In contrast, based on Cmax AUC, and predicted/observed accumulation ratios, nonlinearity in metabolite pharmacokinetics was not observed. Plasma accumulation of metabolite occurred to a much lesser degree than that of the parent compound despite a substantially longer t½ for the metabolite (metabolite accumulation ratios based on AUC dose 7/AUC dose 1: 250-mg regimen = 1.03 ± 0.33, 500-mg regimen = 0.81 ± 0.29, parent accumulation ratios: 250-mg regimen = 1.64 ± 0.47, 500-mg regimen = 1.65 ± 0.69). This would suggest that formation of this metabolite is capacity-limited and that this may in part account for the nonlinearity observed in clarithromycin pharmacokinetics. Urinary excretion constituted a relatively important route of elimination of clarithromycin, with renal clearance accounting for 17 to 31% of apparent total body clearance.*

Clarithromycin (a-56268, TE-031) is a new macrolide antimicrobial exhibiting a broad *in vitro* antibacterial spectrum. It has activity against staphylococci, streptococci, *Haemophilus* species, *Neisseria gonorrhoeae*, *Legionella pneumophilia*, *Moraxella catarrhalis*, *Campylobacter* species, *Mycoplasma* species, *Chlamydia* species, *Mycobacteria* species, and anaerobes.[1-4] Preliminary data attest to its efficacy in the treatment of legionellosis, pneumonia, infectious exacerbations of chronic bronchitis, sinusitis, and pharyngitis in both animal models and humans.[5-9]

From the Departments of Drug Metabolism (Dr. Chu and Mr. Wilson), Clinical Statistics (Mr. Deaton and Dr. Mackenthun), and Clinical Pharmacology (Ms. Eason and Dr. Cavanaugh), Abbott Laboratories, Abbott Park, Illinois. Address for reprints: S.-y. Chu, PhD, Drug Metabolism Department, Abbott Laboratories, One Abbott Park Road, Abbott Park, IL 60064-3500.

Preliminary pharmacokinetic data have demonstrated nonlinear pharmacokinetics of the parent compound, attributable in part to a capacity-limited formation of the active 14(R)-hydroxyclarithromycin (14(R)-OH) metabolite. In a single ascending dose study, the mean terminal disposition half-life (t½) for clarithromycin increased from 2.3 hours after a 100-mg dose to 6.0 hours after a 1200-mg dose. In a 7-day multiple-dose study, mean t½ ranged from 2.6 hours with 100 mg twice daily or 200 mg once daily dosing to 4.9 hours with 800 mg twice daily dosing. Investigations of the parent and 14(R)-OH metabolite pharmacokinetics showed that nonlinearity is especially apparent at doses of 600 mg twice daily or greater (data on file, Abbott Laboratories, Abbott Park, IL).

The purpose of this paper is to present an evaluation of the pharmacokinetics of clarithromycin and its 14(R)-OH metabolite after single and multiple 250- and 500-mg oral doses, mimicking the dosage

ABBOTT067012

regimens that have been designed for use in clinical trials involving treatment of infections of mild to moderate severity.

## MATERIALS AND METHODS

This manuscript describes the results of four separate study protocols conducted under similar conditions and study designs (single 250-mg dose, multiple 250-mg dose, single 500-mg dose, multiple 500-mg dose).

### Subjects

Male subjects, between the ages of 18 and 40 years, judged in good physical health as based on the results of medical history, physical examination, blood and urine laboratory profiles, and electrocardiogram, were eligible for participation. Subjects were excluded if there was evidence of sensitivity to any antibiotic, requirement of any medication on a regular basis, prior receipt of an investigational drug within 6 weeks of study commencement, prior blood donation within 2 months of study commencement, history of drug or alcohol abuse, or evidence of hepatic disease. The study was approved by the Institutional Review Board of Quincy Research Center, Kansas City, Missouri, and all participants granted written, informed consent before study participation.

### Drug Administration and Sample Collection

All drug doses were administered in a fasting state with 240 mL water. In multiple-dose studies, breakfast was administered 2 hours after the morning drug administration, lunch at 2:00 PM, and dinner at 6:00 PM (2 hours before the evening dose). All meals were standardized in caloric content and nutrient distribution. Drug lots used were 16-133-AR (250-mg tablet) and 35-986-AR (500-mg tablet) (Abbott Laboratories, Abbott Park, IL).

Drug regimens studied were 250-mg single dose, 250-mg multiple dose (every 12 hours for seven doses), 500-mg single dose, and 500-mg multiple dose (ever 12 hours for seven doses). For the single-dose studies, blood samples (7 mL) were collected before and 0.33, 0.75, 1, 1.5, 2.5, 4, 6, 8, 10, 12, 14, and 24 hours after drug administration (250 mg) or before and 0.5, 1, 1.5, 2, 3, 4, 6, 8, 10, 12, 16, and 24 hours after drug administration (500 mg). For the multiple-dose studies, blood samples (7 mL) were collected immediately before administration of doses 3, 4, and 5; 0.5, 1, 2, 3, 4, 6, 8, and 12 hours after administration of dose 5; and immediately before and 0.5, 1, 2, 3, 4, 6, 8, 12, (16 = 500-mg study only), and 24 hours after administration of dose 7. After prompt centrifugation, plasma was separated and stored frozen at −20°C until assayed. For the multiple-dose studies, urine collections were made over the intervals 0 to 4, 4 to 8, 8 to 12, and 12 to 24 hours after administration of dose 5, and 0 to 4, 4 to 8, 8 to 12 (12 to 24 hours = 500-mg study only) hours after administration of dose 7. Urine volume was quantitated and aliquots were stored frozen at −20°C until assayed.

### Assay Methodology

Plasma and urine concentrations of clarithromycin and its 14(R)-OH metabolite were determined using a high-performance liquid chromatographic procedure. In brief, plasma samples were mixed with a known amount of internal standard (erythromycin A 9–0 methloxime), alkalinized with sodium carbonate, and extracted with ethyl acetate/hexane (1:1). The organic phase was evaporated to dryness and the residues redissolved in acetonitrile, which then was injected into the chromatograph. Urine sample preparation used an identical procedure to plasma sample preparation. Chromatography was conducted using a reverse-phase C-8 column (5 μm, 4.6 mm inner diameter × 25 cm, Spherisorb, Phenomenex, Rancho Palo Verdes, CA) with a mobile phase consisting of acetonitrile (48%, vol/vol), methanol (10%), 0.05 mol/L acetic acid, and NaOH to produce a pH of 7.5. The effluent was monitored by electrochemical detection (Model 5100 A, Environmental Sciences Associates, Bedford, MA) with the electric potentials of the first and second electrodes set at +0.5 V and 0.78 ± 0.04 V, respectively. The lower limit of detection for both compounds was .03 mg/L in plasma (0.5-mL sample) and 0.5 mg/L in urine (0.1-mL sample). The relative standard deviations for both compounds within-day and between-day over the standard curve concentration ranges (0.1 to 2 mg/L for plasma and 1 to 100 mg/L for urine) were less than 7%.[10]

### Pharmacokinetic Analysis

Pharmacokinetic parameters were calculated using both noncompartmental and compartmental techniques.[11] Area under the plasma concentration versus time curve (AUC) from time 0 to time infinity (dose 1) or time 0 to time 12 hours (doses 5 and 7) was calculated by the linear trapezoidal rule, whereas peak concentration (Cmax) and time to Cmax (tmax) were determined by observation of the plasma concentration versus time profiles. Other noncompart-

ABBOTT067013

mental parameters such as renal clearance ($CL_R$), apparent volume of distribution (area) (V/f), apparent total body clearance of parent compound (CL/f), and mean residence time (MRT) were calculated using standard techniques. Compartmental analyses were used to calculate lag time for absorption of parent compound or generation of metabolite ($T_{lag}$), apparent absorption rate constant for parent compound ($K_a$) or formation rate constant for metabolite ($K_f$), and terminal disposition rate constant ($K_{el}$) and t½. Data fits to biexponential or triexponential equations were performed using the CSTRIP[12] and NONLIN 84 (Statistical Consultants, Lexington, KY) computer programs. Data were weighted 1/concentration in most cases, although in a few cases unweighted regression produced superior fidelity of data fitting. Choice between compartmental models was based on Akaike criterion,[13] visual inspection of the fitted data curves, and sum of weighted squared residuals.

### Statistical Analysis

A two-way repeated measures analysis of variance model including dose number (dose 1 versus doses 5 and 7), formulation (250 versus 500 mg), and dose-by-formulation effects was used when examining $K_{el}$, V/f, normalized AUC, tmax CL/f, and normalized Cmax data. Saitherwaite's approximation was used to test for individual contrast between the 250- and 500-mg regimens within doses 1, 5, and 7. A one-way analysis of variance model was used to test $K_a$, $K_f$, MRT, and $T_{lag}$ data between formulations after single doses. A two-way analysis of variance model was used to test $CL_R$ and fractional urinary excretion ($F_u$) data after multiple doses (doses 5 and 7). All analyses were performed using the Statistical Analysis System procedures GLM and FREQ (SAS, Cary, NC), and significance was assessed at the 5% level. All data are presented as mean ± standard deviation (SD) unless otherwise noted.

## RESULTS

The results presented herein are based on the 17 evaluable subjects participating in both 250-mg protocols (20 subjects were enrolled, but data from 1 were excluded because of assay interference and data from 2 were excluded because of unsatisfactory model fits) and the 17 evaluable subjects participating in both 500-mg protocols (18 subjects were enrolled but data from 1 were excluded because of poor definition of the concentration versus time data). No subjects participated in all four study protocols.

Adverse events, evaluable in all 38 enrolled subjects, noted during study treatment, included the following: single 250-mg dose protocol = one case of somnolence; multiple 250-mg dose protocol = 6 cases of headache in 3 subjects; one case each of nausea, dyspepsia, dizziness, and nasal congestion; and one case each of abdominal, back, and pelvic pain; single 500-mg dose protocol = one case each of taste perversion, hot flashes, and nausea; and multiple 500-mg dose protocol = two cases of diarrhea and one case each of headache, stomach fullness, abdominal pain, and taste perversion. All but one adverse event (dyspepsia) were mild or moderate in severity and thought by the investigator to be possibly study related.

Details of patient demographics are depicted in Table I. Both groups were comparable with regard to demographic characteristics (P = not significant for all comparisons), thus allowing the pooling of study data into one overall analysis.

Mean plasma concentrations of clarithromycin and 14(R)-OH clarithromycin for 4 of the 6 plasma concentration versus time profiles (250-mg single dose, 250-mg dose 7, 500-mg single dose, 500-mg dose 7) are illustrated in Figures 1 and 2, respectively. Tables II and III illustrate the single- and multiple-dose pharmacokinetic parameters for clarithromycin and 14(R)-OH clarithromycin, respectively.

**TABLE I**

**Patient Demographic Characteristics***

| Regimen | Age (years) | Height (cm) | Weight (kg) | Creatinine Clearance (mL/min) |
|---|---|---|---|---|
| 250 mg single and multiple dose (17)† | 29 ± 6 (18–40) | 174.9 ± 8.2 (163.8–188.0) | 70.8 ± 8.4 (57.7–87.7) | 128 ± 22 (95–176) |
| 500 mg single and multiple dose (17)† | 31 ± 6 (20–39) | 174.1 ± 6.3 (160.0–182.9) | 72.2 ± 6.0 (63.9–86.8) | 125 ± 14 (96–151) |

* *Data expressed as mean ± SD (range).* † *( ) refers to number of subjects.*

ABBOTT067014

Case 1:05-cv-05373 Document 371-22 Filed 05/30/07 Page 20 of 27

*Figure 1. Mean plasma clarithromycin concentration versus time profiles after a single 250-mg dose (● — ●), after dose 7 of the 250-mg multiple dose regimen (■ — ■), after a single 500-mg dose (● - - ●), and after dose 7 of the 500-mg multiple dose regimen (■ - - ■). Standard deviation bars omitted for purposes of clarity.*

In general, the plasma concentration versus time data for both compounds after oral administration could be adequately described using biexponential equations with monoexponential elimination (one-compartment oral model). Although the pharmacokinetics of clarithromycin are nonlinear (vide infra), linear pharmacokinetic models proved useful in satisfactorily describing individual plasma concentration versus time profiles, and model-generated $T_{lag}$, $K_a$, $K_f$, and t½ data are presented in Tables II and III.

Clarithromycin appeared to be rapidly absorbed, as evidenced by mean ± SD $K_a$ values of 3.4 ± 6.4 and 1.7 ± 0.9 $h^{-1}$ after the single 250-mg dose and single 500-mg dose regimens, respectively. Mean tmax ranged from 1.8 to 2.6 hours over the six study data groupings. Steady state was achieved by the fifth dose of the multiple-dose regimens, as evidenced by the nonsignificant differences between dose 5 and dose 7 pharmacokinetics. Harmonic mean terminal disposition half-lives of clarithromycin were 2.7, 3.5, and 3.7 hours after the single 250-mg dose, dose 5 of the 250-mg twice-daily regimen, and dose 7 of the 250-mg twice-daily regimen, respectively. Comparable values for the 500-mg regimens were 4.3, 4.5, and 4.8 hours, respectively, suggesting nonlinearity of the pharmacokinetics of the parent compound even within the range of clinical dosing regimens. Means ± SD AUC of clarithromycin were 4.36 ± 1.51, 6.44 ± 1.83, and 6.86 ± 2.09 mg/L · hour, after the single 250-mg dose, dose 5 of the 250-mg twice-daily regimen, and dose 7 of the 250-mg twice-daily regimen, respectively. Comparable dose-normalized values for the 500-mg regimen were 7.04 ± 2.78, 9.80 ± 3.24, and 10.42 ± 3.32 mg/L · hour, respectively. Comparison of the AUC data again suggest nonlinearity of the pharmacokinetics of the parent compound, based on the disproportionate increase in AUC (approximately threefold) with increase in dose (twofold). The mean ± SD (range) predicted accumulation ratio based on the estimated terminal disposition half-lives after single doses for the 250-mg multiple-dose regimen was 1.08 ± 0.09 (1.01 to 1.39), whereas the actual observed value using AUC data (dose 7/dose 1) was 1.65 ± (0.75 to 2.73) ($P < .05$). Similar results were observed with the 500-mg dose (predicted ratio: 1.26 ± 0.24 (1.04 to 1.79) versus actual AUC ratio: 1.65 ± 0.69 (0.93 to 3.35) ($P < .05$). These data again support the presence of nonlinear pharmacokinetics of the parent compound. Renal clearance, which in general exceeded creatinine clearance, ranged from 96 to 368 and 22 to 166 mL/minute after doses 5 and 7 of the 250-mg multiple-dose regimen, respectively, and from 70 to 172 and 81 to 174 mL/minute after doses 5 and 7 of the 500-mg multiple-dose regimen, respectively. There was no overall trend to nonlinearity in renal clearance of the parent compound.

Generation of the active 14(R)-OH metabolite was reasonably rapid, with mean ± SD $K_f$ values of 2.6 ± 4.2 and 4.0 ± 4.3 $h^{-1}$ after the single 250-mg dose and single 500-mg dose regimens, respectively. This was also reflected in the tmax, which ranged from 1.8 to 2.9 hours over the six study data groupings. Harmonic mean terminal disposition half-lives of

*Figure 2. Mean plasma 14(R)-hydroxyclarithromycin concentration versus time profiles after a single 250-mg dose (● — ●), after dose 7 of the 250-mg multiple dose regimen (■ — ■), after a single 500-mg dose (● - - ●), and after dose 7 of the 500-mg multiple dose regimen (■ - - ■). Standard deviation bars omitted for purposes of clarity.*

ABBOTT067015

**TABLE II**

**Single and Multiple Dose Clarithromycin Pharmacokinetic Data***

| Regimen | $C_{max}$ (mg/L) | $T_{max}$ (hr) | AUC† (mg/L·hr) | $K_a$ ($hr^{-1}$) | $T_{lag}$ (hr) | t½‡ (h) | V/f (L) | CL/f (mL/min) | $CL_R$ (mL/min) | MRT (hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| 250 mg single | 0.78 ± 0.25 | 1.8 ± 0.7 | 4.36 ± 1.51 | 3.4 ± 6.4 | 0.3 ± 0.3 | 2.7 | 236 ± 83 | 969 ± 280 | ND§ | 5.8 ± 1.9 |
| | (0.40–1.22) | (1.0–2.5) | (2.51–8.21) | (0.4–27.5) | (0.0–0.7) | (1.8–6.5) | (142–482) | (473–1532) | | (4.0–11.9) |
| 250 mg multiple | | | | | | | | | | |
| Dose 5 | 1.01 ± 0.29 | 2.1 ± 1.0 | 6.44 ± 1.83 | ND | ND | 3.5 | 217 ± 72 | 689 ± 160 | 213 ± 92 | ND |
| | (0.67–1.67) | (0.5–4.0) | (4.58–10.53) | | | (2.7–5.4) | (105–343) | (396–910) | (96–368) | |
| Dose 7 | 1.14 ± 0.32 | 2.0 ± 1.1 | 6.86 ± 2.09 | ND | ND | 3.7 | 228 ± 101 | 658 ± 186 | 114 ± 43 | ND |
| | (0.51–1.72) | (1.0–4.0) | (4.05–11.49) | | | (2.4–6.3) | (104–512) | (363–1029) | (22–166) | |
| 500 mg single | 2.12 ± 0.83 | 2.0 ± 0.7 | 14.08 ± 5.55 | 1.7 ± 0.9 | 0.3 ± 0.2 | 4.3 | 306 ± 188 | 701 ± 323 | ND | 6.9 ± 1.4 |
| | (0.78–3.54) | (1.0–3.0) | (5.44–24.94) | (0.6–4.3) | (0.0–0.8) | (2.6–10.2) | (109–754) | (334–1531) | | (5.1–9.5) |
| 500 mg multiple | | | | | | | | | | |
| Dose 5 | 2.67 ± 0.94 | 2.6 ± 1.2 | 19.59 ± 6.49 | ND | ND | 4.5 | 222 ± 206 | 480 ± 202 | 114 ± 29 | ND |
| | (0.95–4.71) | (1.0–6.0) | (7.38–36.09) | | | (2.9–10.1) | (102–984) | (231–1129) | (70–172) | |
| Dose 7 | 2.85 ± 0.87 | 2.6 ± 0.7 | 20.84 ± 6.64 | ND | ND | 4.8 | 191 ± 84 | 437 ± 142 | 120 ± 32 | ND |
| | (0.98–4.85) | (1.0–4.0) | (9.72–39.07) | | | (3.1–8.0) | (103–448) | (213–858) | (81–174) | |
| Statistics‖ | Within 250 mg: | Within 500 mg: | Within 250 mg: | | | Within 250 mg: | Within 500 mg: | Within 250 mg: | Within 250 mg: | |
| | 1 vs. 5, | 1 vs. 5 | 1 vs. 5, | | | 1 vs. 5, | 1 vs. 5, | 1 vs. 5, | 5 vs. 7 | |
| | 1 vs. 7 | | 1 vs. 7 | | | 1 vs. 7 | 1 vs. 7 | 1 vs. 7 | 250 vs. 500 mg: 5 | |
| | Within 500 mg: | | Within 500 mg: | | | 250 vs. 500 mg: | | Within 500 mg: | | |
| | 1 vs. 5, | | 1 vs. 5, | | | 1, 5, 7 | | 1 vs. 5, | | |
| | 1 vs. 7 | | 1 vs. 7 | | | | | 1 vs. 7 | | |
| | 250 vs. 500 mg: | | 250 vs. 500 mg | | | | | 250 vs. 500 mg | | |
| | 1, 5, 7 | | 1, 5, 7 | | | | | 1, 5, 7 | | |

* *Data expressed as mean ± SD (range). Abbreviations defined in text.*
† *For single dose data, AUC = $AUC_{0-\infty}$ while for multiple dose data AUC = $AUC_{0-12ss}$.*
‡ *Harmonic mean (range.)*
§ *Not done.*
‖ *Only significant differences illustrated; within 250 mg refers to intra 250 mg formulation comparisons of doses 1, 5, and 7; within 500 mg refers to intra 500 mg formulation comparisons of doses 1, 5, and 7; 250 vs. 500 mg refers to interformulation comparisons of doses 1, 5, and 7; 1, 5 and 7 refer to doses; $C_{max}$ and AUC comparisons performed on dose-normalized data; t½ comparisons performed on $K_d$ data.*

**TABLE III**

**Single and Multiple Dose 14(R)-hydroxyclarithromycin Pharmacokinetic Data***

| Regimen | $C_{max}$ (mg/L) | $T_{max}$ (hr) | AUC (mg/L · hr) | $K_a$ ($hr^{-1}$) | $T_{lag}$ (hr) | t½ (hr) | $CL_R$ (mL/min) |
|---|---|---|---|---|---|---|---|
| 250 mg single | 0.65 ± 0.19<br>(0.37–1.09) | 2.3 ± 0.7<br>(1.0–4.0) | 4.97 ± 1.16<br>(3.11–7.54) | 2.6 ± 4.2<br>(0.7–18.5) | 0.3 ± 0.2<br>(0.0–0.7) | 4.1<br>(2.7–10.1) | ND |
| 250 mg multiple | | | | | | | |
| Dose 5 | 0.62 ± 0.20<br>(0.38–1.11) | 2.9 ± 0.5<br>(2.0–4.0) | 4.70 ± 1.33<br>(3.28–8.27) | ND | ND | 4.6<br>(3.4–7.8) | 130 ± 42<br>(59–194) |
| Dose 7 | 0.61 ± 0.15<br>(0.32–1.04) | 2.3 ± 0.9<br>(1.0–4.0) | 4.90 ± 1.34<br>(2.24–8.57) | ND | ND | 5.7<br>(2.6–9.5) | 104 ± 34<br>(28–148) |
| 500 mg single | 1.00 ± 0.28<br>(0.52–1.51) | 1.9 ± 0.8<br>(1.0–4.0) | 9.95 ± 3.53<br>(5.42–16.76) | 4.0 ± 4.3<br>(1.2–14.4) | 0.3 ± 0.3<br>(0.0–0.9) | 5.5<br>(3.5–8.4) | ND |
| 500 mg multiple | | | | | | | |
| Dose 5 | 0.88 ± 0.20<br>(0.59–1.25) | 2.6 ± 1.1<br>(1.0–6.0) | 7.37 ± 1.40<br>(5.37–9.64) | ND | ND | 6.9<br>(4.8–14.0) | 134 ± 40<br>(80–257) |
| Dose 7 | 0.83 ± 0.16<br>(0.59–1.09) | 2.5 ± 0.9<br>(1.0–4.0) | 7.29 ± 1.34<br>(5.3–9.8) | ND | ND | 8.7<br>(6.1–17.4) | 137 ± 43<br>(87–235) |
| Statistics | Within 500 mg:<br>1 vs. 7<br>250 vs. 500 mg:<br>1, 5, 7 | Within 250 mg:<br>1 vs. 5,<br>5 vs. 7<br>Within 500 mg:<br>1 vs. 5,<br>1 vs. 7 | Within 500 mg:<br>1 vs. 5,<br>1 vs. 7<br>250 vs. 500 mg:<br>5, 7 | | | Within 250 mg:<br>1 vs. 7,<br>5 vs. 7<br>Within 500 mg:<br>1 vs. 5,<br>1 vs. 7<br>250 vs. 500 mg:<br>1 5, 7 | Within 250 mg:<br>5 vs. 7<br>250 vs. 500 mg: 7 |

* *See footnote, Table II.*

ABBOTT067017

14(R)-OH clarithromycin were 4.1, 4.6, and 5.7 hours after the single 250-mg dose and doses 5 and 7 of the 250-mg twice-daily regimen, respectively. Comparable values for the 500-mg regimens were 5.5, 6.9 and 8.7 hours, respectively. The mean ± SD (range) predicted accumulation ratio for the 250-mg multiple-dose regimen was 1.21 ± 0.18 (1.05 to 1.79), whereas the actual observed value using AUC data (dose 7/dose 1) was 1.03 ± 0.33 (0.46 to 1.70) ($P < .05$). Similar results were observed with the 500-mg dose (predicted ratio: 1.34 ± 0.17 [1.10 to 1.60] versus actual AUC ratio: 0.81 ± 0.29 [0.39 to 1.34]) ($P < .05$). Despite having a longer $t_{1/2}$ than the parent compound, the metabolite did not accumulate to the same degree as the parent. Comparison of the Cmax and AUC data between doses 5 and 7 of the multiple-dose regimens suggested that steady-state was achieved by dose 5. Renal clearance of the metabolite generally exceeded creatinine clearance, ranging from 59 to 194 and 28 to 148 mL/minute after doses 5 and 7 of the 250-mg multiple-dose regimen, respectively, and from 80 to 257 and 87 to 235 mL/minute after doses 5 and 7 of the 500-mg multiple-dose regimen, respectively. There was no overall trend to nonlinearity in renal clearance of the metabolite.

## DISCUSSION

The macrolide antimicrobials constitute a pharmacokinetically heterogenous group of compounds.[14] Older macrolides are acid unstable, but newer semisynthetic derivatives are characterized by increased stability under acidic conditions. They are highly liposoluble and consequently penetrate well into tissues, especially bronchial secretions, prostatic tissue, middle ear exudates, and bone tissue, as evidenced by tissue/serum concentration ratios greater than 1. Penetration into the cerebrospinal fluid is poor. Macrolides undergo extensive biotransformation in the liver, in general to metabolites that exhibit little or no antimicrobial activity. Plasma protein binding is variable, being low for midecamycin and josamycin (15%), intermediate for spiramycin and miocamycin, and high for erythromycin (80 to 90%) and roxithromycin (95%). Terminal disposition half-lives also vary markedly, ranging from 1 to 2 hours (erythromycin, oleandomycin, josamycin, and miocamycin) to 5 to 7 hours (spiramycin, erythromycin stearate, mercaptosuccinate salt of propionyl erythromycin, rosaramicin) to 11 to 41 hours (roxithromycin and azithromycin).

Clarithromycin is a new macrolide antimicrobial currently undergoing clinical investigation in the treatment of sinusitis, pharyngitis, skin/skin structure infections, pneumonia, infectious exacerbations of chronic bronchitis, and *Mycobacterium avium* complex infections. It appears to exhibit some pharmacokinetic properties not evident among previous macrolides.

Data from this study would suggest that clarithromycin has an intermediate dose-dependent terminal disposition half-life of 2.5 to 5.0 hours after single- and multiple-dose (twice daily) regimens of 250 and 500 mg. Nonlinearity in the pharmacokinetics of clarithromycin, a phenomenon not seen with other macrolides, was evidenced by the disproportionate increases in AUC with increasing dose and the discrepancy in predicted and observed accumulation ratios for the parent compound. This nonlinearity allowed accumulation to higher plasma concentrations than predicted, but steady-state was still readily achievable by dose 5 of the multiple dosing regimen, and no further accumulation was noted on additional dosing.

In contrast to most macrolides, clarithromycin has an active metabolite, 14(R)-hydroxy clarithromycin. Similar to the parent drug, steady-state was achieved by dose 5 of the multiple-dose regimens. The metabolite accumulated in serum to a much lesser degree than the parent compound, however, despite having a substantially longer terminal disposition half-life. This would support the hypothesis that the formation of this metabolite is capacity limited and that this may, in part, account for the nonlinearity of the pharmacokinetics of the parent compound.

Urinary excretion appears to be a relatively important route of elimination of both clarithromycin and its hydroxymetabolite. Clearance by this route appeared to be linear, with no significant overall trend to dose dependency. Overall, clarithromycin disposition appears to involve both capacity-limited metabolism to the active hydroxy metabolite and first-order renal elimination.

The authors thank D. C. Jordan, Ph.D. for statistical assistance, S. T. Bunnell and M. D. Kaye for technical assistance, and M. F. Trkla for assistance in manuscript preparation.

## REFERENCES

1. Gorzynski EA, Gutman SI, Allen W: Comparative antimycobacterial activities of difloxacin, temafloxacin, enoxacin, pefloxacin, reference fluoroquinolones, and a new macrolide, clarithromycin. Antimicrob Agents Chemother 1989;33:591–592.
2. Hardy DJ, Hensey DM, Beyer JM, Vojtko C, McDonald EJ, Fernandes PB: Comparative into-vitro activities of new 14-, 15- and 16-membered macrolides. *Antimicrob Agents Chemother* 1988; 32:1710–1719.
3. Rolston K, Gooch G, Ho D: In-vitro activity of clarithromycin (A-56268; TE-031) against gram-positive bacteria. *J Antimicrob Chemother* 1989;23:455–457.

ABBOTT067018

4. Sefton AM, Maskell JP, Yong FJ, Shu-Jing C, Williams JS: Comparative in-vitro activity of A-56268. *Eur J Clin Microbiol Infect Dis* 1988;7:798–802.

5. Fraschini F: Clinical efficacy and tolerance of two new macrolides, clarithromycin and josamycin, in the treatment of patients with acute exacerbations of chronic bronchitis. *J Int Med Res* 1990;18:171–176.

6. Kohno S, Koga H, Yamaguchi K, Masaki M, Inoue Y, Dotsu Y, Masuyama Y, Hayashi T, Hirota M, Saito A, Hora K: A new macrolide, TE-031 (A-56268), in treatment of experimental Legionnaire's disease. *J Antimicrob Chemother* 1989;24:397–405.

7. Marchi E: Comparative efficacy and tolerability of clarithromycin and amoxicillin in the treatment of outpatients with acute maxillary sinusitis. *Curr Med Res Opin* 1990;12:19–24.

8. Scaglione F: Comparison of the clinical and bacteriological efficacy of clarithromycin and erythromycin in the treatment of streptococcal pharyngitis. *Curr Med Res Opin* 1990;12:25–33.

9. Straneo G, Scarpazza G: Efficacy and safety of clarithromycin versus josamycin in the treatment of hospitalized patients with bacterial pneumonia. *J Int Med Res* 1990;18:164–170.

10. Chu S-y, Sennello LT, Sonders RC: Simultaneous determinations of clarithromycin and 14(R)-hydroxyclarithromycin in plasma and urine using high performance liquid chromatography. *J Chromatogr* 1991;571:199–208.

11. Gibaldi M, Perrier D: *Pharmacokinetics*, 2nd ed. New York, Marcel Dekker; 1982.

12. Sedman AJ, Wagner JC: CSTRIP, a Fortran IV computer program for obtaining initial polyexponential parameter estimates. *J Pharm Sci* 1976;65:1006–1010.

13. Akaike H: An information criterion (AIC). *Math Sci* 1976;14:5–9.

14. Periti P, Mazzei T, Mini E, Novelli A: Clinical pharmacokinetic properties of the macrolide antibiotics. *Clin Pharmacokinet* 1989;16:193–214, 261–282.

ABBOTT067019

# EXHIBIT 41

me 12, Number 3, 1992

ISSN 0277-0008

# Pharmacotherap

## he Journal of Human Pharmacology and Drug Therapy

### VALUATION OF NEW DRUGS

ithromycin—Spectrum of Activity, Pharmacokinetics, and Clinical Applications
chard H. Drew, M.S., and Harry A. Gallis, M.D.

### LINICAL RESEARCH ARTICLES

ral Nil dipine Pharmacokinetics in Pregnancy-Induced Hypertension
ebecca R. Prevost, Pharm.D., Sherif A. Aki, M.D., W. David Whybrew, M.S., and Baha M. Sibai, M.D.

opulation Pharmacokinetics of Gentamicin in Neonates Using a Nonlinear, Mixed-Effects Model
ul D. Jensen, Pharm.D., Bruce E. Edgren, Pharm.D., and Richard C. Brundage, Pharm.D.

he Effect of Low-Dose Phenytoin on High-Density Lipoprotein Cholesterol
mes M. McKenney, Pharm.D., Kathleen S. Petrizzi, Pharm.D., Geneva C. Briggs, Pharm.D.,
nd Jackson T. Wright, Jr., M.D., Ph.D.

elationship Between Serum Quinidine Concentration and Quinidine Dosage
ancy M. Allen, Pharm.D.

Simple Method to Estimate the Initial Dose of Gentamicin
homas E. Lackner, Pharm.D., FASCP, and Alan P. Lyas, M.D.

athematic Modeling of Drug Disposition and Postdialysis Rebound in Patients Requiring Hemodialysis
Michael Spivey, Pharm.D., Robert A. Blum, Pharm.D., and David E. Nix, Pharm.D.

### OSTMARKETING SURVEILLANCE

ver Disease Associated With Diclofenac, Naproxen, and Piroxicam
ershel Jick, M.D., Laura E. Derby, M.P.H., Luis A. Garcia Rodriguez, M.S., M.D., Susan S. Jick, D.Sc.,
nd Alan D. Dean, M.B.

tensive Surveillance of Midazolam Use in Hospitalized Patients and the Occurrence of Cardiorespiratory Arrest
avid C. Classen, M.D., Stanley L. Pestotnik, B.S., R. Scott Evans, Ph.D., and John P. Burke, M.D.

### EVIEWS OF THERAPEUTICS

herapeutic Frontiers in Alzheimer's Disease
rsan W. Miller, Pharm.D., Janelle M. Mahoney, Pharm.D., and Michael W. Jann, Pharm.D.

### PECIAL ARTICLE

Guide for Assessing Pharmacoepidemiologic Studies
itchell A. H. Levine, M.D., M.Sc., FRCP(C)

### ASE REPORTS

rolonged Hemodialysis in Methanol Intoxication
an Burgess, M.D.

icoplanin Nephrotoxicity: First Case Report
ginald F. Frye, Pharm.D., Martin L. Job, Pharm.D., M.A., Robin H. Dretler, M.D., and Barry J. Rosenbaum, M.D.

CCP Annual Meeting-Abstracts and Index of authors

The Official Journal of the

ACCP

American College of Clinical Pharmacy

b89033078312a

# Evaluation of New Drugs

## Azithromycin—Spectrum of Activity, Pharmacokinetics, and Clinical Applications

Richard H. Drew, M.S., and Harry A. Gallis, M.D.

Azithromycin is an azalide antimicrobial agent. Structurally related to the macrolide antibiotic erythromycin, its mechanism of activity (similar to erythromycin) is interference with bacterial protein synthesis by binding to the 50S component of the 70S ribosomal subunit. Although slightly less potent than erythromycin against gram-positive organisms, azithromycin demonstrates superior activity in vitro against a wide variety of gram-negative bacilli, including *Haemophilus influenzae*. Absorption is approximately 37% after a 500-mg oral dose. The large volume of distribution (23 L/kg) and low peak serum level (0.4 µg/ml) are consistent with data demonstrating extensive tissue distribution and intracellular accumulation. Metabolism is predominantly hepatic (to inactive metabolites), with biliary excretion a major pathway of elimination. Drug elimination is biphasic, with a terminal half-life of up to 5 days. Published trials have examined the efficacy and safety of azithromycin in the treatment of adults with upper and lower respiratory tract infections, skin and skin structure infections, streptococcal pharyngitis, and sexually transmitted diseases. Many used a 5-day course of 250 mg once daily, supplemented with a 250-mg dose on the first day of therapy. Selected trials in sexually transmitted diseases examined single 1-g doses. Promising results also were obtained with oral daily doses of 500 mg in patients with human immunoviral infection who also had *Mycobacterium avium* complex infection and in animals with toxoplasmosis. Adverse reactions are primarily gastrointestinal (nausea, diarrhea, abdominal pain), with minimal laboratory abnormalities reported. Gastrointestinal tolerance is better than that of erythromycin. Drug interactions have not been observed to date, although coadministration of azithromycin with a large meal may reduce absorption by up to 50%.

(Pharmacotherapy 1992;12(3):161–173)

OUTLINE

Chemistry
Pharmacology
In Vitro Susceptibility Testing
In Vitro Activity
Resistance
Pharmacokinetics
Clinical Uses
- Upper Respiratory Tract Infections
- Lower Respiratory Tract Infections
- Sexually Transmitted Diseases
- Skin and Skin Structure Infections
- Mycobacterial Infections
- Other Infections (Animal Model Data)

Adverse Reactions
Dosing and Administration
Drug Interactions
Summary

From the Division of Infectious Diseases, Duke University Medical Center, Durham, North Carolina (both authors).
Address reprint requests to Richard Drew, M.S., Box 3306, Duke University Medical Center, Durham, NC 27710.

Although erythromycin has been available for general clinical use for many years, its use has been limited by its pharmacokinetic properties (poor oral bioavailability, short half-life requiring frequent administration), side effect profile (predominantly gastrointestinal intolerance), and limited antimicrobial activity in vitro against gram-negative pathogens (e.g., *Haemophilus influenzae*). Azithromycin (CP-62,993 or XZ-450; Pfizer Inc., New York, NY) is the first azalide antibiotic formulated as a chemical modification of this macrolide. It demonstrates enhanced antimicrobial activity, a more favorable adverse reaction profile, and improved pharmacokinetic