162                    PHARMACOTHERAPY Volume 12, Number 3, 1992

properties over erythromycin.

## Chemistry

Azithromycin (9-deoxy-9A-methyl-9A-aza-9A-hemoerythromycin, molecular weight 749.0) is a 15-member macrolide (Figure 1).[1, 2] As the dihydrate salt, its chemical formula is $C_{38}H_{72}N_2O_{12}\cdot2H_2O$.[3] This compares with the 14-member ring structures of the macrolides erythromycin, roxithromycin, dirithromycin, clarithromycin, and flurithromycin, and 16-member rings of josamycin, spiramycin, miocamycin, and rokitamycin. This azalide maintains the basic macrolide structure, with a methyl-substituted nitrogen in place of the carbonyl at the 9a position of the aglycone ring, blocking the internal dehydration pathway.[2, 4] Such modification is thought to be related to enhancement of gram-negative activity compared with erythromycin.[2, 4] In addition to providing increased acid stability, this modification prevents the formation of the anhydrohemiketal derivative associated with the gastrointestinal toxicity observed with erythromycin.[4–6] Decomposition of azithromycin occurs primarily by acid-catalyzed hydrolysis of the ether bond to the neutral cladinose sugar.[4] Azithromycin is a basic compound, poorly soluble in water but highly lipid soluble.[5]

## Pharmacology

Azithromycin's mechanism of action is similar to erythromycin's; it binds to the 50S component of the 70S ribosomal subunit, resulting in inhibition of natural messenger RNA-directed cell-free polypeptide synthesis.[2, 7]

In vitro and animal model experiments demonstrate that azithromycin extensively concentrates within a wide range of cell types. Uptake is rapid and dependent on extracellular concentration, pH, viability of the cell, temperature, presence or absence of infection, and concomitant administration of cytokines.[8, 9] Infected cells may demonstrate decreased uptake, as demonstrated by reductions in intracellular concentrations in cells infected with *Mycobacterium avium* complex.[9] However, stimulation of infected macrophages with either recombinant human γ-interferon or recombinant human tumor necrosis factor overcame such inhibitory effect.[9]

Within 1 hour in vitro, intracellular concentrations in human and mouse polymorphonuclear leukocytes (PMNs), human fibroblasts, murine peritoneal macrophages, and mouse and rat alveolar macrophages may accumulate up to 226 times the extracellular concentration.[8, 10] Higher intracellular uptake by PMNs in the presence of azithromycin-loaded fibroblasts suggests that fibroblasts may act as a reservoir, gradually releasing drug for activity against extracellular pathogens and for uptake by PMNs.[8] No alteration of phagocyte-mediated bactericidal activity has been observed, nor has PMN or macrophage oxidative burst activity been altered.[10, 11] Intracellular release is slow in the absence of extracellular drug compared with erythromycin (17% vs 78% in 1 hr).[8] Extracellular release was significantly enhanced by phagocytosis of *Staphylococcus aureus*.[10]

The killing kinetics of azithromycin suggest bactericidal activity against selected organisms,



**Azithromycin**                    **Erythromycin**

Figure 1. Structural formulas of azithromycin and erythromycin.

Table 1. In Vitro Activity of Azithromycin Against Gram-Positive Aerobic Organisms

| Organism | Range (µg/ml) | MIC$_{50}$ (µg/ml) | MIC$_{90}$ (µg/ml) |
|---|---|---|---|
| Staphylococcus aureus (methicillin-susceptible) | 0.12–8 | 0.5 | 1 |
| Staphylococcus aureus (methicillin-resistant) | 0.5–>128 | >128 | >128 |
| Coagulase-negative staphylococci (methicillin-resistant) | 0.25–>128 | >128 | >128 |
| Coagulase-negative staphylococci (methicillin-susceptible) | 0.25–>128 | 4 | >128 |
| Enterococcus faecalis (erythromycin-resistant) | >64 | >64 | >64 |
| Enterococcus faecalis (erythromycin-susceptible) | 1–8 | 2 | 8 |
| Streptococcus agalactiae (erythromycin-resistant) | >32 | | |
| Streptococcus agalactiae | 0.015–4 | 0.12 | 0.5 |
| Streptococcus bovis | 0.03–0.25 | 0.12 | 0.25 |
| Streptococcus pneumoniae | 0.015–0.5 | 0.06 | 0.12 |
| Streptococcus pyogenes | 0.12–1 | 0.12 | 0.12 |
| Streptococcus pyogenes (erythromycin-resistant) | >32 | | |
| Streptococcus groups C, F, G | 06–0.25 | 0.12 | 0.25 |
| Viridans streptococci | 0.015–32 | 8 | 16 |
| Listeria monocytogenes | 0.5–16 | 1 | 4 |
| Corynebacterium JK sp | 0.25–64 | 2 | 64 |

Modified from reference 15 with permission.

depending in part on time of incubation.[12] For example, the drug is considered bactericidal for *Streptococcus pyogenes*, *Streptococcus pneumoniae*, and *H. influenzae*. However, bacteriostatic activity is observed for staphylococci and most aerobic gram-negative species.[13] Although bactericidal activity is observed at 1–4 times minimum inhibitory concentration (MIC),[14] increasing concentrations of azithromycin do not necessarily modify this activity.[15] Since corresponding serum levels may be low, animal models suggest that clinical efficacy in vivo may be correlated with tissue concentrations[16] and extravascular concentrations[12] rather than serum levels.

Similar to erythromycin, the ability of azithromycin to stimulate smooth muscle of the gastrointestinal tract was demonstrated in a dog model.[17] Although this activity may correlate with gastrointestinal side effects, its clinical significance is not known.

### In Vitro Susceptibility Testing

Measurement of azithromycin's in vitro activity is highly dependent on the testing conditions. Although some test results were not altered by presence of human serum,[18] other studies demonstrated the presence of 95% human serum that reduced the MIC for *S. aureus* from 0.78 to 0.39 µg/ml compared with broth medium.[14] Other studies confirmed increased in vitro activity in the presence of serum against *Escherichia coli* and *S. aureus*.[19–21] This may be due in part to azithromycin's ability to sensitize bacteria to the antibacterial activity of serum.[20] It may also correlate with increases in pH during incubation, despite addition of buffering agents.[22]

Conflicting and confounding results may also be dependent on pH.[13] For example, the drug's activity in vitro was 1–4 times greater at pH 8.0 than at pH 6.5,[19] whereas MICs were 100-fold greater at pH 6.0 than at pH 7.2.[23] Other authors confirmed this effect.[22] Divalent cations may also alter in vitro results, with increases in MICs observed after their addition.[22] Finally, anaerobic incubation may underestimate the in vitro activity of azithromycin.[22, 23] This may related to changes in pH.

Interpretive criteria for disk susceptibility have been proposed.[24] Using the 15-µg disk, zone sizes 19 mm or greater would be interpreted as susceptible (MIC ≤ 2 µg/ml) and those 15 mm or less as resistant (MIC ≥ 8 µg/ml). These criteria resulted in 97% agreement between broth dilution and disk diffusion. It is proposed that susceptibility be 18 mm or more (MIC ≤ 2 µg/ml) and resistance 13 mm or below (MIC ≥ 8 µg/ml).[25] These latter recommendations are consistent with the approved product information.[3] However, careful attention

Table 2. In Vitro Activity of Azithromycin Against Gram-Negative Aerobic Bacteria and Intracellular Pathogens

| Organism | Range (µg/ml) | MIC$_{50}$ (µg/ml) | MIC$_{90}$ (µg/ml) |
|---|---|---|---|
| *Bordetella pertussis* | 0.015–0.12 | 0.015 | 0.12 |
| *Campylobacter* sp | 0.25–0.5 | 0.25 | 0.25 |
| *Citrobacter diversus* | 8–16 | 8 | 16 |
| *Citrobacter freundii* | 16–64 | 32 | 64 |
| *Eikenella corrodens* | 0.25–8 | 0.5 | 4 |
| *Enterobacter aerogenes* | 8–32 | 16 | 32 |
| *Escherichia coli* | 4–16 | 8 | 16 |
| *Haemophilus influenzae* | 0.12–1 | 0.5 | 1 |
| *Klebsiella oxytoca* | 8–64 | 32 | 64 |
| *Klebsiella pneumoniae* | 8–64 | 32 | 64 |
| *Legionella pneumophila* | 0.12–0.25 | 0.12 | 0.25 |
| *Moraxella catarrhalis* | 0.03–0.5 | 0.06 | 0.5 |
| *Morganella morganii* | >128 | >128 | >128 |
| *Neisseria gonorrhoeae* | 0.015–1 | 0.06 | 0.5 |
| *Neisseria meningitidis* | 0.025–0.12 | 0.06 | 0.12 |
| *Pasteurella multocida* | 0.24–0.5 | 0.25 | 0.5 |
| *Proteus vulgaris* | 4–>64 | 64 | >64 |
| *Providencia stuartii* | 64–>64 | >64 | >64 |
| *Salmonella* sp | 2–16 | 4 | 8 |
| *Serratia marcescens* | 32–>64 | 32 | 64 |
| *Shigella flexneri* | 2–16 | 4 | 8 |
| *Shigella sonnei* | 2–6 | 4 | 8 |
| *Yersinia enterocolitica* | 2–16 | 4 | 8 |
| *Chlamydia pneumoniae* | 0.03–0.25 | 0.03 | 0.25 |
| *Chlamydia trachomatis* | 0.03–0.25 | 0.03 | 0.12 |

Modified from reference 15 with permission.

should be paid to the test conditions under which such data are obtained.

Little or no inoculum effect is observed for azithromycin[14]; however, a moderate increase in MIC was seen with inoculum increases from $10^5$ colony-forming units (cfu) to $10^7$ cfu.[13] The postantibiotic effect (PAE) of azithromycin against selected respiratory pathogens was evaluated, with exposure over 1 hour at 4 and 8 times the organisms' MICs.[28] Mean PAEs were as follows: *S. pyogenes* 3.5 hours; *S. pneumoniae* 3.5 hours; *Moraxella catarrhalis* 3 hours; *H. influenzae* 3 hours; and *Klebsiella pneumoniae* 2 hours.[28] Data regarding synergy and antagonism studies for azithromycin are sparse. One study, however, failed to demonstrate significant modification of azithromycin's in vitro activity when combined with piperacillin, ceftazidime, or gentamicin.[13]

**In Vitro Activity**

In vitro, azithromycin usually exhibits one-fourth to one-half the potency of erythromycin against gram-positive organisms (Table 1).[12, 14, 27, 29] Up to 77% of methicillin-susceptible *S. aureus* were inhibited at 0.5 and 1.0 µg/ml of erythromycin and azithromycin, respectively, whereas 22% were resistant to 32 µg/ml of both drugs.[27] Erythromycin-susceptible coagulase-negative staphylococci show a wide range of susceptibility,

with MIC$_{50}$ values for erythromycin and azithromycin for all isolates being 0.25 and 0.5 µg/ml, respectively.[27] All isolates of staphylococci resistant to erythromycin, including all methicillin-resistant *S. aureus*, demonstrated cross-resistance to azithromycin.[27]

Azithromycin's potency against *S. pyogenes*, oral streptococci, and *S. pneumoniae* is comparable with that of erythromycin.[11, 27] The MIC$_{90}$s for group A and group B streptococci were 0.03 and 0.06 µg/ml for erythromycin and azithromycin, respectively.[27] Azithromycin is less active than erythromycin against enterococci (mode MICs 4.0 and 1.0 µg/ml, respectively), with 20% highly resistant to both compounds.[27] Again, isolates of *S. pyogenes*, *Streptococcus agalactiae*, *S. pneumoniae*, and enterococci resistant to erythromycin demonstrate cross-resistance to azithromycin.[27]

The drug demonstrates superior activity in vitro against gram-negative organisms compared with erythromycin (Table 2).[12, 14, 29] The MICs of 0.06–1.0 µg/ml were 4–8 times more potent than erythromycin against *H. influenzae*.[14, 29] Mean bactericidal concentrations (MBCs) were generally 4 times greater.[29] Other *Haemophilus* sp are also highly susceptible to azithromycin.[15] The drug has little or no activity against nonfermenting gram-negative bacilli such as *Pseudomonas*, *Achromobacter*, and *Acinetobacter* sp.[14, 27, 28]

Table 3. In Vitro Activity of Azithromycin Against Anaerobic Organisms

| Organism | Range ($\mu$g/ml) | $MIC_{50}$ ($\mu$g/ml) | $MIC_{90}$ ($\mu$g/ml) |
|---|---|---|---|
| Bacteroides fragilis | 2–8 | 2 | 8 |
| Other Bacteroides sp | 0.5–32 | 0.5 | 2 |
| Clostridium sp | 0.25–1 | 0.25 | 1 |
| Peptococci | | | |
| Peptostreptococci | 0.03–128 | 0.5 | 2 |
| Propionibacterium acnes | 0.015–4 | 0.015 | 0.15 |

Modified from reference 15 with permission.

Other resistant species may include *Klebsiella, Enterobacter, Citrobacter, Proteus, Providencia, Morganella,* and *Serratia.*[15]

The agent possesses equivalent or superior activity to erythromycin for *Legionella pneumophila* and *Moraxella (Branhamella) catarrhalis,* with an MIC of 0.03–0.5 $\mu$g/ml.[23] In other reports, it was twice as potent as erythromycin for *L. pneumophila* (MIC 0.08 $\mu$g/ml).[14, 27] One group examined the susceptibility of azithromycin and six other macrolides against *Chlamydia pneumoniae* (TWAR).[30] Azithromycin's MIC of 0.5 $\mu$g/ml was approximately 8-fold greater than erythromycin's MIC of 0.06 $\mu$g/ml. Activity against *Mycoplasma pneumoniae* (MIC 0.001 $\mu$g/ml) was superior to that demonstrated with erythromycin (MIC 0.008 $\mu$g/ml), and tetracycline and doxycycline (MIC 0.025 $\mu$g/ml).[31]

Azithromycin had equivalent or superior activity over erythromycin against enteric pathogens.[1, 14, 26, 32] It was considerably more active against *Salmonella typhi* (MIC$_{90}$ 4 vs ≥ 32 $\mu$g/ml), *S. enteritidis* (4 vs ≥ 32 $\mu$g/ml), *Shigella flexneri* (2 vs 32 $\mu$g/ml), *Shigella dysenteriae* (2 vs 32 $\mu$g/ml), *Shigella sonnei* (4 vs 32 $\mu$g/ml), and *Campylobacter jejuni* (0.12 vs 1 $\mu$g/ml). It was less active against *Campylobacter pylori* than clarithromycin, with MBC within a single 2-fold dilution of the MIC.[33] With the exception of some *Peptostreptococcus* sp, activity is limited against anaerobic bacteria such as *Bacteroides fragilis* and *Peptococcus* sp (Table 3).[14, 27, 28] Other data indicate that *Bacteroides* sp activity varied greatly, but azithromycin was more active than erythromycin, with 74% of organisms susceptible to azithromycin.[34] *Clostridium perfringens* is inhibited by less than 0.25 $\mu$g/ml, as are other *Clostridium* sp.[13]

Activity was demonstrated for azithromycin against *Borrelia burgdorferi.* The range for MIC$_{90}$ was 0.015–0.06 $\mu$g/ml, and the MBC was 0.04 $\mu$g/ml.[35, 36] This activity was superior to that of tetracycline and erythromycin on a weight-for-weight basis in an animal model.[35] It should be noted, however, that despite in vitro susceptibility to erythromycin, the drug has proved inadequate in the treatment of Lyme disease in animals and humans.

*Bordetella pertussis* and *Bordetella parapertussis* isolates revealed activity similar to erythromycin, with *B. parapertussis* more resistant to either drug.[37] Overall MICs for these organisms ranged from 0.015–0.12 $\mu$g/ml.[15, 37]

Interest in the macrolide antibiotics as potential alternatives for the treatment of sexually transmitted diseases has led to several studies. The MIC for azithromycin against *Chlamydia trachomatis* was 0.125 $\mu$g/ml (range 0.063–0.25 $\mu$g/ml), with MBC approximately 2–4 times higher.[38, 39] This was less active than erythromycin in one study.[40] Azithromycin had enhanced activity against *C. trachomatis* in vitro when PMNs were primed with tissue necrosis factor.[41] Its activity was similar to erythromycin's against *Treponema pallidum.*[42] Activity against *Haemophilus ducreyi, Gardnerella vaginalis, Bacteroides* sp, and *Mobiluncus* sp was superior or equivalent to erythromycin's.[32] According to one author, azithromycin was 10 times more active against *H. ducreyi* (MIC$_{50}$ 0.004 $\mu$g/ml) than erythromycin.[40] Enhanced activity also was reported for *Ureaplasma urealyticum,*[31] and azithromycin is 4–8 times more potent than erythromycin against *Neisseria gonorrhoeae* and *Neisseria meningitidis.*[18, 40] The Mtr phenotype of gonococci increased azithromycin MICs approximately 4 times more than the wild type.[40]

Azithromycin has activity against organisms involved in animal bites such as *Pasteurella multocida* and human mouth bites such as *Eikenella corrodens.* The MIC$_{50}$ is less than 0.5 $\mu$g/ml for both organisms.[13]

In vitro activity is present against several mycobacterial infections.[43, 44, 45] Of particular interest is the drug's effectiveness against atypical infections such as *M. avium complex,*[44] *Mycobacterium chelonae* subspecies *chelonae* (MIC 1.0 $\mu$g/ml),[45] and *Mycobacterium fortuitum* biovariant *fortuitum* (MIC 2.0 $\mu$g/ml).[45] Against *M. chelonae* and *M. fortuitum* azithromycin was approximately 4 times less potent than clarithromycin.[45]

### Resistance

Resistance to macrolides and related compounds has been extensively studied and reviewed in the literature.[46, 47] Prevention of macrolide binding is accomplished by methylation of adenine residues in the 23S rRNA. This is observed predominantly with gram-positive organisms.[14] Azithromycin may induce adenine methylation in a manner similar to 14-member macrolides.[14] Either chromosomal- or plasmid-mediated resistance to macrolides can be induced, usually observed with staphylococci, or constitutively expressed, as is the case with streptococci and enterococci. Bacteria carrying a

constitutive type of MLS (macrolide, lincosamide, streptogramin B) resistance were reported to be resistant to the 14-, 15-, and 16-member ring macrolides, whereas bacteria with an inducible type of resistance were susceptible to the 16-M but resistant to the 14- and 15-M.[19] Cross-resistance to other macrolides is often observed for azithromycin.[23] However, H. influenzae isolates reported resistant to erythromycin (MIC 8–16 µg/ml) were moderately susceptible to azithromycin.[23] As expected, β-lactamase production is not known to alter the in vitro activity of azithromycin.[40]

Reductions in macrolide penetration may be observed for the gram-negative bacilli, whereas selective coagulase-negative staphylococci with the MLS resistance phenotype may use an adenosine triphosphate (ATP)-binding transport protein to produce active drug efflux.[48] Enzymatic degradation of macrolides may also be possible for select gram-negative bacilli.[46, 47] The enhanced activity of azithromycin against gram-negative bacilli implies either improved drug penetration or enhanced stability against these esterases.

## Pharmacokinetics

Although extensive pharmacokinetic studies of azithromycin in animals have been reported, published data studying or reviewing the drug in humans are limited (Table 4).[49-51]

Azithromycin's pharmacokinetics after oral administration have been described as a three-compartment model.[51] It was given as single 500-mg oral doses in suspension and single 20-minute intravenous infusions in crossover fashion to 10 healthy men volunteers (mean age 38.1 yrs; range 27–54 yrs).[50] Another group of 12 volunteers (mean age 29 yrs) were given two 500-mg capsules orally 12 hours apart, followed by 500 mg/day orally for 5 days. A third group of 20 volunteers (mean age 27 yrs) received two 250-mg capsules orally 12 hours apart, followed by 250 mg/day for 9 days. Blood and urine samples were obtained from all subjects. Tissue samples were taken from those receiving either two 250-mg oral doses given 12 hours apart or single 500-mg oral doses. Oral bioavailability was 37% after the single 500-mg dose, with a peak serum concentration of 0.4 µg/ml approximately 2 hours after administration. Similarly, single 500-mg doses given to six male volunteers resulted in peak serum concentrations of 0.45 µg/ml at a mean time of 2.6 hours after administration.[49] Serum concentrations with multiple-dose regimens increased only slightly, but were consistently below 1 µg/ml.[50] Administration of azithromycin with a large meal may decrease the peak serum concentration by 52% and area under the time-concentration curve (AUC) by 43%.[3]

The drug is highly lipid soluble, with a volume of distribution approximately 23 L/kg.[49] Protein binding is concentration dependent, with 50% at 0.02 µg/ml declining to 12% at 0.5 µg/ml.[50] This protein binding occurs primarily to α- and β-globulins, and not to albumin.[29] Protein binding of azithromycin also correlates to α1-acid glycoprotein levels.[52] Patients with elevated levels of α1-acid glycoprotein may have up to a 6-fold increase in protein binding compared with controls.[52]

Extensive distribution has been demonstrated in a variety of body tissues and fluids, including bronchial secretions, prostatic tissue, middle ear exudates, and bone. After a single 500-mg oral dose, peak concentrations in sputum, epithelial lining fluid (ELF), bronchial mucosa, and alveolar macrophages were found at 48 hours.[53] Bronchial mucosal concentrations were significantly greater than ELF concentrations, which were greater than sputum concentrations.[53] Mean peak alveolar macrophage concentrations were 6 times greater than bronchial mucosal concentrations (23 vs 3.89 µg/ml).[53] In other studies, levels of 22 µg/ml were reported in alveolar macrophages up to 48 hours after a single oral 500-mg dose, with levels exceeding 15 µg/ml at 96 hours.[54]

Animal model data indicate that azithromycin concentrations are increased at sites of localized infection, correlating with the presence of inflammation. The ability of phagocytes to take up the drug may be an important mechanism for its delivery to infected sites and for sustaining high levels at these sites.[55]

Peak concentrations exceeded 3 µg/g in prostate, tonsil, and other tissues after two 250-mg doses taken 12 hours apart.[50] Mean peak levels in inflammatory blister fluid were 0.13 µg/ml 3.25 hours after a single 500-mg oral dose.[49] Sampling of inflammatory blister fluid at later times may be necessary to demonstrate fully the potential for azithromycin to penetrate inflamed tissue.

Animal model data suggest tissue:serum ratios of 13.6–137:1 for rat kidney, spleen, liver, lungs, and muscle, compared with those of erythromycin (3.1–11.6:1).[56] Azithromycin concentrations of 1–10 µg/g were detected in tonsil, lung, prostate, kidney, and other urologic and gynecologic tissues after a single 500-mg oral dose or two 250-mg doses taken 12 hours apart.[50, 51] Simultaneous serum levels, however, are well below 1 µg/ml.[50,61] Concentrations in fat, muscle, and bone are below 1 µg/g, but are also well above concentrations in serum.[51]

According to animal data, azithromycin effectively penetrates the central nervous system.[5, 57, 58] However, since it distributes preferentially into brain tissue, cerebrospinal fluid (CSF) concentrations are low.[5] Investigators observing the drug's protective effect in mice given intracerebral infection of toxoplasmosis, reported that azithromycin may attain adequate concentrations in the inflamed central nervous system.[57] In an

experimental model of meningitis in rabbits, doses to produce an area under the time-concentration curve comparable to that in humans after a 500-mg oral dose resulted in CSF concentrations of 9% of serum concentrations in 1 hour, but brain concentrations exceeded serum concentrations by greater than 2-fold 8 hours later.[58] The mean percentage penetration was 78% in this study.

Azithromycin is generally present as the parent compound in serum and tissue. Its metabolism is primarily hepatic (approximately 35%), with biotransformation in the liver by demethylation occurring concomitantly with excretion, therefore representing a terminal excretory event.[5] In contrast to macrolides such as clarithromycin, metabolites of azithromycin are thought to possess little or no bioactivity.[5] Because of the drug's extensive tissue distribution, the terminal serum half-life is dependent on interval of calculation, ranging from 11–14 hours (over 8- to 24-hr interval) to 5 days (12- to 28-day interval).[3, 50] The tissue half-life is reported to be 2.3 days in prostate and 3.2 days in tonsil.[49] Urinary recovery 24 hours after a single oral 500-mg dose was 6%.[49] Of the drug reaching the systemic circulation, approximately 20% is excreted unchanged in urine (approximately 6% of the oral dose).[3, 49–51] Multiple-dose administration over 5 days revealed biliary concentrations higher than those in serum, indicating that biliary excretion is a major route of elimination.[3, 51] The major portion of this drug was unchanged.[3, 51] No data exist on its excretion in human breast milk.[59] No accumulation was demonstrated when azithromycin was administered as a 1.0-g oral dose once weekly to patients positive for the human immunodeficiency virus.[60]

## Clinical Uses

### Upper Respiratory Tract Infections

Adults with streptococcal pharyngitis were evaluated in a randomized (2:1) trial of azithromycin 500 mg orally once on day 1 followed by 250 mg on days 2–5, or penicillin V 250 mg every 6 hours for 10 days.[61] Clinical cure or improvement on day 11 was reported in 150 of 151 and 89 of 90 evaluable patients in the azithromycin and penicillin groups, respectively. These differences were not significantly different (p=0.071). Eradication of group A β-hemolytic streptococci was reported in 138 (91%) of 152 and 86 (96%) of 90, respectively. Relapse rates were similar in both groups (9.6% and 11.9%), and adverse events, primarily mild to moderate gastrointestinal complaints, occurred significantly more often in the azithromycin-treated patients (17% vs 2%). Thus, azithromycin would be an effective first-line therapy for patients with streptococcal pharyngitis who cannot tolerate penicillin due to allergy or have

failed penicillin therapy, or for whom compliance with a 10-day course of penicillin administered every 6 hours may be questionable.

In 38 bacteriologically evaluable patients with acute maxillary sinusitis, azithromycin 500 mg orally on day 1 followed by 250 mg/day on days 2–5 was compared with amoxicillin 500 mg 3 times/day for 10 days.[62] The clinical diagnosis was confirmed by the presence of a bacterial isolate in sinus fluid obtained by transantral aspiration of the maxillary sinus. Bacterial eradication, as well as clinical cure plus improvement rates, was 100% regardless of treatment. None of the patients in this study had *H. influenzae* recovered from sinus fluid; rather, isolated pathogens were *S. aureus*, coagulase-negative staphylococci, and α-hemolytic streptococci. Therefore, reviewers have challenged the validity of this study due to the pathogens isolated being atypical for this disease.[63]

### Lower Respiratory Tract Infections

Because of its pharmacokinetic profile and spectrum of activity, it is anticipated that the major use of azithromycin will be for the treatment of upper and lower respiratory tract infections. Unpublished studies compared the drug's efficacy with that of cefaclor, amoxicillin plus clavulanic acid, and amoxicillin. An open-label, randomized, multicenter study compared azithromycin 250 mg twice a day for 1 day, then 250 mg/day on days 2–5, with erythromycin 500 mg 4 times/day for 10 days for serologically proved (> 4-fold rise of antibody titer) pneumonia.[64] Causative pathogens for azithromycin- and erythromycin-treated patients, respectively, were *M. pneumoniae* (31 and 24) and *C. psittaci* (8 and 8). No therapeutic failures occurred in either group.

A randomized, third-party blinded trial compared similar doses of azithromycin to cefaclor 500 mg 3 times/day for 10 days in patients with acute bronchitis or pneumonia.[65] Of the 272 evaluable patients, 249 had bronchitis and 23 had pneumonia. Cure or improvement was observed in 96% and 94% of azithromycin- and cefaclor-treated patients, respectively. Although overall bacterial eradication rates were 87.8% and 86.2%, respectively, the elimination of *H. influenzae* was significantly better for azithromycin (p<0.001).

In an open-label trial, 21 patients with chronic bronchitis were given azithromycin 500 mg orally for one dose, then 250 mg/day for 5 days.[66] Although *S. pneumoniae* and *B. catarrhalis* were effectively eradicated, the authors reported persistence of *H. influenzae* infections in six of nine patients and relapse after therapy in two, with increased geometric mean MICs from 1.23 µg/ml pretreatment to 4.87 µg/ml 1 week after the end of treatment. Similar observations were made with erythromycin in a previous noncomparative,

unblinded study in which clinical failures with *Haemophilus* sp were associated with an increase in MIC during therapy.[66]

Data are not available on the use of azithromycin in patients who have moderate to severe lower respiratory tract infections requiring hospitalization with or without significant underlying medical conditions. Therefore, the agent should probably not be used in these patients at this time. In addition, based on the relative lack of in vitro activity against aerobic enteric gram-negative and anaerobic organisms, it should not be used in patients with nosocomially acquired lower respiratory tract infections.

## Sexually Transmitted Diseases

Clinical trials have reported results of azithromycin in the treatment of sexually transmitted diseases caused by a variety of pathogens. One group compared three regimens of azithromycin with doxycycline in a randomized, third-party blinded study of 168 patients.[67] Azithromycin regimens included single-dose therapy with either 500 mg or 1 g, and 500 mg on day 1 followed by 250 mg/day for 2 days. Overall azithromycin cure rates were 96% and 92% for chlamydial infections and gonorrhea, respectively. Two patients with *N. gonorrhoeae*, four with *C. trachomatis*, and six with *U. urealyticum* had positive cultures on follow-up visits. However, nearly all of these patients violated study protocol by having intercourse during therapy. The authors documented the existence of erythromycin-resistant strains of *N. gonorrhoeae*. Furthermore, although efficacy rates for *U. urealyticum* infections were lower than for other pathogens, they were comparable to a 7-day course of doxycycline.

In a comparative study of 108 patients with urethritis and/or cervicitis caused by *N. gonorrhoeae* or *C. trachomatis*, azithromycin was given as a single 1-g dose or as 500 mg on day 1 and 250 mg/day on days 2–3.[68] Doxycycline 100 mg every 12 hours was administered for 7 days. A clinical cure was reported in all 94 evaluable patients at week 1, with recurrence of a mixed infection at week 2 in one patient receiving a 3-day course of azithromycin. Bacteriologic eradication was achieved in all azithromycin-treated patients at weeks 1 and 2, with eradication of all gonococcal and mixed infections treated with doxycycline, and of chlamydial infection in 13 of 14 patients.

Single oral doses of azithromycin were compared with ceftriaxone 250 mg intramuscularly in patients with uncomplicated gonorrhea.[69] Responses in 6 of 8 patients and 41 of 41 patients receiving 1-g and 2-g doses of azithromycin, respectively, compared favorably with responses to ceftriaxone. Gastrointestinal side effects (primarily nausea) were observed in up to 34% of patients receiving the 2-g azithromycin dose. The $MIC_{90}$ to

azithromycin for strains with plasmid- or chromosomally mediated penicillin resistance was 1.0 µg/ml, compared with 0.5 µg/ml for other isolates. These investigators were skeptical that azithromycin could be considered as primary therapy for gonococcal infection.

The antichlamydial efficacy of azithromycin 1 g orally given either as a single dose or over 3 days was compared with that of doxycycline 100 mg orally twice daily for 7 days.[70–71] All patients suffered from uncomplicated urethritis or cervicitis. In the first study, eradication was achieved in 61 (92%) of 66 patients at week 1, and 49 (96%) of 51 patients at week 2 for single-dose azithromycin, compared with 36 (92%) of 39 and 36 (95%) of 38 patients for doxycycline, respectively.[70] Azithromycin 1 g administered as either a single dose or in divided doses over 3 days (500 mg on day 1, followed by 250 mg on days 2–3) was compared with doxycycline 100 mg twice daily for 7 days with or without an additional 100-mg dose on day 1.[70] At week 2 eradication was seen in 34 (97%) of 35 and 30 (97%) of 31 patients in the single-dose and 3-day regimens, respectively. Comparable rates were obtained in patients treated with doxycycline.

Adolescent women with chlamydial infections also had favorable responses to single 1-g doses of azithromycin compared with 7 days of doxycycline.[71] Fourteen (87.5%) of 16 patients treated with azithromycin were culture negative at week 4, compared with 9 (81.8%) of 11 treated with doxycycline. Finally, in a randomized, multicenter trial of 266 evaluable patients with chlamydial urethral and endocervical infections, clinical response rates were 97.5% and 93.6% for azithromycin and doxycycline, respectively.[72]

## Skin and Skin Structure Infections

Azithromycin was compared with erythromycin in 82 patients with the diagnoses of pyoderma, abscess, infected wound, ulcer, dermatitis, or erysipelas.[68] Doses were azithromycin 250 mg orally twice a day for 1 day, followed by 250 mg/day for 4 days in 42 patients; and erythromycin 500 mg orally every 6 hours for 7 days in 40 patients. Cure rates in the 68 evaluable patients were 86% and 82%, respectively. *Staphylococcus aureus* was eradicated in 15 (60%) of 25 and 13 (57%) 23 patients, respectively.

A randomized, third-party blinded study in patients with skin and skin structure infections compared azithromycin 500 mg orally on day 1 followed by 250 mg once a day for 4 days (102 patients), with cephalexin 500 mg twice a day for 10 days (46 patients).[73] Causative pathogens most frequently isolated were *S. aureus* and *S. pyogenes*. Clinical cure rates for azithromycin- and cephalexin-treated patients were 99% and 96%, respectively. Microbiologic eradication was

seen in 98% of patients regardless of treatment.

Some authors have raised questions regarding the potential usefulness of azithromycin in the treatment of abscesses, since antimicrobial activity may be markedly altered by pH despite favorable drug levels.[15,74] In addition, abscesses may harbor anaerobic bacteria that may not be treated optimally with the drug. Although these lesions have been treated successfully with azithromycin, insufficient clinical data exist to address such concerns adequately.

## Mycobacterial Infections

Azithromycin significantly reduced mortality and colony counts in mice infected with *M. avium* complex (MAC) compared with those in untreated controls.[75] Patients with the acquired immuno-deficiency syndrome (AIDS) were given azithromycin 500 mg orally for 10, 20, and 30 days.[76] Quantitative blood cultures demonstrated a mean reduction in colony counts of 0.46 $\log_{10}$, 0.92 $\log_{10}$, and 1.33 $\log_{10}$ at 10, 20, and 30 days of treatment, respectively. Symptomatic relief of night sweats was reported in 14 of 16 patients receiving 20 and 30 days of treatment. Bacteremia usually rebounded within 2–3 weeks after drug discontinuation. These authors caution that further study is required to define the optimum dosage, duration of therapy, and potential for the development of resistance. Animal studies demonstrated enhancement of activity and/or intracellular azithromycin concentrations when combined with tumor necrosis factor,[77] $\gamma$ interferon, and concomitant amikacin and clofazimine.[78]

## Other Infections (Animal Model Data)

Azithromycin has demonstrated activity superior to standard regimens in the animal model of Lyme disease. Its activity in vitro against *B. burgdorferi* had $MIC_{90}$s ranging from 0.015–0.06 μg/ml, and the MBC was 0.04 μg/ml.[35] This was superior to tetracycline and erythromycin on a weight-for-weight basis in this animal model. Similar results were obtained in other animal model studies of Lyme disease, with eradication at a dosage of 8 mg/kg.[36]

In a guinea pig model of *L. pneumophila* pneumonia induced by aerosol inoculation, intraperitoneal administration of 3.6 mg/kg/day resulted in 100% survival and eliminated organisms from the lungs 2 days after infection.[79] Erythromycin 96 mg/kg/day led to 83.3% survival and failed to eliminate the organism from the lungs at day 6. Oral administration of azithromycin 3.6 mg/kg/day also resulted in 100% survival. Histopathology correlated with survival in this study.

The effectiveness of azithromycin in the treatment of acute otitis media caused by β-lactamase-producing *H. influenzae* was examined in the chinchilla.[80] High-dose (30 mg/kg/day) azithromycin had a significantly higher rate of effusion sterilization and resolution than erythromycin and ampicillin.

An in vitro model evaluated activity of azithromycin against *T. pallidum* and concluded that the agent was comparable to erythromycin.[42] Other reports suggest that it may be as effective as standard benzathine penicillin and erythromycin in the treatment of active syphilis in the rabbit model.[81] The clinical implications of these observations for human therapy have not been established.

The activity of azithromycin alone or in combination with pyrimethamine in toxoplasmosis was evaluated.[82] Although inhibitory effects were demonstrated, the amounts of azithromycin corresponding to the inhibitory concentration to 90% of the organisms ($IC_{90}$) appeared to be toxic to the host macrophages, which, in turn, might have had nonspecific activity against *Toxoplasma* metabolism.[83] A protective effect against death from intraperitoneal infection was demonstrated in mice with oral administration of 200 mg/kg for 10 days.[57] The same regimen also protected 80% of mice infected intracerebrally.[57]

Azithromycin was tested in treatment of refractory cases of giardiasis, but its activity was variable.[84] Its in vitro activity is comparable to erythromycin's against *Entamoeba histolytica* and identifies it as a potential alternative therapy,[85] but the clinical significance of this activity has not been established.

## Adverse Reactions

A summary of the adverse reactions reported with azithromycin in approximately 4000 patients has been published.[59] The overall frequency of side effects during clinical evaluations was approximately 12%, resulting in discontinuation of therapy in 0.7% of treated patients.[59] Of these reactions, 93% were considered mild to moderate in severity. Overall tolerance was similar or superior to that of the comparative agent in most cases. Side effects observed were primarily gastrointestinal, including mild abdominal pain (2.5%), nausea (2.6%), and diarrhea (3.6%).[59] Only 0.7% of patients discontinued therapy due to adverse reactions, significantly less than the 2.6% observed with all of the comparative agents ($p < 0.001$) and the 5.9% reported with erythromycin. Serum aminotransferase levels were elevated more than twice the upper limit of normal in approximately 1.5% of patients treated with azithromycin or erythromycin, and returned to baseline within 2–3 weeks after therapy.[59] No cases of pseudomembranous colitis have been related to the drug.

There are no data on the effects of azithromycin

on the fetus when given to pregnant women. Animals given doses up to 60 times that anticipated in humans (on a weight basis) failed to demonstrate impaired fertility or harm to the fetus.[69]

No reports exist in the published literature of azithromycin overdose. Further, no mutagenic or carcinogenic potential has been demonstrated in laboratory animals receiving azithromycin for up to 6 months.[59]

### Dosing and Administration

Clinical trials have employed hard gelatin capsules containing azithromycin dihydrate equivalent to 250 mg azithromycin, a lyophilized dihydrate salt 500 mg reconstituted with 20 ml sterile water for injection for use as 10 mg/ml, and a pediatric suspension of 200 mg/5 ml.[49-51, 59] Azithromycin dihydrate equivalent to 250 mg azithromycin has also been employed in a scored, film-coated tablet. Zithromax (Pfizer, Inc.), currently marketed in the United States, is a red, hard gelatin capsule containing azithromycin dihydrate equivalent to 250 mg azithromycin or azithromycin base.[3]

Based on its pharmacokinetic profile, clinical trials evaluating the drug's safety and efficacy have generally used single-dose and once-daily dosing regimens. It is generally administered to adults as a 500-mg dose on day 1, followed by 250 mg once daily for an additional 1–4 days, depending on the indication. Single 1-g doses have been evaluated in the treatment of selected sexually transmitted diseases. Insufficient published studies exist to identify the optimum and safe use of azithromycin in the treatment of pediatric infections. However, trials are being conducted to evaluate the drug's effectiveness in the treatment of streptococcal pharyngitis in children. Dosages in these trials are generally 10 mg/kg orally once daily on day 1, followed by 5 mg/kg on days 2–5.[59]

No data are available on the effect of severe renal impairment on the excretion of azithromycin. However, no adjustments are required in patients with mild renal insufficiency (creatinine clearance > 40 ml/min).[5, 59] Since the agent is principally excreted by the liver, caution is recommended for use in patients with hepatic dysfunction.[3, 59] Azithromycin is contraindicated in patients with a history of hypersensitivity reactions to erythromycin.[3, 59] No dosage adjustment is required in elderly patients.[87] Increases in AUC and time-to-peak concentration observed in the elderly compared to controls, although statistically different, are not thought to be clinically significant.[87] Because of the reduced bioavailability when azithromycin is administered concomitantly with food, patients should be instructed to take doses either 1 hour before or 2 hours after a meal.[3]

### Drug Interactions

As stated, azithromycin absorption may be decreased by up to 50% when administered with a large meal.[3] Coadministration with aluminum- and magnesium-containing antacids may decrease peak plasma concentrations by 24%, but the overall extent of absorption is not altered.[91] Pretreatment with cimetidine 800 mg 2 hours prior to oral dosing had no effect on azithromycin absorption.[84] Clinical studies in approximately 4000 patients have failed to demonstrate an effect of azithromycin on theophylline,[39] carbamazepine,[59] methylprednisolone,[59] the prothrombin effect of warfarin,[59] or on zidovudine levels in patients with HIV infection.[60] Because macrolide antibiotics have been known to increase serum concentrations of drugs such as ergots, digoxin, cyclosporine, and carbamazepine, however, caution should be used in patients receiving concomitant therapy until further clinical studies can be completed.

The effects of azithromycin and erythromycin estolate on rat liver cytochrome P-450 activity were compared in an animal model.[69] The authors concluded that short-term (e.g., 7 days) therapy produces substantial hepatic concentrations of the drug and significant elevations of N-demethylase activity. Unlike erythromycin estolate, azithromycin produced no other evidence of hepatic cytochrome P-450 induction or inactivation by cytochrome-metabolite complex formation. Therefore, the potential for drug interactions with azithromycin by this mechanism is unlikely. In addition, although the protein-binding profile depends on concentration, it is not anticipated that protein binding displacement will be a significant mechanism for drug interactions.

### Summary

Azithromycin appears to offer several advantages over erythromycin. Enhanced gram-negative antimicrobial activity makes it useful in the outpatient treatment of mild to moderate community-acquired pneumonia, especially since activity in vitro against pathogens such as H. influenzae is increased without significant loss of gram-positive activity. Improved tolerance (predominantly gastrointestinal) has been demonstrated.

Extensive tissue distribution and resulting prolonged half-life enable shorter durations of therapy. Therefore, the potential for enhanced compliance is great when a 5-day course of single-dose therapy is compared with traditional 10- to 14-day courses of several daily doses with other agents for the treatment of lower respiratory tract infections, skin and skin structure infections, and streptococcal pharyngitis or tonsillitis. Single-dose therapy of nongonococcal urethritis due to C. trachomatis is particularly attractive when

combined with concomitant single-dose therapy of gonococcal infections. Further studies should be undertaken to examine relapse rates in 4–6 weeks of therapy. Serious or complicated infections such as pelvic inflammatory disease may require more extensive treatment.

The potential for the reduction in the drug interaction profile exists for azithromycin compared with erythromycin. Clinical studies may define potential utility in the treatment of several HIV-related infections, including MAC and toxoplasmosis.

Several questions regarding the clinical application of azithromycin remain. It is unknown whether low serum drug levels will be of clinical significance in patients with bacteremia (especially with extracellular pathogens), given the intracellular concentrations in macrophages and drug release during phagocytosis. Reduced in vitro microbiologic activity under acidic conditions and the relative lack of anaerobic activity may be of concern in the treatment of abscesses despite favorable drug penetration. Finally, the safety and effectiveness of this agent in pediatric infections are being evaluated.

Considerations for the limitation of inpatient use must include the lack of an intravenous preparation, insufficient experience in the treatment of moderate to severe infections requiring hospitalization, and lack of clinical utility in treatment of urinary tract infections. However, similar considerations must be made for other recently approved macrolides (i.e., clarithromycin). Comparisons of azithromycin with its alternatives should examine acquisition and patient costs based on the total course of therapy, since five doses of 250 mg frequently represent a complete course of azithromycin compared with 2–4 doses a day for 7–10 days of other agents. Despite these concerns, azithromycin is likely to represent a significant advancement over existing macrolides in the treatment of selected infections.

## References

1. Jones K, Felmingham D, Ridgway G. In vitro activity of azithromycin (CP-62,993), a novel macrolide, against enteric pathogens. Drugs Exp Clin Res 1988;14:613–15.
2. Kirst HA, Sides GD. New directions for macrolide antibiotics: structure modifications and in vitro activity. Antimicrob Agents Chemother 1989;33:1413–18.
3. Zithromax product information. Pfizer Laboratories, New York, NY; February 1992.
4. Fiese EF, Steffen SH. Comparison of the acid stability of azithromycin and erythromycin A. J Antimicrob Chemother 1990;25(suppl A):39–47.
5. Periti P, Mazzle T, Mini E, Novelli A. Clinical pharmacokinetic properties of the macrolide antibiotics. Effects of age and various pathophysiological states. J Clin Pharmacokinet 1989;16:193–214.
6. Omura S, Tsuzuki K, Sunazuka T, et al. Macrolides with gastrointestinal motor stimulating activity. J Med Chem 1987;30:1941–3.
7. Goldman RC, Fesik SW, Doran CC. Role of protonated and neutral forms of macrolides in binding to ribosomes from gram-positive and gram negative bacteria. Antimicrob Agents Chemother 1990;34:426–31.
8. Gladue RP, Snider ME. Intracellular accumulation of azithromycin by cultured human fibroblasts. Antimicrob Agents Chemother 1990;34:1056–60.
9. Bermudez LE, Inderlied C, Young LS. Stimulation with cytokines enhances penetration of azithromycin into human macrophages. Antimicrob Agents Chemother 1991;35:2625–9.
10. Gladue RP, Bright GM, Isaacson RE, Newborg MF. In vitro and in vivo uptake of azithromycin (CP-62993) by phagocytic cells: possible mechanism of delivery and release at sites of infection. Antimicrob Agents Chemother 1989;33:277–82.
11. Pascual A, Lopez I, Arag J. Effect of azithromycin, roxithromycin and erythromycin on human polymorphonuclear leukocyte function against Staphylococcus aureus. Chemotherapy 1990;36:422–7.
12. Girard AE, Girard D, Retsema JA. Correlation of the extravascular pharmacokinetics of azithromycin with in vivo efficacy in models of localized infections. J Antimicrob Chemother 1990;25(suppl A):61–71.
13. Neu HC, Chin NX, Saha G, Labthavikul P. Comparative in vitro activity of the new oral macrolide azithromycin. Eur J Clin Microbiol Infect Dis 1988;7:541–4.
14. Retsema J, Girard A, Schelkly W, et al. Spectrum and mode of action of azithromycin (CP-62993), a new 15-membered ring macrolide with improved potency against gram-negative organisms. Antimicrob Agents Chemother 1987;31:1939–47.
15. Neu HC. Clinical microbiology of azithromycin. Am J Med 1991;91(suppl 3A):12S–18.
16. Retsema JA, Girard AE, Girard D, Milisen WB. Relationship of high tissue concentrations of azithromycin to bactericidal activity and efficacy in vivo. J Antimicrob Chemother 1990;25(suppl A):83–9.
17. Nellans HN, Petersen AC, Peeters TL. Gastrointestinal side effects: clarithromycin superior to azithromycin in reduced smooth muscle contraction and binding [abstr 518]. From the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, September 1991.
18. Hardy DJ, Hensey DM, Beyer JM, Vojtko C, McDonald PJ, Fernandes PB. Comparative in vitro activities of new 14-, 15-, and 16-membered macrolides. Antimicrob Agents Chemother 1988;32:1710–19.
19. Fernandes PB, Hardy DJ. Comparative in vitro potencies of nine new macrolides. Drugs Exp Clin Res 1988;14:445–51.
20. McDonald PJ, Pruul H. Unexpected synergy between azithromycin and humoral factors in opsonophagocytic killing [abstr 883]. From the 30th Interscience Conference on Antimicrobial Agents and Chemotherapy. Atlanta, GA, October 1990.
21. Pruul H, McDonald PJ. Potentiation of antibacterial activity of azithromycin and other macrolides by normal human serum. Antimicrob Agents Chemother 1992;36:10–16.
22. Retsema J, Brennan L. Significance of environmental conditions on the in vitro potency of azithromycin [abstr 1034]. From the 29th Interscience Conference on Antimicrobial Agents and Chemotherapy, Houston, TX, September 1989.
23. Barry AL, Jones RN, Thornsberry C. In vitro activities of azithromycin (CP-62,993), clarithromycin (A-56,268; TE-031), erythromycin, roxithromycin, and clindamycin. Antimicrob Agents Chemother 1988;32:752–4.
24. Barry AL, Thornsberry C, Gavan TL. Quality control parameters and interpretive criteria for in vitro susceptibility tests with the macrolide azithromycin. Collaborative Antimicrobial Susceptibility Testing Group. Eur J Clin Microbiol Infect Dis 1989;8:544–8.
25. Barry AL, Jones RN. Interpretive criteria for the agar diffusion susceptibility test with azithromycin. J Antimicrob Chemother 1989;22:637–41.
26. Debbia EA, Molinari G, Pegila P, Schito GC. Post-antibiotic effect of azithromycin on respiratory tract pathogens. Drugs Exp Clin Res 1990;16:615–19.
27. Maskell JP, Sefton AM, Williams JD. Comparative in vitro activity of azithromycin and erythromycin against gram-positive cocci, Haemophilus influenzae and anaerobes. J Antimicrob Chemother 1990;25(suppl A):19–24.
28. Kitzis MD, Goldstein FW, Miegi M, Acar JF. In vitro activity of azithromycin against various gram-negative bacilli and anaerobic bacteria. J Antimicrob Chemother 1990;25(suppl A):15–18.
29. Goldstein FW, Emirian MF, Coutrot A, Acar JF. Bacteriostatic and bactericidal activity of azithromycin against Haemophilus influenzae. J Antimicrob Chemother 1990;25(suppl A):25–9.
30. Ridgway GL, Mumtaz G, Fenelon L. The in vitro activity of clarithromycin and other macrolides against the type strain of Chlamydia pneumoniae (TWAR). J Antimicrob Chemother 1991;27(suppl A):43–5.
31. Rylander M, Hallander HO. In vitro comparison of the activity of doxycycline, tetracycline, erythromycin, and a new macrolide, CP-82,993, against Mycoplasma pneumoniae, Mycoplasma hominis, and Ureaplasma urealyticum. Scand J Infect Dis 1988;53:12–17.
32. Metchock B. In vitro activity of azithromycin compared with other macrolides and oral antibiotics against Salmonella typhi. J Antimicrob Chemother 1990;25(suppl A):29–31.

33. Hardy DJ, Hanson CW, Hensey DM, et al. Susceptibility of Campylobacter pylori to macrolides and fluoroquinolones. J Antimicrob Chemother 1988;22:631–6.

34. Jones BM, Kinghorn GR, Duerden BI. In vitro activity of azithromycin and erythromycin against organisms associated with bacterial vaginosis and chancroid. Eur J Clin Microbiol Infect Dis 1988;7:551–3.

35. Johnson RC, Kodner C, Russell M, Girard D. In vitro and in vivo susceptibility of Borrelia burgdorferi to erythromycin. J Antimicrob Chemother 1990;25(suppl A):33–8.

36. Preac-Mursic V, Wilske B, Schierz G, et al. Comparative antimicrobial activity of the new macrolides against Borrelia burgdorferi. Eur J Clin Microbiol Infect Dis 1989;8:651–3.

37. Hoppe JE, Eichhorn A. Activity of new macrolides against Bordetella pertussis and Bordetella parapertussis. Eur J Clin Microbiol Infect Dis 1989;8:653–4.

38. Braum T, Dannevig L, Strveld G, Melby K. Chlamydia trachomatis: in vitro susceptibility of genital and ocular isolates to some quinolones, sinoxicillin and azithromycin. Chemotherapy 1990;36:407–15.

39. Scieux C, Bianchi A, Chappey B, et al. In vivo activity of azithromycin against Chlamydia trachomatis. J Antimicrob Chemother 1990;25(suppl A):71–10.

40. Slaney L, Chubb H, Ronald A, Brunham R. In vitro activity of azithromycin, erythromycin, ciprofloxacin and norfloxacin against Neisseria gonorrhoeae, Haemophilus ducreyi, and Chlamydia trachomatis. J Antimicrob Chemother 1990;25(suppl A):1–5.

41. Moore L, Summers P, Humberi J, O'Guinn A. Synergism between azithromycin and TNF-primed PMNs in cidal activity against Chlamydia trachomatis [abstr 157]. From the 30th Interscience Conference on Antimicrobial Agents and Chemotherapy. Atlanta, GA, October 1990.

42. Slamm LV, Parrish EA. In vitro activity of azithromycin and CP-63,956 against Treponema pallidum. J Antimicrob Chemother 1990;25(suppl A):11–14.

43. Gelber RH, Siu P, Tsang M, et al. Activities of various macrolide antibiotics against Mycobacterium leprae infections in mice. Antimicrob Agents Chemother 1991;35:760–3.

44. Inderlied CB, Lotoneski P, Wu M, et al. In vitro and in vivo activity of azithromycin (CP-62993) against the Mycobacterium avium complex. J Infect Dis 1989;159:994–7.

45. Brown BA, Wallace RJ, Onyi GO, et al. Activities of four macrolides, including clarithromycin, against Mycobacterium fortuitum, Mycobacterium chelonae and Mycobacterium chelonae-like organisms. Antimicrob Agents Chemother 1992;36:180–4.

46. Foster TJ. Plasmid-determined resistance to antimicrobial drugs and toxic metal ions in bacteria. Microbiol Rev 1983;47:361–409.

47. Weisblum B. Inducible resistance to macrolides, lincosamides, and streptogramin type B antibiotics: the resistance phenotype, its biological diversity and structural elements that regulate expression—a review. J Antimicrob Chemother 1985;16(suppl A):63–90.

48. Eady EA, Rose JI, Cove JH. Multiple mechanisms of erythromycin resistance. J Antimicrob Chemother 1990;26:461–71.

49. Cooper MA, Nye K, Andrews JM, Wise R. The pharmacokinetics and inflammatory fluid penetration of orally administered azithromycin. J Antimicrob Chemother 1990;29:533–8.

50. Foulds G, Shepard RM, Johnson RB. The pharmacokinetics of azithromycin in human serum and tissues. J Antimicrob Chemother 1990;25(suppl A):73–82.

51. Schentag JJ, Ballow CH. Tissue-directed pharmacokinetics. Am J Med 1991;91(suppl 3A):5S–11.

52. White R, Friedrich L, Kaye M, Zshaykevich A, Koonce J. Protein binding of azithromycin in sera with normal and elevated alpha-1 acid glycoprotein [abstr 132]. From the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, September 1991.

53. Baldwin DR, Wise R, Andrews JM, et al. Azithromycin concentrations at the sites of pulmonary infection. Eur Respir J 1990;3:886–90.

54. Honeybourne D, Baldwin D, Andrews JM, et al. The concentration of azithromycin into lung tissues after a single 500-mg dose [abstr]. Presented at the International Congress for Infectious Diseases, Montreal, Canada, July 15–19, 1990.

55. Girard AE, Cimochowski CR, Faiella JA. Correlation of increased azithromycin levels with phagocyte infiltration into sites of infection [abstr 762]. From the 30th Interscience Conference on Antimicrobial Agents and Chemotherapy, Atlanta, GA, October 1990.

56. Girard AE, Girard D, English AR, et al. Pharmacokinetics and in vitro studies with azithromycin (CP-62993), a new macrolide with an extended half-life and excellent tissue distribution. Antimicrob Agents Chemother 1987;31:1948–54.

57. Araujo FG, Guptill DE, Remington JS. Azithromycin, a macrolide antibiotic with potent activity against Toxoplasma gondii. Antimicrob

Agents Chemother 1988;32:755–7.

58. Kerns BL, Roeser SW, Rothman G, Scheld WM. Azithromycin penetration into cerebrospinal fluid and activity in experimental meningitis [abstr 85]. From the 30th Interscience Conference on Antimicrobial Agents and Chemotherapy, Atlanta, GA, October 1990.

59. Hopkins S. Clinical toleration and safety of azithromycin. Am J Med 1991;91(suppl 3A):40S–5.

60. Chave JP, Munafo A, Biollaz J, et al. Weekly azithromycin in HIV positive patients: tolerability, kinetics and effects on zidovudine disposition [abstr 261]. From the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, September 1991.

61. Hooton TM, Pfizer Study Group. A comparison of azithromycin and penicillin V for the treatment of streptococcal pharyngitis. Am J Med 1991;91(suppl 3A):23S–6.

62. Casiano RR. Azithromycin and amoxicillin in the treatment of acute maxillary sinusitis. Am J Med 1991;91(suppl 3A):27–30.

63. Piscitelli SC, Danziger LH, Rodvold KA. Clarithromycin and azithromycin: new macrolide antibiotics. Clin Pharm 1992;11:137–52.

64. Schonwald S, Gunjaca M, Kolacny-Babic L, et al. Comparison of azithromycin and erythromycin in the treatment of atypical pneumonias. J Antimicrob Chemother 1990;25(suppl A):123–6.

65. Dark D. Multicenter evaluation of azithromycin and cefaclor in acute lower respiratory tract infections. Am J Med 1991;91(suppl 3A):31S–5.

66. Davies BI, Maesen FPV, Gubbelmans R. Azithromycin (CP-62,993) in acute exacerbations of chronic bronchitis: an open clinical, microbiological and pharmacokinetic study. J Antimicrob Chemother 1989;23:743–51.

67. Steingrimsson O, Olafsson JH, Thorarinsson H, Ryan RW, Johnson RB, Tilton RC. Azithromycin in the treatment of sexually transmitted disease. J Antimicrob Chemother 1990;25(suppl A):109–14.

68. Lassus A. Comparative studies of azithromycin in skin and soft-tissue infections and sexually transmitted infections by Neisseria and Chlamydia species. J Antimicrob Chemother 1990;25(suppl A):115–21.

69. Handsfield HH, Siegal NA, Vardon MS. Single-dose azithromycin versus ceftriaxone for treatment of uncomplicated gonorrhea [abstr 79]. From the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, September 1991.

70. Johnson RB. The role of azalide antibiotics in the treatment of Chlamydia. Am J Obstet Gynecol 1991;164(suppl):1274–8.

71. Hammerschlag MR, Golden N, Gelling M, et al. Single dose azithromycin for the treatment of genital chlamydial infection in adolescent women [abstr 77]. From the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, September 1991.

72. Martin DH, Mroczkowski TF, Dalu ZA, et al. A multicenter, randomized trial of single dose azithromycin vs multidose doxycycline for Chlamydia trachomatis genital tract infections [abstr 78]. From the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, September 1991.

73. Mallory SB. Azithromycin compared with cephalexin in the treatment of skin and skin structure infections. Am J Med 1991;91(suppl 3A):36S–9.

74. Moellering RC. Introduction: revolutionary changes in the macrolide and azalide antibiotics. Am J Med 1991;91(suppl 3A):1S–4.

75. Inderlied CB, Kolonoski PT, Wu M, Young LS. In vitro and in vivo activity of azithromycin (CP 62,993) against the Mycobacterium avium complex. J Infect Dis 1989;159:994–7.

76. Young LS, Wiviott L, Wu M, et al. Azithromycin reduces M. avium complex (MAC) bacteremia and relieves its symptoms in patients with AIDS [abstr 294]. From the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, September 1991.

77. Bermudez LE, Young LS. Activities of amikacin, roxithromycin, and azithromycin alone or in combination with tumor necrosis factor against Mycobacterium avium complex. Antimicrob Agents Chemother 1988;32:1149–53.

78. Kolonoski PT, Wu M, Petrofsky ML, et al. Combinations of amikacin, azithromycin and clofazimine in the treatment of disseminated Mycobacterium avium complex infection in beige mice [abstr 1323]. From the 29th Interscience Conference on Antimicrobial Agents and Chemotherapy, Houston, TX, September 1989.

79. Fitzgeorge RB, Featherstone AS, Baskerville A. Efficacy of azithromycin in the treatment of guinea pigs infected with Legionella pneumophila by aerosol. J Antimicrob Chemother 1990;25(suppl A):101–9.

80. Chen KH, Swarts JD, Doyle WJ, Tanpowpong K, Kardatzke DR. Efficacy of a new macrolide (azithromycin) for acute otitis media in the chinchilla model. Arch Otolaryngol Head Neck Surg 1988;114:1286–9.

81. Lukehart SA, Fohn MJ, Baker-Zander SA. Efficacy of azithromycin for therapy of active syphilis in the rabbit model. J Antimicrob Chemother 1990;25(suppl A):91–9.

82. Derbuin F, Chastang C. Activity in vitro against Toxoplasma gondii of azithromycin and clarithromycin alone and with pyrimethamine [letter]. J Antimicrob Chemother 1990;25:708–11.

83. Chang HR, Pechere JC. In vitro effects of four macrolides—roxithromycin, spiramycin, azithromycin (CP-62993), and A-56268—on Toxoplasma gondii. Antimicrob Agents Chemother 1988; 32:524–9.

84. Upcroft JA, Upcroft P, Boreham PF. Drug resistance in Giardia intestinalis. Int J Parasitol 1990;20:489–96.

85. Ravdin JI, Skilogiannis J. In vitro susceptibilities of Entamoeba histolytica to azithromycin CP-63956, erythromycin, and metronidazole. Antimicrob Agents Chemother 1989;33:960–2.

86. Foulds G, Hilligoss DM, Henry EB, Gerber N. The effect of an antacid or cimetidine on the serum concentrations of azithromycin. J Clin Pharmacol 1991;31:164–7.

87. Coates P, Daniel R, Houston AC, et al. An open study to compare the pharmacokinetics, safety and tolerability of a multi-dose regimen of azithromycin in young and elderly volunteers. Eur J Clin Microbiol Inf Dis 1991;10(10):850–2.

88. Amacher DE, Schomaker SJ, Retsema JA. Comparison of the effects of the new azalide antibiotic, azithromycin, and erythromycin estolate on rat liver cytochrome P-450. Antimicrob Agents Chemother 1991;35:1186–90.

# EXHIBIT 42

DRUG DISPOSITION

Clin. Pharmacokinet. 25 (3): 189-204, 1993
0312-5963/93/0009-0189/$08.00/0
© Adis International Limited. All rights reserved.
CPK1349

# Clarithromycin Clinical Pharmacokinetics

*Franco Fraschini, Francesco Scaglione* and *Germana Demartini*
Department of Pharmacology, University of Milan, Milan, Italy

## Contents

| | |
|---|---|
| 189 | Summary |
| 190 | 1. Chemical and Physical Properties |
| 190 | 2. Analytical Methods for the Determination of Clarithromycin and its Metabolites in Biological Samples |
| 190 | 2.1 High Performance Liquid Chromatography |
| 190 | 2.2 Microbiological Assay |
| 191 | 3. Antimicrobial Activity |
| 191 | 4. Pharmacokinetic Properties |
| 191 | 4.1 Absorption and Plasma Concentrations |
| 195 | 4.2 Distribution |
| 197 | 4.3 Metabolism and Excretion |
| 198 | 5. Effect of Age on Clarithromycin Pharmacokinetics |
| 199 | 6. Physiopathological Pharmacokinetics |
| 199 | 6.1 Renal Impairment |
| 200 | 6.2 Hepatic Insufficiency |
| 200 | 7. Drug Interactions |
| 200 | 8. Implication of Clarithromycin Pharmacokinetics for its Clinical Use |
| 200 | 8.1 Therapeutic Use |
| 201 | 8.2 Adverse Events |

**Summary**

Clarithromycin is a semisynthetic macrolide antibiotic, structurally related to erythromycin. It has a more favourable pharmacokinetic profile than erythromycin, thus allowing twice-daily administration and possibly increasing compliance among outpatients.

Clarithromycin is well absorbed from the gastrointestinal tract and its systemic bioavailability (about 55%) is reduced because of first-pass metabolism. It undergoes rapid biodegradation to produce the microbiologically active 14-hydroxy-($R$)-metabolite. The maximum serum concentrations of clarithromycin and its 14-hydroxy metabolite, following single oral doses, are dose proportional and appear within 3 hours.

With multiple doses, steady-state concentrations are attained after 5 doses and the maximal serum concentrations of clarithromycin and of the 14-hydroxy derivative appear within 2 hours after the last dose. Clarithromycin is well distributed throughout the body and achieves higher concentrations in tissues than in the blood. Also, the 14-hydroxy metabolite exhibits high tissue concentrations, with values about one-third of the parent compound concentrations. The presence of food appears to have no clinically significant effect on clarithromycin pharmacokinetics.

The main metabolic pathways are oxidative *N*-demethylation and hydroxylation, which are

individuals (Fraschini et al. 1991; Nagate et al. 1988).

### 3. Antimicrobial Activity

Clarithromycin exhibits a broad spectrum of *in vitro* activity comparable with that of erythromycin, although some differences have been observed (table I). It is active against most Gram-positive aerobic cocci (Barry et al. 1987; Fernandes et al. 1986; Hardy et al. 1988), Gram-positive bacilli including mycobacteria (Eliopulos et al. 1988; Fernandes et al. 1989a,b), Gram-negative bacteria (Eliopulos et al. 1988; Fernandes & Hardy 1988), some anaerobes (Fernandes & Hardy 1988; Hardy et al. 1988; Sefton et al. 1988) and chlamydiae (Benson et al. 1987a,b; Ridgway et al. 1991).

The most common bacterial species responsible for cutaneous and respiratory infections are sensitive to clarithromycin at concentrations lower than 2 mg/L.

Clarithromycin is active against some mycobacteria frequently responsible for infections in immunocompromised patients (Fernandes et al. 1989b; Gevaudan et al. 1991; Naik & Ruck 1989), while it is ineffective against *Mycobacterium tuberculosis* (Gorzynski et al. 1989).

It exhibits a remarkable antimicrobial *in vitro* activity against such Gram-negative bacteria responsible for respiratory infections as *Legionella pneumophila* (Eliopoulos et al. 1988; Fernandes & Hardy 1988; Liebers et al. 1989), *Branhamella catarrhalis* (Fernandes & Hardy 1988; Hardy et al. 1988) and *Bordetella pertussis* (Fernandes & Hardy 1988; Hardy et al. 1988).

As far as *Haemophilus influenzae* and *H. parainfluenzae* are concerned, clarithromycin is effective only at high concentrations, with activity similar to that recorded for erythromycin (Barry et al. 1988; Benson et al. 1987a,b; Hodinka et al. 1987; Sefton et al. 1988). 14-Hydroxy-clarithromycin is generally as active as clarithromycin *in vitro* against organisms implicated in community acquired respiratory infections and is 2-fold more active than clarithromycin against *H. influenzae* (Fernandes

et al. 1987; Hardy et al. 1990; Logan et al. 1991) [table II].

The combination of clarithromycin and its 14-hydroxy metabolite markedly reduced minimum inhibitory concentrations (MIC values) against *H. influenzae* because of the synergistic activity of the 2 compounds (Hardy et al. 1990).

Furthermore, some pathogens responsible for sexually transmitted infections (*Neisseria gonorrhoeae*) or of enterocolitis (*Campylobacter* spp.) are sensitive to clarithromycin (Bowie et al. 1987; Chin et al. 1987; Fernandes & Hardy 1988; Hardy et al. 1988), while Enterobacteriaceae and *Pseudomonas* spp. generally are not sensitive. It has been also demonstrated that clarithromycin exerts a remarkable postantibiotic effect (PAE) against *Streptococcus, Staphylococcus aureus* and *S. pyogenes* (Fernandes et al. 1989; Scaglione et al. 1992).

Against *H. influenzae*, the combination of clarithromycin and its 14-hydroxy metabolite produces PAE values higher than those obtained with clarithromycin alone (Hardy et al. 1990; Scaglione et al. 1992). Since clarithromycin is metabolised into the 14-hydroxy active metabolite *in vivo*, the above synergistic action of clarithromycin and its hydroxy derivative is crucial in the treatment of infections when a 12-hour interval between doses is employed.

### 4. Pharmacokinetic Properties
#### 4.1 Absorption and Plasma Concentrations

The pharmacokinetic parameters of clarithromycin after single oral administration have been studied in Western and Japanese volunteers (table III).

Clarithromycin is rapidly absorbed and its availability after an oral dose of 250mg is approximately 55%. This is probably due to the first-pass metabolism, which produces, in particular, the 14-hydroxy metabolite (Chu et al. 1992c; Davey 1991).

It has been shown that the maximal serum concentrations following oral administration are dose dependent and the time to achieve peak blood concentrations is about 3 hours. Comparison of chromatographic and microbiological analyses shows

*Clin. Pharmacokinet. 25 (3) 1993*

**Table I.** *In vitro* activity of clarithromycin and erythromycin against Gram-positive and Gram-negative bacteria (at least 10 clinical isolates, inoculum size ranging from $10^4$ to $10^6$ colony-forming units)

| Bacteria | MIC$_{90}$ values (mg/L) | | Reference |
|---|---|---|---|
| | clarithromycin | erythromycin | |
| **Gram-positive bacteria** | | | |
| *Bacillus* spp. | 0.125 | 2 | Rolston et al. (1989) |
| *Corynebacterium* spp. | 15 | >39 | Eliopoulous et al. (1988) |
| | | | Fernandes et al. (1986) |
| | | | Floyd Reising et al. (1987) |
| | | | Hardy et al. (1988) |
| *Corynebacterium* J.K. | 4 | 2 | Rolston et al. (1989) |
| | | >128 | Dealer (1988) |
| *Lysteria monocytogenes* | 0.58 | 0.72 | Barry et al. (1987, 1988) |
| | | | Benson et al. (1987a,b) |
| | | | Chin et al. (1987) |
| | | | Eliopoulous et al. (1988) |
| | 0.25 | 0.5 | Rolston et al. (1989) |
| *Staphylococcus aureus* | | | |
| ER/MR/OR | >81 | >81 | Benson et al. (1987a,b) |
| | | | Chin et al. (1987) |
| | | | Eliopoulous et al. (1988) |
| | | | Fernandes et al. (1986) |
| | | | Floyd-Reising et al. (1987) |
| | | | Hardy et al. (1988) |
| | | | Maskell et al. (1989) |
| | >64 | >64 | Rolston et al. (1989) |
| MS/PS | 0.3 | 0.44 | Benson et al. (1987a,b) |
| | | | Eliopoulous et al. (1988) |
| | | | Hardy et al. (1988) |
| | 0.5 | 0.5 | Rolston et al. (1989) |
| MS/OS | >64 | >64 | Chin et al. (1987) |
| | | | Fernandes et al. (1986) |
| | | | Hardy et al. (1988) |
| *Staphylococcus epidermidis* | >69 | >69 | Eliopoulous et al. (1988) |
| | | | Fernandes et al. (1986) |
| | | | Floyd-Reising et al. (1987) |
| | >64 | >64 | Rolston et al. (1989) |
| MS | >103 | >103 | Benson et al. (1987a,b) |
| ER/MR | >110 | >110 | Benson et al. (1987b) |
| | | | Chin et al. (1987) |
| *Streptococcus* group A | <0.33 | <0.63 | Barry et al. (1987, 1988) |
| | | | Benson et al. (1987a,b) |
| | | | Chin et al. (1987) |
| | | | Eliopoulous et al. (1988) |
| | | | Fernandes et al. (1986) |
| | | | Floyd-Reising et al. (1987) |
| | | | Hardy et al. (1988) |
| | | | Logan et al. (1991) |
| | 0.06 | 0.125 | Rolston et al. (1989) |

Clarithromycin Pharmacokinetics

193

**Table I.** Contd

| Bacteria | MIC$_{90}$ values (mg/L) | | Reference |
|---|---|---|---|
| | clarithromycin | erythromycin | |
| *Streptococcus* group B | <0.12 | <0.14 | Barry et al. (1987, 1988) |
| | | | Benson et al. (1987a,b) |
| | | | Chin et al. (1987) |
| | | | Eliopoulous et al. (1988) |
| | | | Fernandes et al. (1986) |
| | | | Floyd-Reising et al. (1987) |
| | | | Logan et al. (1991) |
| *Streptococcus* group C | 0.16 | 0.21 | Barry et al. (1987) |
| | | | Floyd-Reising et al. (1987) |
| | | | Logan et al. (1991) |
| *Streptococcus pneumoniae* | <0.21 | 0.39 | Barry et al. (1987, 1988) |
| | | | Benson et al. (1987a,b) |
| | | | Chin et al. (1987) |
| | | | Fernandes et al. (1986) |
| | | | Hardy et al. (1988) |
| | 0.125 | 0.125 | Rolston et al. (1989) |
| Enterococci | >52 | >52 | Benson et al. (1987a,b) |
| | | | Eliopoulous et al. (1988) |
| | | | Fernandes et al. (1986) |
| | | | Hardy et al. (1988) |
| | | | Rolston et al. (1989) |
| ES | 1.81 | 3.6 | Barry et al. (1987, 1988) |
| | | | Chin et al. (1987) |
| | | | Hardy et al. (1988) |
| | | | Rolston et al. (1989) |
| ER | 20 | 21 | Barry et al. (1987) |
| | | | Floyd-Reising et al. (1987) |
| **Gram-negative bacteria** | | | |
| *Bordetella pertussis* | 0.02 | 0.03 | Hardy et al. (1988, 1990) |
| *Bordetella parapertussis* | 0.13 | 0.25 | Hoppe & Eichhorn (1989) |
| *Branhamella catarrhalis* | 0.26 | 0.54 | Barry et al. (1987, 1988) |
| | | | Chin et al. (1987) |
| | | | Hardy et al. (1988) |
| | | | Logan et al. (1991) |
| *Campylobacter coli* | >128 | >128 | Benson et al. (1987a) |
| *Campylobacter jejuni* | 6 | 2.3 | Benson et al. (1987a,b) |
| | | | Eliopoulous et al. (1988) |
| *Helicobacter pylori* | 0.03 | 0.25 | Hardy et al. (1988) |
| *Salmonella enteriditis* | >128 | >128 | Benson et al. (1987a,b) |
| *Shigella* spp. | >128 | >128 | Benson et al. (1987a,b) |
| *Haemophilus influenzae* | 9 | 8 | Benson et al. (1987a,b) |
| | | | Floyd-Reising et al. (1987) |
| | | | Hardy et al. (1990) |
| *Haemophilus parainfluenzae* | 16 | 8 | Benson et al. (1987a,b) |

*Continued overleaf*

Clin. Pharmacokinet. 25 (3) 1993

**Table I. Contd**

| Bacteria | MIC$_{90}$ values (mg/L) | | Reference |
|---|---|---|---|
| | clarithromycin | erythromycin | |
| *Legionella* spp. | <0.12 | 0.49 | Eliopoulous et al. (1988) |
| | | | Fernandes et al. (1986) |
| | | | Floyd-Reising et al. (1987) |
| | | | Hardy et al. (1988) |
| | | | Liebers et al. (1989) |
| *Neisseria gonorrhoeae* | 1.6 | 0.97 | Benson et al. (1987a,b) |
| | | | Chin et al. (1987) |
| | | | Eliopoulous et al. (1988) |
| | | | Fernandes (1987) |
| | | | Floyd-Reising et al. (1987) |
| *Neisseria meningitidis* | 2.7 | 5.8 | Barry et al. (1987, 1988) |
| | | | Logan et al. (1991) |
| *Pasteurella multocida* | 8 | 8 | Eliopoulous et al. (1988) |

*Abbreviations:* MIC$_{90}$ = minimum concentration needed to inhibit 90% of strains; ER = erythromycin resistant; ES = erythromycin susceptible; MR = methicillin resistant; MS = methicillin susceptible; OR = oxacillin resistant; OS = oxacillin susceptible; PR = penicillin resistant; PS = penicillin susceptible.

good agreement (Nagate et al. 1988; Ohtake et al. 1988; Sennello et al. 1986).

Maximal serum concentrations evaluated by bioassay in Japanese volunteers after a single oral dose of clarithromycin 200mg ranged from 0.83 to 1.11 mg/L (Mizushima & Hiratzuka 1988; Saito et al. 1988).

Maximal plasma concentrations, evaluated by the HPLC method in Western volunteers after single oral clarithromycin 250mg doses ranged from 0.58 to 0.8 mg/L (Chu et al. 1992c; Davey 1991; Ferrero et al. 1990) and from 2.66 to 4.66 mg/L after 1200mg (Chu et al. 1992d; Ferrero et al. 1990; Sennello et al. 1986).

After oral doses ranging from 100 to 400mg, resultant maximal blood concentrations were higher in Japanese (Mizushima & Hiratsuka 1988) than in Western volunteers (Sennello et al. 1986).

The values of the area under the serum concentration-time curve (AUC) evaluated in Japanese volunteers following single oral doses of 100 to 400mg ranged from 4.4 to 18.7 mg/L · h (Mizushima & Hiratzuka 1988; Saito et al. 1988).

In Western volunteers receiving single oral doses ranging from 100 to 1200mg, AUC values were 1.67

to 53.89 mg/L · h (Chu et al. 1992d; Ferrero et al. 1990; Sennello et al. 1986).

Maximal plasma levels of 14-hydroxy-clarithromycin are reached within 3 hours after the oral administration of single doses of clarithromycin (from 100 to 1200mg) in Western volunteers, with values ranging from 0.34 to 1.43 mg/L.

The plasma AUC from 14-hydroxy-clarithromycin was 4.02 to 40.33 mg/L · h for oral doses ranging from 100 and 1200mg (Chu et al. 1992a,d; Sennello et al. 1986).

Results obtained in a comparative study showed that maximal serum concentrations of clarithromycin, following administration of a single 200mg oral dose in Japanese volunteers, were about 3 times as high (1.07 mg/L) as those after erythromycin 200mg (0.38 mg/L). Moreover, the AUC values were 7.18 mg/L · h and 1.34 mg/L · h for clarithromycin and erythromycin, respectively (Saito et al. 1988).

The effect of food on bioavailability of clarithromycin and 14-hydroxy-clarithromycin was evaluated in adult volunteers (Western) treated with a single oral clarithromycin 500mg dose in a fasting state (2 hours before breakfast after an overnight

fast) and a nonfasting state (0.5 hours after the start of breakfast). The results show that food intake immediately before administration increases clarithromycin bioavailability by a mean of 25%. Such increases can be considered of little clinical significance with the dosage regimen of 250 and 500mg twice daily (Chu et al. 1992a).

After multiple doses of clarithromycin 250mg twice daily for 3.5 days in Western volunteers, steady-state concentrations were attained after 5 doses. Maximal serum clarithromycin concentrations and concentrations of its 14-hydroxy derivative were 1 mg/L and 0.6 mg/L, respectively (Chu et al. 1990, 1992b).

Mean peak plasma concentrations, evaluated by HPLC after repeated doses ranging from 100 to 800mg every 12 hours, ranged between 0.37 and 3.73 mg/L (Chu et al. 1990).

On the basis of HPLC determinations, peak plasma concentrations of clarithromycin and the 14-hydroxy derivative, under steady-state conditions, were, respectively, 1 and 0.6 mg/L after repeated doses of 250mg every 12 hours and 2.41 and 0.66 mg/L, respectively, after a dosage of 500mg every 12 hours (Chu et al. 1991, 1992b).

### 4.2 Distribution

Macrolide antibiotics are lipid soluble and extensively distributed both in body fluids and tissues.

**Table II.** *In vitro* activity of clarithromycin and 14-hydroxy-clarithromycin against Gram-positive and Gram-negative bacteria (at least 10 isolates, inoculum size ranging from $10^4$ to $10^6$ colony-forming units)

| Bacteria | MIC$_{90}$ values (mg/L) | | Reference |
|---|---|---|---|
| | clarithromycin | 14-hydroxy-clarithromycin | |
| **Gram-positive bacteria** | | | |
| *Corynebacterium* spp. | 15 | 8 | Hardy et al. (1990) |
| *Listeria monocytogenes* | 0.58 | 0.6 | Hardy et al. (1990) |
| *Staphylococcus aureus* | | | |
| ER/MR/OR | >81 | >128 | Hardy et al. (1990) |
| MS/OS | >64 | >128 | Hardy et al. (1990) |
| *Staphylococcus epidermidis* | >69 | >35 | Hardy et al. (1990) |
| | 4 | 32 | Logan et al. (1991) |
| *Streptococcus* group A | <0.33 | 0.07 | Hardy et al. (1990) |
| | | | Logan et al. (1991) |
| *Streptococcus* group B | <0.12 | 0.09 | Hardy et al. (1990) |
| | | | Logan et al. (1991) |
| *Streptococcus* group C | 0.12 | 0.12 | Logan et al. (1991) |
| Enterococci | >52 | >128 | Hardy et al. (1990) |
| *Streptococcus pneumoniae* | <0.21 | 0.02 | Hardy et al. (1990) |
| | 16 | 16 | Logan et al. (1991) |
| **Gram-negative bacteria** | | | |
| *Bordetella pertussis* | 0.02 | 0.06 | Hardy et al. (1990) |
| *Branhamella catarrhalis* | 0.26 | 0.12 | Hardy et al. (1990) |
| | | | Logan et al. (1991) |
| *Helicobacter pylori* | 0.03 | 0.06 | Hardy et al. (1990) |
| *Haemophilus influenzae* | 8 | 4 | Hardy et al. (1990) |
| | | | Logan et al. (1991) |
| *Legionella* spp. | <0.12 | 0.5 | Hardy et al. (1990) |
| *Neisseria gonorrhoeae* | 1.6 | 1.32 | Hardy et al. (1990) |
| | | | Logan et al. (1991) |
| *Neisseria meningitidis* | 8 | 4 | Logan et al. (1991) |

*Abbreviation:* MIC$_{90}$ = minimum concentration needed to inhibit 90% of strains; for other abbreviations, see table I.

*Clin. Pharmacokinet. 25 (3) 1993*

**Table III.** Mean pharmacokinetic variables of clarithromycin and 14-hydroxy-clarithromycin reported after oral doses of clarithromycin to healthy volunteers (fasting state)

| Race | Dose (mg) | $C_{max}$ (mg/L) | $t_{max}$ (h) | $AUC_{(0-\infty)}$ (mg/L · h) | $t_{\frac{1}{2}d}$ (h) | Vd (L) | CL (L/h) | $UR_{(0-24)}$ (%) | Reference [assay] |
|---|---|---|---|---|---|---|---|---|---|
| **Pharmacokinetic variables of clarithromycin** | | | | | | | | | |
| Japanese | 100 | 0.65 | 1.80 | 4.40 | 3.50 | | | 47.5 | Mizushima & Hiratsuka |
| | 200 | 0.83 | 2.30 | 7.10 | 3.80 | | | 47.5 | (1988) [B] |
| | 300 | 1.78 | 1.80 | 15.7 | 4.90 | | | 48.5 | |
| | 400 | 2.14 | 2.00 | 18.7 | 4.70 | | | 44.2 | |
| | 200 | 1.11 | 1.70 | 6.87 | 3.53 | | | | Saito et al. (1988) [B] |
| Western | 100 | 0.33 | 1.75 | 1.67 | 2.34 | | 63.72 | | Sennello et al. (1986) [H] |
| | 200 | 0.60 | 1.56 | 3.01 | 2.59 | | 99.30 | | |
| | 400 | 1.15 | 1.93 | 8.48 | 3.51 | | 49.98 | | |
| | 600 | 2.21 | 1.97 | 15.51 | 3.29 | | 41.46 | | |
| | 800 | 2.83 | 2.48 | 26.07 | 4.47 | | 32.58 | | |
| | 1200 | 4.46 | 2.12 | 40.51 | 4.92 | | 32.64 | | |
| | 250 | 0.7-0.8 | 1.7-1.9 | 4.0-4.2 | | 243-266 | 60.3-64.3 | | Chu et al. (1990) [H] |
| | 500 | 1.65 | 2.80 | 13.67 | | | | | Chu et al. (1992a) [H] |
| | 250 | 0.58 | 2-4 | 4.13a | 4.39 | | | >30 | Ferrero et al. (1990) [H/R] |
| | 1200 | 2.66 | 3-4 | 53.89a | 11.27 | | 66.96 | >30 | |
| | | | | | | | 24.18 | | |
| **Pharmacokinetic variables of 14-hydroxy-clarithromycin** | | | | | | | | | |
| Western | 100 | 0.34 | 2.29 | 4.02 | 4.77 | | 33.12 | | Sennello et al. (1986) [H] |
| | 200 | 0.40 | 2.29 | 3.57 | 4.30 | | 58.32 | | |
| | 400 | 0.70 | 2.57 | 8.87 | 4.80 | | 49.02 | | |
| | 800 | 1.06 | 2.57 | 9.59 | 3.57 | | 67.26 | | |
| | 800 | 0.96 | 2.92 | 12.21 | 5.27 | | 72.00 | | |
| | 1200 | 1.43 | 2.48 | 40.33 | 13.56 | | 40.62 | | |
| | 250 | 0.6-0.7 | 2.2-2.3 | 4.6-4.9 | | 304-309 | 47.8-51.4 | | Chu et al. (1990) [H] |
| | 500 | 0.88 | 3 | 11.18 | | | | | Chu et al. (1992a) [H] |

a   Harmonic mean.

*Abbreviations and symbols:* $C_{max}$ = maximum serum concentrations; $t_{max}$ = time to $C_{max}$; $AUC_{(0-\infty)}$ = area under the serum-concentration time curve from time zero to infinity; $t_{\frac{1}{2}\beta}$ = elimination half-life; Vd = volume of distribution; CL = total clearance; $UR_{(0-24)}$ = urinary recovery over 24 hours postdose; B = bioassay; H = high performance liquid chromatography; R = radioimmunoassay.

In laboratory animals, clarithromycin has been shown to be widely distributed with higher concentrations in tissues than in blood (Kohno et al. 1989; Suwa et al. 1988a,b; Yoshii et al. 1989). In rodents, clarithromycin reaches tissue concentrations higher than erythromycin after comparable doses (Kohno et al. 1990a,b; Suwa et al. 1988a,b).

In humans, clarithromycin also achieves tissue concentrations markedly higher than circulating levels, due to its wide distribution. This aspect is relevant for clinical activity.

After single oral doses of 250mg to Western volunteers the apparent volume of distribution of clarithromycin was 243 to 266L, while that of the 14-hydroxy derivative was 304 to 309L (Chu et al. 1990).

Following repeated oral doses of 250 and 500mg, clarithromycin gave tissue concentrations (tonsils, skin, nasal mucosa, lung) markedly higher than those in serum (Fraschini et al. 1991; Shiiki & Yamane 1988) and those reached in tissues by other macrolides (Fraschini et al. 1991; Sullivan et al. 1989) [table IV].

The concentrations of clarithromycin and its 14-hydroxy derivative into human lung tissue were higher than those into the remaining aforemen-

**Table IV.** Plasma, tissue and tissue fluid concentrations of clarithromycin following oral administration of single or multiple doses to healthy volunteers or patients requiring antimicrobial therapy

| Tissue or fluid | No. of subjects | Dose (mg) | Sampling time (h) | Mean peak tissue or fluid concentration (mg/kg or mg/L) | Mean peak serum concentration (mg/L) | Tissue or fluid/plasma concentration ratio | Reference |
|---|---|---|---|---|---|---|---|
| Lung | 5 (W) | 500 bid × 3 days | 4[a] | 17.47 | 2.82 | 6.2 | Fraschini et al. (1991) |
| Nasal mucosa | 5 (W) | 250 bid × 3 days | 4[a] | 8.32 | 2.18 | 3.8 | Fraschini et al. (1991) |
| Saliva | 6 (J) | 400 | 2 | 4.01 | 2.14 | 1.9 | Mizushima & Hiratsuka (1988) |
|  | 5 (J) | 150 | 2[b] | 0.36 | 0.73 | 0.5 | Shiiki & Yamane (1988) |
| Skin | 8 (J) | 200 | 2 | 1.47 | 0.79 | 1.9 | Ohta et al. (1988) |
| Tonsil | 5 (W) | 250 bid × 3 days | 4[a] | 6.74 | 1.82 | 3.7 | Fraschini et al. (1991) |

a   At peak tissue concentration times.
b   At peak serum concentration times.
*Abbreviations:* W = Western volunteers; J = Japanese volunteers; bid = twice daily.

tioned tissues (table V) [Fraschini 1991; Fraschini et al. 1991; Scaglione & Fraschini 1992]. These data confirm the results obtained in animals.

The concentration achieved in the infected tissue is of fundamental importance in the use of antibiotics. The particular tropism for the respiratory tract tissues exhibited by clarithromycin (Fraschini et al. 1991; Scaglione and Fraschini 1992) and erythromycin (Fraschini et al. 1980; Wollmer et al. 1982) indicate that such macrolides could be particularly useful for the treatment of respiratory tract infections.

Erythromycin, clarithromycin and roxithromycin are actively concentrated in human neutrophils (Anderson et al. 1987, 1988; Carlier et al. 1987; Labro et al. 1986; Prokesch & Hand 1982). The resulting intracellular/extracellular ratio for clarithromycin was higher but not significantly different from that observed for erythromycin (9.2 and 7.3, respectively) using equivalent concentrations of both antimicrobial agents (Anderson et al. 1987).

However, the superior pharmacokinetic properties of clarithromycin in comparison with ery-thromycin will lead to a greater bioavailability of this antibiotic and consequently to increased intraphagocytic accumulation and bioactivity *in vivo*. Accumulation into circulating cells could be considered to be a transport system, delivering the macrolide on the inflammatory sites during degranulation of neutrophils.

A pharmacokinetic property responsible for the high tissue distribution of clarithromycin is its high serum protein binding, ranging from 42 to 50% over a concentration range of 0.25 to 5 mg/L (Dette et al. 1987; Suwa et al. 1988a). Clarithromycin binds predominantly to the albumin fraction and exhibits high affinity for $\alpha_1$-acid glycoprotein (Suwa et al. 1988a). Free clarithromycin increases at serum concentrations higher than 1 mg/L, suggesting a saturation of the binding process and higher availability for distribution in infected tissues.

### 4.3 Metabolism and Excretion

The main metabolite of clarithromycin in humans is 14-hydroxy-(*R*)-clarithromycin, produced

*Clin. Pharmacokinet. 25 (3) 1993*

in much greater quantities than the 14-hydroxy (*S*) epimer and endowed with antimicrobial activity (Adachi et al. 1988; Hardy et al. 1988). Ferrero et al. (1990) showed that the primary metabolic pathways are oxidative *N*-demethylation and stereospecific hydroxylation at position 14.

It has been shown that the pharmacokinetic behaviour of clarithromycin is nonlinear (Davey 1991; Ferrero et al. 1990; Sennello et al. 1986). This may be due to a reduction in metabolic clearance following the saturation of the 14-hydroxylation and *N*-demethylation pathways, occurring at doses higher than therapeutic doses (table III, fig. 2).

Clarithromycin is excreted in urine and faeces in a dose-dependent manner. At low doses the 2 fractions are similar while at high doses the urinary route is predominant. Several metabolites have been isolated from urine and faeces (Ferrero et al. 1990).

The mean elimination half-life ($t_{1/2\beta}$) of clarithromycin varies with the dose, showing values that are longer than 2 hours.

In Japanese volunteers receiving single oral doses ranging from clarithromycin 100 to 400mg, the mean $t_{1/2\beta}$ appeared to vary between 3.5 and 4.9 hours (Mizushima & Hiratsuka 1988; Saito et al. 1988) while in Western volunteers given oral doses ranging from 100 to 1200mg the mean $t_{1/2\beta}$ ranged from 2.34 to 4.92 hours (Sennello et al. 1986). Other results obtained in Western volunteers showed that after single oral doses of 250 and 1200mg, the mean

$t_{1/2\beta}$ was 4.39 and 11.27 hours, respectively (Ferrero et al. 1990).

After repeated doses of clarithromycin 500mg every 12 hours the steady-state $t_{1/2\beta}$ was 3.8 hours for the unchanged drug and 5.8 hours for the 14-hydroxy derivative (Chu et al. 1992a). The plasma half-life of 14-hydroxy-clarithromycin is dose proportionate, over doses ranging from 100 to 1200mg (Davey 1991).

## 5. Effect of Age on Clarithromycin Pharmacokinetics

Macrolides are commonly administered in children to treat the most common paediatric infections. The pharmacokinetics of clarithromycin have been studied in Japanese children. The mean serum AUC and the mean $t_{1/2\beta}$ of clarithromycin, after oral administration of 100 or 150mg to 6 children (age 8 to 12 years) [Motohiro et al. 1989], were about 50% of those determined in adults receiving an oral dose of 100 or 200mg (Mizushima & Hiratsuka 1988). These findings, however, were derived from a smaller number of patients than should be considered adequate for extrapolation to larger groups.

Recently, the single- and multiple-dose pharmacokinetics of clarithromycin and its 14-hydroxy metabolite were studied after oral administration under fasting and nonfasting conditions in Western children. Drug absorption appeared to be rapid

**Table V.** Distribution of clarithromycin and its 14-hydroxy metabolite in respiratory tract tissues and fluids after oral administration of 250mg or 500mg twice daily for 3 days (after Scaglione & Fraschini 1992)

| Hour post-dose | Bronchial secretion (mg/L) | | Lung[a] (mg/kg) | | Nasal mucosa[a] (mg/kg) | | Tonsils[a] (mg/kg) | |
|---|---|---|---|---|---|---|---|---|
| | clarithromycin | 14-hydroxy-clarithromycin | clarithromycin | 14-hydroxy-clarithromycin | clarithromycin | 14-hydroxy-clarithromycin | clarithromycin | 14-hydroxy-clarithromycin |
| 1 | 2.07 | 0.88 | | | 3.2 | 1.9 | 1.5 | 0.7 |
| 2 | 2.66 | 1.34 | | | 3.4 | 2.0 | 2.9 | 1.7 |
| 4 | 3.98 | 1.86 | 13.5 | 7.2 | 5.9 | 3.2 | 5.3 | 3.1 |
| 8 | 2.91 | 0.87 | 3.7 | 2.1 | 1.9 | 1.2 | 2.8 | 1.9 |
| 12 | 1.10 | 0.45 | 2.8 | 2.1 | 2.2 | 1.5 | 2.1 | 1.2 |

a The data relating to lung, nasal mucosa and tonsils were obtained on specimens from separate series of patients undergoing surgical resection of lung lobe, rhinoplasty or tonsillectomy, and treated preoperatively with clarithromycin.



**Fig. 2.** Mean circulating concentrations of clarithromycin after administration of different single oral doses to healthy volunteers (after Sennello et al. 1986).

after a brief delay in its onset. The peak plasma concentration ($C_{max}$) for clarithromycin was reached within 3 hours in both conditions, with values of 3.59 and 4.58 mg/L in single-dose fasting and nonfasting patients, respectively. The respective $C_{max}$ values for the metabolite were 1.9 and 1.26 mg/L. These data indicate good absorption and no significant effects of food. There was no accumulation apparent from AUC or $C_{max}$ values in the multiple-dose group (Gan et al. 1992).

Clarithromycin pharmacokinetics have also been studied in the elderly in comparison with young individuals, after administration of 500mg twice a day for 2.5 days. The results (HPLC method) demonstrated that in elderly individuals (age 65 to 82 years) the peak plasma concentration and AUC of clarithromycin and its 14-hydroxy metabolite were markedly higher than those determined in young individuals (age 18 to 30 years) [Chu et al. 1992b; Davey 1991]. Furthermore, renal clearance of clarithromycin was significantly lower in the elderly, and correlated with a decrease in creatinine clearance and in urinary elimination (Chu et al. 1992b).

From a clinical point of view the dosage should be adjusted only in elderly patients with a high degree (creatinine clearance <0.6 L/h) of renal impairment (see section 6.1).

## 6. Physiopathological Pharmacokinetics
### 6.1 Renal Impairment

Clarithromycin pharmacokinetics following single and multiple oral doses have been studied in both Japanese and Western patients affected by renal diseases.

The results obtained in Japanese patients with severe renal failure (mean creatinine clearance rate 0.3 L/h), treated with a single dose of clarithromycin 200mg, showed a marked increase in peak plasma concentration (+1.5 mg/L) and AUC (+28 mg/L · h) and a decrease in the elimination rate constant. Moreover, the cumulative urinary elimination was significantly lower (3.3%) in patients with renal impairment compared with healthy volunteers (26.5%) [Takii et al. 1989].

In patients of Japanese origin affected by chronic

renal failure, undergoing dialysis and treated with a single oral dose of clarithromycin 200mg, a significant increase in peak plasma concentrations (3-fold) and $t_{1/2\beta}$ (1.6-fold) has been shown in comparison with values observed in healthy volunteers (Shigeoka et al. 1988).

Western patients with severe renal function impairment (creatinine clearance 0.6 to 1.7 L/h) were treated with clarithromycin 500mg twice a day for 2.5 days. Results showed that, under steady-state conditions, a remarkable increase in peak plasma concentrations (+5.8 mg/L), AUC (+67.3 mg/L · h) and $t_{1/2\beta}$ (+14.9 hours) and a decrease in the elimination rate constant ($-0.0832$ hour$^{-1}$) occurred in comparison with the values obtained in healthy volunteers. Similar results were obtained for the 14-hydroxy metabolite (Davey 1991).

These results suggest that in patients with renal failure, once-daily administration is advisable. In patients with creatinine clearance rates of less than 0.6 L/h, clarithromycin plasma concentrations must to be monitored.

### 6.2 Hepatic Insufficiency

On the basis of results obtained in 6 Western patients affected by mild alcoholic liver disease, treated with clarithromycin 500mg twice a day for 2.5 days, it appears that the pharmacokinetics and metabolism of clarithromycin are not significantly affected by mild hepatic impairment (Davey 1991). Therefore, no dosage adjustment seems necessary to compensate mild hepatic disease, despite the importance of this metabolic pathway for the elimination of clarithromycin. These findings must be confirmed in a greater number of patients, including those with more severe liver diseases.

### 7. Drug Interactions

Macrolides are able to interfere with the elimination of some drugs, such as derivatives of methylxanthine, oral anticoagulants and carbamazepine (Larrey et al. 1983a,b).

Several macrolide antibiotics have been shown to induce and inactivate glucocorticoid-responsive microsomal cytochrome P450 isoenzymes (Babany et al. 1988; Wrighton et al. 1985). Such macrolides are troleandomycin (Pessayre et al. 1981a,b), oleandomycin (Pessayre et al. 1982) and erythromycin (Danan et al. 1981), including erythromycin estolate, ethylsuccinate, stearate and propionate (Larrey et al. 1983b). These molecules contain an aminosugar with a tertiary amine function that probably is demethylated and oxidised by cytochrome P450 into a nitroso derivative metabolite which forms an inactive complex with the iron(II) of cytochrome P450.

The major target of troleandomycin is isoenzyme cytochrome P450p with which troleandomycin forms an inactive complex (Halpert 1988; Wrighton et al. 1985).

It has been recently shown that clarithromycin and roxithromycin induce cytochrome P450p, but do not form complexes with this isoenzyme, although they do form complexes with other glucocorticoid-inducible isoenzymes (Tinel et al. 1989). The simultaneous administration of clarithromycin 300 mg/day and theophylline 400 mg/day for 5 days to healthy volunteers induced a slight increase of maximal serum concentrations, AUC and half-life of theophylline, with values lower than those observed with erythromycin and oleandomycin. The total body clearance of theophylline was decreased 16.4% by concomitant administration of clarithromycin (Niki et al. 1988).

Although in women taking antimicrobial drugs isolated cases of oral contraceptive failure were observed (Back et al. 1988), the results were not confirmed by other investigators (Orme et al. 1991) and no interaction between clarithromycin, at a dose of 250mg twice daily for 7 days, and long term administration of ethinylestradiol or similar drugs was demonstrated (Orme et al. 1991).

### 8. Implication of Clarithromycin Pharmacokinetics for its Clinical Use
#### 8.1 Therapeutic Use

Clarithromycin has demonstrated good efficacy in the treatment of upper and lower respiratory tract infections, showing an action equivalent to that of

**Table VI.** Adverse events associated with the use of clarithromycin shown in comparative studies

| No. of pts. | Drugs (dosage) | Duration of therapy (days) | Incidence of adverse events (%) | Reference |
|---|---|---|---|---|
| 120 | Clarithromycin (250mg q12h) | 10 | 0.8 | Scaglione (1990) |
| | vs | | | |
| 120 | Erythromycin (500mg q12h) | 10 | 6.7 | |
| 52 | Clarithromycin (500mg q12h) | 14 | 6.8 | Fraschini (1990) |
| | vs | | | |
| 51 | Josamycin (500mg q12h) | 14 | 7.8 | |
| 48 | Clarithromycin (500mg q12h) | 14 | 4 | Straneo & Scarpazza (1990) |
| | vs | | | |
| 24 | Josamycin (1000mg q12h) | 14 | 12.5 | |
| 437 | Clarithromycin (250 or 500mg q12h) | 8-10 | 18 | Bachand et al. (1989) |
| | vs | | | |
| | Ampicillin (250 or 500mg q6h) | 8-10 | 33 | |
| | Josamycin (500mg q8h) | 8-10 | 9 | |
| | Erythromycin (500mg q6h) | 8-10 | 23 | |

*Abbreviations:* qxh = every x hours.

penicillins and other macrolides (erythromycin included) in such infections (Fraschini 1990; O'Neill et al. 1991; Scaglione 1990; Straneo and Scarpazza, 1990; Vogel 1991).

Several studies have provided evidence that clarithromycin is effective in the treatment of infections of the urogenital tract (Fuchi & Noda 1988; Ito et al. 1988), skin and soft tissue (Etoh et al. 1988; Nohara et al. 1989) and oromaxillofacial and ophthalmic areas (Hatano & Wakamatsu 1988; Sasaki et al. 1989) and in the treatment of paediatric infections, including pertussis (Akita et al. 1989; Hattori et al. 1989). Moreover, some results have shown that clarithromycin, alone or in combination with other antimicrobial drugs, is effective in the eradication of *Mycobacterium avium* infections in patients with AIDS (Dautzenberg et al. 1991; Ruf et al. 1991). Although clarithromycin has a better pharmacokinetic profile and improved *in vitro* antimicrobial activity in comparison with erythromycin, it does not seem to be more effective than erythromycin in treating community acquired infections. However, clarithromycin appears to be endowed with greater tolerability, particularly with regard to gastrointestinal adverse effects. Moreover, clarithromycin is actively concentrated by phagocytes and is a more potent intraphagocytic

antimicrobial agent than erythromycin (Anderson et al. 1988).

Recently, it has also been shown that clarithromycin exerts a long-lasting stimulatory action on some functions of cell-mediated immunity (phagocytosis frequency and index, intracellular killing and natural killer activity) both in healthy volunteers and patients (Fraschini et al. 1992).

### 8.2 Adverse Events

The most frequently reported adverse events following clarithromycin therapy are nausea, diarrhoea, dyspepsia, abdominal pain and headache. Most of these events were considered mild or moderate, and unrelated to age, sex or race of patients (Bachand et al. 1989; Chien et al. 1993; Fraschini 1990; Scaglione 1990; Straneo & Scarpazza, 1990). The incidence of adverse events related to clarithromycin treatment is reported in table VI. Although the incidence of adverse effects on general metabolism, the central nervous system and skin were similar for clarithromycin and other macrolides, gastrointestinal adverse effects occurred significantly less frequently among clarithromycin recipients than in erythromycin recipients (Scaglione 1990). Furthermore, the rate of withdrawal of clar-

ithromycin therapy due to adverse effects was similar to that seen with penicillins and significantly lower than that observed with other macrolides (Chien et al. 1993).

## References

Adachi T, Morimoto S, Kondoh H, Nagate T, Watanabe Y, et al. 14-Hydroxy-6-O-methylerythromycins A: active metabolites of 6-O-methylerythromycin A in human. Journal of Antibiotics 41: 966-975, 1988

Akita H, Sato Y, Iwata S, Sunakawa K. Laboratory and clinical studies on clarithromycin in pediatrics. Japanese Journal of Antibiotics 42: 263-280, 1989

Anderson R, Joone G, Van Rensburg CEJ. An in vitro evaluation of the cellular uptake and intraphagocytic bioactivity of clarithromycin (A-56268, Te-031), a new macrolide antimicrobial agent. Journal of Antimicrobial Chemotherapy 22: 923-933, 1988

Anderson R, Van Rensburg CEJ, Joone G, Lukey PT. An in vitro comparison of the intraphagocytic bioactivity of erythromycin and RU-28965. Journal of Antimicrobial Chemotherapy 20 (Suppl. B): 57-68, 1987

Babany G, Larrey D, Pessayre D. Macrolide antibiotics as inducers and inhibitors of cytochrome P-450 in experimental animals and man. In Gibson (Ed.) Progress in drug metabolism, pp. 61-98, Taylor and Francis, London, 1988

Bachand RTB, Wight L, Cook J, Vandenberg M, Lumpkin MM, et al. Clarithromycin in the treatment of bronchitis. IVth World Conference on Clinical Pharmacology and Therapeutics, Mannheim-Heidelberg, Germany, July 23-28, 1989. Abstracts Book, European Journal of Clinical Pharmacology and Therapeutics 36 (Suppl.): 16.05, 1989

Back DJ, Grimmer SFM, Orme ML'E, Proudlove C, Mann RD, et al. Evaluation of committee on safety of medicines yellow card reports on oral contraceptive-drug interactions with anti-convulsants and antibiotics. British Journal of Clinical Pharmacology 25: 527-532, 1988

Barry AL, Fernandes PB, Jorgensen JH, Thornsberry C, Hardy DJ, et al. Variability of clarithromycin and erythromycin susceptibility tests with Haemophilus influenzae in four different broth media and correlation with the standard disk diffusion test. Journal of Clinical Microbiology 26: 2415-2420, 1988

Barry AL, Thornsberry C, Jones RN. In vitro activity of a new macrolide, A-56268, compared with that of roxithromycin, erythromycin, and clindamycin. Antimicrobial Agents and Chemotherapy 31: 343-345, 1987

Benson CA, Segreti J, Beaudette FE, Hines DW, Goodman LJ, et al. In vitro activity of A-56268 (TE-031) a new macrolide compared with that of erythromycin and clindamycin against selected Gram-positive and Gram-negative organisms. Antimicrobial Agents and Chemotherapy 31: 328-330, 1987a

Benson CA, Segreti J, Kessler H, Hines D, Goodman L, et al. Comparative in vitro activity of A-56268 (TE-031), against Gram-positive and Gram-negative bacteria and Chlamydia trachomatis. European Journal of Clinical Microbiology and Infectious Diseases 6: 173-178, 1987b

Bowie WR, Shaw CE, Chan DGW, Black WA. In vitro activity of Ro 15-8074, Ro 19-5247, A-56268, and roxithromycin (RU 28965) against Neisseria gonorrhoeae and Chlamydia trachomatis. Antimicrobial Agents and Chemotherapy 31: 470-472, 1987

Carlier MB, Zenebergh A, Tulkens PM. Cellular uptake and subcellular distribution of roxithromycin and erythromycin in phagocytic cells. Journal of Antimicrobial Chemotherapy 20 (Suppl. B): 47-58, 1987

Chien SM, Pichotta P, Siepman N, Chan CK. Treatment of community acquired pneumonia: a multicenter double blind, randomized study comparing clarithromycin with erythromycin. Chest 103: 697-701, 1993

Chin N-X, Neu NM, Labthavikul P, Saha G, Neu HC. Activity of A-

56268 compared with that of erythromycin and other oral agents against aerobic and anaerobic bacteria. Antimicrobial Agents of Chemotherapy 31: 463-466, 1987

Chu SY, Deaton R, Cavanaugh J. Absolute bioavailability of clarithromycin after oral administration in humans. Antimicrobial Agents and Chemotherapy 36: 1147-1150, 1992c

Chu SY, Park Y, Locke C, Wilson DS, Cavanaugh C. Drug-food interaction potential of clarithromycin, a new macrolide antimicrobial. Journal of Clinical Pharmacology 32: 32-36, 1992a

Chu SY, Sennello LT, Bunnel ST, Varga LL, Wilson DS, et al. Pharmacokinetics of clarithromycin, a new macrolide, after single ascending doses. Antimicrobial Agents and Chemotherapy 36: 2447-2453, 1992d

Chu SY, Sennello LT, Sonders RC. Simultaneous determination of clarithromycin and 14(R)-hydroxy-clarithromycin in plasma and urine using high performance liquid chromatography with electrochemical detection. Journal of Chromatography 571: 199-208, 1991

Chu SY, Wilson DS, Eason C, Deaton RL. Single and multi-dose pharmacokinetics of clarithromycin. Abstract No. 759. 30th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, Atlanta, Georgia, October, 1990

Chu SY, Wilson DS, Guay DR, Craft C. Clarithromycin pharmacokinetics in healthy young and elderly volunteers. Journal of Clinical Pharmacology 32: 1045-1049, 1992b

Danan G, Descatoire V, Pessayre D. Self-induction by erythromycin of its own transformation into a metabolite forming an inactive complex with reduced cytochrome P-450. Journal of Pharmacology and Experimental Therapeutics 218: 509-514, 1981

Dautzenberg B, Truffot C, Legris S, Meyohas M-C, Berlie HC, et al. Activity of clarithromycin against Mycobacterium avium infection in patients with the acquired immune deficiency syndrome. American Review of Respiratory Disease 144: 564-569, 1991

Davey PG. The pharmacokinetics of clarithromycin and its 14-OH metabolite. Journal of Hospital Infection 19 (Suppl. A): 29-37, 1991

Dealer SF. In vitro activity of LY 146032 daptomycin and other agents against J.K. diphtheroids. Journal of Antimicrobial Chemotherapy 21: 807-812, 1988

Dette GA, Knothe H, Koulen G. Comparative in vitro activity, serum binding and binding activity interactions of the macrolides A-56 268, RU-28965, erythromycin and josamycin. Drugs Under Experimental and Clinical Research 13: 567-576, 1987

Eliopoulous GM, Reiszner E, Ferraro MJ, Moellering RC. Comparative in vitro activity of A-56268 (TE-031), a new macrolide antibiotic. Journal of Antimicrobial Chemotherapy 21: 671-675, 1988

Etoh T, Matsuyama T, Iwata M, Watanabe R, Ishibashi Y. Preclinical and clinical studies on (A-56268) in the field of dermatology. Chemotherapy 36 (Suppl. 3): 943-949, 1988

Fernandes PB. The macrolide revival: thirty-five years after erythromycin. Antimicrobic Newsletters 4: 25-34, 1987

Fernandes PB, Bailer R, Swanson R, Hanson CW, McDonald E, et al. In vitro and in vivo evaluation of A-56268 (TE-031), a new macrolide. Antimicrobial Agents and Chemotherapy 30: 865-873, 1986

Fernandes PB, Baker WR, Freiberg LA, Hardy DJ, McDonald EJ. New macrolides active against Streptococcus pyogenes with inducible or constitutive type of macrolide-lincosamide-streptogramin B resistance. Antimicrobial Agents and Chemotherapy 33: 78-81, 1989a

Fernandes PB, Hardy DJ. Comparative in vitro potencies of nine new macrolides. Drugs under Experimental Clinical Research 14: 445-451, 1988

Fernandes PB, Hardy D, Bailer R, McDonald E, Pintar J, et al. Susceptibility testing of macrolide antibiotics against Haemphilus influenzae and correlation of in vitro results with in vivo efficacy in a mouse septicemia model. Antimicrobial Agents and Chemotherapy 31: 1243-1250, 1987

Fernandes PB, Hardy DJ, McDaniel D, Hanson CW, Swanson RN. In vitro and in vivo activities of clarithromycin against Mycobacterium avium. Antimicrobial Agents and Chemotherapy 33: 1531-1534, 1989b

Ferrero JL, Bopp BA, Marsh KC, Quigley SC, Johnson MJ, et al. Metabolism and disposition of clarithromycin in man. Drug Metabolism and Disposition 18: 441-446, 1990

Floyd-Reising S, Hindles JA, Young LS. In vitro activity of A-56268 (TE-031), a new macrolide antibiotic, compared with that of ery-