thromycin and other antimicrobial agents. Antimicrobial Agents and Chemotherapy 31: 640-642, 1987

Fraschini F. Clinical efficacy and tolerance of two new macrolides, Clarithromycin and Josamycin, in the treatment of patients with acute exacerbations of chronic bronchitis. Journal of International Medical Research 18: 171-176, 1990

Fraschini F. Distribution of clarithromycin and its metabolite in the therapeutically relevant respiratory tract. Abstract no. 311. 17th International Congress of Chemotherapy, Berlin, June 23-28, 1991

Fraschini F, Braga PC, Copponi V, Gattei G, Guerrasco E, et al. The tropism of erythromycin for the respiratory system. Journal of International Medical Research 8 (Suppl.): 36-40, 1980

Fraschini F, Scaglione F, Ferrara F. Dugnani S. Demartini G. Evaluation of the immunostimulating activity of clarithromycin (CLAR) in humans. Abstract no. 113. 1st International Conference on the Macrolides. Azalides and Streptogramins. Santa Fe, New Mexico, January 22-25, 1992

Fraschini F, Scaglione F, Pintucci G, Maccarinelli G, Dugnani S, et al. The diffusion of clarithromycin and roxithromycin into nasal mucosa, tonsil and lung in humans. Journal of Antimicrobial Chemotherapy 27 (Suppl. 4): 61-65, 1991

Fuchi I, Noda K. TE-031 (A-56268) in chlamydial infections during the perinatal period. Chemotherapy 36 (Suppl. 3): 891-894, 1988

Gan VN, Chu SY, Kusmiesz HT, Craft JC. Pharmacokinetics of a clarithromycin suspension in infants and children. Antimicrobial Agents and Chemotherapy 36: 2478-2480, 1992

Gevaudan M-J, Bollet C, Mallet M-N, de Micco P. Action des antibiotiques sur des variants pigmentés ou non pigmentés de Mycobacterium avium-intracellulare. Pathologie Biologie 39: 429-435, 1991

Gorzynski EA, Gutman SI, Allen W. Comparative antimycobacterial activities of difloxacin, temafloxacin, enoxacin, pefloxacin, reference fluoroquinolones, and a new macrolide, clarithromycin. Antimicrobial Agents and Chemotherapy 33: 591-592, 1989

Halpert JR. Multiplicity of steroid-inducible cytochromes P-450 in rat liver microsomes. Archives of Biochemistry and Biophysics 263: 59-68, 1988

Hardy DJ, Hensey DM, Beyer JM, Vojtko C, McDonald EJ, et al. Comparative in vitro activities of new 14-, 15- and 16-membered macrolides. Antimicrobial Agents and Chemotherapy 32: 1710-1719, 1988

Hardy DJ, Swanson RN, Rode RA, Marsh K, Shipkovitz NL, et al. Enhancement of the in vitro and in vivo activities of clarithromycin against Haemophilis influenzae by 14-hydroxy-clarithromycin, its major metabolite in humans. Antimicrobial Agents and Chemotherapy 34: 1407-1413, 1990

Hatano H. Wakamatsu H. TE-031 (A-56268) in ophthalmology. Chemotherapy 36 (Suppl. 3): 1109-1113, 1988

Hattori K, Higashino H, Takebe A, Sato Y, Takedatsu M, et al. Clinical study of clarithromycin, a new macrolide antibiotic, in children. Japanese Journal of Antibiotics 42: 371-380, 1989

Hodinka RL, Jack-Wait K, Gilligan PH. Comparative in vitro activity of A-56268 (TE-031), a new macrolide antibiotic. European Journal of Clinical Microbiology 6: 103-108, 1987

Hoppe JE, Eichhorn A. Activity of new macrolides against Bordatella pertussis and Bordetella parapertussis. European Journal of Clinical Microbiology and Infectious Diseases 8: 653-654, 1989

Ito Y, Komeda H, Kobayashi K, Kanematsu M, Ban Y, et al. TE-031 (A-56268) against gonococcal and non-gonococcal urethritis. Chemotherapy 36 (Suppl. 3): 832-837, 1988

Kohno Y, Ohta K, Suwa T, Suga T. Autobacteriographic studies of clarithromycin and erythromycin in mice. Antimicrobial Agents and Chemotherapy 34: 562-567, 1990b

Kohno Y, Yoshida H, Suwa T, Suga T. Comparative pharmacokinetics of clarithromycin (TE-031), a new macrolide antibiotic, and erythromycin in rats. Antimicrobial Agents and Chemotherapy 33: 751-756, 1989

Kohno Y, Yoshida H. Suwa T, Suga T. Uptake of clarithromycin by rat lung cells. Journal of Antimicrobial Chemotherapy 26: 503-513, 1990a

Labro MT, Amit N, Babin-Chevaye C, Hakim J. Sinergy between RU 28965 (Roxithromycin) and human neutrophils for bactericidal activity in vitro. Antimicrobial Agents and Chemotherapy 30: 137-142, 1986

Larrey D, Funck-Bretano C, Brail P, Vitaux J, Theodore C, et al. Effects of erythromycin on hepatic drug-metabolizing enzymes in humans. Biochemical Pharmacology 32: 1063-1068, 1983a

Larrey D, Tinel M, Pessayre D. Formation of inactive cytochrome P-450 Fe(II)-metabolite complexes with several erythromycin derivatives but not with josamycin and mideca-mycin in rats. Biochemical Pharmacology 32: 1487-1493, 1983b

Liebers DM, Baltch AL, Smith RP, Hammer MC, Conroy JV, et al. Comparative in vitro activities of A-56268 (TE-031) and erythromycin against 306 clinical isolates. Journal of Antimicrobial Chemotherapy 21: 565-570, 1988

Liebers DM, Baltch AL, Smith RP, Hammer MC, Conroy JV. Susceptibility of Legionella pneumophila to eight antimicrobial agents including four macrolides under different assay conditions. Journal of Antimicrobial Chemotherapy 23: 37-41, 1989

Logan MN, Ashby JP, Andrews JM, Wise R. The in vitro activity and disc susceptibility testing for clarithromycin and its 14-hydroxy metabolite. Journal of Antimicrobial Chemotherapy 27: 161-170, 1991

Maskell JP, Tang T, Asad S, Williams D. Comparative inhibitory and antibacterial activities of FCE 22101 against Gram-positive cocci and anaerobes in vitro. Journal of Antimicrobial Chemotherapy 23 (Suppl. C): 64-65, 1989

Mizushima H, Hiratsuka H. The first study on the pharmacokinetics and safety of TE-031 (A-56268) in volunteers. 26th Interscience Conference on Antimicrobial Agents and Chemotherapy, New Orleans, 28 September-1 October 1986. Abstract no. 418, p. 176, American Society for Microbiology, Washington, DC, 1986

Mizushima Y, Hiratsuka H. General clinical study on Te-031 (A-56268). Chemotherapy 368 (Suppl. 3): 452-499, 1988

Morimoto S, Adachi T, Takahashi Y, Asaka T, Kashimura M, et al. A new macrolide antibiotic TE 031 (A-56268), synthesis and biological proterties. 26th Interscience Conference on Antimicrobial Agents and Chemotherapy, New Orleans, 28 September-1 October 1986. Abstract no. 409, p. 172, American Society for Microbiology, Washington, DC, 1986

Motohiro T, Yoshinaga Y, Sasaki H, Oda K, Aramaki M, et al. Pharmacokinetics of clarithromycin granule and tablet in children. Japanese Journal of Antibiotics 42: 465-491, 1989

Nagate T, Sugita K, Miyachi J, Miyzzaki M, Takeichi C, et al. Assays for TE-031 (A-56268) in body fluids (I): microbiological assay. Chemotherapy 36: 170-191, 1988

Naik S, Ruck R. In vitro activities of several new macrolide antibiotics against Mycobacterium avium complex. Antimicrobial Agents and Chemotherapy 33: 1614-1616, 1989

Niki Y, Nakajima M, Tsukiyama K, Nakagawa Y, Umeki S, et al. Effect fo TE-031 (A-56268), a new oral macrolide antibiotic, on serum theophylline concentration. Chemotherapy 36 (Suppl. 3): 515-520, 1988

Nohara N, Akagi O, Ohara A, Onkawara A, Kumakiri M, et al. Comparative double-blind clinical trial on TE-031 (A-56268) and erythromycin in superficial suppurative skin and soft tissue infections. Chemotherapy 37: 173-198, 1989

Ohta M, Shono S, Hori S, Ohnuki A, Toda K. Clinical efficacy and transfer of TE-031 (A-56268) to blood and skin. Chemotherapy 36: 961-965, 1988

Ohtake T, Ogura K, Iwatate C, Suwa T. Assay method for TE-031 (A-56268) in body fluids (III): high performance liquid chromatographic assay method for TE-031 and its metabolites. Chemotherapy 36 (Suppl. 3): 916-920, 1988

O'Neill SJ, Millar ED, Coles SJ, Bachand RT. Safety and efficacy of clarithromycin in the treatment of acute mild to moderate respiratory tract infections. Irish Medical Journal 84: 33-35, 1991

Orme M, Back DJ, Tjia J, Martin C, Millar E, et al. The lack of interaction between clarithromycin and oral contraceptive steroids. British Journal of Clinical Pharmacology 31: 229P, 1991

Periti P, Mazzei T, Mini E, Novelli A. Clinical Pharmacokinetic properties of the macrolide antibiotics: effect of age and various pathophysiological states (part I). Clinical Pharmacokinetics 16: 193-214, 1989

Pessayre D., Descatoire V, Konstantinova-Mitcheva M, Wandscheer D. Self induction by triacetylolendomycin of its own transformation into a metabolite forming a stable 456 nm-absorbing complex

*Clin. Pharmacokinet. 25 (3) 1993*

with cytochrome P-450. Biochemical Pharmacology 30: 553-558, 1981a

Pessayre D, Descatoire V, Tinel M, Larrey D. Self-induction by oleandomycin of its own transformation into a metabolite forming an inactive complex with reduced cytochrome P-450: comparison with troleandomycin. Journal of Pharmacology and Experimental Therapeutics 221: 215-221, 1982

Pessayre D, Konstantinova-Mitcheva M, Descatoire V, Cobert C, Wandscheer JC, et al. Hypoactivity of cytochrome P-450 after triacetylolenadomicin administration. Biochemical Pharmacology 30: 559-564, 1981b

Peters DH, Clissold SP. Clarithromycin: a review of its antimicrobial activity, pharmacokinetic properties and therapeutic potential. Drugs 44: 117-164, 1992

Prokesch RC, Hand WL. Antibiotic entry into human polymorphonuclear leukocytes. Antimicrobial Agents and Chemotherapy 21: 373-380, 1982

Ridgway GL, Mumtaz G, Fenelon L. The in vitro activity of clarithromycin and other macrolides against the type strain of *Chlamydia penumoniae* (TWAR). Journal of Antimicrobial Chemotherapy 27 (Suppl. A): 43-45, 1991

Rolston K, Gooch G, Ho P. In vitro activity of clarithromycin (A-56268; TE-031) against Gram-positive bacteria. Correspondence. Journal of Antimicrobial Chemotherapy 23: 455-457, 1989

Ruf B, Shurmann D, Mauch H, Fehrenbach FJ, Pohle HD, et al. Efficacy of clarithromycin (A-56268) in the acute and maintenance treatment of *Mycobacterium avium*-intracellulare infection in HIV-infected patients. Mikrobiologie und Hygene. American Review of Respiratory Disease 143: A116, 1991

Saito A, Shimada J, Ohmori M, Shiba K, Yamaji T, et al. Clinical studies on TE-031 (A-56268). Chemotherapy 36 (Suppl. 3): 576-585, 1988

Sasaki J, Morishima T, Sakamoto H, Takai H, Ikeshima K, et al. Clinical evaluation of clarithromycin in treatment of acute dental infections. Japanese Journal of Antibiotics 42: 983-1013, 1989

Scaglione F. Comparison of the clinical and bacteriological efficacy of clarithromycin and erythromycin in the treatment of Streptococcal pharingitis. Current Medical Research and Opinion 12: 25-33, 1990

Scaglione F, Dugnani S, Demartini G, Saudelli M, Galmozzi G, et al. Postantibiotic effect (PAE) of clarithromycin (CLAR) and its 14-OH metabolite. Abstract no. 131. 1st International Conference on the Macrolides, Azalides and Streptogramins. Santa Fé, NM, January 22-25, 1992

Scaglione F, Fraschini F. Distribution of clarithromycin (CLAR) and its metabolite (14-OH) in therapeutically relevant respiratory tract tissues and fluids. 1st International Conference on the Macrolides, Azalides and Streptogramins. Santa Fé, NM, January 22-25, 1992

Sefton AM, Maskell JP, Yong FJ, Laws KS, Bunnell ST, et al. Comparative in vitro activity of A-56268. European Journal of Clinical Microbiology and Infectious Diseases 7: 798-802, 1988

Sennello LT, Chu S-Y, Wilson DS, et al. Single dose pharmacokinetics of Abbott 56268 (TE-031) after oral dosing. 26th Interscience Conference on Antimicrobial Agents and Chemotherapy, New Orleans, 28 September-1 October, 1986. Abstract no. 419, American Society for Microbiology, Washington, DC, 1986

Shigeoka H, Kosaka H, Kuwahara K, Kamei R, Takii M. Pharmacokinetic and clinical studies on TE-031 (A-56268). Chemotherapy 36 (Suppl. 3): 679-686, 1988

Shiiki K, Yamane N. Basic study on TE-031 (A-56268). Chemotherapy 36 (Suppl. 3): 511-514, 1988

Straneo G, Scarpazza G. Efficacy and safety of clarithromycin versus josamycin in the treatment of hospitalized patients with bacterial pneumonia. Journal of International Medical Research 18: 164-170, 1990

Sullivan MC, Quintiliani R, Nightingale CH. Antibiotic pharmacokinetics in the respiratory tract. 16th International Congress of Chemotherapy, Jerusalem, Israel, June 13, 1989. Abstracts book, p. 20, 1989

Suwa T, Yoshida H, Kohno Y, Yoshitomi S, Ohta K. Metabolic fate of TE-031 (A-56268) III: absorption, distribution and excretion of 14C-TE-031 in rats, mice and dogs. Chemotherapy 36: 213-226, 1988a

Suwa T, Yoshida H, Fukushima K, Nagate T. Metabolic fate of TE-031 (A-56268) I: comparative pharmacokinetics of TE-031 and erythromycin stearate in rats and mice. Chemotherapy 36: 198-204, 1988b

Takii M, Shigeoka H, Ibaragi K, Kuwahara K, Kohno K. Pharmacokinetic study on TE-031 (A-56268) in subjects with various degrees of renal dysfunction. Chemotherapy 37: 15-21, 1989

Tinel M, Descatoire V, Larrey D, Loeper J, Labbe G, et al. Effects of clarithromycin on cytochrome P-450. Comparison with other macrolides. Journal of Pharmacology and Experimental Therapeutics 250: 746-751, 1989

Vogel F. Efficacy and tollerability of clarithromycin in the short-course treatment of acute respiratory tract infections. Drug Investigation 3: 205-209, 1991

Wollmer P, Pride NB, Rhodes CG, Sanders A, Pike VW, et al. Measurement of pulmonary erythromycin concentration in patients with lobar pneumonia by means of positron tomography. Lancet 2: 1361-1364, 1982

Wrighton SA, Maurel P, Schuetz EG, Watkins PB, Young B, et al. Identification of the cytochrome P-450 induced by macrolide antibiotics in rat liver as the glucocorticoid responsive cytochrome P-450p. Biochemistry 24: 2171-2178, 1985

Yoshii T, Motoji S, Nakasuji K, Ichii M, Kobayashi S, et al. Basic study on TE-031 (A-56268) in oral surgery. Chemotherapy 37: 1085-1089, 1989

Correspondence and reprints: Professor *Franco Fraschini*, Department of Pharmacology, Via Vanvitelli 32, 20129 Milano, Italy.

# EXHIBIT 43

**Highly Confidential – Filed Under Seal Pursuant to Protective Order**

# EXHIBIT 44

**Highly Confidential – Filed Under Seal Pursuant to Protective Order**

# EXHIBIT 45

**Highly Confidential – Filed Under Seal Pursuant to Protective Order**

# EXHIBIT 46

**Highly Confidential – Filed Under Seal Pursuant to Protective Order**