**INDEX OF EXHIBITS TO THE REDACTED VERSION OF THE EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF PROFESSOR STANLEY S. DAVIS, Ph.D., D.Sc., IN SUPPORT OF ABBOTT LABORATORIES' MOTION FOR SUMMARY JUDGMENT**

1.     List of Materials Reviewed

2.     Excerpts from the Declaration Of Professor Stanley S. Davis, Ph.D., D.Sc., In Support Of Abbott Laboratories' Motion For A Preliminary Injunction, filed on January 10, 2007  (filed separately under seal)

3.     Excerpts from the Expert Report of  Professor Stanley S. Davis, Ph.D., D.Sc. (February 27, 2007) (filed separately under seal)

4.     U.S. Patent No. 4,876,094

5.     U.S. Patent No. 4,717,713

6.     Excerpts from the May 30, 2007 Deposition of Professor Stanley S. Davis, Ph.D., D.Sc. (filed separately under seal)

7.     Rowe, et al., Handbook of Pharmaceutical Excipients, Glyceryl Behenate (4th Ed.)

8.     Appendix C from the Prosecution History of U.S. Patent No. 6,872,407

9.     Excerpts from Eon Pharma Laboratory Notebook (Data regarding Clarithromycin (500 mg) Extended Release Tablets) (filed separately under seal)

10.     Excerpts from Eon Labs Analytical Research and Development Request for Analysis Data (filed separately under seal)

11.     Excerpt from Merriam-Webster's Collegiate Dictionary 717 (10th ed. 1995)

12.     John N. Staniforth, et al., *TIMERx Oral Controlled-Release Drug Delivery System*, Modified-Release Drug Delivery Technology 11 (Michael J. Ratobone et al. eds. 2003)

13.     U.S. Patent No. 4,540,602

# EXHIBIT 1

**Exhibit 1 – Stanley S. Davis Supplemental Declaration in Support of Motion for Summary Judgment- List of Materials Reviewed**

1. Portions of the Jan. 10, 2007, Declaration of Stanley Davis in Support of Abbott's Motion for Preliminary injunction

2. Portions of the Feb. 27, 2007, Expert Report of Stanley Davis

3. U.S. Pat No. 4,876,094

4. U.S. Pat No. 4,717,713

5. May 30, 2007 Deposition of Stanley Davis

6. *Handbook of Pharmaceutical Excipients* 260-261 (Rowe, et al., eds. 4th ed. 2003)

7. ABBOTT066601 - 066607 Appendix C from '407 Prosecution History showing Biaxin® Formulation

8. Excerpts from Eon Pharma laboratory notebook SANDOZ10793-95

9. Eon Pharma laboratory data SANDOZ10089-90

10. Excerpt from Webster's Dictionary re "Matrix"

11. Declaration of Walter Chambliss in Support of Sandoz's Opposition to Abbott's Motion for Summary Judgment

12. Sandoz's Opposition Brief to Abbott's Motion for Summary Judgment

13. Sandoz's Separate Statement of Facts in Support of its Opposition to Abbott's Motion for Summary Judgment

14. Sandoz's Responses to Abbott's Separate Statement of Facts in Support of Motion for Summary Judgement

15. John Staniforth et al, *TimerX Oral Controlled-Release Drug Delivery System*, Modified Release Drug Delivery Technology 11 (Michael J. Rathbone et al ed. 2003

16. U.S. Patent No. 4,540,602

# EXHIBIT 2

**Highly Confidential – Filed Under Seal Pursuant to Protective Order**

# EXHIBIT 3

**Highly Confidential – Filed Under Seal Pursuant to Protective Order**

# EXHIBIT 4

# United States Patent [19]

## Benton et al.

[11] **Patent Number:** **4,876,094**

[45] **Date of Patent:** **Oct. 24, 1989**

[54] **CONTROLLED RELEASE LIQUID DOSAGE FORMULATION**

[75] Inventors: **Ben F. Benton**, Centerburg; **David L. Gardner**, Bellville, both of Ohio

[73] Assignee: **Battelle Development Corporation**, Columbus, Ohio

[21] Appl. No.: **884,167**

[22] Filed: **Jul. 14, 1986**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 570,469, Jan. 13, 1984, abandoned.

[51] **Int. Cl.$^4$** ............................................. **A61K 47/00**

[52] **U.S. Cl.** ........................................ **424/491; 426/472**

[58] **Field of Search** ......................... 424/491, 460, 469

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,739,167 | 3/1956 | Conn | 424/491 |
| 2,805,977 | 8/1957 | Robinson et al. | 424/499 |
| 2,937,091 | 5/1960 | Rosenberg | 424/491 |
| 2,973,266 | 2/1961 | Rosenberg | 424/491 |
| 3,109,775 | 11/1963 | Shepard et al. | 424/499 |
| 3,116,206 | 12/1963 | Brynko et al. | 424/491 |
| 3,371,015 | 2/1968 | Sjorgren et al. | 424/499 |
| 4,432,966 | 2/1984 | Zectoun et al. | 424/491 |
| 4,695,467 | 9/1987 | Uemura et al. | 424/489 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 931149 | 7/1963 | United Kingdom . | |

*Primary Examiner*—Thurman K. Page
*Assistant Examiner*—Leon R. Horne
*Attorney, Agent, or Firm*—Barry S. Bissell

[57] **ABSTRACT**

A liquid dual coated dosage formulation sustained release pharmaceutic having substantial shelf life prior to ingestion is disclosed. A dual coating is applied over controlled release cores to form dosage forms and the coatings comprise fats melting at less than approximately 101° F. overcoated with cellulose acetate phthalate or zein. The dual coated dosage forms are dispersed in a sugar based acidic liquid carrier such as high fructose corn syrup and display a shelf life of up to approximately at least 45 days while still retaining their release profiles following ingestion. Cellulose acetate phthalate coated dosage form cores can in addition be dispersed in aqueous liquids of pH <5.

**4 Claims, 1 Drawing Sheet**





FIG. 1

FIG. 2

4,876,094

1

## CONTROLLED RELEASE LIQUID DOSAGE FORMULATION

This application is a continuation-in-part of U.S. Ser. No. 570,469 filed Jan. 13, 1984; abandoned.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

This invention relates to controlled release pharmaceuticals, specifically dual-coated controlled release dosage form cores as a liquid dosage formulation which have substantial shelf life. More particularly, this invention relates to and discloses liquid suspensions of dual coated dosage forms that retain their controlled release characteristics following ingestion even though dispersed in a liquid medium for a significant period of time prior to use.

#### 2. Description of the Prior Art

Controlled release dosage form cores of medication are well known in the art. Some such medications are prepared as tablets in the form of a therapeutically active core coated with various thicknesses of ingestible materials. Other time release medications take the form of an innocuous core coated with alternating layers of therapeutically active materials and inactive ingestible materials. More recently microcapsules or microspheres, with selected proportions of the microcapsules/microspheres having coatings of differing permeabilities or solubilities, have been placed in conventional gelatin capsules to yield controlled release dosage forms.

Almost all controlled release pharmaceutical dosage form cores to date are solids in the form of tablets, capsules, matrix beads/microspheres and reservoir-type tablets. These dosage form cores are not always advantageous such as for administering time release drugs to very young children or to very old individuals having difficulty swallowing. An easily prepared and versatile liquid controlled release formulation for delivery of a pharmaceutical, especially one which could be prepackaged, would be a significant advancement.

U.S. Pat. No. 2,805,977 (Robinson) discloses a liquid dosage enteric preparation, however, the Robinson formulation does not teach of any formulation having any shelf life prior to administration. Robinson also does not disclose the use of the dual coating of the resent invention so as to yield a liquid suspension of controlled release dosage forms that retains its controlled release characteristics even though dispersed in a liquid medium for a significant period of time prior to use.

### DEFINITIONS

"Dosage form" refers to a dual coated core, specifically a core matrix tablet, microcapsule, or matrix bead (also called a microsphere) of less than 1400 microns diameter, comprising a binding material and a contained therapeutically active compound, more particularly is defined as referring to a solid core or housing vehicle containing a therapeutically active compound and exhibiting controlled release characteristics. Over this core, dual coatings are applied. The dual coated core shall be referred to as a dosage form.

"Dosage form cores" refers to cores before application of the dual coatings of the invention.

"Controlled release" is understood to mean release, preferably uniform release, of the active compound

2

over a span of time, thus would encompass such terms as time-release, delayed release, and sustained release.

"Dosage formulation" is defined as referring to the combination of the dual coated dosage form cores and liquid carrier in which the dual coated dosage form cores are dispersed.

A liquid formulation of dual coated dosage form cores following the above definitions, comprises dosage form cores such as matrix beads/microspheres (which can be time release or controlled release devices) containing a therapeutically active compound over which there are applied two unique coatings. These two coatings enable dispersion of the coated dosage form cores in a liquid carrier by imparting stability to the dosage form cores such that no release of therapeutic compounds occurs in an acid liquid carrier over days of exposure; however, a normal release profile of the active therapeutic material is expressed upon changing the dispersion environment of the dual coated dosage form cores to alkaline.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a release profile of a Vitamin C dosage form core (microsphere) overcoated with dual coatings according to the invention, namely a fat, 15% by weight, followed by zein, 10% by weight.

FIG. 2 is a release profile of a Vitamin C dosage form core (microsphere) overcoated with dual coatings according to the invention, namely cocoa butter, 7.5% by weight, followed by cellulose acetate phthalate, 10% by weight.

### SUMMARY OF THE INVENTION

It is an object of the present invention to provide a liquid controlled release dosage formulation, especially for pharmaceuticals.

It is an object of this invention to provide a liquid suspension of dual-coated controlled release dosage form cores that retain their controlled release characteristics even though dispersed in a liquid medium for a significant period of time prior to use.

It is a further object of this invention to provide such dual-coated controlled release dosage form cores as an easily prepared and versatile liquid controlled release dosage formulation.

The present invention relates to and discloses compositions for making liquid suspensions of controlled release dosage forms of therapeutically active compounds that retain their controlled release characteristics even though dispersed in a liquid medium for a significant period of time prior to use.

The present invention can be applied to and successfully used with any solid controlled release dosage form core to convert it into a liquid dosage formulation having significant shelf life while still retaining an acceptable controlled release profile upon ingestion.

To achieve what would be considered an easily swallowed liquid formulation, dosage form cores such as microspheres/matrix beads are preferably extremely small such that a suspension is directly formed or upon simple agitation. A formulation akin to a colloidal dispersion is advantageous. A true colloid however is not necessarily formed by the invention since settling of particulate-like dual coated dosage form cores is tolerable as they can be readily agitated to bring about suspension just prior to ingestion. Higher viscosity carrier liquids reduce the rate of settling. Fluids with viscosities similar to corn syrup are preferred.

4,876,094

**3**

The present invention discloses use of a unique combination dual coating of fats overcoated with cellulose acetate phthalate or zein and a liquid carrier for achieving a versatile liquid controlled release dosage formulation having substantial shelf life prior to ingestion.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention is a controlled release liquid dosage formulation for pharmaceuticals. The present invention discloses use of a unique combination of dual coatings of controlled release type dosage form cores in combination with a liquid carrier. Suitable controlled release type dosage form cores useful in the practice of the present invention include controlled-release matrix beads/microspheres.

The cores used in the invention, matrix bead/microspheres, typically are formed of a binder which is an ingestible material such as a soluble polymer or porous insoluble polymer or a wax such as beeswax which is intimately mixed with the therapeutically active compound.

The ingestible materials useful as the binder are those conventionally employed and include methyl and ethyl cellulose, cellulose acetate and phthalate, shellac, castor oil and hydrogenated castor oil, waxes such as beeswax, carnauba wax, candelilla wax, Japan wax, paraffin, bayberry wax, higher fatty acids, esters of fatty acids such as glyceryl tristearate, cetyl palmitate, diglycol stearate, glyceryl myristate, triethylene glycol monostearate, higher fatty alcohols such as cetyl alcohol and stearyl alcohol, and high molecular weight polyethylene glycols such as the carbowaxes, polyethylene glycol monostearate, polyethylene glycol distearate, polyoxyethylene stearate, glyceryl monostearates and mixtures thereof. The ingestible material is ordinarily intimately admixed with finely divided therapeutically active material while the former is at least partially dissolved in an organic solvent such as methyl alcohol, isopropyl alcohol, carbon tetrachloride, chloroform, or acetone, and or thermally liquified. The proportion of therapeutically active compound in relation to binder often is paramountly dictated by the potency of the therapeutically active compound. The binder can comprise as little as 5 or 10% of the core to better than 90% of the core.

Alternative to a homogeneous mixture, a matrix bead/microsphere can be a core mixture of larger fragments of therapeutically active compound together with binder. In another variation, the binder can envelop a fragment of therapeutically active substance forming a microsphere which is essentially a microcapsule. Assorted and various matrix bead and microsphere configurations are in commercial production and are suitable (provided they do not substantially exceed 1400 micron diameter) for dual coating according to the invention to yield a controlled release liquid formulation. It is not a purpose of the invention to disclose a new core.

The invention essentially provides a delivery vehicle and does not appreciably alter the core coated, thus any commercially available core i.e., matrix bead/microsphere would be expected to function in the invention. In fact, in the examples, the invention is illustrated functional with randomly selected cores purchased from different suppliers.

The dosage form cores such as microspheres or matrix beads are coated with two unique materials. The

**4**

first coating is with a hydrophobic, fat having a melting point of approximately 101° F. or lower such that the coating would be softened and almost liquid or rendered permeable following ingestion. The first coating fat should be ingestible, meaning safe to consume and digestible and have a melting point of less than 101° F. The first coating fat preferably is comprised of glycerides composed of fatty acids of from 3 to 22 carbons, with said glycerides or blends of glycerides having a melting point of 101° F. or less. It is to be understood by those skilled in the art that most fats or glycerides include minor quantities of sterols, hydrocarbons, tocopherols and other nonglyceride constituents. The fats or glycerides can include mono-, di-, or triglycerides. The first coating fat can for example be a hard butter such as theobroma or cocoa butter having a melting point of 86°–95° F., or partially hydrogenated cottonseed and/or soybean vegetable oil such as Kaomel ® (Durkee) which has a Wiley melting point of 97°–101° F. Also useful for the first coatings fat are: animal fat, vegetable fat, tallow, shortening, lard, partially hydrogenated vegetable oils, butterfat, or margarine.

It is to be understood that melting point is an approximate term when applied to fats, since these materials melt over a range of temperature. A useful vegetable oil, such as coconut oil, melts at from 21°–25° C. (70°–77° F.).

Melt point determination techniques have been established by the Fat Analysis Committee of the American Oil Chemists' Society such as AOCS Method Cc 2-38 Wiley Melting Point and AOCS Method Cc 3-25 incorporated herein by specific reference.

Over the first coating, an overcoat or second coating is provided which is: (1) amenable to being rendered permeable in early portions of the gastrointestinal tract, preferably within approximately the first hour of entering the gastrointestinal tract; and (2) able to prevent agglomeration or clumping of the coated matrix beads/microspheres.

It is this combination of coatings (first and second overcoating of the microspheres) which permit the dosage form to be successfully placed in a liquid carrier vehicle for at least 45 days prior to ingestion. This combination of dual coatings also helps maintain dispersibility of the dosage forms while physically retaining the therapeutically active compound or active drug within the dosage form prior to actual ingestion of the liquid dosage formulation.

Compounds useful for the second coating or overcoating are zein and cellulose acetate phthalate.

The second coating is nonsoluble in the carrier liquid, but is rendered permeable in the gastrointestinal tract. The second coating is rendered permeable by the action of the slightly acidic or alkaline intestinal fluids, pH > 5.5. The above named second coatings are pH sensitive, meaning soluble in only a limited range of pH i.e., essentially alkaline soluble in the GI tract.

Any common plasticizer such as diethyl phthalate, tributyl citrate, tributyrin, triacetin, castor oil, partially or fully acetylated monoglycerides or butyl phthalyl butyl glycolate can also optionally be employed in either or both coatings to impart flexibility to the coating.

The dual coated microspheres, i.e., dual coated controlled release dosage forms of the invention, can then be dispersed in the acidic carrier or delivery liquid medium days in advance of ingestion.

The carrier liquid is an aqueous solution of a sugar and should be viscous meaning having a thickness

4,876,094

5

greater or higher than that of water. The carrier liquid should have a pH < 5. If addition of acid such as vinegar is necessary to bring the pH below 5, buffering such as with a phosphate buffer would be appropriate. Most sugars though are naturally acidic.

Sugar refers to nutritive sweeteners and includes the commonly understood sugars of the sweetener industry including honey, cane sugar, beet sugar, maple sugar, and corn sugars or corn syrups. Chemically sugars are saccharides which can, for convenience, be further classed as mono-, di-, oligo, or poly-saccharides. Principal constituents of industrial sugars are sucrose, corn syrup, maltodextrins, glucose, dextrose, fructose, or levulose and lactose. For purposes of this invention, the term sugar includes the reduced sugars such as mannitol, sorbitol or ribitol in which the aldehyde or ketone function is reduced to the alcohol level of oxidation. The sugar syrups optionally can be flavored.

In the preferred embodiment, high fructose corn syrup was found to be a particularly suitable carrier liquid as such syrup has only approximately 30% water and is naturally acidic.

The differences between high fructose corn syrup (HFCS) and other corn syrups is in the pattern of carbohydrate distribution. Corn syrups generally contain no fructose. HFCS, as the name implies, contains this sugar. HFCS is typically 50% dextrose, 42% fructose and other saccharides at 8% on a dry weight basis. To raise the sweetness level, there is a trend in the industry to higher percentages of fructose in the syrup with a consequent reduction in dextrose and other saccharides. Corn syrups and high fructose corn syrups and the industry are further described at length in Pancoast, Harry M.; Junk, W. Ray; *Handbook of Sugars, Second Ed.*, AVI Publishing Co., Westport, Conn., 1980 particularly Chapters 8–10, pages 147–255 incorporated herein by specific reference.

Sugar solutions and sugar syrups as the carrier liquid limit the available water and also act as a preservative.

In the case of cellulose acetate phthalate as the second coating, the carrier aqueous liquid of pH < 5 can, in addition, include aqueous liquids other than aqueous solution of sugars. For example, with CAP, aqueous phosphate buffer solutions of pH 4.5 were found to be useful. Such solutions did not work with zein (dumping of therapeutic compound occurred) absent the presence of sugars.

The present invention provides an improved delivery vehicle for controlled release dosage form, cores i.e., dual coated matrix beads/microspheres, by enabling preparing of liquid formulations of such dosage forms having a substantial shelf life. Dual coated microspheres/matrix beads are preferred dosage forms, especially in the size range of 15–300 microns. Sizes up to 1600 microns (1400 micron cores before dual coating) can also be used if settling can be tolerated. With applications for young children, more viscous carrier liquids would be preferred to minimize settling of dosage forms providing uniformity of dosages.

Controlled release dosage form cores (microspheres/matrix beads) useful for the purposes of being dual coated according to the invention, can be prepared by any of several known microencapsulation processes including pan coating, prilling, granulation fluidization processes, pressing through fine mesh screens and other processes.

Commercially available microspheres or matrix beads can be used.

6

Dosage form cores of matrix beads/microspheres are illustrated by such U.S. patents as Raghunathan U.S. Pat. Nos. 4,221,778; Berger 3,344,029; Ogawa et.al. 4,261,970; and Bardani 2,928,770.

The advantage of the present invention is that it enables the dosage forms to be formulated as a stable liquid dispersion not releasing therapeutic compound for days. Only after ingestion is the original release profile of the dosage form core expressed.

The cores such as matrix beads/microspheres can be coated by any of the coating techniques known in the art including fluidized bed processes (see for example U.S. Pat. No. 4,117,801), emulsion techniques, spray coating, dipping or rolling.

Each coating of the two coatings applied to the matrix bead/microsphere should be not more than 100 microns in thickness.

The preferred dual coatings comprise a first coating of fat at 4.8 to 17.7% by weight (100 microns or less in thickness) followed by a coating of zein or cellulose acetate phthalate at 2.3 to 10% by weight (also 100 microns or less in thickness). The percentages by weight are based on the weight of the total dual coated dosage form core.

This invention is particularly suitable for controlled release microspheres packageable and administrable in a liquid formulation intended for young children or the elderly.

The liquid suspension of dual coated controlled release dosage form cores according to this invention can be prepared in advance as a liquid formulation in many cases as early as 45 days or sooner before the intended day of administration of the liquid formulation. Upon ingestion of the liquid dosage formulation, the controlled release characteristics of the dual coated dosage form cores are expressed with active drug release commencing in the upper gastrointestinal tract and active drug release continuing at a uniform rate thereafter for at least 8–12 or to 24 hours.

The controlled release liquid dosage formulations of the present invention are particularly suitable for dosage form cores (microspheres) containing theophylline or Vitamin C. It is expected the invention will work equally as well for dimethylxanthine, antihistamines, cold formulations, analgesics, amino acid supplements, vitamins, geriatric drugs such as sleeping aids and blood pressure regulators, antidepressants such as lithium chloride, also potassium salts, and alkaloids such as caffeine and codeine.

The following examples serve to illustrate the invention, however, the invention is not to be construed as limited thereto.

## EXAMPLE 1

Theophylline was selected as the drug to illustrate the dual coated dosage form core and liquid dosage formulation of the present invention. Theophylline was selected to illustrate the scope of the invention since a suitable liquid dosage formulation, especially one in which theophylline is the therapeutically active compound, must satisfy a particularly rigid controlled-release profile.

Theophylline is a representative alkaloid drug. It is isomeric with dimethylxanthine and the common alkaloid, caffeine, differs from theophylline by one less methyl group. Theophylline, typical of alkaloids, is bitter.

4,876,094

<table>
<tr><td>7</td><td>8</td></tr>
</table>

Theophylline is used as an antiasthmatic but it has an unpleasant taste and requires careful dose measurement and administration to maintain therapeutic serum concentrations. Especially with young children, the now required every 4–6 hour round-the-clock dosing levels of theophylline are difficult to administer and maintain. Children often dislike the taste.

It is held by some in the field that theophylline is a tissue irritant and thus is preferred to be administered in an enteric release form.

Thus, the preferred controlled release liquid dosage formulation containing theophylline according to this invention should satisfy the rigid criteria of:

1. withhold release of the active compound to the carrier liquid when stored as a liquid formulation so as to have significant shelf life, preferably at least 35 days;

2. begin release of the active compound approximately one hour after entering the gastrointestinal tract;

3. continue uniform sustained release of the active drug for at least 8 to 24 hours.

The liquid dosage formulation of the present invention would be particularly advantageous for the administration of theophylline. A liquid dosage formulation sustaining theophylline release up to 12 or 24 hours according to this invention would be particularly beneficial to asthmatic children, would be easy to administer because of the liquid carrier and its masking of the unpleasant taste, and would require less frequent administration.

With a stable shelf life in excess of 35 days, the pre-mixed liquid dosage formulation would be practical for dispensing by pharmacies.

Examples of five commercially available controlled release type dosage form cores are illustrated below. The active drug is theophylline.

1. Aerolate ®, 1, 2 and 4 grain capsules (Flemming and Company, St. Louis, Mo.).

2. Theo-Dur ®, 100, 200 and 300 mg scored tablets (Key Pharmaceuticals, Inc., Miami Fla.).

3. Theo-Dur Sprinkle ® milligram strength microspheres, 50, 75, 125 and 200 mg strengths (Key Pharmaceuticals, Inc., Miami, Fla.).

4. Slo-Phylline Gyrocaps ®, 60, 125 and 250 mg capsules (Dooner Laboratories, Inc., Haverhill, Mass.).

5. Sustaire ® tablet (Roerig, Division of Pfizer, Inc., New York, N.Y.).

Based upon the release profile of these sustained release type products, the Theo-Dur ® scored tablets and Slo-Phylline Gyrocaps ® when placed into applesauce exemplify the typical "liquid dosage formulation" available today. Tested for release of theophylline via serum levels it was found that after one hour, the Theo-Dur ® scored tablets had released 10% of their theophylline and the Slo-Phylline Gyrocaps ® had released 80% of their theophylline. The typical controlled release dosage form available today does not have any significant shelf life in an aqueous based carrier fluid since appreciable release proceeds from the initial time of dispersion in the carrier liquid.

## SOURCE OF TYPICAL CONTROLLED RELEASE TEST

Typical sustained release in the form of spherical beads or microspheres are readily obtained from commercial sources In this case, matrix beads/microspheres employing a wax matrix (600–800 micron diameter) were obtained from Central Pharmaceuticals, Inc.,

110-128 E. Third Street, Seymour, Ind. The following analysis was provided:

### TABLE 1

Product 48.15% theophylline anhydrous sustained release beads

| Analyzed For | Label Claim | Found | % of Claim |
|---|---|---|---|
| Theophylline Anhydrous | 48.15% | 49.4% | 102.6% |

Release Rate: Method - USP dissolution apparatus 2 operated at 50 RPM

Released in:

| | | Limits |
|---|---|---|
| 1 hour | 10.1% | 5.0–20.0% |
| 2 hours | 27.9% | 20.0–40.0% |
| 4 hours | 61.0% | 50.0–85.0% |
| 6 hours | 79.3% | NLT 65.0% |
| 8 hours | 89.1% | NLT 85.0% |

## PROCESS FOR COATING CONTROLLED RELEASE TEST DOSAGE FORMS

In a fluidized bed process the above mentioned controlled release test dosage form cores in the form of spherical matrix beads/microspheres containing theophylline were sprayed with a solvent solution of Kaomel ® (Durkee) which is a partially hydrogenated cottonseed and soybean vegetable oil. This oil has a Wiley melting point of 97°–101° F. and solid fat index (SFI) values as follows: 50° F.=69% min; 70° F.=54% min; 80° F.=53% min; 92° F.=22% min; 100° F.=5% max.

The Kaomel ® coated beads were then further coated either with zein or cellulose acetate phthalate (CAP). A plasticizer was included to enhance the coating properties of the zein and CAP. With zein, the plasticizer used was Myvacet ® (Eastman Kodak) a distilled acetylated monoglyceride. With cellulose acetate phthalate, a butyl phthalyl-butyl glycolate liquid sold as Sanitizer ® (Pfizer) was used as a plasticizer.

The following types of single and dual coated dosage forms were prepared for testing (all percents given are by weight).

### TABLE 2

#1 - uncoated dosage form core (matrix bead/microsphere from Central Pharmaceuticals, Inc.)

#2 - dosage form core coated with 17.7% Kaomel ®

#3 - dosage form core coated with 17.7% Kaomel ® followed by 4.33% cellulose acetate phthalate

#4 - dosage form core coated with 17.7% Kaomel ® followed by 4.33% cellulose acetate phthalate containing 1.7% plasticizer

#5 - dosage form core coated with 17.7% Kaomel followed by 4.0% zein containing 0.9% plasticizer

#6 - dosage form core coated with 17.7% Kaomel ® followed by 2.2% zein containing 0.9% plasticizer

#7 - dosage form core coated with 4.76% Kaomel ® followed by 2.37% cellulose acetate phthalate containing 1.0% plasticizer

#8 - dosage form core coated with 4.78% cellulose acetate phthalate containing 1.92% plasticizer

#9 - dosage form core coated with 2.41% cellulose acetate phthalate containing 0.97% plasticizer

#10 - dosage form core coated with 4.76% Kaomel ®

All percentages are on the basis of total weight of coated dosage form

Four release tests (A thru D below) were designed to assess release characteristics of the various coated and uncoated dosage form cores.

4,876,094

9

## ASSESSMENT OF RELEASE TO LIQUID CARRIER

(A) dosage form placed in a high fructose corn syrup solution and theophylline release determined after 7 or 14 days.

(B) dosage form placed in a phosphate buffer (pH 6.0) and release of theophylline determined after 1, 3 and 7 days.

(C) dosage form placed in a phosphate buffer (pH ~4.5) and release of theophylline determined after 1, 3 and 7 days.

## ASSESSMENT OF RELEASE PROFILE IN GASTROINTESTINAL TRACT

(D) dosage form placed in simulated gastric fluid (pH 1.2) for one hour, followed by placement in simulated intestinal fluid (pH 7.5) over the next 7 hours. Theophylline release was determined at 1, 2, 3, 4, 5, 6 and 8 hours.

In conducting the (B) and (C) in vitro release studies, approximately 100 milligrams of selected dosage form were placed in a test tube containing 10 ml of the phosphate buffer (either pH 6.0 or pH 4.5) test solution. These studies were conducted at ambient temperature with the test tube contents mixed via a Lab Quake test tube rotator. At predetermined times, the test solution was drawn off. Fresh test solution was then added back to the test tube. The procedure of drawing off the test solution was performed on days 1, 3 and 7. The test solutions removed on days 1, 3 and 7 were filtered and refrigerated until assayed for theophylline.

In conducting the (A) in vitro release study, the principal difference was that high fructose corn syrup (HFCS, Corn Sweet ® 42, Archer Daniels Midland Co.) was substituted as the test solution for the phosphate buffer. Other aspects of this in vitro release study were similar to those described for (B) and (C).

The (D) in vitro release study was similar to the (B) and (C) in vitro release studies with the exception of duration, temperature and test solution. All (D) in vitro release studies were conducted at 37 C by placing the test tubes on the Lab Quake rotator in a thermostatistically-controlled oven. The test solution for this in vitro release study was a simulated gastric fluid during the first hour followed by a simulated intestinal fluid.

The simulated gastric fluid was prepared as follows:

2.0 g of sodium chloride and 3.2 g of pepsin was dissolved in 7.0 ml of hydrochloric acid and sufficient

10

water to make a 1000 ml solution. This test solution has a pH of about 1.2.

The simulated intestinal fluid was prepared as follows:

6.8 g of monobasic potassium phosphate was dissolved in 250 ml of water. With stirring, 190 ml of 0.2 N sodium hydroxide was added along with 400 ml of water. 10 g of pancreatin was then added with stirring. The pH of the resulting solution was adjusted to a pH of 7.5±0.1 by the addition of 0.2N sodium hydroxide, then the solution was diluted with water to 1000 ml.

Theophylline release in the simulated gastric fluid test solution, followed by simulated intestinal fluid test solution, was determined at the end of 1, 2, 3, 4, 5, 6 and 8 hours.

In all the in vitro release studies, A through D, theophylline was assayed by a reverse phase high pressure liquid chromatography (HPLC) technique as set forth by L.C. Franconi et. al., "Determination of Theophylline in Plasma Ultrafiltrate by Reversed Phase High Pressure Liquid Chromatography", Anal Chem., 48: 372, 1976.

The results of the (A) in vitro release study (Table 3) show that when the dosage form is placed in high fructose corn syrup, HFCS, an acidic environment, several dosage forms show extremely low levels of theophylline release In particular, type #4 dosage form released only 0.2 percent of the available theophylline over a 14-day period. The uncoated dosage form under these same conditions and duration released 14.8% of the available theophylline. Another four types #'s 5, 7, 8 and 10 exhibited less than 1 percent release after 7 days. The reduced amount of theophylline released is due primarily to the coatings placed over the controlled release dosage forms. The low percentage of water in the HFCS, i.e., 29 percent, tends to further minimize the amount of theophylline which is released. Theophylline solubility in water=8.3 mg/ml. The results of the (B) and (C) in vitro release studies (Tables 4 and 5) verify the importance of the liquid carrier pH in which the dosage form will be eventually formulated. For instance, in Table 4, the lowest percentage of theophylline release from the #4 type dosage form was 47.1%. However, in Table 5, when this same type #4 dosage form was placed in an acidic environment (pH 4.5), the theophylline release had dropped to 1.8%. Additionally, the dosage form overcoated with Kaomel ®-CAP produced the least amount of theophylline release. The importance of these two coatings, i.e., Kaomel ® and CAP, is clearly established if compared with dosage form types #8 and #9 (See Table 5).

### TABLE 3

Results of In Vitro Release Study (A)
High Fructose Corn Syrup Solution (HFCS)

| Coating* | Prill Type (see Table 2) | Weight, mg | Available Theophylline, mg | Day (mg Theophylline Released) 7th day | Day (mg Theophylline Released) 14th day | Total Theophylline Released, mg | % of Available Theophylline Released |
|---|---|---|---|---|---|---|---|
| u | #1 | 102.3 | 50.5 | 6.85 | | 6.85 | 13.6 |
| k/c | #4 | 105.5 | 39.8 | 0.04 | 0.04 | 0.08 | 0.2 |
| u | #1 | 102.5 | 50.6 | 2.89 | 4.58 | 7.47 | 14.8 |
| u | #1 | 499.4 | 240.5 | 15.21 | | 15.21 | 6.2 |
| k | #10 | 525.0 | 240.2 | 1.84 | | 1.84 | 0.7 |
| c | #8 | 535.5 | 239.8 | 0.30 | | 0.30 | 0.1 |
| k/z | #5 | 630.4 | 224.6 | 1.63 | | 1.63 | 0.7 |

**11**                                                                                            **12**

## TABLE 3-continued

Results of In Vitro Release Study (A)
High Fructose Corn Syrup Solution (HFCS)

| Coating* | Prill Type (see Table 2) | Weight, mg | Available Theophylline, mg | Day (mg Theophylline Released) 7th day | Day (mg Theophylline Released) 14th day | Total Theophylline Released, mg | % of Available Theophylline Released |
|---|---|---|---|---|---|---|---|
| k/c | #7 | 540.2 | 238.0 | 1.04 | | 1.04 | 0.4 |

*u = uncoated
k = Kaomel ®
c = cellulose acetate pthalate
k/c = Kaomel ® overcoated with cellulose acetate pthalate
z = zein
k/z = Kaomel ® overcoated with zein

## TABLE 4

Results of In Vitro Release Study (B)
pH 6.0 Studies

| Coating | Type of Prill (Refer to Table 2) | Weight, mg | Day (mg Theophylline Released) 1 | Day (mg Theophylline Released) 3 | Day (mg Theophylline Released) 7 | Total Theophylline Released, mg | % of Available Theophylline Released |
|---|---|---|---|---|---|---|---|
| u | #1 | 102.5 | 27.8 | 12.6 | 0.7 | 41.1 | 81.1 |
| u | #1 | 102.2 | 20.6 | 5.9 | 0.3 | 26.7 | 52.9 |
| u | #1 | 103.8 | 26.9 | 8.0 | 0.6 | 35.5 | 69.1 |
| k | #2 | 103.5 | 0.7 | 4.5 | 11.6 | 16.8 | 39.8 |
| k | #2 | 103.7 | 1.6 | 3.6 | 8.9 | 14.1 | 33.4 |
| k/c | #3* | 102.9 | 19.0 | 1.9 | 0.0 | 20.9 | 41.1 |
| k/c | #3 | 103.9 | 4.7 | 6.9 | 25.2 | 36.7 | 91.8 |
| k/c | #4* | 103.3 | 18.4 | 6.9 | 0.5 | 25.8 | 61.3 |
| k/c | #4 | 103.3 | 0.3 | 3.4 | 14.6 | 18.3 | 47.1 |
| k/z | #5 | 106.6 | 0.1 | 0.6 | 10.3 | 11.0 | 26.6 |
| k/c | #7 | 106.1 | 10.7 | 24.8 | 4.0 | 39.6 | 82.2 |
| c | #8 | 105.2 | 26.8 | 9.9 | 0.5 | 37.2 | 76.6 |
| c | #9 | 106.1 | 25.5 | 9.8 | 0.8 | 36.0 | 71.2 |

*10 ml liters of Triton ® x-100 surfactant added to test solution. (Because of high levels of release on day 1, addition of surfactant to the carrier liquid is contra-indicated and therefore not prefered in this invention.)

## TABLE 5

Results of In Vitro Release Study (C)
pH 4.5 Studies

| Coating | Type of Prill (Refer to Table 2) | Weight, mg | Day (mg Theophylline Released) 1 | Day (mg Theophylline Released) 3 | Day (mg Theophylline Released) 7 | Total Theophylline Released, mg | % of Available Theophylline Released |
|---|---|---|---|---|---|---|---|
| k/c | #3 | 104.9 | 3.4 | 7.8 | 19.4 | 30.7 | 75.8 |
| k/c | #4 | 105.1 | 0.1 | 0.2 | 0.5 | 0.8 | 1.8 |
| k/z | #5 | 104.8 | 0.1 | 0.8 | 9.3 | 10.2 | 25.0 |
| k/z | #6 | 105.4 | 0.1 | 0.2 | 1.0 | 1.3 | 3.1 |
| k/c | #7 | 105.1 | 1.0 | 10.5 | 16.8 | 28.3 | 59.2 |
| c | #8 | 107.9 | 1.1 | 3.5 | 5.8 | 10.4 | 21.4 |
| c | #9 | 105.5 | 1.1 | 5.5 | 13.6 | 20.2 | 40.2 |

#3 - prills did not possess good morphology
#7 - both the Kaomel ®, CAP and plasticizer level were reduced as compared to #4

Since only a very small percentage of theophylline release had occurred over a 7 day period with the type #4 dosage form in an acidic environment, this same type dosage form was followed for 35 days in a pH 4.5 phosphate buffer solution In this study, the total theophylline released over a 35 day period was determined to be 5.85% (See Table 6). This figure is believed to be upwardly biased since the test solution was changed every 7 days with fresh test solution. This changing of solution increased the concentration gradient between the coated dosage forms and the liquid environment Absent the solution changing, the actual amount of theophylline released would approximate 1.3%. This is based upon the fact that the actual amount of theophylline released at the end of each 7 day period approximated 0.4–0.5 mg. The total amount of theophylline

originally available for release from the type #4 prill was 39.3 milligrams, i.e., 0.5÷39.3=1.3 percent.

This latter study represents a situation in which the medium is essentially 100% water. Thus, even under these severe test conditions, very little theophylline was released. Thus, the importance of these coatings, as they relate to the pH of the liquid environment, is demonstrated.

It can be seen from Table 7 that the dosage form overcoated with cellulose acetate phthalate alone does not yield an acceptable controlled release characteristic as such dosage forms release a high burst of theophylline release in the second hour of the test. The release rates of the CAP alone coated dosage forms was similar to that of the uncoated dosage forms. Kaomel ® alone as a coating was found to be unworkable, primarily because of problems of clumping or aggregation. This

4,876,094

**13**

clumping or aggregation was due to softening of the fat in the in vitro release studies conducted at 37° C.

### TABLE 6

Release of Theophylline From Dosage Form
Over a 35-Day Period
(pH 4.5 phosphate buffer solution)

| Coating | Type of Dosage Form (Refer to Table 2) | Weight | Days (mg Theophylline Released) 7 | 14 | 21 | 28 | 35 | Total Theophylline Released, mg | % |
|---|---|---|---|---|---|---|---|---|---|
| k/c | #4 | 104.2 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 2.3 | 5.9 |

### TABLE 7

Results of In Vitro (D) Release Study
(Synthetic Gastric Then Synthetic Intestinal Solution)

| Coating | Dosage Form Type (see Table 2) | Weight, mg | Hours (mg Theophylline Released) 1 | 2 | 3 | 4 | 5 | 6 | 8 | Total Theophylline Released, mg | % of Available Theophylline Released |
|---|---|---|---|---|---|---|---|---|---|---|---|
| u | #1 | 101.0 | 9.6 | 5.1 | 4.7 | 4.0 | 4.0 | 3.2 | 3.4 | 34.1 | 68.3 |
| (17.7%) k | #2 | 102.9 | 0.1 | 0.2 | 0.8 | 0.9 | 1.2 | 2.1 | 4.3 | 9.5 | 22.8 |
| k/c | #3 | 104.8 | 0.1 | 0.7 | 1.3 | 1.4 | 1.6 | 2.2 | 5.5 | 12.9 | 31.9 |
| k/c | #4 | 106.3 | 0.0 | 0.1 | 0.5 | 0.8 | 1.0 | 1.5 | 3.3 | 7.3 | 18.1 |
| k/z | #5 | 105.5 | 0.1 | 0.7 | 4.7 | 12.9 | 8.5 | 3.1 | 0.2 | 30.3 | 74.1 |
| k/z | #6 | 106.3 | 0.0 | 0.3 | 1.5 | 2.2 | 7.1 | 8.0 | 9.5 | 28.7 | 68.9 |
| (4.8%) k | #10 | 105.4 | 0.4 | 3.2 | 5.0 | 6.3 | 8.2 | 7.2 | 12.3 | 42.7 | 86.0 |
| k/c | #7 | 106.2 | 0.1 | 1.8 | 3.1 | 4.5 | 5.7 | 7.3 | 18.5 | 41.1 | 85.2 |
| c | #8 | 107.0 | 0.2 | 23.8 | 6.1 | 0.2 | 0.0 | 0.0 | 0.0 | 30.4 | 61.6 |
| c | #9 | 107.0 | 0.3 | 34.3 | 4.8 | 0.3 | 0.0 | 0.0 | 0.0 | 39.8 | 77.8 |

Various coating levels of fat (Kaomel ®) alone produced dumping in the in vitro release studies, tending to reduce the available surface area and thus giving rise to questions as to reproducibility of the theophylline release profile. The present invention unexpectedly requires a dual coated dosage form to provide a liquid suspension (dosage formulations) having substantial shelf life that retains its controlled release characteristics.

Table 8 illustrates that the dosage forms which were followed (4, 5, 7, & 8) in three different liquid carriers (high fructose corn syrup, phosphate buffer pH 4.5, and phosphate buffer pH 6.0) showed differences in release depending on the type of liquid carrier and dosage form. Especially with zein as the outer coating, the carrier liquid must be a sugar solution such as high fructose corn syrup. This carrier liquid is also preferred with cellulose acetate phthalate. The precise reason why sugar based carrier liquids restrict release from zein coated dosage form cores differently than other aqueous fluids is not precisely understood though in part it may be related to the amount of available water in such carrier liquids.

### EXAMPLE 2.

A sustained-release Vitamin C product (dosage form core) was overcoated with the dual coatings, namely a fat (Kaomel) and zein, a fat and cellulose acetate phthalate, cocoa butter and zein, also cocoa butter and cellulose acetate phthalate.

Vitamin C was selected since it is 40× more soluble in water than theophylline.

Solubility in water: Theophylline - 8.3 mg/ml; Vitamin C - 333 mg/ml.

### TABLE 8

Phosphate Buffers
pH 4.5      pH 6.0      HFCS

**14**

TABLE 8-continued



| COMPOSITION (Percentages by Weight) | | | | |
|---|---|---|---|---|
| Dosage Form | % Kaomel ® | % CAP | % Zein | % Plasticizer |
| 4 | 17.7 | 4.33 | | 1.7 |
| 5 | 17.7 | | 4.0 | 0.9 |
| 7 | 4.8 | 2.37 | | 1.0 |
| 8 | | 4.78 | | 1.9 |

| RELEASE TO CARRIER LIQUID HFCS (pH 4.5) | | | |
|---|---|---|---|
| Dosage Form | 7 Days | 14 Days | Total | Percent |
| 4 | 0.04 | 0.04 | 0.08 | 0.2 |
| 5 | 1.63 | | 1.63 | 0.7 |
| 7 | 1.04 | | 1.04 | 0.4 |
| 8 | 0.30 | | 0.30 | 0.1 |

| Phosphate Buffer (pH 4.5) | | | | |
|---|---|---|---|---|
| Dosage Form | 1 Day | 3 Days | 7 Days | Total | Percent |
| 4 | 0.1 | 0.2 | 0.5 | 0.8 | 1.8 |
| 5 | 0.1 | 0.8 | 9.3 | 10.2 | 25.0 |
| 7 | 1.0 | 10.5 | 16.8 | 28.3 | 59.2 |
| 8 | 1.1 | 3.5 | 5.8 | 10.4 | 21.4 |

| Phosphate Buffer (pH 6.0) | | | | |
|---|---|---|---|---|
| Dosage Form | 1 Day | 3 Days | 7 Days | Total | Percent |
| 4 | 0.3 | 3.4 | 14.6 | 18.3 | 47.1 |
| 5 | 0.1 | 0.6 | 10.3 | 11.0 | 26.6 |
| 7 | 10.7 | 24.8 | 4.0 | 39.6 | 82.2 |
| 8 | 26.8 | 9.9 | 0.5 | 37.2 | 76.6 |

Vitamin C matrix beads/microspheres were obtained by opening a commercial Vitamin C gelatin capsule

4,876,094

15

(500 mg Vitamin C) containing the matrix beads/microspheres (dosage form core).

The Vitamin C dosage form core was approximately 80 percent Vitamin C and 20 percent binder. The Vitamin C matrix beads/microspheres were 1190–1400 μm diameter.

In a fluidized bed process the Vitamin C matrix beads/microspheres were spray coated as follows: (The percentages given are percent by weight based on the weight of the total coated matrix bead/microsphere.)

Formulation B 15% Kaomel followed by 10% zein

Formulation C 15% Kaomel followed by 10% cellulose acetate phthalate

Formulation D 7.5% cocoa butter followed by 10% zein

Formulation E 7.5% cocoa butter followed by 10% cellulose acetate phthalate.

The above dual coated formulations over the sustained release Vitamin C matrix beads/microspheres prevented release of the Vitamin C to a high fructose corn syrup carrier liquid over a 45 day period. The test tubes were placed in a test tube rotator housed in a dark environment.

For each of the above storage stability tests, 100 mg of the overcoated Vitamin C matrix beads/microspheres were placed in 10 milliliters of high fructose corn syrup.

Uncoated Vitamin C matrix beads/microspheres were used as a control.

TABLE 9

FORMULATIONS USED TO OVERCOAT SUSTAINED
RELEASE VITAMIN C PRODUCT (DOSAGE FORM)

| Ingredients | Formulation | | | |
|---|---|---|---|---|
| | B | C | D | E |
| Vitamin C beads | 1100 g | 1100 g | 1100 g | 1100 g |
| Kaomel | 165 g | 165 g | | |
| Cocoa Butter | | | 82.5 g | 82.5 g |
| Zein | 110 g | | 110 g | |
| Cellulose acetate phthalate | | 110 g | | 110 g |
| Myvacet 9-40 | 16.5 g | | 16.5 g | |
| Myvacet 5-07 | 5.5 g | | 5.5 g | |
| Sanitizer B-16 | | 44 g | | 14 g |

Formulation B yields a Vitamin C Product overcoated with 15 percent Kaomel and 10 percent zein.
Formulation C yields a Vitamin C product overcoated with 15 percent Kaomel and 10 percent cellulose acetate phthalate.
Formulation D yields a Vitamin C product overcoated with 7.5 percent cocoa butter and 10 percent zein.
Formulation E yields a Vitamin C product overcoated with 7.5 percent cocoa butter and 10 percent cellulose acetate phthalate.

TABLE 10

RELEASE OF VITAMIN C INTO TEST SOLUTION
(29-Day Assay)

| Product | Test Solution, 10 ml | mgs Vitamin C Released |
|---|---|---|
| A* | HFCS | 24.0 |
| B | HFCS | 0 |
| C | HFCS | 0 |
| D | HFCS | 0 |
| E | HFCS | 0 |

*Formulation A is an uncoated dosage form core control

16

TABLE 11

RELEASE OF VITAMIN C INTO TEST SOLUTION
(45-Day Assay)

| Product | Test Solution, 10 ml | mgs Vitamin C Released |
|---|---|---|
| A* | HFCS | 22.2 |
| B | HFCS | 0.1 |
| C | HFCS | 0.1 |
| D | HFCS | 0.05 |
| E | HFCS | 0 |

*Formulation A is an uncoated control

The uncoated Vitamin C matrix bead/microspheres (referred to as A) in the carrier fluid released substantial quantities of the therapeutically active compound to the carrier liquid.

In contrast, the dual coated Vitamin C matrix bead/microspheres in the carrier fluid for 29 days exhibited no detectable release and after 45 days, little perceptible release occurred.

A sampling of the dosage form (coated microspheres) dispersed in the acidic carrier fluid; i.e., liquid formulation, were examined for their in vitro release profile after 33 days by placement in gastric fluid for 1 hour followed by placement in intestinal fluid. The release profile for formulation B is graphed in FIG. 1. The release profile for formulation E is graphed in FIG. 2. Upon exposure to the intestinal fluid, the release profile graphs clearly demonstrate that a sustained release profile (relatively linear) and approaching zero order was expressed.

The principals, preferred embodiments, and modes of operation of the present invention, have been described in the foregoing specification. The invention which is intended to be protected herein, however, is not to be construed as limited to the particular forms disclosed, since these are to be regarded as illustrative rather than restrictive. Variations and changes can be made by those skilled in the art without departing from the spirit and scope of the invention.

We claim:

1. A drinkable liquid suspension of solid dosage forms consisting of dual coated theophylline cores in an acidic carrier liquid comprising:

cores of not more than 1400 microns in diameter consisting of a solid binding material and a therapeutically active substance,

dual coatings consisting of a first coating and a second coating over said cores for retarding release of the therapeutically active substance to the acidic carrier liquid and for permitting release in an alkaline environment,

the first coating comprising an ingestible fat having a melting point of 101° F. or less, the first coating comprising 4.8 to 17.7% by weight of the total weight of the dosage forms,

the second coating comprising zein, the second coating comprising 2.3 to 10% by weight of the total weight of the dosage forms,

a carrier liquid for suspending the dosage forms, the carrier liquid having a pH<5 and comprising a viscous aqueous solution of a sugar.

2. The liquid suspension of solid dosage forms according to claim 1 wherein the first coating is selected from the group consisting of butter, margarine, cocoa butter, vegetable oil or vegetable fat.

3. The liquid suspension of solid particulate-like dosage forms according to claim 1 wherein the carrier liquid is corn syrup.

4. The liquid suspension of solid dosage forms according to claim 3 wherein the corn syrup is high fructose corn syrup.

* * * * *

# EXHIBIT 5

# United States Patent [19]

## Zatz et al.

[11] **Patent Number:** **4,717,713**

[45] **Date of Patent:** **Jan. 5, 1988**

[54] **CONTROLLED RELEASE LIQUID PHARMACEUTICAL**

[75] Inventors: **Joel L. Zatz**, Metuchen, N.J.; **David W. Woodford**, Rensselaer, N.Y.

[73] Assignee: **Research Corporation**, New York, N.Y.

[21] Appl. No.: **546,846**

[22] Filed: **Oct. 31, 1983**

[51] **Int. Cl.⁴** .................... **A61K 37/00; A61K 31/715**
[52] **U.S. Cl.** ......................................... **514/2;** 514/54; 514/57; 514/263; 514/869; 514/965; 514/929; 514/944; 514/964
[58] **Field of Search** ................. 424/253, 177, 180, 19; 514/263, 3, 54, 57, 869, 905, 929, 944, 964

[56] **References Cited**

### U.S. PATENT DOCUMENTS

4,002,756  1/1977  Higuchi et al. .
4,136,173  1/1979  Pramoda et al. ........................ 514/2

### FOREIGN PATENT DOCUMENTS

2407720  6/1979  France .................................. 424/19

### OTHER PUBLICATIONS

Barzegar–Jalali et al., "The Effect of Suspending Agents on the Release of Aspirin from Aqueous Suspensions In Vitro," *Int. J. Pharm.*, vol. 2, p. 195–201, (1979).
Barzegar–Jalali et al., "The Effects of Various Suspending Agents on the Bioavailabilities of Aspirin and Salicyclic Acid in the Rabbit," *Int. J. Pharm.*, vol. 3, pp. 133–141, (1979).
Remington's Pharmaceutical Sciences, 1980, Mack Pub. Co., pp. 1244–1248.

*Primary Examiner*—J. R. Brown
*Assistant Examiner*—John W. Rollins
*Attorney, Agent, or Firm*—Scully, Scott, Murphy & Presser

[57] **ABSTRACT**

A controlled release pharmaceutical composition including a solution or suspension vehicle and a pharmaceutically active agent. The composition is administered to the body in a normally liquid formulation and thereafter forms a semi-solid gel-like matrix in the environment of the stomach thereby effecting controlled release of the pharmaceutically active agent.

**24 Claims, 14 Drawing Figures**



FIG. 1



THE EFFECT OF XANTHAN GUM CONCENTRATION OF THEOPHYLLINE DISSOLUTION OF 4 PERCENT THEOPHYLLINE SUSPENSIONS

FIG.2



FIG.3

COMPARISON OF THE EFFECTS OF 0.3 PERCENT XANTHAN
GUM (KELCO SS-4749) AND A MIXTURE OF 0.3 PERCENT
XANTHAN GUM (KELCO SS-4749) AND 0.3 PERCENT SODIUM
ALGINATE ON DISSOLUTION OF 4 PERCENT THEOPHYLLINE
SUSPENSIONS



O   0.3 PERCENT XANTHAN GUM
△   0.3 PERCENT XANTHAN GUM PLUS
     0.3 PERCENT AND SODIM ALGINATE

TIME IN HOURS

FIG.4

THE EFFECT OF SODIUM ALGINATE CONCENTRATION ON THE
DISSOLUTION OF 4 PERCENT THEOPHYLLINE SUSPENSIONS



TIME IN HOURS

FIG.5

COMPARISON OF THE EFFECTS OF 0.3 PERCENT XANTHAN
GUM (KELCO SS–4749) SUSPENSIONS CONTAINING I PERCENT
OF EITHER SODIUM ALGINATE OR SODIUM ALGINATE LV
ON DISSOLUTION OF 4 PERCENT THEOPHYLLINE SOLUTIONS



○  SODIUM ALGINATE LV
△  SODIUM ALGINATE

TIME IN HOURS

FIG.6



THE EFFECT OF EQUAL CONCENTRATIONS OF GELATIN
AND CARRAGEENAN ON DISSOLUTION OF 4 PERCENT
THEOPHYLLINE SUSPENSIONS

○  0.3 PERCENT OF EACH
△  0.5 PERCENT OF EACH
□  1.5 PERCENT OF EACH

TIME IN HOURS

FIG. 7

THE EFFECT OF ADDITION OF 0.3 PERCENT XANTHAN GUM
(KELCO SS-4749) TO A SUSPENSION CONTAINING 0.3
PERCENT EACH OF GELATIN AND CARAGEENAN ON
DISSOLUTION OF 4 PERCENT THEOPHYLLINE SUSPENSIONS



TIME IN HOURS

FIG.8

DISSOLUTION OF A 4 PERCENT THEOPHYLLINE
SUSPENSION CONTAINING A 2 PERCENT METHYL-
CELLULOSE AND 5 PERCENT SODIUM CHLORIDE



TIME IN MINUTES

FIG.9

THE EFFECT OF 5 PERCENT CALCIUM CARBONATE
ADDITION ON THE DISSOLUTION OF 12 PERCENT
THEOPHYLLINE SUSPENSIONS CONTAINING 0.5
PERCENT EACH OF GELATIN AND CARRAGEENAN



○  NO CALCIUM
△  5 PERCENT CALCIUM
   CARBONATE IN SUSPENSION

TIME IN HOURS

FIG.10

COMPARISON OF THEOPHYLLINE LEVELS IN DOG C
FOLLOWING ADMINISTRATION OF THE STANDARD ONE
PERCENT SOLUTION AND TRIAL SUSPENSION V



FIG.II



COMPARISON OF THEOPHYLLINE LEVELS IN DOG D
FOLLOWING ADMINISTRATION OF THE STANDARD ONE
PERCENT SOLUTION AND TRIAL SUSPENSION VI

□ SOLUTION I
△ SUSPENSION VI

TIME IN HOURS

FIG.12



COMPARISON OF THEOPHYLLINE LEVELS IN DOG C
FOLLOWING ADMINISTRATION OF THE STANDARD ONE
PERCENT SOLUTION AND TRIAL SUSPENSION VII

□   SOLUTION I
△   SUSPENSION VII

PLASMA CONC  MCG/ML

TIME IN HOURS

FIG.13



COMPARISON OF THEOPHYLLINE LEVELS IN DOG A
FOLLOWING ADMINISTRATION OF THE STANDARD ONE
PERCENT SOLUTION AND TRIAL SUSPENSION VIII

□ SOLUTION I
△ SUSPENSION VIII

PLASMA CONC MCG / ML.

TIME IN HOURS

FIG.14

4,717,713

1

## CONTROLLED RELEASE LIQUID PHARMACEUTICAL

### BACKGROUND OF THE INVENTION

The present invention relates to controlled release pharmaceutical compositions. More specifically, this invention is directed to compositions which include a solution or suspension vehicle and a pharmaceutically active agent which can be administered to the body in a normally liquid formulation and thereafter form a semi-solid or gel-like matrix in the environment of the stomach thereby effecting controlled release of the incorporated medicament.

Since the salient aspect of drug delivery by familiar conventional dosage forms, including tablets, capsules, eye drops and injectors is the fluctuation between high and low concentration within each interval between dosing, the pharmaceutical industry has directed much of its developmental effort to prolonging the residence time of drug molecules in the body to enhance convenience of the regimen and improve patient compliance. Moreover, certain medicants, particularly those exhibiting a short half-life which necessitate frequent dosing, are too rapidly absorbed and sometimes result in peak serum levels that are excessively high. Such circumstances often result in the development of toxic symptoms.

Thus, it is known in the pharmaceutical arts to prepare pharmaceutical compositions which may be administered by various methods, e.g., orally, topically, rectally, opthalmicly, oticly, etc. to humans and animals which provide for a delayed release of the active ingredient incorporated in the particular composition. In all of these methods the purpose and effect are the same, i.e., to provide more precise control over drug concentration in the blood or target tissue and prolonged drug activity while avoiding symptomatic side effects. Ideally, by releasing a drug in vivo according to a predictable, therapeutically rational rate or rate program, such pharmaceuticals deliver drugs systemically or to a particular target organ continuously for a specified length of time thereby programming any desired time pattern of drug release and permitting delivery at a constant rate, i.e., a rate equal to the rate of loss.

The ability to control the duration of drug release and to maintain the drug at a predictable, specified concentration in vivo offers many advantages over other forms of medication. For example, less total drug may suffice for treatment than with conventional dosage thereby eliminating harmful side effects. Such deleterious side effects may specifically include gastric irritation and erosion, e.g., the gastrointestinal bleeding that occurs with long term use of conventional forms of aspirin declines when it is administered in controlled-release form.

Several slow release formulations are well known in the art including enteric coated pellets, tablets and capsules and/or formulations wherein the active ingredients are dispersed in a medium totally insoluble in physiologic fluids or wherein the release of the active medicament is brought about by a breakdown of formulations due to mechanical means. For example, U.S. Pat. No. 4,292,299 to Suzuki, et al. discloses a slow-releasing medical preparation which is administered by adhering to the wet mucous surface of a mucous membrane and skin of humans or animals. The composition includes an adhesive polymer which swells upon moistening and a

2

non-adhesive layer which contains the particular medicament. U.S. Pat. No. 4,235,870 to Leslie describes slow-release compositions which include a higher aliphatic alcohol in combination with certain hydrated materials such as hydrated hydroxy-alkyl cellulose in critical proportion which thereby achieves delayed and uniform release of the medicament incorporated in the composition. U.S. Pat. No. 3,493,652 to Hartman relates to a method of effecting the controlled release of pharmaceutical dosage by the coordination of enzyme activity on a particular substrate material contained in the composition.

### SUMMARY OF THE INVENTION

It is an object of this invention to provide a controlled release pharmaceutical composition.

It is a further object of the present invention to provide a controlled release pharmaceutical composition which reduces the frequency of drug administration while prolonging the level of pharmaceutical agents within a therapeutic range.

It is another object of the present invention to prevent gastric irritation and gastric erosion which results from long term administration of conventional drug dosages.

A still further object of the present invention to prevent toxicity in the subject which is due to too rapid absorption of certain medicaments.

Finally, it is an object of the present invention to provide a controlled release pharmaceutical composition which can be conveniently administered orally in a normally liquid formulation.

These and other objects are achieved by providing a controlled release pharmaceutical composition which includes a solution or suspension vehicle and a pharmaceutically active agent. The composition is administered to the body in a normally liquid formulation which thereafter forms a semi-solid or gel-like matrix in the environment of the stomach thereby effecting controlled release of the pharmaceutically active agent.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1–10 graphically depict the interval amount of theophylline (%) released into the dissolution medium as a result of in vitro testing of the controlled release systems of the present invention read at 272 nm (Spectrophotometer).

FIGS. 11–14 graphically depict the theophylline plasma levels ($\mu$g/ml) as a result of in vivo testing of the controlled release systems of the present invention read at 254 nm or at 280 nm (HPLC).

### DETAILED DESCRIPTION OF THE INVENTION

In accordance with the present invention, a pharmaceutical composition is provided which includes a solution or suspension vehicle and a pharmaceutically active agent. The composition is administered in a normally liquid formulation which thereafter forms a semi-solid or gel-like matrix in the environment of the stomach. The formation of this "bag of immobilized water" permits controlled release of the particular pharmaceutical agent employed.

The class of dosage forms known as suspensions and solutions provide a valuable adjunct in the treatment of a myriad of diseases. Moreover, the utilization of macromolecular excipients is known to influence drug dissolution and biological availability in several ways, e.g.,

4,717,713

3

by complexation with the particular drug, by increasing the bulk viscosity in the digestive tract or by delaying the disintegration of a suspension vehicle or the breakup of granules of drug into smaller particles or solid dosage forms.

In accordance with the present invention it has been surprisingly discovered that certain polymer compositions may be employed as vehicles for a wide array of medicaments, while exhibiting excellent controlled release characteristics. Furthermore, the present compositions may be conveniently administered in a normally liquid formulation thereby providing significant advantage in situations where the subjects, particularly young children and elderly patients, have difficulty swallowing tablets and/or capsules.

It has been further determined that these polymer solution or suspension vehicles are particularly effective due to the prompt formation of a rigid gelatinous matrix which results in the environment of the stomach after ingestion of the composition. The release is therefor controlled substantially by diffusion of the suspended drug through the matrix or molecules of the drug in solution which may have been first dissolved from particles of drug in suspension, although other factors such as surface tension, agitation, polymorphism effects, etc. may have some impact.

Generally, the present invention involves certain solution or suspension vehicles which include xanthan gum, sodium alginate, complex coacervate pairs such as gelatin or other polymers and carrageenan, and thermal gelling methycellulose formulations. Each have been found to influence the dissolution and/or diffusion rate of a suspended pharmaceutically active agent so as to favorably modify the absorption characteristics of the drug from a conventional dosage form. Advantageously, the compositions of the present invention may be administered in a normally liquid formulation and only subsequently form a semi-solid or gel-like persistent matrix in the environment of the stomach.

In more detail, the useful vehicles of this invention specifically include aqueous, partially aqueous or non-aqueous solutions or suspensions of xanthan gum, sodium alginate, or sodium alginate LV (low viscosity, calcium depleted), gelatin and carrageenan, methylcellulose and particular combinations thereof which are described below. Effective amounts of xanthan gum such as, for example, Kelco SS-4749 and other commercially available types, range from about 0.3 to about 3.0 percent by weight and preferably at least about 1.0 percent by weight. Excellent results were also obtained from compositions containing from about 0.5 to about 3.0 weight percent of sodium alginate or from about 0.3 to about 1.5 percent by weight of each gelatin and carrageenan. At least about 0.5 percent by weight of each carrageenan of the iota type and gelatin type B is preferred. Compositions containing at least about 1 weight percent of sodium alginate are also preferred. Methylcellulose (Type A15C, Dow Chemical Co.) was determined to be effective within a range of about 1.0 to about 3.0 weight percent and preferably about 2.0 weight percent.

It is also within the scope of the present invention to include certain amounts of other excipients such as, for example, locust bean gum, salts such as NaCl, sugars such as sorbitol, $Na_3PO_4$, $CaCO_3$, $Ca_2HPO_4$ and the like. Carbonate compounds such as calcium carbonate may be employed to "float" the gelatinous matrix in a predetermined region of the stomach so that it is con-

4

tacted with the most appropriate pH environment for a prolonged time period due to delayed gastric emptying, which gas evolution technique is generally known, although the present method and choice of carbonate salt provides a formulation with excellent reproducibility for release of drug due to the controlled, gradual release of $CO_2$ gas. The preferred salt also exhibits a long term physical stability in excess of one year with respect to drug release characteristics.

The compositions of the present invention are to be administered in a liquid formulation which can include aqueous solutions or suspensions, partially aqueous solutions or suspensions such as, for example, high or low molecular weight glycerin, alcohols and glycols or even non-aqueous solutions or suspensions such as, for example, high or low molecular weight glycerin, alcohols and glycols.

Certain combinations of the aforementioned excipients have also evidenced significant controlled release efficacy. For example, combinations of sodium alginate or sodium alginate LV (Kelco-Gel LV) ranging from about 0.5 to about 1.5 weight percent with at least about 0.3 weight percent of xanthan gum or compositions containing at least 0.3 percent by weight of each carrageenan, gelatin and xanthan gum demonstrate good control release properties. The efficacy of the gelatin and carrageenan vehicle is improved by the addition of calcium carbonate. A composition containing about 2 weight percent of methylcellulose and about 5 weight percent sodium chloride is preferred as is the addition of about 5 weight percent of calcium carbonate to a suspension or solution of gelatin and carrageenan.

Inasmuch as the solution or suspension vehicles of the present invention provide a physical matrix which supports the incorporated pharmaceutical agent in a "bag of immobilized water", i.e., there is generally to chemical interaction significant to drug-release rate between the vehicle and the incorporated medicament, a myriad of pharmaceutical agents may be employed where treatment by way of controlled release administration of the drug is appropriate. It is apparent, therefore, that neither the pharmacologic nature of the active therapeutic ingredient nor the dosage in terms of concentration, to be incorporated into the controlled release composition of the instant pharmaceutical formulations are critical to the present invention. Examples of pharmaceutically active agents which may be employed in the present invention include analgesics and antiphlogistics such as aspirin, acetaminophen, phenacetin; steroids including antiflammatory steroids; enzymes, proteins, antibiotics or antimycrophotics including penicillin and its derivatives; anesthetics, vasodiolators such as nitroglycerin; narcotic antagonists, vitamins, anticarcinogins, sulfonamide drugs, sedatives, tranquilizing and hypnotic agents, bronchial-dilating agents, KCl and the like. Other medicaments requiring frequently repeated dosage by the oral route in order to maintain a therapeutically active blood level are particularly suitable for inclusion into the present controlled and prolonged release composition.

Thus, the scope and utility of the present controlled release compositions are not limited to any particular active ingredient. Furthermore, the controlled release mechanism and efficacy thereof is not limited to any category of active therapeutic compound but are a function of the properties of the new pharmaceutical composition formed.

5

In an effort to illustrate the controlled release properties of the present compositions, a common pharmaceutical agent which exhibits critical disadvantages when administered by conventional means was sought. By way of example, theophylline was selected since it is recognized as being one of the most frequently prescribed oral drugs useful in the treatment of asthma. The convenience of an oral formulation is heightened by statistics which evidence a broadly afflicted population which includes children and elderly patients who have difficulty swallowing tablets and capsules. Moreover, theophylline is rapidly absorbed into the body after oral dosages in liquid form and has a particularly short half-life necessitating frequent dosing. Lower levels are often ineffective whereas high levels often produce toxic symptoms ranging from headache, nausea and insomnia to cardiac arrythmias and seizures. Theophylline has also occasionally been found to act as a local gastric irritant. Theophylline is thus one drug which, by way of example, demonstrates a need to be administered so as to eliminate sharp blood peak levels and thereby avoid the disadvantages or conventional dosages.

Therefore, for a better understanding of the present invention together with other and further objects, reference is made to the following descriptions and examples.

## EXAMPLES

### In Vitro

#### Preparation of Solutions and Suspensions

Theophylline solutions were made by adding anhydrous theophylline powder to a weighed quantity of distilled water at room temperature containing 0.25 percent w/w of chlorobutanol preservative. The mixture was made in a tared screw-capped glass jar with a plastic cap and wax coated cardboard cap liner. After manual shaking, the mixture was stored at four degrees Centigrade until use. All formulas were made on a weight in weight basis.

Theophylline suspensions that did not contain gelatin and carrageenan were made by adding weighed theophylline anhydrous powder to a tared glass jar containing the required weight of distilled water preserved with 0.25 percent w/w chlorobutanol and shaking to slurry the theophylline. Next, weighed excipient powders were added to the mixture. All excipients were used as received. During addition of excipient powders, the mixture was agitated by a counter-rotating mixer. Agitation was continued until a fine dispersion was formed, the caps were screwed on and the jar stored at four degrees Centigrade overnight or longer until use. The refrigeration reduced the chance of spoilage and also assured complete hydration of excipients due to increased excipient solubility at low temperatures in some cases.

For suspensions containing calcium carbonate, the calcium carbonate powder was combined with theophylline powder prior to the addition of water to make a slurry. For theophylline suspensions containing gelatin and carrageenan, anhydrous therophylline powder was slurried in preserved water, then powdered carrageenan was slowly added and dispersed using a counter-rotating mixer. The required weight of gelatin was added to preserved water and heated to 75°–85° C. using another mixer until a clear solution was formed, then cooled to 50° C. The gelatin and carrageenan mixtures were then combined and dispersed using a mixer

6

alternating with hand shaking. The mixer produced moderately high shear in a small region, whereas the manual shaking produced bulk mixing by a uniform low shear throughout the screw-capped glass jar. For gelatin/carrageenan suspensions containing calcium carbonate, the calcium carbonate powder was combined with the theophylline powder prior to the addition of water to make a slurry at room temperature. The slurry was stirred continuously so that a cake could not form. Next, gelatin and carrageenan powders were sifted into the vortex of the remaining water required at 95° C. using a counter-rotating mixer. When a clear solution was obtained, the aqueous slurry of theophylline and calcium carbonate was poured into the vortex of the stirred, 95° C. gelatin/carrageenan solution. Mixing was continued by alternating manual shaking with the mixer. It was necessary to put the suspension through a hand homogenizer to break up lumps that had formed. The final suspension was stored at four degrees Centigrade.

The suspensions containing dicalcium phosphate were made by adding 0.25 percent w/w of dicalcium phosphate powder to some of the theophylline suspension that had been made previously. The powder was dispersed by alternating manual shaking and machine mixing.

#### Diffusion Cell Studies

Experiments were performed to determine the possible effects of excipient addition on the release of theophylline from aqueous solution and suspension. Excipients used were: xanthan gum, sodium alginate, carrageenan and gelatin. The effect of theophylline concentration on release rate was also studied for certain excipient combinations discussed above. The diffusion data were used to confirm the release model and to identify factors controlling drug release from gelled systems.

In the diffusion cell study, the lower receptor compartments for two diffusion cells were used to form a single horizontal cell. A magnetic stirrer was mounted at a 90° angle and magnetic micro-bars were used, which rotated in the vertical plane against the receptor chamber bottom due to their slight weight.

A 1.2 micron filter membrane separated the donor compartment (containing non-stirred suspension) from the stirred receptor compartment.

A glass precision pipetter was used to re-fill the receptor chamber with 10 ml of simulated gastric fluid U.S.P. sans enzyme using a catheter. At each sample time, a 10 ml syringe was used to remove all receptor fluid via a catheter. Suspensions were warmed to 37° C. and centrifuged at $255 \times g$ (gravity) for 10 minutes, then manually stirred to assume homogeneity. Next, suspensions were loaded by a 20 ml syringe through a short piece of overfitting tubing via the "donor" diffusion cell access arm port. The suspension was bubble-free, having been made so by centrifuging at $255 \times g$. Frequent receptor fluid replacement maintained a sink receptor compartment due to very low receptor theophylline concentrations. The suspension was always incubated for 15 minutes at 37° C. for 15 minutes prior to use.

After two or three hours of release study progress, the donor cell was disassembled, and its suspension contents pushed out by low air pressure to allow measurement of the gelled region and depletion zone thicknesses, and to inspect the depletion zone for the presence of bubbles.

#### Dissolution Studies

4,717,713

7

Standard U.S.P. Teflon coated stainless steel paddles and round bottom glass beakers were employed. The desired stirrer speed was maintained by commercial feedback control circuitry (50 RPM is illustrated by way of example). The dissolution medium was 1000 ml of Simulated Gastric Fluid U.S.P. without enzyme in most cases, kept at 37° C. by a water bath with a heat/-circulator unit.

Suspension was placed on the filled beaker near the surface by 0.27 cm inner radius glass tube attached by plastic tubing to a three ml disposable syringe. Two ml of suspension was pulled up into the tube, the exterior wiped clean, one ml was extruded into the dissolution medium beneath the surface, and the suspension separated from the glass tube by cutting with a razor blade. The technique produced uniform cylindrical matrices in most cases. The highest drug concentration used was 120 mg/ml, so that the concentration of drug in the beaker never exceeded 1.1 percent of solubility, a sink condition.

Dissolution Study Sample Analysis

In all cases, the total amount of drug released into the dissolution medium was less than ten percent of that needed to saturate the medium, so that sink conditions were maintained.

A precise volume was withdrawn near the top of the dissolution medium for each sample. The volume ranged from 0.1 ml to 3.0 ml. In some cases, sample volumes were replaced with fresh dissolution medium.

Standard curves were concentrated for theophylline in simulated gastric fluid USP. Samples were diluted to read within the linear concentration range and absorbance was read at 272 nm using a single beam spectrophotometer.

Theophylline Solubility Determination

Anhydrous theophylline was used to make a standard solution of 10 micrograms/ml in distilled water.

Excess theophylline was placed in test tubes with either distilled water or simulated gastric fluid USP without enzyme. These suspensions were kept overnight at 37° C. Three ml disposable syringes and filter holders were kept at 37° C. also. Small Teflon coated magnetic stirbars maintained agitation overnight. Each mixture was filtered, an aliquot of filtrate was diluted with distilled water, and theophylline absorbance was read at 272 nm and compared to that of the 10 μg/ml standard solution.

The results of the aforedescribed in vitro experimentation employing the various compositions of the present invention are set forth in the Tables I–X, below.

### TABLE I

Dissolution of Theophylline At 50 R.P.M. From Suspension Containing 4% Theophylline and 96% Water After Delivery by Glass Tube

| Time Minutes | Percent Released |
|---|---|
| 1 | 97.56 |
| 2 | 97.91 |
| 5 | 98.79 |
| 10 | 99.14 |
| 15 | 99.13 |

8

### TABLE II

Dissolution of Theophylline at 50 R.P.M. With No Polymers Present

| Excipients | Theophylline System and Amount | | T 50% (Minutes[1]) |
|---|---|---|---|
| None | Powder | 42 mg | <5 |
| chlorobutanol | 4% Suspension | 1 ml | <1 |

[1]Time for 50% theophylline to dissolve.

### TABLE III

The Effect of Concentration of Xanthan Gum at 50 RPM for 50% Dissolution of 4% Theophylline From Suspension

| Xanthan Gum Concentration | T 50% (Minutes) |
|---|---|
| 0.5% | 10 |
| 1.0% | 50 |
| 1.5% | 41 |
| 3.0% | 56 |

### TABLE IV

The Effect of Added Locust Bean Gum or Added Sodium Alginate on the Time for 50% Dissolution of 4% Theophylline From Xanthan Gum Suspensions at 50 R.P.M.

| Excipients and Concentration | | T 50% (Minutes) |
|---|---|---|
| Xanthan Gum[1] | 0.3% | 5 |
| Xanthan Gum | 1.0% | 25 |
| Xanthan Gum and | 0.3% | 10 |
| Locust Bean Gum | 0.3% | |
| Xanthan Gum and | 0.3% | 30 |
| Sodium Alginate | 0.3% | |

[1]Xanthan Gum, Very Chunky Flow, high viscosity type.

### TABLE V

The Effect of Sodium Alginate Concentration on the Time for 50% Dissolution of 4% Theophylline From Suspension at 50 R.P.M.

| Sodium Alginate Concentration | T 50% (Minutes) |
|---|---|
| 0.5% | 31 |
| 1.0% | 39 |
| 1.5% | 40 |
| 3.0% | 45 |

### TABLE VI

Effect of Polymer Concentration on Dissolution of 4% Theophylline from Suspensions Containing Equal Concentrations of Gelatin and Carrageenan at 50 R.P.M.

| Concentration of Each Polymer | T 50% (Minutes) |
|---|---|
| 0.3% | 15 |
| 0.5% | 25 |
| 1.5% | 22 |

### TABLE VII

Effect of Added Xanthan Gum on the Time for 50% Dissolution of 4% Theophylline from Suspensions Containing 0.3% Gelatin and 0.3% Carrageenan

| Additional Excipient | T 50% (Minutes) |
|---|---|
| none | 15 |
| 0.3% Xanthan Gum (Kelco SS-4749) | 28 |

4,717,713

| 9 | 10 |

**TABLE VIII**

Dissolution of Theophylline at 50 R.P.M. From Suspensions
Containing 4% Theophylline, 2% Methylcellulose and 5%
Sodium Chloride After Delivery by Glass Tube

| Time | PERCENT RELEASED | | | | |
|------|------|------|------|------|------|
| Minutes | A | B | C | Mean | Std. Dev. |
| 5 | 15.06 | 14.24 | 13.32 | 14.21 | 0.87 |
| 10 | 24.09 | 22.19 | 22.19 | 22.82 | 1.10 |
| 15 | 29.35 | 29.68 | 28.09 | 29.04 | 0.84 |
| 20 | 34.60 | 35.17 | 33.25 | 34.34 | 0.99 |
| 30 | 43.00 | 44.16 | 42.09 | 43.08 | 1.04 |
| 45 | 53.18 | 53.30 | 52.09 | 52.85 | 0.67 |
| 60 | 61.25 | 62.57 | 61.20 | 61.67 | 0.78 |
| 90 | 72.16 | 75.02 | 72.20 | 73.13 | 1.64 |
| 120 | 81.11 | 83.82 | 81.00 | 81.97 | 1.60 |
| 150 | 87.66 | 89.87 | 88.32 | 88.62 | 1.13 |
| 180 | 92.87 | 94.41 | 94.31 | 93.86 | 0.86 |
| 210 | 95.99 | 98.79 | 97.38 | 97.39 | 1.40 |

**TABLE IX**

The Effects of Calcium Addition to the Dissolution Medium
and Calcium Addition to Suspensions on the Time for 50%
Theophylline Dissolution from 4 Percent Theophylline
Suspensions Containing Sodium Alginate, and Sodium
Alginate Plus Xanthan Gum at 50 R.P.M.

| Excipient Concentration | Calcium Concentration | T 50% (Minutes) |
|------|------|------|
| Sodium Alginate 0.5% | zero | 31 |
| | 5 meq/l beaker | 32 |
| Sodium Alginate 1.0% and Xanthan Gum (Kelco SS-4749) 0.3% | zero | 46 |
| | 0.25% Ca$_2$HPO$_4$ in suspension | 39 |
| Sodium Alginate LV 1.0% and Xanthan Gum (Kelco SS-4749) 0.3% | zero | 17 |
| | 0.25% Ca$_2$HPO$_4$ in suspension | 30 |

**TABLE X**

The Effect of 5 Percent Calcium Addition on the Dissolution
of 12 Percent Theophylline Suspension Containing 0.5% Each
Gelatin and Carrageenan at 50 R.P.M.

| Calcium Concentration | T 50% (Hours) |
|------|------|
| zero | <2 |
| 5% Calcium Carbonate in suspension | >7 |

## EXAMPLES

### In Vivo

Suspension and Solution Manufacture for Gastric Intubation Studies

For theophylline solutions, anhydrous theophylline powder, one percent w/w, was added to distilled water and manually shaken in a screw-capped glass jar, then kept at four degrees Centigrade until used.

For most theophylline suspensions, the required weight of powdered drug was added to distilled water in a screw-capped jar, then the excipient powder was added to the theophylline slurry while stirring with a counter-rotating mixer until a coarse dispersion was made. Next the suspension was shaken by hand, then kept at four degrees Centigrade overnight until used. This prevented spoilage and also allowed hydration of excipients. All suspensions were preserved with 0.25 percent w/w/ chlorobutanol.

Before administration to dogs, the solutions and suspensions were warmed to room temperature with occasional hand stirring using a glass rod. After use, all mixtures were again stored at four degrees Centigrade.

For the gastric intubation study using a gelatin/carrageenan formula a three percent w/w gelatin solution

was made at 75° C., then cooled to room temperature. Theophylline powder was slurried in water, in which carrageenan powder was next dispersed using a counter-rotating mixer. Lastly, the gelatin solution and theophylline and carrageenan slurry were combined in a screw-capped glass jar using hand shaking and a counter-rotating mixer alternatively. Hydration of polymers was completed by overnight refrigeration at four degrees Centigrade.

Suspension Manufacture for Capsule Delivery Studies

For gelatin/carrageenan suspensions containing calcium carbonate, the calcium carbonate powder was combined with the theophylline powder prior to the addition of water to make a slurry at room temperature. The slurry was stirred continuously so that a cake could not form. Next, gelatin and carrageenan powders were sifted into the vortex of the remaining water required at 95° C. using a counter-rotating mixer. When a clear solution was obtained, the room temperature aqueous slurry of theophylline and calcium carbonate was poured into the vortex of the stirred, 95° C. gelatin/carrageenan solution. Mixing was continuous by alternating manual shaking with use of the mixer. It was necessary to put the suspension through a hand homogenizer to break up lumps that had formed. The final suspension was stored at four degrees Centigrade.

The suspensions containing dicalcium phosphate were made by adding 0.25 percent w/w of dicalcium phosphate powder to some of the theophylline suspension that had been made previously. The powder was dispersed by alternating manual shaking and machine mixing.

Study Protocol for Gastric Intubation Studies

One dosage form was studied for a one week time period. The dog to be used on a particular weekday was randomly selected so that three dogs were studied on three days during the week. A minimum washout period of five days was observed between different formulations.

On the evening before the study day, the chosen dog was fasted after six p.m. The fast continued until six hours after dosing on the next day, which was the study day. No water was allowed from one hour before until six hours after dosing on the study day. The six hour meal was 180 g of commercial regular dog chow, yielding approximately 675 calories. Water was allowed ad libitum beginning six hours after dosing.

On the study day, both forelegs were shaved over the cephalic vein area, then swabbed with 70 percent isopropanol. Next 22 gauge one inch teflon catheter was placed bevel up atop the vein. The needle was raised to a 30° angle and the point quickly pressed a small distance into the vein, which was compressed. At this point, needle pressure was removed and reapplied in stages to puncture the proximal vein wall, yet not the distal vein wall, as the vein was nearly collapsed. Correct placement of the needle was indicated by blood flow out to the end of the catheter filter. Once the needle was correctly positioned, the needle and catheter sheath assembly/skin angle was reduced to align the needle with the center axis of the vein, and the needle/catheter sheath assembly was pushed up the vein until the catheter was fully inserted. Next, an injection cap was prepared, and needle and catheter filter was removed, leaving the catheter and hub inside the vein. A few drops of blood were permitted to fall from the open

4,717,713

**11**

catheter hub indicating correct insertion and an open line, then the injection cap was twisted onto the hub. The catheter head was lightly secured with one inch porous cloth adhesive tape so as not to put pressure on the caphalic vein. Immediately after installation, one ml of normal saline with 10 units/ml heparin was injected into the injection cap.

Once catheter installation was finished, the dog's jaws were opened and a roll of one inch adhesive tape was placed in the mouth and the jaws held closed on the tape roll using one hand. Using the other hand, a clear 11 mm outer diameter/6.5 mm inner diameter piece of plastic tubing was wetted in water and quickly pushed through the open center of the tape roll and into the dog's throat using light pressure. When the dog swallowed the tube was advanced until a black mark on the tube, obtained by measurement of the distance from the nose to the zyphoid process in normal posture, was even when the dog's nose. Next the free tube end was placed in a beaker of water to check for the absence of bubbling, which would indicate that the tube had been inserted into the bronchial tree. Following this, three ml of water was squirted into the tube for a second insertion location check. Coughing would dictate reinsertion of the gastric tube.

The tube end was then clamped in place and the dosing syringe was attached by friction fit. The 50 ml plastic syringe contained a weight of suspension equal to the weight required to fill the gastric tube plus the dose. The syringe was emptied and the tube removed from the dog. the tube exterior was then wiped dry and weighed to determine the actual weight of suspension delivered. The target dose was 30 mg/kg. For administration of solutions only, a smaller opaque butyl rubber gastric tube was used and the dose was followed by 20 ml of distilled water.

Three ml of blood was withdrawn at the following times: −5 (blank), 5, 10, 15, 20, 25, 30, 40 and 50 minutes and 1.0, 1.5, 2.0, 3.0, 4.0, 5.0, 6.0, 8.0, 10, 12 and 24 hours. Three ml 21 gauge disposable syringes were used. Before blood was drawn 0.2 ml was taken from the injection cap to remove the heparinized normal saline flush, as the catheter and cap volume was 0.1 ml. Immediately after blood was taken, one ml of heparinized saline flush was injected.

After two hours in the harness, a chrome plated wire-ended muzzle secured by leather strap was placed on the dogs and they were removed from the harness and allowed to exercise. After six hours the dogs were placed in cages and allowed access to food and water. The muzzle prevented the dogs from chewing and pulling out the catheter, and was oversized so that eating and drinking was possible.

Some dogs become troublesome at the end of the gastric intubation studies. The dogs began to learn ways to bite out the catheters despite the presence of muzzles. Direct venipuncture became necessary, and the use of catheters was abandoned.

Study Protocol for Suspensions Delivered in Capsules

The time sequence of dog studies was begun by random assignment of two dogs to the first capsule study date. The remaining two dogs, by default, were therefore assigned to the following day.

The formulation to be used for the first dog and first study date was randomly chosen, so that by default, an alternate formulation was used on the second dog and

**12**

the first date. By default, the dogs were crossed over to alternate formulations on the following study date.

Later in the series of experiments, the pattern of studies was disrupted when some dogs crushed the capsules during dose administration. This necessitated rescheduling the dog for a later date using the same formulation.

For capsule studies, dogs were fed at six p.m. on the night prior to the study day, then fasted until six hours after dosing. Water was not allowed from one hour before to six hours after dosing. The fast was 18 hours at minimum, occasionally longer due to problems in obtaining cooperation from the dogs. The six hour meal was 180 grams of regular commercial dog chow.

On the study day, both forelimbs were shaved over the cephalic vein area and swabbed with 70 percent isopropranol, which served to disinfect, render the fur translucent to help visualize the vein, and also to engorge the vein with blood. Using a firm grip above the elbow, yet not so tight as to reduce arterial blood flow into the limb, the paw was rhythmically squeezed to pump blood up into the vein. Next a 21 gauge one inch needle with attached three ml disposable plastic syringe attached was placed bevel up atop the vein. The needle was raised to a 30° angle and the point quickly pressed a small distance into the vein, which was compressed. At this point, needle pressure was removed and reapplied in stages to puncture the proximal vein wall, yet not the distal vein wall, as the vein was nearly collapsed. During this process, the 4th and 5th fingers were used to pull the plunger, so that blood would flow freely into the syringe immediately upon correct positioning of the needle. Once the needle tip was correctly positioned, the needle/skin angle was reduced so that the needle was aligned with the central axis of the vein and the needle was pushed upward into the vein so that one cm was inserted. Then blood was drawn up with no pressure above the elbow, except on the bony joint areas, to allow faster filling of blood into the syringe. Minimal pull on the plunger prevented collapse of the vein by too rapid a withdrawal of blood. The needle was then withdrawn and firm pressure applied to the puncture site for 0.5 to 1.0 minute to allow coagulation of blood at the puncture site, to prevent bleeding. Punctures were started as high as possible in the cephalic vein so that an entire study was done utilizing one vein, and the alternate leg vein was used for the subsequent study. This allowed the veins to heal between studies.

Samples were withdrawn at the following times: −5 (blank), 15, 30, 45 minutes and 1.0, 1.5, 2.0, 2.5, 3.0, 4.0, 6.0, 8.0, 10, 12 and 24 hours.

Preparation of Blood Samples

After each sample was obtained, the syringe needle was removed and then the blood was expressed into a 13 mm × 100 mm screw-capped glass test tube containing 30 units of dried sodium heparin. Teflon coated caps were screwed on the test tube, and the tube rocked gently to dissolve and mix the heparin and blood. Blood samples were kept at four degrees Centigrade until centrifugation at 1500 rpm for 30 minutes to separate the plasma, which was either used immediately or frozen until later use.

One ml of plasma was transferred to a clean 13 mm × 100 ml glass test tube, 100 microliters of 480 micrograms/ml internal standard in pH 4.0 acetate buffer was added, then 100 microliters of 40 percent trichloroacetic acid in distilled water was added to precipitate proteins. The test tubes were then capped and centri-

13
4,717,713
14

fuged at $2000 \times g$ for 15 minutes. The supernatant was transferred to a clean 13 mm $\times$ 100 mm test tube, capped and kept at four degrees Centigrade until analysis by high performance liquid chromatography. The remaining unused plasma was placed in a disposable 12 mm $\times$ 75 mm flint glass test tube, sealed with a polyethylene plug, and frozen in case a repeat analysis proved necessary. Analysis was effected by High Performance Liquid Chromatography with detection at 254 nm using caffeine as an internal standard or detection at 280 nm using beta-hydroxyethyl theophylline as a standard.

It should be particularly noted that the capsules utilized in the experimental studies of the present invention were employed only for purposes of convenience and in an effort to obtain more accurate testing results since administration of the present compositions via gastric intubation was problematic, increasing the risk of vomiting and overall resistance on the part of the dogs. The capsules containing the liquid formulation of the aforementioned compositions had no significant effect on the time release properties studied but, merely provided convenience and complete administration of the present compositions to the dogs. For example, Table XII represents the significant differences in absorption times observed during the in vivo testing. Particular difficulty in administration by intubation using Formula II can be observed therein. Table XI defines the specific compositions tested.

The results of the aforedescribed in vivo experimentation employing the different compositions of the present invention are set forth in Tables XII–XXXIX below.

### TABLE XI

Theophylline Formulations Tested In Vivo

| | Ingredients | Concentration | Delivery Mode |
|---|---|---|---|
| I | Theophylline | 1% | Gastric Tube |
| | Water | balance | |
| II | Theophylline | 4% | Gastric Tube |
| | Gelatin | 1.5% | |
| | Carrageenan | 1.5% | |
| III | Theophylline | 4% | Gastric Tube |
| | Sodium Alginate | 3% | |
| IV | Theophylline | 4% | Gastric Tube |
| | Xanthan Gum | 3% | |
| V | Theophylline | 12% | Capsule |
| | Sodium Alginate | 1% | |
| | Calcium Carbonate | 5% | |
| VI | Theophylline | 12% | Capsule |
| | Sodium Alginate | 1% | |
| | Xanthan Gum C | 0.3% | |
| VII | Theophylline | 12% | Capsule |
| | Gelatin | 0.5% | |
| | Carrageenan | 0.5% | |
| | Calcium Carbonate | 5% | |
| VIII | Theophylline | 12% | Capsule |
| | Xanthan Gum | 1.5% | |

### TABLE XII

Summary of statistical comparison of in vivo absorption of theophylline from test suspensions compared to aqueous solution administered to same dog based on analysis of blood levels

| Test Formula | Absorption Times | | |
|---|---|---|---|
| | 25% | 50% | 75% |
| II | not significant | not significant | not significant |
| III | P < 0.20 | not significant | not significant |
| IV | P < 0.20 | P < 0.20 | P < 0.10 |
| V | P < 0.05 | P < 0.05 | P < 0.05 |
| VI | not significant | not significant | not significant |
| VII | P < 0.10 | P < 0.10 | P < 0.10 |

### TABLE XII-continued

Summary of statistical comparison of in vivo absorption of theophylline from test suspensions compared to aqueous solution administered to same dog based on analysis of blood levels

| Test Formula | Absorption Times | | |
|---|---|---|---|
| | 25% | 50% | 75% |
| VIII | P < 0.20 | not significant | P < 0.20 |

Not Significant - Indicates no statistically significant difference
P - Indicates significant statistical difference
P values - Indicate level of significance

### TABLE XIII

Theophylline Plasma Concentrations, Area Under the Plasma Level/Time Curve and Percent Absorbed for Dog A After Administration of Formula I by Gastric Intubation

| Time Hours | Plasma Concentration MCG/ML | Cumulative* A.U.C. | Percent Absorbed** |
|---|---|---|---|
| 0.10 | 4.18 | 0.21 | 12.28 |
| 0.18 | 11.80 | 0.85 | 34.73 |
| 0.26 | 16.13 | 1.97 | 47.80 |
| 0.33 | 18.46 | 3.23 | 55.11 |
| 0.42 | 20.07 | 4.90 | 60.51 |
| 0.50 | 21.04 | 6.55 | 64.01 |
| 0.67 | 21.47 | 10.16 | 66.74 |
| 0.83 | 22.20 | 13.66 | 70.30 |
| 1.00 | 24.06 | 17.59 | 77.32 |
| 1.50 | 25.68 | 30.02 | 87.13 |
| 2.00 | 28.01 | 43.45 | 99.45 |
| 3.00 | 29.99 | 72.45 | 117.12 |
| 4.00 | 25.92 | 100.41 | 116.73 |
| 6.00 | 19.48 | 145.81 | 116.57 |
| 8.00 | 11.92 | 177.21 | 107.45 |
| 10.00 | 7.33 | 196.46 | 101.97 |
| 12.00 | 4.92 | 208.71 | 99.95 |
| 24.00 | 0.92 | 243.74 | 102.69 |

Elimination Constant = $.1408\ HR^{-1}$
*For tables XIII through XXXIX calculation is based on area under blood-time curve from 0 to 24 hours based on the trapazoidal rule.
**Calculated by Wagner-Nelson method. (Tables XIII–XXXIX)

### TABLE XIV

Theophylline Plasma Concentrations, Area Under the Plasma Level/Time Curve and Percent Absorbed for Dog B After Administration of Formula I by Gastric Intubation

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.08 | 16.73 | 0.67 | 42.75 |
| 0.17 | 33.39 | 2.92 | 86.04 |
| 0.25 | 37.55 | 5.96 | 97.88 |
| 0.33 | 37.47 | 8.76 | 99.03 |
| 0.50 | 35.52 | 14.97 | 96.83 |
| 0.67 | 37.90 | 21.21 | 105.68 |
| 0.83 | 32.22 | 26.82 | 93.76 |
| 1.00 | 34.71 | 32.50 | 102.63 |
| 1.50 | 32.59 | 49.33 | 104.78 |
| 2.00 | 30.10 | 65.00 | 105.49 |
| 3.00 | 26.11 | 93.11 | 107.93 |
| 4.00 | 22.01 | 117.17 | 108.30 |
| 5.00 | 19.61 | 137.98 | 111.50 |
| 6.00 | 14.25 | 154.91 | 105.49 |
| 8.00 | 8.56 | 177.72 | 101.24 |
| 10.00 | 5.48 | 191.76 | 99.70 |
| 12.00 | 3.32 | 200.55 | 98.16 |
| 24.00 | 0.50 | 223.49 | 101.28 |

Elimination Constant = $.1763\ HR^{-1}$

4,717,713

**15**

### TABLE XV

Theophylline Plasma Concentrations, Area Under the
Plasma Level/Time Curve and Percent Absorbed for
Dog C After Administration of Formula I by
Gastric Intubation

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.09 | 14.40 | 0.65 | 37.76 |
| 0.17 | 13.49 | 1.76 | 35.84 |
| 0.25 | 17.31 | 3.00 | 46.26 |
| 0.33 | 20.35 | 4.50 | 54.79 |
| 0.42 | 24.10 | 6.50 | 65.33 |
| 0.50 | 24.55 | 8.45 | 67.27 |
| 0.67 | 28.69 | 12.97 | 79.86 |
| 0.83 | 32.83 | 17.89 | 92.57 |
| 1.00 | 34.79 | 23.64 | 99.95 |
| 1.50 | 32.31 | 40.42 | 100.14 |
| 2.00 | 30.63 | 56.15 | 101.97 |
| 3.00 | 28.62 | 85.78 | 108.42 |
| 4.00 | 23.17 | 111.67 | 104.46 |
| 5.00 | 22.12 | 134.31 | 110.68 |
| 6.00 | 19.02 | 154.88 | 110.73 |
| 8.00 | 13.71 | 187.62 | 109.85 |
| 10.00 | 7.95 | 209.28 | 103.40 |
| 12.00 | 4.65 | 221.88 | 99.78 |
| 24.00 | 0.55 | 253.09 | 101.44 |

Elimination Constant = .1517 HR$^{-1}$

### TABLE XVI

Theophylline Plasma Concentrations, Area Under the
Plasma Level/Time Curve and Percent Absorbed for
Dog D After Administration of Formula I by
Gastric Intubation

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.25 | 5.59 | 0.70 | 11.38 |
| 0.50 | 12.08 | 2.91 | 25.14 |
| 0.75 | 24.17 | 7.44 | 50.93 |
| 1.00 | 29.97 | 14.21 | 65.15 |
| 1.50 | 31.20 | 29.50 | 73.68 |
| 2.00 | 31.87 | 45.27 | 81.27 |
| 2.50 | 30.03 | 60.74 | 83.79 |
| 3.00 | 27.91 | 75.23 | 85.34 |
| 4.00 | 24.85 | 101.61 | 89.76 |
| 6.00 | 18.90 | 145.36 | 95.37 |
| 8.00 | 12.40 | 176.66 | 94.91 |
| 10.00 | 8.28 | 197.34 | 94.98 |
| 12.00 | 5.36 | 210.98 | 94.60 |
| 25.60 | 0.57 | 251.27 | 101.12 |

Elimination Constant = .2005 HR$^{-1}$

### TABLE XVII

Theophylline Plasma Concentrations, Area Under the
Plasma Level/Time Curve and Percent Absorbed for
Dog A After Administration of Formula II by
Gastric Intubation

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.08 | 2.42 | 0.10 | 6.69 |
| 0.17 | 12.89 | 0.79 | 35.70 |
| 0.25 | 19.87 | 2.10 | 55.38 |
| 0.33 | 22.05 | 3.77 | 62.01 |
| 0.42 | 23.52 | 5.82 | 66.85 |
| 0.50 | 24.75 | 7.75 | 70.98 |
| 0.67 | 25.20 | 12.00 | 73.84 |
| 0.83 | 26.84 | 16.16 | 79.97 |
| 1.00 | 27.33 | 20.77 | 83.08 |
| 1.60 | 32.08 | 38.59 | 103.02 |
| 2.07 | 34.15 | 54.15 | 114.73 |
| 3.00 | 33.27 | 85.50 | 124.43 |
| 4.00 | 28.22 | 116.24 | 122.47 |
| 5.00 | 23.09 | 141.90 | 118.28 |
| 6.00 | 19.33 | 163.11 | 116.16 |
| 8.00 | 11.36 | 193.80 | 106.15 |

### TABLE XVII-continued

Theophylline Plasma Concentrations, Area Under the
Plasma Level/Time Curve and Percent Absorbed for
Dog A After Administration of Formula II by
Gastric Intubation

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 10.00 | 7.20 | 212.37 | 101.90 |
| 12.00 | 4.80 | 224.36 | 99.94 |
| 24.00 | 0.91 | 258.60 | 102.49 |

Elimination Constant = .1408 HR$^{-1}$

### TABLE XVIII

Theophylline Plasma Concentrations, Area Under the
Plasma Level/Time Curve and Percent Absorbed for
Dog B After Administration of Formula II by
Gastric Intubation

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.08 | 0.43 | 0.02 | 0.96 |
| 0.17 | 1.32 | 0.10 | 2.95 |
| 0.25 | 24.27 | 1.12 | 53.85 |
| 0.33 | 31.80 | 3.36 | 71.31 |
| 0.42 | 32.20 | 6.24 | 73.30 |
| 0.50 | 35.15 | 8.94 | 80.84 |
| 0.67 | 37.11 | 15.08 | 87.53 |
| 0.83 | 39.23 | 21.19 | 94.56 |
| 1.00 | 39.36 | 27.87 | 97.44 |
| 1.50 | 39.31 | 47.53 | 104.96 |
| 2.00 | 36.96 | 66.60 | 107.19 |
| 3.00 | 29.79 | 99.97 | 104.37 |
| 4.00 | 24.46 | 127.10 | 103.17 |
| 5.00 | 20.74 | 149.70 | 103.73 |
| 6.00 | 17.69 | 168.91 | 104.48 |
| 8.00 | 11.93 | 198.53 | 103.29 |
| 10.00 | 5.65 | 216.10 | 96.29 |
| 12.00 | 3.98 | 225.73 | 96.36 |
| 24.00 | 1.34 | 257.70 | 102.96 |

Elimination Constant = .1763 HR$^{-1}$

### TABLE XIX

Theophylline Plasma Concentrations, Area Under the
Plasma Level/Time Curve and Percent Absorbed for
Dog C After Administration of Formula II by
Gastric Intubation

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.08 | 0.80 | 0.03 | 1.67 |
| 0.17 | 2.82 | 0.20 | 5.86 |
| 0.25 | 5.95 | 0.55 | 12.42 |
| 0.33 | 14.99 | 1.38 | 31.28 |
| 0.42 | 24.05 | 3.14 | 50.48 |
| 0.50 | 23.32 | 5.04 | 49.57 |
| 0.67 | 26.89 | 9.30 | 58.25 |
| 0.83 | 30.68 | 13.91 | 67.49 |
| 1.00 | 34.91 | 19.49 | 77.94 |
| 1.50 | 39.85 | 38.18 | 93.94 |
| 2.00 | 40.65 | 58.30 | 101.86 |
| 3.00 | 37.40 | 97.33 | 107.36 |
| 4.00 | 32.33 | 132.19 | 107.81 |
| 5.00 | 27.34 | 162.03 | 106.86 |
| 6.00 | 23.62 | 187.51 | 107.15 |
| 8.00 | 16.09 | 227.21 | 104.04 |
| 10.00 | 10.91 | 254.21 | 101.82 |
| 12.00 | 7.44 | 272.55 | 100.40 |
| 24.00 | 0.52 | 320.00 | 101.07 |

Elimination Constant = .1517

4,717,713

**17**

#### TABLE XX

Theophylline Plasma Concentrations, Area Under the
Plasma Level/Time Curve and Percent Absorbed for
Dog A After Administration of Formula III by
Gastric Intubation

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.08 | 0.52 | 0.02 | 1.05 |
| 0.17 | 4.13 | 0.23 | 8.26 |
| 0.25 | 10.53 | 0.82 | 21.12 |
| 0.38 | 20.12 | 2.81 | 40.70 |
| 0.50 | 22.25 | 5.35 | 45.65 |
| 0.67 | 26.42 | 9.49 | 55.07 |
| 0.83 | 27.79 | 13.83 | 58.99 |
| 1.00 | 31.20 | 18.84 | 67.17 |
| 1.50 | 38.81 | 36.34 | 87.14 |
| 2.00 | 41.75 | 56.48 | 98.61 |
| 3.00 | 42.62 | 98.67 | 112.12 |
| 4.00 | 38.10 | 139.03 | 114.42 |
| 5.00 | 33.11 | 174.63 | 114.47 |
| 6.00 | 28.65 | 205.51 | 114.24 |
| 8.17 | 18.68 | 256.86 | 108.81 |
| 10.00 | 12.25 | 285.16 | 103.96 |
| 12.00 | 7.30 | 304.70 | 99.59 |
| 24.00 | 1.58 | 357.99 | 103.14 |

Elimination Constant = .1408 HR$^{-1}$

#### TABLE XXI

Theophylline Plasma Concentrations, Area Under the
Plasma Level/Time Curve and Percent Absorbed for
Dog B After Administration of Formula III by
Gastric Intubation

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.08 | 0.56 | 0.02 | 0.89 |
| 0.17 | 3.60 | 0.21 | 5.71 |
| 0.25 | 7.79 | 0.67 | 12.44 |
| 0.33 | 10.43 | 1.39 | 16.79 |
| 0.42 | 16.81 | 2.62 | 27.17 |
| 0.50 | 32.31 | 4.59 | 52.08 |
| 0.67 | 43.32 | 11.01 | 71.17 |
| 0.83 | 49.11 | 18.41 | 82.33 |
| 1.00 | 48.63 | 26.72 | 83.88 |
| 1.50 | 54.60 | 52.52 | 100.42 |
| 2.00 | 52.34 | 79.26 | 104.28 |
| 3.00 | 43.93 | 127.40 | 104.40 |
| 4.00 | 37.42 | 168.07 | 105.43 |
| 5.00 | 30.86 | 202.21 | 104.59 |
| 6.00 | 25.89 | 230.59 | 104.65 |
| 8.00 | 15.56 | 272.04 | 99.88 |
| 10.00 | 9.56 | 297.15 | 97.41 |
| 12.00 | 6.28 | 312.98 | 96.64 |
| 24.00 | 1.68 | 360.71 | 102.64 |

Elimination Constant = .1763 HR$^{-1}$

#### TABLE XXII

Theophylline Plasma Concentrations, Area Under the
Plasma Level/Time Curve and Percent Absorbed for
Dog C After Administration of Formula III by
Gastric Intubation

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.08 | 1.60 | 0.06 | 3.48 |
| 0.17 | 3.79 | 0.31 | 8.29 |
| 0.25 | 25.26 | 1.47 | 55.10 |
| 0.33 | 45.95 | 4.32 | 100.80 |
| 0.43 | 44.56 | 8.84 | 99.26 |
| 0.52 | 44.98 | 12.87 | 101.49 |
| 0.67 | 45.04 | 19.62 | 103.84 |
| 0.83 | 45.28 | 26.85 | 106.75 |
| 1.00 | 44.18 | 34.45 | 106.84 |
| 1.50 | 39.59 | 55.39 | 103.79 |
| 2.00 | 41.43 | 75.65 | 114.43 |
| 3.00 | 36.86 | 114.79 | 117.37 |

**18**

#### TABLE XXII-continued

Theophylline Plasma Concentrations, Area Under the
Plasma Level/Time Curve and Percent Absorbed for
Dog C After Administration of Formula III by
Gastric Intubation

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 4.00 | 32.94 | 149.69 | 120.36 |
| 5.00 | 27.63 | 179.98 | 118.80 |
| 6.00 | 23.43 | 205.51 | 118.09 |
| 8.00 | 12.31 | 241.24 | 105.77 |
| 10.00 | 8.21 | 261.77 | 103.64 |
| 12.00 | 4.39 | 274.37 | 99.52 |
| 24.00 | 0.68 | 304.80 | 101.47 |

Elimination Constant = .1517

#### TABLE XXIII

Theophylline Plasma Concentrations, Area Under the
Plasma Level/Time Curve and Percent Absorbed for
Dog A After Administration of Formula IV by
Gastric Intubation

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.09 | 0.92 | 0.04 | 1.94 |
| 0.18 | 0.83 | 0.12 | 1.77 |
| 0.26 | 2.32 | 0.25 | 4.92 |
| 0.33 | 4.20 | 0.47 | 8.91 |
| 0.42 | 5.40 | 0.91 | 11.54 |
| 0.51 | 6.86 | 1.46 | 14.75 |
| 0.67 | 10.36 | 2.84 | 22.46 |
| 0.84 | 14.13 | 4.92 | 30.94 |
| 1.00 | 17.27 | 7.43 | 38.23 |
| 1.50 | 26.97 | 18.49 | 61.74 |
| 2.00 | 34.31 | 33.81 | 81.56 |
| 3.00 | 41.20 | 71.57 | 107.04 |
| 4.00 | 38.70 | 111.52 | 113.56 |
| 5.00 | 31.72 | 146.73 | 109.33 |
| 6.00 | 26.53 | 175.85 | 107.07 |
| 8.00 | 17.51 | 219.89 | 101.17 |
| 10.00 | 13.13 | 250.53 | 101.04 |
| 12.00 | 9.19 | 272.85 | 99.37 |
| 24.00 | 2.04 | 340.25 | 104.27 |

Elimination Constant = .1408 HR$^{-1}$

#### TABLE XXIV

Theophylline Plasma Concentrations, Area Under the
Plasma Level/Time Curve and Percent Absorbed for
Dog B After Administration of Formula IV by
Gastric Intubation

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.09 | 3.05 | 0.14 | 5.51 |
| 0.17 | 19.40 | 1.04 | 35.13 |
| 0.25 | 26.07 | 2.85 | 47.67 |
| 0.33 | 30.35 | 5.11 | 56.06 |
| 0.42 | 35.69 | 8.08 | 66.57 |
| 0.50 | 40.32 | 11.12 | 75.84 |
| 0.67 | 42.17 | 18.13 | 81.37 |
| 0.86 | 44.55 | 26.37 | 88.25 |
| 1.00 | 45.05 | 32.64 | 91.13 |
| 1.50 | 46.18 | 55.45 | 100.37 |
| 2.00 | 42.80 | 77.70 | 101.35 |
| 3.00 | 36.76 | 117.47 | 103.08 |
| 4.00 | 30.92 | 151.31 | 103.31 |
| 5.00 | 26.69 | 180.11 | 104.83 |
| 6.00 | 22.31 | 204.61 | 104.73 |
| 8.00 | 14.43 | 241.36 | 102.21 |
| 10.00 | 8.32 | 264.11 | 98.46 |
| 12.00 | 5.35 | 277.79 | 97.44 |
| 25.00 | 0.56 | 316.21 | 101.01 |

Elimination Constant = .1763 HR$^{-1}$

4,717,713

19                                                                        20

## TABLE XXV

Theophylline Plasma Concentrations, Area Under the Plasma Level/Time Curve and Percent Absorbed for Dog C After Administration of Formula IV by Gastric Intubation

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.08 | 0.45 | 0.02 | 0.94 |
| 0.17 | 0.77 | 0.07 | 1.61 |
| 0.25 | 3.34 | 0.24 | 6.96 |
| 0.33 | 5.65 | 0.60 | 11.84 |
| 0.42 | 6.75 | 1.15 | 14.28 |
| 0.50 | 7.92 | 1.74 | 16.88 |
| 0.67 | 11.45 | 3.39 | 24.68 |
| 0.83 | 17.70 | 5.72 | 38.29 |
| 1.00 | 23.73 | 9.24 | 51.83 |
| 1.50 | 36.87 | 24.39 | 83.68 |
| 2.00 | 40.00 | 43.83 | 98.07 |
| 3.00 | 41.92 | 85.24 | 113.15 |
| 4.00 | 35.51 | 123.96 | 112.02 |
| 5.00 | 31.52 | 157.47 | 114.29 |
| 6.00 | 24.98 | 185.72 | 109.63 |
| 8.00 | 17.17 | 227.87 | 106.72 |
| 10.00 | 10.89 | 255.93 | 102.54 |
| 12.00 | 6.92 | 273.74 | 99.93 |
| 24.00 | 0.72 | 319.59 | 101.48 |

Elimination Constant = .1517

## TABLE XXVI

Theophylline Plasma Concentrations, Area Under the Plasma Level/Time Curve and Percent Absorbed for Dog A After Administration of Formula V by Capsule

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.25 | 2.44 | 0.31 | 9.08 |
| 0.50 | 4.63 | 1.19 | 17.49 |
| 0.75 | 5.73 | 2.48 | 22.17 |
| 1.00 | 7.42 | 4.13 | 29.20 |
| 1.50 | 10.82 | 8.69 | 43.94 |
| 2.00 | 20.83 | 16.60 | 84.55 |
| 2.50 | 23.11 | 27.58 | 98.49 |
| 3.00 | 26.98 | 40.10 | 119.07 |
| 4.00 | 22.64 | 64.91 | 115.98 |
| 6.00 | 17.42 | 104.97 | 117.52 |
| 8.00 | 10.69 | 133.08 | 107.40 |
| 10.00 | 7.37 | 151.14 | 104.55 |
| 12.00 | 4.54 | 163.05 | 100.35 |
| 24.00 | 0.72 | 194.61 | 102.63 |

Elimination Constant = .1408 HR$^{-1}$

## TABLE XXVII

Theophylline Plasma Concentrations, Area Under the Plasma Level/Time Curve and Percent Absorbed for Dog B After Administration of Formula V by Capsule

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.25 | 2.21 | 0.28 | 8.82 |
| 0.77 | 7.35 | 2.75 | 30.64 |
| 1.00 | 11.63 | 4.96 | 48.89 |
| 1.50 | 16.37 | 11.96 | 72.21 |
| 2.00 | 16.15 | 20.09 | 76.96 |
| 2.50 | 15.85 | 28.09 | 81.32 |
| 3.00 | 15.06 | 35.82 | 83.56 |
| 4.00 | 13.43 | 50.06 | 86.98 |
| 6.00 | 11.18 | 74.67 | 95.15 |
| 8.00 | 10.15 | 96.00 | 105.85 |
| 10.00 | 5.70 | 111.86 | 99.35 |
| 12.00 | 3.43 | 120.99 | 96.78 |
| 24.30 | 0.49 | 145.12 | 101.93 |

Elimination Constant = .1763 HR$^{-1}$

## TABLE XXVIII

Theophylline Plasma Concentrations, Area Under the Plasma Level/Time Curve and Percent Absorbed for Dog C After Administration of Formula V by Capsule

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.25 | 0.65 | 0.08 | 2.93 |
| 0.50 | 1.10 | 0.30 | 5.11 |
| 0.75 | 2.75 | 0.78 | 12.79 |
| 1.00 | 3.79 | 1.60 | 17.97 |
| 1.50 | 7.20 | 4.34 | 35.02 |
| 2.00 | 8.86 | 8.36 | 45.14 |
| 2.50 | 10.88 | 13.29 | 57.49 |
| 3.00 | 11.37 | 18.85 | 63.42 |
| 4.00 | 12.10 | 30.59 | 74.61 |
| 6.00 | 15.91 | 58.59 | 110.53 |
| 8.00 | 10.37 | 84.87 | 103.63 |
| 10.00 | 7.32 | 102.57 | 102.01 |
| 12.00 | 4.58 | 114.47 | 97.84 |
| 24.00 | 0.98 | 147.87 | 104.39 |

Elimination constant = .1517 HR$^{-1}$

## TABLE XXIX

Theophylline Plasma Concentrations, Area Under the Plasma Level/Time Curve and Percent Absorbed for Dog D After Administration of Formula V by Capsule

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.25 | 2.38 | 0.30 | 6.21 |
| 0.50 | 4.77 | 1.19 | 12.76 |
| 0.75 | 7.25 | 2.69 | 19.83 |
| 1.00 | 9.59 | 4.80 | 26.85 |
| 1.50 | 12.47 | 10.31 | 36.99 |
| 2.00 | 14.13 | 16.96 | 44.62 |
| 2.50 | 14.30 | 24.07 | 48.67 |
| 3.00 | 15.66 | 31.56 | 55.97 |
| 4.00 | 15.58 | 47.18 | 63.73 |
| 6.00 | 17.09 | 79.85 | 84.25 |
| 8.00 | 14.54 | 111.49 | 93.90 |
| 10.00 | 8.92 | 134.95 | 91.57 |
| 12.00 | 6.75 | 150.63 | 94.05 |
| 24.00 | 0.80 | 195.97 | 102.05 |

Elimination Constant = .2005 HR$^{-1}$

## TABLE XXX

Theophylline Plasma Concentrations, Area Under the Plasma Level/Time Curve and Percent Absorbed for Dog A After Administration of Formula VI by Capsule

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.30 | 12.00 | 1.80 | 48.42 |
| 0.50 | 13.74 | 4.37 | 56.70 |
| 0.75 | 15.39 | 8.01 | 65.27 |
| 1.00 | 16.56 | 12.01 | 72.11 |
| 1.70 | 19.35 | 24.58 | 90.10 |
| 2.00 | 19.48 | 30.40 | 93.88 |
| 2.50 | 19.76 | 40.21 | 100.42 |
| 3.00 | 19.42 | 50.01 | 104.56 |
| 4.00 | 18.55 | 68.99 | 111.65 |
| 6.00 | 14.44 | 101.98 | 113.76 |
| 8.00 | 8.88 | 125.30 | 104.80 |
| 10.00 | 6.49 | 140.67 | 103.88 |
| 12.00 | 4.21 | 151.37 | 100.82 |
| 24.00 | 0.53 | 179.77 | 102.08 |

Elimination Constant = .1408 HR$^{-1}$

4,717,713

**21**

### TABLE XXXI

Theophylline Plasma Concentrations, Area Under the Plasma Level/Time Curve and Percent Absorbed for Dog D After Administration of Formula VI by Capsule

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.30 | 2.19 | 0.33 | 6.96 |
| 0.50 | 2.89 | 0.84 | 9.47 |
| 0.78 | 3.94 | 1.80 | 13.29 |
| 1.00 | 5.47 | 2.82 | 18.67 |
| 1.50 | 11.15 | 6.98 | 38.78 |
| 2.00 | 14.51 | 13.39 | 53.17 |
| 2.50 | 15.32 | 20.85 | 60.29 |
| 3.00 | 15.36 | 28.52 | 65.16 |
| 4.00 | 15.06 | 43.74 | 73.68 |
| 6.00 | 13.37 | 72.17 | 86.07 |
| 8.00 | 10.50 | 96.04 | 91.97 |
| 10.00 | 7.05 | 113.59 | 92.19 |
| 12.00 | 4.90 | 125.54 | 92.97 |
| 24.00 | 1.06 | 161.34 | 103.29 |

Elimination Constant = .2005 HR$^{-1}$

### TABLE XXXII

Theophylline Plasma Concentrations, Area Under the Plasma Level/Time Curve and Percent Absorbed for Dog A After Administration of Formula VII by Capsule

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.25 | 1.30 | 0.16 | 4.48 |
| 0.50 | 4.35 | 0.87 | 15.10 |
| 0.75 | 7.40 | 2.34 | 26.11 |
| 1.10 | 9.52 | 5.30 | 34.67 |
| 1.50 | 13.12 | 9.82 | 48.99 |
| 2.10 | 14.40 | 18.08 | 57.24 |
| 2.50 | 14.88 | 23.93 | 61.65 |
| 3.00 | 21.91 | 33.13 | 89.78 |
| 4.00 | 25.55 | 56.86 | 113.38 |
| 6.00 | 19.83 | 102.24 | 115.61 |
| 8.00 | 12.52 | 134.58 | 106.30 |
| 10.00 | 8.41 | 155.51 | 102.40 |
| 12.00 | 5.65 | 169.58 | 99.75 |
| 24.00 | 1.13 | 210.23 | 103.80 |

Elimination Constant = .1408 HR$^{-1}$

### TABLE XXXIII

Theophylline Plasma Concentrations, Area Under the Plasma Level/Time Curve and Percent Absorbed for Dog B After Administration of Formula VII by Capsule

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.25 | 31.05 | 3.88 | 98.70 |
| 0.50 | 25.46 | 10.95 | 85.20 |
| 0.80 | 24.37 | 18.42 | 85.91 |
| 1.00 | 23.96 | 23.25 | 87.27 |
| 1.50 | 21.05 | 34.51 | 84.39 |
| 2.00 | 22.09 | 45.29 | 93.53 |
| 2.50 | 20.87 | 56.03 | 95.64 |
| 3.00 | 19.64 | 66.16 | 97.38 |
| 4.00 | 17.19 | 84.58 | 99.85 |
| 6.00 | 11.46 | 113.23 | 97.74 |
| 8.00 | 7.22 | 131.91 | 94.81 |
| 10.00 | 5.26 | 144.40 | 95.55 |
| 12.00 | 3.60 | 153.26 | 95.24 |
| 24.00 | 1.25 | 182.36 | 103.88 |

Elimination Constant = .1763 HR$^{-1}$

**22**

### TABLE XXXIV

Theophylline Plasma Concentrations, Area Under the Plasma Level/Time Curve and Percent Absorbed for Dog C After Administration of Formula VII by Capsule

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.23 | 1.52 | 0.17 | 6.60 |
| 0.52 | 4.59 | 1.06 | 20.34 |
| 0.80 | 6.64 | 2.63 | 30.13 |
| 1.00 | 9.03 | 4.20 | 41.35 |
| 1.50 | 12.85 | 9.67 | 61.26 |
| 2.00 | 15.07 | 16.65 | 75.28 |
| 2.50 | 15.29 | 24.24 | 81.16 |
| 3.00 | 18.26 | 32.63 | 99.29 |
| 4.00 | 17.72 | 50.62 | 108.68 |
| 6.00 | 13.00 | 81.34 | 108.39 |
| 8.00 | 7.48 | 101.82 | 98.08 |
| 10.00 | 4.68 | 113.98 | 94.00 |
| 12.00 | 3.72 | 122.38 | 95.35 |
| 24.00 | 1.56 | 154.08 | 106.68 |

Elimination Constant = .1517 HR$^{-1}$

### TABLE XXXV

Theophylline Plasma Concentrations, Area Under the Plasma Level/Time Curve and Percent Absorbed for Dog D After Administration of Formula VII by Capsule

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.25 | 9.34 | 1.17 | 23.59 |
| 0.50 | 11.58 | 3.78 | 30.40 |
| 0.83 | 14.16 | 8.03 | 38.85 |
| 1.00 | 14.44 | 10.46 | 40.73 |
| 1.50 | 15.19 | 17.87 | 46.23 |
| 2.00 | 18.91 | 26.39 | 59.61 |
| 2.50 | 21.27 | 36.44 | 70.40 |
| 3.00 | 22.81 | 47.46 | 79.63 |
| 4.00 | 21.45 | 69.59 | 87.21 |
| 6.00 | 16.42 | 107.47 | 93.53 |
| 8.00 | 11.09 | 134.99 | 93.99 |
| 10.00 | 7.45 | 153.53 | 94.17 |
| 12.00 | 5.32 | 166.30 | 95.23 |
| 24.00 | 0.71 | 202.49 | 101.76 |

Elimination Constant = .2005 HR$^{-1}$

### TABLE XXXVI

Theophylline Plasma Concentrations, Area Under the Plasma Level/Time Curve and Percent Absorbed for Dog A After Administration of Formula VIII by Capsule

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.28 | 2.24 | 0.31 | 8.88 |
| 0.50 | 3.52 | 0.95 | 14.21 |
| 0.75 | 4.20 | 1.91 | 17.38 |
| 1.00 | 6.82 | 3.29 | 28.32 |
| 1.50 | 10.48 | 7.61 | 44.93 |
| 2.00 | 13.87 | 13.70 | 61.48 |
| 2.50 | 15.55 | 21.06 | 72.05 |
| 3.00 | 17.33 | 29.28 | 83.47 |
| 4.00 | 18.57 | 47.23 | 98.13 |
| 6.00 | 18.35 | 84.16 | 117.50 |
| 8.00 | 11.64 | 114.14 | 107.79 |
| 10.00 | 7.46 | 133.23 | 101.99 |
| 12.00 | 5.52 | 146.21 | 101.56 |
| 24.00 | 0.54 | 182.55 | 102.10 |

Elimination Constant = .1408 HR$^{-1}$

4,717,713

23

#### TABLE XXXVII

Theophylline Plasma Concentrations, Area Under the Plasma
Level/Time Curve and Percent Absorbed for Dog B After
Administration of Formula VIII by Capsule

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.25 | 24.33 | 3.04 | 71.21 |
| 0.53 | 29.83 | 10.62 | 90.80 |
| 0.75 | 30.61 | 17.27 | 96.39 |
| 1.00 | 28.49 | 24.66 | 94.05 |
| 1.50 | 26.97 | 38.52 | 96.69 |
| 2.00 | 24.91 | 51.49 | 97.34 |
| 2.50 | 21.99 | 63.21 | 94.89 |
| 3.00 | 21.40 | 74.06 | 98.71 |
| 4.00 | 18.20 | 93.86 | 99.54 |
| 6.00 | 12.06 | 124.13 | 97.24 |
| 8.00 | 8.68 | 144.87 | 98.03 |
| 10.00 | 5.34 | 158.90 | 95.54 |
| 12.00 | 3.78 | 168.02 | 95.68 |
| 24.00 | 1.22 | 198.03 | 103.50 |

Elimination Constant = .1763 HR$^{-1}$

#### TABLE XXXVIII

Theophylline Plasma Concentrations, Area Under the Plasma
Level/Time Curve and Percent Absorbed for Dog C After
Administration of Formula VIII by Capsule

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.25 | 11.86 | 1.48 | 57.05 |
| 0.55 | 14.76 | 5.48 | 73.60 |
| 0.75 | 16.36 | 8.59 | 83.38 |
| 1.00 | 17.28 | 12.79 | 90.73 |
| 1.50 | 18.58 | 21.76 | 103.29 |
| 2.00 | 18.14 | 30.94 | 107.79 |
| 2.50 | 16.84 | 39.68 | 107.91 |
| 3.00 | 16.80 | 48.09 | 113.75 |
| 4.00 | 14.86 | 63.92 | 115.92 |
| 6.00 | 10.72 | 89.50 | 114.70 |
| 8.00 | 4.74 | 104.96 | 97.54 |
| 10.00 | 4.10 | 113.80 | 100.85 |
| 12.00 | 2.78 | 120.68 | 99.55 |
| 24.00 | 0.38 | 139.64 | 101.79 |

Elimination Constant = .1517 HR$^{-1}$

#### TABLE XXXIX

Theophylline Plasma Concentrations, Area Under the Plasma
Level/Time Curve and Percent Absorbed for Dog D After
Administration of Formula VIII by Capsule

| Time Hours | Plasma Concentration MCG/ML | Cumulative A.U.C. | Percent Absorbed |
|---|---|---|---|
| 0.25 | 0.88 | 0.11 | 2.25 |
| 0.50 | 7.22 | 1.12 | 18.59 |
| 0.75 | 12.80 | 3.63 | 33.77 |
| 1.00 | 14.56 | 7.05 | 39.88 |
| 1.50 | 16.16 | 14.73 | 47.71 |
| 2.00 | 19.59 | 23.67 | 60.72 |
| 2.50 | 20.59 | 33.71 | 68.25 |
| 3.00 | 20.79 | 44.05 | 73.92 |
| 4.00 | 19.99 | 64.44 | 82.13 |
| 6.00 | 16.40 | 100.83 | 91.40 |
| 8.00 | 11.96 | 129.19 | 94.51 |
| 10.00 | 7.72 | 148.88 | 93.78 |
| 12.00 | 5.30 | 161.90 | 94.25 |
| 24.00 | 1.02 | 199.83 | 102.55 |

Elimination Constant = .2005 HR$^{-1}$

Generally, it is seen that absorption of theophylline
was significantly delayed or prolonged at some time for
all suspensions exept Formula II, containing gelatin and
carrageenan and Formula VI containing sodium algi-
nate and xanthan gum, although the latter includes one
of two experiments which appears to have succeeded
despite failure of the statistical test. For gelatin and

24

carageenan suspensions, gastric emptying would solubi-
lize the matrix, since higher pH values such as are found
in the small bowel were found to speed release and
matrix distribution in vitro at elevated pH. Another
factor is that the hidden gastric tube end may have been
inserted between opposed gastric walls, causing spread-
ing and increased surface area of the suspensions. Fur-
thermore, beagles generally demonstrate a high ten-
dency to vomit which may explain some of the inconsis-
tent in vivo results employing intubation techniques, as
esophageal reflux sounds and coughing were sometimes
noted, at which time the dogs jaws were normally held
closed to prevent possible ejection of gastric contents.

Given the observed differences in theophylline
plasma levels after dosing with trial suspensions and
after the one percent solution, and the significant differ-
ences in absorption times, it is concluded that the trial
suspensions were generally effective in prolonging the
absorption of theophylline relative to the one percent
solutions.

Thus, while the invention has been described with
reference to certain preferred embodiments, those
skilled in the art will realize that changes and modifica-
tions may be made thereto without departing from the
full and intended scope of the appended claims.

We claim:

1. A method for the controlled release administration
of a pharmaceutically active agent comprising orally
introducing said agent to the body in a normally liquid
formulation containing a solution or suspension vehicle
selected from the group consisting essentially of xan-
than gum, sodium alginate, gelatin, carrageenan, meth-
ylcellulose and mixtures thereof in an amount from
about 0.3 to about 5.0 percent by weight which forms a
semi-solid gel-like matrix in the environment of the
stomach thereby controlling the release of said pharma-
ceutically active agent.

2. The method of claim 1 wherein said vehicle com-
prises from about 0.3 to about 3 percent xanthan gum by
weight.

3. The method of claim 1 wherein said vehicle com-
prises from about 0.5 to about 3 percent sodium alginate
by weight.

4. The method of claim 1 wherein said vehicle com-
prises from about 0.3 to about 1.5 percent by weight of
each gelatin and carrageenan.

5. The method of claim 1 wherein said vehicle com-
prises from about 1 to about 3 weight percent of methyl-
cellulose.

6. The method of claim 1 wherein said vehicle com-
prises about 2 percent methylcellulose and about 5 per-
cent sodium chloride by weight.

7. The method of claim 1 wherein the formulation
further comprises additional excipients selected from
locust bean gum, salts, sugars, $Na_3PO_4$, $CaCO_3$ and
$Ca_2HPO_4$.

8. The method of claim 1 wherein said pharmaceuti-
cally active agent comprises theophylline.

9. In a method for controlled release administration
of a pharmaceutically active agent, the improvement
comprising orally administering said agent to the body
in a normally liquid formulation containing a solution or
suspension vehicle selected from the group consisting
essentially of xanthan gum, sodium alginate, gelatin,
carrageenan, methylcellulose and mixtures thereof in an
amount from about 0.3 to about 5.0 percent by weight
which forms a semi-solid gel-like matrix in the environ-

4,717,713

25
26

ment of the stomach thereby controlling the release of said pharmaceutically active agent.

10. The method of claim 9 wherein said vehicle comprises from about 0.3 to about 3 percent xanthan gum by weight.

11. The method of claim 9 wherein said vehicle comprises from about 0.5 to about 3 percent sodium alginate by weight.

12. The method of claim 9 wherein said vehicle comprises from about 0.3 to about 1.5 percent by weight of each gelatin and carrageenan.

13. The method of claim 9 wherein said vehicle comprises from about 1 to about 3 weight percent of methylcellulose.

14. The method of claim 9 wherein said vehicle comprises about 2 percent methylcellulose and about 5 percent sodium chloride by weight.

15. The method of claim 9 wherein the formulation further comprises additional excipients selected from locust bean gum, salts, sugars, $Na_3PO_4$, $CaCO_3$ and $Ca_2HPO_4$.

16. The method of claim 9 wherein said pharmaceutically active agent comprises theophylline.

17. A controlled release pharmaceutical composition comprising a normally liquid formulation containing a solution or suspension vehicle selected from the group consisting essentially of xanthan gum, sodium alginate, gelatin, carrageenan, methylcellulose and mixtures thereof in an amount from about 0.3 to about 5.0 percent by weight and a pharmaceutically active agent, said vehicle forming a semi-solid gel-like matrix in the environment of the stomach thereby controlling the release of said pharmaceutically active agent.

18. The composition of claim 17 wherein the said vehicle comprises from about 0.3 to about 3 percent xanthan gum by weight.

19. The composition of claim 17 wherein said vehicle comprises from about 0.5 to about 3 percent sodium alginate by weight.

20. The composition of claim 17 wherein said vehicle comprises from about 0.3 to about 1.5 percent by weight of each gelatin and carrageenan.

21. The composition of claim 17 wherein said vehicle comprises from about 1 to about 3 weight percent of methylcellulose.

22. The composition of claim 17 wherein said vehicle comprises about 2 percent methylcellulose and about 5 percent sodium chloride by weight.

23. The composition of claim 17 wherein the formulation further comprises additional excipients selected from locust bean gum, salts, sugars, $Na_3PO_4$, $CaCO_3$ and $Ca_2HPO_4$.

24. The composition of claim 17 wherein said pharmaceutically active agent comprises theophylline.

* * * * *

# EXHIBIT 6

**Highly Confidential – Filed Under Seal Pursuant to Protective Order**

# EXHIBIT 7

# Handbook of Pharmaceutical Excipients

FOURTH EDITION

Edited by

## Raymond C Rowe

BPharm, PhD, DSc, FRPharmS, CChem, FRSC, CPhys, MInstP

**Senior Principal Scientist**

AstraZeneca

Macclesfield, UK

## Paul J Sheskey

BSc, RPh

**Technical Service Leader**

Water Soluble Polymers R&D

The Dow Chemical Company

Midland

MI, USA

## Paul J Weller

BSc, MSc, CChem, MRSC

**Publisher – Science and Practice**

Royal Pharmaceutical Society of Great Britain

London, UK

London • Chicago



Pharmaceutical Press



APhA

American
Pharmaceutical
Association

**Published by the Pharmaceutical Press**
Publications division of the Royal Pharmaceutical Society of Great Britain

1 Lambeth High Street, London SE1 7JN, UK
100 South Atkinson Road, Suite 206, Grayslake, IL 60030-7820, USA

**and the American Pharmaceutical Association**
2215 Constitution Avenue NW, Washington, DC 20037-2985, USA

© Pharmaceutical Press and American Pharmaceutical Association 2003

 is a trade mark of Pharmaceutical Press

First edition published 1986
Second edition published 1994
Third edition published 2000
Fourth edition published 2003

Text design by Barker Hilsdon, Lyme Regis
Typeset by Bibliocraft Ltd, Dundee
Printed in Great Britain by The Bath Press, Bath

ISBN 0 85369 472 9 (UK)
ISBN 1 58212 022 6 (USA)

All rights reserved. No part of this publication may be
reproduced, stored in a retrieval system, or transmitted in any
form or by any means, without the prior written permission
of the copyright holder.
    The publisher makes no representation, express or implied,
with regard to the accuracy of the information contained in
this book and cannot accept any legal responsibility or
liability for any errors or omissions that may be made.

A catalogue record for this book is available from the British Library

**Library of Congress Cataloging-in-Publication Data**
Handbook of pharmaceutical excipients.– 4th ed. / edited by Raymond C.
Rowe, Paul J. Sheskey, Paul J. Weller.
    p. ; cm.
Includes bibliographical references and index.
  ISBN 1-58212-022-6 (alk. paper) – ISBN 0-85369-472-9 (alk. paper)
1. Excipients–Handbooks, manuals, etc.
  [DNLM: 1. Excipients–Handbooks. QV 735 H236 2003] I. Rowe, Raymond
C. II. Sheskey, Paul J. III. Weller, Paul J.

RS201.E87H36 2003
615′.19–dc21

2003002641

# Glyceryl Behenate

## 1  Nonproprietary Names

BP: Glycerol dibehenate
PhEur: Glyceroli dibehenas
USPNF: Glyceryl behenate

## 2  Synonyms

*Compritol 888 ATO*; 2,3-dihydroxypropyl docosanoate;
docosanoic acid, 2,3-dihydroxypropyl ester; E471; glycerol
behenate; glyceryl monobehenate.
    Note that tribehenin is used as a synonym for glyceryl
tribehenate.

## 3  Chemical Name and CAS Registry Number

Docosanoic acid, monoester with glycerin [30233-64-8]
(glyceryl behenate)
Docosanoic acid, diester with glycerin [94201-62-4]
(glyceryl dibehenate)
Docosanoic acid, triester with glycerin [18641-57-1]
(glyceryl tribehenate)

## 4  Empirical Formula        Molecular Weight

The PhEur 2002 describes glyceryl dibehenate as a mixture of
diacylglycerols, mainly dibehenoylglycerol, together with vari-
able quantities of mono- and triacylglycerols (*see* Section 9).
The USPNF 20 describes glyceryl behenate as a mixture of
glycerides of fatty acids, mainly behenic acid. It specifies that
the content of 1-monoglycerides should be 12.0–18.0%.

## 5  Structural Formula

*See* Section 4.

## 6  Functional Category

Coating agent; tablet binder; tablet and capsule lubricant.

## 7  Applications in Pharmaceutical Formulation or Technology

Glyceryl behenate is used in cosmetics, foods, and oral phar-
maceutical formulations. In cosmetics, it is mainly used as a
viscosity-increasing agent in emulsions; *see* Table I.
    In pharmaceutical formulations, glyceryl behenate is
mainly used as a tablet and capsule lubricant[1–3] and as a
lipidic coating excipient; it has been investigated for the
encapsulation of various drugs such as retinoids.[4] It has
been investigated for use in the preparation of sustained release
tablets,[5–8] and as a matrix-forming agent for the controlled
release of water-soluble drugs.[9]

**Table I:**   Uses of glyceryl behenate.

| Use | Concentration (%) |
| --- | --- |
| Lipophilic matrix or coating for sustained-released tablets and capsules | >10.0 |
| Tablet and capsule lubricant | 1.0–3.0 |
| Viscosity-increasing agent in silicon gels (cosmetics) | 1.0–15.0 |
| Viscosity-increasing agent in w/o or o/w emulsions (cosmetics) | 1.0–5.0 |

## 8  Description

Glyceryl behenate occurs as a fine white powder or hard waxy
mass with a faint odor.

## 9  Pharmacopeial Specifications

*See* Table II.

**Table II:**   Pharmacopeial specifications for glyceryl behenate.

| Test | PhEur 2002 (Suppl. 4.1) | USPNF 20 |
| --- | --- | --- |
| Identification | + | + |
| Characters | + | — |
| Acid value | $\leqslant$4.0 | $\leqslant$4 |
| Iodine value | $\leqslant$3.0 | $\leqslant$3 |
| Saponification value | 145–165 | 145–165 |
| Residue on ignition | $\leqslant$0.1% | $\leqslant$0.1% |
| Nickel | $\leqslant$1 ppm | — |
| Water | $\leqslant$1.0% | — |
| Heavy metals | — | $\leqslant$0.001% |
| Melting point | 65–77°C | — |
| Content of 1-monoglycerides | — | 12.0–18.0% |
| Content of acylglycerols (glycerides) | + | — |
|    Monoacylglycerols | 13–21% | — |
|    Diacylglycerols | 40–60% | — |
|    Triacylglycerols | 21–35% | — |
| Free glycerin | $\leqslant$1.0% | $\leqslant$1.0% |
| Organic volatile impurities | — | + |
| Composition of fatty acids | + | — |
|    Arachidic acid | $\leqslant$10.0% | — |
|    Behenic acid | $\geqslant$83.0% | — |
|    Erucic acid | $\leqslant$3.0% | — |
|    Lignoceric acid | $\leqslant$3.0% | — |
|    Palmitic acid | $\leqslant$3.0% | — |
|    Stearic acid | $\leqslant$5.0% | — |

## 10  Typical Properties

**Melting point:** 65–77°C
**Solubility:** soluble, when heated, in chloroform and dichloro-
methane, practically insoluble in ethanol (95%), hexane,
mineral oil, and water.

## 11   Stability and Storage Conditions

Glyceryl behenate should be stored in a tight container, at a temperature less than 35 °C.

## 12   Incompatibilities

—

## 13   Method of Manufacture

Glyceryl behenate is prepared by the esterification of glycerin by behenic acid ($C_{22}$ fatty acid) without the use of catalysts. In the case of *Compritol 888 ATO* (Gattefossé), raw materials used are of vegetable origin, and the esterified material is atomized by spray-cooling.

## 14   Safety

Glyceryl behenate is used in cosmetics, foods and oral pharmaceutical formulations and is generally regarded as a relatively nonirritant and nontoxic material.

$LD_{50}$ (mouse, oral): 5 g/kg[10]

## 15   Handling Precautions

Observe normal precautions appropriate to the circumstances and quantities of material handled. Glyceryl behenate emits acrid smoke and irritating fumes when heated to decomposition.

## 16   Regulatory Status

GRAS listed. Accepted for use as a food additive in Europe. Included in the FDA Inactive Ingredients Guide (capsules and tablets).

## 17   Related Substances

Glyceryl palmitostearate.

## 18   Comments

The EINECS numbers are: 250-097-0 for glyceryl behenate; 303-650-6 for glyceryl dibehenate; 242-471-7 for glyceryl tribehenate.

## 19   Specific References

1   Shah NH, Stiel D, Weiss M, *et al*. Evaluation of two new tablet lubricants – sodium stearyl fumarate and glyceryl behenate. Measurement of physical parameters (compaction, ejection and residual forces) in the tabletting process and the effect on the dissolution rate. *Drug Dev Ind Pharm* 1986; **12**: 1329–1346.
2   Baichwal AR, Augsburger LL. Variations in the friction coefficients of tablet lubricants and relationship to their physicochemical properties. *J Pharm Pharmacol* 1988; **40**: 569–571.
3   Brossard C, Ratsimbazafy V, des Ylouses DL. Modelling of theophylline compound release from hard gelatin capsules containing Gelucire matrix granules. *Drug Dev Ind Pharm* 1991; **17**: 1267–1277.
4   Jenning V, Gohla SH. Encapsulation of retinoids in solid lipid nanoparticles (SLN). *J Microencapsul* 2001; **18**(2): 149–158.
5   El-Sayed GM, El-Said Y, Meshali MM, Schwartz JB. Kinetics of theophylline release from different tablet matrices. *STP Pharma Sci* 1996; **6**; 390–397.
6   Prinderre P, Cauture E, Piccerelle P, *et al*. Evaluation of some protective agents on stability and controlled release of oral pharmaceutical forms by fluid bed technique. *Drug Dev Ind Pharm* 1997; **23**: 817–826.
7   Achanta AS, Adusumilli PS, James KW. Thermodynamic analysis of water interaction with excipient films. *Drug Dev Ind Pharm* 2001; **27**(3): 227–240.
8   Achanta AS, Adusumilli PS, James KW, Rhodes CT. Hot-melt coating: water sorption behaviour of excipient films. *Drug Dev Ind Pharm* 2001; **27**(3): 241–250.
9   Obaidat AA, Obaidat RM. Controlled release of tramadol hydrochloride from matrices prepared using glyceryl behenate. *Eur J Pharm Biopharm* 2001; **52**(2): 231–235.
10   Sweet DV, ed. *Registry of Toxic Effects of Chemical Substances*. Cincinati: US Department of Health, 1987.

## 20   General References

Gattefossé. Technical literature: *Compritol 888 ATO*, 2000.

## 21   Author

LME Wykes.

## 22   Date of Revision

27 June 2002.

# EXHIBIT 8

APPENDIX C

## FORMULATION B – [Clarithromycin ER 500 mg (Biaxin XL)]

|                                          | mg/tab | % w/w |
|------------------------------------------|--------|-------|
| Clarithromycin                           | 500    | 50.0  |
| Hydroxypropyl methylcellulose (K100 LV)  | 200    | 20.0  |
| Lactose monohydrate                      | 260    | 26.0  |
| Talc                                     | 30     | 3.0   |
| Magnesium stearate                       | 10     | 1.0   |
| Water*                                   | qs     | qs    |
| Total                                    | 1000   | 100.0 |

|                                     | % w/w |
|-------------------------------------|-------|
| Coating Composition                 |       |
| Water*                              | qs    |
| Propylene glycol                    | 4     |
| Hydroxypropyl Methylcellulose 15 cps| 5     |
| Sorbitan monooleate                 | 0.5   |
| Hydroxypropyl cellulose             | 0.5   |
| Vanillin                            | 0.2   |
| Sorbic Acid                         | 0.2   |
| Titanium Dioxide                    | 1.5   |
| Dye, Yellow, D &C no. 10            | 0.08  |
| Applied at 0.3 kg/kg of tablets     |       |

*Removed by evaporation during manufacturing process
qs: sufficient quantity to granulate or achieve required volume or weight.

2

ABBOTT066601

## APPENDIX C

### FORMULATION C – [Clarithromycin IR 250 mg]

| | mg/tab | % w/w |
|---|---|---|
| Povidone, (K value 29 to 32) | 20 | 4.0 |
| Alcohol* | qs | qs |
| Clarithromycin | 250 | 50.0 |
| Croscarmellose, Sodium | 10 | 2.0 |
| Starch, Pregelatinized | 65 | 13.0 |
| Microcrystalline cellulose (PH 101)(1) | 60 | 12.0 |
| Silicon dioxide | 7.2 | 1.4 |
| Dye, Yellow, D& C No. 1D, Aluminum Lake(1) | 0.3 | 0.1 |
| Croscarmellose, Sodium | 25 | 5.0 |
| Microcrystalline cellulose (PH 102) | 25 | 5.0 |
| Talc | 17.5 | 3.5 |
| Stearic Acid | 12.5 | 2.5 |
| Magnesium stearate | 7.5 | 1.5 |
| *Total* | 500 | 100.0 |

| *Color Coating Composition* | % w/v |
|---|---|
| Water* | qs |
| Alcohol* | 3.5% v/v |
| Hydroxypropyl Methylcellulose 15 cps | 5 |
| Propylene glycol | 4 |
| Sorbitan monooleate | 0.5 |
| Hydroxypropyl cellulose | 0.5 |
| Vanillin | 0.2 |
| Sorbic Acid | 0.2 |
| Titanium Dioxide | 1.5 |
| Dye, Yellow, D &C no, 10, Aluminum Lake (2) | 0.4 |

Applied at 0.4 L/Kg uncoated tablet weight.

| *Gloss Coating Composition* | % w/v |
|---|---|
| Hydroxypropyl methylcellulose 6 cps | 4 |
| Propylene glycol | 0.8 |
| Sorbic Acid | 0.2 |
| Vanillin | 0.2 |
| Water* | qs |
| Alcohol* | 3.5% v/v |

Applied at 0.15 L/Kg uncoated tablet weight.

(1) Amount adjusted to maintain tablet weight
based on Clarithromycin potency.
(2) or approved alternative
*Removed by evaporation during manufacturing process
qs: sufficient quantity to granulate or achieve required volume or weight.

3

ABBOTT066602

## FORMULATION D -- [Clarithromycin IR 500 mg]

| | mg/tab | % w/w |
|---|---|---|
| Povidone, (K value 29 to 32) | 25.5 | 3.0 |
| Alcohol, SD3A, 200 proof* | qs | qs |
| Clarithromycin | 500 | 58.8 |
| Croscarmellose, Sodium | 16.8 | 2.0 |
| Microcrystalline cellulose (PH 101)(1) | 135.1 | 15.9 |
| Silicon dioxide | 12 | 1.4 |
| Stearic Acid | 21 | 2.5 |
| Magnesium stearate | 12.6 | 1.5 |
| Talc | 29.4 | 3.5 |
| Microcrystalline cellulose (PH 102) | 48.8 | 5.7 |
| Croscarmellose, Sodium | 48.8 | 5.7 |
| *Total* | 850 | 100.0 |

| *Color Coating Composition* | % w/v |
|---|---|
| Water* | qs |
| Alcohol* | 3.5% v/v |
| Hydroxypropyl Methylcellulose 15 cps | 5 |
| Propylene glycol | 4 |
| Sorbitan monooleate | 0.5 |
| Hydroxypropyl cellulose | 0.5 |
| Vanillin | 0.2 |
| Sorbic Acid | 0.2 |
| Titanium Dioxide | 1.5 |
| Dye, Yellow, D &C no. 10 (2) | 0.02 |

| *Gloss Coating Composition* | % w/v |
|---|---|
| Hydroxypropyl methylcellulose 6 cps | 4 |
| Propylene glycol | 0.8 |
| Sorbic Acid | 0.2 |
| Vanillin | 0.2 |
| Water* | qs |
| Alcohol* | 3.5% v/v |

*(1) Amount adjusted to maintain tablet weight based on clarithromycin potency*
*(2) or approved alternative*
*Removed by evaporation during manufacturing process*
*qs: sufficient quantity to granulate or achieve required volume or weight.*

4

ABBOTT066603

**APPENDIX  C**

**FORMULATION E – [Clarithromycin ER 500 mg (Biaxin XL – Pilot Scale)]**

|  | mg/tab | % w/w |
|---|---|---|
| Clarithromycin | 500 | 50.0 |
| Hydroxypropyl methylcellulose (K100 LV) | 200 | 20.0 |
| Lactose monohydrate | 260 | 26.0 |
| Talc | 30 | 3.0 |
| Magnesium stearate | 10 | 1.0 |
| Water* | qs | qs |
| Total | 1000 | 100.0 |

| Coating Composition | % w/w |
|---|---|
| Water* | qs |
| Propylene glycol | 4 |
| Hydroxypropyl Methylcellulose 15 cps | 5 |
| Sorbitan monooleate | 0.5 |
| Hydroxypropyl cellulose | 0.5 |
| Sorbic Acid | 0.2 |
| Titanium Dioxide | 1.5 |
| Dye, Yellow, D &C no. 10 | 0.06 |
| Applied at 0.3 kg/kg of uncoated tablets | |

*Removed by evaporation during manufacturing process
qs: sufficient quantity to granulate or achieve required volume or weight.

5

ABBOTT066604

## APPENDIX C

### FORMULATION F -- [Clarithromycin ER 500 mg (Biaxin XL - Pilot Scale)]

|  | mg/tab | % w/w |
|---|---|---|
| Clarithromycin | 500 | 50.0 |
| Hydroxypropyl methylcellulose (K100 LV) | 100 | 10.0 |
| Lactose monohydrate | 360 | 36.0 |
| Talc | 30 | 3.0 |
| Magnesium stearate | 10 | 1.0 |
| Water* | qs | qs |
| Total | 1000 | 100.0 |

| Coating Composition | % w/w |
|---|---|
|  | qs |
| Water* | 4 |
| Propylene glycol | 5 |
| Hydroxypropyl Methylcellulose 15 cps | 0.5 |
| Sorbitan monooleate | 0.5 |
| Hydroxypropyl cellulose | 0.2 |
| Sorbic Acid | 1.5 |
| Titanium Dioxide | n/a |
| Dye, Yellow, D & C no. 10 |  |
| Applied at 0.3 kg/kg of uncoated tablets |  |

*Removed by evaporation during manufacturing process

qs: sufficient quantity to granulate or achieve required volume or weight.

6

ABBOTT066605