### APPENDIX  C

**FORMULATION G – [Clarithromycin IR 500 mg]**

|  | mg/tab | % w/w |
|---|---|---|
| Povidone, (K value 29 to 32) | 25.5 | 3.0 |
| Alcohol, SD3A, 200 proof* | qs | qs |
| Clarithromycin (1) | 520.8 | 61.3 |
| Croscarmellose, Sodium | 16.8 | 2.0 |
| Microcrystalline cellulose (PH 101) | 114.3 | 13.4 |
| Silicon dioxide | 12 | 1.4 |
| Stearic Acid | 21 | 2.5 |
| Magnesium stearate | 12.6 | 1.5 |
| Talc | 29.4 | 3.5 |
| Microcrystalline cellulose (PH 102) | 48.8 | 5.7 |
| Croscarmellose, Sodium | 48.8 | 5.7 |
| Total | 850 | 100.0 |

(1)Factoring for Clarithromycin potency (0.96) included in 520.8 mg/Microcrystalline cellulose adjusted to maintain weight

| Color Coating Composition | mg/tab | % w/v |
|---|---|---|
| Hydroxypropyl Methylcellulose 15 cps | 17.0 | 5 |
| Propylene glycol | 13.6 | 4 |
| Sorbitan monooleate | 1.7 | 0.5 |
| Hydroxypropyl cellulose | 1.7 | 0.5 |
| Titanium Dioxide | 5.1 | 1.5 |
| Dye, Yellow, D &C no. 10 | 0.068 | 0.02 |
| Vanillin | 0.68 | 0.2 |
| Sorbic Acid | 0.68 | 0.2 |
| Alcohol* | 0.012 mL | 3.5%w/v |
| Water* | qs | qs |

Applied at 0.4 L/kg uncoated tablet weight

| Clear Coating Composition | mg/tab | % w/v |
|---|---|---|
| Hydroxypropyl Methylcellulose 6 cps | 5.1 | 4 |
| Propylene glycol | 1.02 | 0.8 |
| Alcohol* | 0.0045 mL | 3.5 |
| Vanillin | 0.255 | 0.2 |
| Sorbic Acid | 0.255 | 0.2 |
| Water* | qs | Qs |

Applied at  0.15L/kg uncoated tablet wt

Ink, Blue (Colorcon- S-1-4160)
Alcohol*
*Removed by evaporation during manufacturing process
qs: sufficient quantity to granulate or achieve required volume or weight.

7

ABBOTT066606

## APPENDIX  C

### FORMULATION H – [Clarithromycin IR 250 mg]

| | mg/tab | % w/w |
|---|---|---|
| Povidone, (K value 29 to 32) | 20 | 4.0 |
| Alcohol* | qs | qs |
| Clarithromycin | 260.4 | 52.1 |
| Croscarmellose, Sodium | 10 | 2.0 |
| Starch, Pregelatinized | 65 | 13.0 |
| Microcrystalline cellulose (PH 101) | 49.6 | 9.9 |
| Dye, Yellow, D&C No. 10 | 0.3 | 0.1 |
| Silicon Dioxide | 7.2 | 1.4 |
| Stearic Acid | 12.5 | 2.5 |
| Magnesium stearate | 7.5 | 1.5 |
| Talc | 17.5 | 3.5 |
| Microcrystalline cellulose (PH 102) | 25 | 5.0 |
| Croscarmellose, Sodium | 25 | 5.0 |
| Total | 500 | 100.0 |

(1)Factoring for Clarithromycin potency (0.96) included in 520.8 mg/Microcrystalline cellulose adjusted to maintain weight

| Color Coating Composition | mg/tab | % w/v |
|---|---|---|
| Hydroxypropyl Methylcellulose 15 cps | 10.0 | 5 |
| Propylene glycol | 8.0 | 4 |
| Sorbitan monooleate | 1.0 | 0.5 |
| Hydroxypropyl cellulose | 1.0 | 0.5 |
| Titanium Dioxide | 3.0 | 1.5 |
| Dye, Yellow, D &C no. 10 | 0.16 | 0.08 |
| Vanillin | 0.4 | 0.2 |
| Sorbic Acid | 0.4 | 0.2 |
| Alcohol* | 0.007 mL | 3.5% v/v |
| Water* | qs | qs |

Applied at 0.4 L/kg uncoated tablet weight

| Clear Coating Composition | mg/tab | % w/v |
|---|---|---|
| Hydroxypropyl Methylcellulose 6 cps | 3 | 4 |
| Propylene glycol | 0.6 | 0.8 |
| Alcohol* | 0.0026 mL | 3.5%v/v |
| Vanillin | 0.15 | 0.2 |
| Sorbic Acid | 0.15 | 0.2 |
| Water* | qs | qs |

Applied at 0.15L/kg uncoated tablet wt

Ink, Blue (Colorcon- S-1-4160)
Alcohol*
*Removed by evaporation during manufacturing process
qs: sufficient quantity to granulate or achieve required volume or weight.

8

ABBOTT066607

# EXHIBIT 9

**Highly Confidential – Filed Under Seal Pursuant to Protective Order**

# EXHIBIT 10

**Highly Confidential – Filed Under Seal Pursuant to Protective Order**

# EXHIBIT 11



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1995 by Merriam-Webster, Incorporated

Philippines Copyright 1995 by Merriam-Webster, Incorporated


Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
      p.    cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1995
423—dc20                      94-30967
                               CIP


Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

12131415RMcN95

**mat-lo** \'ma-tə-\ n [F, fr. MF, fr. MD *mattenoot*, lit., bedmate] *Brit* : SAILOR

**ma-tt'i-ôt**, mat-'lôt\ n [F, lit., sailor's wife, fr. *matelot*] (ca. new made usu. of fish in a seasoned wine sauce

**mat-tər\** n [L — more at MOTHER] (ca. 1859) *chiefly Brit*

**mati-l-as** \mä-tər-fə-'mi-lē-əs, ,mä-\ n [L, fr. *mater* + archaic gen. of *familia* household — more at FAMILY] (1756) who is head of a household

**matə** \mə-'tir-ē-əl\ *adj* [ME *materiel*, fr. MF & LL, fr. LL, L. *materia* matter — more at MATTER] (14c) 1 a (1) derived from, or consisting of matter; *esp* : PHYSICAL (the (2) : of or relating to matter

form (~ cause)  (2) : of or relating to the subject matter *esp* : EMPIRICAL (~ knowledge)  2 : having real importance consequences (facts ~ to the investigation)  3 a : being physical or worldly nature  b : relating to or concerned with rather than spiritual or intellectual things (~ progress) — **mate-ri-al-ly** \-ē-ə-lē\ *adv* — **ma-te-ri-al-ness** n

**MATERIAL, PHYSICAL, CORPOREAL, PHENOMENAL, SENSIBLE, OBJECTIVE** mean of belonging to actuality. MATERIAL implies formation out of matter; used in contrast with *spiritual* or *ideal* it may connote grass, crass, or grasping (*material* values). PHYSICAL applies to perceived directly by the senses and may contrast with *mental* or *imaginary* (the *physical* benefits of exercise). CORPOREAL having the tangible qualities of a body such as shape, size, or to force (artists have portrayed angels as *corporeal* beings). applies to what is known or perceived through the senses than by intuition or rational deduction (scientists concerned phenomenal world). SENSIBLE stresses the capability of readily impressing the senses (the earth's rotation is not *sensible* to we may stress material or independent existence apart from perceiving it (*no objective* evidence of damage). *syn* see in RELEVANT

**mato** (1556)  1 a  (1) : the elements, constituents, or subof which something is composed or can be made  (2) : matter qualities which give it individuality and by which it may be (sticky ~) (explosive ~)  b  (1) : something (as data) be worked into a more finished form (~ for a biography)  (2) used for or made the object of study (~ for the next se- (3) : a performer's repertoire (a comedian's ~)  c : MATTER CLOTH or ) : an apparatus suited to some pursuit (varsity ship ~)  2 a : apparatus necessary for doing or making (writing ~)  b : MATERIEL

**se** *Brit var of* MATERIALIZE

**mat** \mə-'tir-ē-ə-,li-zəm\ n (1748)  1 a : a theory that matter is the only or fundamental reality and that all being esses and phenomena can be explained as manifestations or of matter  b : a doctrine that the only or the highest values or le in material well-being and in the furtherance of material c : a doctrine that economic or social change is materially compare HISTORICAL MATERIALISM  2 : a preoccupation with upon material rather than intellectual or spiritual things — **al-ist** \-list\ n or *adj* — **ma-te-ri-al-is-tic** \-,tir-ē-ə-'lis-tik\ **te-ri-al-is-ti-cal-ly** \-ti-k(ə-)lē\ *adv*

**al-ty** \mə-'tir-ē-ə-lə-tē\ n, pl -ties (1570)  1 : the quality or being material  2 : something that is material

**al-iza-tion** \mə-,tir-ē-ə-lə-'zā-shən\ n (1843)  1 : the action lizing or becoming materialized  2 : something that has been ized; *esp* : APPARITION

**al-ize** \mə-'tir-ē-ə-,līz\ *vb* **-ized; -iz-ing** *vt* (1710)  1 a : to material ; OBJECTIFY  b : to cause to appear in bodily form (~ ts of the dead)  2 : to cause to be materialistic ~ *vi*  1 : to bodily form  2 a : to appear esp. suddenly  b : to come into — **ma-te-ri-al-iz-er** n

**als science** n (1961) : the scientific study of the properties and stics of materials of construction or manufacture (as ceramics, polymers, and composites) — **materials scientist** n

**med-i-ca** \mə-'tir-ē-ə-'me-di-kə\ n [NL, lit., medical matter] 1 : substances used in the composition of medical remedies MEDICINE  2 : a branch of medical science that deals with es, nature, properties, and preparation of drugs  b : a treatise medica

**el or ma-te-ri-el** \mə-,tir-ē-'el\ n [F *matériel*, fr. *matériel*, adj.] : equipment, apparatus, and supplies used by an organization ition

**al** \mə-'tar-n'l\, *adj* [ME, fr. MF *maternel*, fr. L *maternus*, — more at MOTHER] (15c)  1 : of, relating to, belonging characteristic of a mother : MOTHERLY  2 a : related through a (his ~ aunt)  b : inherited or derived from the female parent — **ma-ter-nal-ly** \-n'l-ē\ *adv*

**ity** \mə-'tar-nə-tē\ n, pl **-ties** (1611)  1 a : the quality or of being a mother : MOTHERHOOD  b : the qualities of a mother LINESS  2 : a hospital facility designed for the care of women during childbirth and for the care of newborn babies

**y** *adj* (1893)  1 : designed for wear during pregnancy (a ~ 2 : effective for the period close to and including childbirth (~

**mä-tē** *adj* (1915) *chiefly Brit* : COMPANIONABLE — **mat-ey-** *n chiefly Brit*

**math** \'math\ n (ca. 1878)

**math-e-mat-i-cal** \,math-'ma-ti-kəl, ,ma-thə-\ *also* **math-e-mat-ic** *adj* [ME *mathematicalle*, fr. L *mathematicus*, fr. Gk *mathematikos*, fr. *mathēmat-, mathēma* learning, mathematics, fr. *manthanein* to learn; prob. akin to Goth *mundon* to pay attention] (15c)  1 : rigorously, to, or according with mathematics  2 a : rigorously PRECISE  3 : CERTAIN  3 : possible but highly improbable (only chance) — **math-e-mat-i-cal-ly** \-ti-k(ə-)lē\ *adv*

**matical expectation** n (1838) : EXPECTED VALUE

**matical induction** n (1838) : INDUCTION 2b

**matical logic** n (1858) : SYMBOLIC LOGIC

**ma-ti-cian** \,math-mə-'ti-shən, ,ma-thə-\ n (15c) : a specialist mathematics

**ma-t-ics** \,math-'ma-tiks, ,ma-thə-\ n pl but usu sing in constr

---

(1581) 1 : the science of numbers and their operations, interrelations, combinations, generalizations, and abstractions and of space configurations and their structure, measurement, transformations, and generalizations  2 : a branch of, operation in, or use of mathematics (the ~ of physical chemistry)

**math-e-mat-i-za-tion** \,math-mə-tə-'zā-shən, ,ma-thə-\ n (1928) : reduction to mathematical form — **math-e-ma-tize** \'math-mə-,tīz, 'ma-thə-\ *vb*

**maths** \'maths\ n pl (1911) *chiefly Brit* : MATHEMATICS

**mat-in** \'ma-t'n\ *adj* [ME, fr. OF] (14c) : of or relating to matins or to early morning

**mat-in-al** \'ma-t'n-al\ *adj* (1803)  1 : of or relating to matins  2 : EARLY

**mat-i-nee** or **mat-i-née** \,ma-t'n-'ā\ n [F *matinée*, lit., morning, fr. OF, fr. *matin* morning, fr. L *matutinum*, fr. neut. of *matutinus* of the morning, fr. *Matuta*, goddess of morning; akin to L *maturus* ripe — more at MATURE] (1858) : a musical or dramatic performance or social or public event held in the daytime and esp. the afternoon

**matinee idol** n (1902) : a handsome male performer

**mat-ins** \'ma-t'nz\, n pl but sing or pl in const, often cap [ME *matines*, fr. OF, fr. LL *matutinae*, fr. L, fem. pl. of *matutinus*] (14c)  1 : the night office forming with lauds the first of the canonical hours  2 : MORNING PRAYER

**matr-** or **matri-** or **matro-** comb form [L *matr-, matri-*, fr. *matr-, ma-tri*; mother (*matriarch*) (*matronymic*)

**ma-tri-arch** \'mā-trē-,ärk\ n (1606)  1 : a female who rules or dominates a family, group, or state; *specif* : a mother who is head and ruler of her family and descendants — **ma-tri-ar-chal** \,mā-trē-'ar-kəl\ *adj*

**ma-tri-ar-chate** \'mā-trē-,är-kət, -,kāt\ n (1885) : MATRIARCHY 1

**ma-tri-ar-chy** \'mā-trē-,är-kē\ n, pl **-chies** (1885)  1 : a family, group, or state governed by a matriarch  2 : a system of social organization in which descent and inheritance are traced through the female line

**ma-tri-cide** \'ma-trə-,sīd, 'mā-\ n (1594)  1 [L *matricidium*, fr. *matr- + -cidium* -cide] : murder of a mother by her son or daughter  2 [L *matricida*, fr. *matr- + -cida* -cide] : one that murders his or her mother — **ma-tri-cid-al** \,ma-trə-'sīd-'l, ,mā-\ *adj*

**ma-tric-u-late** \mə-'tri-kyə-,lāt\ *vb* **-lat-ed; -lat-ing** [ML *matriculatus*, pp. of *matriculare*, fr. LL *matricula* public roll, dim. of *matric-, matrix* list, fr. L. breeding female] *vt* (1577) : to enroll as a member of a body and esp. of a college or university ~ *vi* : to become matriculated — **ma-tric-u-lant** \-lənt\ n — **ma-tric-u-la-tion** \-,tri-kyə-'lā-shən\ n

**ma-tri-lin-e-al** \,ma-trə-'li-nē-əl, ,mā-\ *adj* (1904) : relating to, based on, or tracing descent through the maternal line (~ society) — **ma-tri-lin-e-al-ly** \-nē-ə-lē\ *adv*

**matri-mo-nial** \,ma-trə-'mō-nē-əl, ,mā\ *adj* (15c) : of or relating to marriage, the married state, or married persons — **mat-ri-mo-nial-ly** *adv*

**matri-mo-ny** \'ma-trə-,mō-nē\ n [ME, fr. MF *matremoine*, fr. L *ma-trimonium*, fr. *matr-, mater* mother, matron — more at MOTHER] (14c) : the union of man and woman as husband and wife : MARRIAGE

**matrimony vine** n (ca. 1818) : a shrub or vine (genus *Lycium*) of the nightshade family with often showy flowers and usu. red berries

**ma-trix** \'mā-triks\ n, pl **-ma-tri-ces** \'mā-trə-,sēz, 'ma-\ or **ma-trix-es** \'mā-trik-səz\ [L, female animal used for breeding, parent plant, fr. *matr-, mater*] (1555)  1 : something within or from which something else originates, develops, or takes form  2 a : the cavity in which something is formed : a die  b : a mold from which a relief surface (as a piece of type) is made  b : DIE 3a(1)  c : an engraved or inscribed die or stamp  d : an electroformed impression of a phonograph record used for mass-producing duplicates of the original  3 a : the natural material (as soil or rock) in which something (as a fossil or crystal) is embedded  b : material in which something is enclosed or embedded (as for protection or study)  4 a : the intercellular substance in which tissue cells (as of connective tissue) are embedded  b : the thickened epithelium at the base of a fingernail or toenail from which new nail substance develops  5 a : a rectangular array of mathematical elements (as the coefficients of simultaneous linear equations) that can be combined to form sums and products with similar arrays having an appropriate number of rows and columns  b : something resembling a mathematical matrix esp. in rectangular arrangement of elements into rows and columns  c : an array of circuit elements (as diodes and transistors) for performing a specific function  6 : a main clause that contains a subordinate clause

**ma-tron** \'mā-trən\ n [ME *matrone*, fr. MF, fr. L *matrona*, fr. *matr-, mater*] (14c)  1 a : a married woman usu. marked by dignified maturity or social distinction  b : a woman who supervises women or children (as in a school or police station)  c : the chief officer in a women's organization  2 : a female animal kept for breeding

**ma-tron-ly** \'mā-trən-lē\ *adj* (1656) : having the character of or suitable to a matron

**mat-ro-nymic** \,ma-trə-'ni-mik\ n [*matr- + -onymic* (as in *patro-nymic*)] (1794) : a name derived from that of the mother or a maternal ancestor

**matte** or **matt** \'mat\ *var of* MAT

**matte** *also* **matt** \'mat\ *adj* [F *mat*, fr. OF, faded, defeated] (ca. 1648) : lacking or deprived of luster or gloss: as  a : having a usu. smooth even surface free from shine or highlights (~ metals) (a ~ finish)  b : having a rough or granular surface

**matte** \'mat\ n [F, fr. MF, crude metal, curdled milk, fr. fem. of *mat* thick, dull, matte] (1839)  1 : a crude mixture of sulfides formed in smelting sulfide ores of metals (as copper, lead, or nickel)  2 : a motion-picture effect in which part of a scene is blocked out and later replaced by footage containing other material (as a background painting)

**mat-ter** \'ma-tər\ n [ME *matere*, fr. OF, fr. L *materia* matter, physical substance, fr. *mater*] (13c)  1 a : a subject under consideration : a

---

\a\ abut  \ʰ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar

\au\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job

\ŋ\ sing  \ō\ go  \o\ law  \oi\ boy  \th\ thin  \t̷h\ the  \ü\ loot  \u̇\ foot

\y\ yet  \zh\ vision  \ā, ,ə, ⁿ, œ, œ̄, ɯ, ɯ̄, ̵\ *see* Guide to Pronunciation

# EXHIBIT 12

# Modified-Release Drug Delivery Technology

edited by

**Michael J. Rathbone**
*InterAg
Hamilton, New Zealand*

**Jonathan Hadgraft**
*Medway Sciences, NRI
University of Greenwich
Chatham, England*

**Michael S. Roberts**
*Princess Alexandria Hospital
and University of Queensland
Brisbane, Queensland, Australia*

New York • Basel



MARCEL DEKKER, INC.

124. Good Laboratory Practice Regulations: Second Edition, Revised and Expanded, *edited by Sandy Weinberg*

125. Parenteral Quality Control: Sterility, Pyrogen, Particulate, and Package Integrity Testing: Third Edition, Revised and Expanded, *Michael J. Akers, Daniel S. Larrimore, and Dana Morton Guazzo*

126. Modified-Release Drug Delivery Technology, *edited by Michael J. Rathbone, Jonathan Hadgraft, and Michael S. Roberts*

127. Simulation for Designing Clinical Trials: A Pharmacokinetic-Pharmacodynamic Modeling Perspective, *edited by Hui C. Kimko and Stephen B. Duffull*

### ADDITIONAL VOLUMES IN PREPARATION

Pharmaceutical Process Validation: An International Third Edition, Revised and Expanded, *edited by Robert A. Nash and Alfred H. Wachter*

Affinity Capillary Electrophoresis in Pharmaceutics and Biopharmaceutics, *edited by Reinhard H. H. Neubert and Hans-Hermann Rüttinger*

Ophthalmic Drug Delivery Systems: Second Edition, Revised and Expanded, *edited by Ashim K. Mitra*

Pharmaceutical Gene Delivery Systems, *edited by Alain Rolland and Sean M. Sullivan*

Biomarkers in Clinical Drug Development, *edited by John Bloom*

Pharmaceutical Inhalation Aerosol Technology: Second Edition, Revised and Expanded, *edited by Anthony J. Hickey*

To my daughter Jenna

—*M.J.R.*

**Library of Congress Cataloging-in-Publication Data**
A catalog record for this book is available from the Library of Congress.

**ISBN: 0-8247-0869-5**

This book is printed on acid-free paper.

**Headquarters**
Marcel Dekker, Inc.
270 Madison Avenue, New York, NY 10016
tel: 212-696-9000; fax: 212-685-4540

**Eastern Hemisphere Distribution**
Marcel Dekker AG
Hutgasse 4, Postfach 812, CH-4001 Basel, Switzerland
tel: 41-61-260-6300; fax: 41-61-260-6333

**World Wide Web**
http://www.dekker.com

The publisher offers discounts on this book when ordered in bulk quantities. For more
information, write to Special Sales/Professional Marketing at the headquarters address
above.

**Copyright © 2003 by Marcel Dekker, Inc.   All Rights Reserved.**

Neither this book nor any part may be reproduced or transmitted in any form or by any
means, electronic or mechanical, including photocopying, microfilming, and recording,
or by any information storage and retrieval system, without permission in writing from
the publisher.

Current printing (last digit):
10 9 8 7 6 5 4 3 2 1

**PRINTED IN THE UNITED STATES OF AMERICA**

# 2

# TIMERx Oral Controlled-Release Drug Delivery System

**Troy W. McCall and Anand R. Baichwal**
*Penwest, New York, New York*

**John N. Staniforth**
*Natura Ltd., Bath, England*

## I  INTRODUCTION

The novel oral controlled-release drug delivery system TIMERx® is a pregranulated blend composed of synergistic heterodisperse polysaccharides (usually xanthan gum and locust bean gum) together with a saccharide component (generally dextrose) [1]. The technology is capable of delivery a wide range of drugs and is customized to accommodate a variety of physicochemical and pharmacokinetic properties and release profiles. The material has uniform packing characteristics over a range of different particle size distributions and is capable of processing into tablets using either direct compression, following addition of drug and lubricant, or conventional wet granulation. The synergism between the homo- and heteropolysaccharide components of the system enables formulation manipulation of different rate-controlling mechanisms. The ultimate rate of drug release is controlled by the rate of water penetration into the matrix. The technology is well protected with over 90 patents issued worldwide [2–4].

Drug release from tablets containing the polysaccharide system is capable of control using a variety of different formulations and process methods to produce a variety of release modalities that are capable of matrix-dimension independence. Control of drug release is achieved by manipulation of the synergistic interactions of the heterodisperse polysaccharides to regulate the rate of water

---

**10**                                                        **Charman and Charman**

21. CW Pouton. Formulation of self-emulsifying drug delivery systems. Adv Drug Del Rev 25:47–58, 1997.

22. R Langer, H Chen. Oral particulate delivery: status and future trends. Adv Drug Del Rev 34:339–350, 1998.

23. L Illum, Chitosan and its use as a pharmaceutical excipient. Pharm Res 15:1326–1331, 1998.

24. GM Pauletti, S Gangwar, TJ Siahaan, J Aube, RT Borchardt. Improvement of oral peptide bioavailability: peptidomimetics and prodrug strategies. Adv Drug Del Rev 27:235–256, 1997.

25. KH Bauer, K Lehmann, HP Osterwald, G Rothgang. Coated Pharmaceutical Dosage Forms. Boca Raton, FL: CRC Press LLC, 1998, pp 126–130.

26. IR Wilding. Evolution of the biopharmaceutics classification system (BCS) to oral modified release (MR) formulations; what do we need to consider? Eur J Pharm Sci 8:157–159, 1999.

penetration into the tablet and subsequent diffusion of the drug across the gel layer.

## II.  HISTORICAL DEVELOPMENT

The TIMERx technology was conceived based on the premise that oral controlled-release systems do not have to be complicated to possess superior in vitro and in vivo performance characteristics. At the time the technology was invented, the predominant systems available were: (a) hydrophilic matrices, (b) oral osmotic pumps, and (c) multiparticulates (beads). Clearly, conventional matrix tablets represented the most simple, but possessed a number of weaknesses including polymer variability, difficulty in achieving zero-order release, little or no ability to maintain a strong proprietary position, and problems in consistently releasing drug for extended periods (i.e., 12–24 h). On the other hand, oral osmotic and multiparticulate systems overcame these problems but were difficult to develop and manufacture on standard solid-dosage-form processing equipment. In their simplest forms, TIMERx tablet formulations consist of drug, bulk TIMERx, and lubricant, and are processed using conventional tableting equipment. This is in contrast to other matrix systems that require evaluation of numerous polymers to optimize drug release and typically need flow and compressibility aids to permit tablet production. Therefore, the TIMERx technology was developed to retain the simplicity of conventional matrix systems while overcoming the problems associated with the more complicated technologies.

## III.  DESCRIPTION OF THE TECHNOLOGY

### A.  Physical Characteristics of the Ungelled (Unwetted) System

Particle size distributions of some controlled release formulations developed for different drugs show that the modal diameters vary from approximately 195 μm to 215 μm. In some cases, the size distributions are unimodal, while in others, some bimodality is evident. Other differences include the degree of kurtosis and skewness of the distributions. These factors may be important in optimizing the mechanical properties, content uniformity, and release-sustaining characteristics of a direct compression formulation for a given drug. Alternatively, in the case of a wet granulation system, the particle size distribution, as well as the agglomerating properties, may be important. Notwithstanding the different particle size distributions available, it is interesting to note that the packing behavior results in loose and consolidated bulk densities (and Hausner ratios), which remain virtually constant. This is a potentially valuable property in view of the dependency of



**Figure 1**   Scanning electron micrograph of a single heterodisperse polysaccharide agglomerate in the unwetted state.

powder flow and hence tablet weight and content uniformity on powder packing characteristics.

The surface morphology of the particles of the TIMERx system provides a generally regular, near-spherical particle shape, which helps to confer good flow properties (Fig. 1). The surface texture is relatively rough with clefts and large pores capable of conferring segregation resistance on the direct compression formulation.

Tablets compacted using an instrumented rotary tablet machine possess strength profiles that are largely independent of the saccharide component. Scanning electron photomicrographs of ungelled tablet surfaces provide qualitative evidence of extensive plastic deformation on compaction, both at the tablet surface and across the fracture surface. There is also evidence of surface pores through which initial solvent ingress and solution egress may occur.

### B.  Physical Characteristics of the Gelled (Wetted) System

The properties and characteristics of the specific heterodisperse polysaccharide system are dependent on the individual characteristics of polysaccharide constituents, in terms of polymer solubility, glass transition temperatures, etc., as

**McCall et al.**

well as on the synergism both between different polysaccharides and between polysaccharides and saccharides in modifying dissolutions fluid-excipient interactions.

For example, the heteropolysaccharide xanthan gum has a molecular weight of approximately 300,000–1,000,000, and is readily soluble, which as a homodisperse system produces a highly ordered, helical or double-helical molecular conformation that provides high viscosity without gel formation. In contrast, a homodisperse system of the homopolysaccharide, locust bean gum, is only slowly soluble and ungelled at low temperatures. Prolonged exposure to the dissolution fluid promotes solubilization, which allows molecules to associate and undergo gelation as the result of intermacromolecular cross-linking in ribbon or helical "smooth" regions. The heterodisperse system contains both hetero- and homopolysaccharides, which exhibit synergism. The heteropolysaccharide component acts to produce a faster gelation of the homopolysaccharide component and the homopolysaccharide acts to cross-link the normally free heteropolysaccharide helices (Fig. 2). The resultant gel is faster forming and more rigid. The viscosity and solubilization speed are further potentiated by the saccharide component. Gel rigidity may also be further potentiated in the presence of some cations and anions. A diagram of the interactions occurring between the different materials is provided in Figure 3.



**Figure 2**   Scanning electron micrograph of the gelled (wetted) heterodisperse polysaccharide tablet showing pore formation.

---

**TIMERx Drug Delivery System**

**Xanthan + Locust Bean Gum**

**Molecular Association**

When Xanthan and Locust Bean Gum are mixed together, the "smooth", unsubstituted regions of the Locust Bean Gum molecules associate with the helical Xanthan structures to produce a matrix that is much stronger than high viscosity xanthan and less rubbery than cross-linked locust bean gum. This process is stimulated by the presence of cations (c).

"Smooth" region of Locust Bean Gum molecule

Helical Xanthan structure

**TIMERx® Drug Delivery System**

Drug H bonds to Polysaccharides

KEY

Dextrose   Cations   Drug   H bonds

**Figure 3**   Molecular conformation of a heterodisperse polysaccharide system in the presence of saccharide, drug, and cation. (See color insert.)

## V.  RESEARCH AND DEVELOPMENT

### A.  Formulation Considerations

A number of factors are important in the development of controlled-release dosage forms using the TIMERx technology, including (a) dose of the active drug, (b) solubility of the active drug, (c) polymer ratios (xanthan gum:locust bean gum) (d) active drug:polymer ratio, and (e) bulk excipient selection.

The first two factors, dose and solubility, must be taken into consideration for any drug delivery system. The differentiating factor for the TIMERx system is the working range for each—dose: 4–850 mg (representing approximately <70% drug loading); and solubility:insoluble to freely soluble.

The next two factors are unique to the system. The ratio of the polymers controls both the rate and modality of drug release. In addition, the active drug:polymer ratio is important since, similar to other hydrophilic matrix systems, the more polymer that is added to the tablet formulation, the slower the rate of drug release. This effect reaches a maximum beyond which any further addition of polymer has little or no effect.

Finally, the addition of excipients can play an important role in the characteristics of the finished product. For example, materials can be added to promote

**16**

**McCall et al.**



**Figure 4**   In vitro and in vivo profiles for a product developed using the TIMERx system for a low-dose, highly soluble drug to be delivered at a constant rate for twice-daily dosing.

stability or solubility of the drug and subsequently enhance release from the matrix.

## B.   System Flexibility

The TIMERx technology is extremely flexible in terms of the types of drugs it is capable of delivering. As mentioned previously, a large range of doses and solubilities is possible. Moreover, a variety of release profile types can be achieved, including first-order, zero-order, and pulsatile release. Figures 4–6 provide three examples to demonstrate the capabilities of the system in which formulations were evaluated both in vitro and in vivo. These cases were examined in which drugs with different physicochemical and pharmacokinetic properties were developed into controlled-release dosage forms. The formulations were evaluated



**Figure 5**   In vitro and in vivo profiles for a product developed using the TIMERx system for a high-dose, highly soluble drug to be delivered at a pulsed rate for once-daily dosing.

**17**

TIMERx Drug Delivery System

Figure 6   In vitro and in vivo profiles for a product developed using the TIMERx system for a medium-dose, poorly soluble drug to be delivered at a constant rate for once-daily dosing.

in vitro and in vivo and shown to have achieved the desired profiles. The results support the claim that the TIMERx technology is suitble for a variety of drug profiles and release profiles.

## System Manufacturability

TIMERx technology offers the additional benefit of ease of manufacture compared to more complicated drug delivery systems. For example, certain formulations have been developed that exhibit similar in vitro and in vivo profiles compared to alternative systems. In these cases, the TIMERx-based products are manufactured using a simple, three-step process involving blending, compression, and coating. By contrast, the alternate products were developed and manufactured using a complex series of steps that required specialized equipment and personnel. Formulations based on the TIMERx technology have been routinely scaled-up from the laboratory to production.

## In Vitro–In Vivo Relationships

In vitro–in vivo relationships (IVIVR) have been studied extensively and are used to establish a correlation between the physicochemical properties of a dosage form and its biological performance. IVIVR can be used to (a) serve as a surrogate to bioequivalence testing for scale-up and postapproval changes (b) justify dissolution specifications for quality control purposes, and (c) enhance predictability of in vivo performance and thus improve product development efforts. Extensive work has been done to establish such relationships for products developed using the TIMERx technology in both fasted and fed states. Although many researchers focus solely on the fasted condition, the postprandial

state is equally important for controlled-release dosage forms since some systems can exhibit dose dumping. While food effects are well documented, the mechanisms are not well understood. Two critical factors that can affect the absorption, distribution, metabolism, and excretion involve effects on the dosage form and gastrointestinal physiology. When prediction of in vivo behavior in the fed state is attempted, the situation is confounded by the multiplicity of technologies that exist. Therefore, when considering the effects on the dosage form, one must first fully understand the mechanism by which drug is released in the body. Controlled-release systems deliver drugs by diverse mechanisms, and thus can be affected by food in very different ways. Moreover, the effect of food on gastrointestinal physiology is important in understanding such effects. Delayed gastric emptying, increased gastric pH and motility, and decreased polarity of the gastric contents are all known to occur in the fed state. Therefore, significant efforts have been made to develop predictive in vitro tests to provide an understanding of how the dosage form is expected to perform in the body.

In addition, a gamma scintigraphy study was performed using a placebo TIMERx tablet to determine the nature of the wetted core during gastrointestinal transit. The results indicated that the tablet does not disintegrate, but rather slowly erodes as it moves through the gastrointestinal tract. This is an important feature since it suggests that there is no danger of gastrointestinal blockage.

## V.  SUMMARY

The TIMERx technology is among the leading oral drug delivery technologies. It was originally developed to provide a simple alternative to the more complicated controlled-release systems while overcoming the deficiencies associated with conventional hydrophilic matrices. The technology is one of the most flexible in terms of dealing with drugs with varying physicochemical and pharmacokinetic properties, doses, and desired release profiles. The finished dosage forms can be readily manufactured on standard processing equipment, resulting in ease of technology transfer and cost-effectiveness. In addition, the technology is well protected with more than 90 patents issued worldwide. Several products using the TIMERx system have been approved in the United States and Europe. These features ultimately provide the end-user with the ability to rapidly develop and produce superior oral controlled-release products.

## REFERENCES

1.  JN Staniforth, AR Baichwal. Synergistically interacting heterodisperse polysaccharides: function in achieving controllable drug delivery. In: MA El-Nokaly, DM Piatt.

IA Charpentier, eds. Polymeric Delivery Systems: Properties and Applications. American Chemical Society, 1993, pp. 327–350.
AR Baichwal, JN Staniforth. Directly compressible sustained release excipient. US Patent 4,994,276, 1991.
AR Baichwal, JN Staniforth. Sustained release excipient and tablet formulation. US Patent 5,128,143, 1992.
AR Baichwal, JN Staniforth. Compressible sustained release solid dosage forms. US Patent 5,135,757, 1992.

state is equally important for controlled-release dosage forms since some systems can exhibit dose dumping. While food effects are well documented, the mechanisms are not well understood. Two critical factors that can affect the absorption, distribution, metabolism, and excretion involve effects on the dosage form and gastrointestinal physiology. When prediction of in vivo behavior in the fed state is attempted, the situation is confounded by the multiplicity of technologies that exist. Therefore, when considering the effects on the dosage form, one must first fully understand the mechanism by which drug is released in the body. Controlled-release systems deliver drugs by diverse mechanisms, and thus can be affected by food in very different ways. Moreover, the effect of food on gastrointestinal physiology is important in understanding such effects. Delayed gastric emptying, increased gastric pH and motility, and decreased polarity of the gastric contents are all known to occur in the fed state. Therefore, significant efforts have been made to develop predictive in vitro tests to provide an understanding of how the dosage form is expected to perform in the body.

In addition, a gamma scintigraphy study was performed using a placebo TIMERx tablet to determine the nature of the wetted core during gastrointestinal transit. The results indicated that the tablet does not disintegrate, but rather slowly erodes as it moves through the gastrointestinal tract. This is an important feature since it suggests that there is no danger of gastrointestinal blockage.

## V. SUMMARY

The TIMERx technology is among the leading oral drug delivery technologies. It was originally developed to provide a simple alternative to the more complicated controlled-release systems while overcoming the deficiencies associated with conventional hydrophilic matrices. The technology is one of the most flexible in terms of dealing with drugs with varying physicochemical and pharmacokinetic properties, doses, and desired release profiles. The finished dosage forms can be readily manufactured on standard processing equipment, resulting in ease of technology transfer and cost-effectiveness. In addition, the technology is well protected with more than 90 patents issued worldwide. Several products using the TIMERx system have been approved in the United States and Europe. These features ultimately provide the end-user with the ability to rapidly develop and produce superior oral controlled-release products.

## REFERENCES

1. JN Staniforth, AR Baichwal. Synergistically interacting heterodisperse polysaccharides: function in achieving controllable drug delivery. In: MA El-Nokaly, DM Piatt,

BA Charpentier, eds. Polymeric Delivery Systems: Properties and Applications. American Chemical Society, 1993, pp. 327–350.

AR Baichwal, JN Staniforth. Directly compressible sustained release excipient. US patent 4,994,276, 1991.

AR Baichwal, JN Staniforth. Sustained release excipient and tablet formulation. US patent 5,128,143, 1992.

AR Baichwal, JN Staniforth. Compressible sustained release solid dosage forms. US patent 5,135,757, 1992.

# EXHIBIT 13

# United States Patent [19]

## Motoyama et al.

[11] **Patent Number:** **4,540,602**

[45] **Date of Patent:** **Sep. 10, 1985**

[54] **PROCESS FOR THE PREPARATION OF ACTIVATED PHARMACEUTICAL COMPOSITIONS**

[75] Inventors: **Shimesu Motoyama**, Asaka; **Satoshi Sato**, Tokyo; **Seiichi Umeda**, Tokyo; **Huotsune Yasumi**, Tokyo; **Emiko Sudo**, Tokyo; **Yuko Takasaka**, Tokyo; **Takuichi Tsujino**, Tokyo, all of Japan

[73] Assignee: **Freund Industry Company, Limited,** Tokyo, Japan

[21] Appl. No.: **420,384**

[22] Filed: **Sep. 20, 1982**

### Related U.S. Application Data

[63] Continuation of Ser. No. 139,750, Apr. 14, 1980, abandoned.

[30] **Foreign Application Priority Data**

| | | | |
|---|---|---|---|
| Apr. 13, 1979 | [JP] | Japan | 54-44261 |
| Jun. 16, 1979 | [JP] | Japan | 54-75774 |
| Jun. 17, 1979 | [JP] | Japan | 54-76203 |

[51] Int. Cl.$^3$ .......................... B01J 13/02; A61K 9/50
[52] U.S. Cl. ............................ 427/213.31; 252/363.5; 424/33; 424/34; 424/35; 424/37; 427/3; 427/213.35; 427/213.36
[58] Field of Search ............... 424/35, 34; 427/213.31, 427/213.36, 3, 213.35

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,650,895 | 9/1953 | Wallenmeyer et al. | 424/34 |
| 2,805,977 | 9/1957 | Robinson et al. | 424/35 X |
| 2,875,130 | 2/1959 | Grass, Jr. et al. | 424/19 |
| 2,897,119 | 7/1959 | Dunn | 424/34 |
| 3,056,728 | 10/1962 | Ohtaki | 424/34 X |
| 3,445,563 | 5/1969 | Clegg et al. | 424/35 |
| 3,493,652 | 2/1970 | Hartman | 424/35 X |
| 3,565,559 | 2/1971 | Sato et al. | 424/37 |
| 3,577,514 | 5/1971 | Robinson | 424/22 |
| 3,594,326 | 7/1971 | Himmel | 427/213.32 |
| 3,691,090 | 9/1972 | Kitajima et al. | 427/213.36 |
| 3,960,757 | 6/1976 | Morishita et al. | 427/213.36 |

*Primary Examiner*—Richard D. Lovering
*Attorney, Agent, or Firm*—Oblon, Fisher, Spivak, McClelland & Maier

[57] **ABSTRACT**

Disclosed is a process for the preparation of an activated pharmaceutical composition containing a solid drug that is scarcely soluble in water, the pharmaceutical composition being characterized in that, when it is administered orally, the drug is readily absorbed to attain its high blood concentration quickly. This process is carried out by providing a solid drug that is scarcely soluble in water, dispersing the drug in water in the presence of a water-soluble high-molecular substance to form a disperse system containing the drug in the form of finely divided particles substantially not greater than $10\mu$ in diameter, and then removing the water from the disperse system.

**10 Claims, 9 Drawing Figures**



FIG. 1

FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

FIG. 9



4,540,602

**1**

### PROCESS FOR THE PREPARATION OF ACTIVATED PHARMACEUTICAL COMPOSITIONS

This application is a continuation of application Ser. No. 139,750 filed Apr. 14, 1980, now abandoned.

### BACKGROUND OF THE INVENTION

This invention relates to a process for the preparation of activated pharmaceutical compositions which have a high degree of bioavailability because of their good absorbability in the digestive tract. The field of art to which this invention pertains belongs to class 424 of the U.S. patent classification.

One prior art process for the preparation of a pharmaceutical composition is disclosed in Japanese Patent Publication No. 5798/1960. This process comprises adding Carbowax to chloramphenicol palmitate, dissolving this mixture in a hot hydrophilic organic solvent, and then cooling the resulting solution rapidly to obtain a finely divided amorphous form of chloramphenicol palmitate. However, the composition prepared by this process has poor redispersibility in water because it contains Carbowax having a low melting point.

Another prior art process for the preparation of a pharmaceutical composition is disclosed in Japanese Patent Layed Open No. 2316/1979. This process comprises providing a blend of nifedipine, a first additive selected from glycerol, vegetable oils, and the like, and a second additive selected from polyvinyl pyrrolidone, methyl cellulose, hydroxypropyl cellulose, and the like; dissolving this blend in an organic solvent; and then removing the organic solvent from the resulting solution. However, this process has the disadvantage that the use of large amounts of organic solvent involves a great risk.

An organic solvent is used as the solvent in both of the above-described processes. In this respect, they are distinguished from the process of the present invention in which water is used as the dispersion medium.

In addition, an art analogous to the present invention is found in Japanese Patent Publication No. 42390/1971. Specifically, there is disclosed a process for the preparation of a suspension of chloramphenicol palmitate that is scarcely soluble in water, which comprises melting a mixture of chloramphenicol palmitate and a surface-active agent and then grinding this melt in an aqueous solution of a water-soluble high-molecular substance (e.g., methyl cellulose) by means of a colloid mill. However, the chloramphenicol palmitate included in the melt may be closely combined with the surface-active agent and be different from chloramphenicol palmitate itself. Moreover, this analogous art is directed to the preparation of suspensions. Thus, the novelty of the present invention is not denied by this analogous art.

Another art analogous to the present invention is found in Japanese Patent Publication No. 33676/1970. This relates to a process for the preparation of a finely divided suspension of an organic acid ester of chloramphenicol palmitate that is scarcely soluble in water, which comprises melting a mixture of the organic acid ester of chloramphenicol and a surface-active agent, dispersing this melt in warm water, and then cooling the resulting aqueous dispersion to precipitate the organic acid ester of chloramphenicol in the presence of, for example, polyvinyl alcohol. Again, a mixed melt of an organic acid ester of chloramphenicol and a surface-active

**2**

agent is used in this process. However, the organic acid ester of chloramphenicol included therein may be closely combined with the surface-active agent to form a substance different from the organic acid ester of chloramphenicol itself. Moreover, it is certain that the formation of micelles of the surface-active agent occurs in the suspension prepared by this process, as contrasted with the process of the present invention in which no micelle formation is recognized. Furthermore, this analogous art is also directed merely to the preparation of suspensions. Thus, the novelty of the present invention is not denied by this analogous art, either.

### BRIEF SUMMARY OF THE INVENTION

It is the primary object of the present invention to provide a novel process for the preparation of an activated pharmaceutical composition containing a solid drug that is scarcely soluble in water, the pharmaceutical composition being characterized by good redispersibility in water and a high degree of bioavailability.

Briefly stated, in accordance with the present invention, a solid drug that is scarcely soluble in water is dispersed in water in the presence of a water-soluble high-molecular substance to form a disperse system containing the drug in the form of finely divided particles substantially not greater than $10\mu$ in diameter, and the dispersion medium is then removed from the disperse system, whereby a pharmaceutical composition consisting of the finely divided drug coated with the water-soluble high-molecular substance is obtained.

If the water-soluble high-molecular substance has thermally gelling properties, the process of the present invention can be carried out in the following way: A solid drug that is scarcely soluble in water is dispersed in an aqueous solution of the water-soluble high-molecular substance to form a disperse system containing the drug in the form of finely divided particles substantially not greater than $10\mu$ in diameter, and this disperse system is heated to effect gelation of the water-soluble high-molecular substance. The gel so formed, together with the finely divided drug occluded therein, is separated from the liquid phase and then dried. This can greatly save the cost required for the removal of the solvent.

In carrying out the process of the present invention, there are a number of procedures for dispersing the drug in water to form a disperse system containing the drug in the form of finely divided particles.

According to a first procedure applicable to the case in which the drug is soluble in aqueous alkaline solutions, the drug is dissolved in an aqueous alkaline solution, and the resulting solution is then neutralized with an acid to precipitate the drug.

According to a second procedure applicable to the case in which the drug is soluble in aqueous acid solutions, the drug is dissolved in an aqueous acid solution, and the resulting solution is then neutralized to precipitate the drug.

According to a third procedure applicable to the case in which the drug is soluble in hydrophobic organic solvents, the drug is dissolved in a hydrophobic organic solvent, and the resulting solution is emulsified in water.

According to a fourth procedure, the drug is pulverized in water.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagram illustrating the results of the dissolution test performed in Example 1;

3

FIG. 2 is a diagram illustrating the results of the dissolution test of Example 2;

FIG. 3 is a diagram illustrating the results of the test performed on adult male human subjects in Example 4;

FIG. 4 is a diagram illustrating the results of the test performed on rats in Example 8;

FIG. 5 is a diagram illustrating the test results of Example 10;

FIG. 6 is a diagram illustrating the test results of Example 11;

FIG. 7 is a diagram illustrating the test results of Example 14;

FIG. 8 is a diagram illustrating the test results of Example 15; and

FIG. 9 is a diagram illustrating the test results of Example 16.

## DETAILED DESCRIPTION OF THE INVENTION

The term "activated pharmaceutical composition" means a pharmaceutical composition containing a drug which is finely divided, rendered easily redispersible, and hence capable of being readily absorbed.

As described above, the primary object of the present invention is to provide a novel process for the preparation of an activated pharmaceutical composition which exhibits good redispersibility in the digestive tract.

It has been recognized that the value of a drug which is scarcely soluble in water is not only determined by the pharmacological effect of the drug itself, but greatly influenced by the physical properties (particularly, particle size) imparted thereto during the manufacturing process. Accordingly, the method of making finely divided drugs has been studied extensively. Such studies are directed especially to the preparation of finely powdered organic acid salts of chloramphenicol, and a large number of inventions concerned therewith have been disclosed, for example, in Japanese Patent Publication Nos. 5798/1960, 33676/1970, 15286/1971, 17153/1971, 21671/1971, 42390/1971, and the like.

In accordance with the present invention, a solid drug that is scarcely soluble in water is dispersed in water in the presence of a water-soluble high-molecular substance to form a disperse system containing the drug in the form of finely divided particles substantially not greater than $10\mu$ in diameter, and the dispersion medium is then removed from the disperse system, whereby a pharmaceutical composition consisting of the finely divided drug coated with the water-soluble high-molecular substance is obtained.

The water-soluble high-molecular substance used in the process of the present invention may be one having thermally gelling properties. In this case, the aqueous dispersion obtained by dispersing the drug in water is heated to effect gelation of the water-soluble high-molecular substance. The gel so formed, together with the finely divided drug occluded therein, is isolated from the aqueous phase and then dried. This can preferably save the heat energy required for the removal of the solvent.

As stated before, there are a total of 4 procedures by which a solid drug that is scarcely soluble in water is dispersed in water to form an aqueous dispersion of the finely divided drug.

In the prior art, there has been proposed a process for the emulsification of a low-melting drug, such as a fatty acid ester of chloramphenicol, which comprises melting the drug by application of heat and then subjecting the

4

molten drug to mechanical agitation or shearing. However, the molten drug has such a high viscosity that it hardly undergoes a shearing action and hence fails to show a sufficient degree of particle size reduction. Thus, the particle diameter achieved by this process is of the order of $10\mu$ or greater in most cases.

It is also a common practice to carry out the emulsification with the aid of a surface-active agent. The surface-active agents which are suitable for this purpose include, for example, Japanese pharmacopoeial polysorbate 80 that is authorized to be usable in pharmaceutical preparations and has strong emulsifying and solubilizing powder; and HCO-60 that is an addition polymerization product of hydrogenated castor oil with ethylene oxide. These nonionic surface-active agents are being widely used owing to their little interaction with the drug and their lack of taste and odor.

However, it has recently been recognized that the use of a surface-active agent for the purpose of emulsification poses the problem of hemolysis. It has also been reported that, although a drug certainly undergoes a high degree of particle size reduction by using a surface-active agent in appropriate amounts and exhibits a high dissolution rate in vitro tests or dissolution tests, in vivo administration of the drug to human beings does not always exhibit an increase in bioavailability or absorbability and even shows a decrease in the area under the blood concentration curve (AUC). The reason for this is considered to be that the finely divided drug is incorporated into micelles of the surface-active agent and, therefore, the absorption thereof is suppressed to reduce the distribution ratio for lipid.

In addition, chloramphenicol fatty acid esters, barbiturates, sulfnilamide, steroids (e.g., cortisone acetate and methylprednisolone), riboflavin, ubidecarenone, and the like are known to be polymorphic. That is, their absorbability varies according to the crystal form and its stability, crystal phase transition, and the like. Accordingly, in the preparation of activated pharmaceutical compositions having a high degree of bioavailability, due consideration should be taken of this problem. In fact, not a few of the drugs which can be used in the process of the present invention exhibit polymorphism.

It is generally known that, as the particle size of a drug decreases, its surface area increases and, therefore, its absorption into a body becomes quicker. However, even if a solid drug that is scarcely soluble in water is formed into finely divided primary particles, a subsequent step of making it into subtle granules, granules, tablets, or other pharmaceutical forms causes the primary particles to cohere. Upon administration, therefore, the primary particles often fail to be redispersed in the digestive tract and thus behave as coarse particles. As a result, the drug tends to be incapable of being easily absorbed into the body.

Paying attention to the relationship between the gastric emptying time and the particle diameter of a drug, the present inventors made a series of experiments in which a slurry of finely divided barium sulfate in water and several solid preparations of finely divided barium sulfate were orally administered to human subjects and their passage through the stomach and the intestine was observed by roentgenography. Thus, it was found that the slurry of finely divided barium sulfate rapidly migrated to the intestine without regard to the presence or absence of gastric contents, while the subtle granules, granules, and tablets formed of finely divided barium sulfate stayed in the stomach for a long time and were

4,540,602

5

slow to migrate to the intestine. Although a part of the drug is absorbed in the stomach, most of it is absorbed in the upper portion or the whole of the small intestine having the largest surface area. Accordingly, it is of critical importance to allow the orally administered drug to migrate through the stomach to the small intestine as rapidly as possible. In the case of a drug for oral use, therefore, the time taken for the drug to migrate to the small intestine (as the site of absorption having the largest surface area) without regard to the presence or absence of gastric contents is the first of the factors determining the bioavailability of the drug.

The drug which has reached the site of absorption as described above passes across the intestinal mucosa. On that occasion, some drugs are absorbed by passive transport and others by active transport, depending on the pharmacological and physicochemical properties of the particular drug. In any case, the essential requirements for every drug that is scarcely soluble in water are that the drug is dispersible in the form of finely divided particles at the site of absorption and that those particles are lipophilic from the viewpoint of distribution ratio.

As stated before, a large number of studies on the particle size reduction of solid drugs have been published, but the particle diameters discussed therein are of the order of several ten microns. According to the above-described experiments of the present inventors, the particle diameter of a drug should be at most $10\mu$ and preferably not greater than $0.5\mu$ in order to allow the drug to migrate through the stomach to the small intestine rapidly without regard to the presence or absence of gastric contents. Since most of the solid drug that are scarcely soluble in water are considered to be absorbed through the lipoid routes of the intestinal mucosa, it is most preferable to disperse the drug in the form of submicron particles (i.e. the so-called colloidal particles) not greater than $0.5\mu$ in diameter.

It has been confirmed that, when the process of the present invention is carried out especially according to the third procedure in which a solid drug that is scarcely soluble in water is dissolved in a hydrophobic organic solvent and the resulting solution is emulsified in water in the presence of a water-soluble high-molecular substance, the particle diameter (as measured by electron microscopy) of the drug redispersed in the digestive tract can be reduced to the order of $0.5\mu$ by selecting a suitable hydrophobic organic solvent and properly controlling the concentration of the drug in the hydrophobic organic solvent.

Judging from the size of the pores of the intestinal mucosa, it seems probable that such submicron drug particles present in the pharmaceutical composition thus obtained are absorbed not by way of the aqueous phase, but directly through the lipoid routes of the intestinal mucosa.

The drug present in the activated pharmaceutical composition prepared by the process of the present invention has such good redispersibility that, after oral administration, it is rapidly carried to the small intestine and readily absorbed into the blood to raise its blood concentration quickly.

Specific examples of the water-soluble high-molecular substance used in the process of the invention include cellulose derivatives such as hydroxypropyl cellulose, methyl cellulose, hydroxyethyl cellulose, hydroxypropyl methylcellulose, hydroxypropyl ethylcellulose, carboxymethyl cellulose sodium salt, and the like; and other polymeric substances such as $\alpha$-starch,

6

hydroxypropyl starch, pullulan, gum arabic, tragacanth gum, gelatin, polyvinyl alcohol, polyvinyl pyrrolidone, and the like. Among these water-soluble high-molecular substances, hydroxypropyl cellulose, methyl cellulose, hydroxypropyl methylcellulose, hydroxypropyl ethylcellulose, hydroxypropyl amylose, hydroxypropyl pullulan, and the like have thermally gelling properties. The foregoing water-soluble high-molecular substances may be used alone or in combination.

The use of water-soluble high-molecular substances, such as Carbowax, having a low melting point (of 100° C. or below) is undesirable because the resulting pharmaceutical composition has poor redispersibility.

Now, the process of the present invention is specifically described with reference to the first procedure in which a solid drug that is scarcely soluble in water is dissolved in an aqueous alkaline solution and the resulting solution is then neutralized with an acid to form an aqueous dispersion of the drug. The following desription applies to the case in which the water-soluble high-molecular substance used does not have thermally gelling properties.

A drug (e.g. phenytoin) that is a solid at ordinary temperatures, scarcely soluble in water, and soluble in aqueous alkaline solutions is dissolved in an aqueous alkaline solution containing gum arabic. To the resulting solution is added an acid, with stirring, so as to neutralize the solution and thereby precipitate the drug in the form of finely divided particles. The aqueous dispersion so formed is spray-dried to obtain an activated pharmaceutical composition having good redispersibility in water. For example, when phenytoin is used as the drug, the pharmaceutical composition thus obtained consists of phenytoin and gum arabic, the finely divided particles of the former being coated with the latter.

In place of the spray drying, the aforesaid aqueous dispersion may be directly granulated by spraying it onto an excipient (e.g. lactose, starch, microcrystalline cellulose, light silicon dioxide, or the like) in a fluid-bed spray granulator.

The second procedure applicble to the case in which a solid drug that is scarcely soluble in water is soluble in aqueous acid solutions is the same as the above-described first procedure, except that the drug is dissolved in an aqueous acid solution and the resulting solution is neutralized with an alkali.

Specific examples of the solid drug that is scarcely soluble in water and is soluble in aqueous alkaline solutions include iopanoic acid, iothalamic acid, indomethacin, nalidixic acid, trichloromethiazidè, barbital, hydrochlorothiazide, phenytoin, phenylbutazone, phenobarbital, furosemide, dehydrocholic acid, propylthiouracil, methylthiouracil, methotrexate, folic acid, iodamide, riboflavin, and the like.

Specific examples of the solid drug that is scarcely soluble in water and is soluble in aqueous acid solutions include ethyl aminobenzoate, ethionamide, ajmaline, sulfamethoxazole, sulfamonomethoxin, sulfisoxazole, tetracycline, l-tryptophan, perphenazine maleate, norepinephrine, methyldopa, levodopa, and the like.

In the above-described first and second procedures which involve the step of neutralizing a solution of a drug to form an aqueous dispersion of finely divided drug, a water-soluble high-molecular substance (e.g. hydroxypropyl cellulose) having thermally gelling properties may be used. In this case, the process of the

4,540,602

present invention can be carried out in the following way:

A drug that is a solid at ordinary temperatures, scarcely soluble in water, and soluble in aqueous alkaline solutions is dissolved in an aqueous alkaline solution. Then, a thermally-gelling water-soluble high-molecular substance (e.g. hydroxypropyl cellulose having a gelation temperature of 60° C.) is added to this solution, which is stirred until the hydroxypropyl cellulose is completely dissolved therein. To the resulting solution is added an acid, with stirring, so as to neutralize the solution and thereby precipitate the drug in the form of finely divided particles. Subsequently, the resulting aqueous dispersion is heated at a temperature of 80° C. or above to effect gelation of the hydroxypropyl cellulose. The gel so form, together with the finely divided drug occluded therein, is separated by filtration, washed with warm water at 80° C. or above to remove the salt formed by the aforesaid neutralization, and then dried. Although the drug is in the form of finely divided particles, they are occluded in the gel of the water-soluble high-molecular substance and, therefore, are readily filtered without clogging the filter medium.

In the case of a drug that is soluble in aqueous acid solutions, a thermally-gelling water-soluble high-molecular substance may also be used in the same manner as described above, except that the resulting solution is neutralized with an alkali.

Generally, when finely divided particles of a drug precipitated from its solution, the smaller particles diminish and the larger ones grow as time goes on. However, in the pharmaceutical composition prepared by the process of the present invention, the finely divided particles of the drug are coated with the water-soluble high-molecular substance. Accordingly, no particle growth is observed and the drug is very stably maintained in the finely divided state. This constitutes an outstanding feature of the present invention.

Next, the present process for the preparation of an activated pharmaceutical composition is specifically described with reference to the third procedure in which a solid drug that is scarcely soluble in water is dissolved in a hydrophobic organic solvent, the resulting solution is emulsified in water in the presence of a water-soluble high-molecular substance, and the solvents are then removed from the resulting emulsion.

In this procedure, the solvents (water and organic solvent) of the emulsion may be removed by any suitable drying technique. However, drying techniques such as spray drying and fluid-bed spray granulation are preferred in order to allow the solvents to be evaporated as rapidly as possible. As soon as the solvents are removed, the finely divided particles of the drug are coated with the water-soluble high-molecular substance, so that they neither agglomerate into a mass nor grow to coarse grains. Moreover, upon introduction into water, the water-soluble high-molecular substance dissolves in the water to allow the drug to be easily redispersed in the water.

As described above, an organic solvent solution of the drug is emulsified in water in the presence of a water-soluble high-molecular substance. This means that the water-soluble high-molecular substance may be present in the water or the organic solvent solution or may be added at the time of emulsification.

In the above-described third procedure, a water-soluble high-molecular substance having thermally gelling properties may be used in order to utilize the gelation phenomenon.

Specifically, using a thermally-gelling water-soluble high-molecular substance, an emulsion is prepared in the same manner as described above. Then, this emulsion is heated to effect gelation of the water-soluble high-molecular substance. Usually, it is preferable that the heating temperature is 80° C. or above so as to ensure occurrence of the gelation. The gel so formed, together with the colloidally dispersed organic solvent solution, settles down or floats off and thus parts from the aqueous phase. This gel is separated by filtration or other suitable techniques and then dried to obtain an activated pharmaceutical composition.

The separated gel may be dried either by vacuum-drying it while being kept at the gelation temperature or by cooling it to room temperature and then spray-drying it. In either case, the finely dispersed state of the organic solvent solution in the water is maintained throughout the drying step.

Again in the third procedure involving a gelation step, the finely divided particles of the drug are coated with the water-soluble high-molecular substance as soon as the former is precipitated. As a result, they neither agglomerate into a mass nor grow to coarse grains. The third procedure involving a gelation step is advantageous in that the gel can be readily separated from the liquid phase and, therefore, the heat required for the removal of the solvents can be saved.

The hydrophobic organic solvent used in the third procedure may be any organic solvent that, when mixed with water, parts from the water and forms a separate layer. Among others, low-boil organic solvents such as chloroform, methylene chloride, trichloroethylene, trichloroethane, carbon tetrachloride, benzine, n-hexane, benzene, toluene, xylene, ethyl ether, isopropyl ether, methyl ethyl ketone, ethyl acetate, and the like are preferred because they can be readily evaporated during the drying step.

In order to improve the dissolving power of the hydrophobic organic solvent and/or facilitate the emulsification of the organic solvent solution, one or more hydrophilic organic solvents such as ethanol, isopropyl alcohol, acetone, and the like may be added to the aforesaid hydrophobic organic solvent.

The aforesaid hydrophobic organic solvent may also be a nonvolatile oily substance that remains after the drying step and can be orally administered without any harmful effect. Specific examples of the nonvolatile oily substance include glycerides, liquid paraffin, squalane, squalene, lecithin, pristane, low-HLB sorbitan fatty acid esters, low-HLB sucrose fatty acid esters, and the like. It is generally known that a drug is more easily soluble and absorbable in the amorphous state than in the crystalline state. It is one of the outstanding features of the third procedure that, especially if the drug used in the process of the present invention is polymorphic, the amorphous or non-crystalline state thereof can be readily created either by using such a nonvolatile oily substance as the hydrophobic organic solvent or by adding such a nonvolatile oily substance to the aforesaid low-boiling hydrophobic organic solvent. Even if the drug is not polymorphic, such a measure serves to modify the distribution ratio of the drug and thereby enhance the bioavailability thereof.

In carrying out the process of the present invention according to the third procedure in which a solid drug that is scarcely soluble in water is dissolved in a hydro-