4,540,602

**9**

phobic organic solvent and the resulting solution is emulsified in water in the presence of a water-soluble high-molecular substance, the water-soluble high-molecular substance is preferably used in an amount of not less than 5% by weight based on the weight of the water. If necessary, one or more excipients such as starch, lactose, mannitol, powdered cellulose, silicon dioxide, and the like may be added to the water, depending on the pharmaceutical form, dosage, and other factors.

The hydrophobic organic solvent may be used in an amount which allows the drug to be dissolved therein or uniformly dispersed therein in a colloidal state. If a low-boiling hydrophobic organic solvent which will be evaporated during the drying step is used, it is preferable to dilute the drug several times to several ten times because the diameter of the drug particles present in the resulting pharmaceutical composition becomes satisfactorily small. Usually, the drug can be formed into finely divided particles not greater than $1\mu$ in diameter by dissolving one part by weight of the drug in at least one part by weight and preferably 5 to 20 parts by weight of the hydrophobic organic solvent.

According to the above-described third procesure, the process of the present invention can essentially be carried out without the aid of a surface-active agent. However, a small amount of a surface-active agent may be added in order to allow the drug to be easily wetted and dispersed in the digestive tract. For this purpose, dioctyl sodium sulfosuccinate (DOSS), sucrose fatty acid esters, and the like are used because of their lack of hemolytic effect.

Specific examples of the solid drug that is scarcely soluble in water and is soluble in hydrophobic organic solvents include ajmaline, isopropylantipyrine, quinine ethylsulfate, ethenzamide, erythromycin, erythromycin fatty acid esters, kitasamycin, chlorpropamide, chlormezanone, cortisone acetate, diazepam, digitoxin, cyclophosphamide, spironolactone, nalidixic acid, amobarbital, indomethacin, josamycin, nifedipine, ubidecarenone, chloramphenicol palmitate, and the like.

Finally, the present process for the preparation of an activated pharmaceutical composition is specifically described with reference to the fourth procedure in which a solid drug that is scarcely soluble in water is pulverized in an aqueous solution of a water-soluble high-molecular substance and the water is then removed from the resulting aqueous dispersion.

An aqueous solution of a water-soluble high-molecular substance is used in this procedure. However, a hydrophilic organic solvent may be added to the solution, so long as the water-soluble high-molecular substance does not precipitate out. For example, methanol, ethanol, isopropyl alcohol, acetone, and the like can be used for this purpose. The addition of a hydrophilic organic solvent has the effect of accelerating the drying step and, in the case of certain drugs, the effect of enhancing the degree of particle size reduction.

If the water-soluble high-molecular substance is soluble in an organic solvent and the solid drug that is scarcely soluble in water is substantially insoluble in the organic solvent, the present process for the preparation of an activated pharmaceutical composition may also be carried out by pulverizing the drug in a solution of the water-soluble high-molecular substance in the organic solvent and the organic solvent is then removed from the resulting dispersion.

**10**

The pulverizer which is used to pulverize the drug may be any suitble type of wet-grinding machine, such as ball mill, vibration mill, Attritor ®, (Union Process Inc.), Polytron ® (Kinematica GmbH, Switzerland), or the like. Using such a wet-grinding machine, the drug is pulverized in an aqueous solution of a water-soluble high-molecular substance. Since wet-grinding machines hve stronger pulverizing power than dry-grinding machines, an aqueous dispersion of a sufficiently fine particles can be obtained. However, it is more preferable to preliminarily dry-grind the drug in advance of the wet-grinding step. The use of a drug having subjected to such a preliminary dry-grinding step is desirable because the subsequent wet grinding step can be carried out smoothly. As a result of the wet-grinding step, the drug is formed into finely divided particles substantially ranging from $0.5\mu$ or less to $5\mu$ in diameter.

The resulting aqueous dispersion of the finely divided drug is preferably dried by means of a spray dryer. Alternatively, the dispersion may be dried by spraying it onto an excipient (e.g. lactose, starch, microcrystalline cellulose, colloidal silicon dioxide, or the like) in a fluid-bed spray granulator.

According to the fourth procedure, the drug may also be pulverized in an aqueous solution of a water-soluble high-molecular substance having thermally gelling properties. In this case, the resulting aqueous dispersion of the finely divided drug is heated to effect gelation of the water-soluble high-molecular substance. The heating temperature need only be high enough for the gelation and generally ranges from 80° to 90° C. The gel so formed, together with the finely divided drug occluded therein, precipitates from the liquid phase. The gel is then separated from the liquid phase, so that the the heat energy required for the drying of the gel can be saved. The separation of the gel from the liquid phase can be accomplished by filtration or other suitable techniques. In the case of filtration, the gel acts as a filter aid. That is, the gel prevents the filter medium from being clogged with the finely divided drug and thereby facilitates the filtration. During this separation step, the gel is preferaly maintained at or above the gelation temperature.

If it is impossible to maintain the gel at or above the gelation temperature, the gel is preferably spray-dried so as to prevent the growth or agglomeration of primary particles of the drug.

According to the above-described fourth procedure in which a solid drug that is scarcely soluble in water is pulverized in an aqueous solution of a water-soluble high-molecular substance to form an aqueous dispersion of the finely divided drug, the process of the present invention can essentially be carried out without the aid of a surface-active agent. However, a pharmaceutical composition having good wettability by water can be obtained by previously adding a very small amount of a surface-active agent to the aqueous solution of a water-soluble high-molecular substance. In the fourth procedure involving a gelation step, a pharmaceutical composition having good wettability by water can advantageously be obtained by separating the gel by filtration and then washing it with water containing a very small amount of a surface-active agent. As stated before, surface-active agents (e.g. dioctyl sodium sulfosuccinate) which hardly show the formation of micelles are preferred for this purpose. It should be noted, however, that the use of large amounts of a surface-active agent can improve the redispersibility in water of the drug

4,540,602

**11**

but, on the other side, may impair the bioavailability thereof.

The activated pharmaceutical composition prepared by the process of the present invention exhibits a high degree of bioavailability not only when used in the form of a powder but also when made into subtle granules, granules, tablets, capsulated drug, suppository, and other pharmaceutical forms.

The present invention is further illustrated by the following examples.

### EXAMPLE 1

Fifty g of sodium hydroxide was dissolved in 1.5 l of water. In this solution were dissolved 200 g of Japanese pharmacopoeial phenytoin and 20 g of hydroxypropyl cellulose (L type, manufactured and sold by Nippon Soda Co., Ltd., Japan). While the resulting aqueous solution of phenytoin, sodium hydroxide, and hydroxypropyl cellulose was being stirred vigorously, 0.5 l of water containing 100 g of citric acid was added thereto little by little so as to neutralize the solution and thereby precipitate the phenytoin. The resulting white turbid solution was heated at about 90° C. to effect gelation of the hydroxypropyl cellulose. The precipitate so formed was separated by filtration and then washed with 3 l of hot water at 80° C. or above.

· Immediately after being washed, the precipitate was dried by placing it in a hot-air drying oven preheated to 110° C. so as to keep it hot. Then, the precipitate was reduced to a powder by means of a pulverizer. The phenytoin powder thus obtained was very quickly redispersed in water to form a white suspension. Using a solution obtained by adding 0.05% by weight of polysorbate 80 to the solution I for the Japanese pharmacopoeial disintegration test, the phenytoin powder prepared in this example and two commercial preparations A and B of Japanese official phenytoin were subjected to a dissolution test based on the paddle method (100 rpm, phenytoin 50 mg/l). The results thus obtained are illustrated in FIG. 1 where the curves I—I, II—II and III—III represent the activated preparation of Example 1, the commercial preparation A and the commercial preparation B, respectively.

The activated preparation of Example 1 and the commercial preparation A and B were separately administered per os to human subjects in a dose of 4 mg of phenytoin per kg of the body weight. Then, the concentration of phenytoin in the blood was periodically determined for 8 hours after administration. The results thus obtained are shown in Table 1.

In the above-described dissolution test, the commercial preparation A was slow in dissolution speed and low in dissolution rate, as illustrated in FIG. 1. Moreover, it can be seen from Table 1 that phenytoin was scarcely introduced into the blood.

Also as illustrated in FIG. 1, the commercial preparation B showed a considerable increase in blood phenytoin content, but with some delay.

In contrast to them, the activated preparation of Example 1 showed an increase in blood phenytoin concentration as early as an hour after administration and gave an $\bar{x}$ value of 2.12 μg/ml. Three or four hours after administration, the blood phenytoin concentration reached a maximum value of about 5 to 6 μg/ml. Thus, the activated preparation of Example 1 exhibited a remarkably high degree of bioavailability and attained an exceptionally high AUC value, as compared with the commercial preparations A and B.

**12**

### EXAMPLE 2

Fifty g of sulfisoxazole was dissolved in 5 l of 0.1N hydrochloric acid. In this solution was dissolved 10 g of methyl cellulose (SM-25, manufactured and sold by Shin-Etsu Chemical Co., Ltd., Japan). While the resulting solution was being stirred, 1.0 l of 0.5N sodium hydroxide was added thereto little by little so as to precipitate the sulfisoxazole. The resulting suspension was heated at 80° C. or above to effect gelation of the methyl cellulose. The precipitate so formed was separated by filtration and then washed thoroughly with 3 l of boiling water. Thereafter, this precipitate was granulated by kneading it together with 20 g of Japanese pharmacopoeial colloidal silicon dioxide, extruding the mixture through a 40-mesh screen, and then drying the extrudate. Upon introduction into water, the dry granules thus obtained were very quickly disintegrated and redispersed in the water.

Using the solution I for the Japanese pharmacopoeial disintegration test, the dry granules prepared in this example and a commercial preparation of sulfisoxazole were subjected to a dissolution test based on the paddle method (100 rpm, sulfisoxazole 200 mg/l). The results thus obtained are illustrated in FIG. 2 where the curves IV—IV and V—V represent the activated preparation of Example 2 and the commercial preparation, respectively.

### EXAMPLE 3

Ten g of nalidixic acid was dissolved in 100 ml of 1N sodium hydroxide. In this solution was dissolved 1 g of hydroxypropyl methylcellulose (60SH50, manufactured and sold by Shim-Etsu Chemical Co., Ltd., Japan). The resulting solution was neutralized with 100 ml of 1N hydrochloric acid so as to precipitate the nalidixic acid and disperse it in the water. The resulting suspension was heated at 80° C. to effect gelation of the hydroxypropyl methylcellulose. The precipitate so formed was separated by filtration, washed thoroughly with hot water at at 90° C. or above, dried in a hot-air drying oven similar to that used in Example 1, and then reduced to a powder in a mortar. The powder thus obtained was very quickly redispersed and suspended in water as well as in the solutions I and II for the Japanese pharmacopoeial disintegration test.

### EXAMPLE 4

A solution of 60 g of erythromycin stearate and 15 g of Migriol ®812 (manufactured and sold by Dynamit Nobel AG., West Germany) in 200 ml of chloroform was added to a solution of 35 g of gum arabic in 100 ml of water, and this mixture was emulsified by means of Politron ® (Type PT-45, manufactured and sold by Kinematica Co., Switzerland). The resulting emulsion was dried in a spray dryer (Type F8, manufactured and sold by Freund Industrial Co., Ltd., (Japan) until the solvents were removed completely. The powder thus obtained exhibited very good redispersibility in water. When measured by means of an electron scanning microscope (Type MSM-101, manufactured and sold by Hitachi, Ltd., Japan) and the diameters of redispersed particles were within the range of 0.1 to 3.0μ. (The same electron scanning microscope was used for the measurement of particle diameters in all of the following examples.)

The erythromycin stearate powder prepared in this example and a commercial preparation A containing

4,540,602

**13**

**14**

erythromycin stearate were separately administered per os to 6 adult male human subjects in a dose of 4 mg of erythromycin stearate per kg of the body weight. Then, the concentration of erythromycin in the blood was determined periodically. This test was of the cross-over design in which each subject received the two preparations with an interval of one week. The results thus obtained are illustrated in FIG. 3 where the curves VI—VI and VII—VII represent the activated preparation of Example 4 and the commercial preparation, respectively.

### EXAMPLE 5

A solution of 5 g of ajmaline and 2 g of soybean oil in 20 ml of chloroform was added to a solution of 5 g of tragacanth gum in 20 ml of water, and this mixture was emulsified in the same manner as in Example 4. The resulting emulsion was dried in the same manner as in Example 4. The powder thus obtained exhibited very good redispersibility in water. When measured by electron microscopy, the diameters of redispersed particles were within the range of 0.5 to $2.5\mu$.

### EXAMPLE 6

A solution of 10 g of indomethacin in 50 ml of methylene chloride was added to a 50% aqueous solution of ethanol containing 5 g of hydroxypropyl cellulose (manufactured and sold by Nippon Soda Co., Ltd., Japan), and this mixture was emulsified by means of Politron ® as has been described in Example 4. In a spray dryer similar to that used in Example 4, the resulting emulsion was dried until the solvents were removed completely. The powder thus obtained exhibited very good redispersibility in water and the diameters of redispersed particles were within the range of 0.1 to $1.5\mu$.

### EXAMPLE 7

A solution of 20 g of kitasamycin in 250 ml of carbon tetrachloride was added to a solution of 10 g of gum arabic and 10 g of $\alpha$-starch in 300 ml of water, and this mixture was worked up in the same manner as in Example 4. The powder thus obtained exhibited good redispersibility in water and the diameters of redispersed particles were within the range of 0.8 to $3.5\mu$.

### EXAMPLE 8

Two g of nifedipine and 0.5 g of squalane were dissolved in 10 ml of chloroform. To this solution was added a solution of 0.5 g of gum arabic and 0.5 g of gelatin in 130 ml of water. This mixture was emulsified in the same manner as in Example 4, and the resulting emulsion was dried in a spray dryer until the chloroform and water were removed completely. The powder thus obtained good redispersibility in water and the diameters of redispersed particles were within the range of 0.1 to $3.0\mu$.

The nifedipine powder prepared in this example and a commercially available encapsulated liquid preparation of nifedipine were separately administered per os to 4 male rats in a dose of 3 mg of nifedipine per kg of the body weight. Then, the concentration of nifedipine in the blood was determined periodically. This test was of the cross-over design in which each rat received the two preparations with an interval of one week. The results thus obtained are illustrated in FIG. 4 where the curves VIII—VIII and IX—IX represent the activated preparation of Example 8 and the commercial preparation, respectively.

### EXAMPLE 9

Ten g of flufenamic acid was dissolved in 100 ml of chloroform. This solution was added to a solution of 10 g of hydroxypropyl methylcellulose (TC-5, manufactured and sold by Shin-Etsu Chemical Co., Ltd., Japan) in 100 ml of water. This mixture was emulsified in the same manner as in Example 4, and the resulting emulsion was dried in a spray dryer until the chloroform and water were removed completely. The powder thus obtained exhibited good redispersibility in water and the diameters of redispersed particles were within the range of 0.4 to $1.8\mu$.

### EXAMPLE 10

Twenty g of chloramphenicol palmitate and 10 g of Migriol ®812 (manufactured and sold by Dynamit Nobel AG., West Germany) were dissolved in 100 ml of chloroform. To this solution were added 30 ml of ethanol and 15 g of hydroxypropyl cellulose, and then 250 ml of water. This mixture was emulsified in the same manner as in Example 4, and the resulting emulsion was dried in the same manner as in Example 4. The powder thus obtained exhibited good redispersibility in water and the diameters of redispersed particles were within the range of 0.1 to $1.2\mu$.

The chloramphenicol palmitate powder prepared in this example and a commercial preparation of chloramphenicol palmitate were separately administered per os to 4 male rats in a single dose of 250 ng (as potency) of chloramphenicol per kg of the body weight. Then, the concentration of chloramphenicol in the blood was determined periodically. The results thus obtained are illustrated in FIG. 5 where the curves X—X and XI—XI represent the activated preparation of Example 10 and the commercial preparation, respectively.

### COMPARATIVE EXAMPLE 1

Instead of being dissolved in a hydrophobic organic solvent, chloramphenicol palmitate was melted and emulsified in water. The resulting emulsion was dried in a spray dryer until the water was removed completely. Then, the powder thus obtained was examined for redispersibility in water and redispersed particle size.

Specifically, 5 g of hydroxyethyl cellulose (manufactured and sold by Hercules Co., U.S.A.) and 280 ml of water were added to 20 g of chloramphenicol palmitate. This mixture was heated at 95° C. to melt and liquefy the chloramphenicol palmitate, and then emulsified by means of Politron ® operated at 20,000 rpm for 10 minutes. The resulting emulsion was dried in a spray dryer (Type F8, manufactured and sold by Freund Industrial Co., Ltd., Japan) until the water was removed completely. When introduced into water, the powder thus obtained was so poor in redispersibility that it could be dispersed only after fairly vigorous stirring. The diameters of redispersed particles were not less than $15\mu$.

### EXAMPLE 11

One hundred g of 1-isopropyl-7-methyl-4-phenyl-2(1H)quinazolinone (IMPQ) and 3 g of Migriol ®812 as has been described previously were dissolved in 250 ml of chloroform. To this solution were added 50 ml of ethanol, 40 g of methyl/cellulose (SH-25, manufactured and sold by Shin-Etsu Chemical Co., Ltd., Japan), and 400 ml of water. This mixture was emulsified in the same manner as in Example 4. The resulting emulsion

4,540,602

**15**

was dried in a spray dryer until the chloroform, ethanol and water were removed completely. The powder thus obtained exhibited good redispersibility in water and the diameters of redispersed particles were not greater than 1μ.

The IMPQ powder prepared in this example and a commercial preparation of IMPQ were separately administered per os to two groups of human subjects in a dose of 200 mg of IMPQ. Each group consisted of 7 adult men weighing an average of 61 kg. Then, the concentration of IMPQ in the blood was determined periodically. This test was of the cross-over design in which each subject received the two preparations with an interval of one week. The results thus obtained are illustrated in FIG. 6 where the curves XII—XII and XIII—XIII represent the activated preparation of Example 11 and the commercial preparation, respectively.

## EXAMPLE 12

Four g of ubidecarenone was dissolved in a mixed solvent consisting of 50 ml of chloroform and 50 ml of ethanol. To this solution were added 2 g of hydroxypropyl cellulose (Type L, manufactured and sold by Nippon Soda Co., Ltd., Japan) and then 100 ml of water. This mixture was emulsified by means of an ultrasonic homogenizer (Model 200 Sonifier ®, manufactured and sold by Branson Sonic Power Co., U.S.A.) operated for 15 minutes. Using a fluid-bed spray granulator (Flocoater ® Mini, manufactured and sold by Freund Industrial Co., Ltd., Japan), the resulting emulsion was granulated by spraying it onto 80 g of lactose, during which the chloroform, ethanol and water were removed completely. The granules thus obtained exhibited good redispersibility in water and the diameters of redispersed particles were within the range of 0.1 to 0.5μ.

## EXAMPLE 13

Ten g of indomethacin was dissolved in 50 g of methylene chloride. To this solution was added a solution of 5 g of hydroxypropyl cellulose (Type L, manufactured and sold by Nippon Soda Co., Ltd., Japan) in 100 ml of water. This mixture was emulsified by means of Politron ® as has been described previously. The resulting emulsion was heated up to 80° C. to distill off the methylene chloride and effect gelation of the hydroxypropyl cellulose. After 10 minutes, the gel so formed was separated from the liquid phase and then dried in an oven preheated to 105° C. The dry powder thus obtained exhibited good redispersibility in water. When measured by electron microscopy, the diameters of redispersed particles were within the range of 0.1 to 0.5μ.

## EXAMPLE 14

Into the stainless steel pot (13 cm in diameter and 10 cm in height) of a vibration mill (manufactured and sold by Yokoyama Seisakusho, Ltd., Japan) were charged 72 g of phenytoin, 8 g of hydroxypropyl cellulose (HPC-L, manufactured and sold by Nippon Soda Co., Ltd., Japan). and 100 ml of water. Then, the phenytoin was

**16**

wet-ground by operating the mill for 60 minutes. The resulting dispersion was transferred to a beaker and heated at 80°–90° C. to effect gelation of the hydroxypropyl cellulose. The precipitate so formed was separated from the liquid phase by filtering the dispersion while being kept at that temperature. Thereafter, the precipitate was dried in a hot-air drying oven preheated to 105° C. and then reduced to a powder by means of an atomizer (manufactured and sold by Fuji Powdal Co., Ltd., Japan). The powder thus obtained exhibited very good redispersibility in water. When measured by electron microscopy, the diameters of redispersed particles were within the range of 0.5 to 5μ.

The hydroxypropyl cellulose-coated phenytoin powder prepared in this example and a commercial preparation of crystalline phenytoin powder were separately administered per os to 6 adult male human subjects in a dose of 4 mg of phenytoin per kg of the body weight. This test was of the cross-over design in which each subject received the two preparations with an interval of one week. The results thus obtained are illustrated in FIG. 7 where the time (in hours) elapsed after administration is plotted as abscissa and the concentration (in μg/ml) of phenytoin in the blood as ordinate. In this figure, the curves XIV—XIV and XV—XV represent the activated preparation of Example 14 and the commercial preparation, respecitvely.

## EXAMPLE 15

Into a 300-ml beaker of the ordinary type were charged 32 g of phenacetin, 8 g of hydroxypropyl methylcellulose, and 200 ml of water. Then, 200 g of hard glass beads having diameters of 2 to 5 mm were added thereto. Within this beaker, a stainless steel disc (5 cm in diameter and 3 mm in thickness) was positioned 3 cm above the bottom of the beaker and a vertical shaft (3 mm in diameter) was attached to the center of the upper surface of the disc. Using an electric motor, the disc was rotated at 400 rpm for 90 minutes to wet-grind the phenacetin. The resulting dispersion was separated from the glass beads by passing it through a 30-mesh screen. After the addition of 40 g of Aerosil (manufactured and sold by Nippon Aerosil Co., Ltd., Japan), this mixture was agitated so as to allow the Aerosil to adsorb the water and thereby form wet granules. These granules were dried for 60 minutes in a hot-air drying oven kept at 80°–90° C., and the size thereof was then adjusted by forcing them through a 30-mesh screen under manual pressure.

Using an apparatus for the U.S. pharmacopoeial dissolution tester(basket type, manufactured and sold by Toyama Kagaku Sangyo K.K., Japan), 1 g (500 mg as phenacetin) of the granules of hydroxypropyl methylcellulose-coated phenacetin powder prepared in this example was tested for dissolution rate. On the other hand, 500 mg of a commercial preparation of crystalline phenacetin was tested similarly. The results thus obtained are illustrated in FIG. 8, where the elapsed time (in minutes) is plotted as abscissa and the dissolution rate (in %) as ordinate.

4,540,602

17                                                                                      18

## TABLE 1

Blood Phenytoin Concentrations (in μg/ml) after Oral Administration of Commercial Phenytoin Preparations and Activated Phenytoin Preparation

| subject | Commercial Preparation A | | | | | | Commercial Preparation B | | | | | Activated Preparation of the Present Invention (Example 1) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Time (hr) | | | | | | | | |
| | 1 | 2 | 3 | 4 | 0 | 8 | 2 | 3 | 4 | 6 | 8 | 1 | 2 | 3 | 4 | 6 | 8 |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.7 | 1.7 | 1.7 | 1.8 | 4.8 | 4.6 | 5.0 | 4.9 | 4.2 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.6 | 1.7 | 1.8 | 1.7 | <1 | 2.8 | 3.6 | 5.5 | 4.3 | 4.4 |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.5 | 1.6 | 2.2 | 4.7 | 5.9 | 6.1 | 5.5 | 5.5 |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.6 | 2.0 | 2.2 | 2.6 | 4.6 | 6.4 | 6.4 | 5.5 | 5.5 |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.3 | 1.7 | 1.8 | <1 | 4.4 | 5.8 | 6.0 | 5.2 | 5.1 |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.3 | 1.7 | 1.6 | 1.7 | 2.8 | 4.5 | 5.4 | 6.0 | 5.8 | 4.5 |
| 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.2 | 1.8 | 2.5 | 1.2 | 4.2 | 5.0 | 5.5 | 4.7 | 4.0 |
| 8 | 0 | 0 | 0 | 0 | 0 | 1.0 | 0 | 0 | 1.4 | 1.9 | 3.3 | | | | | | |
| 9 | | | | | | 0.1 | | 0.4 | 1.3 | 1.8 | 2.1 | 2.12 | 4.29 | 5.24 | 5.79 | 5.13 | 4.74 |

In this figure, the curves XVI—XVI and XVII—XVII represent the activated preparation of Example 15 and the commercial preparation, respectively.

## EXAMPLE 16

In a beaker were placed 160 g of chloramphenicol palmitate, 40 g of hydroxypropyl cellulose (manufactured and sold by Nippon Soda Co., Ltd., Japan) 0.16 g of dioctyl sodium sulfosuccinate, and 1,000 ml of ethanol. Then, the chloramphenicol palmitate was wet-ground for 30 minutes by means of Politron ® (manufactured and sold by Kinematica GmbH, Switzerland). The resulting dispersion was dried in a spray dryer (Type FS-20, manufactured and sold by Freund Industrial Co., Ltd., Japan). The dry powder thus obtained exhibited very good redispersibility in water.

The hydroxypropyl cellulose-coated chloramphenicol palmitate powder prepared in this example and a commercial preparation of crystalline chloramphenicol palmitate were separately administered per os to 6 adult male human subjects in a dose of 500 mg (as potency) of chloramphenicol. This test was of the cross-over design in which each subject received the two preparations with an interval of one week. The results thus obtained are illustrated in FIG. 9 where the time (in hours) elapsed after administration is plotted an abscissa and the concentration (in μg/ml) of chloramphenicol in the blood as ordinate. In this figure, the curves XVIII—XVIII and XIX—XIX represent the activated preparation of Example 16 and the commercial preparation, respectively.

## EXAMPLE 17

Into the pot of a vibration mill similar to that used in Example 14 were charged 50 g of griseoflulvin, 5 g of polyethylene glycol (6000), 5 g of methyl cellulose, and 100 ml of water. Then, the griseofulvin was wet-ground by operating the mill for 8 hours. In the same manner as in Example 14, the resulting dispersion was heated to effect gelation of the methyl cellulose. The precipitate so formed was separated from the liquid phase by filtering the dispersion while being kept at that temperature. Thereafter, the precipitate was dried in a hot-air drying oven preheated to 105° C. and then reduced to a powder by means of an atomizer (manufactured and sold by Fuji Powdal Co., Ltd., Japan). The powder thus obtained exhibited very good redispersibility in water, an artificial gastric juice, and an artificial intestinal juice. When measured by electron microscopy, the diameters of most redispersed particles were not greater than 0.5μ.

## EXAMPLE 18

In a beaker were placed 30 g of hydrocortisone acetate, 10 g of ethylene oxide-propylene oxide block copolymer (Pluronic F68), 100 ml of water, and 50 ml of ethanol. Then, the hydrocortisone acetate was wet-ground for 30 minutes by means of Politron ® as has been described in Example 16. The resulting dispersion was dried in a spray dryer (Type FS-20, manufactured and sold by Freund Industrial Co., Ltd., Japan). The powder thus obtained was very quickly redispersed in water at 37° C., an artificial gastric juice, and an intestinal juice.

We claim:

1. A process for the preparation of an activated pharmaceutical composition containing a solid drug in the form of finely divided particles substantially not greater than 10 microns in diameter, which comprises the steps of:

(1) providing a solid drug that is scarcely soluble in water and is soluble in a low-boiling hydrophobic organic solvent;

(2) dissolving the solid drug in said low-boiling hydrophobic organic solvent;

(3) emulsifying the resulting solution in water in the presence of a water-soluble, high-molecular weight substance selected from the group consisting of hydroxypropyl cellulose, methyl cellulose, hydroxyethyl cellulose, hydroxypropyl methyl cellulose, hydroxypropyl ethyl cellulose, carboxymethyl cellulose sodium salt, alpha-starch, hydroxypropyl starch, pullalan, gum arabic, tragacanth gum, gelatin, polyvinyl alcohol, polyvinyl pyrrolidone and mixtures thereof; and

(4) then removing the dispersion medium from the so-formed disperse system.

2. A process for the preparation of an activated pharmaceutical composition containing a solid drug in the form of finely divided particles substantially not greater than 10 microns in diameter, which comprises the steps of:

(1) providing a solid drug that is scarcely soluble in water and is soluble in a low-boiling hydrophobic organic solvent selected from the group consisting of chloroform, methylene chloride, trichloroethylene, trichloroethane, carbon tetrachloride, benzine, n-hexane, benzene, toluene, ethyl ether, isopropyl ether, methyl ethyl ketone, ethyl acetate and mixtures thereof;

(2) dissolving the solid drug in said low-boiling hydrophobic organic solvent;

4,540,602

**19**

(3) emulsifying the resulting solution in water in the presence of a water-soluble, high-molecular weight substance selected from the group consisting of hydroxypropyl cellulose, methyl cellulose, hyroxyethyl cellulose, hydroxypropyl methyl cellulose, hydroxypropyl ethyl cellulose, carboxymethyl cellulose sodium salt, alpha-starch, hydroxypropyl starch, pullalan, gum arabic, tragacanth gum, gelatin, polyvinyl alcohol, polyvinyl pyrrolidone and mixtures thereof; and

(4) then removing the dispersion medium from the so-formed disperse system.

3. A process for the preparation of an activated pharmaceutical composition containing a solid drug in the form of finely divided particles substantially not greater than 10 microns in diameter, which comprises the steps of:

(1) providing a solid drug that is scarcely soluble in water and is soluble in a hydrophobic organic solvent which is a mixture of a low-boiling hydrophobic organic solvent and a non-volatile hydrophobic organic solvent;

(2) dissolving the solid drug in said mixture of hydrophobic organic solvents;

(3) emulsifying the resulting solution in water in the presence of a water-soluble, high-molecular weight substance selected from the group consisting of hydroxypropyl cellulose, methyl cellulose, hydroxyethyl cellulose, hydroxypropyl methyl cellulose, hydroxypropyl ethyl cellulose, carboxymethyl cellulose sodium salt, alpha-starch, hydroxypropyl starch, pullalan, gum arabic, tragacanth gum, gelatin, polyvinyl alcohol, polyvinyl pyrrolidone and mixtures thereof; and

(4) then removing the dispersion medium from the so-formed disperse system.

4. A process for the preparation of an activated pharmaceutical composition containing a solid drug in the form of finely divided particles substantially not greater than 10 microns in diameter, which comprises the steps of:

(1) providing a solid drug that is scarcely soluble in water and is soluble in a hydrophobic organic solvent which is a mixture of a low-boiling hydrophobic organic solvent selected from the group consisting of chloroform, methylene chloride, trichloroethylene, trichloroethane, carbon tetrachloride, benzine, n-hexane, benzene, toluene, ethyl ether, isopropyl ether, methyl ethyl ketone and ethyl acetate and a non-volatile hydrophobic organic

**20**

solvent selected from the group consisting of glycerides, liquid paraffin, squalane, squalene, lecithin, pristane, low-HLB sorbitan fatty acid esters and low-HLB sucrose fatty acid esters;

(2) dissolving the solid drug in said mixture of hydrophobic organic solvents;

(3) emulsifying the resulting solution in water in the presence of a water-soluble, high-molecular substance selected from the group consisting of hydroxypropyl cellulose, methyl cellulose, hydroxyethyl cellulose, hydroxypropyl methyl cellulose, hydroxypropyl ethyl cellulose, carboxymethyl cellulose sodium salt, alpha-starch, hydroxypropyl starch, pullalan, gum arabic, tragacanth gum, gelatin, polyvinyl alcohol, polyvinyl pyrrolidone and mixtures thereof; and

(4) then removing the dispersion medium from the so-formed disperse system.

5. The process according to claim **1, 2, 3** or **4**, wherein the water-soluble, high-molecular substance is dissolved in water before emulsification.

6. The process according to claim **1, 2, 3** or **4**, wherein the solid drug that is scarcely soluble in water and is soluble in a hydrophobic organic solvent is selected from the group consiting of ajmaline, isopropyl antipyrine, quinine ethylsulphate, ethenzamide, erythromycin, erthyromycin fatty acid ester, kitasamycin, chlorpropamide, chlormezanone, cortisone acetate, diazepam, digitoxin, cyclophosphamide, spironolactone, nalidixic acid, amobarbital, indomethacin, jasamycin, nifedipine, ubidecarenone and chloramphenicol palmitate.

7. The process according to claim **1, 2, 3** or **4**, wherein the step of removing the dispersion medium from the disperse system is carried out by evaporation as rapidly as possible.

8. The process according to claim **1, 2, 3** or **4**, wherein the step of removing the dispersion medium from the disperse system is carried out by spray-drying the disperse system.

9. The process according to claim **1, 2, 3** or **4**, wherein the step of removing the dispersion medium from the disperse system is carried out by spraying the disperse system onto an excipient in a fluid-bed spray granulator.

**10**. The process according to claim **1, 2, 3** or **4**, wherein after removal of the dispersion medium, further comprises the step of forming the resulting activated pharmaceutical composition into subtle granules, granules, tablets, sugar-coated tablets or suppositories.

* * * * *

55

60

65