**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

Abbott Laboratories, et al.
                                  Plaintiff,

v.                                                              Case No.: 1:05−cv−05373
                                                             Honorable David H. Coar

Sandoz, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 5, 2009:

      MINUTE entry before the Honorable David H. Coar: Status hearing held on 10/5/2009. Status hearing continued to 10/21/2009 at 09:00 AM. The Final Pretrial Conference date of 10/9/2009 is stricken and the Final Pretrial Conference along with the Motions in Limine − reset for 10/23/2009 at 11:00 AM. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.