IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., and ABBOTT PHARMACEUTICALS PR LTD., ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 05 C 5373 |
| v. ) ) ) | Judge Coar<br>Magistrate Judge Brown |
| SANDOZ, INC., ) ) ) | |
| Defendant. ) | |

**JOINT MOTION TO CONTINUE TRIAL DATE**

Plaintiffs Abbott Laboratories, Abbott Laboratories, Inc., and Abbott Pharmaceuticals PR Ltd. (collectively "Abbott") and Defendant Sandoz, Inc. ("Sandoz") (collectively, "the parties") hereby respectfully request that the court continue the trial date, presently set to begin on November 2, 2009, until such date in the spring of 2010 as is convenient for the court. In support hereof, the parties state as follows:

1. On April 2, 2009, this court issued an Order setting the Final Pretrial Conference in this case for October 9, 2009, and setting the start date for the jury trial for November 2, 2009. The trial is expected to last 12 court days, exclusive of inequitable conduct issues.

2. On October 5, 2009, the parties appeared in court for a status conference. At that status hearing, the court indicated that, due to the pendency of several criminal matters which receive precedence over this civil matter, the November 2 trial date would most likely have to be continued until the spring of 2010.

3. At the parties' urging, and reflective of their hope that the criminal matters might be resolved in the interim, the court agreed to maintain the November 2 trial date for the time

8991800.1

being. The court struck the October 9 Final Pretrial Conference date, scheduled a further status hearing for October 21, and re-set the Final Pretrial Conference for October 23.

4. Subsequent to the October 5 status, the parties have conferred, and have agreed that the uncertainty of the November 2 trial date, due to the pendency of the criminal matters before the court, creates the potential that the parties will have to expend substantial resources in preparing for a November 2 trial that will be continued at the 11th hour due to the other urgent matters on the court's docket.

5. In addition, the parties have been exploring settlement possibilities and intend to continue to do so.

6. Therefore, the parties ask that the court continue the trial date until such later date as is convenient for the court and as will comport with the court's calendar.

WHEREFORE, for the reasons set forth above, Abbott and Sandoz respectfully request that this Court continue the November 2 trial date.

Dated: October 8, 2009                              Respectfully submitted,

/S/ Todd J. Ehlman                                  /S/ Keith D. Parr
Todd J. Ehlman                                      Keith D. Parr, Esq.
WINSTON & STRAWN LLP                                Scott B. Feder, Esq.
35 West Wacker Drive                                Kevin M. Nelson, Esq.
Chicago, Illinois  60601                            LOCKE LORD BISSELL & LIDDELL LLP
(312) 558-5600                                      111 South Wacker Drive
tehlman@winston.com                                 Chicago, IL 60606
                                                    (312) 443-0700
                                                    **Counsel for Sandoz, Inc.**

Of Counsel
Jeffrey I. Weinberger
Ted G. Dane
Andrew W. Song
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, California 90071

2

8991800.1


(213) 683-9100

Jennifer L. Polse
Jason A. Rantanen
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California  94105
(415) 512-4000

**Counsel for Abbott Laboratories,
Abbott Laboratories, Inc., and
Abbott Pharmaceuticals PR Ltd.**

8991800.1

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies under penalty of perjury that a copy of the foregoing **Joint Motion To Continue the Trial Date** was served on the following on October 8, 2009:

| **By Electronic Means:** |
| --- |
| Keith D. Parr, Esq. |
| Scott B. Feder, Esq. |
| Kevin M. Nelson, Esq. |
| LOCKE LORD BISSELL & LIDDELL LLP |
| 111 South Wacker Drive |
| Chicago, IL 60606 |
| (312) 443-0700 |
| kparr@lockelord.com |
| sfeder@lockelord.com |
| knelson@lockelord.com |
| *Attorneys for Sandoz, Inc.* |

Dated: October 8, 2009          /S/ Todd J. Ehlman

8991800.1