IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., and ABBOTT PHARMACEUTICALS PR LTD., | ) ) ) ) |
| Plaintiffs, | ) Case No. 05 C 5373 ) |
| v. | ) Judge Coar ) Magistrate Judge Brown |
| SANDOZ, INC., | ) ) |
| Defendant. | ) |

**NOTICE OF MOTION**

**TO:** See attached Service List

**PLEASE TAKE NOTICE** that on Tuesday, October 13, 2009, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel will appear before the Honorable David H. Coar, in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois and there and then present the parties' **Joint Motion to Continue the Trial Date**, a copy of which is being served on you herewith.


Dated: October 8, 2009                    Respectfully submitted,

                                          /S/ Todd J. Ehlman
                                          Todd J. Ehlman
                                          WINSTON & STRAWN LLP
                                          35 West Wacker Drive
                                          Chicago, Illinois 60601
                                          (312) 558-5600
                                          tehlman@winston.com


Of Counsel
Jeffrey I. Weinberger
Ted G. Dane
Andrew W. Song
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, California 90071
(213) 683-9100

1

Jennifer L. Polse
Jason A. Rantanen
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California  94105
(415) 512-4000

**Counsel for Abbott Laboratories,
Abbott Laboratories, Inc., and
Abbott Pharmaceuticals PR Ltd.**

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies under penalty of perjury that a copy of the foregoing **Notice of Motion** was served on the following on October 8, 2009:

| **By Electronic Means:** |
| --- |
| Keith D. Parr, Esq. |
| Scott B. Feder, Esq. |
| Kevin M. Nelson, Esq. |
| LOCKE LORD BISSELL & LIDDELL LLP |
| 111 South Wacker Drive |
| Chicago, IL 60606 |
| (312) 443-0700 |
| kparr@lockelord.com |
| sfeder@lockelord.com |
| knelson@lockelord.com |
| *Attorneys for Sandoz, Inc.* |

Dated: October 8, 2009          /S/ Todd J. Ehlman

CHI:2316935.1

3