UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3
Eastern Division

Abbott Laboratories, et al.
                              Plaintiff,

v.                                                  Case No.: 1:05−cv−05373
                                                    Honorable David H. Coar

Sandoz, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2009:

    MINUTE entry before the Honorable David H. Coar: Motion hearing held on 10/13/2009 regarding motion to continue [550]. Joint MOTION by Plaintiffs Abbott Laboratories, Inc., Abbott Pharmaceuticals PR Ltd., Abbott Laboratories, Defendant Sandoz, Inc. to continue Trial Date [550] is granted. The status hearing date of 10/21/2009, the pretrial conference of 10/23/2009 and the trial date of 11/2/2009 all are stricken. Final Pretrial Conference reset for 5/28/2010 at 11:00 AM. Jury Trial reset for 6/14/2010 at 10:00 AM. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.